Plaintiff's Complaint

Exhibit A    Map of Sioux Nation Lands under 1851 and 1868 Fort Laramie
             Treaties



**Exhibit A**