Plaintiff's Complaint

Exhibit C      Exponent, *Energy Transfer LP, Energy Transfer Operating LP, and Dakota Access LLC v. Greenpeace International, Cody Hall and Krystal Two Bulls* (Technical report)



Energy Transfer LP; Energy Transfer Operating, L.P.; and Dakota Access LLC v. Greenpeace International; Cody Hall; and Krystal Two Bulls

**Exhibit C**



EXHIBIT

1803

PENGAD 800-631-6989

E$^x$ponent

# Energy Transfer LP; Energy Transfer Operating, L.P.; and Dakota Access LLC v. Greenpeace International; Cody Hall; and Krystal Two Bulls

*Prepared For:*

Steven Caplow, Esq.
Davis Wright Tremaine LLP
920 5th Avenue, Suite 3300
Seattle, WA 98104-1610

Matt Kelly, Esq.
Tarlow Stonecipher Weamer & Kelly, PLLC
1705 West College Street
Bozeman, MT 59715-4913

Prepared by

Exponent, Inc.
149 Commonwealth Drive
Menlo Park, CA 94025

Brun Hilbert, Jr., PhD

Robert D. Caligiuri, PhD, NAE, FASM

January 16, 2024

© Exponent, Inc.

January 16, 2024

# Contents

|  | Page |
|---|---|
| List of Figures | v |
| List of Tables | vi |
| Acronyms and Abbreviations | vii |
| Personal Background | 1 |
| Brun Hilbert Jr., PhD | 1 |
| Robert D. Caligiuri, PhD, NAE, FASM | 2 |
| Overview | 4 |
| Opinions | 7 |
| Horizontal Directional Drilling Operations | 9 |
| The HDD Process | 9 |
| Frac-outs and Inadvertent Returns to Surface | 11 |
| Lake Oahe HDD Design Drilling Mud Annulus Pressure Limits | 14 |
| Errors in the Determination of Lake Oahe HDD Pressure Limits | 17 |
| Lake Oahe HDD Operations | 18 |
| Drilling Mud Pressures and Nonexistent Returns | 21 |
| Estimates of Lost or Nonexistent Drilling Mud Volumes | 29 |
| Pipeline Safety and Integrity Management | 30 |
| Energy Transfer's Stance Regarding DAPL Safety and Integrity Management | 30 |
| Background | 31 |
| Hazardous Liquid Pipeline Accidents | 37 |
| Draft Environmental Impact Statement | 44 |
| Case 1:16-cv-01534-JEB | 47 |
| Summary | 47 |

January 16, 2024

References                                                                      48

Limitations                                                                     51

Appendix A   Resume of Brun Hilbert, Jr., PhD
Appendix B   Brun Hilbert, Jr. Deposition and Trial Testimony – Previous Four Years
Appendix C   Resume of Robert D. Caligiuri, PhD, NAE, FASM
Appendix D   Robert D. Caligiuri Deposition and Trial Testimony – Previous Four Years
Appendix E   Compensation

January 16, 2024

# List of Figures

|  |  | Page |
|---|---|---|
| Figure 1. | Applicant Proposed Action Area, DAPL Lake Oahe Crossing Project. | 5 |
| Figure 2. | Schematic of a general HDD lake crossing. | 10 |
| Figure 3. | Typical large drilling rig for HDD. | 11 |
| Figure 4. | Illustration of frac-out and IRs to surface. | 12 |
| Figure 5. | Lake Oahe HDD crossing and drilling mud annulus pressures for drilling the pilot hole. | 15 |
| Figure 6. | Lake Oahe HDD crossing and drilling mud annulus pressures for reaming. | 16 |
| Figure 7. | DAPL crossing at Lake Oahe. | 19 |
| Figure 8. | Scaled cross section of DAPL crossing at Lake Oahe. | 20 |
| Figure 9. | Lake Oahe HDD crossing drilling mud pressures and number of reports of nonexistent returns. | 22 |
| Figure 10. | Lake Oahe HDD crossing and drilling mud annulus pressures. | 23 |
| Figure 11. | Hole in drill pipe from GeoEngineers FR-47. | 27 |
| Figure 12. | Representative pipeline IMP structure per ISO 19345-1:2019. | 34 |
| Figure 13. | Representative process flow for a hazardous liquid IMP per API 1160. | 35 |
| Figure 14. | Volume of crude oil released per year (2010 – 2023) due to onshore pipeline accidents (both underground and above ground). | 39 |
| Figure 15. | Number of onshore crude oil pipeline accidents per year (2010 – 2023) (both underground and above ground). | 40 |
| Figure 16. | Distribution of causes for onshore crude oil pipeline accidents for pipelines installed in 2010 or later. | 41 |
| Figure 17. | Distribution of years elapsed between year of crude oil pipeline installation and accident. | 42 |
| Figure 18. | Crude oil pipelines experiencing an accident within the first 10 years following installation—distribution of years elapsed between year of crude oil pipeline installation and accident. | 43 |
| Figure 19. | Draft 2023 EIS table summarizing Lake Oahe segment estimated return period by release volume. | 46 |

January 16, 2024

# List of Tables

| | | Page |
|---|---|---|
| Table 1. | Summary of 2017 HDD operations, annulus drilling mud pressures, and "nonexistent" returns | 25 |
| Table 2. | Summary of HDD timeline based on the GeoEngineers FRs | 28 |
| Table 3. | Summary of threat categories and conditions per ASME B31.8S "Managing System Integrity of Gas Pipelines" | 36 |
| Table 4. | Hazardous liquid pipeline failure rates by cause per 1993 Hovey and Farmer article | 38 |

January 16, 2024

# Acronyms and Abbreviations

| | |
|---|---|
| API | American Petroleum Institute |
| ASME | The American Society of Mechanical Engineers |
| ASTM | American Society for Testing and Materials |
| CFR | Code of Federal Regulations |
| Dakota Access | Dakota Access LLC |
| DAPL | Dakota Access Pipeline |
| Defendants | Greenpeace International, Greenpeace, Inc., Greenpeace Fund, Inc., Red Warrior Society, Cody Hall, and Krystal Two Bulls, collectively |
| EA | Environmental Assessment |
| EIS | Environmental Impact Statement |
| Energy Transfer | Energy Transfer L.P. |
| Exponent | Exponent, Inc. |
| FR | Field Report |
| ft | Feet |
| GeoEngineers, Inc. | GeoEngineers |
| GeoEngineers' Report | GeoEngineers, Inc., Horizontal Directional Drill Design Services, Dakota Access Pipeline Project, Lake Oahe HDD, Morton and Emmons Counties, North Dakota, for, Dakota Access, LLC, File No. 18762-011-01, August 28, 2015 |
| Greenpeace | Greenpeace International, Greenpeace, Inc., and the Greenpeace Fund, Inc., collectively |
| HDD | Horizontal directional drilling |
| IMP | Integrity Management Program |
| in. | Inches |
| IR | Inadvertent return |
| ISO | International Organization for Standardization |
| ksf | Thousand pounds per square foot |
| Michels | Michels Directional Crossings |
| Michels Drill Plan | Michels Directional Crossings, Directional Drill Plan of Procedure, Dakota, Dakota Access Pipeline Project, Lake Oahe HDD Crossing, Morton & Emmons Counties, North Dakota Installation of 30" Steel Pipe, August 18, 2015 |
| NAE | National Academy of Engineering |
| NACE | NACE International |
| NPT | Non-productive time |

January 16, 2024

| | |
|---|---|
| PHMSA | Pipeline and Hazardous Materials Safety Administration |
| Plaintiffs | Energy Transfer LP, Energy Transfer Operating, L.P., and Dakota Access LLC, collectively |
| psf | Pounds per square foot |
| psi | Pounds per square inch |
| SRST | Standing Rock Sioux Tribe |
| USACE | United States Army Corps of Engineers |
| USACE Defendants | USACE and Dakota Access, collectively |

January 16, 2024

# Personal Background

## Brun Hilbert Jr., PhD

I am a Principal Engineer at Exponent. I hold a PhD degree in Materials Science and Minerals Engineering from the University of California, Berkeley. My dissertation research involved the development of computational methods for analysis of rocks and soils. I hold a BS degree in Mathematics and an MS degree in Mechanical Engineering from the University of New Orleans. I am a licensed Professional Mechanical Engineer in California, a licensed Mechanical and Petroleum Engineer in Texas, and a licensed Mechanical Engineer in New Mexico. Prior to joining Exponent in 1996, I was employed at Exxon Production Research Company in Houston, Texas, for 11 years in the Drilling and Completions Division. I taught courses to Exxon and affiliate engineers in Well Completions, Well Design and Workovers in the Middle East, Southeast Asia, Australia, and North America.

In the area of petroleum and mechanical engineering, I have expertise in oil and gas well drilling and design, well integrity and failure analysis, and flowline and pipeline failures due to rock and soil deformation. I have expertise in drilling deep horizontal directional oil and gas wells, and horizontal directional drilling ("HDD") wells for pipeline installation.

In 1992 I left Exxon Production Research Company to pursue doctoral studies at the University of California at Berkeley. I obtained a PhD degree from the Department of Minerals Engineering and Material Science in 1995. My dissertation work involved the application of solid mechanics to rock engineering computations, also referred to as geomechanics. I also performed laboratory work on the micromechanics of wave propagation in sandstone rock, which is important in the interpretation of wellbore formation logging.

In 1996 I joined Exponent, Inc. ("Exponent") in Menlo Park, California. I have developed a consulting practice in the areas of Petroleum and Mechanical Engineering. While at Exponent, I have testified as an expert witness in the United States and in international arbitration matters involving well failures and blowouts, and valuation of oil and gas wells and fields. My consulting and expert work has involved both onshore and offshore wells and fields.

I was selected as a Society of Petroleum Engineers Distinguished Lecturer for 2015-2016. I was appointed to the National Academy of Engineering ("NAE") Committee on Connector Reliability for Offshore Oil and Natural Gas Operations in 2017. This committee was assembled to investigate the causes and prevention of the premature failure of critical bolts on subsea blowout preventers and wellheads.

January 16, 2024

I have published over 100 technical journal articles, reports, and presentations during my career. I have written a book chapter on computational geomechanics. I have taught preparation courses for the professional engineering license examination in Civil Engineering.

My current professional résumé is attached as Appendix A. Appendix B contains my deposition and trial testimony for the past four years and Appendix E describes my compensation in this matter.

## Robert D. Caligiuri, PhD, NAE, FASM

I am a Corporate Vice President and Principal Engineer at Exponent. I hold a B.S. degree in Mechanical Engineering from the University of California at Davis, and M.S. and PhD degrees in Materials Science and Engineering from Stanford University. I am a licensed Professional Engineer in the states of California, Utah, Michigan, North Carolina, Washington, Arkansas, and Texas. Prior to joining Exponent in 1987, I was a Research Scientist and Program Manager at SRI International and a staff metallurgist with the Lawrence Livermore National Laboratory.

In my more than 46 years of professional experience, I have investigated hundreds of failures of metallic components in mechanical systems and structures, including mechanical machinery and large civil engineering structures. The common thread through all these investigations has been the relationship between the metallurgy of the component materials and the response of the system to applied loads and environmental conditions. I have applied my expertise to the specific problem of failures in nuclear, fossil (including gas), and solar power generation facilities, steel-frame high-rise buildings, chemical process equipment, pressure vessels, aircraft and spacecraft, construction equipment, and safety equipment. I have reviewed and applied many of the codes and industry standards relevant to such equipment and systems. Through these and other activities, I have become very familiar with the obligations expected of designers, specifiers, and installers of power generation equipment and have become very familiar with the standards now in place that embody the expected obligations.

More specifically, in over 46 years of professional experience, I have investigated hundreds of failures in pipelines and pipeline components, ranging in size from 1-inch diameter household copper piping to small diameter process piping to 36-inch-diameter gas transmission pipelines to 20-foot-diameter concrete water distribution piping. The causes of failure in these pipelines have included third-party damage, earthquakes and other natural causes, internal and external pitting corrosion, general corrosion, graphitic corrosion, stress corrosion cracking, seam and butt weld defects, and fatigue. Specifically, I have examined over 25 failures in piping systems

January 16, 2024

used to contain and transport process fluids around refineries, power generation facilities, and chemical/petrochemical plants.

I am an elected Member of the NAE, a Fellow of ASM International, and a member of the American Society of Mechanical Engineers ("ASME"), Tau Beta Pi Engineering Honor Society, and the Sigma Xi Research Society. I am a recipient of the 2023 Distinguished Engineering Alumni Medal from the University of California at Davis. I have also been a guest lecturer with the Department of Materials Science and Engineering at Stanford University. I served as a visiting scientist and lecturer at the Tsukuba Research Center near Tokyo, Japan. I have published over 100 technical journal articles, reports, and presentations. I have served on, or assisted with, the editorial review boards of the American Society of Materials Metals Handbook and the American Welding Society's Welding Handbook. In particular, while on the editorial review board of the Metals Handbook, I assisted in the preparation of Volume 11, Ninth Edition, *Failure Analysis and Prevention*.

My current professional résumé is attached as Appendix C. Appendix D contains my deposition and trial testimony for the past four years and Appendix E describes my compensation in this matter.

January 16, 2024

# Overview

The matter relates to a dispute wherein Energy Transfer LP (formerly known as Energy Transfer Equity, L.P., and hereafter referred to as "Energy Transfer"), Energy Transfer Operating, L.P. (formerly known as Energy Transfer Partners, L.P.), and Dakota Access LLC ("Dakota Access") (collectively, "Plaintiffs") have alleged damages against Greenpeace International (also known as "Stichting Greenpeace Council"), Greenpeace, Inc., Greenpeace Fund, Inc., Red Warrior Society (also known as "Red Warrior Camp"), Cody Hall, and Krystal Two Bulls (collectively, "Defendants").

The specific allegations relate to Energy Transfer's construction of the Dakota Access Pipeline ("DAPL"), a 1,172-mile long underground crude oil pipeline that extends from the Bakken region of North Dakota to Patoka, Illinois. The pipeline was originally designed to carry 570,000 barrels per day of crude oil, which was later increased to 1.1 million barrels per day.[1] A portion of the DAPL Project required crossing federal flowage easements near the upper end of Lake Sakakawea north of the Missouri River in Williams County, North Dakota, and federally-owned lands at Lake Oahe in Morton County and Emmons County, North Dakota (Figure 1).[2]

---

[1]    U.S. Army Corps of Engineers (Omaha District). (2023). *Dakota Access Pipeline Lake Oahe crossing project draft environmental impact statement* [Online]. Retrieved January 4, 2024, from https://usace.contentdm.oclc.org/digital/collection/p16021coll7/id/24050/, p. ES-6.

[2]    U.S. Army Corps of Engineers (Omaha District). (2023). *Dakota Access Pipeline Lake Oahe crossing project draft environmental impact statement* [Online]. Retrieved January 4, 2024, from https://usace.contentdm.oclc.org/digital/collection/p16021coll7/id/24050/, p. 1-1.

January 16, 2024



Figure 1.    Applicant Proposed Action Area, DAPL Lake Oahe Crossing Project.[3]

Dakota Access constructed the pipeline across Lake Oahe and the areas under federal control using the HDD method.[4] In general, the HDD method allowed for pipeline construction beneath Lake Oahe without the excavation of a trench by drilling a hole far below conventional pipeline depths and pulling the pipeline through the pre-drilled hole.

---

[3]   U.S. Army Corps of Engineers (Omaha District). (2023). *Dakota Access Pipeline Lake Oahe crossing project draft environmental impact statement* [Online]. Retrieved January 4, 2024, from https://usace.contentdm.oclc.org/digital/collection/p16021coll7/id/24050/, p. 1-3.

[4]   U.S. Army Corps of Engineers (Omaha District). (2023). *Dakota Access Pipeline Lake Oahe crossing project draft environmental impact statement* [Online]. Retrieved January 4, 2024, from https://usace.contentdm.oclc.org/digital/collection/p16021coll7/id/24050/, p. 1-2.

January 16, 2024

Dakota Access began construction of the pipeline across Lake Oahe in September 2016. Drilling activities occurred between December 1, 2016, and December 4, 2016, and between January 20, 2017, and March 22, 2017.[5] Operation of the pipeline began on June 1, 2017.[6]

In the current dispute, Energy Transfer is understood to allege that the Defendants "engaged in large-scale, intentional dissemination of misinformation and outright falsehoods regarding both Energy Transfer and Dakota Access, DAPL's environmental impact, and the companies' extensive efforts to address the concerns of local North Dakota communities about the pipeline."[7] Amended Appendix A, issued March 17, 2022, is understood to have summarized specific statements issued by Greenpeace that formed the basis of Energy Transfer's revised complaint.[8]

On or around September 30, 2023, Energy Transfer is understood to have withdrawn certain defamation claims, removing all challenged statements that touched on DAPL's risk to water supplies and the climate (including those relating to pipeline safety and leaks and spills).[9]

To the extent that Case No.: 30-2019-CV-00180 still involves a defamation claim and allegations that certain statements impacted refinancing in relation to the DAPL Project, we have been asked to comment on matters of HDD operations during construction and pipeline safety and integrity management.

---

[5]  U.S. Army Corps of Engineers (Omaha District). (2023). *Dakota Access Pipeline Lake Oahe crossing project draft environmental impact statement* [Online]. Retrieved January 4, 2024, from https://usace.contentdm.oclc.org/digital/collection/p16021coll7/id/24050/, p. 1-2.

[6]  U.S. Army Corps of Engineers (Omaha District). (2023). *Dakota Access Pipeline Lake Oahe crossing project draft environmental impact statement* [Online]. Retrieved January 4, 2024, from https://usace.contentdm.oclc.org/digital/collection/p16021coll7/id/24050/, p. 1-6.

[7]  Case No. 30-2019-CV-00180, First Amended Complaint, p. 3.

[8]  Case No. 30-2019-CV-00180, Stipulation to Dismiss Charles Brown and Defendant and Withdraw Certain Allegations.

[9]  Greenpeace Defendants' Opposition to Plaintiffs' Second Motion to Modify the Special Master's Order Compelling Production of Pipeline Safety Documents, p. 4.

January 16, 2024

# Opinions

Exponent was retained on behalf of Greenpeace International, Greenpeace, Inc., and the Greenpeace Fund, Inc. (collectively "Greenpeace"), to assess various issues related to Energy Transfer's construction of the DAPL.

We have reached the opinions listed below.

I, Brun Hilbert Jr., PhD, have reached the following opinions relating to HDD operations during construction of the DAPL under Lake Oahe.

1.  To the extent that Energy Transfer alleges Greenpeace has stated there to be a non-zero risk associated with the construction of the DAPL, I am of a position that a statement of that nature does not constitute a "misinformation campaign" on the part of Greenpeace.
2.  There is an inherent level of risk associated with the construction of any pipeline via the HDD method. By having drilling mud annulus pressures exceed design pressure limits during the construction of a pipeline path via the HDD method, there is an increased risk of the creation of pathways from the drilled borehole to the surface, river bottom, or lake bottom. Such created pathways could then provide a risk of migration of hydrocarbons should a breach in the pipeline occur.
3.  During drilling of the pilot hole for DAPL, the drilling mud annulus pressures exceeded the design pressure limits of the soil. I found numerous errors and inconsistencies in the calculated soil maximum drilling mud pressure limits, which resulted in calculated pressure limits that were lower than the pressure limits originally calculated by GeoEngineers, Inc. ("GeoEngineers"). The drilling mud annulus pressures measured during actual pilot hole drilling exceeded both the original and corrected pressure limits.
4.  A relatively large volume of drilling mud returns was reported as "nonexistent" during the HDD operations across Lake Oahe. Although Field Reports ("FR") by the HDD contractors and designers stated that no inadvertent returns ("IR") to surface were observed along the HDD route, there was no documentation produced to verify these conclusions. It is my opinion that given the volume of mud lost to the surrounding soil, efforts to verify the volume of mud lost and where it migrated should have been a priority.

January 16, 2024

5.  A large hole in the drill pipe was discovered after the pilot hole was drilled. In my opinion, the cause of the drill pipe breach and its effects on the lost or nonexistent mud returns should have been investigated.

I, Robert D. Caligiuri, PhD, NAE, FASM, have reached the following opinions relating to pipeline safety and integrity management.

1.  To the extent that Energy Transfer alleges Greenpeace has stated there to be a non-zero risk of a crude oil release during the operation of the DAPL, I am of a position that a statement of that nature does not constitute a "misinformation campaign" on the part of Greenpeace.

2.  There is an inherent level of risk associated with the operation of any pipeline carrying hazardous material. While hazardous liquid pipeline operators are subject to federal regulations pursuant to the Code of Federal Regulations ("CFR") 49 CFR Part 195, even when an operator complies with all applicable regulations, the risk of release from a crude oil pipeline cannot be eliminated or reduced to zero.

3.  Even with the application of a robust integrity management program, as required by 49 CFR Part 195, pipelines are subject to stable, time-independent, and time-dependent threats that can lead to loss of containment events during the lifetime of the pipeline.

4.  My opinions in this regard are substantiated by statements in the public domain issued by the U.S. Army Corps of Engineers ("USACE") and in the context of U.S. District Court litigation between the Standing Rock Sioux Tribe ("SRST") (and additional Plaintiffs) and USACE and Dakota Access (collectively, the "USACE Defendants"). For example, I agree with the position of the USACE that "the transportation of crude oil by pipeline has inherent risks to the public and environment."

We hold these opinions to a reasonable degree of engineering certainty based on the information made available to date. Should additional information become available, we reserve the right to change, supplement, or modify these opinions.

January 16, 2024

# Horizontal Directional Drilling Operations

I have reviewed the HDD performed by Michels Directional Crossings ("Michels") for the Lake Oahe crossing of the DAPL. These operations were documented in detail in FRs written by engineers from the design firm GeoEngineers.[10] I refer to GeoEngineers' FRs extensively below.

I have also reviewed design and plan reports for the Lake Oahe HDD crossing, relying primarily upon the following:

- GeoEngineers, Inc., Horizontal Directional Drill Design Services, Dakota Access Pipeline Project, Lake Oahe HDD, Morton and Emmons Counties, North Dakota, for, Dakota Access, LLC, File No. 18762-011-01, August 28, 2015[11] ("GeoEngineers report").

- Michels Directional Crossings, Directional Drill Plan of Procedure, Dakota, Dakota Access Pipeline Project, Lake Oahe HDD Crossing, Morton & Emmons Counties, North Dakota Installation of 30" Steel Pipe, August 18, 2015[12] ("Michels Drill Plan").

It is my understanding that Energy Transfer contracted GeoEngineers to design the Lake Oahe HDD crossing and Michels was contracted to perform the crossing construction operation. I have relied upon deposition testimony, memoranda, and emails related to the Oahe Lake HDD crossing.

## The HDD Process

The HDD process was developed in conjunction with the oil and gas industry of onshore and offshore directional drilling techniques and tools.[13] Figure 2 is a schematic depiction of the HDD process employed by Michels for the Lake Oahe crossing. HDD drilling rigs were positioned on each bank of Lake Oahe. A typical large HDD rig used by Michels is shown in a photograph in Figure 3.[14] As depicted in Figure 2A, the rigs drill pilot holes at shallow angles from each bank towards each other. The directionally-drilled paths eventually turn from inclined to horizontal, at which time drilling continues until the paths intersect, the point of intersection is referred to by HDD operators as the "bit bump." The pilot hole is drilled by a rotating drill pipe with a drill

---

[10] Both Energy Transfer and GeoEngineers produced sets of the daily FRs in various ranges of ET and GeoEngineers Bates numbers. I cite to specific pages as necessary.

[11] ET-00350481 – 00350605.

[12] ET-00961640 – 00961819.

[13] U.S. Army Corps of Engineers. (1998). CPAR-GL-98-1, Installation of Pipelines Beneath Levees Using Horizontal Directional Drilling, Final Report, CPAR-GL-98-1, April.

[14] ET-00961752.

January 16, 2024

bit attached to the end. The drill bit has tungsten carbide teeth. The teeth cut and grind the soil into fragments. Drilling mud is pumped into the end of the drill pipe at the drilling rig site using large high-pressure pumps. The mud is pumped from a mud tank into the drill pipe and then through nozzles at the drill bit. The soil and any fragments are carried by the pressurized drilling mud from in front of the bit into the annular space between the drill pipe and the pilot hole; the mud flows back up to the drilling rig location, returns to an excavated pit, and then into a mud tank. Soil and fragments are filtered out of the mud before it flows into the mud tank. The volume of mud that is returned to the tank after filtration is referred to as "returns." The filtered mud is then pumped from the tank, or recirculated, again through drill pipe and bit.

After the pilot hole is completed, it is enlarged using a "reamer," so the larger diameter pipeline can be inserted, as depicted in Figure 2B. The reaming process may take several passes of increasingly larger diameter reamer tools until the pipeline diameter is achieved. Drilling mud may be pumped through the drill pipe and annulus to clean out any soil and fragments that could plug the pilot hole, which is a process called "swabbing," as depicted in Figure 2C. Finally, as depicted in Figure 2D, after the required hole diameter is reamed one more time, the pipeline is pulled from one bank to the other.



Figure 2.    Schematic of a general HDD lake crossing.

January 16, 2024



Figure 3.        Typical large drilling rig for HDD.[15]

## Frac-outs and Inadvertent Returns to Surface

As described in the previous section, during HDD operations pressurized mud is pumped into the drill pipe, through the bit, flows through the annulus carrying soil and fragments, and then back to the surface to a mud tank at the drilling rig site. Drilling mud is a viscous mixture of bentonite[16] and water, along with small percentages of additives.[17] The mud must be sufficiently viscous to carry drilled soil out of the pilot hole annulus. Normally a small fraction of the mud can permeate into the soil surrounding the pilot hole. If the mud pressure is large enough, however, the mud can flow at a high rate into the surrounding porous soil, which is called "lost returns." In hard soils, sufficiently high mud pressure can fracture the soil, which is referred to as a "frac-out."

Under certain geological conditions and high mud pressures, the drilling mud can flow to the surface, which is referred to as "IR to surface." Figure 4 is an illustration of HDD frac-out and IR to surface. Aside from excessive mud pressure that exceeds the strength of the soil, natural fractures, faults, or other high-permeability vertically-oriented zones can provide natural paths for mud to the surface.

---

[15]   ET-00961752.

[16]   Bentonite is a powdered clay mineral that when mixed with water, forms a viscous muddy fluid.

[17]   Michels Drill Plan, Attachment, Additives product data sheets, ET-00961786 – 00961787.

January 16, 2024



Figure 4.    Illustration of frac-out and IRs to surface.

Engineering formulas to calculate the maximum drilling mud pressure to avoid lost returns and frac-out are provided in USACE guidelines for HDD operations.[18] These techniques were addressed in a technical paper by GeoEngineers in 2020[19] and included in the GeoEngineers report.

To prevent IR to surface during HDD operations, contingency plans should be implemented by the operator. Michels listed their contingency plans in the Michels Drill Plan.[20] Michels states in the Drill Plan:[21]

> Contingency Planning:
>
> Contingency planning is conducted in response to unforeseen events and conditions which could occur during normal operating sequences. **One of the most significant contingency plans has been developed for the mitigation and handling of inadvertent drilling fluid returns**. This is addressed in an independent document supplemental to this plan. Michels has developed an environmentally responsive set of contingency plans to be invoked for expeditious attention and handling of various incidence [*sic*] as they arise. In

---

[18]  U.S. Army Corps of Engineers. (1998). Installation of Pipelines Beneath Levees Using Horizontal Directional Drilling, Report No. CPAR-GL-98, April.

[19]  M. Miller and J. Robison. (2020). Formational Fluid Loss and Inadvertent Returns Risk in Sedimentary Rock HDD Construction, presented at NASTT 2018 No-Dig Conference, Palm Springs, CA, June.

[20]  Michels Drill Plan, Attachment, Contingency plans for HDD crossings, ET-00961797 – 00961808.

[21]  Michels Drill Plan, Attachment, Contingency plans for HDD crossings, ET-00961646.

January 16, 2024

the unlikely event that the drilled borehole needs to be abandoned, the borehole will be filled with bentonite slurry and abandoned [emphasis added].

Michels lists contingency plans for drilling mud "pressure control."[22]

Possible Condition: PRESSURE CONTROL

Contingency: An important function of the drilling fluid is to prevent the uncontrolled entry into the hole of fluids from the formation penetrated by the bit. The pressure exerted by the column of drilling fluid (hydrostatic head) must be somewhat greater than the pressure exerted by the formation fluids to allow raising the drill string without any problems. Following are some mitigative measures taken to counteract pressures.

1. Avoid swabbing drill string (plunging the drill string back and forth with great force)

2. Keep the hole full of drill mud while pulling the drill pipe, especially when hydrostatic head is not much greater than formation pressure.

Michels describes response and control procedures in a separate document titled, Michels Contingency Plan, Inadvertent Release Prevention and Response Plan for Non-hazardous Drilling Fluid.[23]

*Inadvertent Release Response & Control*

The absence of an open bore-hole conduit or the presence of a major formation fracture can lead to partial and potentially total loss of drilling fluid circulation. While it is impossible to determine the precise nature of this type of fluid loss, it is possible to accurately monitor for it by watching for a significant difference between the rates the fluid is being pumped down-hole and the rate it returns to the surface. The drilling fluid pumping rate and the rate of drilling fluid return to the surface is constantly monitored by the driller while the drilling is progressing. **The driller will know immediately if an unusually high volume of drilling fluid is being lost down-hole, depending on the ground conditions encountered in the crossing and taking into account the volume used to fill the bore-hole**. Should the driller believe that circulation is being

---

[22]  Michels Drill Plan, Attachment, Contingency plans for HDD crossings, ET-00961806.

[23]  ET-00999033 - 00999034.

EV

January 16, 2024

completely lost he will implement the following procedures (Response time to
be immediate):

1) **Temporarily cease drilling operations, including pump shut down;**

2) **Dispatch experienced observers as required to monitor the area in the
   vicinity of the crossing, for inadvertent returns of drilling fluid at the
   surface or in the river;**

3) Identify the position of the drill head in relation to the point of entry;

4) Re-start the pump and stroke the bore-hole up and down in stroke
   lengths up to 30 feet up to 6 times but no fewer than 2 in an effort to
   size the bore-hole annulus and re-open the circulation pathway
   [emphasis added].

While GeoEngineers reported in their FRs a significant number of instances of "nonexistent
returns" to the mud pits and high annulus drilling mud pressures, the field responses to these
events are not explicitly described in the FRs. It is not clear that drilling operations were
temporarily ceased, or if and how evidence of surface expressions of drilling mud were
investigated on the ground or in Lake Oahe along the HDD alignment.

## Lake Oahe HDD Design Drilling Mud Annulus Pressure Limits

GeoEngineers computed the drilling mud maximum annulus pressure limits, as documented in
the GeoEngineers report.[24] If the drilling mud annulus pressures exceed the pressure limits,
then drilling mud can flow from the bore hole into the soil, resulting in a risk that drilling fluids
may migrate to the surface or into Lake Oahe. Figure 5 (GeoEngineers report, Figure 2) and
Figure 6 (GeoEngineers report, Figure 6) graphically depict the calculated annulus pressure
limits as a function of the planned length (or station) along the pilot hole. Figure 5 represents
annulus pressure limits expected during drilling the pilot hole and Figure 6 for reaming
operations. The annulus pressure during the drilling and reaming operations were expected to
be different. The calculated annulus pressure limits are represented by double green lines in the
figures. They are identical in both figures because they depend only on the soil properties, and
the pilot hole depth.

The data and plots in Figure 5 and Figure 6 were calculated by GeoEngineers for the design
plans. The actual pressures are presented and discussed in the next section.

---

24    GeoEngineers Report, APPENDIX A HADD Design Drawings and Calculations, ET-00350499 – 00350508.

  
January 16, 2024



Figure 5.    Lake Oahe HDD crossing and drilling mud annulus pressures for drilling the pilot hole.[25]

---

January 16, 2024



Figure 6.    Lake Oahe HDD crossing and drilling mud annulus pressures for reaming.[26]

The pressure limits jump near station coordinate 44+00 due to a change in the soil properties. The soil is predominantly clay on the left (west) side of the pilot hole and sand on the right (east) side. The soil properties were determined by GeoEngineers from drilling borings and from tests on the cores recovered from the borings. In general, clay can fail at a lower pressure than sand. The green curves vary near the west and east drill sites due to shallower and more variable soil conditions. Deeper in the pilot hole, higher annulus mud pressures can be used because the soil pressure is higher there due to the weight of a longer soil column. The pressure limit on the left side of the pilot hole is approximately 130 pounds per square inch ("psi") and on the right side it is approximately 500 psi. If drilling mud annulus pressures exceed the limits, then there is a risk of lost returns and IR to surface.

As will be shown below, the annulus drilling mud pressure exceeded the pressure limits of the soil many times during both drilling and reaming operations. Moreover, there were many reports of lost or nonexistent drilling mud returns.

It should be noted that approximately 200 feet (ft) of the pilot holes at the west and east drilling sites were lined with 48-inch (in.) diameter steel conductor casing to prevent drilling mud loss to the shallow unconsolidated sediments. In addition, a 14-in. diameter steel centralizer casing was installed in the west pilot hole. GeoEngineers reported that the 48-in. conductor casing was

---

[26]    ET-00350507.

January 16, 2024

driven by Michels into the west drilling site to a length of 159.7 ft prior to the first FR.[27] Similarly, GeoEngineers also reports that Michels installed the 14-in. centralizer casing to a length of 161 ft. GeoEngineers did not report data for 48-in. and 14-in. casing at the east drilling site. As I discuss below, on many days GeoEngineers reported that drilling fluids did not return through the 48-in. conductor and 14-in. centralizer casing; that is, the drilling fluid returns were "nonexistent."

## Errors in the Determination of Lake Oahe HDD Pressure Limits

I have reviewed GeoEngineers' maximum drilling mud annulus pressure limits in the GeoEngineers report. GeoEngineers documented these calculations in Figures 4 and 5 of the GeoEngineers report.[28] I have found that there are errors in these calculations that resulted in over-estimations of the pressure limits. GeoEngineers calculated approximately 120 psi for clay and 227 psi for sand. I have calculated these pressure limits as 109.5 psi for clay and 111.3 psi for sand. Thus, GeoEngineers over-estimated the maximum drilling mud annulus pressures limits.

The errors stem from the calculation of the initial effective stress in the soil, $\sigma'_0$, at the depth of the planned pilot hole. GeoEngineers over-estimated the initial effective stresses. These calculations are documented in Task 1B of Figures 4 and 5 of the GeoEngineers report. These miscalculations appear to be simple arithmetical mistakes. GeoEngineers calculated initial effective stresses of 5,897.2 psf ("pounds per square foot") for clay and 2,313.3 psf for sand. The correct values are 4,363.35 psf for clay and 796.9 psf for sand. GeoEngineers does not provide the source of the shear modulus, G, used in Task 1C in Figure 4 and 5, in the calculation of the parameter $Q_d$, which is a dimensionless function of the initial effective stress, cohesion, friction angle, and shear modulus. Moreover, it appears that the values used for G should be multiplied by 1,000 to account for the units ksf ("thousand pounds per square foot") and psf. Regardless, as shown below, the actual drilling mud pressures measured during Michels' HDD operations frequently exceeded the miscalculated pressure limits. The calculations were non-conservative by using upper bound values for soil properties, even higher than hard clay and very dense sand. The soil properties vary along the hole and there are locations with weaker soils There are further discrepancies and unreferenced parameters in GeoEngineers' calculations, but these issues do not change the fact that they exceeded the soil strength.

---

[27]   GeoEngineers-00071604.

[28]   GeoEngineers Report, ET-00350503 – 00350506.

January 16, 2024

## Lake Oahe HDD Operations

Figure 7 is a project vicinity map of the Lake Oahe crossing. Figure 8 is a cross-sectional view of the pipeline path under Lake Oahe. The cross section shows the elevations of the lake surface (light blue), the ground surface and lake bottom elevations (light green), and the path of the pipeline (dark blue). The colored vertical bars represent the soil types determined by GeoEngineers' drilled core samples.[29] The planned pipeline crossing was between approximately 97 to 117 ft below the lake bottom. The planned length of the crossing was 7,528.8 ft. As noted in Figure 8, the location of the east bank was denoted as the "Proposed HDD Entry point" ("entry side") and the west bank was denoted as the "Proposed HDD Exit Point" ("exit side"). The proposed exit side was approximately 66 ft higher than the entry side, which affects the HDD process, because the exit side will have a "dry section" that is not filled with drilling mud.

---

[29]    GeoEngineers Report, APPENDIX B Geotechnical Data Report, ET-00350535 – 00350604.

January 16, 2024



Figure 7.    DAPL crossing at Lake Oahe.[30]

---

[30]   ET-00350500.

January 16, 2024



Figure 8.      Scaled cross section of DAPL crossing at Lake Oahe.[31]

---

[31]  ET-00350511.

**January 16, 2024**

GeoEngineers documented and reported Michels' daily HDD operations, activities, and progress at the Lake Oahe crossing in FRs starting January 21, 2017 (Report No. 1)[32] and ending March 20, 2017 (Report No. 92).[33] FRs from January 24 through February 15 were denoted by an A and B, with A for activities documenting the east bank of Lake Oahe and B for operations at the west bank. After February 15, the FRs were sequentially numbered, with Michels' HDD crew "day shift" and "night shift" documented in a sequentially numbered order.

Michels Drill Plan proposed that,

> Michels intends to install large diameter surface casing on both ends of the crossing. It is estimated that 120' of casing will be installed on the east side and 200' on the west side to mitigate the anticipated soft soil conditions. A Grundoram pneumatic hammer will drive the steel surface casing along the proposed bore path from the entry point to a depth where a more competent soil condition is encountered.[34]

I have inferred that the proposed large diameter casings were intended to mitigate the potential for IR to surface in the shallow unconsolidated soil sediments at the exit and entry locations. As reported by GeoEngineers (see below), 48-in. diameter steel pipe was used for the surface casings. GeoEngineers reported that the length of the surface casing on the west bank of the lake was 159.7 ft, but there was no specific length reported for the surface casing on the east bank. In addition, GeoEngineers reported that Michels installed a 14-in. diameter "centralizer casing" to a length of 161 ft on the west side, which was extracted on or about February 17, 2017, after the east and west side pilot holes intersected.

Michels drilled the pilot holes from the east and west sides with 12.625-in. tungsten carbide insert tri-cone drill bits and 7-5/8-in. drill pipe.

## Drilling Mud Pressures and Nonexistent Returns

The annulus drilling mud pressures reported in GeoEngineers' FRs are plotted as red circles as a function of date and time in Figure 9. Also plotted in Figure 9 are the number of times (black squares) at which GeoEngineers reported that there were "nonexistent returns" in an FR. Annulus drilling mud pressures are plotted as a function of the pilot hole path in Figure 10. The pressure data were extracted from GeoEngineers' daily FRs. Annulus pressures were generally higher in the west side pilot hole.

---

[32]  GeoEngineers-00071604 – 00071613.

[33]  ET-01059394 – 01059401.

[34]  ET-00961641.

January 16, 2024



Figure 9.    Lake Oahe HDD crossing drilling mud pressures and number of reports of nonexistent returns.

January 16, 2024



Figure 10.     Lake Oahe HDD crossing and drilling mud annulus pressures.

January 16, 2024

It can be observed from Figure 9 and Figure 10 that there were a few very high drilling mud annulus mud pressures, which exceeded 500 psi. GeoEngineers reported pressures of 580 psi and 588 psi on February 13, 2017. However, GeoEngineers noted in FR-22 on February 13 at 13:52 that, "With approximately 15 feet of Joint #72 complete, Michels' exit side crew halts drilling the pilot hole eastward and begins replacing the 1,000 psi 'pop-off' pin with a 1,250 psi 'pop-off' pin after the 'pop-off' pin on the in-use exit side high pressure drilling fluid pump is engaged." On February 13 at 22:36 to 01:01 in FR-23B, GeoEngineers reported that, "The maximum observed downhole annular pressure reading observed was 183 pounds per square inch (psi) (excluding erroneous readings between 580 psi and 588 psi while jetting the pilot hole westward with Joint #99 through Joint #103)." There was only one other erroneous pressure reading reported by GeoEngineers, which occurred on February 12 in FR-21A, which stated:

> The maximum observed downhole annular pressure reading was 324 psi and drilling fluid returns continued to be maintained to the entry pit. Upon tripping in the east side jetting assembly westward with Joint #40, the downhole annular pressure reading started matching the inner pipe pressure and Ron Jenson informs me that a tube within the gyroscopic guidance tool may have failed; thereby, causing erroneous downhole annular pressure reading. Therefore, downhole annular pressure readings will no longer be recorded.[35]

The annulus pressures and notations of "nonexistent returns" can be correlated to the Michels' HDD operations as summarized in Table 1.

---

[35]  GeoEngineers-00078115.

January 16, 2024

Table 1.    Summary of 2017 HDD operations, annulus drilling mud pressures, and "nonexistent" returns

| Date | Event | "Nonexistent" Mud Returns |
|---|---|---|
| January 25 | Pilot hole was jetted on | 23 instances |
| February 8–14 | Drilled the pilot hole from the west and east sides | 184 instances |
| February 15 | Intersection of the west and east pilot holes | 45 instances |
| February 16 | Could not "restore rotation of the 7.625-inch drill pipe string downhole" | 437 instances |
| February 25 –28 | West side positive displacement mud motor 'donut' become 'lodged' downhole | |
| March 1 – 14 | Reaming operations to enlarge the pilot hole diameter to 34 in. and then to 45 in. Four reaming passes were performed from east to west, and vice versa. | 78 instances |
| March 15 – 17 | Two 42-in. swab passes with a 40-in. barrel reamer | 4 instances |
| March 18 – 20 | 30-in. pipeline pullback operations | 3 instances |

Additional relevant details are as follows.

- The pilot hole was jetted on January 25 (FRs 5A and 5B) with annulus pressures increasing to 91 psi. Mud returns were reported as "nonexistent" 23 times in the January 25 west and east side FRs. GeoEngineers reported in FR 5B that, "Drilling fluid returns were nonexistent through the installed 14-inch steel centralizer casing to the west side drilling fluid returns pit (exit pit) today with no reported surface indications of inadvertent drilling fluid returns along the HDD alignment." GeoEngineers provided no description or references to verify their statement of "no indications," or IR to the surface breaches, either on the ground surface or in Oahe Lake.

- Michels drilled the pilot hole from the west and east sides from February 8 – 14, The intersection of the west and east pilot holes occurred on February 15 at approximately 3,851.2 ft from the east side (westward) and 3,719.7 ft from the west side (eastward). From February 8 – 14, GeoEngineer's reported 184 instances of, "Drilling fluids returns nonexistent to the entry pit" or "Drilling fluid returns were nonexistent through the installed 14-inch steel centralizer

casing to the exit pit."[36] The highest drilling mud annulus pressure was reported
as 358 psi on February 14 at 08:07 in FR-24B, which noted, "Joint #90 is complete
(see attached pilot hole analyses for details). Drilling fluid returns continued to
be nonexistent through the installed 14-inch steel centralizer casing to the exit pit,
and the maximum observed downhole annular pressure reading was 358 psi."[37]
This pressure exceeded GeoEngineers' maximum pressure limit shown in Figure
5. In fact, GeoEngineers reported "nonexistent returns" 88 times on February 14.
Moreover, the 130-psi pressure limit was exceeded a significant number of times
during drilling of the pilot hole.

- GeoEngineers' FRs on February 16 documented that Michels could not "restore
  rotation of the 7.625-inch drill pipe string downhole" from the east (exit) side
  pilot hole. On February 25, GeoEngineers reported, "the west side positive
  displacement mud motor 'donut' becoming 'lodged' downhole." This problem
  persisted until on or about February 28. In addition, GeoEngineers' report on
  February 25, stated:

  > Michels' entry (east) side crew subsequently rigged up with a weeper
  > sub, and Michels commenced advancing the east side weeper sub
  > westward through the previously jetted/drilled pilot hole (while
  > simultaneously tripping out the two [2] previously installed west side
  > weeper subs westward) in preparations of removing the suspected
  > damaged joint of 7.625-inch drill pipe from the 7.625-inch drill pipe
  > string downhole, advancing the referenced weeper sub approximately
  > 417 feet westward prior to observing one (1) damaged joint of 7.625-
  > inch drill pipe with an approximate 1-foot by 8-inch hole within the
  > tube of the joint of 7.625-inch drill pipe.[38]

  A photograph of the drill pipe hole was included in FR-47, dated February 26 –
  27, and is shown in Figure 11. From February 16 through February 28,
  GeoEngineers reported 437 "nonexistent returns" events. Again, however,
  GeoEngineers reported during this period that there were no reports of IR to
  surface.

- Michels performed reaming operations to enlarge the pilot hole diameter to
  34-in. and then to 45-in. on or about March 1 through March 14 (FR-53 through

---

[36]  FRs 17A through 26B.

[37]  ET-00640119.

[38]  ET-00640185.

January 16, 2024

FR-79). Four reaming passes were performed from east to west, and vice versa. During that period, GeoEngineers reported that there were 78 instances of "nonexistent returns." There were few reported drilling mud annulus pressure readings.

- Michels performed two 42-in. swab passes with a 40-in. barrel reamer from March 15 through March 17. GeoEngineers reported four instances of "nonexistent returns." There were few reported drilling mud annulus pressure readings.

- Michels performed 30-in. pipeline pullback operations on or about March 18 through March 20. GeoEngineers reported three instances of "nonexistent returns" during this period. There were few reported drilling mud annulus pressure readings.

The foregoing shows that while GeoEngineers reported many instances of "nonexistent returns" during drilling of the pilot hole from January 21, 2017, through February 14, 2017, there were also many such reports of lost returns afterwards, during the efforts to free the stuck drill pipe, and during reaming, swabbing, and pipeline pulling operations.



**FR-47-LO30-1: DOCUMENT THE HOLE "CHEWED" INTO A DAMAGED JOINT OF 7.625-INCH DRILL PIPE REMOVED FROM THE 7.625-INCH DRILL PIPE STRING DOWNHOLE (SIDE VIEW)**

Figure 11.    Hole in drill pipe from GeoEngineers FR-47.[39]

---

[39]  ET-00640444.

January 16, 2024

GeoEngineers reported on numerous dates, "While drilling fluid was briefly pumped downhole, drilling fluid returns were nonexistent through the installed 14-inch steel centralizer casing to the west side drilling fluid returns pit (exit pit) today **with no reported surface indications of inadvertent drilling fluid returns along the HDD alignment**" (emphasis added).[40]

Similarly, GeoEngineers reported on numerous dates observations similar, if not identical, to the following:

> Drilling fluid returns continued to be nonexistent through the installed 14-inch steel centralizer casing to the west side drilling fluid returns pit (exit pit) today **with no reported surface indications of inadvertent drilling fluid returns along the HDD alignment**. [emphasis added] [41]

> Drilling fluid returns continued to be nonexistent through the installed 14-inch steel centralizer casing to the west side drilling fluid returns pit (exit pit) today **with no reported surface indications of inadvertent drilling fluid returns along the HDD alignment**. [emphasis added] [42]

The FRs do not include information on who performed the surface inspections for IR nor how GeoEngineers received this information at the time the daily FR narratives were written.

The GeoEngineers FRs document Michels' Lake Oahe HDD operations from January 21, 2017, through March 20, 2017. This constitutes 58 days of HDD operations. I summarized the timeline of HDD operations from my review of the FRs in Table 2.

Table 2.    Summary of HDD timeline based on the GeoEngineers FRs

| Date Range | Days | HDD Operation |
|---|---|---|
| January 21 – February 14 | 24 | Drilling the pilot hole |
| February 14 – March 1 | 15 | Restoring rotation and freeing the stuck ("lodged") drill pipe |
| March 1 – March 8 | 7 | 34-in. and 45-in. diameter reaming of the pilot hole |
| March 8 – March 18 | 10 | 40-in. pilot hole swabbing |
| March 18 – March 20 | 2 | 30-in. pipeline pullback |
| Total days of FRs | 58 | |

---

[40]   FR-7B, GeoEngineers-0076496.

[41]   GeoEngineers-00071558.

[42]   ET-01050953.

**January 16, 2024**

GeoEngineers summarized the daily incremental completion of HDD operations in tables attached to their FRs. The GeoEngineers final FR-92, dated March 20, 2017, list that Michels projected that the pipeline installation would take 49 days and that the "actual number of working days 'to date'" was 40.[43] It appears that GeoEngineers did not include delays associated with the non-productive time ("NPT") due to restoring rotation and freeing the lodged drill pipe.

## Estimates of Lost or Nonexistent Drilling Mud Volumes

I have estimated that the volume of drilling mud during the periods in which mud returns to the exit (west) and entry (east) side drilling mud pits were reported by GeoEngineers to be "nonexistent" during pilot hole drilling was approximately 1.4 million gallons. I arrived at this estimate examining the GeoEngineers FRs from February 8 through February 15, 2017 (i.e., the period the pilot hole was drilled). GeoEngineers reports the time at which "nonexistent" returns began and when returns were restored to the entry and exit pits. GeoEngineers consistently reported that "Generally speaking, drilling fluid returns were maintained to the east side drilling fluid returns pit (entry pit) today without any inadvertent drilling fluid returns reported along the HDD alignment."[44] GeoEngineers did not estimate the volume of mud not returned to the pits, and they did not document how it was determined that no IRs to surface were verified. If the soil surrounding the pilot hole was impermeable, then all of the mud pumped into the drill string would be returned to a pit. In actual practice, however, the soils have permeability and a fraction of the circulated mud would be expected to be lost by migration to the surrounding soil and rock in the annulus. In the case of the Lake Oahe HDD crossing, the fraction of mud lost to the formations was, in my opinion, relatively high. It is not known where the lost drilling mud migrated. There is no documentation produced among that provided to me showing that the Lake Oahe water was sampled to determine if drilling mud had escaped to the lake bed.

---

[43] ET-01049507.

[44] ET-00639983. This is one example, but GeoEngineers' terminology was consistent throughout the FRs.

January 16, 2024

# Pipeline Safety and Integrity Management

## Energy Transfer's Stance Regarding DAPL Safety and Integrity Management

I understand the original complaint in this dispute articulated Energy Transfer's belief that:

> Defendants [including Greenpeace] … engaged in large-scale, intentional dissemination of misinformation and outright falsehoods regarding both Energy Transfer and Dakota Access, DAPL's environmental impact …[45]

Specific alleged misrepresentations were identified by Energy Transfer and Dakota Access, including a subset of statements regarding the environmental impact of DAPL on water supplies.[46]

Notwithstanding the fact that on or around September 30, 2023, Energy Transfer withdrew certain defamation claims articulated in the complaint, including those relating to pipeline safety and leaks and spills, I understand certain Energy Transfer employees to be of a view that pipeline safety remains a contested issue in the current dispute.

For example, in the October 25, 2023, deposition of Mr. Steven Michael Futch, Vice-President of Interstate Engineering and Pipelines at Energy Transfer,[47] Mr. Futch provided the following testimony:[48]

> Q. And do you also consider one of those false narratives to be, you know, leaks to pipelines and the likelihood of leaks to pipelines?
>
> A. That's a complicated discussion because I'm an engineer by trade, and when I hear 'likelihood,' I go into calculation mode. But to the extent that someone would promote an idea that there is a high potential for a brand new pipeline to leak as a result of any of the pipeline integrity threats that are established by the industry, I would take exception to the potential – or the likelihood for those leaks to occur based on the mitigating factors that

---

[45]   Case No. 30-2019-CV-00180, 1st Amended Complaint, ¶5.

[46]   Case No. 30-2019-CV-00180, 1st Amended Complaint, ¶37.

[47]   Deposition of Steven Michael Futch, October 25, 2023, p. 15.

[48]   Deposition of Steven Michael Futch, October 25, 2023, p. 225.

January 16, 2024

we employed during the manufacturing of the materials for this project and the construction of this project.

Q.  When you were talking about false narratives that you believe Greenpeace defendants were extending, did it include the statements about the likelihood of a pipeline leaking?

A.  Yes.

In the November 17, 2023, deposition of Mr. Lee Hanse, retired Executive Vice President of Projects, Commercials, at Energy Transfer,[49] Mr. Hanse provided the following testimony:[50]

Q.  Okay. So this statement, I – we talked about this earlier and it just didn't click in my head. 'The' – 'the pipeline will interfere with the people's water source.' That's part of the misinformation campaign?

A.  Yes.

Consequently, based on the above, I am of an understanding that Energy Transfer is still of a view that certain statements made by Greenpeace in relation to the risk of the DAPL experiencing a leak constitute part of the alleged "misinformation campaign." The following paragraphs explain why I do not believe that to be the case.

## Background

Pipelines are a critical aspect of modern infrastructure, playing a pivotal role in the transportation of gas, oil, and other hazardous materials. Ensuring the integrity and safety of pipelines is not only crucial for the uninterrupted supply of these vital resources, but also for the protection of the environment and public safety. The risks associated with pipeline operations can range from minor leaks to catastrophic failures that can cause environmental damage, economic loss, and in worst-case scenarios, loss of human life. These risks arise from various factors throughout the pipeline lifecycle, including design flaws, construction defects, incorrect operations, and external threats like natural disasters or human interference.

---

[49]  Deposition of Lee Hanse, November 17, 2023, p. 9.

[50]  Deposition of Lee Hanse, November 17, 2023, p. 101.

January 16, 2024

In the United States, the first statute regulating pipeline safety was the Natural Gas Pipeline Safety Act of 1968,[51] which Congress amended in 1976.[52] The regulations concerning pipeline safety, as well as the entities responsible for ensuring compliance with pipeline safety requirements, have evolved over time. Currently, the transportation of hazardous liquids,[53] including crude oil, by pipeline is governed by Part 195 of the CFR.[54] It includes the following discrete subparts:

- Subpart A – General
- Subpart B – Annual, Accident, and Safety-Related Condition Reporting
- Subpart C – Design Requirements
- Subpart D – Construction
- Subpart E – Pressure Testing
- Subpart F – Operation and Maintenance
- Subpart G – Qualification of Pipeline Personnel
- Subpart H – Corrosion Control

The subparts of 49 CFR Part 195 listed above incorporate, by reference, various consensus standards and guidance documents issued by the American Petroleum Institute ("API"), ASME, American Society for Nondestructive Testing, American Society for Testing and Materials ("ASTM"), and NACE International ("NACE"), among others.

The Pipeline and Hazardous Materials Safety Administration ("PHMSA"), created in 2004,[55] is the agency that ensures compliance with 49 CFR Part 195. Consistent with 49 CFR § 195.49 and § 195.50, operators are responsible for providing PHMSA with hazardous liquid pipeline facility annual reports and accident reports (as applicable). PHMSA undertakes various enforcement actions in response to identified conditions requiring operator attention. Those enforcement actions include corrective action orders, notices of probable violation, notices of amendment, warning letters, and notices of proposed safety orders.[56]

---

[51] Natural Gas Pipeline Safety Act of 1968, Pub. L No. 90-481, 82 Stats. 720 (1968).

[52] Natural Gas Pipeline Safety Act Amendments of 1976, Pub. L No. 94-477, 90 Stat. 2073 (1976).

[53] Defined by the CFR as petroleum, petroleum products, anhydrous ammonia, and ethanol or other non-petroleum fuel, including biofuel, which is flammable, toxic, or would be harmful to the environment if released in significant quantities.

[54] Amdt. 195–22, 46 FR 38360, July 27, 1981, with subsequent amendments.

[55] (2023). *Public Law 108-426, 108th Congress. An Act.* Retrieved January 8, 2024, from https://www.govinfo.gov/content/pkg/PLAW-108publ426/pdf/PLAW-108publ426.pdf.

[56] PHMSA. (2023). *Summary of Enforcement Actions* [Online]. Retrieved January 3, 2024, from https://primis.phmsa.dot.gov/comm/reports/enforce/Actions_opid_0.html?nocache=8020.

Pipeline operators, including Energy Transfer, take steps to mitigate the inherent risks involved in transporting hazardous liquids, including crude oil. Risk mitigation strategies are multifaceted and include design, overall integrity management programs, standardized operations and maintenance procedures, and regular monitoring and inspection. In relation to this, 49 CFR Part 195 prescribes minimum requirements.

An operator is required by United States federal regulations to maintain an Integrity Management Program ("IMP") to ensure the safe, environmentally responsible, and reliable management of its pipeline system.[57] A successful IMP proactively addresses and resolves integrity concerns, to the extent possible, preventing incidents or failures before they occur. General information about pipeline IMPs can be found in the International Organization for Standardization ("ISO")[58] standard ISO 19345-1:2019,[59] which pertains to pipeline integrity management, as well as API 1160, the API standard concerning "Managing System Integrity for Hazardous Liquid Pipelines."[60]

An effective IMP generally adopts a comprehensive lifecycle approach, including risk assessment, inspection and monitoring, integrity assessment, mitigation, performance measurement and improvement, and data management. Figure 12 and Figure 13 depict representative pipeline IMP structures from ISO 19345-1 and API 1160.

---

[57] 49 CFR § 195.452.

[58] ISO is a worldwide federation of national standards bodies. ISO standards and specifications are consensus documents developed by ISO technical committees.

[59] ISO 19345-1:2019, Petroleum and natural gas industry - Pipeline transportation systems - Pipeline integrity management specification - Part 1: Full-life cycle integrity management for onshore pipeline, First edition, May 2019.

[60] API Recommended Practice 1160, Managing System Integrity for Hazardous Liquid Pipelines, September 2013.

January 16, 2024



Figure 12.    Representative pipeline IMP structure per ISO 19345-1:2019.[61]

---

[61]    ISO 19345-1:2019, Petroleum and natural gas industry - Pipeline transportation systems - Pipeline integrity management specification - Part 1: Full-life cycle integrity management for onshore pipeline, First edition, May 2019.

January 16, 2024



Figure 13.     Representative process flow for a hazardous liquid IMP per API 1160.[62]

Risk mitigation strategies must necessarily be multifaceted since pipeline assets are subject to various threats throughout their lifetimes. Generally, pipeline threats are broken down into three threat categories: stable, time-independent, and time-dependent.[63] ASME B31.8S-2004[64] further distinguishes between nine primary threat conditions that fall into these categories. The threat categories and conditions are summarized in Table 3.

[62]  *API Recommended Practice 1160, Managing System Integrity for Hazardous Liquid Pipelines*, September 2013.

[63]  *ASME B31.8S-2014, Managing System Integrity of Gas Pipelines*, September 30, 2014.
P. Penney. (2019). *Commissioners Technical Committee Meeting* [Online]. Retrieved January 3, 2024, from https://www.cpuc.ca.gov/-/media/cpuc-website/transparency/commissioner-committees/finance-and-administration/2019/12-18-19-emerging-trends---pipeline-saftey-program.pdf.

[64]  While the ASME B31.8S standard supplements B31.8, ASME Code for Pressure Piping, Gas Transmission and Distribution Piping Systems, the threats discussed within the standard are equally relevant for piping systems carrying hazardous liquids (e.g., crude oil).

January 16, 2024

Table 3.     Summary of threat categories and conditions per ASME B31.8S "Managing System Integrity of Gas Pipelines"

| Threat Category | Threat Condition |
|---|---|
| Stable | Manufacturing Defects |
| | Construction Defects |
| | Equipment (e.g., pressure regulation) |
| Time-independent | Third-party Damage |
| | Incorrect Operations |
| | Weather Related and Outside Force |
| Time-dependent | External Corrosion |
| | Internal Corrosion |
| | Stress Corrosion Cracking |
| | Fatigue[65] |

There may be circumstances in which a pipeline or pipeline segment is susceptible to two or more of these threats. In those circumstances, the threats can occur coincidentally and independently from one another; alternatively, two or more threats can "interact," resulting in damage that is more significant than would occur from an individual threat.

Although risk can be mitigated, it cannot be eliminated from any process involving generation, transportation, or storage of hazardous material. As described in a 2005 article by Muhlbauer, even though pipeline transportation safety is generally better than other alternatives, "failures are a real possibility."[66] Given that the risk of a pipeline failure can never completely be reduced to zero, federal regulations provide operators with minimum requirements to ensure threats are mitigated against, in part, by the application of robust assessment and monitoring methodologies. Examples of minimum requirements established to help accomplish this include:

- 49 CFR § 195.416 and § 195.452 requiring operators to perform initial assessments of their pipeline segments as well as periodic assessments of the same pipeline

---

[65] Fatigue is not listed in ASME B31.8S, although it is now generally accepted as a time-dependent threat to buried pipelines.

[66] W. K. Muhlbauer. (2005). *Lessons Learned from Pipeline Risk Assessment* [Online]. Retrieved January 3, 2024, from http://www.pipelinerisk.com/pdf/LessonsLearned_2005_08_22.pdf.

segments on a set frequency to ensure public safety or protection of the
environment.

- Provision that the above-mentioned assessments be conducted by in-line
  inspection, pressure test, external corrosion direct assessment or "other
  technology" (as defined by 49 CFR § 195.416(d), provided there is prior
  notification to the Office of Pipeline Safety).
- 49 CFR § 195.557 requiring that buried pipelines be coated as a means of external
  corrosion control.
- 49 CFR § 195.563 requiring that buried pipelines constructed, relocated, replaced,
  or otherwise changed after the applicable dates as defined in 49 CFR § 195.401(c)
  have cathodic protection.
- 49 CFR § 195.573 requiring operators monitor external corrosion control.

Regular assessments and monitoring can often identify time dependent threats such as external
corrosion. Nevertheless, rates of damage accumulation due to time dependent threats can vary.
Additionally, there is a non-zero probability of damage from time-independent threats such as
third-party damage (e.g., gouges, scrapes, and punctures from unauthorized digging in pipeline
rights of way) and weather-related and outside force events (e.g., washouts, landslides,
earthquakes, fishing operations), which can occur between successive integrity inspections.[67]

## Hazardous Liquid Pipeline Accidents

Per 49 CFR § 195.50, operators are required to complete accident reports for failures in
hazardous liquid pipeline systems wherein the incidents meet certain criteria, as follows:[68]

   (a) Explosion or fire not intentionally set by the operator.

   (b) Release of 5 gallons (19 liters) or more of hazardous liquid or carbon
       dioxide, except that no report is required for a release of less than 5 barrels
       (0.8 cubic meters) resulting from a pipeline maintenance activity if the
       release is:

       (1) Not otherwise reportable under this section;

       (2) Not one described in § 195.52(a)(4);

---

[67] Transportation Research Board. (2004). *Transmission Pipelines and Land Use: A Risk-Informed Approach – Special Report 281*, The National Academies, Washington, DC. Retrieved January 3, 2024, from https://doi.org/10.17226/11046.

[68] 49 CFR § 195.50, as amended January 8, 2002.

January 16, 2024

(3) Confined to company property or pipeline right-of-way; and

(4) Cleaned up promptly;

(c) Death of any person;

(d) Personal injury necessitating hospitalization;

(e) Estimated property damage, including cost of clean-up and recovery, value of lost product, and damage to the property of the operator or others, or both, exceeding $50,000.

Operators provide details about hazardous liquid pipeline accidents by submitting PHMSA Form 7000–1 to the regulatory authority. PHMSA Form 7000–1 data are publicly-available online[69] for submissions dating from 1986 to the present. Review of PHMSA Form 7000–1 data provides valuable insights into those hazardous liquid pipelines that have experienced a reportable failure as defined in 49 CFR § 195.50.

Hovey and Farmer's 1993 literature review of PHMSA Form 7000–1 submissions for 1982 through 1991 calculated hazardous liquid pipeline failure rates in accordance with an established Nuclear Regulatory Commission methodology, summarized in Table 4.[70]

Table 4.    Hazardous liquid pipeline failure rates by cause per 1993 Hovey and Farmer article[71]

| Accident Cause | 10-year Total Accidents | Failures per 1,000 miles per year |
|---|---|---|
| Outside force | 581 | 0.271 |
| Corrosion | 523 | 0.244 |
| Other | 496 | 0.232 |
| Operator error | 107 | 0.050 |
| Pipe defect | 98 | 0.046 |
| Weld defect | 54 | 0.025 |
| Relief equipment | 42 | 0.020 |
| All causes | 1,901 | 0.888 |

Hovey and Farmer's analysis further demonstrated, for example, that a 100-mile hazardous liquid pipeline with a 30-year life would have a 93% probability of a failure during its lifetime.

---

69    Pipeline and Hazardous Materials Safety Administration. (2023). *Distribution, Transmission & Gathering, LNG, and Liquid Accident and Incident Data (Hazardous Liquid Accident Data - January 2010 to present)* [Online]. Retrieved January 1, 2024, from https://www.phmsa.dot.gov/data-and-statistics/pipeline/distribution-transmission-gathering-lng-and-liquid-accident-and-incident-data.

70    D. J. Hovey and E. J. Farmer, Pipeline accident, failure probability determined from historical data, *Oil & Gas Journal*, 91, 104-107 (1993).

71    D. J. Hovey and E. J. Farmer, Pipeline accident, failure probability determined from historical data, *Oil & Gas Journal*, 91, 104-107 (1993).

January 16, 2024

It should be noted that in arriving at this figure, Hovey and Farmer adopted a methodological approach assuming stable conditions (i.e., one that discounted start-up failures).

Despite improvements in fabrication practices and monitoring technologies, PHMSA Form 7000–1 data from the last decade show a similarly non-negligible risk of a hazardous liquid pipeline experiencing an accident, as defined by 49 CFR § 195.50.

Figure 14 and Figure 15 display the yearly volume of crude oil released per year and the count of reported accidents per year based on PHMSA Form 7000–1 submissions between 2010 and 2023. The plotted data include accidents reported by 217 different operators. On average, on an annual basis, hazardous liquid pipeline accidents result in crude oil release events of more than 25,000 barrels onshore. From 2010 to 2023, there were an average of 165 onshore crude oil pipeline accidents per year.



Figure 14.     Volume of crude oil released per year (2010 – 2023) due to onshore pipeline accidents (both underground and above ground).

January 16, 2024



Figure 15.    Number of onshore crude oil pipeline accidents per year (2010 – 2023) (both underground and above ground).

PHMSA Form 7000-1 submission data from 2010 to 2023 were analyzed to interrogate the cause or causes of hazardous liquid pipeline accidents. Figure 16 shows a breakdown of crude oil pipeline accident causes (for pipelines installed in 2010 and later) for the subject time period. The primary causes of crude oil pipeline accidents for pipelines installed after 2010 have been equipment failure, corrosion, and incorrect operation.

January 16, 2024



Figure 16.    Distribution of causes for onshore crude oil pipeline accidents for pipelines installed in 2010 or later.

PHMSA Form 7000–1 submission data from 2010 to 2023 can also be analyzed to determine the age distribution of crude oil pipelines at the time of the accidents. Figure 17 illustrates this distribution. The data reveal that more than half of the reported crude oil pipeline accidents are associated with pipelines that are less than 10 years old. Closer examination of the pipelines within the 0 – 10 year age range uncovers that about 50% of these pipelines were operational for less than two years at the time of the accident (Figure 18). These data clearly indicate that the risk of a leak event on newer pipelines (i.e., those less than two-years old) is still non-zero.

EX

January 16, 2024



**50 years or more, 14%**

10 - 20 years, 6%

20 - 30 years, 4%

40 - 50 years, 4%     30 - 40 years, 3%

Figure 17.     Distribution of years elapsed between year of crude oil pipeline installation and accident.

January 16, 2024



8 - 10 years, 8%

6 - 8 years, 10%

4 - 6 years, 13%

2 - 4 years, 19%

Figure 18.    Crude oil pipelines experiencing an accident within the first 10 years following installation—distribution of years elapsed between year of crude oil pipeline installation and accident.

To better inform one's understanding of the factors leading to the failure of relatively new (i.e., under 15 years) hazardous liquid pipelines, one can also consider the specifics of certain recent hazardous liquid pipeline accidents.

- The Keystone pipeline, a 2,687-mile crude oil pipeline system, experienced a failure near Washington, Kansas, on December 7, 2022.[72] The failure occurred on the Cushing Extension, a 288-mile segment completed in 2011. The failure, identified due to a leak detection alarm and emergency-line trip alarm, resulted in the pipeline being shut down. The initial estimated loss volume was approximately 14,000 barrels. The failure has since been attributed to a combination of factors, including bending stress on the pipe and a weld flaw at a

---

[72]    PHMSA. (2022). *Re: CPF No. 3-2022-074-CAO* [Online]. Retrieved January 3, 2024, from https://www.phmsa.dot.gov/sites/phmsa.dot.gov/files/2022-12/TC%20Oil%20CAO.3-2022-074.pdf. This incident is also listed in the PHMSA Form 7000–1 submission data as report number 20230004.

January 16, 2024

pipe-to-fitting girth weld completed during fabrication.[73] TC Energy, the operator of the Keystone pipeline, provided the following statement about the cause of the failure: "Although welding inspection and testing were conducted within applicable codes and standards, the weld flaw led to a crack that propagated over time as a result of bending stress fatigue, eventually leading to an instantaneous rupture.[74]

- A crude oil pipeline operated by Plains Pipeline, L.P., in Dimmit, Texas, experienced a failure on October 13, 2021.[75] The segment in question was installed in 2019. The estimated loss volume was approximately 593 barrels. The accident was attributed to material failure of the pipe or weld appearing consistent with hydrogen cracking that likely occurred at or near the time of welding.
- A crude oil pipeline operated by Epic Consolidated Operations LLC in Edwards, Texas, experienced a failure on August 29, 2019.[76] The segment in question was installed in 2019. The estimated loss volume was approximately 10,460 barrels. The failure, which occurred due to a mechanical puncture, was the result of third-party excavation damage.

As evidenced by the above data and examples, a certain level of risk is inevitable when it comes to pipeline operations, even with newer assets.

## Draft Environmental Impact Statement

On July 25, 2016, the USACE Omaha District issued an Environmental Assessment ("EA")[77] to evaluate the potential effects of granting permission under Section 14 of the Rivers and Harbors Act of 1899 to Dakota Access for the portion of the DAPL Project crossing deferral flowage easements in North Dakota.[78]

---

[73] OGJ Editors, TC Energy: Bending stress, weld flaw caused Keystone oil spill, *Oil & Gas Journal* **121**, (2023).

[74] OGJ Editors, TC Energy: Bending stress, weld flaw caused Keystone oil spill, *Oil & Gas Journal* **121**, (2023).

[75] Listed in the PHMSA Form 7000–1 submission data as report number 20210321.

[76] Listed in the PHMSA Form 7000–1 submission data as report number 20190275.

[77] ET-01264850.

[78] U.S. Army Corps of Engineers (Omaha District). (2023). *Dakota Access Pipeline Lake Oahe crossing project draft environmental impact statement* [Online]. Retrieved January 4, 2024, from https://usace.contentdm.oclc.org/digital/collection/p16021coll7/id/24050/, p. ES-1.

**January 16, 2024**

As a result of legal challenges, in 2017, the USACE was ordered to draft an Environmental Impact Statement ("EIS") focusing on whether a new easement can be issued under the Mineral Leasing Act for the DAPL Project to cross USACE-managed federal lands at Lake Oahe.[79]

The draft EIS, which is now publicly-available in draft form,[80] comprises numerous sections, including Section 3 dedicated to "affected environment, impacts, and mitigation." Section 3.1 focuses on reliability and safety, including matters related to pipeline safety, pipeline design, the Dakota Access and Energy Transfer safety record, release frequency analysis, project background, and impacts and mitigation.[81]

The opening paragraph of Section 3.1 "Reliability and Safety" reads as follows:

> The transportation of crude oil by pipeline has inherent risks to the public and environment. The greatest hazards are 1) a major pipeline rupture, resulting in considerable contamination of the environment, and 2) a fire or explosion resulting from a major pipeline rupture.[82]

The "Reliability and Safety" section of the EIS includes an "expanded analysis of safety matters" identified by SRST's review of the original 2016 EA prepared by USACE.[83] It includes a discussion of the safety record of Dakota Access and Energy Transfer as well as a release frequency analysis.

In relation to the safety record, the EIS references findings associated with PHMSA's inspection of pre-construction, construction, and operation of the DAPL. As part of the release frequency analysis described in the EIS, the estimated likelihood of a release along the Lake Oahe crossing

---

[79]    U.S. Army Corps of Engineers (Omaha District). (2023). *Dakota Access Pipeline Lake Oahe crossing project draft environmental impact statement* [Online]. Retrieved January 4, 2024, from https://usace.contentdm.oclc.org/digital/collection/p16021coll7/id/24050/, p. 1-7.

[80]    U.S. Army Corps of Engineers (Omaha District). (2023). *Dakota Access Pipeline Lake Oahe crossing project draft environmental impact statement* [Online]. Retrieved January 4, 2024, from https://usace.contentdm.oclc.org/digital/collection/p16021coll7/id/24050/.

[81]    U.S. Army Corps of Engineers (Omaha District). (2023). *Dakota Access Pipeline Lake Oahe crossing project draft environmental impact statement* [Online]. Retrieved January 4, 2024, from https://usace.contentdm.oclc.org/digital/collection/p16021coll7/id/24050/, pp. i-v.

[82]    U.S. Army Corps of Engineers (Omaha District). (2023). *Dakota Access Pipeline Lake Oahe crossing project draft environmental impact statement* [Online]. Retrieved January 4, 2024, from https://usace.contentdm.oclc.org/digital/collection/p16021coll7/id/24050/, p. 3-5.

[83]    U.S. Army Corps of Engineers (Omaha District). (2016). *Environmental Assessment Dakota Access Pipeline Project Crossings of Flowage Easements and Federal Lands*, July 2016.

**January 16, 2024**

pipeline segment, categorized by release cause, was calculated. Figure 19 summarizes the subject data in terms of return periods (or the estimated number of years between events).

| Cause | Detailed Size Category (bbls) | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | < 50 bbls | 50 bbls > and < 100 bbls | 100 bbls > and < 1,000 bbls | 1,000 bbls > and < 10,000 bbls | > 10,000 bbls | Total |
| Corrosion | 1 in 3,280 years | 1 in 53,238 years | 1 in 25,793 years | 1 in 80,902 years | - | 1 in 2,668 years |
| Natural forces | 1 in 49,182 years | 1 in 924,473 years | 1 in 470,625 years | 1 in 708,061 years | 1 in 428,057 years | 1 in 36,647 years |
| Excavation damage | 1 in 39,797 years | 1 in 77,470 years | 1 in 21,588 years | 1 in 81,805 years | 1 in 1,066,186 years | 1 in 10,254 years |
| Other outside force damage | 1 in 44,763 years | 1 in 269,392 years | 1 in 132,030 years | 1 in 233,925 years | - | 1 in 26,385 years |
| Material and/or weld failures | 1 in 13,820 years | 1 in 164,032 years | 1 in 72,675 years | 1 in 63,914 years | 1 in 332,783 years | 1 in 9,020 years |
| Equipment failure | 1 in 4,843 years | 1 in 689,512 years | 1 in 147,593 years | 1 in 427,125 years | - | 1 in 4,607 years |
| Incorrect operation | 1 in 15,365 years | 1 in 176,871 years | 1 in 116,903 years | 1 in 226,175 years | - | 1 in 11,946 years |
| Other¹ | 1 in 48,557 years | 1 in 365,649 years | 1 in 497,358 years | - | - | 1 in 39,464 years |
| Overall | 1 in 1,357 years | 1 in 19,076 years | 1 in 7,943 years | 1 in 18,982 years | 1 in 159,260 years | 1 in 1,026 years |
| Overall for WCD | 1 in 67,827 years | 1 in 953,818 years | 1 in 397,166 years | 1 in 949,116 years | 1 in 7,963,024 years | 1 in 51,312 years |

Figure 19.    Draft 2023 EIS table summarizing Lake Oahe segment estimated return period by release volume.[84]

The analysis in the draft EIS concludes that the total release frequency of the 1.03-mile pipeline segment from all causes is 0.000974 releases per year, which is equivalent to a return period of 1,026 years, with catastrophic releases (greater than 10,000 barrels) being the most uncommon (having an occurrence frequency of 1 in 159,260 years). While the release frequency is very low, the critical fact is that it is non-zero; thus, some level of risk exists.

[84]   U.S. Army Corps of Engineers (Omaha District). (2023). *Dakota Access Pipeline Lake Oahe crossing project draft environmental impact statement* [Online]. Retrieved January 4, 2024, from https://usace.contentdm.oclc.org/digital/collection/p16021coll7/id/24050/, p. 3-24.

January 16, 2024

## Case 1:16-cv-01534-JEB

Pipeline safety in relation to the DAPL was also a topic at issue in U.S. District Court litigation between the SRST (and additional Plaintiffs) and the USACE Defendants.

A memorandum opinion in Case 1:16-cv-01534-JEB filed in June 2017 by U.S. District Judge James Boasberg states as follows:

> The MLA [Mineral Leasing Act] expressly contemplates that agencies may grant rights-of-way through federal lands for pipelines used to transport 'oil, natural gas, synthetic liquid or gaseous fuels, or any refined product produced therefrom.' 30 U.S.C. § 185(a). Such pipelines necessarily involve some level of risk; no reasonable engineer, scientist, or agency official could assert that a pipeline project—or any construction or transportation project for that matter—involves absolutely zero risk. It would be nonsensical for Congress to have created a mechanism for granting rights-of-way for oil pipelines if that mechanism could never be used[85] [emphasis added].

## Summary

Based on analysis of industry data, specific information related to the DAPL, and my own personal experience investigating pipeline failures over the past 35 years, it is an established fact that pipelines, even ones maintained and operated properly, can and do leak and rupture. Because of the potential, however small, for a pipeline to leak or rupture, government regulations and industry standards have been promulgated to mitigate this risk and ensure pipeline integrity, to the extent possible. Thus, any statements made by Greenpeace in this matter related to integrity risks associated with the DAPL cannot be construed as "large-scale, intentional dissemination of misinformation," as apparently alleged by Energy Transfer.

---

[85]  ET-01264917.

January 16, 2024

# References

The following case materials made available through discovery were relied upon in the preparation of this report:

1. Case No. 30-2019-CV-00180, First Amended Complaint.
2. Case No. 30-2019-CV-00180, Stipulation to Dismiss Charles Brown and Defendant and Withdraw Certain Allegations.
3. Greenpeace Defendants' Opposition to Plaintiffs' Second Motion to Modify the Special Master's Order Compelling Production of Pipeline Safety Documents.
4. ET-00350481 – 00350605.
5. ET-00961640 – 00961819.
6. ET-00999027 – 00999064.
7. GeoEngineers-00071604 – 00071613.
8. ET-01059394 – 01059401.
9. GeoEngineers-00078115.
10. Field Reports 1 through 92
11. ET-00640119
12. ET-00640185.
13. ET-00640444.
14. GeoEngineers-0076496.
15. GeoEngineers-00071558.
16. ET-01050953.
17. ET-01049507.
18. ET-00639983.
19. Deposition of Steven Michael Futch, October 25, 2023.
20. Deposition of Lee Hanse, November 17, 2023.
21. ET-01264850.
22. ET-01264917.

Additional materials were also reviewed and considered as follows:

1. U.S. Army Corps of Engineers (Omaha District). (2023). *Dakota Access Pipeline Lake Oahe crossing project draft environmental impact statement* [Online]. Retrieved January 4, 2024, from https://usace.contentdm.oclc.org/digital/collection/p16021coll7/id/24050/.

2. U.S. Army Corps of Engineers. (1998). CPAR-GL-98-1, Installation of Pipelines Beneath Levees Using Horizontal Directional Drilling, Final Report, CPAR-GL-98-1, April.

3. M. Miller and J. Robison. (2020). Formational Fluid Loss and Inadvertent Returns Risk in Sedimentary Rock HDD Construction, presented at NASTT 2018 No-Dig Conference, Palm Springs, CA, June.

4. Natural Gas Pipeline Safety Act of 1968, Pub. L No. 90-481, 82 Stats. 720 (1968).

5. Natural Gas Pipeline Safety Act Amendments of 1976, Pub. L No. 94-477, 90 Stat. 2073 (1976).

6. (2023). *Public Law 108-426, 108th Congress. An Act*. Retrieved January 8, 2024, from https://www.govinfo.gov/content/pkg/PLAW-108publ426/pdf/PLAW-108publ426.pdf.

7. PHMSA. (2023). *Summary of Enforcement Actions* [Online]. Retrieved January 3, 2024, from https://primis.phmsa.dot.gov/comm/reports/enforce/Actions_opid_0.html?nocache=8020.

8. ISO 19345-1:2019, Petroleum and natural gas industry - Pipeline transportation systems - Pipeline integrity management specification - Part 1: Full-life cycle integrity management for onshore pipeline, First edition, May 2019.

9. *API Recommended Practice 1160, Managing System Integrity for Hazardous Liquid Pipelines*, September 2013.

10. *ASME B31.8S-2014, Managing System Integrity of Gas Pipelines*, September 30, 2014.

11. P. Penney. (2019). *Commissioners Technical Committee Meeting* [Online]. Retrieved January 3, 2024, from https://www.cpuc.ca.gov/-/media/cpuc-website/transparency/commissioner-committees/finance-and-administration/2019/12-18-19-emerging-trends---pipeline-saftey-program.pdf.

12. W. K. Muhlbauer. (2005). *Lessons Learned from Pipeline Risk Assessment* [Online]. Retrieved January 3, 2024, from http://www.pipelinerisk.com/pdf/LessonsLearned_2005_08_22.pdf.

13. Transportation Research Board. (2004). *Transmission Pipelines and Land Use: A Risk-Informed Approach -- Special Report 281*, The National Academies/Washington, DC. Retrieved January 3, 2024, from https://doi.org/10.17226/11046.

14. Pipeline and Hazardous Materials Safety Administration. (2023). *Distribution, Transmission & Gathering, LNG, and Liquid Accident and Incident Data (Hazardous Liquid Accident Data - January 2010 to present)* [Online]. Retrieved January 1, 2024, from https://www.phmsa.dot.gov/data-and-statistics/pipeline/distribution-transmission-gathering-lng-and-liquid-accident-and-incident-data.

January 16, 2024

15. D. J. Hovey and E. J. Farmer, Pipeline accident, failure probability determined from historical data, *Oil & Gas Journal,* **91**, 104-107 (1993).

16. PHMSA. (2022). *Re: CPF No. 3-2022-074-CAO* [Online]. Retrieved January 3, 2024, from https://www.phmsa.dot.gov/sites/phmsa.dot.gov/files/2022-12/TC%20Oil%20CAO.3-2022-074.pdf.

17. OGJ Editors, TC Energy: Bending stress, weld flaw caused Keystone oil spill, *Oil & Gas Journal* **121**, (2023).

18. U.S. Army Corps of Engineers (Omaha District). (2016). *Environmental Assessment Dakota Access Pipeline Project Crossings of Flowage Easements and Federal Lands*, July 2016

January 16, 2024

# Limitations

Exponent investigated specific issues related to the lawsuit filed in relation to Energy Transfer's construction of the DAPL. The scope of services performed during this investigation may not adequately address the needs of other users of this report, and any reuse of this report or the findings or conclusions herein is at the sole risk of the user. The opinions and comments formulated during this assessment are based on information available as of the date of this report. Exponent reserves the right to supplement or modify the findings expressed in this report, to add to the basis of and reasons for any conclusions reached, and to supplement or modify this report should facts or information become available that, in its opinion, require revisions to this report. No guarantee or warranty as to future life or performance of any reviewed condition is expressed or implied.

# Appendix A

## Resume of Brun Hilbert, Jr., PhD

