Plaintiff's Complaint

Exhibit E  U.S. Army Corps of Engineers, Missouri River Basin Water Management Mainstem and Tributary Reservoir Bulletin, 12-1-22



Northwestern Division, Missouri River Basin Water Management
**Mainstem and Tributary Reservoir Bulletin**
Project Data Date/Time: 12-01-2022 00:00
Last Updated Date/Time: 12-01-2022 23:05

| Project | Project Information | | | | Current Data | | | | | Occupied Storage | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Elevations (ft) | | Cumulative Storage (ac-ft) | | Elev (ft) | Daily Elev Change (ft) | Storage (ac-ft) | Inflow (cfs) | Release (cfs) | MP (%) | FC (ac-ft) | FC (%) |
| | MP | FC | MP | FC | | | | | | | | |
| **MRR - Missouri River Mainstem Projects** | | | | | | | | | | | | |
| Fort Peck Dam | 2234.0 | 2250.0 | 14,788,340 | 18,462,840 | 2219.64 | -0.03 | 12,002,000 | 6,000 | 5,200 | 81.2 | 0 | 0.0 |
| Garrison Dam | 1837.5 | 1854.0 | 17,744,640 | 23,451,300 | 1831.91 | -0.59 | 16,125,000 | 11,000 | 15,000 | 90.9 | 0 | 0.0 |
| Oahe Dam | 1607.5 | 1620.0 | 18,667,635 | 22,982,900 | 1589.11 | -0.24 | 13,644,000 | 15,000 | 15,400 | 73.1 | 0 | 0.0 |
| Big Bend Dam | 1420.0 | 1423.0 | 1,631,474 | 1,810,414 | 1420.55 | -0.55 | 1,676,000 | 15,000 | 18,000 | 100.0 | 44,526 | 24.9 |
| Fort Randall Dam | 1350.0 | 1375.0 | 3,000,732 | 5,293,473 | 1337.66 | -0.15 | 2,201,000 | 14,000 | 12,900 | 73.3 | 0 | 0.0 |
| Gavins Point Dam | 1204.5 | 1210.0 | 295,406 | 428,033 | 1207.32 | -0.18 | 359,000 | 14,000 | 15,000 | 100.0 | 63,594 | 47.9 |
| System Totals | -- | -- | 56,128,227 | 72,428,960 | -- | -- | 46,007,000 | -- | -- | 82.0 | 0 | 0.0 |
| **NWO - USBR Section 7 Projects** | | | | | | | | | | | | |
| Tiber Dam | 2993.0 | 3012.5 | 925,648 | 1,328,723 | 2984.66 | 0.02 | 786,745 | 420 | 499 | 85.0 | 0 | 0.0 |
| Clark Canyon Dam | 5546.1 | 5560.4 | 174,367 | 253,443 | 5521.95 | 0.11 | 72,376 | 169 | 26 | 41.5 | 0 | 0.0 |
| Canyon Ferry Dam | 3797.0 | 3800.0 | 1,886,950 | 1,993,036 | 3783.85 | -0.05 | 1,460,247 | 2,081 | 3,457 | 77.4 | 0 | 0.0 |
| Boysen Dam | 4725.0 | 4732.2 | 741,594 | 892,226 | 4719.11 | -0.04 | 632,794 | 575 | 924 | 85.3 | 0 | 0.0 |
| Buffalo Bill Dam* | 5393.5 | -- | 646,565 | -- | 5368.81 | 0.02 | 459,513 | 241 | 203 | 71.1 | -- | -- |
| Yellowtail Dam | 3640.0 | 3657.0 | 1,011,052 | 1,263,682 | 3630.88 | -0.05 | 904,817 | 2,045 | 2,340 | 89.5 | 0 | 0.0 |
| Jamestown Dam | 1431.0 | 1454.0 | 30,488 | 220,990 | 1429.84 | 0.06 | 27,894 | 64 | 0 | 91.5 | 0 | 0.0 |
| Heart Butte Dam | 2064.5 | 2094.5 | 67,142 | 214,169 | 2060.81 | 0.01 | 55,558 | 24 | 10 | 82.7 | 0 | 0.0 |
| Keyhole Dam | 4099.3 | 4111.5 | 188,671 | 329,134 | 4090.29 | 0.00 | 117,523 | 0 | 0 | 62.3 | 0 | 0.0 |
| Pactola Dam | 4580.2 | 4621.5 | 55,975 | 99,038 | 4573.79 | 0.47 | 50,665 | 216 | 24 | 90.5 | 0 | 0.0 |
| Shadehill Dam | 2272.0 | 2302.0 | 120,172 | 350,176 | 2264.98 | 0.21 | 88,255 | 633 | 20 | 73.4 | 0 | 0.0 |
| Glendo Dam | 4635.0 | 4653.0 | 492,022 | 763,039 | 4601.72 | 0.11 | 192,730 | 488 | 24 | 39.2 | 0 | 0.0 |
| **NWO - USACE Tributary Projects** | | | | | | | | | | | | |
| Bowman-Haley Dam | 2754.8 | 2777.0 | 17,469 | 89,207 | 2750.56 | -0.01 | 11,158 | -6 | 0 | 63.9 | 0 | 0.0 |
| Pipestem Dam | 1442.5 | 1496.3 | 8,354 | 143,394 | 1442.21 | 0.01 | 8,116 | 4 | 0 | 97.2 | 0 | 0.0 |
| Chatfield Dam | 5432.0 | 5500.0 | 27,076 | 233,061 | 5429.78 | 0.02 | 24,058 | 40 | 29 | 88.9 | 0 | 0.0 |
| Cherry Creek Dam | 5550.0 | 5598.0 | 12,558 | 91,852 | 5547.10 | -0.01 | 10,248 | -1 | 2 | 81.6 | 0 | 0.0 |
| Bear Creek Dam | 5558.0 | 5635.5 | 1,758 | 30,354 | 5553.74 | -0.05 | 1,344 | 2 | 4 | 76.5 | 0 | 0.0 |
| Papillion Creek Dam 11 | 1121.0 | 1142.0 | 3,015 | 16,588 | 1120.01 | 0.00 | 2,689 | 0 | 0 | 89.2 | 0 | 0.0 |
| Papillion Creek Dam 16 | 1104.0 | 1121.0 | 1,141 | 4,673 | 1102.87 | -0.03 | 1,007 | -2 | 0 | 88.3 | 0 | 0.0 |
| Papillion Creek Dam 18 | 1110.0 | 1128.2 | 2,781 | 10,257 | 1108.80 | M | 2,496 | M | 0 | 89.8 | 0 | 0.0 |
| Papillion Creek Dam 20 | 1095.8 | 1113.1 | 2,309 | 8,512 | 1092.19 | -0.02 | 1,522 | -2 | 0 | 65.9 | 0 | 0.0 |
| **NWK - Tributary Projects** | | | | | | | | | | | | |
| Bonny Dam | 3672.0 | 3710.0 | 41,340 | 170,160 | 3638.00 | 0.00 | 0 | 3 | 2 | 0.0 | 0 | 0.0 |
| Trenton Dam (Swanson Lake) | 2752.0 | 2773.0 | 112,285 | 246,291 | 2727.67 | 0.00 | 26,440 | 5 | 1 | 23.5 | 0 | 0.0 |
| Enders Dam | 3112.3 | 3127.0 | 42,929 | 72,958 | 3077.91 | 0.00 | 6,404 | 5 | 3 | 14.9 | 0 | 0.0 |
| Red Willow Dam (Hugh Butler L) | 2581.8 | 2604.9 | 36,231 | 85,093 | 2560.18 | 0.00 | 10,578 | 5 | 2 | 29.2 | 0 | 0.0 |
| Medicine Cr Dam (Harry Strunk L) | 2366.1 | 2386.2 | 34,654 | 87,378 | 2353.38 | 0.00 | 17,066 | 25 | 1 | 49.2 | 0 | 0.0 |
| Norton Dam (Keith Sebelius Lake) | 2304.3 | 2331.4 | 34,509 | 133,740 | 2290.61 | 0.00 | 12,331 | 5 | 1 | 35.7 | 0 | 0.0 |
| Harlan County Dam | 1945.7 | 1973.5 | 314,111 | 814,111 | 1938.48 | -0.02 | 225,470 | 15 | 0 | 71.8 | 0 | 0.0 |
| Lovewell Dam | 1582.6 | 1595.3 | 35,714 | 86,172 | 1577.41 | 0.01 | 22,182 | 5 | 0 | 62.1 | 0 | 0.0 |
| Milford Dam | 1144.4 | 1176.2 | 373,152 | 1,131,026 | 1143.01 | -0.12 | 353,765 | 80 | 225 | 94.8 | 0 | 0.0 |
| **NWK - Lower Kansas River Basin** | | | | | | | | | | | | |
| Cedar Bluff Dam | 2144.0 | 2166.0 | 172,451 | 364,342 | 2127.59 | 0.00 | 84,307 | 3 | 0 | 48.9 | 0 | 0.0 |
| Kanopolis Dam | 1463.0 | 1508.0 | 48,378 | 413,521 | 1463.63 | -0.02 | 50,268 | 15 | 10 | 100.0 | 1,890 | 0.5 |
| Wilson Dam | 1516.0 | 1554.0 | 236,188 | 766,340 | 1514.24 | -0.03 | 221,571 | 10 | 5 | 93.8 | 0 | 0.0 |
| Kirwin Dam | 1729.2 | 1757.3 | 98,190 | 313,365 | 1723.17 | 0.00 | 70,348 | 5 | 0 | 71.6 | 0 | 0.0 |
| Webster Dam | 1892.4 | 1923.7 | 76,202 | 259,603 | 1882.63 | 0.01 | 44,495 | 5 | 0 | 58.4 | 0 | 0.0 |
| Glen Elder Dam (Waconda Lake) | 1455.6 | 1488.3 | 219,420 | 942,406 | 1450.37 | -0.04 | 158,631 | 50 | 13 | 72.3 | 0 | 0.0 |
| Tuttle Creek Dam | 1075.0 | 1136.0 | 257,014 | 2,141,326 | 1072.40 | -0.02 | 229,975 | 350 | 200 | 89.5 | 0 | 0.0 |
| Perry Dam | 891.5 | 920.6 | 200,004 | 715,524 | 891.06 | -0.05 | 195,527 | 10 | 25 | 97.8 | 0 | 0.0 |
| Clinton Dam | 875.5 | 903.4 | 118,699 | 411,195 | 874.58 | -0.02 | 112,193 | 10 | 7 | 94.5 | 0 | 0.0 |
| **NWK - Metro-Kansas City Area** | | | | | | | | | | | | |
| Blue Springs Dam | 802.0 | 820.3 | 10,888 | 26,557 | 802.32 | -0.10 | 11,122 | 10 | 52 | 100.0 | 234 | 1.5 |
| Longview Dam | 891.0 | 909.0 | 22,134 | 46,944 | 892.00 | -0.13 | 22,997 | 10 | 115 | 100.0 | 863 | 3.5 |
| Smithville Dam | 864.2 | 876.2 | 141,772 | 243,570 | 861.86 | 0.00 | 125,734 | 10 | 8 | 88.7 | 0 | 0.0 |
| **NWK - Chariton River Basin** | | | | | | | | | | | | |
| Rathbun Dam | 904.0 | 926.0 | 221,966 | 571,421 | 903.54 | -0.08 | 217,408 | 5 | 13 | 97.9 | 0 | 0.0 |
| Long Branch Dam | 791.0 | 801.0 | 34,189 | 64,516 | 787.53 | -0.03 | 26,450 | 5 | 7 | 77.4 | 0 | 0.0 |
| **NWK - Osage River Basin** | | | | | | | | | | | | |
| Pomona Dam | 974.0 | 1003.0 | 55,514 | 239,456 | 972.04 | -0.05 | 47,913 | 10 | 15 | 86.3 | 0 | 0.0 |
| Melvern Dam | 1036.0 | 1057.0 | 147,972 | 356,098 | 1033.74 | -0.02 | 133,084 | 15 | 20 | 89.9 | 0 | 0.0 |
| Hillsdale Dam | 917.0 | 931.0 | 77,415 | 163,919 | 916.97 | -0.02 | 77,224 | 30 | 3 | 99.8 | 0 | 0.0 |
| Pomme de Terre Dam | 839.0 | 874.0 | 218,639 | 610,128 | 838.88 | 0.02 | 217,403 | 125 | 50 | 99.4 | 0 | 0.0 |
| Stockton Dam | 867.0 | 892.0 | 866,842 | 1,656,657 | 860.09 | 0.06 | 705,284 | 350 | 40 | 81.4 | 0 | 0.0 |
| Harry S Truman Dam | 706.0 | 739.6 | 1,181,754 | 5,189,985 | 705.59 | 0.08 | 1,154,179 | 2,100 | 0 | 97.7 | 0 | 0.0 |
| Bagnell Dam (Lake of the Ozarks)** | 660.0 | -- | 1,926,823 | -- | 657.16 | -0.03 | 1,766,973 | 775 | 1,342 | 91.7 | -- | -- |

MP = Multipurpose   FC = Flood Control   -- = N/A Data   M = Missing Data   *Project is not a Section 7 Project   **Project is not a Corps Project

Data for NWK projects are 0600 values except for Stockton, Harry S Truman, and Bagnell. Those projects are 0000 values. Bagnell Dam is owned and operated by Ameren UE of Saint Louis MO.
All Corps and USBR tributary project elevations are reported in NGVD29 except for Cherry Creek and Pipestem Dams, which are in local project datums.

US Army Corps of Engineers | BUILDING STRONG®



**Exhibit E**