Plaintiff's Complaint

Exhibit G    Dakota Access Pipeline, *Emergency Response Action Plan North Response Zone* and *Facility Response Plan*  (2017)

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE



**U.S. Department
of Transportation
Pipeline and Hazardous
Materials Safety Administration**

1200 New Jersey Avenue, S.E.
Washington, D.C.  20590

February 23, 2017

Russell G. Howerton
Emergency Response Coordinator
Sunoco Logistic L.P.
1820 US Hwy. 80
Longview, TX  75604

**RE:    LETTER OF APPROVAL:  Dakota Access Pipeline, Sequence Number:  3056, February
2017**

Dear Mr. Howerton:

The Pipeline and Hazardous Materials Safety Administration (PHMSA) has received and reviewed
Sunoco Logistic L.P.'s oil spill response plan for the Dakota Access Pipeline (DAPL) North Response
Zone dated February 2017.  We conclude that the Plan complies with PHMSA's regulations concerning
onshore oil pipelines found at 49 Code of Federal Regulations (CFR) Part 194.  Your Response Plan is
approved.

This approval is valid for five years from the date of this letter.  You must revise and resubmit a Response
Plan for approval by February 23, 2022.  If discrepancies are found during PHMSA inspections, or if new
or different operating conditions or information would substantially affect the implementation of this
plan, you will be required to resubmit a revised plan.  See 49 CFR § 194.121(b).

Should you have any questions or concerns, please contact me at (202) 366-4595 or by email at
PHMSA.OPA90@dot.gov.  Please include the sequence number and your PHMSA Operator
Identification Number on any future correspondence.

Sincerely,

David K. Lehman, Director
Oil Spill Preparedness and Emergency Support Division
Office of Pipeline Safety

cc:    PHMSA Central Region

# Exhibit G

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE



**Emergency Response Action Plan (ERAP)**

**Dakota Access Pipeline <u>North Response Zone</u>**

**Sequence Number 3056**

**APRIL 2017**

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

<u>TABLE OF CONTENTS</u>

<u>Page</u>

**1.0    INFORMATION SUMMARY** ...........................................................................1
    1.1    PURPOSE OF PLAN .........................................................................1
    1.2    RESPONSE ZONE INFORMATION SUMMARY...............................1
        Table 1-1   Response Zone Information Summary.............................2
        Table 1-2   Description of Line Segments/Stations............................3
        Table 1-3   Storage Tank Data...........................................................4

**2.0    NOTIFICATION PROCEDURES**...............................................................4
    2.1    NOTIFICATION OVERVIEW...............................................................4
    2.2    INFORMATION REQUIRED FOR NOTIFICATION...........................5
        Table 2-1   Facility Response Team Contact Information.....................6
        Table 2-2   Local Emergency Response Personnel Contact Info............7
        Figure 2-1 Notification Flowchart.......................................................8
        Table 2-3   Regulatory Agency Contact Information.......................... 9
        Table 2-4   Emergency Services Contact Information.......................13
        Table 2-5   Contractor Contact Information.................................. 15

**3.0    SPILL DETECTION AND ON-SCENE SPILL MITIGATION**
    **PROCEDURES**...............................................................................16
        Table 3-1   Spill Mitigation Procedures.......................................16
    3.1    RESPONSE EQUIPMENT ...............................................................19

**4.0    RESPONSE ACTIVITIES** ........................................................................21
    4.1    SPILL RESPONSE ACTION CHECKLIST .....................................21
        Table 4-1   Spill Response Action Checklist.............................. 22
    4.2    SPILL TRACKING AND SURVEILLANCE........................................24
        Table 4-2   Spill Tracking and Surveillance................................ 25
    4.3    ESTIMATING SPILL VOLUMES.....................................................27
        Table 4-3   Oil Thickness Estimation Chart................................ 27

**5.0    CONTAINMENT AND RECOVERY METHODS** .......................................28
    5.1    SPILL ON LAND (SOIL SURFACES).............................................28
    5.2    SPILL ON LAKE OR POND (CALM OR SLOW-MOVING
        WATER) ....................................................................................29
    5.3    SPILL ON SMALL TO MEDIUM SIZE STREAMS (FAST FLOWING
        CREEKS) ..................................................................................29
    5.4    SPILL ON LARGE STREAMS AND RIVERS...............................31
    5.5    SPILL ON STREAMS WHICH FLOW INTO A LAKE OR POND.....33
    5.6    SPILL IN URBAN AREAS..............................................................33
    5.7    SPILL UNDER ICE.........................................................................34
    5.8    SPILL ON ICE...............................................................................35
    5.9    SPILL IN WETLAND AREAS........................................................ 35
    5.10   SPILL ON OR NEAR GROUNDWATER...................................... 36

**6.0    PRODUCT CHARACTERISTICS AND HAZARDS**...........................**37**

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

Table 6-1  Chemical and Physical Characteristics………………….....37

<u>APPENDICES</u>

**APPENDIX A    SAFETY DATA SHEET**
**APPENDIX B    ICS FORMS / INITIAL IAP**

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# 1.0 INFORMATION SUMMARY

## 1.1 Purpose of Plan

The purpose of this Facility Response Plan (FRP) is to provide guidelines to quickly, safely, and effectively respond to a spill from the Dakota Access Pipeline (DAPL) system. The pipeline is owned by Dakota Access, LLC. DAPL-ETCO Operations Management, LLC has been retained by Dakota Access, LLC as operator of the Dakota Access Pipeline.  Sunoco Pipeline L. P. has been appointed as operator of the Dakota Access Pipeline on behalf of DAPL-ETCO Operations Management, LLC.

This Plan is intended to satisfy the requirements of the Oil Pollution Act of 1990 (OPA 90), and has been prepared in accordance with the National Oil and Hazardous Substances Pollution Contingency Plan (NCP) and the Mid-Missouri River Sub-Area Contingency Plan (ACP). Specifically, this Plan is intended to satisfy:

- Pipeline and Hazardous Materials Safety Administration (PHMSA), U.S. Department of Transportation requirements for an OPA 90 plan (49 CFR Part 194)
- South Dakota Environmental Protection Oil Pipeline Plan Requirements (34A-18).
- North Dakota Administrative Code 69-09-03-02
- American Petroleum Industry (API) RP 1174 - Recommended Practice for Onshore Hazardous Liquid Pipeline Emergency Preparedness and Response.

Appendix B to 40 CFR 112 outlines the Memorandum of Understanding (MOU) among the Secretary of Interior, Secretary of Transportation, and the Administrator of the EPA.  The MOU delegates regulatory authority to the Secretary of Transportation (PHMSA) for interstate and intrastate onshore pipeline systems, including pumps and appurtenances related thereto, as well as in-line and breakout storage tanks.  As such, DAPL complies with 49 CFR Part 194 as promulgated by PHMSA.

A DOT/PHMSA Cross Reference Matrix is provided in **APPENDIX A** of the FRP.

This plan has been supplemented by, and should be used in conjunction with, the Mid-Missouri River Sub-Area Contingency Plan and the Region 8 Contingency Plan as appropriate.

All Company responders designated in this Plan must have 24 hours of initial spill response training in accordance with 29 CFR Part 1910, as indicated in Table 6-2 of the FRP.

## 1.2 Response Zone Information Summary

The information summary for the DAPL - North Response Zone is presented on the following pages:

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## TABLE 1-1 DAPL NORTH RESPONSE ZONE INFO. SUMMARY

| **Owner:**<br>Dakota Access, LLC<br>1300 Main Street<br>Houston, Texas 77002<br>Phone: ▓▓▓▓▓▓▓▓ | | **Operator:**<br>Sunoco Pipeline L.P.<br>Western Area<br>One Fluor Daniel Drive<br>Sugar Land, Texas 77478 |
|---|---|---|
| **Product Transported:** | Crude Oil | |
| **Qualified Individuals:** | Chad Arey - **PRIMARY**<br>Director – Pipeline Operations<br>▓▓▓▓▓▓ (Office)<br>▓▓▓▓▓▓ (Mobile) | |
| | Frazier Lewis - **PRIMARY**<br>Manager - Pipeline Operations North Dakota<br>▓▓▓▓▓▓ (Mobile) | |
| | Vernon Ryan - PRIMARY<br>Sr. Manager Pipeline Operations<br>▓▓▓▓▓▓ (Mobile) | |
| | Timothy Taylor - **ALTERNATE**<br>Supervisor - Pipeline Operations North Dakota<br>▓▓▓▓▓▓ (Mobile) | |
| | Butch Till - **PRIMARY**<br>Manager - Pipeline Operations South Dakota<br>▓▓▓▓▓▓ (Mobile) | |
| | Sylis Kariah - **ALTERNATE**<br>Supervisor - Pipeline Operations South Dakota<br>▓▓▓▓▓▓ (Mobile) | |
| **Pipeline Description:** | The DAPL pipeline system transports crude oil in North Dakota and South Dakota. | |
| **Response Zone:** | The DAPL – North Response Zone includes pipelines and facilities in the following counties of North Dakota: Mountrail, Williams, McKenzie, Dunn, Mercer, Morton, and Emmons; and in South Dakota: Campbell, McPherson, Edmunds, Faulk, Spink, Beadle, Kingsbury, Miner, Lake, McCook, Minnehaha, Turner, and Lincoln.  The Response Zone has the potential for "significant and substantial harm" and has the potential for a "worst case discharge" | |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**TABLE 1-2 DESCRIPTION OF LINE SEGMENTS/STATIONS**

| Line Sections | Description | Counties/Parishes | Product |
|---|---|---|---|
| | Stanley to Ramberg 12" | Mountrail & Ramberg, ND | Crude Oil |
| | Ramberg to Epping 20" | Williams, ND | Crude Oil |
| | Epping to Trenton 20" | Williams (McKenzie Maybe), ND | Crude Oil |
| | Trenton to Watford City 24" | Williams & McKenzie, ND | Crude Oil |
| | Watford City to Johnsons Corner 30" | McKenzie, ND | Crude Oil |
| | Johnsons Corner to Redfield 30" | McKenzie, Dunn, Mercer, Morton & Emmons, ND/ Campbell, McPherson, Edmunds, Faulk, Spink, Beadle, Kingsbury, Miner, Lake, McCook, Minnehaha, Turner, Lincoln, SD | Crude Oil |
| **Stations** | Stanley | Mountrail, ND | Crude Oil |
| | Ramberg | Williams, ND | Crude Oil |
| | Epping | Williams, ND | Crude Oil |
| | Trenton | Williams, ND | Crude Oil |
| | Watford City | McKenzie, ND | Crude Oil |
| | Johnsons Corner | McKenzie, ND | Crude Oil |
| | Redfield | Spink, SD | Crude Oil |
| **Alignment Maps Location(s): (Piping, Plan Profiles)** | Maintained in the company's DSS mapping program | | |
| **Spill Detection and Mitigation Procedures:** | Refer to **SECTION 3** | | |
| **Worst Case Discharge:** | ███████████████ | | |
| **Statement of Significant and Substantial Harm:** | Basis for Operator's Determination of Significant and Substantial Harm<br><br>• The pipeline in the Response Zone is greater than 6 5/8 inches and longer than 10 miles | | |

3

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| | • At least one section of pipeline crosses a river, meeting the requirement for location within one mile of an environmentally sensitive area<br>• Therefore, the potential to cause significant and substantial harm is present within the entire Response Zone |
|---|---|
| **Date Plan Prepared:** | October 28, 2016 |

## TABLE 1-3 STORAGE TANK DATA

| Station | Tank ID | Service | Working Capacity (barrels) | Tank Contents | Tank Construction | Tank Design | Year of Construction |
|---|---|---|---|---|---|---|---|
| Stanley | 7100 | In-Service | 120,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
| | 7200 | In-Service | 120,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
| Ramberg | 7100 | In-Service | 100,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
| | 7200 | In-Service | 150,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
| | 7300 | In-Service | 200,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
| Epping | 7100 | In-Service | 100,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
| | 7200 | In-Service | 150,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
| Trenton | 7100 | In-Service | 100,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
| | 7200 | In-Service | 150,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
| Watford City | 7100 | In-Service | 100,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
| | 7200 | In-Service | 100,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
| | 7300 | In-Service | 150,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
| Johnsons Corner | 7100 | In-Service | 200,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
| | 7200 | In-Service | 200,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |

The information contained in this Plan is intended to be used as guidelines for the spill responder. Actual circumstances will vary and will dictate the procedures to be followed, some of which may not be included in this manual.

## 2.0 NOTIFICATION PROCEDURES

### 2.1 Notification Overview

The Qualified Individual is responsible for initiating and coordinating a response shall be responsible to ensure that all agency notifications are performed. Local government response agencies should be notified first followed by federal and state agencies. Depending on the specifics of the situation, there may be a requirement to perform agency notifications, internal notifications, drug and alcohol testing, Operator Qualification (OQ) suspension of task qualification and written follow-up. In situations where the reporting requirements are not clear or delegation of duties is necessary, HES or DOT Compliance, for jurisdictional pipelines, should be consulted for guidance.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

In general, the notification sequence for a release is as follows:

- Station/Operations personnel will identify and control the source of the release (if safe to do so) and will notify the Qualified Individual and Operations Control Center.
- The Qualified Individual will assume the role of Incident Commander (Qualified Individual) and will conduct notifications in general accordance with federal requirements, the States of North Dakota and South Dakota Notification Guidelines.  These guidelines, along with additional notification forms/procedures are presented in **APPENDIX B** of the FRP.

## 2.2  Information Required for Notifications

The following information should be available and provided when making initial and follow-up notifications:

**Name of pipeline:**

**Time of discharge:**

**Location of discharge:**

**Name of oil involved:**

**Reason for discharge (e.g., material failure, excavation damage, corrosion):**

**Estimated volume of oil discharged:**

**Weather conditions on scene:**

**Actions taken or planned by persons on scene:**

The following tables contain contact information for the facility response team, emergency response personnel, regulatory agencies, and local service providers:

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**TABLE 2-1 FACILITY RESPONSE TEAM CONTACT INFORMATION**

| FACILITY RESPONSE TEAM | | |
|---|---|---|
| **Name/Title** | **Contact Information** | **Response Time** |
| Chad Arey<br>Director Pipeline Operations<br>**Qualified Individual** | ▇▇▇▇▇ (Office)<br>▇▇▇▇▇ (Mobile) | Varies depending on location of release |
| Frazier Lewis<br>Manager Pipeline Operations<br>North Dakota<br>**Qualified Individual** | ▇▇▇▇▇ (Mobile) | Varies depending on location of release |
| Timothy Taylor<br>Supervisor Pipeline Operations<br>North Dakota<br>**Qualified Individual** | ▇▇▇▇▇ (Mobile) | Varies depending on location of release |
| Vernon Ryan<br>Sr. Manager Pipeline Operations<br>North Dakota<br>**Qualified Individual** | ▇▇▇▇▇ (Mobile) | Varies depending on location of release |
| Butch Till<br>Manager Pipeline Operations<br>South Dakota<br>**Qualified Individual** | ▇▇▇▇▇ (Mobile | Varies depending on location of release |
| Sylis Kariah<br>Supervisor Pipeline Operations<br>South Dakota<br>**Alternate Qualified Individual** | ▇▇▇▇▇ (Mobile) | Varies depending on location of release |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**TABLE 2-2 LOCAL ERP CONTACT INFORMATION**

| EMERGENCY RESPONSE PERSONNEL CONTACT INFORMATION | | | |
|---|---|---|---|
| Name/Title | Contact Information | Response Time | Responsibilities During Response Action |
| Chad Arey<br>Director Pipeline Operations<br>**Qualified Individual** | ▮▮▮▮ (Office)<br>(Mobile) | Varies | Incident Commander |
| Vernon Ryan<br>Sr. Manager Pipeline Operations<br>**Qualified Individual** | ▮▮▮▮ (Mobile) | Varies | Incident Commander |
| Frazier Lewis<br>Manager Pipeline Operations<br>**Qualified Individual** | ▮▮▮▮ (Mobile) | Varies | Operations |
| Butch Till<br>Manager Pipeline Operations<br>**Qualified Individual** | ▮▮▮▮ (Mobile) | Varies | Planning |
| Mitch Williams<br>District Engineer<br>**Alternate Qualified Individual** | ▮▮▮▮ (Mobile) | Varies | Logistics |
| Justin Minter<br>Senior Manager Emergency Response<br>**Alternate Qualified Individual** | ▮▮▮▮ (Office)<br>▮▮▮▮ (Mobile) | Varies | Agency Liaison |
| Brian Hudgins<br>Health & Safety Specialist | ▮▮▮▮ (Office)<br>(Mobile) | Varies | Safety |
| Todd Nardozzi<br>Senior Manager DOT Compliance | ▮▮▮▮ (Office)<br>(Mobile) | Varies | DOT Liaison |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## FIGURE 2-1 NOTIFICATION FLOWCHART



In the event the local Emergency Response Personnel require assistance in managing an incident, the District Manager will request the assistance of the company's Incident Management Team

8

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

(IMT). The IMT consists of nationwide company personnel capable of managing large scale incidents. The IMT members have received position-specific ICS training and drill on an annual basis. The IMT positions are listed in **APPENDIX G** of the FRP.

## TABLE 2-3 – REGULATORY AGENCY AND STAKEHOLDER CONTACT INFORMATION

| REGULATORY AGENCY CONTACT INFORMATION | | |
|---|---|---|
| **Agency** | **Phone Number** | **Reporting Requirements** |
| **Federal Agencies** | | |
| National Response Center (NRC)<br><br>*NRC will contact all other federal agencies including USDOT/PHMSA and EPA* | (800) 424-8802 or (202) 267-2675 | **Any spill on water**.<br><br>Telephonic notification is required within **1 hour** following the discovery of a release that resulted in any discharge to water |
| U.S. Department of Transportation/Pipeline Hazardous Materials Safety Administration (PHMSA) | (800)424-8802 or (202) 267-2675 | **Telephonic Notification**<br>At the earliest practicable moment following discovery of a release of the hazardous liquid resulting in an event described above, the operator shall give notice of any failure that:<br><br>• Caused a death or a personal injury requiring hospitalization<br>• Resulted in either a fire or explosion not intentionally set by the operator<br>• Caused estimated property damage, including cost of clean-up and recovery, value of lost product, and damage to the property of the operator or others, or both, exceeding $50,000<br>• Resulted in pollution of any stream, river, lake, reservoir, or other similar body of water that violated applicable water quality standards, caused a discoloration of the surface of the water or adjoining shoreline, or deposited a sludge or emulsion beneath the surface of the water or upon adjoining shorelines or<br>• In the judgment of the operator was significant even though it did not meet the criteria of any of the above.<br><br>**Written Reporting**<br>A 7000-1 report is required within 30 days after discovery of the accident |

9

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| | | |
|---|---|---|
| U.S. Department of Transportation / Pipeline and Hazardous Materials Safety Administration (PHMSA) Continued…… | | for each failure in a pipeline system regulated by DOT 195 in which there is a release of the hazardous liquid transported resulting in any of the following:<br><br>• Explosion or fire not intentionally set by the operator<br>• Release of 5 gallons or more of hazardous liquid except that no report is required for a release of less than 5 barrels resulting from a pipeline maintenance activity if the release is:<br>  • Not otherwise reportable under this section<br>  • Not on water<br>  • Confined to company property or pipeline right-of-way and<br>  • Cleaned up promptly<br>• Death of any person<br>• Personal injury necessitating hospitalization<br>• Estimated property damage, including cost of clean-up and recovery, value of lost product, and damage to the property of the operator or others, or both, exceeding $50,000.<br>A supplemental report shall be filed within 30 days of receiving any changes in the information reported or additions to the original DOT 7000-1 report. |
| U.S. Fish and Wildlife Service – ND Fish and Wildlife Conservation Office | (701) 250-4419 | Any spill that results in impacts to Federally protected wildlife or migratory birds.  The owner or operator must notify the USFWS as soon as possible and provide all relevant information regarding the spill and impacts to wildlife or wildlife resources |
| U.S. Army Corps of Engineers – Garrison Project<br>Mr. Todd J. Lindquist, Operations Project Manager | Main Line<br>(701) 654-7702<br>24-hour Hotline<br>(402) 995-2448 | Any spill that enters or threatens to enter the Missouri River near Buford, ND and Lake Sakakawea.  The owner or operator must notify the Garrison Project as soon as possible and provide all relevant information regarding the spill. |
| U.S. Army Corps of Engineers – Lake Oahe Project<br>Mr. Eric D. Stasch | (605) 224-5862 | Any spill that enters or threatens to enter the Missouri River near Cannon |

10

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| | | |
|---|---|---|
| | | Ball, ND and Lake Oahe.  The owner or operator must notify the Lake Oahe Project as soon as possible and provide all relevant information regarding the spill |
| **State Agencies** | | |
| **North Dakota** | | |
| North Dakota Department of Environment Health<br><br>State Emergency Response Committee<br><br>**Counties:** Mountrail, Williams, McKenzie, Dunn, Mercer, Morton, Emmons | Main Line (701) 328-5210<br>24-hour Hotline (800) 472-2121<br><br>(701) 328-8100 | Any spill or discharge of liquid or solid waste which may cause pollution of waters of the state must be reported immediately. The owner, operator, or person responsible for a spill or discharge must notify the department or the North Dakota hazardous materials emergency assistance and spill reporting number as soon as possible and provide all relevant information about the spill. |
| North Dakota Game and Fish Department<br><br>**Counties:** Mountrail, Williams, McKenzie, Dunn, Mercer, Morton, Emmons | Bismark Office (701) 328-6300<br>Riverdale Office (701) 654-7475<br>Williston Office (701) 774-4320<br>Dickinson Office (701) 227-7431 | Any spill that results in impacts to wildlife, wildlife resources, or aquatic life.  The owner or operator must notify the applicable ND Game and Fish Department as soon as possible and provide all relevant information regarding the spill. |
| North Dakota State Historic Preservation Office | Main Line (701) 328-2666 | Any spill that may potentially impact culturally, historically, or archaeologically sensitive areas.  The owner or operator must notify the applicable ND SHPO as soon as possible and provide all relevant information regarding the spill. |
| **South Dakota** | | |
| South Dakota Department of Environment and Natural Resources (DENR)<br><br>State Emergency Response Committee<br><br>**Counties:** Campbell, McPherson, Edmunds, Faulk, Spink, Beadle, Kingsbury, Miner, Lake, McCook, Minnehaha, Turner, Lincoln | Main Line (605) 773-3296<br>After Hours (605) 773-3231<br><br>Main Line (800) 433-2288<br>After Hours (605) 773-3231 | A release or spill of a regulated substance must be reported to the DENR immediately if the release or spill threatens the waters of the state, causes an immediate danger to human health or safety, exceeds **25 gallons**, causes a sheen on surface waters, contains any substance that exceeds the groundwater quality standards of ARSD Chapter 74:54:01, contains any substance that exceeds the surface water quality standards of ARSD Chapter 74:54:01, harms or threatens to harm wildlife or aquatic life, or contains crude oil in field activities under SDCL Chapter 45-9 is greater than **1 barrel.** |
| South Dakota Game, Fish and Parks | (605) 773-3718 | Any spill that results in impacts to |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| | | |
|---|---|---|
| | | wildlife, wildlife resources, or aquatic life.  The owner or operator must notify the SD Game, Fish, and Parks as soon as possible and provide all relevant information regarding the spill. |
| South Dakota State Historic Preservation Office | Main Line (605) 773-3458 | Any spill that may potentially impact culturally, historically, or archaeologically sensitive areas.  The owner or operator must notify the applicable SD SHPO as soon as possible and provide all relevant information regarding the spill. |
| **Sovereign Nations** | | |
| **Standing Rock Sioux Tribe** | | |
| Mr. Elliot Ward, SRST Emergency Services<br><br>Mr. Dave Archambault II, SRST Chairman<br><br>Mr. Jon Eagle, SRST THPO | (701) 854-8644<br><br>(701) 854-8500<br><br>(701) 854-8645 | Any spill in Sioux or Emmons Counties, North Dakota which enters, or threatens to enter, the Missouri River near Lake Oahe.  Any spill that poses an impact to the Standing Rock Sioux Reservation or poperties under the stewardship of the Standing Rock Sioux Tribe.  The owner or operator must notify the SRST upon discovery of a spill, as described above, and provide all relevant information regarding the spill |
| **Mandan, Hidatsa, and Arikara Nation (Three Affiliated Tribes)** | | |
| 24-Hour Emergency<br><br>Environmental<br><br><br><br><br>Emergency Management – Mr. Cliff Whitman, Sr. | (701) 627-3618<br><br>Main Line (701) 627-4569<br>24-hour Hotline (701) 421-6873<br><br>(701) 421-0398 | Any spill in Williams, McKenzie, Mountrail, Dunn, or Mercer Counties, North Dakota which enters, or threatens to enter, the Missouri or Little Missouri Rivers near Lake Sakakawea.  Any spill that poses an impact to the Fort Berthold Indian Reservation or properties under the stewardship of the Three Affiliated Tribes.  The owner or operator must notify the TAT upon discovery of a spill, as described above, and provide all relevant information regarding the spill. |

12

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## TABLE 2-4 EMERGENCY SERVICES CONTACT INFORMATION

| EMERGENCY SERVICES BY COUNTY/PARISH | |
|---|---|
| **Organization** | **Phone Number** |
| **North Dakota** | |
| Mountrail County, ND<br>　　Sheriff<br>　　Fire<br>　　LEPC (Emergency Manager) | <br>(701) 628-2975<br>(701) 862-3151<br>(701) 628-2909 |
| Williams County, ND<br>　　Sheriff<br>　　Fire<br>　　LEPC (Emergency Manager)<br>　　County Dispatch | <br>(701) 577-7700<br>(701) 572-2196<br>(701) 570-6845<br>(701) 577-1212 |
| McKenzie County, ND<br>　　Sheriff<br>　　Fire<br>　　LEPC (Emergency Manager)<br>　　24-hour Dispatch | <br>(701) 444-3654<br>(701) 444-3516<br>(701) 580-6936<br>(800) 472-2121 |
| Dunn County, ND<br>　　Sheriff<br>　　Fire<br>　　LEPC (Emergency Manager)<br>　　24-hour Dispatch | <br>(701) 573-4449<br>(701) 764-5006<br>(701) 573-4343<br>(800) 472-2121 |
| Mercer County, ND<br>　　Sheriff<br>　　Fire<br>　　LEPC (Emergency Manager) | <br>(701) 745-3333<br>(701) 447-2436<br>(701) 983-4408 |
| Morton County, ND<br>　　Sheriff<br>　　Fire<br>　　LEPC (Emergency Manager) | <br>(701) 667-3330<br>(701) 667-3288<br>(701) 667-3307 |
| Emmons County, ND<br>　　Sheriff<br>　　Fire<br>　　LEPC (Emergency Manager) | <br>(701) 254-4411<br>(701) 422-3377<br>(701) 254-4807 |
| **South Dakota** | |
| Campbell County, SD<br>　　Sheriff<br>　　Fire<br>　　LEPC (Emergency Manager) | <br>(605) 955-3355<br>(605) 955-3598<br>(605) 955-3598 |
| McPherson County, SD<br>　　Sheriff<br>　　Fire<br>　　LEPC (Emergency Manager) | <br>(605) 439-3400<br>(605) 439-3626<br>(605) 439-3667 |
| Edmunds County, SD<br>　　Sheriff<br>　　Fire<br>　　LEPC (Emergency Manager) | <br>(605) 426-6002<br>(605) 283-2655<br>(605) 287-4394 |
| Faulk County, SD<br>　　Sheriff<br>　　Fire<br>　　LEPC (Emergency Manager) | <br>(605) 598-6229<br>(605) 324-3475<br>(605)598-6229 |

13

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| | |
|---|---|
| Spink County, SD | |
| Sheriff | (605) 472-4595 |
| Fire | (605) 472-1907 |
| LEPC (Emergency Manager) | (605) 472-4591 |
| Beadle County, SD | |
| Sheriff | (605) 353-8424 |
| Fire | (605) 353-8520 |
| LEPC (Emergency Manager) | (605) 353-8421 |
| Kingsbury County, SD | |
| Sheriff | (605) 854-3339 |
| Fire | (605) 690-9977 |
| LEPC (Emergency Manager) | (605) 854- 3711 |
| Miner County, SD | |
| Sheriff | (605) 772-4671 |
| Fire | (605) 772-5759 |
| LEPC (Emergency Manager) | (605)772-4533 |
| Lake County, SD | |
| Sheriff | (605) 256-7615 |
| Fire | (605) 256-7523 |
| LEPC (Emergency Manager) | (605)256-7611 |
| McCook County, SD | |
| Sheriff | (605) 425-2761 |
| Fire | (605) 363-3100 |
| LEPC (Emergency Manager) | (605) 421-1302 |
| Minnehaha County, SD | |
| Sheriff | (605) 367-4300 |
| Fire | (605) 367-8092 |
| LEPC (Emergency Manager) | (605) 367-4290 |
| Turner County, SD | |
| Sheriff | (605) 297-3225 |
| Fire | (605) 648-2937 |
| LEPC (Emergency Manager) | (605) 661-5900 |
| Lincoln County, SD | |
| Sheriff | (605) 764-5651 |
| Fire | (605) 764-5126 |
| LEPC (Emergency Manager) | (605) 321- 0220 |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## TABLE 2-5 CONTRACTOR CONTACT INFORMATION

| CONTRACTOR INFORMATION | |
|---|---|
| **Organization** | **Phone Number** |
| **USCG Classified OSRO's** | |
| National Response Corporation (Umbrella Network; Numerous contractors throughout the response area.)  3500 Sunrise Hwy, Suite 200, Bldg 200, Great River, NY 11739 | (800) 899-4672 |
| SWAT Consulting, Inc 12 Sunrise Estates Rd, Watford City, ND 58854 | (866) 610- 7928        24-hour Hotline |
| Garner Environmental 14047 County Ln, Williston, ND 58801 | (701) 577-1200 (855) 774-1200 |
| Clean Harbors 2541 132nd  C Ave NW, Arnegard, ND 58835 | (701) 586-3170 (800) OIL-TANK    24-hour Hotline |
| **Clean-Up Contractors** | |
| Safety-Kleen Bismarck, ND | (701) 222-8262 |
| Hydro-Klean Sioux Falls, SD | (605) 988-0500 |
| Seneca Companies South Sioux City, NE | (402) 494-7941 (800) 369-5500 |
| Tetra Tech Inc. (SD Certified Petroleum Release Remediator) Rapid City, SD | (605) 348-5850 |
| **Excavation Services** | |
| Jones Contractors, Inc. Epping, ND | (731) 989-0545 (731) 426-2764 |
| B&B Contactors Aberdeen, SD | (605) 725-1468 (605) 228-3200 |
| **Wildlife Rehabilitation** | |
| Wildlife Response Services Seabrook, TX Rhonda Murgatroyd | (713) 705-5897 (Mobile) (281) 266-0054 (Pager) |
| Wildlife Center of Texas Sharon Schmaltz | (713) 861-9453 (Office) (281) 731-8826 (Mobile) (713) 279-1417 (Pager) |
| Tri-State Bird Rescue Research Center, Newark, DE | (302) 737-7241 (800) 710-0695 |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## 3.0 SPILL MITIGATION PROCEDURES

Each spill mitigation situation is unique and must be treated according to the circumstance present. In every situation, however, **personnel safety must be assessed as the first priority**. The potential for ignition and/or toxic exposure must be promptly evaluated.

If the use of alternative response strategies such as in-situ burning or dispersants, as identified in the Mid-Missouri River Sub Area Contingency Plan or the Region 8 Regional Contingency Plan, Sunoco Pipeline will seek approval from the Regional Response Team as appropriate.   An example of spill mitigation procedures is presented below:

## TABLE 3-1 SPILL MITIGATION PROCEDURES

| TYPE | MITIGATION PROCEDURE |
|---|---|
| Failure of Transfer Equipment | 1. Personnel and public safety are the first priority. Evacuate nonessential personnel or personnel at high risk.<br>2. Terminate transfer operations and close block valves.<br>3. Drain product into containment areas if possible.<br>4. Eliminate sources of vapor cloud ignition by shutting down all engines and motors. |
| Tank Overfill/Failure | 1. Personnel and public safety are the first priority. Evacuate nonessential personnel or personnel at high risk.<br>2. Shut down or divert source of incoming flow to tank.<br>3. Transfer fluid to another tank with adequate storage capacity (if possible).<br>4. Shut down source of vapor cloud ignition by shutting down all engines and motors.<br>5. Ensure that dike discharge valves are closed.<br>6. Monitor diked containment area for leaks and potential capacity limitations.<br>7. Begin transferring spilled product to another tank as soon as possible |
| Piping Rupture/Leak (under pressure and no pressure) | 1. Personnel and public safety are the first priority. Evacuate nonessential personnel or personnel at high risk.<br>2. Shut down pumps. Close the closest block valves on each side of the rupture.<br>3. Drain the line back into contained areas (if possible). Alert nearby personnel of potential safety hazards.<br>4. Shut down source of vapor cloud ignition by shutting down all engines and motors.<br>5. If piping is leaking and under pressure, then relieve pressure by draining into a containment area or back to a tank (if possible). Then repair line according to established procedures. |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| | |
|---|---|
| Fire/Explosion | 1. Personnel and public safety are the first priority Evacuate nonessential personnel or personnel at risk of injury.<br>2. Notify local fire and police departments.<br>3. Attempt to extinguish fire if it is in incipient (early) stage and **if it can be done safely**.<br>4. Shut down transfer or pumping operation. Attempt to divert or stop flow of product to the hazardous area (if it can be done safely).<br>5. Eliminate sources of vapor cloud ignition shutting down all engines and motors.<br>6. Control fire before taking steps to contain spill. |
| Manifold Failure | 1. Personnel and public safety are the first priority. Evacuate nonessential personnel or personnel at high risk.<br>2. Terminate transfer operations immediately.<br>3. Isolate the damaged area by closing block valves on both sides of the leak/rupture.<br>4. Shut down source of vapor cloud ignition by shutting down all engines and motors.<br>5. Drain fluids back into containment areas (if possible). |

It is important to note that the actions above are intended only as guidelines. The appropriate response to a particular incident may vary depending on the nature and severity of the incident and other factors that are not readily addressed.

After initial response has been taken to stop further spillage, and notifications have been made to the required agencies, Sunoco Pipeline will begin spill containment, recovery, and disposal operations. The Incident Commander will assess the size and hazards of the spill. The location of the spill and the predicted movement of the spill will be considered.

Based on this assessment, additional response personnel and equipment may be dispatched to the site and deployed to control and contain the spill. Boom may be deployed in waterways to contain the spill and to protect socio-economic, environmentally sensitive, and historical/archaeological areas. Booms may also be used in waterways to deflect, or guide the spill, to locations where it can more effectively be recovered using skimmers, vacuum trucks, or sorbent material. Cleanup equipment and material will be used in the manner most effective for rapid and complete recovery of spilled material.

When initiating response tactics and deploying response resources, consideration will be given to protect natural resources, environmentally sensitive areas, and historical/archaeological resources. Sunoco Pipeline will consult with, and cooperate with, Natural Resource Damage Assessment (NRDA) Trustees, as well as the appropriate state and tribal Historical Preservation Officers (HPO's) to identify and protect natural resources and historical/archaeological resources.

In limited circumstances, alternative response strategies such as in-situ burning, dispersants, and/or bioremediation may be most effective at protecting natural resources, environmentally sensitive areas, and/or historical/archaeological resources. These alternative response strategies

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

will be considered in consultation with NRDA Trustees and HPO's.  Any plans to use alternative response strategies will be submitted to the Federal On-Scene Commander for Regional Response Team approval prior to implementation.

When considering the use of in-situ burning, the following considerations should be evaluated. In most cases, an agency application with further consideration will need to be completed before burning will be approved by the agency.

<u>Size, Nature, and Product Spilled</u>

- Flammability of the product (Will the product burn?)
- Location of the spill (Distance and direction to the nearest human use areas)
- Volume of the product released
- Estimate of the surface area covered by the spill
- How long has the oil been exposed to weathering?
- Will burning cause more hazards from by-products?

<u>Weather and Forecast</u>

- Current weather conditions
- Wind speed and direction
- 24-hour forecast
- 48-hour forecast

<u>Evaluate the Response Operations</u>

- Is there time enough to conduct burning?
- Is safety equipment available?
- Is adequate personnel available for monitoring/emergency response?
- Is mechanical recovery more intrusive than burning?

<u>Habitats Impacted and Resources at Risk</u>

- Have local agencies and officials been contacted, including:

  - Public Health
  - Land Owner/Manager
  - Local Fire Officials (Fire Marshal)
  - Historic Preservation Officer
  - State Resource Agency
  - Tribal Officials

- What is/will be the impact to surface water intakes and wells?
- Are endangered habitats/endangered species present?

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

- Is the area used by migratory animals?
- What wildlife is present?

<u>Burn Plan</u>

- How much of the oil is expected to burn?
- How long will it be expected to burn?
- How will the burn be ignited?
- How will the burn be extinguished?
- What are the monitoring protocols?

Dispersants are not commonly used on inland spills. Working closely with federal, state, and local agencies will be necessary for gaining approval to use dispersants. It is important to look at the total effect the oil will have on the environment when considering the use of dispersants.

## 3.1 Response Equipment

Emergency equipment is available to allow personnel to respond safely and quickly to emergency situations. Fire extinguishers are located throughout the facility and meet National Fire Prevention Association (NFPA) and OSHA standards. The majority of the response equipment will be supplied by the OSRO(s) listed in **TABLE 2-5**. This equipment is maintained regularly and inspected on a monthly basis. OSRO resources and response times are verified periodically.

Response equipment is mobilized and deployed by the Supervisor of Pipeline Operations, the Manager of Pipeline Operations, or their designee. The following is a description of company owned response equipment and the respective staging locations:

<u>Watford City Station</u> in North Dakota:

- 4 totes of firefighting foam
- 1 radio repeater and 12 radio's
- 1 response tent/command post
- 20 portable 4 gas monitors

<u>Redfield Pump Station</u> in South Dakota:

- 1,000 feet of 10" skirt containment boom
- 1,000 feet of 5" sorbent boom
- Enclosed 18' response trailer
- Boom accessories (rope, anchors & buoy's)
- 18' response boat with motor (slow water boom deployment)
- 1 radio repeater and 12 radio's

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

- 1 response tent/command post
- 14  portable 4 gas monitors

Sioux Falls Field Office in South Dakota:

- 1,000 feet of 10" skirt containment boom
- 1,000 feet of 5" sorbent boom
- Boom accessories (rope, anchors & buoy's)
- 18' response boat with motor (slow water boom deployment)
- 2  portable 4 gas monitors

In accordance with the US Army Corps of Engineers (USACE) easement conditions, the following response equipment has been staged for responding to the Missouri River crossings near Buford, ND and Cannon Ball, ND.

DAPL Trenton Terminal

14265 48th St. NW, Williston, ND 58801 (48.113299° / -103.767925°)

- 1,000 feet of 10" skirt containment boom
- 1,000 feet of 5" sorbent boom
- Boom accessories (rope, anchors & buoy's)
- Enclosed 18' response trailer
- 18' response boat with motor
- 2  portable 4 gas monitors

Cannon Ball Ranch

6654 HWY 1806 S., Mandan, ND 58554 (46.451667° / -100.630742°)

- 1,000 feet of 10" skirt containment boom
- 1,000 feet of 5" sorbent boom
- Boom accessories (rope, anchors & buoy's)
- Enclosed 18' response trailer
- 18' response boat with motor
- 2  portable 4 gas monitors

Sunoco Pipeline inspects and exercises company-owned equipment in accordance with the National Preparedness for Response Exercise Program (PREP) guidelines.  Sunoco Pipeline L.P. requires an annual certification from each OSRO to assure compliance with the National Preparedness for Response Exercise Program (PREP) guidelines.

Each listed OSRO has their own response equipment, a minimum of 1,000 feet of containment boom, absorbents, boats, and vacuum trucks. Lists of the OSRO's equipment resources may be

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

found in their services contract. OSRO response equipment is inspected and refurbished after each use. The primary OSRO's equipment is inspected, minimally, on a bi-monthly basis. Sunoco Pipeline has contractually secured personnel and equipment necessary to respond, to the maximum extent practicable, to a worst case discharge or a substantial threat of such discharge in this response zone.

An equipment list and list of trained personnel necessary to continue operation of the equipment and staff the oil spill removal organization for the first 7 days of a response for each of the OSRO contractors listed in **TABLE 2-5** is provided in **APPENDIX C**.

In addition to the company owned response equipment listed above, the following    response equipment has been donated to the Three Affiliated Tribes located at Buffalo Ranch North Dakota:

- 1,000 feet of 10" skirt containment boom
- 1,000 feet of 5" sorbent boom
- Enclosed 18' response trailer
- Boom accessories (rope, anchors & buoy's)
- 18' response boat with motor (slow water boom deployment)
- 1 radio repeater and 12 radio's
- 1 response tent/command post
- 14  portable 4 gas monitors

Sunoco Pipeline is not responsible for maintaining or inspecting the equipment donated to the Three Affiliated Tribes.

## 4.0 RESPONSE ACTIVITIES

### 4.1  Spill Response Actions

In the event of a spill, actions will be taken to protect personnel and public safety, as well as the environment.  The checklist provided below is an example of some of the activities conducted during a spill.  Table 4-1 is an example of a Spill Response Checklist.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**TABLE 4-1 SPILL RESPONSE ACTION CHECKLIST**

| RESPONSE ACTION | PERSONNEL TAKING ACTION | DATE/TIME ACTION TAKEN |
|---|---|---|
| **DOCUMENT ALL ACTIONS TAKEN** | | |
| **First Person to Discover Spill** | | |
| Immediately notify Qualified Individual and Operations Control Center or posted emergency contacts. Take appropriate action to protect life and ensure safety of personnel. | | |
| Immediately shut down terminal operations (if applicable). If applicable, remotely controlled motor operated valves will be closed by the Operations Center as soon as a leak is detected. It may not be best to immediately close valves due to line drain or line depressurization. | | |
| Secure the scene. Isolate the area and assure the safety of people and the environment. Keep people away from the scene and outside the safety perimeter. | | |
| Advise personnel in the area of any potential threat and/or initiate evacuation procedures. | | |
| **Qualified Individual** | | |
| Assume role of Incident Commander until relieved. | | |
| Conduct preliminary assessment of health and safety hazards. | | |
| Request medical assistance if an injury has occurred. | | |
| Evacuate nonessential personnel, notify emergency response agencies to provide security, and evacuate surrounding area (if necessary). | | |
| Make appropriate regulatory notifications.<br>• National Response Center<br>• Appropriate State Agency<br>(See List of Federal, State, & Local agencies along with notification procedures in **TABLES 2-3 and 2-4**) | | |
| Call out spill response contractors (See List in **TABLE 2-5**) | | |
| Atmospheric conditions in the release area should be monitored using a four gas meter – ensuring oxygen, H2S, carbon dioxide and lower explosive limit (LEL) are all at safe levels.  Atmospheric monitoring should continue throughout the response activities.  These activities should be consistent with Sunoco Pipeline L.P. Health & Safety policy. | | |
| If safe to do so, direct facility responders to shut down and control the source of the spill. Be aware of potential hazards associated with product and ensure that flammable vapor concentrations are within safe atmosphere before sending personnel into the spill area. | | |

22

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| | | |
|---|---|---|
| If safe to do so, direct facility responders to shut down potential ignition sources in the vicinity of the spill, including motors, electrical pumps, electrical power, etc. Keep drivers away from truck rack if spill occurs there. | | |
| If safe to do so, direct facility responders to stabilize and contain the situation. This may include berming or deployment of containment and/or sorbent boom. | | |
| For low flash oil (<100°F), consider applying foam over the oil, using water spray to reduce vapors, grounding all equipment handling the oil, and using non-sparking tools. | | |
| If there is a potential to impact shorelines, consider lining shoreline with sorbent or diversion boom to reduce impact. | | |
| Notify Local Emergency Responders. Obtain the information necessary to complete the Accident Report - Hazardous Liquid Pipeline Systems (**APPENDIX B**) and phone this information to the Emergency Response Manager. | | |
| **On-Scene Coordinator** | | |
| Activate all or a portion of local ERP (as necessary). Liaison Officer will maintain contact with notified regulatory agencies | | |
| Document all response actions taken, including notifications, agency/media meetings, equipment and personnel mobilization and deployment, and area impacted. | | |
| **Water Based Spills:**<br>Initiate spill tracking and surveillance operations utilizing information in **SECTION 4.2**. Determine extent of pollution via surveillance aircraft or vehicle. Estimate volume of spill utilizing information in **SECTION 4.3**. Send photographer /videographer if safe. | | |
| **Land Based Spills:**<br>Initiate spill tracking and surveillance if applicable. | | |
| **SECONDARY RESPONSE ACTIONS**<br>(Refer to ICS job descriptions in **APPENDIX D**) | | |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## 4.2 Spill Tracking and Surveillance

The following guidelines should be utilized when tracking a spill and/or conducting spill surveillance:

- Surveillance of an oil spill should begin as soon as possible following discovery to enable response personnel to assess spill size, movement, and potential impact locations;
- Dispatch observers to crossings downstream or down gradient to determine the spill's maximum reach;
- Clouds, shadows, sediment, floating organic matter, submerged sand banks or wind-induced patterns on the water may resemble an oil slick if viewed from a distance;
- Sorbent pads may be used to detect oil or water;
- Use surface vessels to confirm the presence of any suspected oil slicks (if safe to do so); consider directing the vessels and photographing the vessels from the air, the latter to show their position and size relative to the slick;
- It is difficult to adequately observe oil on the water surface from a boat, dock, or shoreline;
- Spill surveillance is best accomplished through the use of helicopters or small planes; helicopters are preferred due to their superior visibility and maneuverability;
- If fixed-wing planes are to be used, high-wing types provide better visibility than low-wing types;
- All observations should be documented in writing and with photographs and/or videotapes;
- Describe the approximate dimensions of the oil slick based on available reference points (i.e. vessel, shoreline features, facilities); use the aircraft or vessel to traverse the length and width of the slick while timing each pass; calculate the approximate size and area of the slick by multiplying speed and time;
- Record aerial observations on detailed maps, such as topographic maps
- In the event of reduced visibility, such as dense fog or cloud cover, boats may have to be used to patrol the area and document the location and movements of the spill; however, this method may not be safe if the spill involves a highly flammable product;
- Surveillance is also required during spill response operations to gauge the effectiveness of response operations; to assist in locating skimmers; and to assess the spill's size, movement, and impact.

An example of a spill surveillance checklist is presented on **TABLE 4-2**.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**TABLE 4-2 SPILL SURVEILLANCE CHECKLIST**

| SPILL SURVEILLANCE CHECKLIST | |
|---|---|
| **General Information** | |
| Date: | Tidal or river stage (flood, ebb, slack, low water): |
| Time: | On-Scene Weather Conditions: |
| Incident Name: | Platform (helicopter, fixed-wing aircraft, boat, shore): |
| Observers Name: | Flight path/trackline: |
| Observers' Affiliation: | Altitude where observation taken: |
| Location of Source: | Areas not observed (i.e. foggy locations, restricted air spaces, shallow water areas): |
| **Oil Observations** | |
| Slick location(s): | Color and appearance (i.e. rainbow, dull or silver sheen, black or brown in color or mousse): |
| Slick dimensions: | Percent coverage: |
| Orientation of slick(s): | Is oil recoverable (Y/N)?: |
| Distribution of oil (i.e. windrows, streamers, pancakes or patches): | |
| **Considerations** | |
| • During surveillance, go beyond known impacted areas to check for additional oil spill sites<br>• Include the name and phone number of the person making the observations<br>• Clearly describe the locations where oil is observed and the areas where no oil has been seen | |
| **Other Observations** | |
| | |
| | |
| | |
| | |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| SPILL SURVEILLANCE CHECKLIST |
|---|
| **Response Operations** |
| Equipment deployment locations: |
| Boom deployment locations: |
| **Environmental Operations** |
| Locations of convergence lines, terrain, and sediment plumes: |
| Locations of debris and other features that could be mistaken for oil: |
| Wildlife present in area (locations and approximate numbers): |
| **Spill Sketch (Use Additional Pages if Needed)** |
|  |

April 2017                                                                 DAPL North Emergency Response Action Plan

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## 4.3 Estimating Spill Volumes

Early in a spill response, estimation of spill volume is required in order to:

- Report to agencies
- Determine liquid recovery requirements
- Determine personnel and equipment requirements
- Estimate disposal and interim storage requirements

Some rapid methods to estimate spill size are:

- Transfer operations: Multiply the pumping rate by the elapsed time that the leak was in progress, plus the drainage volume of the line between the two closest valves or isolation points (volume loss = pump rate [bbls/min] x elapsed time [min] + line contents [bbl])
- Tank overfills: Elapsed time multiplied by the pumping rate
- Visual assessment of the surface area and thickness (**TABLE 4-3**); **this method may yield unreliable results because:**

  - Interpretation of sheen color varies with different observers
  - Appearance of a slick varies depending upon amount of available sunlight, sea-state, and viewing angle
  - Different products may behave differently, depending upon their properties

## TABLE 4-3 OIL THICKNESS ESTIMATION CHART

| OIL THICKNESS ESTIMATIONS | | | | |
|---|---|---|---|---|
| **STANDARD FORM** | **Approx. Film Thickness** | | **Approx. Quantity of Oil in Film** | |
| | **Inches** | **Millimeters** | **gallons/mile$^2$** | **liters/km$^2$** |
| Barely Visible | 0.0000015 | 0.00004 | 25 | 44 |
| Silvery | 0.000003 | 0.00008 | 50 | 88 |
| Slightly Colored | 0.000006 | 0.00015 | 100 | 179 |
| Brightly Colored | 0.000012 | 0.0003 | 200 | 351 |
| Dull | 0.00004 | 0.001 | 666 | 1,167 |
| Dark | 0.00008 | 0.002 | 1,332 | 2,237 |
| Thickness of light oils:  0.0010 inches to 0.00010 inches | | | | |
| Thickness of heavy oils: 0.10 inches to 0.010 inches | | | | |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## 5.0 CONTAINMENT AND RECOVERY METHODS

A general description of various response techniques that may be utilized during a response are discussed below.  Sunoco Pipeline and its response contractors are free to use all or any combination of these methods as specific incident conditions dictate, provided they meet the appropriate safety standards and other requirements relative to the incident.  The most effective cleanup will result from an integrated combination of cleanup methods.  Each operation should complement and assist related operations.

### 5.1 Spill on Land (Soil Surfaces)

Containment Methods

Product can be contained in ditches and gullies by earthen berm structures (EBS).  Where excavating machinery is available, EBS can be used to prevent the spread of oil.  EBS, small and large, should be effectively utilized to protect priority areas such as inlets to drains, sewers, ducts, and watercourses.  These can be constructed of earth, sandbags, absorbents, planks, or any other effective material.  If time does not permit construction of a large EBS, a series of small EBS can be used, each one holding a portion of the oil as it advances.  The terrain will ultimately dictate the placement of EBS.  If the spill is minor, natural berms or earth absorption will usually stop the oil before it advances a significant distance.

In situations where vapors from a spill present a clear and present danger to property or life, spraying the surface of the spill with an appropriate vapor suppressor will greatly reduce the release of additional vapors.

Recovery Methods

The recovery and removal of free oil from soil surfaces is a difficult job.  Some effective approaches seem to be:

- Removal with suction equipment to tank truck, if concentrated in volumes large enough to be picked up.  Channels can be formed to drain pools of product into storage pits and facilitate the use of suction equipment.
- Small pockets may have to be recovered with sorbent material
- Once free oil has been recovered to the extent practical, mechanical removal of impacted soils can commence until impacts have been adequately removed.  Contaminated soils should be handled in accordance with all federal and state requirements.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## 5.2 Spill on Lake or Pond (Calm or Slow-Moving Water)

Containment Methods

A lake or pond offers the best conditions for removal of product from water. Although the removal is no easy task, the lake or pond presents the favorable conditions of low or no current and low or no waves.

The movement of product on a lake or pond is influenced mainly by wind. The product will tend to concentrate on one shore, bank or inlet. Booms should be set up immediately to hold the product in the confined area in the event of a change in wind direction.

If the spill does not concentrate itself on or near a shore (no wind effect), then a sweeping action using boats and floating booms may be necessary. The essential requirement for this operation is that it be done very slowly. The booms should be moved at not more than 40 feet per minute. Once the slick is moved to a more convenient location (near shore), the normal operations of removal should begin.

If the slick is small and thin (rainbow effect) and not near the shoreline, an absorbent boom instead of a regular boom should be used to sweep the area very slowly and absorb the slick. The product may not have to be moved to the shoreline.

Recovery Methods

If the containment slick is thick enough, regular suction equipment may be used first; however, in most instances, a floating skimmer should be used.

If the floating skimmer starts picking up excess water (slick becomes thin), drawing the boom closer to the bank as product is removed will also keep film of product thicker. However, when the slick becomes too thin, the skimmer should be stopped and an absorbent applied (with a boat if necessary) to remove the final amounts.

Product-soaked absorbent can be drawn in as close to the shore as possible with the booms used to confine the product initially. The absorbent can then be hand skimmed from the water surface and placed in drums, on plastic sheets or in lined roll-off boxes. It should then be disposed of in accordance with federal and state requirements. The final think slick (rainbow) on the surface can be removed with additional absorbent.

## 5.3 Spill on Small to Medium Size Streams (Fast-Flowing Creeks)

Containment Methods

The techniques used for product containment on fast-flowing shallow streams are quite different from the ones used on lakes, ponds, or other still bodies of water. The containment and removal processes require a calm stretch of water to allow the product to separate onto the surface of the

29

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

water.  If a calm stretch of water does not exist naturally, a deep slow-moving area should be created by berming.  The berm can be constructed by using sandbags, planks or earth.  If an earthen berm structure (EBS) is required, it should be situated at an accessible point where the stream has high enough banks.  The EBS should be constructed soundly and reinforced to support the product and water pressure.

- Underflow structure – An underflow structure, typically earthen berm is one method that can be used, especially on small creeks.  The water is released at the bottom of the EBS using a pipe, or multiple pipes, which are installed during construction of the EBS.  The flow rate through the pipe(s) must be sufficient to keep the EBS from overflowing.  The pipe(s) should be installed at an angle through the EBS (during construction) so that the height of the discharge end of the pipe(s) will determine the height of the water on the upstream side of the EBS.

- Overflow structure – Another method of containment is an overflow structure, typically earthen berm.  An overflow EBS is constructed so that water flows over the EBS, but a deep pool is created which reduces the surface velocity of the water, thereby creating a calm stretch of water to facilitate containment and recovery efforts.  The overflow EBS may be used where large flow rates, such as medium sized creeks, are involved.

   With this type of EBS, a separate barrier, such as a floating or stationary boom, must be placed across the pool created by the EBS to contain the oil.  This boom should be placed at an angle of 45 degrees across the pool to decrease the effective water velocity beneath it.  Also, this angle helps to concentrate the oil at the bank and not along the boom.  A second boom should be placed approximately 10 to 15 feet downstream of the first on as a secondary backup.

   A stationary boom type barrier can be made of wood planks or other suitable material.  The stationary boom should be securely constructed and sealed against the bank.  The ends of the planks can be buried in the banks of the stream and timber stakes driven into the stream bed for support as needed.  The necessary length of boom will be approximately 1-1/2 times the width of the waterway.  A stationary boom should extend six to eight inches deep into the water and about two inches or higher above the water level.  If the increase in velocity under the stationary boom is causing the release of trapped oil, it should be moved upward slightly.  At no time should the stationary boom be immersed more than 20% of the depth of the pool created by the overflow structure typical EBS.  That is, if the pool is three feet deep, do not exceed an immersion depth of seven inches with the stationary boom.

   A floating boom can be used in place of a stationary boom if the created pool's size (bank to bank) and depth will permit.  The advantages of using floating boom are the speed of deployment and the fact that there is no need for additional support as with stationary boom.

- Multiple Impoundments – Since emergency built structures - EBS (either underflow or overflow) are seldom perfect, a series of EBS may be required.  The first one, or two, will contain the bulk of the oil and the ones downstream will contain the last traces of oil.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

Precautions should be taken to ensure that the foundations of emergency structures - EBS are not washed away by the released water.  If earth is used to construct an overflow structure, a layer of earth-filled bags (or other suitable material) should be placed on top of the structure to reduce erosion.

Recovery Methods

Once the containment structures are constructed, recovery of the oil from the water surface should be the primary consideration.  The recovery must be continuous or else build-up of product behind the structures or booms might lead to product escaping.

The type of recovery used depends largely on the amount of oil being contained in a given span of time, if the amount of oil moving down the stream is of sufficient quantity, the first structure - EBS or fixed boom should contain enough oil for the floating skimmer to work efficiently.  The skimmer will pump the product and possibly some water to a tank truck or other holding tank.  Separated water may be released from the bottom of the tank truck if it becomes necessary.  Absorbents may be used at downstream structures - EBS or booms.  It is inadvisable to place an absorbent in the stream prior to or at the first structure - EBS in anticipation of the arriving product.  Let the product accumulate at the first structure - EBS and use the floating skimmer to recover the product.

The containment and removal of oil on small to medium fast-flowing streams might require a combination of underflow or overflow structures, fixed booms, floating booms, skimmers, and absorbents to ensure an effective cleanup.

## 5.4 Spill on Large Streams and Rivers

Containment Methods

The containment techniques differ considerably on large streams and rivers.  First, the smooth calm area of water necessary for oil-water separation must be found along the stream or river rather than creating one, as with small streams.  Floating booms (rather than fixed booms or EBS) must be used to contain the oil.

Local conditions of current and wind must be considered when selecting the site for the deployment of boom.  A point with a low water velocity near the bank, sufficient depth to operate the oil recovery equipment, and good access is required.  The fact that wind may tend to concentrate the oil against one bank must be considered.  A smooth, undisturbed area of water is required immediately upstream of the boom to ensure that the oil has opportunity to separate out onto the surface.  The boom should be positioned where the current is at a minimum.  It is more effective to boom at a wide, slow position than on a narrow, fast stretch of water.

If the booms are positioned straight across a river or stream, or at right angles to the flow, surface water tends to drive oil beneath the boom when current velocities exceed about ½ knot (0.8 ft/sec.).  However, if the current of the entire river is ½ knot or less, then a boom can be

DAPL North Emergency Response Action Plan

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

positioned straight across the river or large stream, but angled slightly in relation to the banks. By placing the boom at an angle to the banks, oil on the surface is diverted along the boom to the side of the river.

The current velocity is usually much slower near the river bank than in the center and the oil will move along the boom toward the bank for removal. A water-tight seal between the bank and the boom is essential. A secondary boom should be setup immediately downstream of the first one to capture any oil that escapes the upstream boom. A boom can be deployed parallel to the river flow at the bank to form the seal with the booms used to trap the product.

Where the current velocity of the chosen site exceeds ½ knot, the boom may be positioned in two smooth curves from the point of maximum velocity (usually the center of the river) to both banks. However, this double-boom requires oil to be recovered from both sides of the river. To determine the appropriate angle of boom placement and support (mooring) needed to hold the booms in position, the current velocity should be measured by timing a floating object which is 80% submerged over a distance of 100 feet. A time of 60 seconds over this distance indicates a water current of approximately 1 knot.

For currents from 1 to 2.5 knots (1.7 to 4.2 ft/sec.), the more the boom will have to be angled acute to the bank. The length of the boom will have to be such to reach the center of the river. For currents between ½ and 1 knot (0.8 and 1.7 ft./sec.), the angle of deployment can be enlarged.

The major load on the boom is taken by the terminal moorings, particularly the one in the center of the river. However, intermediate moorings are also required both to maintain the smooth curve of the boom to prevent breaking of the boom and to assist with preventing skirt deflection. The intermediate moorings are preferably positioned every 25 feet and must be adjusted to avoid the formation of indentations in the boom profile. These trap oil in pockets, prevent its deflection to the bank, and also encourage diving currents.

In certain situations, it might be advantageous to position booms to deflect the approaching oil to a slower moving area. Naturally, additional booms would have to be positioned around this slower moving area prior to deflecting the product to the area. This approach may be used along rivers which have lagoons, etc., with a very low current action. The recovery would take place in the lagoons and not along the river bank.

<u>Recovery Methods</u>

Any oil contained upstream of the floating booms in a large stream or river should be removed from the water surface as it accumulates. Regular suction equipment, a floating skimmer, and/or absorbents (including absorbent booms) should be used to remove the oil as appropriate. If the amount of oil moving downstream is of sufficient quantity, the primary floating boom will likely contain enough oil for the floating skimmer to work efficiently. The skimmer will pump the product and some water to a tank truck or other holding tank.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

The absorbents would then be used upstream of the secondary boom to absorb any potential underflow from the primary boom.  An absorbent boom can also be placed between the primary and secondary booms to help the other absorbents control any underflow from the primary boom. It is best to hand skim the saturated absorbents and place them in plastic bags for disposal.

## 5.5 Spill on a Stream Which Flows into a Lake or Pond

In certain locations where streams flow into lakes or ponds at relatively short distances, it is conceivable that a spill may reach the lake before containment and recovery operations are set up.  If time permits containment operations to be set up on the stream in question, containment and recovery methods can be utilized as described above.  However, if oil in the stream is near the lake or if oil is flowing into the lake with a significant amount yet to arrive, different containment methods may be required.

Containment Methods

Oil on a stream flowing into a lake should be boomed as close to the entrance as possible.  The boom should be positioned on the lake at an angle to the residential stream current so as to direct the surface water to a slower moving area.  The area where the product is being deflected should be enclosed by booms to contain the oil.  An additional boom for sweeping the product to the bank may be required.  This area of containment should not have a current velocity of more than 1/2 knot (0.8 ft./sec.), preferably less.

Removal Methods

The recovery of oil from the lake or pond's surface should be handled as described above.  For sizable releases, collected oil will usually be pumped into tank trucks and transported to a storage facility.

## 5.6 Spill in Urban Areas

Oil spills in urban areas can greatly impact recreational use, human health, wildlife habitat(s), and potential result in beach or park closures.  Manmade structures along waterways require unique protection strategies.  Manmade structures could include vertical shore protection structures such as seawalls, piers, and bulkheads, as well as riprap revetments and groins, breakwaters, and jetties.  Vertical structures can be constructed of concrete, wood, and corrugated metal.  They usually extend below the water surface, although seawalls can have beaches or riprap in front of them.  These structures are very common along developed shores, particularly in harbors, marinas, and residential areas.  Maintaining shipping or other kinds of vessel traffic through navigation channels or waterways during a spill response is a difficult consideration because there is usually economic and political pressure to re-establish normal operations as soon as possible.  This consideration extends to vehicular traffic through urban areas.  Deploying booms and skimmers or constructing recovery sites can conflict with such traffic for several days.  Also, passage of deep-draft vessels through the waterway can suddenly change water level and flow or create wakes, causing booms to fail.  For these reasons, recovery

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

efforts must be coordinated through the Unified Command to ensure the cooperation of all parties involved.

<u>Containment Methods</u>

Containment techniques in an urban area depend greatly on the ability to deploy equipment due to obstacles presented by the urban area. Most booming and containment techniques will work with slight modifications such as direct anchoring instead of the use of booming buoys.

<u>Recovery Methods</u>

Normal recovery techniques work when recovering oil in an urban area. However, recovery can be hampered by several situations. Floating debris clogging skimming equipment is the main cause for low recovery rates. Another problem for recovery in an urban area is lack of storage space. Often traffic problems or lack of access prevent storage equipment such as frac tanks and vacuum trucks from approaching the recovery zone. Consideration should be given to these situations and appropriate measures taken.

## 5.7 Spill Under Ice

<u>Containment Methods</u>

The traditional strategy for dealing with oil under the ice in a river or lake is to cut a slot to facilitate oil recovery. Ice slots can be cut using chain saws, handsaws, ice augers or some form of trencher. Another effective variation of this technique is the diversionary plywood barrier method which is also discussed below.

<u>Recovery Methods</u>

Ice slotting is a very basic technique used to gain access to oil trapped beneath the ice. In ice slotting, a J shaped outline is sketched into the ice at a 30 degree angle to the current. The slight J hook or curve is necessary at the upstream side to provide flow towards the recovery area. In general, the slot width should be 1.5 times the thickness of the ice. Remember, a block of ice is heavy and the width of the slot must be taken into consideration so it can be safely removed or pushed under if the water beneath the ice is sufficiently deep. The length of the slot will be determined by the width of the river and strategy.

Ice slotting is a successful strategy to implement. However, there are a few pit falls to be aware off. First, responders may experience fatigue rapidly if required to cut the slot(s) by hand using a chain saw or hand held saw. Secondly, when cutting with chain saws, large volumes of water are kicked up, by the moving chain, onto the responder. This is a safety problem when the responders get wet in extreme cold weather conditions. However, wearing rain gear will provide some protection and can greatly reduce this problem.

A second technique is to slot the ice and use plywood to help divert oil beneath the ice to a recovery area. This technique is referred to as the diversionary plywood barrier method. In this

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

technique, a narrow slot is made through the ice and 4' x 8' sheets of plywood, or equivalent material, are dropped into the slot to create a barrier and force the oil to follow the barrier to the collection area.  This is the same principal employed when using floating boom.

The slot can be cut or drilled depending on the equipment available at the time of the response. If drilling is required, a gas powered ice auger can be used.  In this scenario a series of 8" or 10" holes are drilled next to each other in the J pattern.  A chain saw can be used to connect the holes if an ice bridge exists between two auger holes.  After the ice auguring is complete, plywood can be dropped into the augured slot.

River ice is dirty and chipper blades on the augers may only last long enough to complete a single auger hole.  This technique requires a large inventory of chipper blades.  Extra auger flights can be used, which reduces down time to change blades. A real plus to slotting the ice with an ice auger is the limited exposure of responders to water.  The water is generally restricted to the area around the responder's feet.

## 5.8 Spill on Ice

When managing an oil spill on ice special consideration must be given to several safety factors. Thickness of the ice and general accessibility of equipment must be considered when planning for on-ice recovery.  Ice that is too thin to safely traverse or broken ice may prevent active recovery.

Containment Methods

For ice-covered on-land or on-water spills, snow or earthen berms may be constructed to contain oil around the leak, if terrain permits.  Dikes filled with sorbent materials may be used on spills in smaller streams to create a containment structure to prevent further migration of the oil.

Recovery Methods

Generally, on-ice recovery consists of the manual recovery of the oil from the spill site.  If conditions permit, vacuum trucks or suction pumps may be used to recover pools of oil that may have collected.  Often, oil recovery will be completed by hand using brooms, shovels and rakes. Manually moving the oil/snow mixture into piles for collection, where it is either vacuum or manually collected into storage containers, may expedite the recovery process.

## 5.9 Spill in Wetland Areas

Wetlands, which may include upland and inland marshes, swamps and bogs, are highly sensitive to spills because they collect run-off from surrounding environments, and because they are home to many commercially and ecologically important species.  Wetlands are very susceptible to damage and are a high priority to protect.  Precautions should be taken so that the recovery effort does not cause more damage than that cause by the spill.

Containment Methods

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

Containment booms can be strategically deployed to contain or divert the oil into collection areas where skimmers and vacuums can be used to recover the oil. Berms can also be constructed to contain or divert the oil. Consideration must be given to the damage that can be caused by containing and recovering the oil in the wetland areas. Often, allowing the product to flow to natural collection areas and possibly assisting the flow by the use of high volume low pressure water pumps may be the best course of action.

<u>Recovery Methods</u>

Skimmers and vacuums can be deployed to recover contained oil. Other acceptable response techniques might include bioremediation, sorbents and in-situ burning. The use of heavy equipment is often not practical because of the damage it can cause to plant and animal life. During recovery, specially designed flat bottom shallow draft vessels and the use of plywood or boards may be used to reduce the damage caused by recovery personnel. If the water table is high and the oil will not permeate the soil, shallow trenches may be dug to collect oil for removal. The Unified Command must balance the need to recover the product with the damage caused by active recovery. Considerations should be given for long term, passive recovery techniques.

## 5.10    Spill On or Near Groundwater

<u>Containment Methods</u>

Product can be contained on, or near, the surface using the containment and recovery methods stated above. Where excavating machinery is available, trenches can be used to prevent the migration of oil under the surface to nearby groundwater bearing units. Pathways to groundwater such as buried utilities, water wells and monitoring wells in the spill path should be a priority and addressed immediately to prevent potential infiltration.

<u>Recovery Methods</u>

The recovery and removal will vary depending on site conditions and hydrogeological characteristics. Recovery methods may require guidance and approval from applicable state agency(s). The following should be considered:

- Passive recovery – Passive recovery can be an effective technique whereby released product is recovered by hand bailing, passive skimming operations, and/or the insertion of absorbent socks in the recovery well(s).

- Active recovery – Active recovery may include the installation of groundwater pump and treat systems, recovery trenches, vacuum enhanced groundwater recovery, soil vapor extraction, and low-temperature thermal desorption.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## 6.0 PRODUCT CHARACTERISTICS AND HAZARDS

Pipeline systems described in this plan may transport various types of commodities including but not limited to:

- Crude Oil

The key chemical and physical characteristics of each of these oils and/or other small quantity products/chemicals are identified in **TABLE 6-1**, below.

### TABLE 6-1 CHEMICAL AND PHYSICAL CHARACTERISTICS

| COMMON NAME | SDS NAME | HEALTH HAZARD | FLASH POINT | SPECIAL HAZARD | REACTIVITY | HEALTH HAZARD WARNING STATEMENT |
|---|---|---|---|---|---|---|
| Crude Oil | Appropriate Product Name | 1 | 3 | C, H2S | 0 | May Contain benzene, a carcinogen, or hydrogen sulfide, which is harmful if inhaled; flashpoint varies widely. |

| Health Hazard | 4 = Extremely Hazardous<br>3 = Hazardous<br>2 = Warning<br>1 = Slightly Hazardous<br>0 = No Unusual Hazard | Fire Hazard (Flash Point) | 4 = Below 73° F, 22° C<br>3 = Below 100° F, 37° C<br>2 = Below 200° F, 93° C<br>1 = Above 200° F, 93° C<br>0 = Will not burn |
|---|---|---|---|
| Special Hazard<br><br><br><br><br><br>Pressure | A = Asphyxiant<br>C = Contains Carcinogen<br>W = Reacts with Water<br>Y = Radiation Hazard<br>COR = Corrosive<br>OX = Oxidizer<br>H2S = Hydrogen Sulfide<br>P = Contents under<br><br>T = Hot Material | Reactivity Hazard | 4 = May Detonate at Room Temperature<br>3 = May Detonate with Heat or Shock<br>2 = Violent Chemical Change with High<br>     Temperature and Pressure<br>1 = Not Stable if Heated<br>0 = Stable |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# APPENDIX A
# SAFETY DATA SHEET

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# APPENDIX B
# ICS FORMS / INITIAL IAP

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**APPENDIX A**
**SAFETY DATA SHEET**

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE



# SAFETY DATA SHEET

## SECTION 1 : IDENTIFICATION

| | |
|---|---|
| Product Name: | **Bakken Crude Oil, Sweet** |
| SDS Manufacturer Number: | 825378 |
| Synonyms: | Crude Oils, Desalted, Sweet, Field Crude, Petroleum Crude, Petroleum Oil, Rock Oil, Separator Crude, Sweet Crude, Crude Oils |
| Product Use/Restriction: | Refinery Feed |
| Manufacturer Name: | ConocoPhillips |
| Address: | 600 N. Dairy Ashford<br>Houston, Texas 77079-1175 |
| General Phone Number: | 855-244-0762 |
| Health Issues Information: | SDS@conocophillips.com |
| Emergency Phone Number: | Chemtrec: 800-424-9300 (24 Hours) |
| Website: | www.conocophillips.com |
| SDS Creation Date: | May 19, 2014 |
| SDS Revision Date: | May 19, 2014 |



**NFPA**



**HMIS**

| | |
|---|---|
| Health Hazard | 2* |
| Fire Hazard | 3 |
| Reactivity | 1 |
| Personal Protection | X |

ÂÂChronic Health Effects

## SECTION 2 : HAZARD(S) IDENTIFICATION

| | |
|---|---|
| GHS Pictograms: |  |
| Signal Word: | Danger. |
| GHS Class: | Extremely flammable liquid and vapor Category 1.<br>Aspiration Hazard, Category 1.<br>Eye Irritant, Category 2.<br>Specific Target Organ Toxicity, Single Exposure, Category 3.<br>Specific Target Organ Toxicity, Repeated Exposure, Category 2.<br>Carcinogen, Category 1B.<br>Hazardous to the aquatic environment, long-term, chronic, Category 2. |
| Hazard Statements: | H224 - Extremely flammable liquid and vapor<br>H304 - May be fatal if swallowed and enters airways.<br>H319 - Causes serious eye irritation.<br>H336 - May cause drowsiness or dizziness.<br>cH373 - May cause damage to organs through prolonged or repeated exposure.<br>H351 - Suspected of causing cancer.<br>H411 - Toxic to aquatic life with long lasting effects.<br><br>Hazards not Otherwise Classified<br>May contain or release poisonous hydrogen sulfide gas |
| Precautionary Statements: | Keep away from heat/sparks/open flames/hotsurfaces. — No smoking.<br>Ground/Bond container and receiving equipment.<br>Use explosion-proof electrical/ventilating/lighting equipment.<br>Use only non-sparking tools.<br>Take precautionary measures against static discharge.<br>In case of fire: Use dry chemical, carbon dioxide to extinguish small fires. Use water for large fires.<br>Do not breathe dust/fume/gas/mist/vapours/spray.<br>Wash hands thoroughly after handling.<br>Wear protective gloves/protective clothing/eye protection/face protection.<br>Obtain special instructions before use.<br>Do not handle until all safety precautions have been read and understood.<br>Keep container tightly closed. Store in a well-ventilated place. Keep cool.<br>IF IN EYES: Rinse cautiously with water for several minutes. Remove contact lenses, if present and easy to do. Continue rinsing. If eye irritation persists: Get medical advice/attention.<br>IF ON SKIN (or hair): Remove/Take off immediately all contaminated clothing. Rinse skin with water/shower.<br>Contaminated work clothing should not be allowed out of the workplace.<br>IF SWALLOWED: Immediately call a POISON CENTER/doctor/... Do not induce vomiting.<br>Get medical advice/attention if you feel unwell.<br>IF INHALED: Remove victim to fresh air and keep at rest in a position comfortable for breathing.<br>Call a POISON CENTER or doctor/physician if you feel unwell.<br>Collect spillage.<br>Avoid release to the environment.<br>Dispose of contents/container in accordance with Local, State, Federal and Provincial regulations. |
| Emergency Overview: | DANGER! Extremely Flammable. Pulmonary aspiration hazard if swallowed.<br>Eye and Skin irritant |
| Route of Exposure: | Eyes. Skin. Inhalation. Ingestion. |
| Potential Health Effects: | |
| Eye: | Causes serious eye irritation |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| | |
|---|---|
| Skin: | Causes mild skin irritation. Repeated exposure may cause skin dryness or cracking |
| Inhalation: | May cause drowsiness and dizziness. |
| Ingestion: | May be fatal if swallowed and enters airways. |
| Physical Health Hazard: | This material may contain varying concentrations of polycyclic aromatic hydrocarbons (PAHs) which have been known to produce a phototoxic reaction when contaminated skin is exposed to sunlight. The effect is similar in appearance to an exaggerated sunburn, and is temporary in duration if exposure is discontinued. Continued exposure to sunlight can result in more serious skin problems including pigmentation (discoloration), skin eruptions (pimples), and possible skin cancers.
This material may contain or release hydrogen sulfide, a poisonous gas with the smell of rotten eggs. The smell disappears rapidly because of olfactory fatigue so odor may not be a reliable indicator of exposure. Effects of overexposure include irritation of the eyes, nose, throat and respiratory tract, blurred vision, photophobia (sensitivity to light), and pulmonary edema (fluid accumulation in the lungs). Severe exposures can result in nausea, vomiting, muscle weakness or cramps, headache, disorientation and other signs of nervous system depression, irregular heartbeats, convulsions, respiratory failure, and death. |
| Signs/Symptoms: | Effects of overexposure may include irritation of the digestive tract, irritation of the respiratory tract, nausea, vomiting, diarrhea and signs of nervous system depression (e.g., headache, drowsiness, dizziness, loss of coordination, disorientation and fatigue). |
| Target Organs: | May cause damage to organs through prolonged or repeated exposure. Laboratory animal studies of crude oil by the dermal and inhalation exposure routes have demonstrated toxicity to the liver, blood, spleen and thymus |
| Aggravation of Pre-Existing Conditions: | Not expected to be a sensitizer |

## SECTION 3 : COMPOSITION/INFORMATION ON INGREDIENTS

| Chemical Name | CAS# | Ingredient Percent | AC Num. |
|---|---|---|---|
| Crude Oil (Petroleum) | 8002-05-9 | 100 by weight | |
| N-Hexane | 110-54-3 | <5 by Volume | |
| Ethyl Benzene | 100-41-4 | <3 by weight | |
| Xylenes | 1330-20-7 | <1 by weight | |
| Benzene | 71-43-2 | <1 by weight | |
| Hydrogen Sulfide | 7783-06-4 | <0.2 by Volume | |
| Naphthalene | 91-20-3 | 0 - 0.9 by weight | |
| Total Sulfur: | < 0.5 wt% | | |

Crude oil, natural gas and natural gas condensate can contain minor amounts of sulfur, nitrogen and oxygen containing organic compounds as well as trace amounts of heavy metals like mercury, arsenic, nickel, and vanadium. Composition can vary depending on the source of crude.

## SECTION 4 : FIRST AID MEASURES

| | |
|---|---|
| Eye Contact: | Immediately flush eyes with plenty of water for at least 15 to 20 minutes. Ensure adequate flushing of the eyes by separating the eyelids with fingers. Get immediate medical attention. Remove contacts if present and easy to do. |
| Skin Contact: | Immediately wash skin with plenty of soap and water for 15 to 20 minutes, while removing contaminated clothing and shoes.
Get medical attention if irritation develops or persists. |
| Inhalation: | If inhaled, remove to fresh air. If not breathing, give artificial respiration or give oxygen by trained personnel. Seek immediate medical attention. If victim is not breathing, clear airway and immediately begin artificial respiration. If breathing difficulties develop, oxygen should be administered by qualified personnel. Seek immediate medical attention. |
| Ingestion: | Aspiration hazard. Do not induce vomiting or give anything by mouth because this material can enter the lungs and cause severe lung damage. If victim is drowsy or unconscious and vomiting, place on the left side with the head down. If possible, do not leave victim unattended and observe closely for adequacy of breathing. Seek medical attention. |
| Note to Physicians: | At high concentrations hydrogen sulfide may produce pulmonary edema, respiratory depression, and/or respiratory paralysis. The first priority in treatment should be the establishment of adequate ventilation and the administration of 100% oxygen. Animal studies suggest that nitrites are a useful antidote, however, documentation of the efficacy of nitrites in humans is lacking. If the diagnosis of hydrogen sulfide poisoning is confirmed and if the patient does not respond rapidly to supportive care, the use of nitrites may be an effective antidote if delivered within the first few minutes of exposure. For adults the dose is 10 mL of a 3% NaNO2 solution (0.5 gm NaNO2 in 15 mL water) I.V. over 2-4 minutes. The dosage should be adjusted in children or in the presence of anemia, and methemoglobin levels, arterial blood gases, and electrolytes should be monitored closely.
Epinephrine and other sympathomimetic drugs may initiate cardiac arrhythmias in persons exposed to high concentrations of hydrocarbon solvents (e.g., in enclosed spaces or with deliberate abuse). The use of other drugs with less arrhythmogenic potential should be considered. If sympathomimetic drugs are administered, observe for the development of cardiac arrhythmias.
Federal regulations (29 CFR 1910.1028) specify medical surveillance programs for certain exposures to benzene above the action level or PEL (specified in Section (i)(1)(i) of the Standard). In addition, employees exposed in an emergency situation shall, as described in Section (i)(4)(i), provide a urine sample at the end of the shift for measurement of urine phenol. |
| Other First Aid: | Before attempting rescue, first responders should be alert to the possible presence of hydrogen sulfide, a poisonous gas with the smell of rotten eggs, and should consider the need for respiratory protection (see Section 8). Remove casualty to fresh air as quickly as possible. Immediately begin artificial respiration if breathing has ceased. Consider whether oxygen administration is needed. Obtain medical advice for further treatment |
| Most important symptoms and effects | **Acute:** Headache, drowsiness, dizziness, loss of coordination, disorientation and fatigue
**Delayed:** Dry skin and possible irritation with repeated or prolonged exposure. |

## SECTION 5 : FIRE FIGHTING MEASURES

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| | |
|---|---|
| Flammable Properties: | Extremely flammable. |
| Flash Point: | <-20°F (<-29°C) |
| Flash Point Method: | Manual ASTM D53 |
| Auto Ignition Temperature: | Not determined. |
| Lower Flammable/Explosive Limit: | Not determined. |
| Upper Flammable/Explosive Limit: | Not determined. |
| Fire Fighting Instructions: | Long-duration fires involving crude or residual fuel oil stored in tanks may result in a boilover. The contents of the tank may be expelled beyond the containment dikes or ditches. All personnel should be kept back a safe distance when a boilover is anticipated (reference NFPA 11 or API 2021). For fires beyond the initial stage, emergency responders in the immediate hazard area should wear protective clothing. When the potential chemical hazard is unknown, in enclosed or confined spaces, a self contained breathing apparatus should be worn. In addition, wear other appropriate protective equipment as conditions warrant (see Section 8). Isolate immediate hazard area and keep unauthorized personnel out. Stop spill/release if it can be done safely. Move undamaged containers from immediate hazard area if it can be done safely. Water spray may be useful in minimizing or dispersing vapors and to protect personnel. Cool equipment exposed to fire with water, if it can be done safely. Avoid spreading burning liquid with water used for cooling purposes. |
| Extinguishing Media: | Dry chemical, carbon dioxide, or foam is recommended. Water spray is recommended to cool or protect exposed materials or structures. Carbon dioxide can displace oxygen. Use caution when applying carbon dioxide in confined spaces. Simultaneous use of foam and water on the same surface is to be avoided as water destroys the foam. Water may be ineffective for extinguishment, unless used under favorable conditions by experienced fire fighters. |
| Protective Equipment: | As in any fire, wear Self-Contained Breathing Apparatus (SCBA), MSHA/NIOSH (approved or equivalent) and full protective gear. |
| Unusual Fire Hazards: | This material can be ignited by heat, sparks, flames, or other sources of ignition (e.g., static electricity, pilot lights, mechanical/electrical equipment, and electronic devices such as cell phones, computers, calculators, and pagers which have not been certified as intrinsically safe). Vapors may travel considerable distances to a source of ignition where they can ignite, flash back, or explode. May create vapor/air explosion hazard indoors, in confined spaces, outdoors, or in sewers. This product will float and can be reignited on surface water. Vapors are heavier than air and can accumulate in low areas. If container is not properly cooled, it can rupture in the event of a fire. |
| Hazardous Combustion Byproducts: | Combustion may yield smoke, carbon monoxide, and other products of incomplete combustion. Hydrogen sulfide and oxides of nitrogen and sulfur may also be formed. Hazardous combustion/decomposition products, including hydrogen sulfide, may be released by this material when exposed to heat or fire. Use caution and wear protective clothing, including respiratory protection. |

Ā

**NFPA Ratings:**

| | |
|---|---|
| NFPA Health: | 2 |
| NFPA Flammability: | 3 |
| NFPA Reactivity: | 0 |

## SECTION 6 : ACCIDENTAL RELEASE MEASURES

| | |
|---|---|
| Personnel Precautions: | Extremely flammable. Spillages of liquid product will create a fire hazard and may form an explosive atmosphere. Keep all sources of ignition and hot metal surfaces away from spill/release if safe to do so. The use of explosion-proof electrical equipment is recommended. May contain or release poisonous hydrogen sulfide gas. If the presence of dangerous amounts of H2S around the spilled product is suspected, additional or special actions may be warranted, including access restrictions and use of protective equipment. Stay upwind and away from spill/release. Avoid direct contact with material. For large spillages, notify persons down wind of the spill/release, isolate immediate hazard area and keep unauthorized personnel out. Wear appropriate protective equipment, including respiratory protection, as conditions warrant (see Section 8). See Sections 2 and 7 for additional information on hazards and precautionary measures. |
| Environmental Precautions: | Stop spill/release if it can be done safely. Prevent spilled material from entering sewers, storm drains, other unauthorized drainage systems, and natural waterways. Use foam on spills to minimize vapors. Use water sparingly to minimize environmental contamination and reduce disposal requirements. If spill occurs on water notify appropriate authorities and advise shipping of any hazard. Spills into or upon navigable waters, the contiguous zone, or adjoining shorelines that cause a sheen or discoloration on the surface of the water, may require notification of the National Response Center (phone number 800-424-8802). |
| Methods for containment: | Dike far ahead of spill for later recovery or disposal. Absorb spill with inert material such as sand or vermiculite, and place in suitable container for disposal. Recommended measures are based on the most likely spillage scenarios for this material; however local conditions and regulations may influence or limit the choice of appropriate actions to be taken. Notify relevant authorities in accordance with all applicable regulations. |
| Methods for cleanup: | Immediate cleanup of any spill is recommended. If spilled on water remove with appropriate methods (e.g. skimming, booms or absorbents). In case of soil contamination, remove contaminated soil for remediation or disposal, in accordance with local regulations. |

## SECTION 7 : HANDLING and STORAGE

| | |
|---|---|
| Handling: | Extremely Flammable. May vaporize easily at ambient temperatures. Keep away from ignition sources such as heat/sparks/open flame – No smoking. Take precautionary measures against static discharge. Nonsparking tools should be used. The vapor is heavier than air and may create an explosive mixture of vapor and air. Beware of accumulation in confined spaces and low lying areas. Open container slowly to relieve any pressure. Obtain special instructions before use. Do not handle until all safety precautions have been read and understood. May contain or release dangerous levels of hydrogen sulfide. Do not breathe vapors or mists. Wear protective gloves/clothing and eye/face protection. Wash thoroughly after handling. Use |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

good personal hygiene practices and wear appropriate personal protective equipment (see section 8). Electrostatic charge may accumulate and create a hazardous condition when handling or processing this material. To avoid fire or explosion, dissipate static electricity during transfer by grounding and bonding containers and equipment before transferring material. The use of explosion-proof electrical equipment is recommended and may be required (see appropriate fire codes). Refer to NFPA-70 and/or API RP 2003 for specific bonding/grounding requirements. Do not enter confined spaces such as tanks or pits without following proper entry procedures such as ASTM D-4276 and 29CFR 1910.146. Do not wear contaminated clothing or shoes. Keep contaminated clothing away from sources of ignition such as sparks or open flames.

| | |
|---|---|
| Storage: | This material may contain or release poisonous hydrogen sulfide gas. In a tank, barge, or other closed container, the vapor space above this material may accumulate hazardous concentrations of hydrogen sulfide. Check atmosphere for oxygen content, H2S, and flammability prior to entry. Keep container(s) tightly closed and properly labeled. Use and store this material in cool, dry, well-ventilated areas away from heat, direct sunlight, hot metal surfaces, and all sources of ignition. Store only in approved containers. Post area "No Smoking or Open Flame." Keep away from any incompatible material (see Section 10). Protect container(s) against physical damage. Outdoor or detached storage is preferred. Indoor storage should meet OSHA standards and appropriate fire codes. "Empty" containers retain residue and may be dangerous. Do not pressurize, cut, weld, braze, solder, drill, grind, or expose such containers to heat, flame, sparks, or other sources of ignition. They may explode and cause injury or death. "Empty" drums should be completely drained, properly bunged, and promptly shipped to the supplier or a drum reconditioner. All containers should be disposed of in an environmentally safe manner and in accordance with governmental regulations. Before working on or in tanks which contain or have contained this material, refer to OSHA regulations, ANSI Z49.1, and other references pertaining to cleaning, repairing, welding, or other contemplated operations |
| Special Handling Procedures: | Mercury and other heavy metals may be present in trace quantities in crude oil, raw natural gas, and condensates. Production and processing of these materials can lead to "drop-out" of elemental mercury in enclosed vessels and pipe work, typically at the low point of any process equipment because of its density. Mercury may also occur in other process system deposits such as sludges, sands, scales, waxes, and filter media. Personnel engaged in work with equipment where mercury deposits might occur (confined space entry, sampling, opening drain valves, draining process lines, etc), may be exposed to a mercury hazard (see sections 3 and 4). |
| Hygiene Practices: | Wash thoroughly after handling. Do not eat, drink or smoke when using this product. Contaminated work clothing should not be allowed out of the workplace. |

## SECTION 8 : EXPOSURE CONTROLS, PERSONAL PROTECTION - EXPOSURE GUIDELINES

| | |
|---|---|
| Engineering Controls: | Use appropriate engineering control such as process enclosures, local exhaust ventilation, or other engineering controls to control airborne levels below recommended exposure limits. Good general ventilation should be sufficient to control airborne levels. Where such systems are not effective wear suitable personal protective equipment, which performs satisfactorily and meets OSHA or other recognized standards. Consult with local procedures for selection, training, inspection and maintenance of the personal protective equipment. |
| Eye/Face Protection: | Wear appropriate protective glasses or splash goggles as described by 29 CFR 1910.133, OSHA eye and face protection regulation, or the European standard EN 166. |
| Skin Protection Description: | Wear appropriate protective gloves and other protective apparel to prevent skin contact. Consult manufacturer's data for permeability data. |
| Hand Protection Description: | Suggested protective materials: Nitrile |
| Respiratory Protection: | Where there is potential for airborne exposure to hydrogen sulfide (H2S) above exposure limits, a NIOSH approved, self-contained breathing apparatus (SCBA) or equivalent operated in a pressure demand or other positive pressure mode should be used. Under conditions where hydrogen sulfide (H2S) is NOT detected, a NIOSH certified air purifying respirator equipped with organic vapor cartridges/canisters may be used. A respiratory protection program that meets or is equivalent to OSHA 29 CFR 1910.134 and ANSI Z88.2 should be followed whenever workplace conditions warrant a respirator's use. Air purifying respirators provide limited protection and cannot be used in atmospheres that exceed the maximum use concentration (as directed by regulation or the manufacturer's instructions), in oxygen deficient (less than 19.5 percent oxygen) situations, or under conditions that are immediately dangerous to life and health (IDLH). If benzene concentrations equal or exceed applicable exposure limits, OSHA requirements for personal protective equipment, exposure monitoring, and training may apply (29CFR1910.1028 - Benzene). Workplace monitoring plans should consider the possibility that heavy metals such as mercury may concentrate in processing vessels and equipment presenting the possibility of exposure during various sampling and maintenance operations. Implement appropriate respiratory protection and the use of other protective equipment as dictated by monitoring results (See Sections 2 and 7). |
| Other Protective: | Facilities storing or utilizing this material should be equipped with an eyewash and a deluge shower safety station. |
| PPE Pictograms: |  |

Ã

EXPOSURE GUIDELINES                Ã

**Crude Oil (Petroleum) :**

| | |
|---|---|
| Guideline User Defined: | ConocoPhillips Guidelines<br>TWA:100 mg/m3 - 8 hr |

**N-Hexane :**

| | |
|---|---|
| Guideline ACGIH: | Skin: Yes.<br>TLV-TWA: 50 ppm |
| Guideline OSHA: | PEL-TWA: 500 ppm |

**Ethyl Benzene :**

| | |
|---|---|
| Guideline ACGIH: | TLV-TWA: 20 ppm |
| Guideline OSHA: | PEL-TWA: 100 ppm |

**Xylenes :**

| | |
|---|---|
| Guideline ACGIH: | TLV-STEL: 150 ppm<br>TLV-TWA: 100 ppm |

**Benzene :**

| | |
|---|---|
| Guideline ACGIH: | Skin: Yes.<br>TLV-STEL: 2.5 ppm<br>TLV-TWA: 0.5 ppm |
| Guideline OSHA: | PEL-TWA: 1 ppm<br>PEL-STEL: 5 ppm |
| Guideline User Defined: | ConocoPhillips Guidelines |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

TWA: 0.2 mg/m3 (as total of 17 PNA's measured by NIOSH Method 5506)

**Hydrogen Sulfide :**

| | |
|---|---|
| Guideline ACGIH: | TLV-STEL: 5 ppm |
| | TLV-TWA: 1 ppm |
| | TLV-TWA: 1 ppm |
| | TLV-STEL: 5 ppm |
| Guideline OSHA: | PEL-Ceiling/Peak: 20 ppm |
| | PEL-Ceiling/Peak: 50 ppm Peak |
| Guideline User Defined: | ConocoPhillips Guidelines |
| | TWA: 5 ppm 8hr |
| | TWA: 2.5 ppm 12hr |
| | STEL: 15 ppm |

**Naphthalene :**

| | |
|---|---|
| Guideline ACGIH: | Skin: Yes. |
| | TLV-STEL: 15 ppm |
| | TLV-TWA: 10 ppm |
| Guideline OSHA: | PEL-TWA: 10 ppm |
| **Note:** | Suggestions provided in this section for exposure control and specific types of protective equipment are based on readily available information. Users should consult with the specific manufacturer to confirm the performance of their protective equipment. Specific situations may require consultation with industrial hygiene, safety, or engineering professionals. |
| | State, local or other agencies or advisory groups may have established more stringent limits. Consult an industrial hygienist or similar professional, or your local agencies, for further information. |

## SECTION 9 : PHYSICAL and CHEMICAL PROPERTIES

| | |
|---|---|
| Physical State: | Liquid. |
| Color: | Amber to Black |
| Odor: | Petroleum. Rotten egg / sulfurous |
| Odor Threshold: | Not determined. |
| Boiling Point: | 70 to 110 °F ( 21 to 43 °C) |
| Melting Point: | Not determined. |
| Density: | 5.83-8.58 lbs/gal Bulk |
| Specific Gravity: | 0.7-1.03 @ 60°F (15.6°C) Reference water = 1 |
| Solubility: | Negligible solubility in water. |
| Vapor Density: | >1 (air = 1) |
| Vapor Pressure: | 8.5-15 psia (Reid VP) @ 100°F (37.8°C) |
| Percent Volatile: | Not determined. |
| Evaporation Rate: | Not determined. |
| pH: | Not applicable. |
| Viscosity: | Not determined. |
| Coefficient of Water/Oil Distribution: | Not determined. |
| Flash Point: | <-20°F (<-29°C) |
| Flash Point Method: | Manual ASTM D53 |
| Auto Ignition Temperature: | Not determined. |
| **Note:** | Unless otherwise stated, values are determined at 20°C (68°F) and 760 mm Hg (1 atm). Data represent typical values and are not intended to be specifications. |

## SECTION 10 : STABILITY and REACTIVITY

| | |
|---|---|
| Chemical Stability: | Stable under normal ambient and anticipated conditions of use. |
| Hazardous Polymerization: | Hazardous Polymerization does not occur. |
| Conditions to Avoid: | Avoid high temperatures and all sources of ignition. Prevent vapor accumulation. |
| Incompatible Materials: | Avoid contact with strong oxidizing agents and strong reducing agents. |
| Special Decomposition Products: | Thermal decomposition or combustion may liberate carbon oxides, aldehydes, and other toxic gases or vapors |

## SECTION 11 : TOXICOLOGICAL INFORMATION

**Crude Oil (Petroleum) :**

| | |
|---|---|
| Eye : | Administration into the eye - Rabbit Standard Draize test : 100 mg [ Mild ] (RTECS) |
| Skin: | Administration onto the skin - Rabbit LD50 - Lethal dose, 50 percent kill : >2000 mg/kg [ Details of toxic effects not reported other than lethal dose value ] (RTECS) |
| Ingestion: | Oral - Rat LD50 - Lethal dose, 50 percent kill : >4300 mg/kg [ Details of toxic effects not reported other than lethal dose value ] |
| | Oral - Rat LD50 - Lethal dose, 50 percent kill : >5000 mg/kg [ Gastrointestinal - Hypermotility, diarrhea ] (RTECS) |
| Carcinogenicity: | May cause cancer Chronic application of crude oil to mouse skin resulted in an increased incidence of skin tumors. IARC concluded in its Crude Oil Monograph that there is limited evidence of |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

carcinogenicity in animals, and that crude oil is not classifiable as to its carcinogenicity in humans (Group 3). It has not been listed as a carcinogen by NTP or OSHA.

| | |
|---|---|
| Mutagenicity: | Inadequate information available. |
| Reproductive Toxicity: | Inadequate information available. Dermal exposure to crude oil during pregnancy resulted in limited evidence of developmental toxicity in laboratory animals. Decreased fetal weight and increased resorptions were noted at maternally toxic doses. No significant effects on pup growth or other developmental landmarks were observed postnatally. |

**Other Toxicological Information:**

**N-Hexane :**

| | |
|---|---|
| Eye: | Administration into the eye - Rabbit Standard Draize test : 10 mg [ Mild ] (RTECS) |
| Inhalation: | Inhalation - Rat LC50 - Lethal concentration, 50 percent kill : 48000 ppm/4H [ Details of toxic effects not reported other than lethal dose value ]<br>Inhalation - Rat LC50 - Lethal concentration, 50 percent kill : 627000 mg/m3/3M [ Details of toxic effects not reported other than lethal dose value ] (RTECS) |
| Ingestion: | Oral - Rat LD50 - Lethal dose, 50 percent kill : 15840 mg/kg [ Details of toxic effects not reported other than lethal dose value ]<br>Oral - Rat LD50 - Lethal dose, 50 percent kill : 29700 mg/kg [ Behavioral - Somnolence (general depressed activity) Gastrointestinal - Changes in structure or function of salivary glands Gastrointestinal - Hypermotility, diarrhea ] (RTECS) |
| Reproductive Toxicity: | Prolonged exposure to high concentrations of n-hexane (>1,000 ppm) resulted in decreased sperm count and degenerative changes in the testes of rats but not those of mice. |
| Neurological Effects: | Excessive exposure to n-hexane can result in peripheral neuropathies. The initial symptoms are symmetrical sensory numbness and paresthesias of distal portions of the extremities. Motor weakness is typically observed in muscles of the toes and fingers but may also involve muscles of the arms, thighs and forearms. The onset of these symptoms may be delayed for several months to a year after the beginning of exposure. The neurotoxic properties of n-hexane are potentiated by exposure to methyl ethyl ketone and methyl isobutyl ketone. |

**Ethyl Benzene :**

| | |
|---|---|
| Eye: | Administration into the eye - Rabbit Standard Draize test : 500 mg [ Severe ] (RTECS) |
| Skin: | Administration onto the skin - Rabbit LD50 - Lethal dose, 50 percent kill : 17800 uL/kg [ Details of toxic effects not reported other than lethal dose value ]<br>Administration onto the skin - Rabbit LD50 - Lethal dose, 50 percent kill : >5000 mg/kg [ Details of toxic effects not reported other than lethal dose value ] (RTECS) |
| Inhalation: | Inhalation - Rat LC50 - Lethal concentration, 50 percent kill : 55000 mg/m3/2H [ Details of toxic effects not reported other than lethal dose value ] (RTECS)<br>In rats and mice exposed to 0, 75, 250, or 750 ppm ethyl benzene in a two year inhalation study there was mild damage to the kidney (tubular hyperplasia), liver (eosinophilic foci, hypertrophy, necrosis), lung (alveolar epithelium metaplasia), thyroid (hyperplasia), thyroid (hyperplasia) and pituitary (hyperplasia). In animal models (particularly rats), ethyl benzene affects the auditory function mainly in the cochlear mid-frequency range and ototoxicity was observed after combined exposure to noise and ethyl benzene. There is no evidence of either ethyl benzene-induced hearing losses or ototoxicity with combined exposure to ethyl benzene and noise in workers. |
| Ingestion: | Oral - Rat LD50 - Lethal dose, 50 percent kill : 3500 mg/kg [ Liver - Other changes Kidney/Ureter/Bladder - Other changes ]<br>Oral - Rat LD50 - Lethal dose, 50 percent kill : 3500 mg/kg [ Details of toxic effects not reported other than lethal dose value ] (RTECS) |
| Carcinogenicity: | Rats and mice exposed to 0, 75, 250, or 750 ppm ethyl benzene in a two year inhalation study demonstrated limited evidence of kidney, liver, and lung cancer. Ethyl benzene has been listed as a possible human carcinogen by IARC. |

**Xylenes :**

| | |
|---|---|
| Eye: | Administration into the eye - Rabbit Standard Draize test : 87 mg [ Mild ]<br>Administration into the eye - Rabbit Standard Draize test : 5 mg/24H [ Severe ] (RTECS) |
| Skin: | Administration onto the skin - Rabbit LD50 - Lethal dose, 50 percent kill : >1700 mg/kg [ Details of toxic effects not reported other than lethal dose value ] (RTECS) |
| Inhalation: | Inhalation - Rat LC50 - Lethal concentration, 50 percent kill : 5000 ppm/4H [ Details of toxic effects not reported other than lethal dose value ] (RTECS) |
| Ingestion: | Oral - Rat LD50 - Lethal dose, 50 percent kill : 4300 mg/kg [ Liver - Other changes Kidney/Ureter/Bladder - Other changes ] (RTECS) |
| Reproductive Toxicity: | Both mixed xylenes and the individual isomers produced limited evidence of developmental toxicity in laboratory animals. Inhalation and oral administration of xylene resulted in decreased fetal weight, increased incidences of delayed ossification, skeletal variations and resorptions, but no evidence of teratogenicity. |
| Other Toxicological Information: | Rats exposed to xylenes at 800, 1000 or 1200 ppm 14 hours daily for 6 weeks demonstrated high frequency hearing loss. Another study in rats exposed to 1800 ppm 8 hours daily for 5 days demonstrated middle frequency hearing loss. |

**Benzene :**

| | |
|---|---|
| Eye: | Administration into the eye - Rabbit Standard Draize test : 88 mg [ Moderate ]<br>Administration into the eye - Rabbit Standard Draize test : 2 mg/24H [ Severe ] (RTECS) |
| Skin: | Administration onto the skin - Rabbit LD50 - Lethal dose, 50 percent kill : >9400 uL/kg [ Details of toxic effects not reported other than lethal dose value ] (RTECS) |
| Inhalation: | Inhalation - Rat LC50 - Lethal concentration, 50 percent kill : 10000 ppm/7H [ Details of toxic effects not reported other than lethal dose value ] (RTECS) |
| Ingestion: | Oral - Rat LD50 - Lethal dose, 50 percent kill : 930 mg/kg [ Behavioral - Tremor Behavioral - Convulsions or effect on seizure threshold ]<br>Oral - Rat LD50 - Lethal dose, 50 percent kill : 1 mL/kg [ Details of toxic effects not reported other than lethal dose value ]<br>Oral - Rat LD50 - Lethal dose, 50 percent kill : 1800 mg/kg [ Details of toxic effects not reported other than lethal dose value ]<br>Oral - Rat LD50 - Lethal dose, 50 percent kill : 6400 mg/kg [ Peripheral Nerve and Sensation - Recording from peripheral motor nerve Blood - Changes in other cell count (unspecified) Blood - Changes in leukocyte (WBC) count ] (RTECS) |
| Carcinogenicity: | Benzene is an animal carcinogen and is known to produce acute myelogenous leukemia (a form of cancer) in humans. Benzene has been identified as a human carcinogen by IARC, the US National Toxicology Program and the US-Occupational Safety and Health Administration. |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| | |
|---|---|
| Mutagenicity: | Benzene exposure has resulted in chromosomal aberrations in human lymphocytes and animal bone marrow cells. Exposure has also been associated with chromosomal aberrations in sperm cells in human and animal studies. |
| Reproductive Toxicity: | Some studies in occupationally exposed women have suggested benzene exposure increased risk of miscarriage and stillbirth and decreased birth weight and gestational age. The size of the effects detected in these studies was small, and ascertainment of exposure and outcome in some cases relied on self-reports, which may limit the reliability of these results. |
| Other Toxicological Information: | Prolonged or repeated exposures to benzene vapors can cause damage to the blood and blood forming organs, including disorders like leukopenia, thrombocytopenia, and aplastic anemia. |

**Hydrogen Sulfide :**

| | |
|---|---|
| Inhalation: | Inhalation - Rat LC50 - Lethal concentration, 50 percent kill : 444 ppm [ Lungs, Thorax, or Respiration - Other changes Gastrointestinal - Hypermotility, diarrhea Kidney/Ureter/Bladder - Urine volume increased ]<br>Inhalation - Rat LC50 - Lethal concentration, 50 percent kill : 820 mg/m3/3H [ Details of toxic effects not reported other than lethal dose value ]<br>Inhalation - Rat LC50 - Lethal concentration, 50 percent kill : 700 mg/m3/4H [ Details of toxic effects not reported other than lethal dose value ]<br>Inhalation - Rat LC50 - Lethal concentration, 50 percent kill : 470 mg/m3/6H [ Details of toxic effects not reported other than lethal dose value ]<br>Inhalation - Rat LC50 - Lethal concentration, 50 percent kill : 444 ppm/4H [ Details of toxic effects not reported other than lethal dose value ] (RTECS) |

**Naphthalene :**

| | |
|---|---|
| Skin: | Administration onto the skin - Rat LD50 - Lethal dose, 50 percent kill : >2500 mg/kg [ Details of toxic effects not reported other than lethal dose value ]<br>Administration onto the skin - Rabbit LD50 - Lethal dose, 50 percent kill : >20 gm/kg [ Details of toxic effects not reported other than lethal dose value ] (RTECS) |
| Ingestion: | Oral - Rat LD50 - Lethal dose, 50 percent kill : 490 mg/kg [ Details of toxic effects not reported other than lethal dose value ] (RTECS) |
| Carcinogenicity: | Naphthalene has been evaluated in two year inhalation studies in both rats and mice. The US National Toxicology Program (NTP) concluded that there is clear evidence of carcinogenicity in male and female rats based on increased incidences of respiratory epithelial adenomas and olfactory epithelial neuroblastomas of the nose. NTP found some evidence of carcinogenicity in female mice (alveolar adenomas) and no evidence of carcinogenicity in male mice. Naphthalene has been identified as a carcinogen by IARC and NTP. |

## SECTION 12 : ECOLOGICAL INFORMATION

| | |
|---|---|
| Ecotoxicity: | Experimental studies of acute aquatic toxicity show values for crude oil in the range of 2 to over 100 mg/L. These values are consistent with the predicted aquatic toxicity of these substances based on their hydrocarbon compositions. Crude oil should be regarded as harmful to aquatic organisms, with the potential to cause long term adverse effects in the aquatic environment. Classification: H411; Chronic Cat 2. |
| Environmental Fate: | Persistence per IOPC Fund definition: Persistent |
| Bioaccumulation: | Log Kow values measured for the hydrocarbon components of this material range from less than 2 to greater than 6, and therefore would be regarded as having the potential to bioaccumulate. |
| Biodegradation: | Most crude oils are not regarded as readily biodegradable. Most of the non-volatile constituents are inherently biodegradable; some of the highest molecular weight components are persistent in water. |
| Mobility In Environmental Media: | Crude oil spreads as a film on the surface of water, facilitating loss of its lighter components by volatilization. In air, the volatile hydrocarbons undergo photodegradation by reaction with hydroxyl radicals with half-lives varying from 0.5 days for n-dodecane to 6.5 days for benzene. The lower molecular weight aromatic hydrocarbons and some polar compounds have low but significant water solubility. Some higher molecular weight compounds are removed by emulsification and these also slowly biodegrade; others adsorb to sediment and sink. A further removal process from water involving the heavier fraction is agglomeration to form tars, some of which sink. |

## SECTION 13 : DISPOSAL CONSIDERATIONS

| | |
|---|---|
| Waste Disposal: | Consult with the US EPA Guidelines listed in 40 CFR Part 261.3 for the classifications of hazardous waste prior to disposal. Furthermore, consult with your state and local waste requirements or guidelines, if applicable, to ensure compliance. Arrange disposal in accordance to the EPA and/or state and local guidelines.<br>The generator of a waste is always responsible for making proper hazardous waste determinations and needs to consider state and local requirements in addition to federal regulations.<br>This material, if discarded as produced, would not be a federally regulated RCRA "listed" hazardous waste. However, it would likely be identified as a federally regulated RCRA hazardous waste for the following characteristic(s) shown below. See Sections 7 and 8 for information on handling, storage and personal protection and Section 9 for physical/chemical properties. It is possible that the material as produced contains constituents which are not required to be listed in the MSDS but could affect the hazardous waste determination. Additionally, use which results in chemical or physical change of this material could subject it to regulation as a hazardous waste.<br>Container contents should be completely used and containers should be emptied prior to discard. Container residues and rinseates could be considered to be hazardous wastes. |
| RCRA Number: | EPA Waste Number(s) • D001 - Ignitability characteristic • D018 - Toxicity characteristic (Benzene) |

## SECTION 14 : TRANSPORT INFORMATION

| | |
|---|---|
| DOT Shipping Name: | Petroleum crude oil |
| DOT UN Number: | UN1267 |
| DOT Hazard Class: | 3 |
| DOT Packing Group: | I |
| IATA Shipping Name: | Petroleum crude oil |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| | |
|---|---|
| IATA UN Number: | UN1267 |
| IATA Hazard Class: | 3 |
| IATA Packing Group: | I |
| | |
| IMDG UN NUmber : | UN1267 |
| IMDG Shipping Name : | Petroleum crude oil |
| IMDG Hazard Class : | 3 |
| IMDG Packing Group : | I |
| Notes : | U.S. DOT compliance requirements may apply. See 49 CFR 171.22, 23 & 25. If transported in bulk by marine vessel in international waters, product is being carried under the scope of MARPOL Annex I. |

## SECTION 15 : REGULATORY INFORMATION

| | |
|---|---|
| Section 311/312 Hazard Categories: | Acute Health: Yes<br>Chronic Health: Yes<br>Fire Hazard: Yes<br>Pressure Hazard: No<br>Reactive Hazard: No |
| California PROP 65: | This material may contain detectable quantities of the following chemicals, known to the State of California to cause cancer, birth defects or other reproductive harm, and which may be subject to the warning requirements of California Proposition 65 (CA Health & Safety Code Section 25249.5):<br>Various Polycyclic Aromatic Hydrocarbons: Skin Cancer<br>Toluene: Developmental Toxicant, Female Reproductive Toxicant |
| Canada WHMIS: | WHMIS Hazard Class:<br>B2 - Flammable Liquids<br>D2A, D2B |

**Crude Oil (Petroleum) :**

| | |
|---|---|
| TSCA Inventory Status: | Listed |
| Canada DSL: | Listed |

**N-Hexane :**

| | |
|---|---|
| TSCA Inventory Status: | Listed |
| Section 313: | EPCRA - 40 CFR Part 372 - (SARA Title III) Section 313 Listed Chemical.: 1.0% de minimis |
| Canada DSL: | Listed |

**Ethyl Benzene :**

| | |
|---|---|
| TSCA Inventory Status: | Listed |
| Section 313: | EPCRA - 40 CFR Part 372 - (SARA Title III) Section 313 Listed Chemical.: 0.1% de minimis |
| California PROP 65: | Listed: cancer. |
| Canada DSL: | Listed |

**Xylenes :**

| | |
|---|---|
| TSCA Inventory Status: | Listed |
| Section 313: | EPCRA - 40 CFR Part 372 - (SARA Title III) Section 313 Listed Chemical.: 1.0% de minimis |
| Canada DSL: | Listed |

**Benzene :**

| | |
|---|---|
| TSCA Inventory Status: | Listed |
| Section 313: | EPCRA - 40 CFR Part 372 - (SARA Title III) Section 313 Listed Chemical.: 0.1% de minimis |
| California PROP 65: | Listed: developmental. |
| Canada DSL: | Listed |

**Hydrogen Sulfide :**

| | |
|---|---|
| TSCA Inventory Status: | Listed |
| Section 302 EHS: | TPQ 500 lb |
| Section 304 RQ: | 100 lb |
| Canada DSL: | Listed |

**Naphthalene :**

| | |
|---|---|
| TSCA Inventory Status: | Listed |
| Section 313: | EPCRA - 40 CFR Part 372 - (SARA Title III) Section 313 Listed Chemical.: 0.1% de minimis |
| California PROP 65: | Listed: cancer. |
| Canada DSL: | Listed |

## SECTION 16 : ADDITIONAL INFORMATION

| | |
|---|---|
| HMIS Health Hazard: | 2* |
| HMIS Fire Hazard: | 3 |
| HMIS Reactivity: | 1 |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| | |
|---|---|
| HMIS Personal Protection: | X |
| SDS Creation Date: | May 19, 2014 |
| SDS Revision Date: | May 19, 2014 |
| MSDS Author: | Actio Corporation |
| Guide to Abbreviations: | ACGIH = American Conference of Governmental Industrial Hygienists;<br>CASRN = Chemical Abstracts Service Registry Number;<br>CEILING = Ceiling Limit (15 minutes);<br>CERCLA = The Comprehensive Environmental Response, Compensation, and Liability Act;<br>EPA = Environmental Protection Agency;<br>GHS = Globally Harmonized System;<br>IARC = International Agency for Research on Cancer;<br>INSHT = National Institute for Health and Safety at Work;<br>IOPC = International Oil Pollution Compensation;<br>LEL = Lower Explosive Limit;<br>NE = Not Established;<br>NFPA = National Fire Protection Association;<br>NTP = National Toxicology Program;<br>OSHA = Occupational Safety and Health Administration;<br>PEL = Permissible Exposure Limit (OSHA);<br>SARA = Superfund Amendments and Reauthorization Act;<br>STEL = Short Term Exposure Limit (15 minutes);<br>TLV = Threshold Limit Value (ACGIH);<br>TWA = Time Weighted Average (8 hours);<br>UEL = Upper Explosive Limit;<br>WHMIS = Worker Hazardous Materials Information System (Canada) |
| Disclaimer: | The information presented in this Safety Data Sheet is based on data believed to be accurate as of the date this Safety Data Sheet was prepared. HOWEVER, NO WARRANTY OF MERCHANTABILITY, FITNESS FOR ANY PARTICULAR PURPOSE, OR ANY OTHER WARRANTY IS EXPRESSED OR IS TO BE IMPLIED REGARDING THE ACCURACY OR COMPLETENESS OF THE INFORMATION PROVIDED ABOVE, THE RESULTS TO BE OBTAINED FROM THE USE OF THIS INFORMATION OR THE PRODUCT, THE SAFETY OF THIS PRODUCT, OR THE HAZARDS RELATED TO ITS USE. No responsibility is assumed for any damage or injury resulting from abnormal use or from any failure to adhere to recommended practices. The information provided above, and the product, are furnished on the condition that the person receiving them shall make their own determination as to the suitability of the product for their particular purpose and on the condition that they assume the risk of their use. In addition, no authorization is given nor implied to practice any patented invention without a license. |

Copyright© 1996-2013 Actio Corporation. All Rights Reserved.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# APPENDIX B
# ICS FORMS / INITIAL IAP

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE



# Sunoco Logistics

# Initial Response Plan

Incident Name:_____

Prepared by:_____

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE



CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# INCIDENT BRIEFING (ICS 201)

| 1. Incident Name: | 2. Incident Number: | 3. Date/Time Initiated:<br>Date:          Time: |
|---|---|---|

**4. Map/Sketch** (include sketch, showing the total area of operations, the incident site/area, impacted and threatened areas, overflight results, trajectories, impacted shorelines, or other graphics depicting situational status and resource assignment)**:**

**5. Situation Summary and Health and Safety Briefing** (for briefings or transfer of command)**:** Recognize potential incident Health and Safety Hazards and develop necessary measures (remove hazard, provide personal protective equipment, warn people of the hazard) to protect responders from those hazards.

**6. Prepared by:**  Name: _____  Position/Title: _____  Signature: _____

**ICS 201, Page 1** | Date/Time: _____

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# INCIDENT BRIEFING (ICS 201)

| 1. Incident Name: | 2. Incident Number: | 3. Date/Time Initiated:<br>Date:          Time: |
|---|---|---|

**7. Current and Planned Objectives:**

**8. Current and Planned Actions, Strategies, and Tactics:**

| Time: | Actions: |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**6. Prepared by:** Name: _____ Position/Title: _____ Signature: _____

**ICS 201, Page 2** | Date/Time: _____

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# INCIDENT BRIEFING (ICS 201)

| 1. Incident Name: | 2. Incident Number: | 3. Date/Time Initiated:<br>Date:          Time: |
|---|---|---|

**9. Current Organization** (fill in additional organization as appropriate)**:**



| **6. Prepared by:** Name: _____ | Position/Title: _____ | Signature: _____ |
|---|---|---|
| **ICS 201, Page 3** | Date/Time: _____ | |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# INCIDENT BRIEFING (ICS 201)

| 1. Incident Name: | 2. Incident Number: | 3. Date/Time Initiated:<br>Date:          Time: |
|---|---|---|

**10. Resource Summary:**

| Resource | Resource Identifier | Date/Time Ordered | ETA | Arrived | Notes (location/assignment/status) |
|---|---|---|---|---|---|
|  |  |  |  | ☐ |  |
|  |  |  |  | ☐ |  |
|  |  |  |  | ☐ |  |
|  |  |  |  | ☐ |  |
|  |  |  |  | ☐ |  |
|  |  |  |  | ☐ |  |
|  |  |  |  | ☐ |  |
|  |  |  |  | ☐ |  |
|  |  |  |  | ☐ |  |
|  |  |  |  | ☐ |  |
|  |  |  |  | ☐ |  |
|  |  |  |  | ☐ |  |
|  |  |  |  | ☐ |  |
|  |  |  |  | ☐ |  |
|  |  |  |  | ☐ |  |
|  |  |  |  | ☐ |  |
|  |  |  |  | ☐ |  |
|  |  |  |  | ☐ |  |

**6. Prepared by:** Name: _____ Position/Title: _____ Signature: _____

**ICS 201, Page 4** | Date/Time: _____

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| 1. Incident Name | 2. Operational Period (Date / Time)<br><br>From:                    To: | DAILY MEETING SCHEDULE<br>ICS 230-OS |
|---|---|---|

**3. Meeting Schedule (Commonly-held meetings are included)**

| Date / Time | Meeting Name | Purpose | Attendees | Location |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**4. Prepared by:**                                                                 **Date / Time**

| DAILY MEETING SCHEDULE | ICS 230-OS |
|---|---|

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| 1. Incident Name | 2. Operational Period (Date / Time)<br><br>From:                    To: | 3. Check-in Location<br>☐ Command Post      ☐ Other ___<br>☐ Staging Area ___ | | CHECK-IN LIST (Personnel)<br>ICS 211p-OS |
|---|---|---|---|---|

| Personnel Check-in Information | | | 8. Initial Incident Check-In? | 9. Time | |
|---|---|---|---|---|---|
| 4. Name | 5. Company / Agency | 6. ICS Section / Assignment / Quals. | 7. Contact Information | (X) | In | Out |

| 4. Name | 5. Company / Agency | 6. ICS Section / Assignment / Quals. | 7. Contact Information | (X) | In | Out |
|---|---|---|---|---|---|---|
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |

| 10. Prepared by:                Date / Time | 11. Date / Time Sent to Resources Unit |
|---|---|

| CHECK-IN LIST (Personnel) | June 2000 | ICS 211p-OS |
|---|---|---|

Electronic version: NOAA 1.0 June 1, 2000

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# SAFETY MESSAGE/PLAN (ICS 208)

| 1. Incident Name: | 2. Operational Period: Date From:          Date To:<br>Time From:          Time To: |
|---|---|

**3. Safety Message/Expanded Safety Message, Safety Plan, Site Safety Plan:**

**4. Site Safety Plan Required?**  Yes ☐  No ☐

   **Approved Site Safety Plan(s) Located At:**

**5. Prepared by:**  Name: _____  Position/Title: _____  Signature: _____

| ICS 208 | IAP Page _____ | Date/Time: _____ |
|---|---|---|

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# ICS 201 GUIDANCE

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## ICS 201
## Incident Briefing

**Purpose.**  The Incident Briefing (ICS 201) provides the Incident Commander (and the Command and General Staffs) with basic information regarding the incident situation and the resources allocated to the incident.  In addition to a briefing document, the ICS 201 also serves as an initial action worksheet.  It serves as a permanent record of the initial response to the incident.

**Preparation.**  The briefing form is prepared by the Incident Commander for presentation to the incoming Incident Commander along with a more detailed oral briefing.

**Distribution.**  Ideally, the ICS 201 is duplicated and distributed before the initial briefing of the Command and General Staffs or other responders as appropriate.  The "Map/Sketch" and "Current and Planned Actions, Strategies, and Tactics" sections (pages 1–2) of the briefing form are given to the Situation Unit, while the "Current Organization" and "Resource Summary" sections (pages 3–4) are given to the Resources Unit.

**Notes:**
• The ICS 201 can serve as part of the initial Incident Action Plan (IAP).
• If additional pages are needed for any form page, use a blank ICS 201 and repaginate as needed.

| Block Number | Block Title | Instructions |
|---|---|---|
| 1 | **Incident Name** | Enter the name assigned to the incident. |
| 2 | **Incident Number** | Enter the number assigned to the incident. |
| 3 | **Date/Time Initiated**<br>• Date, Time | Enter date initiated (month/day/year) and time initiated (using the 24-hour clock). |
| 4 | **Map/Sketch** (include sketch, showing the total area of operations, the incident site/area, impacted and threatened areas, overflight results, trajectories, impacted shorelines, or other graphics depicting situational status and resource assignment) | Show perimeter and other graphics depicting situational status, resource assignments, incident facilities, and other special information on a map/sketch or with attached maps.  Utilize commonly accepted ICS map symbology.<br><br>If specific geospatial reference points are needed about the incident's location or area outside the ICS organization at the incident, that information should be submitted on the Incident Status Summary (ICS 209).<br><br>North should be at the top of page unless noted otherwise. |
| 5 | **Situation Summary and Health and Safety Briefing (**for briefings or transfer of command): Recognize potential incident Health and Safety Hazards and develop necessary measures (remove hazard, provide personal protective equipment, warn people of the hazard) to protect responders from those hazards. | Self-explanatory. |
| 6 | **Prepared by**<br>• Name<br>• Position/Title<br>• Signature<br>• Date/Time | Enter the name, ICS position/title, and signature of the person preparing the form.  Enter date (month/day/year) and time prepared (24-hour clock). |
| 7 | **Current and Planned Objectives** | Enter the objectives used on the incident and note any specific problem areas. |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| Block Number | Block Title | Instructions |
|---|---|---|
| 8 | **Current and Planned Actions, Strategies, and Tactics**<br>• Time<br>• Actions | Enter the current and planned actions, strategies, and tactics and time they may or did occur to attain the objectives.  If additional pages are needed, use a blank sheet or another ICS 201 (Page 2), and adjust page numbers accordingly. |
| 9 | **Current Organization** (fill in additional organization as appropriate)<br>• Incident Commander(s)<br>• Liaison Officer<br>• Safety Officer<br>• Public Information Officer<br>• Planning Section Chief<br>• Operations Section Chief<br>• Finance/Administration Section Chief<br>• Logistics Section Chief | • Enter on the organization chart the names of the individuals assigned to each position.<br>• Modify the chart as necessary, and add any lines/spaces needed for Command Staff Assistants, Agency Representatives, and the organization of each of the General Staff Sections.<br>• If Unified Command is being used, split the Incident Commander box.<br>• Indicate agency for each of the Incident Commanders listed if Unified Command is being used. |
| 10 | **Resource Summary** | Enter the following information about the resources allocated to the incident.  If additional pages are needed, use a blank sheet or another ICS 201 (Page 4), and adjust page numbers accordingly. |
| | • Resource | Enter the number and appropriate category, kind, or type of resource ordered. |
| | • Resource Identifier | Enter the relevant agency designator and/or resource designator (if any). |
| | • Date/Time Ordered | Enter the date (month/day/year) and time (24-hour clock) the resource was ordered. |
| | • ETA | Enter the estimated time of arrival (ETA) to the incident (use 24-hour clock). |
| | • Arrived | Enter an "X" or a checkmark upon arrival to the incident. |
| | • Notes (location/ assignment/status) | Enter notes such as the assigned location of the resource and/or the actual assignment and status. |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# ICS 230 GUIDANCE

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE
**DAILY MEETING SCHEDULE (ICS FORM 230-OS)**

**Purpose**.  The Daily Meeting Schedule records information about the daily scheduled meeting activities.

**Preparation**.  This form is prepared by the Situation Unit Leader and coordinated through the Unified Command for each operational period or as needed. Commonly-held meetings are already included in the form.  Additional meetings, as needed, can be entered onto the form in the spaces provided.  Time and location for each meeting must be entered. If any of these standard meetings are not scheduled, they should be crossed out on the form.

**Distribution**.  After coordination with the Unified Command, the Situation Unit Leader will duplicate the schedule and post a copy at the Situation Status Board and distribute to the Command Staff, Section Chiefs, and appropriate Unit Leaders.  All completed original forms MUST be given to the Documentation Unit.

| Item # | Item Title | Instructions |
|---|---|---|
| 1. | Incident Name | Enter the name assigned to the incident. |
| 2. | Operational Period | Enter the time interval for which the form applies.  Record the start and end date and time. |
| 3. | Meeting Schedule | For each scheduled meeting, enter the date/time, meeting name, purpose, attendees, and location.  Note: Commonly-held meetings are included in the form. Additional meetings, as needed, can be entered onto the form in the spaces provided.  Time and location for each meeting must be entered.  If any of the standard meetings are not scheduled, they should be deleted from the form (normally the Situation Unit Leader). |
| 4. | Prepared By | Enter name and title of the person preparing the form, normally the Situation Unit Leader. |
|  | Date/Time | Enter date (month, day, year) and time prepared (24-hour clock). |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# ICS 211 GUIDANCE

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**CHECK-IN LIST Personnel (ICS FORM 211p-OS)**

**Special Note.**  This form is used for personnel check-in only.

**Purpose**.  Personnel arriving at the incident can be checked in at various incident locations.  Check-in consists of reporting specific information that is recorded on the form.

**Preparation**.  The Check-In List is initiated at a number of incident locations including staging areas, base, camps, helibases, and ICP.  Managers at these locations record the information and give it to the Resources Unit as soon as possible.

**Distribution**.  Check-In Lists are provided to both the Resources Unit and the Finance/Administration Section. The Resources Unit maintains a master list of all equipment and personnel that have reported to the incident.  All completed original forms MUST be given to the Documentation Unit.

| Item # | Item Title | Instructions |
|---|---|---|
| 1. | Incident Name | Enter the name assigned to the incident. |
| 2. | Operational Period | Enter the time interval for which the form applies.  Record the start and end date and time. |
| 3. | Check-in Location | Check the box for the check-in location. |
| 4. | Name | Enter the name of the person. |
| 5. | Company/Agency | Enter the company or agency with which the individual is associated. |
| 6. | ICS Section / Assignment / Quals. | Enter ICS Section and assignment, if known, and note any other ICS qualifications, if needed. |
| 7. | Contact Information | Enter the contact information for the person. |
| 8. | Initial Incident Check-in? | Check if this is the first time a person has checked in for this incident. |
| 9. | Time In/Out | Enter the time the person checks in and/or out (24-hour clock). |
| 10. | Prepared By Date/Time Prepared | Enter name and title of the person preparing the form. Enter date (month, day, year) and time prepared (24-hour clock). |
| 11. | Date/Time Sent to Resources Unit | Enter date (month, day, year) and time (24-hour clock) the form is sent to the Resources Unit. |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# ICS 208 GUIDANCE

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**ICS 208**
**Safety Message/Plan**

**Purpose.**  The Safety Message/Plan (ICS 208) expands on the Safety Message and Site Safety Plan.

**Preparation.**  The ICS 208 is an optional form that may be included and completed by the Safety Officer for the Incident Action Plan (IAP).

**Distribution.**  The ICS 208, if developed, will be reproduced with the IAP and given to all recipients as part of the IAP.  All completed original forms must be given to the Documentation Unit.

**Notes:**
• The ICS 208 may serve (optionally) as part of the IAP.
• Use additional copies for continuation sheets as needed, and indicate pagination as used.

| Block Number | Block Title | Instructions |
|---|---|---|
| 1 | **Incident Name** | Enter the name assigned to the incident. |
| 2 | **Operational Period**<br>• Date and Time From<br>• Date and Time To | Enter the start date (month/day/year) and time (using the 24-hour clock) and end date and time for the operational period to which the form applies. |
| 3 | **Safety Message/Expanded Safety Message, Safety Plan, Site Safety Plan** | Enter clear, concise statements for safety message(s), priorities, and key command emphasis/decisions/directions.  Enter information such as known safety hazards and specific precautions to be observed during this operational period.  If needed, additional safety message(s) should be referenced and attached. |
| 4 | **Site Safety Plan Required?**<br>Yes ☐  No ☐ | Check whether or not a site safety plan is required for this incident. |
|  | **Approved Site Safety Plan(s) Located At** | Enter where the approved Site Safety Plan(s) is located. |
| 5 | **Prepared by**<br>• Name<br>• Position/Title<br>• Signature<br>• Date/Time | Enter the name, ICS position, and signature of the person preparing the form.  Enter date (month/day/year) and time prepared (24-hour clock). |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# Site Safety Plan

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

██████████████████████████

## SITE SAFETY & HEALTH PLAN

### *Introduction*

This Generic Health and Safety Plan is meant to provide an overview of site safety practices and procedures that will be implemented at chemical release/spill sites. Specific site conditions may result in the development of specific site safety plans to inform and protect site personnel, the public, and the environment. In any case, prior to commencing response activities involving hazardous materials or hazardous conditions, an informational meeting is held to review with response personnel the site conditions, hazards, hazard assessment methods, hazard reduction procedures, decontamination procedures, and emergency contingency plans relative to the site.

The initial response team may decide to utilize the ICS 201-5 located in the Training and Exercise section of this plan to assist with Preliminary Site Safety decision making.

Once the Preliminary Company Site Safety and Health Plan is completed, the IC and/or Safety Officer may decide to complete the full Site Safety Plan template located in this appendix as necessary.

### *Responsible Personnel*

Industrial Hygienist/Safety Officer
Responsibilities include overall site safety, coordination with local authorities related to protection of the public and the environment, establishing site-specific written health and safety information.

Site/Field Supervisor/Incident Commander
Responsibilities include command and supervision of site response activities and, in the absence of industrial hygienist or safety officer, assumes those responsibilities as well.

Technical Staff
*Name appropriate Facility personnel*

Remedial Action Staff/Oil Spill Response Team
Composed of employees trained and certified by the facility as competent to conduct work activities per 29 CFR 1910.120.

It is the responsibility of all personnel to comply with the established site safety procedures, to inform the Incident Commander of any unperceived hazards that may arise, and to report any injury immediately to the Incident Commander.

## Hazard Assessment/Hazard Recognition

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

Hazard assessment/recognition includes evaluation of information that is available about the hazardous materials, site conditions, and potential receptors (human, animal, environmental) at the site; specific response actions that are contemplated; observations by response personnel; and indications provided by direct-reading instruments used on the site. Hazard assessment is both an initial activity to be performed prior to initiating site response activities and a continuous process involving all of the above steps.

The health and safety officer and/or the Incident Commander will perform initial hazard assessment/recognition. The initial assessment may involve entry into the hazardous area where readings from direct-reading instruments and other observations will be noted.

The types of hazards that can be expected include:

1. Flammable, explosive, or ignitable chemicals.

2. Toxic chemical exposure.

3. Oxygen deficiency.

4. Chemical incompatibility.

5. Safety hazards associated with slips, falls, compressed gases and hoses, lack of lighting, structural instability of buildings that have partially burned, working near or on water, working around or on heavy equipment, working near automobile or railroad traffic, etc.

6. Extreme environmental conditions (hot, cold, rain, wind chill, wind, lightning, snow, nighttime, wild and domestic animals).

Relevant information that will be sought for evaluation of site safety includes:

1. Identity and form of hazardous substance(s) or generic hazard class of hazardous substance(s).

2. The amount and concentrations of the hazardous substances.

3. Type of containerization of the substances.

4. Potential involvement of a confined space entry situation.

5. Extent of environmental contamination (if any).

6. Proximity of site to roadways, public buildings, private homes, and general public access.

7. Occurrence of combustion.

8. Geographical location of the site.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

9.  Location of nearest source of emergency medical assistance.

10. Weather conditions at site and weather forecast (wind direction and velocity, temperatures, precipitation, storms).

Sources of relevant information include persons familiar with the hazardous substance, container labels (specific or hazard type), container types, odors, appearance, solubility, pH, density, color, shipping papers, manifests, and indications from direct-reading instruments. It is recognized that certain sources of information (mainly persons and old container labeling) may not be totally reliable, and appropriate caution must be taken when interpreting information from these sources.

Types and capabilities of direct-reading instruments are provided below:

1.  Combustible gas meter/explosimeter to measure levels of combustible gases and vapors.

2.  Oxygen deficiency meters capable of reading oxygen concentrations from 0-25%.

3.  Organic vapor analyzer *(total hydrocarbon meter--OVM and HNU photoionization detectors, Bacharach TLV Sniffers and Foxboro OVA-128)* used to measure lower concentrations *(0-10, 0-100, 0-1,000, and 0-10,000 parts per million)* of vapors and gases.

4.  Colorimetric indicator tubes (Drager) capable of measuring concentrations of a wide variety of gases and vapors, but particularly used to measure toxic gases not readily measured by the above instrumentation (such as carbon monoxide, ammonia, hydrogen cyanide, hydrogen chloride, hydrogen sulfide, oxides of nitrogen, sulfur dioxide, phosgene, phosphene, methyl bromide, etc.).

5.  pH paper to determine pH of a liquid.

6.  Human olfactory sense of some use in detecting substances with very low odor thresholds or which are present at low concentrations in "safe" areas, but also important in detecting respirator breakthrough.

The frequency of monitoring depends on the situation of the site and the hazardous substances involved. Readings will be taken to provide a representative indication of conditions in relevant areas of the site and in confined spaces that require hazard characterization. Where it is indicated, meter readings will be taken to assess the potential for off-site impact.

The results of the hazard assessment shall be communicated to personnel either verbally or as part of the health and safety plan, and include the following types of information:

1.  Identity, form, quantity or concentration of chemicals on site.

2.  Specific locations of hazardous materials on the site.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

3.  Chemical/physical properties of the identified chemicals (appearance, color, odor, melting point, vapor pressure, water solubility, density, vapor density, flammability [flashpoint, LEL, UEL, fire fighting media], hazardous decomposition products, stability, and incompatibility potential).

4.  Toxicological properties of the identified chemicals (primary routes of exposure; local, systemic, acute, and chronic health effects; overexposure signs and symptoms, safe exposure concentration [PEL and TLV-TWA, -STEL, -C, and NIOSH IDLH] emergency first aid procedures.

5.  Appropriate instrumentation or other means of detecting the substance in the work area.

6.  Locations of confined spaces.

7.  Areas where oxygen deficiency has been detected.

8.  Specific safety hazards types and locations.

9.  Environmental conditions on the site.

10. Site map.

## HAZARD REDUCTION

Based on the above information, standard hazard reduction and operating procedures will be employed and, as necessary, specific hazard reduction measures will be formulated. Personal protective equipment (PPE) and special work practices are the primary methods of reducing the potential for realization of site hazards. PPE is utilized to prevent and minimize exposure to hazardous substances, and also to minimize mechanical injury to the head, toes, face, and eyes. PPE ensembles are indicated below:

_Level D PPE_ consists of steel-toed work boots/shoes, hardhat with face shield or safety glasses, work gloves (may use chemical-resistant type), coveralls (or street clothing or chemical protective coveralls), and other clothing as needed to protect against weather extremes.

_Level C PPE_ consists of either half-mask or full-face air-purifying respirators with cartridges appropriate for the exposure, chemical splash goggles, or hardhat and face shield with half-mask respirator, chemical-resistant gloves (nitrile or other suitable material outers and latex inners), chemical-resistant boots with steel toes or chemical-resistant boot covers over steel-toed boots. Body protection includes hooded chemical protective coveralls constructed of tyvek, polyethylene-coated tyvek, saranex-coated tyvek, barricade, breathable tyvek, or PVC.

_Level B PPE_ consists of full-face, pressure-demand type, atmosphere-supplying respiratory protection (SCBA, airline, and airline with five-minute escape SCBA). The remainder of the Level B ensemble is similar to that for Level C except that non-airtight fully encapsulated suits (Barricade and NSR-Saranex) may also be worn over SCBAs or SA/SCBAs.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

_Level A PPE_ consists of respiratory protection similar to that for Level B, and dermal protection in the form of fully encapsulated, airtight suits (Responder and Chemrel Max).

Dermal protection of the body (head, arms, legs, and trunk) will be provided by chemical-resistant coveralls. Types of disposable or reusable coveralls shall be prescribed according to the evaluated hazard (chemical or chemical class, form and concentration, and specific work circumstances). Coverall hoods are worn up and securely arrayed around the respirator face piece. Gloves will be worn outside the coverall suit sleeve and be duct-taped to the suit to prevent exposure between the glove and suit. Suit legs will be worn outside of boots and will be duct-taped to the suit (as necessary) to prevent exposure between the boot and suit.

Selection and use of chemical protective clothing will be according to the criteria and procedures set forth in the Facility's Chemical Protective Clothing Program.

Selection and use of respiratory protection will be according to criteria and procedures set forth in the Facility's Respiratory Protection Program.

## WORK PRACTICES

### Incident Command System

Facility personnel will either organize themselves into an incident command structure consisting of Incident Commander, safety, communications, entry teams manager, entry teams, support teams manager, medical standby, decontamination, and supplies/equipment or become a part of an existing site incident command structure by establishing the chain of command and the Facility's specific role therein.

### Flammable/Explosive Conditions

1. No one shall enter confined spaces containing free product (flammable liquid) unless the free product is inert or less than 10% of the LEL.

2. Purging of confined spaces will be accomplished using explosion-proof ventilation equipment.

3. The work area will be periodically monitored for presence of flammable vapors.

4. All sources of ignition shall be extinguished, and signs posted to warn of the flammability hazard.

5. To the extent possible, non-sparking tools shall be utilized.

6. Inerting of tanks shall be accomplished using either dry ice or nitrogen, and be monitored continuously with an oxygen indicator. At oxygen concentrations of 7% or less, the tank shall be considered to be inert in terms of flammability.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

7. Grounding and bonding of containers and/or hoses shall be performed when circumstances of flammable liquid transfer occur.

*Safety*

1. Establish a safe working environment by eliminating slipping hazards and providing adequate lighting (portable or fixed).

2. Secure all compressed gas cylinders to prevent them from falling and place cylinders in a location that minimizes the potential for damage by vehicles or other equipment.

3. Burned, damaged buildings shall not be entered until assessed by a qualified engineer.

4. All personnel engaged in activities on or near water where there is a potential for accidental immersion will wear life preservers.

5. Personnel shall never work alone when there is a potential for chemical exposure or safety problem; work shall be done in pairs, maintaining visual contact, at a minimum. Personnel working around heavy equipment (trucks, booms, loaders, backhoes) shall attempt to remain outside the maximum reach of the equipment and within view of the operator. Personnel shall ride only on seats provided.

6. Underground and overhead utilities (water, gas, telephone, electric, sewer, pipeline) shall be located and avoided. At least 10 feet of distance must be maintained between overhead electrical lines and the maximum reach of the equipment. Where this is not possible, the electrical utility shall be contacted and requested to cover the lines with appropriate insulating material.

7. Where work is required near vehicular traffic, personnel shall wear orange traffic vests; if necessary, traffic control by the appropriate authorities will be requested to minimize the hazard to personnel.

8. The IC or delegate shall designate work schedules for all responders.

9. In situations where falls of greater than 10 feet may occur, fall protection must be established for site personnel.

10. Electrical equipment must be used in conjunction with ground fault circuit interrupters.

*Work Rules*

1. No smoking on response sites. Persons who desire to smoke must do so outside the delineated hazardous area.

2. No eating within the hazardous area.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

3.  Personnel who are ill or impaired shall report their condition to the Incident Commander and expect to be excused from work.

4.  Seat belts are to be worn in all vehicles when in operation.

*Confined-Space Entry Situations*

1.  All work shall conform to the Company's Confined-Space Entry Standard Operating Procedures.

2.  Confined-space entry situations will be identified (prior to response or during response activities) and evaluated by appropriate Safety personnel. A confined-space entry permit shall be completed for the work and all personnel involved in the entry shall be informed of the permit requirements in a meeting, per the Confined-Space Entry Standard Operating Procedures.

3.  Confined-Space Entry Emergency Procedures shall be followed.

*Environmental Conditions*

1.  Personnel will be provided PPE to protect them from environmental extremes involving cold weather, rain and wind chill.

2.  Warm beverage and warming areas will be provided when feasible for crews working in cold, rain and wind chill conditions.

3.  During hot weather when the potential for heat stress is high, measures will be taken to minimize heat stress: drinking water will be provided, shaded rest areas will be provided, heat stress monitoring (heart rate and heart rate recovery) will be provided where indicated, work schedules will be modified to increase resting times and frequency where indicated (by heat stress monitoring), and work times shall be modified where feasible to enable work to be done during cooler parts of the day.

4.  No work shall be performed outside during periods of lightning activity.

5.  Nighttime work shall be performed only when there is adequate lighting to provide a safe working environment.

6.  Where a hazard from wild or domestic animals is encountered, animal control authorities may be consulted to reduce the hazard.

## SITE CONTROL

*Objectives of Site Control*

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

1. Site access shall be limited to trained, informed personnel to minimize accidental injury to the general public.

2. The site shall be organized to facilitate site response activities that minimize site health and safety hazards to personnel, and prevent enhancement of environmental problems.

3. The quality control of the work being done on site shall be maintained.

4. Loss or damage to equipment shall be minimized.

***Implementation of Site Control***

1. Responsibility for site control will be established among the response personnel.

2. Relative to the hazard conditions, a safe perimeter will be established. If necessary, the perimeter will be fenced or barricaded, and posted with signs to prevent access.

3. Access points into the hazardous area will be established and posted with signs (if necessary).

4. Where necessary, security personnel will guard the site and/or control access.

5. Within the hazardous area, a contaminated zone, a decontaminated zone, and a clean zone shall be delineated to minimize the spread of contamination to clean areas.

## PERSONAL HYGIENE

Facilities for hand and face washing will be provided for site personnel. Personnel shall wash their hands and face prior to leaving the site, eating, or using the toilet. At sites where attendance may exceed one or two days, portable toilet facilities will be provided for personnel.

## DECONTAMINATION

The objective of decontamination is to remove contaminants from PPE, skin, tools, equipment, and vehicles so as to prevent the spread of contamination from dirty to clean areas. The following are procedures for implementing decontamination:

1. Establish site control including delineation of contaminated, decontaminated, and clean zones within the hazardous area.

2. Determine, based on the chemical hazards involved, site conditions, and the work to be done, appropriate decontamination procedures (solutions, rinses, application of decontamination solutions and rinses, assessment of effectiveness, containment of decontamination solutions for subsequent evaluation, containment for disposables).

3. Designate personnel responsible for facilitating decontamination of personnel, equipment, tools, PPE, and vehicles.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

4.  Establish equipment and materials (solutions) for emergency decontamination.

## EMERGENCY PROCEDURES

A site-specific contingency plan as part of a site safety plan is usually developed to address health and safety emergency situations. A general outline of a contingency plan follows.

### *Chemical Exposure*

- **Skin.**...PROMPTLY wipe off material from skin, remove any and all affected clothing and flush skin with copious amounts of water.
- **Eye**...IMMEDIATELY flush eyes with water to remove contaminant, continue flushing for 15 minutes.
- **Inhalation**...Remove victim to fresh air, summon emergency medical services; provide first aid as necessary.

Consult a physician, as necessary, for further treatment or evaluation.

**NOTE**:   Report any injuries or unusual health problems to the site supervisor immediately. For example: skin or eye irritation, headache, dizziness, or nausea.

### *Fire*

In the event of a fire, alert all personnel; contact fire department; attempt to extinguish the fire only if you can do so safely. All other personnel evacuate the site.

### *Personnel Injury*

The immediate supervisor will evaluate and initiate first aid as necessary. Decontaminate (if necessary) to the extent possible. Contact emergency medical services (911 or other number). No work shall be continued until the cause of the injury has been evaluated and, if necessary, rectified.

### *Site Security*

An emergency situation may require additional site control/security provisions to accommodate changes in site hazards.

## COMMUNICATIONS (154.1030 (b) 5 iv)

Access to a telephone or radio that can be used in case of emergency to summon emergency assistance should be secured or located prior to initiation of site activities. An emergency alarm (air horn) shall be used to alert site personnel to emergency situations. A code will be established for specific situations.

### *Emergency Telephone Contacts*

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

The telephone numbers of the following emergency contacts shall be determined and posted in a conspicuous location for reference in emergency situations.

- General emergency number (e.g. 911)
- Police department
- Ambulance
- Poison control center
- Industrial hygiene/health and safety department
- Coast Guard/National Response Center
- Local environmental health department
- Fire department
- County sheriff
- Emergency hospital
- State agency emergency contact
- Explosives consultant
- Client

*Notification*

If the site emergency has the potential for off-site impact, the appropriate authorities (police, fire department, state environmental agency, DNR, environmental health department) will be notified as soon as possible.

*Emergency Equipment*

The location of deployment on the site is largely determined by the site conditions, however, the equipment will be situated in such a manner as to be readily accessible in case of need. Emergency equipment may include:

- Fire extinguishers
- First aid kit
- Emergency eyewash
- Water for emergency decontamination
- Acid/base neutralizers
- Spill cleanup equipment:
  — Wet/dry vacuum HEPA-filtered vacuum, liquid sorbent pads (pillows and boom), containment boom, vacuum truck, drums (polyethylene, steel), shovels, squeegees, brooms, pumps, plastic sheeting, and plastic bags

*Route to Hospital*

The route to the nearest hospital or other medical facility equipped to provide emergency care shall be sketched and/or described and posted in a conspicuous location for reference in case of emergency.

*Chemical Release or Spill*

In the event of a leak or spill, the Field Supervisor shall identify the substance(s) released and, using PPE appropriate for the situation, attempt to stop the source of the leak or spill, if an initial assessment of the spill hazard indicates that the hazard reduction measures are adequate.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

The Incident Commander shall assess the hazard to personnel, persons in the immediate area, building occupants, and the environment. Notification will be made to appropriate emergency agencies.

To the extent necessary, the spill area will be isolated to minimize access.

The Incident Commander will direct the stabilization/cleanup/recovery efforts with the objective of preventing escape of the spilled material and removal of the spilled material from the environment into appropriate packaging.

The Incident Commander shall ensure that the containerized material is labeled in accordance with state and federal regulations.

The Incident Commander shall notify the project manager of the spill situation as soon as possible.

## INSTRUCTIONS

The main portion of this site safety plan (Sections A-L) contains elements that should be evaluated and completed for all emergencies. A table of contents is provided on the following page, which identifies each of these sections and corresponding page numbers.

In addition, there are modules, which are designed to be attached to the Site Safety Plan, in the event they are needed. These modules address:

- Material Safety Data Sheets
- Heat Stress
- Cold Stress
- Confined Space Entry
- First Aid for Bites, Stings, and Poisonous Plant Contact
- Safe Work Practices for Boats
- Site Hazards

There is a list of these attachments following the table of contents. In the event that any of these modules are utilized, the appropriate modules can be checked on this page and attached to the site safety plan.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE



# Emergency Response Action Plan (ERAP)
## And
## Facility Response Plan (FRP)

# Dakota Access Pipeline <u>North Response Zone</u>

## Sequence Number 3056

# APRIL 2017

Developed Under the Guidelines:

- Oil Pollution Act of 1990 (OPA 90)
- 49 CFR Part 194 Subpart B Oil Spill Response Manual Appendix A
- 49 CFR Part 195 402 (e)
- South Dakota Environmental Protection Oil Pipeline Plan Requirements (34A-18).
- North Dakota Administrative Code 69-09-03-02
- American Petroleum Industry (API) RP 1174 - Recommended Practice for Onshore Hazardous Liquid Pipeline Emergency Preparedness and Response

Other Guidelines Considered:

- National Oil and Hazardous Substances Pollution Contingency Plan (NCP) and the Mid-Missouri River Sub-Area Contingency Plan (ACP)
- 40 CFR Part 112
- 29 CFR Part 1910

*DAPL-ETCO Operations Management, LLC has been retained by Dakota Access, LLC as operator of the Dakota Access Pipeline. Sunoco Pipeline L. P. has been appointed as operator of the Dakota Access Pipeline on behalf of DAPL-ETCO Operations Management, LLC.*

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE



**Facility Response Plan (FRP)**

**Dakota Access Pipeline <u>North Response Zone</u>**

**APRIL 2017**

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## TABLE OF CONTENTS

Page

**1.0    INFORMATION SUMMARY** ...................................................**1**
    1.1    PURPOSE OF PLAN ...............................................1
    1.2    RESPONSE ZONE INFORMATION SUMMARY.................................1
        Table 1-1   Response Zone Information Summary.............................2
        Table 1-2   Description of Line Segments/Stations........................ 3
        Table 1-3   Storage Tank Data............................................ 4
    1.3    OPERATOR CERTIFICATION.............................................5

**2.0    NOTIFICATION PROCEDURES**.............................................**6**
    2.1    NOTIFICATION OVERVIEW............................................. 6
    2.2    INFORMATION REQUIRED FOR NOTIFICATION..........................6
        Table 2-1   Facility Response Team Contact Information...................7
        Table 2-2   Local Emergency Response Personnel Contact Info...........8
        Table 2-3   Regulatory Agency Contact Information.......................9
        Table 2-4   Emergency Services Contact Information......................13
        Table 2-5   Contractor Contact Information.............................15

**3.0    SPILL DETECTION AND ON-SCENE SPILL MITIGATION
    PROCEDURES**..........................................................**16**
    3.1    SPILL DETECTION..................................................16
    3.2    SPILL MITIGATION PROCEDURES ....................................18
        Table 3-1   Spill Mitigation Procedures................................. 19
    3.3    RESPONSE EQUIPMENT ...........................................22

**4.0    RESPONSE ACTIVITIES** ................................................**24**
    4.1    SPILL RESPONSE ACTION CHECKLIST ............................25
        Table 4-1   Spill Response Action Checklist............................. 26
    4.2    SPILL TRACKING AND SURVEILLANCE ............................28
        Table 4-2   Spill Tracking and Surveillance............................ 29
    4.3    ESTIMATING SPILL VOLUMES......................................31
        Table 4-3   Oil Thickness Estimation Chart............................. 31
    4.4    EMERGENCY RESPONSE PERSONNEL.................................32
    4.5    INCIDENT COMMAND SYSTEM/UNIFIED COMMAND...............32

**5.0    CONTAINMENT AND RECOVERY METHODS** ...........................**32**
    5.1    SPILL ON LAND (SOIL SURFACES)...................................33
    5.2    SPILL ON LAKE OR POND (CALM OR SLOW-MOVING
        WATER) .......................................................33
    5.3    SPILL ON SMALL TO MEDIUM SIZE STREAMS (FAST FLOWING
        CREEKS) ......................................................34
    5.4    SPILL ON LARGE STREAMS AND RIVERS.............................36
    5.5    SPILL ON STREAMS WHICH FLOW INTO A LAKE OR POND.....37
    5.6    SPILL IN URBAN AREAS...........................................38

| | | |
|---|---|---|
| 5.7 | SPILL UNDER ICE………………………………………………………38 | |
| 5.8 | SPILL ON ICE……………………………………………………………39 | |
| 5.9 | SPILL IN WETLAND AREAS……………………………………… 40 | |
| 5.10 | SPILL ON OR NEAR GROUNDWATER…………………………  40 | |

**6.0     TRAINING PROCEDURES ..................................................................41**
| | | |
|---|---|---|
| 6.1 | EXERCISE REQUIREMENTS AND SCHEDULES ...........................41 | |
| 6.2 | POST INCIDENT REVIEW ...................................................................41 | |
| | Table 6-1  Standard Incident Debriefing Form…………………………42 | |
| 6.3 | TRAINING PROGRAM ........................................................................43 | |
| | Table 6-2  Training Requirements……………………………………...43 | |

**7.0     WORST CASE DISCHARGE SUMMARY…………………………………47**
| | | |
|---|---|---|
| 7.1 | WORST CASE DISCHARGE SCENARIO ............................................47 | |
| 7.2 | PLANNING VOLUME CALCULATIONS ............................................48 | |
| | Table 7-1  PHMSA Percent Reduction Allowed…………………………49 | |
| 7.3 | WORST CASE DISCHARGE VOLUME CALCULATIONS ..............50 | |
| 7.4 | PRODUCT CHARACTERISTICS AND HAZARDS ...........................51 | |
| | Table 7-2  Chemical and Physical Characteristics……………………...51 | |

**8.0     RESPONSE ZONE MAPS AND ASSOCIATED REFERENCE
          MATERIAL ............................................................................................52**
| | | |
|---|---|---|
| 8.1 | MAP OVERVIEW…………………………………………………...52 | |

**9.0     RESPONSE PLAN REVIEW AND UPDATE PROCEDURES……………53**
| | | |
|---|---|---|
| 9.1 | FACILITY RESPONSE PLAN REVIEW GUIDELINES……………53 | |
| | Table 9-1 Certification of Annual Review………………………………54 | |

<u>APPENDICES</u>

| | |
|---|---|
| **APPENDIX A** | **PHMSA / SD DENR CROSS REFERNCE** |
| **APPENDIX B** | **NOTIFICATION FORMS AND GUIDELINES** |
| | -PHMSA Hazardous Liquids Accident Form |
| | -State of North Dakota General Reporting Guidelines |
| | -State of South Dakota General Reporting Guidelines |
| **APPENDIX C** | **OIL SPILL RESPONSE ORGANIZATION CONTRACTOR INFORMATION** |
| **APPENDIX D** | **INCIDENT COMMAND SYSTEM POSITIONS** |
| **APPENDIX E** | **RESPONSE ZONE MAPS** |
| **APPENDIX F** | **STANDARD INCIDENT DEBRIEFING FORM** |
| **APPENDIX G** | **INCIDENT MANAGEMENT TEAM** |
| **APPENDIX H** | **EPP 101 – PREP TRAINING AND RECORD GUIDE** |
| **APPENDIX I** | **LIST OF ACRONYMS** |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# RECORD OF PLAN CHANGES

Changes to this Plan will be documented on this page.  Plan review and modifications will be initiated and coordinated by the Environmental, Health, Safety, and Security Department (EHS&S) in conjunction with the Area Supervisor/Manager of Operations.

| CHANGE NUMBER | DATE OF CHANGE | DESCRIPTION OF CHANGE | PAGE NUMBER |
|---|---|---|---|
| 1 | October 2016 | Initial Draft | Entire Plan |
| 2 | February 2017 | Plan updated based on comments from PHMSA & SD DENR | - |
| 3 | April 2017 | Section 3.3 updated to include response equipment in accordance with USACE easement conditions | 22-23 |
| 4 | April 2017 | Section 7.3 updated to include alternative WCD volumes at the Missouri River crossing near Buford, ND and Cannon Ball, ND per USACE comments | 50-51 |
| 5 | June 2017 | Updated Table of Contents for consistency | - |
| 6 | June 2017 | Added Vernon Ryan. Removed Brad Moore and Francisco Gonzales. | 2,7 & 8 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## 1.0 **INFORMATION SUMMARY**

### 1.1 Purpose of Plan

The purpose of this Facility Response Plan (FRP) is to provide guidelines to quickly, safely, and effectively respond to a spill from the Dakota Access Pipeline (DAPL) system. The pipeline is owned by Dakota Access, LLC. DAPL-ETCO Operations Management, LLC has been retained by Dakota Access, LLC as operator of the Dakota Access Pipeline.  Sunoco Pipeline L. P. has been appointed as operator of the Dakota Access Pipeline on behalf of DAPL-ETCO Operations Management, LLC.

This Plan is intended to satisfy the requirements of the Oil Pollution Act of 1990 (OPA 90), and has been prepared in accordance with the National Oil and Hazardous Substances Pollution Contingency Plan (NCP) and the Mid-Missouri River Sub-Area Contingency Plan (ACP). Specifically, this Plan is intended to satisfy:

- Pipeline and Hazardous Materials Safety Administration (PHMSA), U.S. Department of Transportation requirements for an OPA 90 plan (49 CFR Part 194)
- South Dakota Environmental Protection Oil Pipeline Plan Requirements (34A-18).
- North Dakota Administrative Code 69-09-03-02
- American Petroleum Industry (API) RP 1174 - Recommended Practice for Onshore Hazardous Liquid Pipeline Emergency Preparedness and Response.

Appendix B to 40 CFR 112 outlines the Memorandum of Understanding (MOU) among the Secretary of Interior, Secretary of Transportation, and the Administrator of the EPA.  The MOU delegates regulatory authority to the Secretary of Transportation (PHMSA) for interstate and intrastate onshore pipeline systems, including pumps and appurtenances related thereto, as well as in-line and breakout storage tanks.  As such, DAPL complies with 49 CFR Part 194 as promulgated by PHMSA.

A DOT/PHMSA Cross Reference Matrix is provided in **APPENDIX A**.

This plan has been supplemented by, and should be used in conjunction with, the Mid-Missouri River Sub-Area Contingency Plan and the Region 8 Contingency Plan as appropriate.

All Company responders designated in this Plan must have 24 hours of initial spill response training in accordance with 29 CFR Part 1910, as indicated in Table 6-2.

### 1.2 Response Zone Information Summary

The information summary for the DAPL - North Response Zone is presented on the following pages:

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## TABLE 1-1 DAPL NORTH RESPONSE ZONE INFO. SUMMARY

| | |
|---|---|
| **Owner:**<br>Dakota Access, LLC<br>1300 Main Street<br>Houston, Texas 77002<br>Phone: ██████████ | **Operator:**<br>Sunoco Pipeline L.P.<br>Western Area<br>One Fluor Daniel Drive<br>Sugar Land, Texas 77478 |

| | |
|---|---|
| **Product Transported:** | Crude Oil |
| **Qualified Individuals:** | Chad Arey - **PRIMARY**<br>Director – Pipeline Operations<br>████████ (Office)<br>(Mobile) |
| | Frazier Lewis - **PRIMARY**<br>Manager - Pipeline Operations North Dakota<br>████████ (Mobile) |
| | Vernon Ryan - **PRIMARY**<br>Sr. Manager Pipeline Operations<br>████████ (Mobile) |
| | Timothy Taylor - **ALTERNATE**<br>Supervisor - Pipeline Operations North Dakota<br>████████ (Mobile) |
| | Butch Till - **PRIMARY**<br>Manager - Pipeline Operations South Dakota<br>████████ (Mobile) |
| | Sylis Kariah - **ALTERNATE**<br>Supervisor - Pipeline Operations South Dakota<br>████████ (Mobile) |
| **Pipeline Description:** | The DAPL pipeline system transports crude oil in North Dakota and South Dakota. |
| **Response Zone:** | The DAPL – North Response Zone includes pipelines and facilities in the following counties of North Dakota: Mountrail, Williams, McKenzie, Dunn, Mercer, Morton, and Emmons; and in South Dakota: Campbell, McPherson, Edmunds, Faulk, Spink, Beadle, Kingsbury, Miner, Lake, McCook, Minnehaha, Turner, and Lincoln.  The Response Zone has the potential for "significant and substantial harm" and has the potential for a "worst case discharge" |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**TABLE 1-2 DESCRIPTION OF LINE SEGMENTS/STATIONS**

| Line Sections | Description | Counties/Parishes | Product |
|---|---|---|---|
| | Stanley to Ramberg 12" | Mountrail & Ramberg, ND | Crude Oil |
| | Ramberg to Epping 20" | Williams, ND | Crude Oil |
| | Epping to Trenton 20" | Williams (McKenzie Maybe), ND | Crude Oil |
| | Trenton to Watford City 24" | Williams & McKenzie, ND | Crude Oil |
| | Watford City to Johnsons Corner 30" | McKenzie, ND | Crude Oil |
| | Johnsons Corner to Redfield 30" | McKenzie, Dunn, Mercer, Morton & Emmons, ND/ Campbell, McPherson, Edmunds, Faulk, Spink, Beadle, Kingsbury, Miner, Lake, McCook, Minnehaha, Turner, Lincoln, SD | Crude Oil |
| **Stations** | Stanley | Mountrail, ND | Crude Oil |
| | Ramberg | Williams, ND | Crude Oil |
| | Epping | Williams, ND | Crude Oil |
| | Trenton | Williams, ND | Crude Oil |
| | Watford City | McKenzie, ND | Crude Oil |
| | Johnsons Corner | McKenzie, ND | Crude Oil |
| | Redfield | Spink, SD | Crude Oil |
| **Alignment Maps Location(s): (Piping, Plan Profiles)** | Maintained in the company's DSS mapping program | | |
| **Spill Detection and Mitigation Procedures:** | Refer to **SECTION 3** | | |
| **Worst Case Discharge:** | ██████████████████████ | | |
| **Statement of Significant and Substantial Harm:** | Basis for Operator's Determination of Significant and Substantial Harm<br><br>• The pipeline in the Response Zone is greater than 6 5/8 inches and longer than 10 miles | | |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| | |
|---|---|
| | • At least one section of pipeline crosses a river, meeting the requirement for location within one mile of an environmentally sensitive area<br>• Therefore, the potential to cause significant and substantial harm is present within the entire Response Zone |
| **Date Plan Prepared:** | October 28, 2016 |

## TABLE 1-3 STORAGE TANK DATA

| Station | Tank ID | Service | Working Capacity (barrels) | Tank Contents | Tank Construction | Tank Design | Year of Construction |
|---|---|---|---|---|---|---|---|
| Stanley | 7100 | In-Service | 120,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
| | 7200 | In-Service | 120,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
| Ramberg | 7100 | In-Service | 100,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
| | 7200 | In-Service | 150,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
| | 7300 | In-Service | 200,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
| Epping | 7100 | In-Service | 100,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
| | 7200 | In-Service | 150,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
| Trenton | 7100 | In-Service | 100,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
| | 7200 | In-Service | 150,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
| Watford City | 7100 | In-Service | 100,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
| | 7200 | In-Service | 100,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
| | 7300 | In-Service | 150,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
| Johnsons Corner | 7100 | In-Service | 200,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
| | 7200 | In-Service | 200,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |

The information contained in this Plan is intended to be used as guidelines for the spill responder.  Actual circumstances will vary and will dictate the procedures to be followed, some of which may not be included in this manual.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## 1.3 Operator Certification

In accordance with section 311 (j) (5) (F) of the Federal Water Pollution Control Act, as amended by Section 4202 of the Oil Pollution Act of 1990, I do hereby certify to the Pipeline and Hazardous Materials Safety Administration of the Department of Transportation that Sunoco Pipeline, L.P. has obtained, through contract or other approved means, the necessary private personnel and equipment to respond, to the maximum extent practicable, to a worst case discharge or a substantial threat of such a discharge.

Furthermore, Sunoco Pipeline, L.P. has reviewed the National Contingency Plan (NCP) and the Canada-United States Joint Inland Pollution Contingency Plans. This response plan is consistent with the NCP and the above mentioned Contingency Plans.

_____

CHAD AREY
DIRECTOR - OPERATIONS
SUNOCO PIPELINE L.P.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## 2.0 NOTIFICATION PROCEDURES

### 2.1 Notification Overview

The Qualified Individual is responsible for initiating and coordinating a response shall be responsible to ensure that all agency notifications are performed. Local government response agencies should be notified first followed by federal and state agencies. Depending on the specifics of the situation, there may be a requirement to perform agency notifications, internal notifications, drug and alcohol testing, Operator Qualification (OQ) suspension of task qualification and written follow-up.  In situations where the reporting requirements are not clear or delegation of duties is necessary, HES or DOT Compliance, for jurisdictional pipelines, should be consulted for guidance.

In general, the notification sequence for a release is as follows:

- Station/Operations personnel will identify and control the source of the release (if safe to do so) and will notify the Qualified Individual and Operations Control Center.
- The Qualified Individual will assume the role of Incident Commander (Qualified Individual) and will conduct notifications in general accordance with federal requirements, the States of North Dakota and South Dakota Notification Guidelines.  These guidelines, along with additional notification forms/procedures are presented in **APPENDIX B** of this plan.

### 2.2  Information Required for Notifications

The following information should be available and provided when making initial and follow-up notifications:

**Name of pipeline:**

**Time of discharge:**

**Location of discharge:**

**Name of oil involved:**

**Reason for discharge (e.g., material failure, excavation damage, corrosion):**

**Estimated volume of oil discharged:**

**Weather conditions on scene:**

**Actions taken or planned by persons on scene:**

The following tables contain contact information for the facility response team, emergency response personnel, regulatory agencies, and local service providers:

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**TABLE 2-1 FACILITY RESPONSE TEAM CONTACT INFORMATION**

| FACILITY RESPONSE TEAM | | |
|---|---|---|
| **Name/Title** | **Contact Information** | **Response Time** |
| Chad Arey<br>Director<br>**Qualified Individual** | ███████ (Office)<br>███████ (Mobile) | Varies depending on location of release |
| Frazier Lewis<br>Manager Pipeline Operations<br>North Dakota<br>**Qualified Individual** | ███████ (Mobile) | Varies depending on location of release |
| Timothy Taylor<br>Supervisor Pipeline Operations<br>North Dakota<br>**Alternate Qualified Individual** | ███████ (Mobile) | Varies depending on location of release |
| Vernon Ryan<br>Sr. Manager Pipeline Operation<br>North Dakota<br>**Qualified Individual** | ███████ (Mobile) | Varies depending on location of release |
| Butch Till<br>Manager Pipeline Operations<br>South Dakota<br>**Qualified Individual** | ███████ (Mobile) | Varies depending on location of release |
| Sylis Kariah<br>Supervisor Pipeline Operations<br>South Dakota<br>**Alternate Qualified Individual** | ███████ (Mobile) | Varies depending on location of release |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**TABLE 2-2 LOCAL ERP CONTACT INFORMATION**

| EMERGENCY RESPONSE PERSONNEL CONTACT INFORMATION | | | |
|---|---|---|---|
| **Name/Title** | **Contact Information** | **Response Time** | **Responsibilities During Response Action** |
| Chad Arey<br>Director Pipeline Operations<br>**Qualified Individual** | ████ (Office)<br>(Mobile) | Varies | Incident Commander |
| Vernon Ryan<br>Sr. Manager Pipeline Operations<br>**Qualified Individual** | ████ (Mobile) | Varies | Incident Commander |
| Frazier Lewis<br>Manager Pipeline Operations<br>**Qualified Individual** | ████ (Mobile) | Varies | Operations |
| Butch Till<br>Manager Pipeline Operations<br>**Qualified Individual** | ████ (Mobile) | Varies | Planning |
| Mitch Williams<br>District Engineer<br>**Alternate Qualified Individual** | ████ (Mobile) | Varies | Logistics |
| Justin Minter<br>Senior Manager Emergency Response<br>**Alternate Qualified Individual** | ████ (Office)<br>████ (Mobile) | Varies | Agency Liaison |
| Stephanie Huntington<br>Health & Safety Specialist | ████ (Mobile) | Varies | Safety |
| Todd Nardozzi<br>Senior Manager DOT Compliance | ████ (Office)<br>(Mobile) | Varies | DOT Liaison |

In the event the local Emergency Response Personnel require assistance in managing an incident, the District Manager will request the assistance of the company's Incident Management Team (IMT). The IMT consists of nationwide company personnel capable of managing large scale incidents. The IMT members have received position-specific ICS training and drill on an annual basis. The IMT positions are listed in **APPENDIX G.**

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## TABLE 2-3 – REGULATORY AGENCY AND STAKEHOLDER CONTACT INFORMATION

| REGULATORY AGENCY CONTACT INFORMATION | | |
|---|---|---|
| **Agency** | **Phone Number** | **Reporting Requirements** |
| **Federal Agencies** | | |
| National Response Center (NRC)<br><br>*NRC will contact all other federal agencies including USDOT/PHMSA and EPA* | (800) 424-8802 or (202) 267-2675 | **Any spill on water**.<br><br>Telephonic notification is required within **1 hour** following the discovery of a release that resulted in any discharge to water |
| U.S. Department of Transportation/Pipeline Hazardous Materials Safety Administration (PHMSA) | (800)424-8802 or (202) 267-2675 | **Telephonic Notification**<br>At the earliest practicable moment following discovery of a release of the hazardous liquid resulting in an event described above, the operator shall give notice of any failure that:<br><br>• Caused a death or a personal injury requiring hospitalization<br>• Resulted in either a fire or explosion not intentionally set by the operator<br>• Caused estimated property damage, including cost of clean-up and recovery, value of lost product, and damage to the property of the operator or others, or both, exceeding $50,000<br>• Resulted in pollution of any stream, river, lake, reservoir, or other similar body of water that violated applicable water quality standards, caused a discoloration of the surface of the water or adjoining shoreline, or deposited a sludge or emulsion beneath the surface of the water or upon adjoining shorelines or<br>• In the judgment of the operator was significant even though it did not meet the criteria of any of the above.<br><br>**Written Reporting**<br>A 7000-1 report is required within 30 days after discovery of the accident for each failure in a pipeline system regulated by DOT 195 in which there is a release of the hazardous liquid transported resulting in any of the following: |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| | | |
|---|---|---|
| U.S. Department of Transportation / Pipeline and Hazardous Materials Safety Administration (PHMSA) Continued…… | | • Explosion or fire not intentionally set by the operator<br>• Release of 5 gallons or more of hazardous liquid except that no report is required for a release of less than 5 barrels resulting from a pipeline maintenance activity if the release is:<br>   • Not otherwise reportable under this section<br>   • Not on water<br>   • Confined to company property or pipeline right-of-way and<br>   • Cleaned up promptly<br>• Death of any person<br>• Personal injury necessitating hospitalization<br>• Estimated property damage, including cost of clean-up and recovery, value of lost product, and damage to the property of the operator or others, or both, exceeding $50,000.<br>A supplemental report shall be filed within 30 days of receiving any changes in the information reported or additions to the original DOT 7000-1 report. |
| U.S. Fish and Wildlife Service – ND Fish and Wildlife Conservation Office | (701) 250-4419 | Any spill that results in impacts to Federally protected wildlife or migratory birds. The owner or operator must notify the USFWS as soon as possible and provide all relevant information regarding the spill and impacts to wildlife or wildlife resources |
| U.S. Army Corps of Engineers – Garrison Project<br>Mr. Todd J. Lindquist, Operations Project Manager | Main Line<br>(701) 654-7702<br>24-hour Hotline<br>(402) 995-2448 | Any spill that enters or threatens to enter the Missouri River near Buford, ND and Lake Sakakawea. The owner or operator must notify the Garrison Project as soon as possible and provide all relevant information regarding the spill. |
| U.S. Army Corps of Engineers – Lake Oahe Project<br>Mr. Eric D. Stasch | (605) 224-5862 | Any spill that enters or threatens to enter the Missouri River near Cannon Ball, ND and Lake Oahe. The owner or operator must notify the Lake Oahe Project as soon as possible and provide all relevant information regarding the spill |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| State Agencies | | |
|---|---|---|
| **North Dakota** | | |
| North Dakota Department of Environment Health<br><br><br>State Emergency Response Committee<br><br>**Counties:** Mountrail, Williams, McKenzie, Dunn, Mercer, Morton, Emmons | Main Line<br>(701) 328-5210<br>24-hour Hotline<br>(800) 472-2121<br><br>(701) 328-8100 | Any spill or discharge of liquid or solid waste which may cause pollution of waters of the state must be reported immediately. The owner, operator, or person responsible for a spill or discharge must notify the department or the North Dakota hazardous materials emergency assistance and spill reporting number as soon as possible and provide all relevant information about the spill. |
| North Dakota Game and Fish Department<br><br>**Counties:** Mountrail, Williams, McKenzie, Dunn, Mercer, Morton, Emmons | Bismark Office<br>(701) 328-6300<br>Riverdale Office<br>(701) 654-7475<br>Williston Office<br>(701) 774-4320<br>Dickinson Office<br>(701) 227-7431 | Any spill that results in impacts to wildlife, wildlife resources, or aquatic life.  The owner or operator must notify the applicable ND Game and Fish Department as soon as possible and provide all relevant information regarding the spill. |
| North Dakota State Historic Preservation Office | Main Line<br>(701) 328-2666 | Any spill that may potentially impact culturally, historically, or archaeologically sensitive areas.  The owner or operator must notify the applicable ND SHPO as soon as possible and provide all relevant information regarding the spill. |
| **South Dakota** | | |
| South Dakota Department of Environment and Natural Resources (DENR)<br><br><br>State Emergency Response Committee<br><br><br>**Counties:** Campbell, McPherson, Edmunds, Faulk, Spink, Beadle, Kingsbury, Miner, Lake, McCook, Minnehaha, Turner, Lincoln | Main Line<br>(605) 773-3296<br>After Hours<br>(605) 773-3231<br><br>Main Line<br>(800) 433-2288<br>After Hours<br>(605) 773-3231 | A release or spill of a regulated substance must be reported to the DENR immediately if the release or spill threatens the waters of the state, causes an immediate danger to human health or safety, exceeds **25 gallons**, causes a sheen on surface waters, contains any substance that exceeds the groundwater quality standards of ARSD Chapter 74:54:01, contains any substance that exceeds the surface water quality standards of ARSD Chapter 74:54:01, harms or threatens to harm wildlife or aquatic life, or contains crude oil in field activities under SDCL Chapter 45-9 is greater than **1 barrel.** |
| South Dakota Game, Fish and Parks | (605) 773-3718 | Any spill that results in impacts to wildlife, wildlife resources, or aquatic life.  The owner or operator must notify the SD Game, Fish, and Parks as soon as possible and provide all relevant information regarding the |

11

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| | | |
|---|---|---|
| | | spill. |
| South Dakota State Historic Preservation Office | Main Line (605) 773-3458 | Any spill that may potentially impact culturally, historically, or archaeologically sensitive areas. The owner or operator must notify the applicable SD SHPO as soon as possible and provide all relevant information regarding the spill. |
| **Sovereign Nations** | | |
| **Standing Rock Sioux Tribe** | | |
| Mr. Elliot Ward, SRST Emergency Services <br><br> Mr. Dave Archambault II, SRST Chairman <br><br> Mr. Jon Eagle, SRST THPO | (701) 854-8644 <br><br> (701) 854-8500 <br><br> (701) 854-8645 | Any spill in Sioux or Emmons Counties, North Dakota which enters, or threatens to enter, the Missouri River near Lake Oahe. Any spill that poses an impact to the Standing Rock Sioux Reservation or properties under the stewardship of the Standing Rock Sioux Tribe. The owner or operator must notify the SRST upon discovery of a spill, as described above, and provide all relevant information regarding the spill |
| **Mandan, Hidatsa, and Arikara Nation (Three Affiliated Tribes)** | | |
| 24-Hour Emergency <br><br> Environmental <br><br><br><br> Emergency Management – Mr. Cliff Whitman, Sr. | (701) 627-3618 <br><br> Main Line (701) 627-4569 24-hour Hotline (701) 421-6873 <br><br> (701) 421-0398 | Any spill in Williams, McKenzie, Mountrail, Dunn, or Mercer Counties, North Dakota which enters, or threatens to enter, the Missouri or Little Missouri Rivers near Lake Sakakawea. Any spill that poses an impact to the Fort Berthold Indian Reservation or properties under the stewardship of the Three Affiliated Tribes. The owner or operator must notify the TAT upon discovery of a spill, as described above, and provide all relevant information regarding the spill. |

April 2017
DAPL North Facility Response Plan

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## TABLE 2-4 EMERGENCY SERVICES CONTACT INFORMATION

| EMERGENCY SERVICES BY COUNTY/PARISH | |
|---|---|
| **Organization** | **Phone Number** |
| **North Dakota** | |
| Mountrail County, ND<br>    Sheriff<br>    Fire<br>    LEPC (Emergency Manager) | <br>(701) 628-2975<br>(701) 862-3151<br>(701) 628-2909 |
| Williams County, ND<br>    Sheriff<br>    Fire<br>    LEPC (Emergency Manager)<br>    County Dispatch | <br>(701) 577-7700<br>(701) 572-2196<br>(701) 570-6845<br>(701) 577-1212 |
| McKenzie County, ND<br>    Sheriff<br>    Fire<br>    LEPC (Emergency Manager)<br>    24-hour Dispatch | <br>(701) 444-3654<br>(701) 444-3516<br>(701) 580-6936<br>(800) 472-2121 |
| Dunn County, ND<br>    Sheriff<br>    Fire<br>    LEPC (Emergency Manager)<br>    24-hour Dispatch | <br>(701) 573-4449<br>(701) 764-5006<br>(701) 573-4343<br>(800) 472-2121 |
| Mercer County, ND<br>    Sheriff<br>    Fire<br>    LEPC (Emergency Manager) | <br>(701) 745-3333<br>(701) 447-2436<br>(701) 983-4408 |
| Morton County, ND<br>    Sheriff<br>    Fire<br>    LEPC (Emergency Manager) | <br>(701) 667-3330<br>(701) 667-3288<br>(701) 667-3307 |
| Emmons County, ND<br>    Sheriff<br>    Fire<br>    LEPC (Emergency Manager) | <br>(701) 254-4411<br>(701) 422-3377<br>(701) 254-4807 |
| **South Dakota** | |
| Campbell County, SD<br>    Sheriff<br>    Fire<br>    LEPC (Emergency Manager) | <br>(605) 955-3355<br>(605) 955-3598<br>(605) 955-3598 |
| McPherson County, SD<br>    Sheriff<br>    Fire<br>    LEPC (Emergency Manager) | <br>(605) 439-3400<br>(605) 439-3626<br>(605) 439-3667 |
| Edmunds County, SD<br>    Sheriff<br>    Fire<br>    LEPC (Emergency Manager) | <br>(605) 426-6002<br>(605) 283-2655<br>(605) 287-4394 |
| Faulk County, SD<br>    Sheriff<br>    Fire<br>    LEPC (Emergency Manager) | <br>(605) 598-6229<br>(605) 324-3475<br>(605)598-6229 |

13

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| | |
|---|---|
| Spink County, SD | |
|    Sheriff | (605) 472-4595 |
|    Fire | (605) 472-1907 |
|    LEPC (Emergency Manager) | (605) 472-4591 |
| Beadle County, SD | |
|    Sheriff | (605) 353-8424 |
|    Fire | (605) 353-8520 |
|    LEPC (Emergency Manager) | (605) 353-8421 |
| Kingsbury County, SD | |
|    Sheriff | (605) 854-3339 |
|    Fire | (605) 690-9977 |
|    LEPC (Emergency Manager) | (605) 854- 3711 |
| Miner County, SD | |
|    Sheriff | (605) 772-4671 |
|    Fire | (605) 772-5759 |
|    LEPC (Emergency Manager) | (605)772-4533 |
| Lake County, SD | |
|    Sheriff | (605) 256-7615 |
|    Fire | (605) 256-7523 |
|    LEPC (Emergency Manager) | (605)256-7611 |
| McCook County, SD | |
|    Sheriff | (605) 425-2761 |
|    Fire | (605) 363-3100 |
|    LEPC (Emergency Manager) | (605) 421-1302 |
| Minnehaha County, SD | |
|    Sheriff | (605) 367-4300 |
|    Fire | (605) 367-8092 |
|    LEPC (Emergency Manager) | (605) 367-4290 |
| Turner County, SD | |
|    Sheriff | (605) 297-3225 |
|    Fire | (605) 648-2937 |
|    LEPC (Emergency Manager) | (605) 661-5900 |
| Lincoln County, SD | |
|    Sheriff | (605) 764-5651 |
|    Fire | (605) 764-5126 |
|    LEPC (Emergency Manager) | (605) 321- 0220 |

   

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**TABLE 2-5 CONTRACTOR CONTACT INFORMATION**

| CONTRACTOR INFORMATION | |
|---|---|
| **Organization** | **Phone Number** |
| **USCG Classified OSRO's** | |
| National Response Corporation (Umbrella Network; Numerous contractors throughout the response area.) 3500 Sunrise Hwy, Suite 200, Bldg 200, Great River, NY 11739 | (800) 899-4672 |
| SWAT Consulting, Inc 12 Sunrise Estates Rd, Watford City, ND 58854 | (866) 610- 7928      24-hour Hotline |
| Garner Environmental 14047 County Ln, Williston, ND 58801 | (701) 577-1200 (855) 774-1200 |
| Clean Harbors 2541 132nd C Ave NW, Arnegard, ND 58835 | (701) 586-3170 (800) OIL-TANK    24-hour Hotline |
| **Clean-Up Contractors** | |
| Safety-Kleen Bismarck, ND | (701) 222-8262 |
| Hydro-Klean Sioux Falls, SD | (605) 988-0500 |
| Seneca Companies South Sioux City, NE | (402) 494-7941 (800) 369-5500 |
| Tetra Tech Inc. (SD Certified Petroleum Release Remediator) Rapid City, SD | (605) 348-5850 |
| **Excavation Services** | |
| Jones Contractors, Inc. Epping, ND | (731) 989-0545 (731) 426-2764 |
| B&B Contactors Aberdeen, SD | (605) 725-1468 (605) 228-3200 |
| **Wildlife Rehabilitation** | |
| Wildlife Response Services Seabrook, TX Rhonda Murgatroyd | (713) 705-5897 (Mobile) (281) 266-0054 (Pager) |
| Wildlife Center of Texas Sharon Schmaltz | (713) 861-9453 (Office) (281) 731-8826 (Mobile) (713) 279-1417 (Pager) |
| Tri-State Bird Rescue Research Center, Newark, DE | (302) 737-7241 (800) 710-0695 |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# 3.0 SPILL DETECTION AND ON-SCENE SPILL MITIGATION PROCEDURES

## 3.1 Spill Detection

Detection of a discharge from a pipeline system may occur in a number of ways including:

- Detection by the pipeline controllers
- Visual detection by Company field personnel or pipeline patrols
- Visual detection by the public

The pipeline system is controlled and monitored continuously by a SCADA system located in Sugar Land, Texas. This system provides the pipeline controllers oversight through real-time access to pertinent information regarding oil movements, pressures, temperature and equipment status and control. The SCADA system allows for remote operation of key equipment including pump stations and isolation valves.

Automated Detection

The pipelines are equipped with pressure and flow monitors, which exercise local control and transmit data to the control center. These systems are set to alarm or shut down on preset deviations of pressure flow. In case of an alarm, control center personnel will take the appropriate actions in accordance with standard operating procedures. A summary of the operating procedures is provided below.

Trained personnel in the control center will monitor the SCADA system for the following parameters:

- Flow rates
- Pressure
- Valve positions

## AVAILABILITY - ALL LINES

Operating Procedures for the Automated System



## AVAILABILITY - ALL LINES

- **Communication Flexibility/Redundancy**

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## AVAILABILITY - ALL LINES

- **Parameter Alarms**



## AVAILABILITY - ALL LINES

- **Trending**



## AVAILABILITY - ALL LINES

- **Tank Gauging with Parameter Alarms**



## AVAILABILITY - ALL LINES

- **Training**
  All operators are compliant with DOT 195 Operator Qualification Requirements.

<u>Visual Detection by Company Personnel</u>

Aerial patrol flights will be made 26 times a year not to exceed 21 days apart. If unable to fly, area personnel will walk or drive the right-of-way. The intent of the patrol is to observe the area directly over the pipeline right-of-way for leaks, exposed pipes, washes, missing markers, and other unusual conditions. Construction on either side of the pipeline right-of-way is also monitored.  Discharges to the land or surface waters may also be detected by Company personnel during regular operations and inspections. Should a leak be detected, the appropriate actions are taken including but not limited to:

- Notifications as per **SECTION 2**
- A preliminary assessment of the incident area
- **If appropriate, initiate initial response actions per SECTIONS 4 and 5.  TABLE 4-1** provides a checklist for initial response actions.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

<u>Visual Detection by the Public</u>

Right-of-way marker signs are installed and maintained at road crossing and other noticeable points and provide an Operations Control 24-hour number for reporting emergency situations. The Company also participates in the "call before you dig" or "One Call" utility notification services which can be contacted to report a leak and determine the owner/operator of the pipeline. If the notification is made to a local office or pump station, the Company representative receiving the call will generally implement the following actions:

- Notify the Pipeline Control and region/designated office
- Dispatch Company field personnel to the site to confirm discharge and conduct preliminary assessment
- Notify their immediate area supervisor and provide assessment results
- Follow the Procedure for Investigating Incoming Call Reports of Potential Pipeline Releases

<u>Pipeline Shutdown</u>

If any of these situations are outside the expected values, abnormal conditions are considered to exist. If abnormal conditions exist, Pipeline Control will take the appropriate actions to ensure that a release does not occur. If a discharge has occurred, Pipeline Control will take actions to limit the magnitude. In either case, appropriate actions taken by Company personnel could include, but are not limited to:

- Shut down affected line segment if there is an indication of a leak
- Isolate line segment
- Depressurize line
- Start internal and external notifications
- Mobilize additional personnel as required

## 3.2  Spill Mitigation Procedures

Each spill mitigation situation is unique and must be treated according to the circumstance present. In every situation, however, **personnel safety must be assessed as the first priority**. The potential for ignition and/or toxic exposure must be promptly evaluated.

If the use of alternative response strategies such as in-situ burning or dispersants, as identified in the Mid-Missouri River Sub Area Contingency Plan or the Region 8 Regional Contingency Plan, Sunoco Pipeline will seek approval from the Regional Response Team as appropriate.   An example of spill mitigation procedures is presented below:

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## TABLE 3-1 SPILL MITIGATION PROCEDURES

| TYPE | MITIGATION PROCEDURE |
|---|---|
| Failure of Transfer Equipment | 1. Personnel and public safety are the first priority. Evacuate nonessential personnel or personnel at high risk.<br>2. Terminate transfer operations and close block valves.<br>3. Drain product into containment areas if possible.<br>4. Eliminate sources of vapor cloud ignition by shutting down all engines and motors. |
| Tank Overfill/Failure | 1. Personnel and public safety are the first priority. Evacuate nonessential personnel or personnel at high risk.<br>2. Shut down or divert source of incoming flow to tank.<br>3. Transfer fluid to another tank with adequate storage capacity (if possible).<br>4. Shut down source of vapor cloud ignition by shutting down all engines and motors.<br>5. Ensure that dike discharge valves are closed.<br>6. Monitor diked containment area for leaks and potential capacity limitations.<br>7. Begin transferring spilled product to another tank as soon as possible |
| Piping Rupture/Leak (under pressure and no pressure) | 1. Personnel and public safety are the first priority. Evacuate nonessential personnel or personnel at high risk.<br>2. Shut down pumps. Close the closest block valves on each side of the rupture.<br>3. Drain the line back into contained areas (if possible). Alert nearby personnel of potential safety hazards.<br>4. Shut down source of vapor cloud ignition by shutting down all engines and motors.<br>5. If piping is leaking and under pressure, then relieve pressure by draining into a containment area or back to a tank (if possible). Then repair line according to established procedures. |
| Fire/Explosion | 1. Personnel and public safety are the first priority Evacuate nonessential personnel or personnel at risk of injury.<br>2. Notify local fire and police departments.<br>3. Attempt to extinguish fire if it is in incipient (early) stage and **if it can be done safely**.<br>4. Shut down transfer or pumping operation. Attempt to divert or stop flow of product to the hazardous area (if it can be done safely).<br>5. Eliminate sources of vapor cloud ignition shutting down all engines and motors.<br>6. Control fire before taking steps to contain spill. |
| Manifold Failure | 1. Personnel and public safety are the first priority. Evacuate nonessential personnel or personnel at high risk.<br>2. Terminate transfer operations immediately.<br>3. Isolate the damaged area by closing block valves on both sides of the leak/rupture. |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| | 4. Shut down source of vapor cloud ignition by shutting down all engines and motors.<br>5. Drain fluids back into containment areas (if possible). |
|---|---|

It is important to note that the actions above are intended only as guidelines. The appropriate response to a particular incident may vary depending on the nature and severity of the incident and other factors that are not readily addressed.

After initial response has been taken to stop further spillage, and notifications have been made to the required agencies, Sunoco Pipeline will begin spill containment, recovery, and disposal operations. The Incident Commander will assess the size and hazards of the spill. The location of the spill and the predicted movement of the spill will be considered.

Based on this assessment, additional response personnel and equipment may be dispatched to the site and deployed to control and contain the spill. Boom may be deployed in waterways to contain the spill and to protect socio-economic, environmentally sensitive, and historical/archaeological areas. Booms may also be used in waterways to deflect, or guide the spill, to locations where it can more effectively be recovered using skimmers, vacuum trucks, or sorbent material. Cleanup equipment and material will be used in the manner most effective for rapid and complete recovery of spilled material.

When initiating response tactics and deploying response resources, consideration will be given to protect natural resources, environmentally sensitive areas, and historical/archaeological resources. Sunoco Pipeline will consult with, and cooperate with, Natural Resource Damage Assessment (NRDA) Trustees, as well as the appropriate state and tribal Historical Preservation Officers (HPO's) to identify and protect natural resources and historical/archaeological resources.

In limited circumstances, alternative response strategies such as in-situ burning, dispersants, and/or bioremediation may be most effective at protecting natural resources, environmentally sensitive areas, and/or historical/archaeological resources. These alternative response strategies will be considered in consultation with NRDA Trustees and HPO's. Any plans to use alternative response strategies will be submitted to the Federal On-Scene Commander for Regional Response Team approval prior to implementation.

When considering the use of in-situ burning, the following considerations should be evaluated. In most cases, an agency application with further consideration will need to be completed before burning will be approved by the agency.

Size, Nature, and Product Spilled

- Flammability of the product (Will the product burn?)
- Location of the spill (Distance and direction to the nearest human use areas)
- Volume of the product released
- Estimate of the surface area covered by the spill
- How long has the oil been exposed to weathering?
- Will burning cause more hazards from by-products?

20

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## Weather and Forecast

- Current weather conditions
- Wind speed and direction
- 24-hour forecast
- 48-hour forecast

## Evaluate the Response Operations

- Is there time enough to conduct burning?
- Is safety equipment available?
- Is adequate personnel available for monitoring/emergency response?
- Is mechanical recovery more intrusive than burning?

## Habitats Impacted and Resources at Risk

- Have local agencies and officials been contacted, including:

  - Public Health
  - Land Owner/Manager
  - Local Fire Officials (Fire Marshal)
  - Historic Preservation Officer
  - State Resource Agency
  - Tribal Officials

- What is/will be the impact to surface water intakes and wells?
- Are endangered habitats/endangered species present?
- Is the area used by migratory animals?
- What wildlife is present?

## Burn Plan

- How much of the oil is expected to burn?
- How long will it be expected to burn?
- How will the burn be ignited?
- How will the burn be extinguished?
- What are the monitoring protocols?

Dispersants are not commonly used on inland spills.  Working closely with federal, state, and local agencies will be necessary for gaining approval to use dispersants.  It is important to look at the total effect the oil will have on the environment when considering the use of dispersants.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

### 3.3 Response Equipment

Emergency equipment is available to allow personnel to respond safely and quickly to emergency situations.  Fire extinguishers are located throughout the facility and meet National Fire Prevention Association (NFPA) and OSHA standards.  The majority of the response equipment will be supplied by the OSRO(s) listed in **TABLE 2-5**.  This equipment is maintained regularly and inspected on a monthly basis. OSRO resources and response times are verified periodically.

Response equipment is mobilized and deployed by the Supervisor of Pipeline Operations, the Manager of Pipeline Operations, or their designee.  The following is a description of company owned response equipment and the respective staging locations:

 Watford City Station in North Dakota:

- 4 totes of firefighting foam
- 1 radio repeater and 12 radio's
- 1 response tent/command post
- 20 portable 4 gas monitors

Redfield Pump Station in South Dakota:

- 1,000 feet of 10" skirt containment boom
- 1,000 feet of 5" sorbent boom
- Enclosed 18' response trailer
- Boom accessories (rope, anchors & buoy's)
- 18' response boat with motor (slow water boom deployment)
- 1 radio repeater and 12 radio's
- 1 response tent/command post
- 14  portable 4 gas monitors

Sioux Falls Field Office in South Dakota:

- 1,000 feet of 10" skirt containment boom
- 1,000 feet of 5" sorbent boom
- Boom accessories (rope, anchors & buoy's)
- 18' response boat with motor (slow water boom deployment)
- 2  portable 4 gas monitors

In accordance with the US Army Corps of Engineers (USACE) easement conditions, the following response equipment has been staged for responding to the Missouri River crossings near Buford, ND and Cannon Ball, ND.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

<u>DAPL Trenton Terminal</u>

14265 48th St. NW, Williston, ND 58801 (48.113299° / -103.767925°)

- 1,000 feet of 10" skirt containment boom
- 1,000 feet of 5" sorbent boom
- Boom accessories (rope, anchors & buoy's)
- Enclosed 18' response trailer
- 18' response boat with motor
- 2 portable 4 gas monitors

<u>Cannon Ball Ranch</u>

6654 HWY 1806 S., Mandan, ND 58554 (46.451667° / -100.630742°)

- 1,000 feet of 10" skirt containment boom
- 1,000 feet of 5" sorbent boom
- Boom accessories (rope, anchors & buoy's)
- Enclosed 18' response trailer
- 18' response boat with motor
- 2 portable 4 gas monitors

Sunoco Pipeline inspects and exercises company-owned equipment in accordance with the National Preparedness for Response Exercise Program (PREP) guidelines.

Sunoco Pipeline L.P. requires an annual certification from each OSRO to assure compliance with the National Preparedness for Response Exercise Program (PREP) guidelines.

Each listed OSRO has their own response equipment, a minimum of 1,000 feet of containment boom, absorbents, boats, and vacuum trucks. Lists of the OSRO's equipment resources may be found in their services contract. OSRO response equipment is inspected and refurbished after each use. The primary OSRO's equipment is inspected, minimally, on a bi-monthly basis. Sunoco Pipeline has contractually secured personnel and equipment necessary to respond, to the maximum extent practicable, to a worst case discharge or a substantial threat of such discharge in this response zone.

An equipment list and list of trained personnel necessary to continue operation of the equipment and staff the oil spill removal organization for the first 7 days of a response for each of the OSRO contractors listed in **TABLE 2-5** is provided in **APPENDIX C**.

In addition to the company owned response equipment listed above, the following   response equipment has been donated to the Three Affiliated and is located on the Buffalo Ranch approximately 11 miles southwest of Mandaree, ND:

- 1,000 feet of 10" skirt containment boom

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

- 1,000 feet of 5" sorbent boom
- Enclosed 18' response trailer
- Boom accessories (rope, anchors & buoy's)
- 18' response boat with motor (slow water boom deployment)
- 1 radio repeater and 12 radio's
- 1 response tent/command post
- 14  portable 4 gas monitors

Sunoco Pipeline is not responsible for maintaining or inspecting the equipment        donated to the Three Affiliated Tribes.

## 4.0 RESPONSE ACTIVITIES

Sunoco Pipeline L.P. will take a 3-Tiered approach for responding to a pipeline failure.  The three tiers are described in more detail below and are based on incident complexity.

Tier 1:

- The incident can be handled with one or two single resources with minimal personnel
- Command and General Staff positions (other than the Incident Commander) are not activated
- No written IAP is required
- The incident is contained within the first operational period and often with an hour to a few hours after resources arrive on-scene
- Examples include: vehicle fire, flange leak, release into containment, etc.

Tier 2:

- When incident needs exceed capabilities, the appropriate ICS positions should be added to match the complexity of the incident
- Some or all of the Command and General Staff positions may be activated, as well as division/group supervisors and/or unit leader positions
- The incident may extend into multiple operational periods
- A written IAP may be required for each operational period
- Local response teams will be activated with support from regional resources as needed

Tier 3:

- This type of incident extends beyond the capabilities for local control and is expected to go into multiple operational periods.
- A Tier 3 incident requires response resources from outside of the area, including regional and/or national resources, to effectively manage the operation, command, and general staffing
- All of the Command and General Staff positions are filled
- A written IAP is required for each operational period
- Many of the functional units are needed and staffed

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

- Operations personnel often exceed 200 per operational period and total incident personnel may exceed 500
- Agency representatives may join the Unified Command based on incident complexity
- SXL's Incident Management Team (IMT) will be deployed and the corporate Crisis Management Team (CMT) may be activated

Sunoco Pipeline personnel will work in unison, following Incident Command protocols, to cooperate with, and assist, Fire, Police and other first responders with:

- Halting or redirecting traffic on roads and railroads in the affected area as appropriate.
- Assessing the extent and coverage of a potential vapor cloud, using the current DOT Emergency Response Guidebook to determine safe approach distances.
- Sunoco Pipeline, L.P. and Emergency Response Personnel will establish hot, warm and cold zones for emergency response operations following Incident Command protocols
- Gas meter equipment as specified below will be used to establish emergency responders' approach distances and hot / warm / cold zones.

In the event of a failure of a pipeline, Sunoco Pipeline, L.P. will employ instrumentation (appropriate for the product contained in the pipeline at the time of failure) to access and determine the extent and coverage of a potential vapor cloud, if present.

The instrumentation used in the determination will have the following capabilities:

<b>Petroleum Products</b>

- Combustible gas meter with 0-100% read out.  Alarm calibrated to sound at 10% of LEL.
- Ability to quantify the following gases: O2, H2S, LEL and CO
- Industrial Scientific MX6, MSA Altair 5X or equivalent gas meter

## 4.1  Spill Response Actions

In the event of a spill, actions will be taken to protect personnel and public safety, as well as the environment.  The checklist provided below is an example of some of the activities conducted during a spill.  Table 4-1 is an example of a Spill Response Checklist.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**TABLE 4-1 SPILL RESPONSE ACTION CHECKLIST**

| RESPONSE ACTION | PERSONNEL TAKING ACTION | DATE/TIME ACTION TAKEN |
|---|---|---|
| **DOCUMENT ALL ACTIONS TAKEN** | | |
| **First Person to Discover Spill** | | |
| Immediately notify Qualified Individual and Operations Control Center or posted emergency contacts. Take appropriate action to protect life and ensure safety of personnel. | | |
| Immediately shut down terminal operations (if applicable). If applicable, remotely controlled motor operated valves will be closed by the Operations Center as soon as a leak is detected. It may not be best to immediately close valves due to line drain or line depressurization. | | |
| Secure the scene. Isolate the area and assure the safety of people and the environment. Keep people away from the scene and outside the safety perimeter. | | |
| Advise personnel in the area of any potential threat and/or initiate evacuation procedures. | | |
| **Qualified Individual** | | |
| Assume role of Incident Commander until relieved. | | |
| Conduct preliminary assessment of health and safety hazards. | | |
| Request medical assistance if an injury has occurred. | | |
| Evacuate nonessential personnel, notify emergency response agencies to provide security, and evacuate surrounding area (if necessary). | | |
| Make appropriate regulatory notifications. <br> • National Response Center <br> • Appropriate State Agency <br> (See List of Federal, State, & Local agencies along with notification procedures in **TABLES 2-3 and 2-4**) | | |
| Call out spill response contractors (See List in **TABLE 2-5**) | | |
| Atmospheric conditions in the release area should be monitored using a four gas meter – ensuring oxygen, H2S, carbon dioxide and lower explosive limit (LEL) are all at safe levels.  Atmospheric monitoring should continue throughout the response activities.  These activities should be consistent with Sunoco Pipeline L.P. Health & Safety policy. | | |
| If safe to do so, direct facility responders to shut down and control the source of the spill. Be aware of potential hazards associated with product and ensure that flammable vapor concentrations are within safe atmosphere before sending personnel into the spill area. | | |
| If safe to do so, direct facility responders to shut down | | |

| | | |
|---|---|---|
| potential ignition sources in the vicinity of the spill, including motors, electrical pumps, electrical power, etc. Keep drivers away from truck rack if spill occurs there. | | |
| If safe to do so, direct facility responders to stabilize and contain the situation. This may include berming or deployment of containment and/or sorbent boom. | | |
| For low flash oil (<100ºF), consider applying foam over the oil, using water spray to reduce vapors, grounding all equipment handling the oil, and using non-sparking tools. | | |
| If there is a potential to impact shorelines, consider lining shoreline with sorbent or diversion boom to reduce impact. | | |
| Notify Local Emergency Responders. Obtain the information necessary to complete the Accident Report - Hazardous Liquid Pipeline Systems (**APPENDIX B**) and phone this information to the Emergency Response Manager. | | |
| **On-Scene Coordinator** | | |
| Activate all or a portion of local ERP (as necessary). Liaison Officer will maintain contact with notified regulatory agencies | | |
| Document all response actions taken, including notifications, agency/media meetings, equipment and personnel mobilization and deployment, and area impacted. | | |
| **Water Based Spills:**<br>Initiate spill tracking and surveillance operations utilizing information in **SECTION 4.2**. Determine extent of pollution via surveillance aircraft or vehicle. Estimate volume of spill utilizing information in **SECTION 4.3**. Send photographer /videographer if safe. | | |
| **Land Based Spills:**<br>Initiate spill tracking and surveillance if applicable. | | |
| **SECONDARY RESPONSE ACTIONS**<br>(Refer to ICS job descriptions in **APPENDIX D**) | | |

27

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## 4.2 Spill Tracking and Surveillance

The following guidelines should be utilized when tracking a spill and/or conducting spill surveillance:

- Surveillance of an oil spill should begin as soon as possible following discovery to enable response personnel to assess spill size, movement, and potential impact locations;
- Dispatch observers to crossings downstream or down gradient to determine the spill's maximum reach;
- Clouds, shadows, sediment, floating organic matter, submerged sand banks or wind-induced patterns on the water may resemble an oil slick if viewed from a distance;
- Sorbent pads may be used to detect oil or water;
- Use surface vessels to confirm the presence of any suspected oil slicks (if safe to do so); consider directing the vessels and photographing the vessels from the air, the latter to show their position and size relative to the slick;
- It is difficult to adequately observe oil on the water surface from a boat, dock, or shoreline;
- Spill surveillance is best accomplished through the use of helicopters or small planes; helicopters are preferred due to their superior visibility and maneuverability;
- If fixed-wing planes are to be used, high-wing types provide better visibility than low-wing types;
- All observations should be documented in writing and with photographs and/or videotapes;
- Describe the approximate dimensions of the oil slick based on available reference points (i.e. vessel, shoreline features, facilities); use the aircraft or vessel to traverse the length and width of the slick while timing each pass; calculate the approximate size and area of the slick by multiplying speed and time;
- Record aerial observations on detailed maps, such as topographic maps
- In the event of reduced visibility, such as dense fog or cloud cover, boats may have to be used to patrol the area and document the location and movements of the spill; however, this method may not be safe if the spill involves a highly flammable product;
- Surveillance is also required during spill response operations to gauge the effectiveness of response operations; to assist in locating skimmers; and to assess the spill's size, movement, and impact.

An example of a spill surveillance checklist is presented on **TABLE 4-2**.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**TABLE 4-2 SPILL SURVEILLANCE CHECKLIST**

| SPILL SURVEILLANCE CHECKLIST | |
|---|---|
| **General Information** | |
| Date: | Tidal or river stage (flood, ebb, slack, low water): |
| Time: | On-Scene Weather Conditions: |
| Incident Name: | Platform (helicopter, fixed-wing aircraft, boat, shore): |
| Observers Name: | Flight path/trackline: |
| Observers' Affiliation: | Altitude where observation taken: |
| Location of Source: | Areas not observed (i.e. foggy locations, restricted air spaces, shallow water areas): |
| **Oil Observations** | |
| Slick location(s): | Color and appearance (i.e. rainbow, dull or silver sheen, black or brown in color or mousse): |
| Slick dimensions: | Percent coverage: |
| Orientation of slick(s): | Is oil recoverable (Y/N)?: |
| Distribution of oil (i.e. windrows, streamers, pancakes or patches): | |
| **Considerations** | |
| • During surveillance, go beyond known impacted areas to check for additional oil spill sites <br> • Include the name and phone number of the person making the observations <br> • Clearly describe the locations where oil is observed and the areas where no oil has been seen | |
| **Other Observations** | |
| | |
| | |
| | |
| | |

DAPL North Facility Response Plan

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| SPILL SURVEILLANCE CHECKLIST |
| --- |
| **Response Operations** |
| Equipment deployment locations: |
| Boom deployment locations: |
| **Environmental Operations** |
| Locations of convergence lines, terrain, and sediment plumes: |
| Locations of debris and other features that could be mistaken for oil: |
| Wildlife present in area (locations and approximate numbers): |
| **Spill Sketch (Use Additional Pages if Needed)** |
| |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**4.3 Estimating Spill Volumes**

Early in a spill response, estimation of spill volume is required in order to:

- Report to agencies
- Determine liquid recovery requirements
- Determine personnel and equipment requirements
- Estimate disposal and interim storage requirements

Some rapid methods to estimate spill size are:

- Transfer operations: Multiply the pumping rate by the elapsed time that the leak was in progress, plus the drainage volume of the line between the two closest valves or isolation points (volume loss = pump rate [bbls/min] x elapsed time [min] + line contents [bbl])
- Tank overfills: Elapsed time multiplied by the pumping rate
- Visual assessment of the surface area and thickness (**TABLE 4-3**); **this method may yield unreliable results because:**

  - Interpretation of sheen color varies with different observers
  - Appearance of a slick varies depending upon amount of available sunlight, sea-state, and viewing angle
  - Different products may behave differently, depending upon their properties

**TABLE 4-3 OIL THICKNESS ESTIMATION CHART**

| OIL THICKNESS ESTIMATIONS | | | | |
|---|---|---|---|---|
| **STANDARD FORM** | **Approx. Film Thickness** | | **Approx. Quantity of Oil in Film** | |
| | **Inches** | **Millimeters** | **gallons/mile$^2$** | **liters/km$^2$** |
| Barely Visible | 0.0000015 | 0.00004 | 25 | 44 |
| Silvery | 0.000003 | 0.00008 | 50 | 88 |
| Slightly Colored | 0.000006 | 0.00015 | 100 | 179 |
| Brightly Colored | 0.000012 | 0.0003 | 200 | 351 |
| Dull | 0.00004 | 0.001 | 666 | 1,167 |
| Dark | 0.00008 | 0.002 | 1,332 | 2,237 |
| Thickness of light oils:  0.0010 inches to 0.00010 inches | | | | |
| Thickness of heavy oils: 0.10 inches to 0.010 inches | | | | |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## 4.4 Emergency Response Personnel

The local Emergency Response Personnel (ERP) has been created and organized to plan for and manage emergencies. The local ERP is composed of Company personnel from offices within the Area. Additional personnel from outlying offices may be used (if needed). The local ERP will develop strategies and priorities for a response, then will supervise contractors, handle safety and security matters, and will provide logistical support for contractor personnel. The local ERP will handle all communications with the media and the public. Job descriptions for each local ERP member are provided in **APPENDIX D**. The local ERP will train by participating in exercises as noted in **SECTION 6.**

Activation of the local ERP may be accomplished in stages. Initially, the First Responder assumes the role of Incident Commander (IC). During a spill incident, the initial IC may be able to respond without assistance from the local ERP. If the situation requires more resources, he may request additional personnel or management support from the local ERP. This request is made to the Qualified Individual (QI). Depending on the situation, the QI may then assume the role of Incident Commander. The QI would then call out the other local ERP members.

In the event the local Emergency Response Personnel require assistance in managing an incident, the District Manager will request the assistance of the company's Incident Management Team (IMT). The IMT consists of nationwide company personnel capable of managing large scale incidents. The IMT members have received position-specific ICS training and drill on an annual basis. The IMT positions are listed in **APPENDIX G.**

## 4.5 Incident Command System/Unified Command

The Incident Command System (ICS) will be used by the local ERP for spill response. The ICS position descriptions are defined in **APPENDIX D** and can be expanded or contracted as necessary.

The Unified Command System (UCS) is the accepted method of organizing key spill management entities within the Incident Command System. The primary entities include:

- Federal On-Scene Coordinator (FOSC)
- State On-Scene Coordinator (SOSC)
- Company Incident Commander

These three people share decision-making authority within the Incident Command System and are each responsible for coordinating other federal, state, and company personnel to form an effective integrated emergency management team. Refer to **APPENDIX D** for detailed description of the ICS roles and responsibilities as well as organizational interfaces with external parties.

## 5.0 <u>CONTAINMENT AND RECOVERY METHODS</u>

A general description of various response techniques that may be utilized during a response are discussed below. Sunoco Pipeline and its response contractors are free to use all or any combination of these methods as specific incident conditions dictate, provided they meet the

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

appropriate safety standards and other requirements relative to the incident. The most effective cleanup will result from an integrated combination of cleanup methods. Each operation should complement and assist related operations.

## 5.1 Spill on Land (Soil Surfaces)

<u>Containment Methods</u>

Product can be contained in ditches and gullies by earthen berm structures (EBS). Where excavating machinery is available, EBS can be used to prevent the spread of oil. EBS, small and large, should be effectively utilized to protect priority areas such as inlets to drains, sewers, ducts, and watercourses. These can be constructed of earth, sandbags, absorbents, planks, or any other effective material. If time does not permit construction of a large EBS, a series of small EBS can be used, each one holding a portion of the oil as it advances. The terrain will ultimately dictate the placement of EBS. If the spill is minor, natural berms or earth absorption will usually stop the oil before it advances a significant distance.

In situations where vapors from a spill present a clear and present danger to property or life, spraying the surface of the spill with an appropriate vapor suppressor will greatly reduce the release of additional vapors.

<u>Recovery Methods</u>

The recovery and removal of free oil from soil surfaces is a difficult job. Some effective approaches seem to be:

- Removal with suction equipment to tank truck, if concentrated in volumes large enough to be picked up. Channels can be formed to drain pools of product into storage pits and facilitate the use of suction equipment.
- Small pockets may have to be recovered with sorbent material
- Once free oil has been recovered to the extent practical, mechanical removal of impacted soils can commence until impacts have been adequately removed. Contaminated soils should be handled in accordance with all federal and state requirements.

## 5.2 Spill on Lake or Pond (Calm or Slow-Moving Water)

<u>Containment Methods</u>

A lake or pond offers the best conditions for removal of product from water. Although the removal is no easy task, the lake or pond presents the favorable conditions of low or no current and low or no waves.

The movement of product on a lake or pond is influenced mainly by wind. The product will tend to concentrate on one shore, bank or inlet. Booms should be set up immediately to hold the product in the confined area in the event of a change in wind direction.

If the spill does not concentrate itself on or near a shore (no wind effect), then a sweeping action using boats and floating booms may be necessary. The essential requirement for this operation is

33

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

that it be done very slowly. The booms should be moved at not more than 40 feet per minute. Once the slick is moved to a more convenient location (near shore), the normal operations of removal should begin.

If the slick is small and thin (rainbow effect) and not near the shoreline, an absorbent boom instead of a regular boom should be used to sweep the area very slowly and absorb the slick. The product may not have to be moved to the shoreline.

<u>Recovery Methods</u>

If the containment slick is thick enough, regular suction equipment may be used first; however, in most instances, a floating skimmer should be used.

If the floating skimmer starts picking up excess water (slick becomes thin), drawing the boom closer to the bank as product is removed will also keep film of product thicker. However, when the slick becomes too thin, the skimmer should be stopped and an absorbent applied (with a boat if necessary) to remove the final amounts.

Product-soaked absorbent can be drawn in as close to the shore as possible with the booms used to confine the product initially. The absorbent can then be hand skimmed from the water surface and placed in drums, on plastic sheets or in lined roll-off boxes. It should then be disposed of in accordance with federal and state requirements. The final think slick (rainbow) on the surface can be removed with additional absorbent.

## 5.3 Spill on Small to Medium Size Streams (Fast-Flowing Creeks)

<u>Containment Methods</u>

The techniques used for product containment on fast-flowing shallow streams are quite different from the ones used on lakes, ponds, or other still bodies of water. The containment and removal processes require a calm stretch of water to allow the product to separate onto the surface of the water. If a calm stretch of water does not exist naturally, a deep slow-moving area should be created by berming. The berm can be constructed by using sandbags, planks or earth. If an earthen berm structure (EBS) is required, it should be situated at an accessible point where the stream has high enough banks. The EBS should be constructed soundly and reinforced to support the product and water pressure.

- Underflow structure – An underflow structure, typically earthen berm is one method that can be used, especially on small creeks. The water is released at the bottom of the EBS using a pipe, or multiple pipes, which are installed during construction of the EBS. The flow rate through the pipe(s) must be sufficient to keep the EBS from overflowing. The pipe(s) should be installed at an angle through the EBS (during construction) so that the height of the discharge end of the pipe(s) will determine the height of the water on the upstream side of the EBS.

- Overflow structure – Another method of containment is an overflow structure, typically earthen berm. An overflow EBS is constructed so that water flows over the EBS, but a deep pool is created which reduces the surface velocity of the water, thereby creating a calm

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

stretch of water to facilitate containment and recovery efforts.  The overflow EBS may be used where large flow rates, such as medium sized creeks, are involved.

With this type of EBS, a separate barrier, such as a floating or stationary boom, must be placed across the pool created by the EBS to contain the oil.  This boom should be placed at an angle of 45 degrees across the pool to decrease the effective water velocity beneath it.  Also, this angle helps to concentrate the oil at the bank and not along the boom.  A second boom should be placed approximately 10 to 15 feet downstream of the first on as a secondary backup.

A stationary boom type barrier can be made of wood planks or other suitable material.  The stationary boom should be securely constructed and sealed against the bank.  The ends of the planks can be buried in the banks of the stream and timber stakes driven into the stream bed for support as needed.  The necessary length of boom will be approximately 1-1/2 times the width of the waterway.  A stationary boom should extend six to eight inches deep into the water and about two inches or higher above the water level.  If the increase in velocity under the stationary boom is causing the release of trapped oil, it should be moved upward slightly.  At no time should the stationary boom be immersed more than 20% of the depth of the pool created by the overflow structure typical EBS.  That is, if the pool is three feet deep, do not exceed an immersion depth of seven inches with the stationary boom.

A floating boom can be used in place of a stationary boom if the created pool's size (bank to bank) and depth will permit.  The advantages of using floating boom are the speed of deployment and the fact that there is no need for additional support as with stationary boom.

- Multiple Impoundments – Since emergency built structures - EBS (either underflow or overflow) are seldom perfect, a series of EBS may be required.  The first one, or two, will contain the bulk of the oil and the ones downstream will contain the last traces of oil.  Precautions should be taken to ensure that the foundations of emergency structures - EBS are not washed away by the released water.  If earth is used to construct an overflow structure, a layer of earth-filled bags (or other suitable material) should be placed on top of the structure to reduce erosion.

Recovery Methods

Once the containment structures are constructed, recovery of the oil from the water surface should be the primary consideration.  The recovery must be continuous or else build-up of product behind the structures or booms might lead to product escaping.

The type of recovery used depends largely on the amount of oil being contained in a given span of time, if the amount of oil moving down the stream is of sufficient quantity, the first structure - EBS or fixed boom should contain enough oil for the floating skimmer to work efficiently.  The skimmer will pump the product and possibly some water to a tank truck or other holding tank.  Separated water may be released from the bottom of the tank truck if it becomes necessary.  Absorbents may be used at downstream structures - EBS or booms.  It is inadvisable to place an absorbent in the stream prior to or at the first structure - EBS in anticipation of the arriving product.  Let the product accumulate at the first structure - EBS and use the floating skimmer to recover the product.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

The containment and removal of oil on small to medium fast-flowing streams might require a combination of underflow or overflow structures, fixed booms, floating booms, skimmers, and absorbents to ensure an effective cleanup.

## 5.4 Spill on Large Streams and Rivers

<u>Containment Methods</u>

The containment techniques differ considerably on large streams and rivers. First, the smooth calm area of water necessary for oil-water separation must be found along the stream or river rather than creating one, as with small streams. Floating booms (rather than fixed booms or EBS) must be used to contain the oil.

Local conditions of current and wind must be considered when selecting the site for the deployment of boom. A point with a low water velocity near the bank, sufficient depth to operate the oil recovery equipment, and good access is required. The fact that wind may tend to concentrate the oil against one bank must be considered. A smooth, undisturbed area of water is required immediately upstream of the boom to ensure that the oil has opportunity to separate out onto the surface. The boom should be positioned where the current is at a minimum. It is more effective to boom at a wide, slow position than on a narrow, fast stretch of water.

If the booms are positioned straight across a river or stream, or at right angles to the flow, surface water tends to drive oil beneath the boom when current velocities exceed about ½ knot (0.8 ft/sec.). However, if the current of the entire river is ½ knot or less, then a boom can be positioned straight across the river or large stream, but angled slightly in relation to the banks. By placing the boom at an angle to the banks, oil on the surface is diverted along the boom to the side of the river.

The current velocity is usually much slower near the river bank than in the center and the oil will move along the boom toward the bank for removal. A water-tight seal between the bank and the boom is essential. A secondary boom should be setup immediately downstream of the first one to capture any oil that escapes the upstream boom. A boom can be deployed parallel to the river flow at the bank to form the seal with the booms used to trap the product.

Where the current velocity of the chosen site exceeds ½ knot, the boom may be positioned in two smooth curves from the point of maximum velocity (usually the center of the river) to both banks. However, this double-boom requires oil to be recovered from both sides of the river. To determine the appropriate angle of boom placement and support (mooring) needed to hold the booms in position, the current velocity should be measured by timing a floating object which is 80% submerged over a distance of 100 feet. A time of 60 seconds over this distance indicates a water current of approximately 1 knot.

For currents from 1 to 2.5 knots (1.7 to 4.2 ft/sec.), the more the boom will have to be angled acute to the bank. The length of the boom will have to be such to reach the center of the river. For currents between ½ and 1 knot (0.8 and 1.7 ft./sec.), the angle of deployment can be enlarged.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

The major load on the boom is taken by the terminal moorings, particularly the one in the center of the river.  However, intermediate moorings are also required both to maintain the smooth curve of the boom to prevent breaking of the boom and to assist with preventing skirt deflection.  The intermediate moorings are preferably positioned every 25 feet and must be adjusted to avoid the formation of indentations in the boom profile.  These trap oil in pockets, prevent its deflection to the bank, and also encourage diving currents.

In certain situations, it might be advantageous to position booms to deflect the approaching oil to a slower moving area.  Naturally, additional booms would have to be positioned around this slower moving area prior to deflecting the product to the area.  This approach may be used along rivers which have lagoons, etc., with a very low current action.  The recovery would take place in the lagoons and not along the river bank.

<u>Recovery Methods</u>

Any oil contained upstream of the floating booms in a large stream or river should be removed from the water surface as it accumulates.  Regular suction equipment, a floating skimmer, and/or absorbents (including absorbent booms) should be used to remove the oil as appropriate.  If the amount of oil moving downstream is of sufficient quantity, the primary floating boom will likely contain enough oil for the floating skimmer to work efficiently.  The skimmer will pump the product and some water to a tank truck or other holding tank.

The absorbents would then be used upstream of the secondary boom to absorb any potential underflow from the primary boom.  An absorbent boom can also be placed between the primary and secondary booms to help the other absorbents control any underflow from the primary boom.  It is best to hand skim the saturated absorbents and place them in plastic bags for disposal.

## 5.5 Spill on a Stream Which Flows into a Lake or Pond

In certain locations where streams flow into lakes or ponds at relatively short distances, it is conceivable that a spill may reach the lake before containment and recovery operations are set up.  If time permits containment operations to be set up on the stream in question, containment and recovery methods can be utilized as described above.  However, if oil in the stream is near the lake or if oil is flowing into the lake with a significant amount yet to arrive, different containment methods may be required.

<u>Containment Methods</u>

Oil on a stream flowing into a lake should be boomed as close to the entrance as possible.  The boom should be positioned on the lake at an angle to the residential stream current so as to direct the surface water to a slower moving area.  The area where the product is being deflected should be enclosed by booms to contain the oil.  An additional boom for sweeping the product to the bank may be required.  This area of containment should not have a current velocity of more than 1/2 knot (0.8 ft./sec.), preferably less.

<u>Removal Methods</u>

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

The recovery of oil from the lake or pond's surface should be handled as described above.  For sizable releases, collected oil will usually be pumped into tank trucks and transported to a storage facility.

## 5.6 Spill in Urban Areas

Oil spills in urban areas can greatly impact recreational use, human health, wildlife habitat(s), and potential result in beach or park closures.  Manmade structures along waterways require unique protection strategies.  Manmade structures could include vertical shore protection structures such as seawalls, piers, and bulkheads, as well as riprap revetments and groins, breakwaters, and jetties.  Vertical structures can be constructed of concrete, wood, and corrugated metal.  They usually extend below the water surface, although seawalls can have beaches or riprap in front of them.  These structures are very common along developed shores, particularly in harbors, marinas, and residential areas.  Maintaining shipping or other kinds of vessel traffic through navigation channels or waterways during a spill response is a difficult consideration because there is usually economic and political pressure to re-establish normal operations as soon as possible.  This consideration extends to vehicular traffic through urban areas.  Deploying booms and skimmers or constructing recovery sites can conflict with such traffic for several days.  Also, passage of deep-draft vessels through the waterway can suddenly change water level and flow or create wakes, causing booms to fail.  For these reasons, recovery efforts must be coordinated through the Unified Command to ensure the cooperation of all parties involved.

<u>Containment Methods</u>

Containment techniques in an urban area depend greatly on the ability to deploy equipment due to obstacles presented by the urban area.  Most booming and containment techniques will work with slight modifications such as direct anchoring instead of the use of booming buoys.

<u>Recovery Methods</u>

Normal recovery techniques work when recovering oil in an urban area.  However, recovery can be hampered by several situations.  Floating debris clogging skimming equipment is the main cause for low recovery rates.  Another problem for recovery in an urban area is lack of storage space.  Often traffic problems or lack of access prevent storage equipment such as frac tanks and vacuum trucks from approaching the recovery zone.  Consideration should be given to these situations and appropriate measures taken.

## 5.7 Spill Under Ice

<u>Containment Methods</u>

The traditional strategy for dealing with oil under the ice in a river or lake is to cut a slot to facilitate oil recovery.  Ice slots can be cut using chain saws, handsaws, ice augers or some form of trencher.  Another effective variation of this technique is the diversionary plywood barrier method which is also discussed below.

<u>Recovery Methods</u>

38

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

Ice slotting is a very basic technique used to gain access to oil trapped beneath the ice.  In ice slotting, a J shaped outline is sketched into the ice at a 30 degree angle to the current.  The slight J hook or curve is necessary at the upstream side to provide flow towards the recovery area.  In general, the slot width should be 1.5 times the thickness of the ice.  Remember, a block of ice is heavy and the width of the slot must be taken into consideration so it can be safely removed or pushed under if the water beneath the ice is sufficiently deep.  The length of the slot will be determined by the width of the river and strategy.

Ice slotting is a successful strategy to implement. However, there are a few pit falls to be aware off.  First, responders may experience fatigue rapidly if required to cut the slot(s) by hand using a chain saw or hand held saw.  Secondly, when cutting with chain saws, large volumes of water are kicked up, by the moving chain, onto the responder.  This is a safety problem when the responders get wet in extreme cold weather conditions.  However, wearing rain gear will provide some protection and can greatly reduce this problem.

A second technique is to slot the ice and use plywood to help divert oil beneath the ice to a recovery area.  This technique is referred to as the diversionary plywood barrier method.  In this technique, a narrow slot is made through the ice and 4' x 8' sheets of plywood, or equivalent material, are dropped into the slot to create a barrier and force the oil to follow the barrier to the collection area.  This is the same principal employed when using floating boom.
The slot can be cut or drilled depending on the equipment available at the time of the response. If drilling is required, a gas powered ice auger can be used.  In this scenario a series of 8" or 10" holes are drilled next to each other in the J pattern.  A chain saw can be used to connect the holes if an ice bridge exists between two auger holes.  After the ice auguring is complete, plywood can be dropped into the augured slot.

River ice is dirty and chipper blades on the augers may only last long enough to complete a single auger hole.  This technique requires a large inventory of chipper blades.  Extra auger flights can be used, which reduces down time to change blades. A real plus to slotting the ice with an ice auger is the limited exposure of responders to water.  The water is generally restricted to the area around the responder's feet.

## 5.8 Spill on Ice

When managing an oil spill on ice special consideration must be given to several safety factors. Thickness of the ice and general accessibility of equipment must be considered when planning for on-ice recovery.  Ice that is too thin to safely traverse or broken ice may prevent active recovery.

<u>Containment Methods</u>

For ice-covered on-land or on-water spills, snow or earthen berms may be constructed to contain oil around the leak, if terrain permits.  Dikes filled with sorbent materials may be used on spills in smaller streams to create a containment structure to prevent further migration of the oil.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

Recovery Methods

Generally, on-ice recovery consists of the manual recovery of the oil from the spill site. If conditions permit, vacuum trucks or suction pumps may be used to recover pools of oil that may have collected. Often, oil recovery will be completed by hand using brooms, shovels and rakes. Manually moving the oil/snow mixture into piles for collection, where it is either vacuum or manually collected into storage containers, may expedite the recovery process.

## 5.9 Spill in Wetland Areas

Wetlands, which may include upland and inland marshes, swamps and bogs, are highly sensitive to spills because they collect run-off from surrounding environments, and because they are home to many commercially and ecologically important species. Wetlands are very susceptible to damage and are a high priority to protect. Precautions should be taken so that the recovery effort does not cause more damage than that cause by the spill.

Containment Methods

Containment booms can be strategically deployed to contain or divert the oil into collection areas where skimmers and vacuums can be used to recover the oil. Berms can also be constructed to contain or divert the oil. Consideration must be given to the damage that can be caused by containing and recovering the oil in the wetland areas. Often, allowing the product to flow to natural collection areas and possibly assisting the flow by the use of high volume low pressure water pumps may be the best course of action.

Recovery Methods

Skimmers and vacuums can be deployed to recover contained oil. Other acceptable response techniques might include bioremediation, sorbents and in-situ burning. The use of heavy equipment is often not practical because of the damage it can cause to plant and animal life. During recovery, specially designed flat bottom shallow draft vessels and the use of plywood or boards may be used to reduce the damage caused by recovery personnel. If the water table is high and the oil will not permeate the soil, shallow trenches may be dug to collect oil for removal. The Unified Command must balance the need to recover the product with the damage caused by active recovery. Considerations should be given for long term, passive recovery techniques.

## 5.10    Spill On or Near Groundwater

Containment Methods

Product can be contained on, or near, the surface using the containment and recovery methods stated above. Where excavating machinery is available, trenches can be used to prevent the migration of oil under the surface to nearby groundwater bearing units. Pathways to groundwater such as buried utilities, water wells and monitoring wells in the spill path should be a priority and addressed immediately to prevent potential infiltration.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

Recovery Methods

The recovery and removal will vary depending on site conditions and hydrogeological characteristics. Recovery methods may require guidance and approval from applicable state agency(s). The following should be considered:

- Passive recovery – Passive recovery can be an effective technique whereby released product is recovered by hand bailing, passive skimming operations, and/or the insertion of absorbent socks in the recovery well(s).

- Active recovery – Active recovery may include the installation of groundwater pump and treat systems, recovery trenches, vacuum enhanced groundwater recovery, soil vapor extraction, and low-temperature thermal desorption.

## 6.0 TRAINING PROCEDURES

### 6.1 Exercise Requirements and Schedules

The Company participates in the National Preparedness for Response Exercise Program (PREP) in order to satisfy the exercise requirements of PHMSA and EPA. Emergency responders, regulatory agencies and other stake holders are routinely invited to observe or participate in table top and equipment deployment drills. A description of exercise requirements and documentation procedures is included in **APPENDIX H.**

The Manager – Pipeline Operations is responsible for the following aspects:

- Scheduling
- Maintaining records
- Implementing
- Evaluation of the Company's training and exercise program
- Post-drill evaluation improvements

### 6.2 Post Incident Review

In the case of the following spills from a 49 CFR Part 195 regulated pipeline, a Standard Incident Debriefing Form as noted in **TABLE 6-1** will be completed:

- Any spill resulting in an explosion or fire
- Any spill resulting in the death of any person
- Any spill resulting in an injury requiring inpatient hospitalization
- Any spill impacting a lake, reservoir, stream, river or similar body of water
- Any spill resulting in more than $50,000.00 in damage including the cost of damage to facilities, spill cleanup, emergency response, value of lost product and damage to property

41

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

In the case of spills from other facilities a Standard Incident Debriefing Form as noted in **TABLE 6-1** will be completed on an as determined basis which will be dictated by individual circumstances.

Pertinent facility personnel involved in the incident shall be debriefed (by the Company)   within the calendar quarter after termination of operations. A Standard Incident Debriefing Form is provided in **TABLE 6-1**. The primary purpose of the post-incident review is to identify actual or potential deficiencies in the Plan and determine the changes required to correct the efficiencies.

The post-incident review is also intended to identify which response procedures, equipment, and techniques were effective and which were not and the reason(s) why. This type of information is very helpful in the development of a functional Plan by eliminating or modifying those response procedures that are less effective and emphasizing those that are highly effective. This process should also be used for evaluating training drills or exercises. Key agency personnel that were involved in the response may be invited to attend the post-incident review. A copy of the Incident debriefing form may be sent to agency personnel who were invited to the drill, but were unable to attend.

**TABLE 6-1 STANDARD INCIDENT DEBRIEFING FORM**
**See Appendix F - Standard Incident Debriefing Form**

DAPL North Facility Response Plan

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## 6.3 Training Program

A Health, Environment and Safety Training Program has been developed to include a detailed discussion of training required for personnel, regulations covered by the training, frequency of the specific training, method of training (i.e. computer based, classroom, live training by demonstration, etc.) and training duration.  Training requirements are presented in Table 6-2, below:

## TABLE 6-2 TRAINING REQUIREMENTS

| Training Type | Training Characteristics |
|---|---|
| Training in Use of Oil Spill Plan | • All field personnel will be trained to properly report/monitor spills<br>• Plan will be reviewed annually with all employees and contract personnel<br>• A record of Personnel Response Training will be maintained. |
| OSHA Training Requirements (HAZWOPER) | • All Company responders designated in Plan must have 24 hours of initial spill response training in accordance with 29 CFR 1910:<br> • Laborers having potential for minimal exposure must have 24 hours of initial oil spill response instruction and 8 hours of actual field experience<br> • Spill responders having potential exposure to hazardous substances at levels exceeding permissible exposure limits must have 40 hours of initial training offsite and 24 hours of actual field experience<br> • On-site management/supervisors required to receive same training as equipment operators/general laborers plus 8 hours of specialized hazardous waste management training<br> • Managers/employees require 8 hours of annual refresher training |
| Spill Management Team Personnel Training | • Will follow EPP 101 – PREP Training and Record Guide |
| Training for Casual Laborers or Volunteers | • Company will not use casual laborers/volunteers for operations requiring HAZWOPER training. |
| Hydrogen Sulfide ($H_2S$) Monitoring and Procedures | • Will follow company Health, Environment, and Safety Training Program and Respiratory Protection Program. |
| Wildlife | • Only trained personnel approved by USFWS and appropriate state agency will be used to treat oiled wildlife |

43

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| Training Type | Training Characteristics |
|---|---|
| Training Documentation and Record Maintenance | • Training activity records will be retained five years for all personnel following completion of training<br>• Company will retain training records indefinitely for individuals assigned specific duties in Plan<br>• Training records will be retained. |
| Emergency Response Training (HAZWOPER) | The Company has established and conducts a continuing training program to instruct emergency response personnel to:<br>• Carry out emergency procedures established under 195.402 that relate to their assignments;<br>• Know the characteristics and hazards of the hazardous liquids or carbon dioxide transported, including, in case of flammable HVL, flammability of mixtures with air, odorless vapors, and water reactions;<br>• Recognize conditions that are likely to cause emergencies, predict the consequences of facility malfunctions or failures and hazardous liquids or carbon dioxide spills, and take appropriate corrective action;<br>• Take steps necessary to control any accidental release of hazardous liquid or carbon dioxide and to minimize the potential for fire, explosion, toxicity, or environmental damage; and<br>• Learn the proper use of fire-fighting procedures and equipment, fire suits, and breathing apparatus by utilizing, where feasible, a simulated pipeline emergency condition.<br><br>At intervals not exceeding 15 months, but at least once each calendar year, the Company shall:<br>• Review with personnel their performance in meeting the objectives of the emergency response training program set forth in 195.403(a), and<br>• Make appropriate changes to the emergency response training program as necessary to ensure that it is effective.<br><br>The Company requires and verifies that its supervisors maintain a thorough knowledge of that portion of the emergency response procedures established under 195.402 for which they are responsible to ensure compliance. |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| Training Type | Training Characteristics |
|---|---|
| Minimum requirements for operator qualification of individuals performing covered tasks on a pipeline | The Company has a written qualification program that includes provisions to:<br>• Identify covered tasks;<br>• Ensure through evaluation that individuals performing covered tasks are qualified;<br>• Allow individuals that are not qualified pursuant to 49 CFR 195 Subpart G to perform a covered task if directed and observed by an individual that is qualified;<br>• Evaluate an individual if the operator has reason to believe that the individual's performance of a covered task contributed to an accident as defined in Part 195;<br>• Evaluate an individual if the operator has reason to believe that the individual is no longer qualified to perform a covered task;<br>• Communicate changes that affect covered tasks to individuals performing these covered tasks; and<br>• Identify those covered tasks and the intervals at which evaluation of the individual's qualifications is needed.<br><br>**RECORDS**<br>Each operator shall maintain records that demonstrate compliance with 49 CFR Part 195, Subpart G. Qualification records shall include:<br>• Identification of qualified individuals<br>• Identification of covered tasks the individual is qualified to perform<br>• Date(s) of current qualification<br>Records supporting an individual's current qualification shall be maintained while the individual is performing the covered task. Records of prior qualification and records of individuals no longer performing covered tasks shall be retained for a period of five years. |
| Breathing | • HES Respiratory Protection Training |
| Exposure | Personal Protective Equipment<br>• HES Personal Protective Equipment<br>• Emergency Response Guidebook: Purpose and Uses<br>• Hazard Communication - Generic ComplianceWire (CW) course<br>• HES HAZCOM (face -2-face) |

45

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| Training Type | Training Characteristics |
|---|---|
| MX6  Instrument | • HES  MX6 Gas Meter User Training<br>• HES  Operation and Maintenance of Monitoring Equipment |
| Fit-Testing | • HES  Respirator Fit-Testing |
| HES  Emergency Response Plan Review (FRC, State Plan)<br>This is face-2-face area specific training. | HAZWOPER Awareness  - Generic  CW course<br>• Emergency Response Guidebook: Purpose and Uses<br>• Hazard Communication  - Generic  CW course<br>• HES  HAZCOM  (face -2-face)<br>• PREP  Emergency Response Plan Review |
| Incident Command System (ICS)<br>National Incident Management System (NIMS) | Computer Based Training:<br>• ICS 100<br>• ICS 200<br>• ICS 700<br>• ICS 800 |

46

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## 7.0 WORST CASE DISCHARGE SUMMARY

### 7.1 Worst Case Discharge Scenario

The equipment and personnel to respond to a spill are available from several sources and are provided with the equipment and contractors in **TABLE 2-5**. The following sections are discussions of these scenarios.

Worst case discharge calculations are provided in **SECTION 7.3**.

Upon discovery of a spill, the following procedures would be followed:

1. The First Responder would notify the Manager of Pipeline Operations and the Operations Control Center.  Notifications would be initiated in accordance with **SECTION 2.0**. The First Responder would advise the Manager of Pipeline Operations with any concerns of public safety.

2. The Area Supervisor/Manager of Operations would assume the role of Incident Commander/Qualified Individual until relieved and would initiate response actions and notifications in accordance with **SECTION 2.0**. If this were a small spill, the local/company personnel may handle all aspects of the response. Among those actions would be to:

   - Conduct safety assessment and evacuate personnel as needed in accordance with **SECTION 3.2**
   - Direct facility responders to shut down ignition sources
   - Direct facility personnel to position resources in accordance with **SECTION 4.0** and **SECTION 7.0**
   - Complete spill report form provided in **APPENDIX B**
   - Ensure regulatory agencies are notified

3. If this were a small or medium spill, the Qualified Individual/Incident Commander may elect for the First Responder to remain the Incident Commander or to activate selected portions of the Emergency Response Personnel. However, for a large spill, the Qualified Individual would assume the role of Incident Commander and would activate the entire Emergency Response Personnel in accordance with activation procedures described in **SECTION 4.4**.

4. The Incident Commander would then initiate spill assessment procedures including surveillance operations, trajectory calculations, and spill volume estimating in accordance with **SECTIONS 4.2 and 4.3.**

5. The Incident Commander would then utilize checklists in **SECTION 4.0** as a reminder of issues to address. The primary focus would be to establish incident priorities and objectives and to brief staff accordingly.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

6.  The Emergency Response Personnel would develop the following plans, as appropriate (some of these plans may not be required during a small or medium spill):

- Site Safety and Health
- Site Security
- Incident Action
- Decontamination
- Disposal
- Demobilization

7.  The response would continue until an appropriate level of cleanup is obtained.

## 7.2 Planning Volume Calculations

Once the worst case discharge volume has been calculated, response resources must be identified to meet the requirements of 49 CFR 194.105(b). Calculations to determine sufficient amount of response equipment necessary to respond to a worst case discharge are described below. A demonstration of the planning volume calculations is provided below.

## DOT/PHMSA Portion of Pipeline/Facilities

The worst case discharge (WCD) for the DOT portion of the pipeline and facilities, as defined in 49 CFR 194.105(b), as the largest volume of the following:

1.  The pipeline's maximum shut-down response time in hours (based on historic discharge data or in the absence of such data, the operators best estimate), multiplied by the maximum flow rate expressed in barrels per hour (based on the maximum daily capacity of the pipeline), plus the largest drainage volume after shutdown of the line section(s) in the response zone expressed in barrels; or

2.  The largest foreseeable discharge for the line section(s) within a response zone, expressed in barrels (cubic meters), based on the maximum historic discharge, if one exists, adjusted for any subsequent corrective or preventative action taken; or

3.   If the response zone contains one or more breakout tanks, the capacity of the single largest tank or battery of tanks within a single secondary containment system, adjusted for the capacity or size of the secondary containment system, expressed in barrels.

Under PHMSA's current policy, operators are allowed to reduce the worst case discharge volume derived from 49 CFR 194.105(b)(3) by no more than 75% if an operator is taking certain spill prevention measures for their breakout tanks and presents supporting information in the

response plan. An operator can reduce the worst case discharge volume based on breakout tanks in the response zones as follows:

**TABLE 7-1 PHMSA PERCENT REDUCTION ALLOWED**

| SPILL PREVENTION MEASURES | PERCENT REDUCTION ALLOWED |
|---|---|
| Secondary containment capacity greater than 100% capacity of tank and designed according to NFPA 30 | 50% |
| Tank built, rebuilt, and repaired according to API Std 620/650/653 | 10% |
| Automatic high-level alarms/shutdowns designed according to NFPA/API RP 2350 | 5% |
| Testing/cathodic protection designed according to API Std 650/651/653 | 5% |
| Tertiary containment/drainage/treatment per NFPA 30 | 5%* |
| Maximum allowable credit or reduction | 75% |

**The worst case discharge is based on the largest volume of the three criteria given above.**

██████████████████████████████████████████████

All of the breakout tanks in the pipeline system are within adequate secondary containment, built according API Standard 650, have automatic high-level alarms/shutdowns designed according to NFPA/API RP 2350, testing/cathodic protection designed according to API Standard 650, therefore, the discharge volumes for the largest tank were determined by adjusting the total tank volume downward by 70% per the company guidelines.

The line sections with the highest throughput and largest drainage volume between block valves on pump stations were chosen to calculate the pipeline worst case discharge. Although the entire discharge volume of each line was used for the worst case discharge, in an actual spill event, it would take days to drain the line completely. The line would be sealed early in the response effort. Considering the volume of release from a line break compared to that of historic discharge in each zone and to the volumes released from a tank failure, ███████████████████ ██████████████████████

The maximum historic discharge is not applicable for WCD covered by this plan. Given below are the tank and pipeline WCD calculations for this plan. The largest tank volume is as follows:

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| LOCATION | VOLUME (BBLS) |
|----------|---------------|
| ██████████ | ██████ |
| ██████████ | ██████ |

## 7.3 Worst Case Discharge Volume Calculations

<u>Tanks</u>

The worst case tank volume is calculated as follows:

Largest Tank X Credit for Containment Tank Standards = Tank Standards Credit

The Company has implemented all of the spill prevention measures listed on the previous page, except tertiary containment. Therefore, the percent reduction allowed for credit equals 70% and the worst case discharge volume in tanks is 30% of the total volume of the largest tank.

████████████████████

<u>Pipelines</u>

The worst case discharge for the pipeline segment.

$$WCD = [(DT + ST) \times MF] + DD$$

███████████████████████████████████
████████████████████

Where:
WCD = worst case discharge (bbl)
DT + ST = maximum detection time + maximum shut down time in adverse weather
MF = maximum flow rate (bph)
DD = drain down volume (bbl)

████████████████████████████████

As detailed above, the discharges for the pipeline are less than discharges from the tanks; therefore, the DOT/PHMSA WCD volume for this plan is: ████████████.



CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE



## 7.4 Product Characteristics and Hazards

Pipeline systems described in this plan may transport various types of commodities including but not limited to:

- Crude Oil

The key chemical and physical characteristics of each of these oils and/or other small quantity products/chemicals are identified in **TABLE 7-2**, below.

### TABLE 7-2 CHEMICAL AND PHYSICAL CHARACTERISTICS

| COMMON NAME | SDS NAME | HEALTH HAZARD | FLASH POINT | SPECIAL HAZARD | REACTIVITY | HEALTH HAZARD WARNING STATEMENT |
|---|---|---|---|---|---|---|
| Crude Oil | Appropriate Product Name | 1 | 3 | C, H2S | 0 | May Contain benzene, a carcinogen, or hydrogen sulfide, which is harmful if inhaled; flashpoint varies widely. |

| Health Hazard | 4 = Extremely Hazardous<br>3 = Hazardous<br>2 = Warning<br>1 = Slightly Hazardous<br>0 = No Unusual Hazard | Fire Hazard (Flash Point) | 4 = Below 73° F, 22° C<br>3 = Below 100° F, 37° C<br>2 = Below 200° F, 93° C<br>1 = Above 200° F, 93° C<br>0 = Will not burn |
|---|---|---|---|
| Special Hazard | A = Asphyxiant<br>C = Contains Carcinogen<br>W = Reacts with Water<br>Y = Radiation Hazard<br>COR = Corrosive<br>OX = Oxidizer<br>H2S = Hydrogen Sulfide<br>P = Contents under Pressure<br>T = Hot Material | Reactivity Hazard | 4 = May Detonate at Room Temperature<br>3 = May Detonate with Heat or Shock<br>2 = Violent Chemical Change with High Temperature and Pressure<br>1 = Not Stable if Heated<br>0 = Stable |

51

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## 8.0 RESPONSE ZONE MAPS AND ASSOCIATED REFERENCE MATERIAL

### 8.1 Map Overview

Pipeline Sensitivity Maps are being developed to include in **APPENDIX E**. The District Overview map includes the entire DAPL North Response Zone and illustrates the eighteen (18) Pipeline Sensitivity Map locations.

The pipeline sensitivity maps will indicate the locations of the worst case discharge, distance between each line section in the response zone, public drinking water intakes within 5 miles of any pipeline segment, and any potentially environmentally sensitive areas located within 1 mile of any pipeline segment.

The following maps are included in this section:

- North Response Zone Overview
- Aberdeen
- Bismarck
- De Smet
- Eureka
- Gettysburg
- Glen Ullin
- Hazen
- Killdear
- Linton
- Mobridge
- Parshall
- Redfield
- Salem
- Sioux Falls
- Stanley
- Watertown
- Watford City
- Williston

A Pipeline Map Feature Index Table, **TABLE E-1**, will be presented following the maps. The Pipeline Map Feature Index Table will provide an explanation of potentially sensitive areas that are numerically coded on the Pipeline Sensitivity Maps.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## 9.0 RESPONSE PLAN REVIEW AND UPDATE PROCEDURES

### 9.1 Facility Response Plan Review Guidelines

In accordance with 49 CFR Part 194.121, this Plan will be reviewed annually and modified to address new or different operating conditions or information included in the Plan. Upon review of the response plan for each five-year period, revisions will be submitted to PHMSA provided the changes to the current plan are needed.  If revisions are not needed, a current plan will be submitted to PHMSA.

Company internal policy states that the Plan will be reviewed at least annually and modified as appropriate. Annual review of this Plan will be documented on the Certification of Annual Review.  In the event the Company experiences a Worst Case Discharge, the effectiveness of the plan will be evaluated and updated as necessary. If a new or different operating condition or information would substantially affect the implementation of the Plan, the Company will modify the Plan to address such a change and, within 30 days of making such a change, submit the change to PHMSA. Changes to this Plan will be documented on the Record of Plan Changes, located at the beginning of the Plan.  Examples of changes in operating conditions that would cause a significant change to the Plan include the following:

### CONDITIONS REQUIRING REVISIONS AND SUBMISSIONS

- Relocation or replacement of the transportation system in a way that substantially affects the information included in the Plan, such as a change to the Worst Case Discharge volume.
- A change in the type of oil handled, stored, or transferred that materially alters the required response resources.
- A change in key personnel (Qualified Individuals).
- A change in the name of the Oil Spill Removal Organization (OSRO).
- Any other changes that materially affect the implementation of the Plan.
- A change in the National Oil and Hazardous Substances Pollution Contingency Plan or Area Contingency Plan that has significant impact on the equipment appropriate for response activities.
- Any change or modification as identified in SDCL 34A-18-7

In accordance with South Dakota Legislative Codified Law 34A-18-7, this Plan will be reviewed in full every five years, from the date of last submission, and modified to address new or different operating conditions or information.  The Plan will be updated accordingly and submitted to the South Dakota DENR.

All requests for changes must be made through the Sr. Manager – Pipeline Operations and will be submitted to PHMSA and/or South Dakota DENR by the Emergency Planning and Response Group.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**TABLE 9-1 CERTIFICATION OF ANNUAL REVIEW**

| DATE PLAN REVIEWED | REVIEWER | TITLE |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**Appendix A – DOT/PHMSA Cross Reference**

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

Appendix A

## TABLE A - DOT/PHMSA/ SED DENR CROSS REFERENCE MATRIX

| OPA 90 REQUIREMENTS (49 CFR 194) | LOCATION |
|---|---|
| **Information Summary** | |
| • For the core plan: | N/A |
|    • Name and address of operator | TABLE 1-1 |
|    • For each Response Zone which contains one or more line sections that meet the criteria for determining significant and substantial harm (§194.103), listing and description of Response Zones, including county(s) and state(s) | TABLE 1-1 |
| • For each Response Zone appendix: | N/A |
|    • Information summary for core plan | SECTION 1.2 |
|    • QI names and telephone numbers, available on 24-hr basis | TABLE 1-1 |
|    • Description of Response Zone, including county(s) and state(s) in which a worst case discharge could cause substantial harm to the environment | TABLE 1-1, TABLE 1-2 |
|    • List of line sections contained in Response Zone, identified by milepost or survey station or other operator designation | TABLE 1-2 |
|    • Basis for operator's determination of significant and substantial harm | TABLE 1-2 |
|    • The type of oil and volume of the worst case discharge | TABLE 1-2, SECTION 7-2 |
| • Certification that the operator has obtained, through contract or other approved means, the necessary private personnel and equipment to respond, to the maximum extent practicable, to a worst case discharge or threat of such discharge | SECTION 1.3 |
| **Notification Procedures** | |
| • Notification requirements that apply in each area of operation of pipelines covered by the plan, including applicable state or local requirements | SECTION 2 |
| • Checklist of notifications the operator or Qualified Individual is required to make under the response plan, listed in the order of priority | TABLE 2-2, TABLE 2-4 |
| • Name of persons (individuals or organizations) to be notified of discharge, indicating whether notification is to be performed by operating personnel or other personnel | SECTION 2.1, TABLE 2-3, TABLE 2-4 |
| • Procedures for notifying Qualified Individuals | SECTION 2.1, TABLE 2-1 |
| • Primary and secondary communication methods by which notifications can be made | TABLE 2-3 |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

Appendix A

| OPA 90 REQUIREMENTS (49 CFR 194) | LOCATION |
|---|---|
| • Information to be provided in the initial and each follow-up notification, including the following:<br>　• Name of pipeline<br>　• Time of discharge<br>　• Location of discharge<br>　• Name of oil recovered<br>　• Reason for discharge (e.g. material failure, excavation damage, corrosion)<br>　• Estimated volume of oil discharged<br>　• Weather conditions on scene<br>　• Actions taken or planned by persons on scene | SECTION 2.2 |
| **Spill Detection and On-Scene Spill Mitigation Procedures** | |
| • Methods of initial discharge detection | SECTION 3.1 |
| • Procedures, listed in order of priority, that personnel are required to follow in responding to a pipeline emergency to mitigate or prevent any discharge from the pipeline | SECTION 3.2, TABLE 3-1 |
| • List of equipment that may be needed in response activities based on land and navigable waters including:<br>　• Transfer hoses and pumps<br>　• Portable pumps and ancillary equipment<br>　• Facilities available to transport and receive oil from a leaking pipeline<br>　• Identification of the availability, location, and contact phone numbers to obtain equipment for response activities on a 24-hour basis<br>　• Identification of personnel and their location, telephone numbers, and responsibilities for use of equipment in response activities on a 24-hour basis | SECTION 3.3, APPENDIX C |
| **Response Activities** | |
| • Responsibilities of, and actions to be taken by, operating personnel to initiate and supervise response actions pending the arrival of the Qualified Individual or other response resources identified in the response plan | SECTION 4.1, TABLE 4-1 |
| • Qualified Individual's responsibilities and authority, including notification of the response resources identified in the response plan | SECTION 4.1, TABLE 4-1 |
| • Procedures for coordinating the actions of the operator or Qualified Individual with the action of the OSC responsible for monitoring or directing those actions | TABLE 4-1 |
| • Oil spill response organizations (OSRO) available through contract or other approved means, to respond to a worst case discharge to the maximum extent practicable | TABLE 2-5, APPENDIX C |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| OPA 90 REQUIREMENTS (49 CFR 194) | LOCATION |
|---|---|
| • For each organization identified under paragraph (d), a listing of:<br>  • Equipment and supplies available<br>  • Trained personnel necessary to continue operation of the equipment and staff the oil spill removal organization for the first seven days of the response | APPENDIX C |
| **List of Contacts** | |
| • List of persons the Plan requires the operator to contact | TABLE 1.1, TABLE 2-3 |
| • Qualified individuals for the operator areas of operation | TABLE 1-1 |
| • Applicable insurance representatives or surveyors for the operator's areas of operation | TABLE 1-1 |
| • Persons or organizations to notify for activation of response resources | TABLE 2-1, TABLE 2-2, TABLE 2-4, TABLE 2-5 |
| **Training Procedures** | |
| • Description of training procedures and programs of the operations | SECTION 6.0, TABLE 6-2 |
| **Drill Procedures** | |
| • Announced and unannounced drills | TABLE 6-2, APPENDIX H |
| • Types of drills and their frequencies; for example:<br>  • Manned pipeline emergency procedures and qualified individual notification drills conducted quarterly<br>  • Drills involving emergency actions by assigned operating or maintenance personnel and notification of qualified individual on pipeline facilities which are normally unmanned, conducted quarterly<br>  • Shore-based spill management team (SMT) tabletop drills conducted yearly<br>  • Oil spill removal organization field equipment deployment drills conducted yearly<br>  • A drill that exercises entire response plan for each Response Zone, would be conducted at least once every three years | TABLE 6-2, APPENDIX H |
| **Response Plan Review and Update Procedures** | |
| • Procedures to meet §194.121 | SECTION 9.1 |
| • Procedures to review plan after a worst case discharge and to evaluate and record the plan's effectiveness | SECTION 9.1 |
| **Response Zone Appendices** | |
| • Name and telephone number of the qualified individual | TABLE 1.1 |
| • Notification procedures | SECTION 2.0 |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| OPA 90 REQUIREMENTS (49 CFR 194) | LOCATION |
|---|---|
| • Spill detection and mitigation procedures | SECTION 3.0 |
| • Name, address, and telephone number of oil spill response organizations | TABLE 2-5 |
| • Response activities and response resources including— <br><br> • Equipment and supplies necessary to meet §194.115, and <br> • The trained personnel necessary to sustain operation of the equipment and to staff the oil spill removal organization and spill management team for the first 7 days of the response | TABLE 2-5, APPENDIX C |
| • Names and telephone numbers of Federal, state and local agencies which the operator expects to assume pollution response responsibilities | TABLE 2-3, TABLE 2-4 |
| • The worst case discharge volume | SECTION 7.0, TABLE 1-2 |
| • The method used to determine the worst case discharge volume, with calculations | SECTION 7.3 |
| • A map that clearly shows: <br> • Location of worst case discharge <br> • Distance between each line section in the Response Zone: <br>   • Each potentially affected public drinking water intake, lake, river, and stream within a radius of five miles of the line section <br>   • Each potentially affected environmentally sensitive area within a radius of one mile of the line section | APPENDIX E |
| • Piping diagram and plan-profile drawing of each line section; (may be kept separate from the response plan if the location is identified) | APPENDIX E |
| • For every oil transported by each pipeline in the response zone, emergency response data that: <br> • Include name, description, physical and chemical characteristics, health and safety hazards, and initial spill handling and firefighting methods <br> • Meet 29 CFR 1910.1200 or 49 CFR 172.602 | SECTION 7.4, TABLE 7-2 |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| SD DENR REQUIREMENTS (34A-18-2) | LOCATION |
|---|---|
| **Information Summary (Section 1)** | |
| • For the core plan: | |
| • Immediate Response Notifications | TABLE 1-1, TABLE 2-2, TABLE 2-3, |
| • Spill Detection and Mitigation Procedures | SECTION 3.0 |
| • Name, Address, Phone Number of the Oil Spill Organization | TABLE 2-5 |
| • Response  Activities and Response Resources | SECTION 4.0, SECTION 3.3 |
| • Names and telephone numbers of federal, state, and local agencies which the operator expects to have pollution control responsibilities or support; | TABLE 2-3, TABLE 2-4 |
| • Training procedures | Section 6.0, TABLE 6-2 |
| • Equipment Testing | SECTION 3.0 |
| • Drill types, schedules, and procedures | TABLE 6-2, APPEENDIX H |
| • Plan review and update procedures | SECTION 9.1 |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**Appendix B- Notifications**

- DOT Reporting Form
- North Dakota Reporting Guidelines
- South Dakota Reporting Guidelines

CONFIDENTIAL PROPRIETARY AND HIGHLY SENSITIVE SECURITY INFORMATION – DO NOT DUPLICATE OR DISTRIBUTE

$100,000 for each violation for each day that such violation persists except that the maximum civil penalty shall not exceed $1,000,000 as provided in 49 USC 60122.

EXPIRATION DATE: 7/31/2015

U.S. Department of Transportation
Pipeline and Hazardous Materials
Safety Administration

## ACCIDENT REPORT – HAZARDOUS LIQUID PIPELINE SYSTEMS

Report Date _____

No. _____
(DOT Use Only)

A federal agency may not conduct or sponsor, and a person is not required to respond to, nor shall a person be subject to a penalty for failure to comply with a collection of information subject to the requirements of the Paperwork Reduction Act unless that collection of information displays a current valid OMB Control Number.  The OMB Control Number for this information collection is 2137-0047.  Public reporting for this collection of information is estimated to be approximately 10 hours per response, including the time for reviewing instructions, gathering the data needed, and completing and reviewing the collection of information.  All responses to this collection of information are mandatory.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to: Information Collection Clearance Officer, PHMSA, Office of Pipeline Safety (PHP-30) 1200 New Jersey Avenue, SE, Washington, D.C. 20590.

### INSTRUCTIONS

***Important:*** *Please read the separate instructions for completing this form before you begin.  They clarify the information requested and provide specific examples.  If you do not have a copy of the instructions, you can obtain one from the PHMSA Pipeline Safety Community Web Page at http://www.phmsa.dot.gov/pipeline/library/forms.*

### PART A – KEY REPORT INFORMATION

Report Type: *(select all that apply)*  ☐ Original  ☐ Supplemental  ☐ Final

1. Operator's OPS-issued Operator Identification Number (OPID):  /___/___/___/___/___/

2. Name of Operator: _____

3. Address of Operator:

3.a _____
(Street Address)

3.b _____
(City)

3.c State: /___/___/

3.d Zip Code: /___/___/___/___/___/ - /___/___/___/___/

4. Local time *(24-hr clock)* and date of the Accident:

/___/___/___/  /___/___/  /___/___/  /___/___/___/___/
Hour          Month      Day       Year

5. Location of Accident:
Latitude:  /___/___/ . /___/___/___/___/
Longitude: - /___/___/___/ . /___/___/___/___/

6. National Response Center Report Number (if applicable):

/___/___/___/___/___/___/___/

7. Local time *(24-hr clock)* and date of initial telephonic report to the National Response Center (if applicable):

/___/___/___/  /___/___/  /___/___/  /___/___/
Hour          Month      Day       Year

8. Commodity released:  *(select only one, based on predominant volume released)*

☐ Crude Oil

☐ Refined and/or Petroleum Product (non-HVL) which is a Liquid at Ambient Conditions

○ Gasoline (non-Ethanol)          ○ Diesel, Fuel Oil, Kerosene, Jet Fuel
○ Mixture of Refined Products (transmix or other mixture)
○ Other ⇨ Name: _____

☐ HVL or Other Flammable or Toxic Fluid which is a Gas at Ambient Conditions

○ Anhydrous Ammonia
○ LPG (Liquefied Petroleum Gas)  /  NGL (Natural Gas Liquid)
○ Other HVL ⇨ Name: _____

☐ $CO_2$  (Carbon Dioxide)

☐ Biofuel / Alternative Fuel (including ethanol blends)

○ Fuel Grade Ethanol          ○ Ethanol Blend ⇨ % Ethanol: /___/___/___/
○ Biodiesel ⇨ Blend (e.g. B2, B20, B100):  B/___/___/___/          ○ Other ⇨ Name: _____

9.  Estimated volume of commodity released unintentionally:          /___/___/___/___/ ,/___/___/___/ ./___/ / Barrels

10. Estimated volume of intentional and/or controlled release/blowdown:   /___/___/___/___/ ,/___/___/___/ ./___/ / Barrels
(only reported for HVL and $CO_2$ Commodities)

11. Estimated volume of commodity recovered:          /___/___/___/___/ ,/___/___/___/ ./___/ / Barrels

*Reproduction of this form is permitted*

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

12. Were there fatalities? ◯ Yes ◯ No

If Yes, specify the number in each category:

12.a Operator employees                    / / / /

12.b Contractor employees
     working for the Operator             / / / /

12.c Non-Operator
     emergency responders                 / / / /

12.d Workers working on the
     right-of-way, but NOT
     associated with this Operator        / / / /

12.e General public                       / / / /

12.f Total fatalities (sum of above)      / / / /

13. Were there injuries requiring inpatient hospitalization? ◯ Yes ◯ No

If Yes, specify the number in each category:

13.a Operator employees                    / / / /

13.b Contractor employees
     working for the Operator             / / / /

13.c Non-Operator
     emergency responders                 / / / /

13.d Workers working on the
     right-of-way, but NOT
     associated with this Operator        / / / /

13.e General public                       / / / /

13.f Total injuries (sum of above)        / / / /

14. Was the pipeline/facility shut down due to the Accident?

◯ Yes ◯ No ⇨ Explain: _____

If Yes, complete Questions 14.a and 14.b: *(use local time, 24-hr clock)*

14.a Local time and date of shutdown    / / / /    / / /    / / /    / / /
                                         Hour       Month   Day      Year

14.b Local time pipeline/facility restarted / / / /  / / /  / / /  / / /    ◯ Still shut down*
                                         Hour       Month   Day      Year   *(*Supplemental Report required)*

15. Did the commodity ignite?    ◯ Yes    ◯ No

16. Did the commodity explode?   ◯ Yes    ◯ No

17. Number of general public evacuated:  / / / /,/ / / /

18. Time sequence: *(use local time, 24-hour clock)*

18.a Local time Operator identified failure    / / / /    / / /    / / /    / / /
                                               Hour        Month   Day      Year

18.b Local time Operator resources arrived on site  / / / /   / / /  / / /  / / /
                                               Hour        Month   Day      Year

*Reproduction of this form is permitted*

PART F – ADDITIONAL LOCATION INFORMATION SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

*1. Was the origin of the Accident onshore?
    ○ Yes  *(Complete Questions 2-12)*    ○ No  *(Complete Questions 13-15)*

**If Onshore:**

2. State:  /___/___/

3. Zip Code:  /___/___/___/___/___/ - /___/___/___/___/

4. _____    5 _____
       City                     County or Parish

6. Operator-designated location:  *(select only one)*
    ☐ Milepost/Valve Station  *(specify in shaded area below)*
    ☐ Survey Station No.  *(specify in shaded area below)*

    /___/___/___/___/___/___/___/___/___/___/___/___/___/___/

7. Pipeline/Facility name: _____

8. Segment name/ID: _____

9. Was Accident on Federal land, other than the Outer Continental Shelf (OCS)?  ○ Yes  ○ No

10. Location of Accident:  *(select only one)*
    ☐ Totally contained on Operator-controlled property
    ☐ Originated on Operator-controlled property, but then flowed or migrated off the property
    ☐ Pipeline right-of-way

11. Area of Accident (as found):  *(select only one)*
    ☐ Tank, including attached appurtenances
    ☐ Underground ⇨ Specify:  ○ Under soil
        ○ Under a building    ○ Under pavement
        ○ Exposed due to excavation
        ○ In underground enclosed space (e.g., vault)
        ○ Other _____

        Depth-of-Cover (in):  /___/___/___/___/
    ☐ Aboveground ⇨ Specify:
        ○ Typical aboveground facility piping or appurtenance
        ○ Overhead crossing
        ○ In or spanning an open ditch
        ○ Inside a building    ○ Inside other enclosed space
        ○ Other _____
    ☐ Transition Area ⇨ Specify: ○ Soil/air interface  ○ Wall sleeve  ○ Pipe support or other close contact area
        ○ Other _____

12. Did Accident occur in a crossing?:  ○ Yes  ○ No
    If Yes, specify type below:
    ☐ Bridge crossing ⇨  Specify:  ○ Cased  ○ Uncased
    ☐ Railroad crossing ⇨  *(select all that apply)*
        ○ Cased  ○ Uncased  ○ Bored/drilled
    ☐ Road crossing ⇨  *(select all that apply)*
        ○ Cased  ○ Uncased  ○ Bored/drilled
    ☐ Water crossing
        ⇨ Specify:  ○ Cased  ○ Uncased
        Name of body of water, if commonly known:
        _____

        Approx. water depth (ft) at the point of the Accident:
        /___/___/___/___/___/

        *(select only one of the following)*
        ○ Shoreline/Bank crossing
        ○ Below water, pipe in bored/drilled crossing
        ○ Below water, pipe buried below bottom (NOT in bored/drilled crossing)
        ○ Below water, pipe on or above bottom

**If Offshore:**

13. Approximate water depth (ft.) at the point of the Accident:
    /___/___/,/___/___/___/

14. Origin of Accident:
    ☐ In State waters
        ⇨ Specify:  State:  /___/___/
            Area: _____
            Block/Tract #:  /___/___/___/___/___/
            Nearest County/Parish: _____

    ☐ On the Outer Continental Shelf (OCS)

        ⇨ Specify:  Area: _____

            Block #:  /___/___/___/___/___/

15. Area of Accident:  *(select only one)*
    ☐ Shoreline/Bank crossing or shore approach
    ☐ Below water, pipe buried or jetted below seabed
    ☐ Below water, pipe on or above seabed
    ☐ Splash Zone of riser
    ☐ Portion of riser outside of Splash Zone, including riser bend
    ☐ Platform

*Reproduction of this form is permitted*

WARNING: SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**PART C - ADDITIONAL FACILITY INFORMATION**

1. Is the pipeline or facility:
   - ☐ Interstate
   - ☐ Intrastate

2. Part of system involved in Accident: *(select only one)*
   - ☐ Onshore Breakout Tank or Storage Vessel, Including Attached Appurtenances  ➡  ○ Atmospheric or Low Pressure
     - ○ Pressurized
   - ☐ Onshore Terminal/Tank Farm Equipment and Piping
   - ☐ Onshore Equipment and Piping Associated with Belowground Storage
   - ☐ Onshore Pump/Meter Station Equipment and Piping
   - ☐ Onshore Pipeline, Including Valve Sites
   - ☐ Offshore Platform/Deepwater Port, Including Platform-mounted Equipment and Piping
   - ☐ Offshore Pipeline, Including Riser and Riser Bend

3. Item involved in Accident: *(select only one)*
   - ☐ Pipe  ➡  Specify:  ○ Pipe Body    ○ Pipe Seam
     - 3.a  Nominal diameter of pipe (in):    /    /   /./    /    /
     - 3.b  Wall thickness (in):    /    /./    /    /
     - 3.c  SMYS (Specified Minimum Yield Strength) of pipe (psi):    /    /    /   /./    /    /
     - 3.d  Pipe specification: _____
     - 3.e  Pipe Seam  ➡  Specify: ○ Longitudinal ERW - High Frequency          ○ Single SAW          ○ Flash Welded
       - ○ Longitudinal ERW - Low Frequency          ○ DSAW          ○ Continuous Welded
       - ○ Longitudinal ERW – Unknown  Frequency          ○ Furnace Butt Welded
       - ○ Spiral Welded ERW    ○ Spiral Welded SAW    ○ Spiral Welded DSAW
       - ○ Lap Welded    ○ Seamless    ○ Other _____
     - 3.f  Pipe manufacturer: _____
     - 3.g  Year of manufacture:    /    /    /    /
     - 3.h  Pipeline coating type at point of Accident
       - ➡  Specify:  ○ Fusion Bonded Epoxy    ○ Coal Tar          ○ Asphalt          ○ Polyolefin
         - ○ Extruded Polyethylene  ○ Field Applied Epoxy  ○ Cold Applied Tape  ○ Paint
         - ○ Composite    ○ None    ○ Other _____
   - ☐ Weld, including heat-affected zone  ➡  Specify: ○ Pipe Girth Weld  ○ Other Butt Weld  ○ Fillet Weld  ○ Other_____
     If Pipe Girth Weld is selected, complete items 3.a. through h. above.  If the values differ on either side of the girth weld, enter one value in 3.a. through h. and list the different value(s) in Part H - Narrative Description of the Accident.
   - ☐ Valve    ○ Mainline  ➡ Specify:  ○ Butterfly  ○ Check  ○ Gate  ○ Plug  ○ Ball  ○ Globe
     - ○ Other _____
     - 3.i  Mainline valve manufacturer: _____
     - 3.j  Year of manufacture:    /    /    /    /
     - ○ Relief Valve
     - ○ Auxiliary or Other Valve
   - ☐ Pump
   - ☐ Meter/Prover
   - ☐ Scraper/Pig Trap
   - ☐ Sump/Separator
   - ☐ Repair Sleeve or Clamp
   - ☐ Hot Tap Equipment
   - ☐ Stopple Fitting
   - ☐ Flange
   - ☐ Relief Line
   - ☐ Auxiliary Piping (e.g. drain lines)
   - ☐ Tubing
   - ☐ Instrumentation
   - ☐ Tank/Vessel  ➡  Specify:  ○ Single Bottom System    ○ Double Bottom System    ○ Tank Shell    ○ Chime
     - ○ Roof/Roof Seal    ○ Roof Drain System    ○ Mixer    ○ Pressure Vessel Head or Wall
     - ○ Appurtenance    ○ Other _____
   - ☐ Other _____

4. Year item involved in Accident was installed:    /    /    /    /

*Reproduction of this form is permitted*

CONFIDENTIAL - PROPRIETARY AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

5. Material Involved in Accident: *(select only one)*
- ☐ Carbon Steel
- ☐ Material other than Carbon Steel ➪ Specify: _____

6. Type of Accident involved: *(select only one)*
- ☐ Mechanical Puncture ➪ Approx. size: /_/_/_/_/./_/__in. (axial) by  /_/_/_/_/./_/__in. (circumferential)
- ☐ Leak ➪ Select Type:  ○ Pinhole  ○ Crack  ○ Connection Failure  ○ Seal or Packing  ○ Other
- ☐ Rupture ➪ Select Orientation:  ○ Circumferential  ○ Longitudinal  ○ Other _____
  Approx. size: /_/_/_/_/./_/ in. (widest opening) by  /_/_/_/_/./_/__in. (length circumferentially or axially)
- ☐ Overfill or Overflow
- ☐ Other ➪ Describe: _____

---

## PART D – ADDITIONAL CONSEQUENCE INFORMATION

1. Wildlife impact:    ○ Yes  ○ No
   1.a If Yes, specify all that apply:
   - ☐ Fish/aquatic
   - ☐ Birds
   - ☐ Terrestrial
2. Soil contamination:    ○ Yes  ○ No
3. Long term impact assessment performed or planned:  ○ Yes  ○ No
4. Anticipated remediation:  ○ Yes  ○ No (not needed)
   4.a If Yes, specify all that apply:
   - ☐ Surface water  ☐ Groundwater  ☐ Soil  ☐ Vegetation  ☐ Wildlife
5. Water contamination:    ○ Yes ➪ *(Complete 5.a – 5.c below)*    ○ No
   5.a Specify all that apply:
   - ☐ Ocean/Seawater
   - ☐ Surface
   - ☐ Groundwater
   - ☐ Drinking water  ➪ *(Select one or both)*  ○ Private Well  ○ Public Water Intake
   5.b Estimated amount released in or reaching water:  /_/_/_/_/,/_/_/_/_/,/_/_/ / Barrels
   5.c Name of body of water, if commonly known: _____

---

6. At the location of this Accident, had the pipeline segment or facility been identified as one that "could affect" a High Consequence Area (HCA) as determined in the Operator's Integrity Management Program?    ○ Yes  ○ No

7. Did the released commodity reach or occur in one or more High Consequence Area (HCA)?    ○ Yes  ○ No

   7.a If Yes, specify HCA type(s):  *(select all that apply)*
   - ☐ Commercially Navigable Waterway
     Was this HCA identified in the "could affect" determination for this Accident site in the Operator's Integrity Management Program?
     ○ Yes  ○ No
   - ☐ High Population Area
     Was this HCA identified in the "could affect" determination for this Accident site in the Operator's Integrity Management Program?
     ○ Yes  ○ No
   - ☐ Other Populated Area
     Was this HCA identified in the "could affect" determination for this Accident site in the Operator's Integrity Management Program?
     ○ Yes  ○ No
   - ☐ Unusually Sensitive Area (USA) – Drinking Water
     Was this HCA identified in the "could affect" determination for this Accident site in the Operator's Integrity Management Program?
     ○ Yes  ○ No
   - ☐ Unusually Sensitive Area (USA) – Ecological
     Was this HCA identified in the "could affect" determination for this Accident site in the Operator's Integrity Management Program?
     ○ Yes  ○ No

*Reproduction of this form is permitted*

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

8.  Estimated Property Damage:

8.a  Estimated cost of public and non-Operator private property damage
$ /___/___/___/,/___/___/___/,/___/___/___/

8.b  Estimated cost of commodity lost                          $ /___/___/___/,/___/___/___/,/___/___/___/

8.c  Estimated cost of Operator's property damage & repairs    $ /___/___/___/,/___/___/___/,/___/___/___/

8.d  Estimated cost of Operator's emergency response           $ /___/___/___/,/___/___/___/,/___/___/___/

8.e  Estimated cost of Operator's environmental remediation    $ /___/___/___/,/___/___/___/,/___/___/___/

8.f  Estimated other costs                                     $ /___/___/___/,/___/___/___/,/___/___/___/

Describe _____

8.g  Total estimated property damage  (sum of above)   $ /___/___/___/,/___/___/___/,/___/___/___/

---

## PART E – ADDITIONAL OPERATING INFORMATION

1.  Estimated pressure at the point and time of the Accident  (psig):     /___/___/___/,/___/___/___/

2.  Maximum Operating Pressure (MOP) at the point and time of the Accident  (psig) :     /___/___/___/,/___/___/___/

3.  Describe the pressure on the system or facility relating to the Accident:  *(select only one)*
☐ Pressure did not exceed MOP
☐ Pressure exceeded MOP, but did not exceed 110% of MOP
☐ Pressure exceeded 110% of MOP

4.  Not including pressure reductions required by PHMSA regulations (such as for repairs and pipe movement), was the system or facility relating to the Accident operating under an established pressure restriction with pressure limits below those normally allowed by the MOP?

☐ No
☐ Yes  ⇒ *(Complete 4.a and 4.b below)*

4.a  Did the pressure exceed this established pressure restriction?          ○ Yes        ○ No

4.b  Was this pressure restriction mandated by PHMSA or the State?      ○ PHMSA      ○ State      ○ Not mandated

5.  Was "Onshore Pipeline, Including Valve Sites" OR "Offshore Pipeline, Including Riser and Riser Bend" selected in PART C, Question 2?

☐ No
☐ Yes  ⇒ *(Complete 5.a – 5.e below)*

5.a  Type of upstream valve used to initially isolate release source:     ○ Manual    ○ Automatic    ○ Remotely Controlled

5.b  Type of downstream valve used to initially isolate release source:   ○ Manual    ○ Automatic    ○ Remotely Controlled
○ Check Valve

5.c  Length of segment initially isolated between valves (ft):     /___/___/___/,/___/___/___/

5.d  Is the pipeline configured to accommodate internal inspection tools?
☐ Yes
☐ No  ⇒ Which physical features limit tool accommodation?  *(select all that apply)*
○ Changes in line pipe diameter
○ Presence of unsuitable mainline valves
○ Tight or mitered pipe bends
○ Other passage restrictions (i.e. unbarred tee's, projecting instrumentation, etc.)
○ Extra thick pipe wall (applicable only for magnetic flux leakage internal inspection tools)
○ Other  ⇒ Describe:_____

5.e  For this pipeline, are there operational factors which significantly complicate the execution of an internal inspection tool run?
☐ No
☐ Yes  ⇒ Which operational factors complicate execution?  *(select all that apply)*
○ Excessive debris or scale, wax, or other wall build-up
○ Low operating pressure(s)
○ Low flow or absence of flow
○ Incompatible commodity
○ Other  ⇒ Describe:_____

5.f  Function of pipeline system:  *(select only one)*
☐ > 20% SMYS Regulated Trunkline/Transmission          ☐ > 20% SMYS Regulated Gathering
☐ ≤ 20% SMYS Regulated Trunkline/Transmission          ☐ ≤ 20% SMYS Regulated Gathering

*Reproduction of this form is permitted*

CONFIDENTIAL - PROPRIETARY AND TRADE SECRET INFORMATION - DO NOT DISTRIBUTE

6. Was a Supervisory Control and Data Acquisition (SCADA)-based System in place on the pipeline or facility involved in the Accident?

☐ No

☐ Yes ⇨   6.a  Was it operating at the time of the Accident?   ○ Yes   ○ No

6.b  Was it fully functional at the time of the Accident?   ○ Yes   ○ No

6.c  Did SCADA-based information (such as alarm(s), alert(s), event(s), and/or volume calculations) assist with the detection of the Accident?   ○ Yes   ○ No

6.d  Did SCADA-based information (such as alarm(s), alert(s), event(s), and/or volume calculations) assist with the confirmation of the Accident?   ○ Yes   ○ No

7. Was a CPM leak detection system in place on the pipeline or facility involved in the Accident?

☐ No

☐ Yes ⇨   7.a  Was it operating at the time of the Accident?   ○ Yes   ○ No

7.b  Was it fully functional at the time of the Accident?   ○ Yes   ○ No

7.c  Did CPM leak detection system information (such as alarm(s), alert(s), event(s), and/or volume calculations) assist with the detection of the Accident?   ○ Yes   ○ No

7.d  Did CPM leak detection system information (such as alarm(s), alert(s), event(s), and/or volume calculations) assist with the confirmation of the Accident?   ○ Yes   ○ No

8. How was the Accident initially identified for the Operator?  *(select only one)*

☐ CPM leak detection system or SCADA-based information (such as alarm(s), alert(s), event(s), and/or volume calculations)
☐ Static Shut-in Test or Other Pressure or Leak Test
☐ Controller                                            ☐ Local Operating Personnel, including contractors
☐ Air Patrol                                            ☐ Ground Patrol by Operator or its contractor
☐ Notification from Public                              ☐ Notification from Emergency Responder
☐ Notification from Third Party that caused the Accident   ☐ Other _____

8.a  If "Controller", "Local Operating Personnel, including contractors", "Air Patrol", or "Ground Patrol by Operator or its contractor" is selected in Question 8, specify the following:  *(select only one)*

○ Operator employee   ○ Contractor working for the Operator

9. Was an investigation initiated into whether or not the controller(s) or control room issues were the cause of or a contributing factor to the Accident?  *(select only one)*

☐ Yes, but the investigation of the control room and/or controller actions has not yet been completed by the Operator  *(Supplemental Report required)*

☐ No, the facility was not monitored by a controller(s) at the time of the Accident

☐ No, the Operator did not find that an investigation of the controller(s) actions or control room issues was necessary due to:  *(provide an explanation for why the Operator did not investigate)*

_____
_____
_____

☐ Yes, specify investigation result(s):  *(select all that apply)*

○ Investigation reviewed work schedule rotations, continuous hours of service (while working for the Operator) and other factors associated with fatigue

○ Investigation did NOT review work schedule rotations, continuous hours of service (while working for the Operator) and other factors associated with fatigue  *(provide an explanation for why not)*

_____
_____

○ Investigation identified no control room issues
○ Investigation identified no controller issues
○ Investigation identified incorrect controller action or controller error
○ Investigation identified that fatigue may have affected the controller(s) involved or impacted the involved controller(s) response
○ Investigation identified incorrect procedures
○ Investigation identified incorrect control room equipment operation
○ Investigation identified maintenance activities that affected control room operations, procedures, and/or controller response
○ Investigation identified areas other than those above ⇨ Describe: _____

_____
_____
_____

*Reproduction of this form is permitted*

CONFIDENTIAL & PROPRIETARY INFORMATION - SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

1.  As a result of this Accident, were any Operator employees tested under the post-accident drug and alcohol testing requirements of DOT's Drug & Alcohol Testing regulations?

    ○ No

    ○ Yes  ⇨  *1.a Specify how many were tested:       /    /    /

            *1.b Specify how many failed:       /    /    /

2.  As a result of this Accident, were any Operator contractor employees tested under the post-accident drug and alcohol testing requirements of DOT's Drug & Alcohol Testing regulations?

    ○ No

    ○ Yes ⇨  *2.a Specify how many were tested:       /    /    /

            *2.b Specify how many failed:       /    /    /

| PART G – APPARENT CAUSE | *Select only one box from PART G in the shaded column on the left representing the APPARENT Cause of the Accident, and answer the questions on the right. Describe secondary, contributing, or root causes of the Accident in the narrative (PART H).* |
|---|---|

## G1 - Corrosion Failure – *only one **sub-cause** can be picked from shaded left-hand column

| ☐ **External Corrosion** | 1. Results of visual examination:<br>○ Localized Pitting   ○ General Corrosion<br>○ Other _____<br><br>2. Type of corrosion:  *(select all that apply)*<br>○ Galvanic   ○ Atmospheric   ○ Stray Current   ○ Microbiological   ○ Selective Seam<br>○ Other _____<br><br>3. The type(s) of corrosion selected in Question 2 is based on the following: *(select all that apply)*<br>○ Field examination     ○ Determined by metallurgical analysis<br>○ Other _____<br><br>4. Was the failed item buried under the ground?<br>○ Yes ⇨    4.a Was failed item considered to be under cathodic protection at the time of the Accident?<br>○ Yes ⇨ Year protection started:   /    /    /    /<br>○ No<br><br>4.b Was shielding, tenting, or disbonding of coating evident at the point of the Accident?<br>○ Yes  ○ No<br><br>4.c Has one or more Cathodic Protection Survey been conducted at the point of the Accident?<br>○ Yes, CP Annual Survey ⇨ Most recent year conducted:   /    /    /    /<br>○ Yes, Close Interval Survey ⇨ Most recent year conducted:   /    /    /    /<br>○ Yes, Other CP Survey ⇨ Most recent year conducted:   /    /    /    /<br>○ No<br><br>○ No ⇨  4.d Was the failed item externally coated or painted?   ○ Yes  ○ No<br><br>5. Was there observable damage to the coating or paint in the vicinity of the corrosion?<br>○ Yes  ○ No |

*Reproduction of this form is permitted*

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

☐ **Internal Corrosion**

Results of visual examination:
○ Localized Pitting    ○ General Corrosion    ○ Not cut open
○ Other _____

7. Cause of corrosion:  *(select all that apply)*
○ Corrosive Commodity    ○ Water drop-out/Acid    ○ Microbiological    ○ Erosion
○ Other _____

8. The cause(s) of corrosion selected in Question 7 is based on the following:  *(select all that apply)*
○ Field examination    ○ Determined by metallurgical analysis
○ Other _____

9. Location of corrosion:  *(select all that apply)*
○ Low point in pipe    ○ Elbow    ○ Other_____

10. Was the commodity treated with corrosion inhibitors or biocides?    ○ Yes    ○ No

11. Was the interior coated or lined with protective coating?    ○ Yes    ○ No

12. Were cleaning/dewatering pigs (or other operations) routinely utilized?
○ Not applicable - Not mainline pipe    ○ Yes    ○ No

13. Were corrosion coupons routinely utilized?
○ Not applicable - Not mainline pipe    ○ Yes    ○ No

---

**Complete the following if any Corrosion Failure sub-cause is selected AND the "Item Involved in Accident" (from PART C, Question 3) is Tank/Vessel.**

14. List the year of the most recent inspections:
14.a  API Std 653 Out-of-Service Inspection    / __ / __ / __ /    ○ No Out-of-Service Inspection completed
14.b  API Std 653 In-Service Inspection    / __ / __ / __ /    ○ No In-Service Inspection completed

---

**Complete the following if any Corrosion Failure sub-cause is selected AND the "Item Involved in Accident" (from PART C, Question 3) is Pipe or Weld.**

15. Has one or more internal inspection tool collected data at the point of the Accident?
○ Yes    ○ No

15.a.  If Yes, for each tool used, select type of internal inspection tool and indicate most recent year run:

○ Magnetic Flux Leakage Tool    / __ / __ / __ /
○ Ultrasonic    / __ / __ / __ /
○ Geometry    / __ / __ / __ /
○ Caliper    / __ / __ / __ /
○ Crack    / __ / __ / __ /
○ Hard Spot    / __ / __ / __ /
○ Combination Tool    / __ / __ / __ /
○ Transverse Field/Triaxial    / __ / __ / __ /
○ Other _____    / __ / __ / __ /

16. Has one or more hydrotest or other pressure test been conducted since original construction at the point of the Accident?
○ Yes ⇒ Most recent year tested: / __ / __ / __ /    Test pressure (psig): / __ / __ / __ / __ /
○ No

17. Has one or more Direct Assessment been conducted on this segment?
○ Yes, and an investigative dig was conducted at the point of the Accident ⇒ Most recent year conducted: / __ / __ / __ /
○ Yes, but the point of the Accident was not identified as a dig site ⇒ Most recent year conducted: / __ / __ / __ /
○ No

18. Has one or more non-destructive examination been conducted at the point of the Accident since January 1, 2002?
○ Yes    ○ No

18.a  If Yes, for each examination conducted since January 1, 2002, select type of non-destructive examination and indicate most recent year the examination was conducted:

○ Radiography    / __ / __ / __ /
○ Guided Wave Ultrasonic    / __ / __ / __ /
○ Handheld Ultrasonic Tool    / __ / __ / __ /
○ Wet Magnetic Particle Test    / __ / __ / __ /
○ Dry Magnetic Particle Test    / __ / __ / __ /
○ Other _____    / __ / __ / __ /

*Reproduction of this form is permitted*

CONFIDENTIAL AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## G2 – Natural Force Damage - *only one sub-cause can be picked from shaded left-hand column

| | |
|---|---|
| ☐ Earth Movement, NOT due to Heavy Rains/Floods | 1. Specify: ○ Earthquake ○ Subsidence ○ Landslide ○ Other _____ |
| ☐ Heavy Rains/Floods | 2. Specify: ○ Washout/Scouring ○ Flotation ○ Mudslide ○ Other _____ |
| ☐ Lightning | 3. Specify: ○ Direct hit ○ Secondary impact such as resulting nearby fires |
| ☐ Temperature | 4. Specify: ○ Thermal Stress ○ Frost Heave ○ Frozen Components ○ Other _____ |
| ☐ High Winds | |
| ☐ Other Natural Force Damage | 5. Describe: _____ |

**Complete the following if any Natural Force Damage sub-cause is selected.**

6.  Were the natural forces causing the Accident generated in conjunction with an extreme weather event?   ○ Yes   ○ No

6.a  If Yes, specify: (*select all that apply*)   ○ Hurricane   ○ Tropical Storm   ○ Tornado
    ○ Other _____

## G3 – Excavation Damage - *only one **sub-cause** can be picked from shaded left-hand column

| | |
|---|---|
| ☐ Excavation Damage by Operator (First Party) | |
| ☐ Excavation Damage by Operator's Contractor (Second Party) | |
| ☐ Excavation Damage by Third Party | |
| ☐ Previous Damage due to Excavation Activity | **Complete Questions 1-5 ONLY IF the "Item Involved in Accident" (from PART C, Question 3) is Pipe or Weld.**<br><br>1. Has one or more internal inspection tool collected data at the point of the Accident?<br>○ Yes  ○ No<br><br>1.a If Yes, for each tool used, select type of internal inspection tool and indicate most recent year run:<br>○ Magnetic Flux Leakage  / / / /<br>○ Ultrasonic  / / / /<br>○ Geometry  / / / /<br>○ Caliper  / / / /<br>○ Crack  / / / /<br>○ Hard Spot  / / / /<br>○ Combination Tool  / / / /<br>○ Transverse Field/Triaxial  / / / /<br>○ Other _____  / / / /<br><br>2. Do you have reason to believe that the internal inspection was completed BEFORE the damage was sustained?   ○ Yes   ○ No<br><br>3. Has one or more hydrotest or other pressure test been conducted since original construction at the point of the Accident?<br><br>○ Yes ⇒ Most recent year tested:  / / / /<br>Test pressure (psig):  / / ,/ / /<br>○ No<br><br>4. Has one or more Direct Assessment been conducted on the pipeline segment?<br><br>○ Yes, and an investigative dig was conducted at the point of the Accident<br>⇒ Most recent year conducted:  / / / /<br>○ Yes, but the point of the Accident was not identified as a dig site<br>⇒ Most recent year conducted:  / / / /<br>○ No |

*Reproduction of this form is permitted*

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

5. Has one or more non-destructive examination been conducted at the point of the Accident since January 1, 2002?
   ○ Yes  ○ No

   5.a  If Yes, for each examination conducted since January 1, 2002, select type of non-destructive examination and indicate most recent year the examination was conducted:
   ○ Radiography                      /   /   /   /
   ○ Guided Wave Ultrasonic            /   /   /   /
   ○ Handheld Ultrasonic Tool          /   /   /   /
   ○ Wet Magnetic Particle Test        /   /   /   /
   ○ Dry Magnetic Particle Test        /   /   /   /
   ○ Other _____     /   /   /   /

---

**Complete the following if Excavation Damage by Third Party is selected as the sub-cause.**

6. Did the Operator get prior notification of the excavation activity?    ○ Yes  ○ No

   6.a  If Yes, Notification received from:  *(select all that apply)*  ○ One-Call System  ○ Excavator  ○ Contractor  ○ Landowner

---

**Complete the following mandatory CGA-DIRT Program questions if any Excavation Damage sub-cause is selected.**

7. Do you want PHMSA to upload the following information to CGA-DIRT (www.cga-dirt.com)?    ○ Yes  ○ No

8. Right-of-Way where event occurred:  *(select all that apply)*
   ☐ Public  ⇒  Specify:  ○ City Street  ○ State Highway  ○ County Road  ○ Interstate Highway  ○ Other
   ☐ Private  ⇒  Specify:  ○ Private Landowner  ○ Private Business  ○ Private Easement
   ☐ Pipeline Property/Easement
   ☐ Power/Transmission Line
   ☐ Railroad
   ☐ Dedicated Public Utility Easement
   ☐ Federal Land
   ☐ Data not collected
   ☐ Unknown/Other

9. Type of excavator:  *(select only one)*
   ○ Contractor  ○ County  ○ Developer  ○ Farmer  ○ Municipality  ○ Occupant
   ○ Railroad  ○ State  ○ Utility  ○ Data not collected  ○ Unknown/Other

10. Type of excavation equipment:  *(select only one)*
    ○ Auger  ○ Backhoe/Trackhoe  ○ Boring  ○ Drilling  ○ Directional Drilling
    ○ Explosives  ○ Farm Equipment  ○ Grader/Scraper  ○ Hand Tools  ○ Milling Equipment
    ○ Probing Device  ○ Trencher  ○ Vacuum Equipment  ○ Data not collected  ○ Unknown/Other

11. Type of work performed:  *(select only one)*
    ○ Agriculture  ○ Cable TV  ○ Curb/Sidewalk  ○ Building Construction  ○ Building Demolition
    ○ Drainage  ○ Driveway  ○ Electric  ○ Engineering/Surveying  ○ Fencing
    ○ Grading  ○ Irrigation  ○ Landscaping  ○ Liquid Pipeline  ○ Milling
    ○ Natural Gas  ○ Pole  ○ Public Transit Authority  ○ Railroad Maintenance  ○ Road Work
    ○ Sewer (Sanitary/Storm)  ○ Site Development  ○ Steam  ○ Storm Drain/Culvert  ○ Street Light
    ○ Telecommunications  ○ Traffic Signal  ○ Traffic Sign  ○ Water  ○ Waterway Improvement
    ○ Data not collected  ○ Unknown/Other

12. Was the One-Call Center notified?    ○ Yes  ○ No

    *12.a  If Yes, specify ticket number:  /   /   /   /   /   /   /   /   /   /   /   /   /   /   /

    *12.b  If this is a State where more than a single One-Call Center exists, list the name of the One-Call Center notified:
    _____

13. Type of Locator:    ○ Utility Owner  ○ Contract Locator  ○ Data not collected  ○ Unknown/Other

14. Were facility locate marks visible in the area of excavation?    ○ No  ○ Yes  ○ Data not collected  ○ Unknown/Other

15. Were facilities marked correctly?    ○ No  ○ Yes  ○ Data not collected  ○ Unknown/Other

16. Did the damage cause an interruption in service?    ○ No  ○ Yes  ○ Data not collected  ○ Unknown/Other

    16.a  If Yes, specify duration of the interruption:    /___/___/___/___/ hours

---

*Reproduction of this form is permitted*

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

*as a choice, the one predominant second level CGA-DIRT Root Cause as well):*

☐ <u>One-Call Notification Practices Not Sufficient:</u>  *(select only one)*
- ○ No notification made to the One-Call Center
- ○ Notification to One-Call Center made, but not sufficient
- ○ Wrong information provided

☐ <u>Locating Practices Not Sufficient:</u>  *(select only one)*
- ○ Facility could not be found/located
- ○ Facility marking or location not sufficient
- ○ Facility was not located or marked
- ○ Incorrect facility records/maps

☐ <u>Excavation Practices Not Sufficient:</u>  *(select only one)*
- ○ Excavation practices not sufficient (other)
- ○ Failure to maintain clearance
- ○ Failure to maintain the marks
- ○ Failure to support exposed facilities
- ○ Failure to use hand tools where required
- ○ Failure to verify location by test-hole (pot-holing)
- ○ Improper backfilling

☐ <u>One-Call Notification Center Error</u>

☐ <u>Abandoned Facility</u>

☐ <u>Deteriorated Facility</u>

☐ <u>Previous Damage</u>

☐ <u>Data Not Collected</u>

☐ <u>Other / None of the Above</u>  *(explain)* _____
_____
_____
_____

*Reproduction of this form is permitted*

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**G4 - Other Outside Force Damage** - *only one **sub-cause** can be picked from shaded left-hand column

| | |
|---|---|
| ☐ **Nearby Industrial, Man-made, or Other Fire/Explosion as Primary Cause of Accident** | |
| ☐ **Damage by Car, Truck, or Other Motorized Vehicle/Equipment NOT Engaged in Excavation** | 1. Vehicle/Equipment operated by: *(select only one)*<br>    ○ Operator    ○ Operator's Contractor    ○ Third Party |
| ☐ **Damage by Boats, Barges, Drilling Rigs, or Other Maritime Equipment or Vessels Set Adrift or Which Have Otherwise Lost Their Mooring** | 2. Select one or more of the following IF an extreme weather event was a factor:<br>    ○ Hurricane    ○ Tropical Storm    ○ Tornado<br>    ○ Heavy Rains/Flood    ○ Other _____ |
| ☐ **Routine or Normal Fishing or Other Maritime Activity NOT Engaged in Excavation** | |
| ☐ **Electrical Arcing from Other Equipment or Facility** | |
| ☐ **Previous Mechanical Damage NOT Related to Excavation** | **Complete Questions 3-7 ONLY IF the "Item Involved in Accident" (from PART C, Question 3) is Pipe or Weld.**<br><br>3. Has one or more internal inspection tool collected data at the point of the Accident?<br>    ○ Yes  ○ No<br><br>    3.a If Yes, for each tool used, select type of internal inspection tool and indicate most recent year run:<br><br>    ○ Magnetic Flux Leakage    /  /  /  /<br>    ○ Ultrasonic    /  /  /  /<br>    ○ Geometry    /  /  /  /<br>    ○ Caliper    /  /  /  /<br>    ○ Crack    /  /  /  /<br>    ○ Hard Spot    /  /  /  /<br>    ○ Combination Tool    /  /  /  /<br>    ○ Transverse Field/Triaxial    /  /  /  /<br>    ○ Other _____    /  /  /  /<br><br>4. Do you have reason to believe that the internal inspection was completed BEFORE the damage was sustained?  ○ Yes  ○ No<br><br>5. Has one or more hydrotest or other pressure test been conducted since original construction at the point of the Accident?<br><br>    ○ Yes ⇨ Most recent year tested:    /  /  /  /<br>              Test pressure (psig):    /  /  /,/  /  /<br>    ○ No<br><br>6. Has one or more Direct Assessment been conducted on the pipeline segment?<br><br>    ○ Yes, and an investigative dig was conducted at the point of the Accident<br>        ⇨ Most recent year conducted:    /  /  /  /<br>    ○ Yes, but the point of the Accident was not identified as a dig site<br>        ⇨ Most recent year conducted:    /  /  /  /<br>    ○ No<br><br>*(This section continued on next page with Question 7.)*<br><br><br>7. Has one or more non-destructive examination been conducted at the point of the Accident |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

|  |  |
|---|---|
|  | ○ Yes  ○ No |
|  | 7.a  If Yes, for each examination conducted since January 1, 2002, select type of non-destructive examination and indicate most recent year the examination was conducted:<br>○ Radiography                              / / / / /<br>○ Guided Wave Ultrasonic              / / / / /<br>○ Handheld Ultrasonic Tool          / / / / /<br>○ Wet Magnetic Particle Test        / / / / /<br>○ Dry Magnetic Particle Test        / / / / /<br>○ Other _____  / / / / / |
| ☐ **Intentional Damage** | 8.  Specify:<br>○ Vandalism                              ○ Terrorism<br>○ Theft of transported commodity   ○ Theft of equipment<br>○ Other _____ |
| ☐ **Other Outside Force Damage** | 9.  Describe: _____ |

---

## G5 - Material Failure of Pipe or Weld

**Use this section to report material failures ONLY IF the "Item Involved in Accident" (from PART C, Question 3) is "Pipe" or "Weld."**

*Only one **sub-cause** can be picked from shaded left-hand column*

1. The sub-cause selected below is based on the following:  *(select all that apply)*

   ☐ Field Examination   ☐ Determined by Metallurgical Analysis   ☐ Other_____

   ☐ Sub-cause is Tentative or Suspected; Still Under Investigation  *(Supplemental Report required)*

| | |
|---|---|
| ☐ **Construction-, Installation-, or Fabrication-related** | 2. List contributing factors:  *(select all that apply)*<br>☐ Fatigue- or Vibration-related:<br>    ○ Mechanically-induced prior to installation (such as during transport of pipe)<br>    ○ Mechanical Vibration |
| ☐ **Original Manufacturing-related (NOT girth weld or other welds formed in the field)** | ○ Pressure-related<br>○ Thermal<br>○ Other _____<br>☐ Mechanical Stress<br>☐ Other _____ |
| ☐ **Environmental Cracking-related** | 3. Specify:  ○ Stress Corrosion Cracking       ○ Sulfide Stress Cracking<br>○ Hydrogen Stress Cracking   ○ Other _____ |

**Complete the following if any Material Failure of Pipe or Weld sub-cause is selected.**

4. Additional factors:  *(select all that apply)*  ○ Dent   ○ Gouge   ○ Pipe Bend   ○ Arc Burn   ○ Crack   ○ Lack of Fusion
   ○ Lamination   ○ Buckle   ○ Wrinkle   ○ Misalignment   ○ Burnt Steel
   ○ Other _____

5. Has one or more internal inspection tool collected data at the point of the Accident?   ○ Yes   ○ No

   5.a  If Yes, for each tool, select type of internal inspection tool and indicate most recent year run:
   ○ Magnetic Flux Leakage Tool      / / / / /
   ○ Ultrasonic                                / / / / /
   ○ Geometry                                / / / / /
   ○ Caliper                                    / / / / /
   ○ Crack                                      / / / / /
   ○ Hard Spot                                / / / / /
   ○ Combination Tool                      / / / / /
   ○ Transverse Field/Triaxial            / / / / /
   ○ Other _____  / / / / /

6. Has one or more hydrotest or other pressure test been conducted since original construction at the point of the Accident?
   ○ Yes ⇨ Most recent year tested:  / / / / /      Test pressure (psig):  / / /,/ / / /
   ○ No

7. Has one or more Direct Assessment been conducted on the pipeline segment?
   ○ Yes, and an investigative dig was conducted at the point of the Accident  ⇨ Most recent year conducted:  / / / / /
   ○ Yes, but the point of the Accident was not identified as a dig site  ⇨ Most recent year conducted:  / / / / /
   ○ No

8. Has one or more non-destructive examination(s) been conducted at the point of the Accident since January 1, 2002?
   ○ Yes   ○ No

   8.a  If Yes, for each examination conducted since January 1, 2002, select type of non-destructive examination and indicate most recent year the examination was conducted:
   ○ Radiography                              / / / / /
   ○ Guided Wave Ultrasonic              / / / / /
   ○ Handheld Ultrasonic Tool          / / / / /
   ○ Wet Magnetic Particle Test        / / / / /
   ○ Dry Magnetic Particle Test        / / / / /
   ○ Other                                        / / / / /

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## G6 - Equipment Failure - *only one **sub-cause** can be picked from shaded left-hand column

| | |
|---|---|
| ☐ **Malfunction of Control/Relief Equipment** | 1. Specify: *(select all that apply)*<br>○ Control Valve   ○ Instrumentation   ○ SCADA<br>○ Communications   ○ Block Valve   ○ Check Valve<br>○ Relief Valve   ○ Power Failure   ○ Stopple/Control Fitting<br>○ ESD System Failure<br>○ Other _____ |
| ☐ **Pump or Pump-related Equipment** | 2. Specify: ○ Seal/Packing Failure   ○ Body Failure   ○ Crack in Body<br>○ Appurtenance Failure<br>○ Other _____ |
| ☐ **Threaded Connection/Coupling Failure** | 3. Specify: ○ Pipe Nipple   ○ Valve Threads   ○ Mechanical Coupling<br>○ Threaded Pipe Collar   ○ Threaded Fitting<br>○ Other _____ |
| ☐ **Non-threaded Connection Failure** | 4. Specify: ○ O-Ring   ○ Gasket   ○ Seal (NOT pump seal) or Packing<br>○ Other _____ |
| ☐ **Defective or Loose Tubing or Fitting** | |
| ☐ **Failure of Equipment Body (except Pump), Tank Plate, or other Material** | |
| ☐ **Other Equipment Failure** | 5. Describe: _____<br>_____ |

**Complete the following if any Equipment Failure sub-cause is selected.**

6. Additional factors that contributed to the equipment failure: *(select all that apply)*
   ○ Excessive vibration
   ○ Overpressurization
   ○ No support or loss of support
   ○ Manufacturing defect
   ○ Loss of electricity
   ○ Improper installation
   ○ Mismatched items (different manufacturer for tubing and tubing fittings)
   ○ Dissimilar metals
   ○ Breakdown of soft goods due to compatibility issues with transported commodity
   ○ Valve vault or valve can contributed to the release
   ○ Alarm/status failure
   ○ Misalignment
   ○ Thermal stress
   ○ Other _____

*Reproduction of this form is permitted*

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## G7 - Incorrect Operation - *only one **sub-cause** can be picked from shaded left-hand column

| | |
|---|---|
| ☐ **Damage by Operator or Operator's Contractor NOT Related to Excavation and NOT due to Motorized Vehicle/Equipment Damage** | |
| ☐ **Tank, Vessel, or Sump/Separator Allowed or Caused to Overfill or Overflow** | 1. Specify:  ○ Valve misalignment   ○ Incorrect reference data/calculation<br>○ Miscommunication   ○ Inadequate monitoring<br>○ Other _____ |
| ☐ **Valve Left or Placed in Wrong Position, but NOT Resulting in a Tank, Vessel, or Sump/Separator Overflow or Facility Overpressure** | |
| ☐ **Pipeline or Equipment Overpressured** | |
| ☐ **Equipment Not Installed Properly** | |
| ☐ **Wrong Equipment Specified or Installed** | |
| ☐ **Other Incorrect Operation** | 2. Describe: _____ |

**Complete the following if any Incorrect Operation sub-cause is selected.**

3. Was this Accident related to:  *(select all that apply)*
   - ○ Inadequate procedure
   - ○ No procedure established
   - ○ Failure to follow procedure
   - ○ Other: _____

4. What category type was the activity that caused the Accident:
   - ○ Construction
   - ○ Commissioning
   - ○ Decommissioning
   - ○ Right-of-Way activities
   - ○ Routine maintenance
   - ○ Other maintenance
   - ○ Normal operating conditions
   - ○ Non-routine operating conditions (abnormal operations or emergencies)

5. Was the task(s) that led to the Accident identified as a covered task in your Operator Qualification Program?  ○ Yes   ○ No

   5.a  If Yes, were the individuals performing the task(s) qualified for the task(s)?
   - ○ Yes, they were qualified for the task(s)
   - ○ No, but they were performing task(s) under the direction and observation of a qualified individual
   - ○ No, they were not qualified for the task(s) nor were they performing the task(s) under the direction and observation of a qualified individual

## G8 – Other Accident Cause - *only one **sub-cause** can be picked from shaded left-hand column

| | |
|---|---|
| ☐ **Miscellaneous** | 1. Describe: _____ |
| ☐ **Unknown** | 2. Specify:   ○ Investigation complete, cause of Accident unknown<br>○ Still under investigation, cause of Accident to be determined*<br>*(*Supplemental Report required)* |

CONFIDENTIAL AND PROPRIETARY INFORMATION — SENSITIVE SECURITY INFORMATION — DO NOT DUPLICATE OR DISTRIBUTE

PART I NARRATIVE DESCRIPTION OF THE ACCIDENT (Sensitive Security Information Process)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## PART I – PREPARER AND AUTHORIZED SIGNATURE

Preparer's Name  (type or print)                                Preparer's Telephone Number

Preparer's Title  (type or print)

Preparer's E-mail Address                                       Preparer's Facsimile Number

Authorized Signer's Name                    Date                Authorized Signer Telephone Number

Authorized Signer's Title                                       Authorized Signer's E-mail Address

*Reproduction of this form is permitted*

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**North Dakota**

| Hazardous Waste | | | | |
|---|---|---|---|---|
| **When to Report** | **Notification Numbers** | **What to Report** | **Written Follow-Up Reports** | **Citation** |
| Immediately - any spill or discharge of waste which may cause pollution of waters of the state<br><br>Within 24 hours (unless 1 pound or less and immediately contained & cleaned up) | National Response Center (800) 424-8802 if water is threatened or impacted<br><br>and<br><br>North Dakota Dept. of Health (701) 328-5210<br>or<br>ND Dept. of Emergency Services & Div. of State Radio (800) 472-2121 | See attached online reporting form (http://www.nd.gov/des/planning/haz-chem/report/) | Within thirty days of detection of a release to the environment, a report containing the following information must be submitted to the department (of health):<br>(1) Likely route of migration of the release;<br>(2) Characteristics of the surrounding soil (soil composition, geology, hydrogeology, climate);<br>(3) Results of any monitoring or sampling conducted in connection with the release (if available). If sampling or monitoring data relating to the release are not available within thirty days, these data must be submitted to the department as soon as they become available;<br>(4) Proximity to downgradient drinking water, surface water, and populated areas; and<br>(5) Description of response actions taken or planned. | NDAC 33-24-05-109. Response to leaks or spills and disposition of leaking or unfit-for-use tank systems. |

| RCRA Exempt Oil and Gas | | | | |
|---|---|---|---|---|
| **When to Report** | **Notification Numbers** | **What to Report** | **Written Follow-Up Reports** | **Citation** |
| Verbally report within 24 hours any release that:<br>1) is one barrel or greater, or<br>2) travels offsite<br><br>and<br><br>Within a reasonable time frame the operator must notify surface owners upon whose land the incident occurred or traveled | North Dakota Industrial Commission<br>Oil and Gas Division<br>(701) 328-8020<br><br>or<br><br>North Dakota Emergency Management 24-Hour Hotline (800)-472-2121<br><br>and National Response Center (800) 424-8802 if water is threatened or impacted | See attached  RCRA Exempt Reporting Form for online reporting  of RCRA exempt oil field releases ( crude oil, water, oil/water emulsion, drilling fluids / cuttings, well completion, treatment, and stimulation fluids,  tank bottoms from product and exempt waste containment, workover wastes, packing fluids, pipe scale and other solids, hydrocarbon-bearing soil, pigging wastes from gathering lines, and oil reclamation wastes):<br>https://www.dmr.nd.gov/oilgas/spills/eirform.asp | Written report within 10 days after cleanup including the following information: operator , description of the facility, legal description of the location, date of occurrence, date of cleanup, amount and type<br>of each fluid involved, amount of each fluid recovered, steps taken to remedy the situation, cause, and action taken to prevent reoccurrence | Chapter 38-08, Title 38 of North Dakota Century Code: 43-02-03-30 NOTIFICATION  OF FIRES, LEAKS, SPILLS, OR BLOWOUTS |

**CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE**

**North Dakota**

| Non- Exempt Oil and Gas and General Environmental Release | | | | |
|---|---|---|---|---|
| **When to Report** | **Notification Numbers** | **What to Report** | **Written Follow-Up Reports** | **Citation** |
| Immediately report all incidents which may potentially impact human health or safety, waters of the state, either surface water or ground water, or other impacts to the environment, must be reported. | North Dakota Dept. of Health 1 (701) 328-5210 <br><br> or <br><br> ND Dept. of Emergency Services & Div. of State Radio (800) 472-2121 <br><br> and National Response Center (800) 424-8802 if water is threatened or impacted | See attached  Environmental Incident Report form for online reporting of environemntal releases at <br><br> https://www.dmr.nd.gov/oilgas/spills/eirform.asp | As directed by North Dakota Department of Health contact the NDDH to obtain information on what reporting will be required) | NDAC 33-16-02.1-11 paragraph 4, bottom of page 22 |

| Non- Exempt Oil and Gas and General Environmental Release | | | | |
|---|---|---|---|---|
| **When to Report** | **Notification Numbers** | **What to Report** | **Written Follow-Up Reports** | **Citation** |
| If a release is considered a potential danger to persons offsite | 911 & Local Emergency Planning Commission | Pertinent information for protection of public and emergency responders (material, hazards, wind direction, etc.) as required. | As requested | Dept. of Environmental and Natural Resources verbal instruction |

| Butane and Ethane | | | | |
|---|---|---|---|---|
| **When to Report** | **Notification Numbers** | **What to Report** | **Written Follow-Up Reports** | **Citation** |
| If a release is considered a potential danger to persons offsite | 911 & Local Emergency Planning Commission | Pertinent information for protection of public and emergency responders (material, hazards, wind direction, etc.) | As Requested | Dept. of Environmental health verbal instruction |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**South Dakota**

| Hazardous Waste | | | | |
|---|---|---|---|---|
| **When to Report** | **Notification Numbers** | **What to Report** | **Written Follow-Up Reports** | **Citation** |
| For waste generators that generate between I00 kilograms and 1,000 kilograms of hazardous waste per month, if a release could threaten human health outside the fac ility or the generator knows the spill has reached surface water | National Response Center (800) 424-8802 South Dakota Department of Environment and Natural Resources (605) 773-3153 (Office hours) (605) 773-3296 (Office hours, Spill report) (605) 773-323 1 (24-hour) | The report, to be made immediately, shou ld indicate: I. The name, address, and EPA identification number of the generator. 2. The date, time, and type of incident. 3. The quantity and type of hazardous waste involved. 4. The extent of injuries, if any. 5. The estimated quantity and dispos ition of any recovered material | The report, to be made immediately, should indicate: I. Name and telephone number of the reporter. 2. Name and address of the facility. 3. Time and type of incident. 4. Name and quantity of materials involved. 5. The extent of injuries, if any. 6. Possible hazards to human health or the environment, outside the facility. Within 15 days after the incident, a written report must be submitted to the Department, providing the above information and describing the quantity and disposition of any material recovered from the incident. | South Dakota Administrative Rules, Title 74, Section 74:28:23:0 I, adopting by reference 40 CFR 262.34(d)     South Dakota Administrative Rules, Title 74, Section 74:28:23: 0 I, adopting by reference 40 CFR 262.34(a), referring to 40 CFR 265.56 |

| RCRA Exempt Oil and Gas | | | | |
|---|---|---|---|---|
| **When to Report** | **Notification Numbers** | **What to Report** | **Written Follow-Up Reports** | **Citation** |
| Fires, breaks, leaks, releases, and blowouts as soon as they are discovered.                     I. Threatens or is in a position to threaten an adjacent body of water,causes an immediate danger to human health or safety, or harms or threatens to harm wildlife or aquatic life. 2. Crude oil in field activities that exceeds the reportable quantity 1 barrel. 3. Petroleum or petroleum product that is greater than 25 gallons, causes a sheen on surface water, or exceeds any water quality standards. 4. Gas that exceeds 1,000,000 cubic feet. If a gas loss of less than 1,000,000 cubic feet causes the evacuation of an area or threatens public health, it must be reported immediately. | South Dakota Dept. of Environment & Natural Resources (605) 773-3296 (605) 773-3231 (24 hr) and / or  National Response Center (800) 424-8802 if water is threatened or impacted | Provide the fo llowing information (DENR may also request further details): I. The specific location of the discharge. 2. The type and amount of regulated substance discharged. 3. The responsible person's name, address, and telephone number. 4. An explanation of any response action that was taken. 5. The list of agencies notified. 6. The suspected cause of the discharge. 7. The date and time of the discharge to the extent known. 8. The immediate known impacts of the discharge. | A written repott must be submitted within 30 days, inc luding in formation on: I. The location of the incident by quarter-quarter section, township, and range. 2. The date and time of the incident and the amount of oil or gas lost or destroyed. 3. The responsible person's or operator's name, address, and telephone number. 4. The surface owner's name, address, and telephone number. 5. The suspected cause of the incident and any steps or procedures used to remedy the situation, including plans for soil disposal and treatment and any additional assessment and remediation. | South Dakota Administrative   Rules, Title 74, Section 74: 12:04: I 0 |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## South Dakota

### Non- Exempt Oil and Gas and General Environmental Release

| When to Report | Notification Numbers | What to Report | Written Follow-Up Reports | Citation |
|---|---|---|---|---|
| Report releases immediately if any one of the following conditions is met:<br>I. The release threatens or is in a position to threaten surface waters or groundwaters of the state.<br>2. The release threatens or poses an immediate danger to human health or safety.<br>3. The discharge harms or threatens wildlife or aquatic life.<br>4. The release is greater than 25 gallons, or exceeds I barrel or 42 gallons if it is a release of crude oil related to field activities regulated under state oil and gas conservation laws.<br>5. The release causes a sheen on surface water, or exceeds any groundwater or surface water quality standard. | South Dakota Dept. of Environment & Natural Resources<br>(605) 773-3296<br>(605) 773-3231 (24 hr)<br>and / or<br> National Response Center<br>(800) 424-8802 if water is threatened or impacted | Provide the fo llowing information (DENR may also request further details):<br>I. The specific location of the discharge.<br>2. The type and amount of regulated substance discharged.<br>3. The responsible person's name, address, and telephone number.<br>4. An explanation of any response action that was taken.<br>5. The list of agencies notified.<br>6. The suspected cause of the discharge.<br>7. The date and time of the discharge to the extent known.<br>8. The immediate known impacts of the discharge. | DENR will send a follow-up report to the responsible party (see South Dakota Incident Form at page South Dakota - 7), which must be completed and submitted to the above address within 30 days. In addition,<br>the Department requires cleanup of spills and wi ll review the adequacy of cleanup activities. | South Dakota Legislative Code 74:34:01:04 |

### Non- Exempt Oil and Gas and General Environmental Release

| When to Report | Notification Numbers | What to Report | Written Follow-Up Reports | Citation |
|---|---|---|---|---|
| If a release is considered a potential danger to persons offsite | 911 & Local Emergency Planning Commission | Pertinent information for protection of public and emergency responders (material, hazards, wind direction, etc.) as required. | As requested | Dept. of  Environmental and Natural Resources verbal instruction |

### Butane and Ethane

| When to Report | Notification Numbers | What to Report | Written Follow-Up Reports | Citation |
|---|---|---|---|---|
| If a release is considered a potential danger to persons offsite | 911 & Local Emergency Planning Commission | Pertinent information for protection of public and emergency responders (material, hazards, wind direction, etc.) as required. | As requested | Dept. of  Environmental and Natural Resources verbal instruction |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## Appendix C- OSRO Contractor Information   (Redacted)

- National Response Corporation (NRC)

- SWAT Consulting

- Clean Harbors

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**Appendix D- Emergency Response Personnel Job Descriptions and Guidelines**

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# EMERGENCY RESPONSE PERSONNEL JOB DESCRIPTIONS AND GUIDELINES

The following job descriptions and guidelines are intended to be used as a tool to assist ERP members in their particular positions within the Incident Command System (ICS):

- Incident Commander
- Public Information Officer
- Liaison Officer
- Safety Officer
- Operations Section Chief
- Staging Group Leader
- Repair Group Leader
- Containment Group Leader
- Planning Section Chief
- Environmental Group Leader
- Situation Group Leader
- Logistics Section Chief
- Communications Group Leader
- Security/Medical Group Leader
- Supply/Ground Support Group Leader
- Finance Section Chief
- Accounting Group Leader
- Claims Group Leader
- Legal Group Leader
- Business Resumption Section Chief
- Repair Coordinator

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# INCIDENT COMMANDER

The Incident Commander (IC) manages all activities related to an emergency response and acts as Qualified Individual (QI). As such, the Incident Commander needs to be familiar with the contents of the Facility Response Plan (FRP), Oil Spill Response Plan (OSRP), Emergency Response Action Plan (ERAP), and the Spill Prevention Control and Countermeasure Plan (SPCC). The Incident Commander (IC) must also be familiar with the operation of the Incident Command System (ICS) and the Unified Command Structure (UCS).

The primary goal of this system is to establish and maintain control of the emergency response. If the emergency involves a multi-jurisdictional response (Federal and State), the Unified Command Structure (UCS) should be established. **Realize that the Federal On-Scene Coordinator (FOSC) does have the authority to override the Incident Commander and assume control of the response**. Every effort should be made to establish a collaborative relationship to manage the incident site with the appropriate responding agencies.

As soon as possible following an incident, a critique of the response shall be conducted and follow-up action items identified. Participants may include Operations Control personnel, Company supervisors, and employees and outside agencies involved in the response.

**Responsibilities:**
- Maintain Activity Log.
- Establish Incident Command/Unified Command Post.
- Activate necessary section(s) of the Incident Command System (ICS) to deal with the emergency. Fill out the appropriate section(s) of the Incident Command organization chart and post it at the Incident Command Center.
- Develop goals and objectives for response.
- Work with Safety Officer and Planning Section Chief to develop a Site Safety Plan (SSP).
- Approve, authorize, and distribute Incident Action Plan (IAP) and SSP.
- Conduct planning meetings and briefings with the section chiefs.
- As Qualified Individual coordinate actions with Federal On-Scene Coordinator (FOSC) and State On-Scene Coordinator (SOSC).
- In a multi-jurisdictional response, ensure all agencies are represented in the ICS.
- Coordinate /approve media information releases with the FOSC, SOSC, and Public Information Officer (PIO).
- Keep management informed of developments and progress.
- Authorize demobilization of resources as they are no longer needed.
- Complete Incident Debriefing Form

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# PUBLIC INFORMATION OFFICER

The Public Information Officer (PIO) provides critical contact between the media/public and the emergency responders. The PIO is responsible for developing and releasing information about the incident to the news media, incident personnel, appropriate agencies and public. When the response is multi-jurisdictional (involves the federal and state agencies), the PIO must coordinate gathering and releasing information with these agencies.

The PIO needs to communicate that the Company is conducting an effective response to the emergency. The PIO is responsible for communicating the needs and concerns of the public to the Incident Commander (IC).

**Responsibilities:**
- Maintain Activity Log.
- Obtain briefing from IC.
- Participate in all planning meetings and briefings.
- Obtain outside information that may be useful to incident planning.
- Develop goals and objectives regarding public information.
- Arrange for necessary workspace, materials, telephones and staffing for Public Information Center (PIC).
- Establish a PIC, ensuring all appropriate agencies participate.
- Provide a single point of media contact for the IC.
- Coordinate media access to the response site as approved by the IC.
- Obtain approval for release of information from the IC.
- Arrange for meetings between media and emergency responders.
- Maintain list of all media present.
- Participate in Post Incident Review.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# <u>LIAISON OFFICER</u>

If a Unified Command Structure is not established, a Liaison Officer is appointed as the point of contact for personnel assigned to the incident from assisting or cooperating agencies.

**Responsibilities:**
- Maintain Activity Log.
- Obtain briefing from Incident Commander (IC).
- Participate in planning meetings and briefings.
- Identify and maintain communications link with agency representatives, assisting, and coordinating agencies.
- Identify current or potential inter-organizational issues and advise IC as appropriate.
- Coordinate with Legal Group Leader and Public Information Officer (PIO) regarding information and documents released to government agencies.
- Participate in Post Incident Review

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# SAFETY OFFICER

The Safety Officer is responsible for assessing and monitoring hazardous and unsafe situations at the emergency response site(s). The Safety Officer must develop measures that assure the safety of the public and response personnel. This involves maintaining an awareness of active and developing situations, ensuring the preparation and implementation of the Site Safety Plan (SSP) and assessing safety issues related to the Incident Action Plans (IAP).

**Responsibilities:**

- Maintain Activity Log.
- Obtain briefing from Incident Commander (IC).
- Develop, implement, and disseminate SSP with IC and section chiefs.
- Participate in planning meetings and briefings.
- Establish safety staff if necessary.
- Identify emergency contact numbers. Fill out emergency contact chart and post in the Incident Command Center.
- Conduct safety briefings with all emergency responders.
- Investigate accidents that have occurred during emergency response.
- Ensure proper hazard zones are established.
- Ensure all emergency responders have appropriate level of training.
- Ensure proper Personal Protective Equipment (PPE) is available and used.
- Advise Security/Medical Group Leader concerning PPE requirements.
- Ensure emergency alarms/warning systems are in place as needed.
- Participate in Post Incident Review

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# OPERATIONS SECTION CHIEF

The Operations Section Chief is responsible for the management of all operations applicable to the field response and site restoration activities. Operations directs field activities based on the Incident Action Plan (IAP) and Site Safety Plan (SSP).

**Responsibilities:**
- Maintain Activity Log.
- Obtain briefing from Incident Commander (IC).
- Participate in Incident Command planning meetings and briefings.
- Conduct planning meetings and briefings for Operations Section.
- Develop operations portion of IAP.
- Supervise the implementation of the IAP.
- Make or approve expedient changes to the IAP.
- Request resources needed to implement IAP.
- Approve list of resources to be released.
- Ensure safe tactical operations.
- Establish a staging area for personnel and equipment.
- Confirm first responder actions.
- Confirm the completion of rescue/evacuation and administering of first aid.
- Confirm site perimeters have been established.
- Coordinate activities of public safety responders, contractors, and mutual assistance organizations.
- Participate in Post Incident Review

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# STAGING GROUP LEADER

The Staging Group Leader is responsible for managing all activities within the staging area(s). The Staging Group Leader will collect, organize, and allocate resources to the various response locations as directed by Operations Section Chief.

**Responsibilities:**

- Maintain Activity Log.
- Obtain briefing from Operations Section Chief.
- Participate in Operations' planning meetings and briefings.
- Advise Operations Section Chief of equipment location and operational status.
- Periodically advise Operations Section Chief on inventory status of consumable items (sorbent pads, sorbent boom, etc.).
- Coordinate with Logistics Section Chief regarding inbound equipment, personnel, and supplies.
- Participate in development of Operations' portion of Incident Action Plan (IAP).
- Establish check-in function and inventory control as appropriate.
- Allocate personnel/equipment to site(s) as requested.
- Establish and maintain boundaries of staging area(s).
- Demobilize/relocate staging area as needed.
- Post signs for identification and traffic control.
- Participate in Post Incident Review

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# <u>REPAIR GROUP LEADER</u>

The Repair Group Leader is responsible for supervising the repair and restoration of pipeline facilities.

**Responsibilities:**
- Maintain Activity Log.
- Obtain briefing from Operations Section Chief.
- Periodically advise Operations Section Chief on status of restoration activities.
- Conduct frequent hazard assessments and coordinate safety needs with Operations Section Chief and Safety Officer.
- Participate in Operations' planning meetings and briefings.
- Participate in development of Operations' portion of Incident Action Plan (IAP).
- Conduct facility restoration activities in accordance with Company procedures, Site Safety Plan (SSP) and IAP.
- Determine and request additional materials, equipment, and personnel as needed.
- Ensure all equipment is decontaminated prior to being released.
- Participate in Post Incident Review

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# CONTAINMENT GROUP LEADER

The Containment Group Leader is responsible for supervising the containment and recovery of spilled product and contaminated environmental media both on land and on water.

**Responsibilities:**

- Maintain Activity Log.
- Obtain briefing from Operations Section Chief.
- Participate in Operations' planning meetings and briefings.
- Participate in development of Operations' portion of Incident Action Plan (IAP).
- Conduct activities in accordance with the IAP.
- Assess overall situation for containment and recovery needs and supervise group activities.
- Periodically advise the Operations Section Chief on the status of containment and recovery actions.
- Ensure hazard zones are established and maintained.
- Ensure adequate communication equipment for the containment group response.
- Determine and request additional resources as needed.
- Participate in Post Incident Review

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# PLANNING SECTION CHIEF

The Planning Section Chief is responsible for collecting, evaluating, and disseminating information related to the current and future events of the response effort. The Planning Section Chief must understand the current situation; predict the future course of events; predict future needs; develop response and cleanup strategies; and review the incident once complete.

The Planning Section Chief must coordinate activities with the Incident Commander (IC) and other Section Chiefs to ensure that current and future needs are appropriately handled.

**Responsibilities:**
- Maintain Activity Log.
- Obtain briefing from the IC.
- Establish and maintain communication with IC and other Section Chiefs.
- Advise IC on any significant changes of incident status.
- Conduct planning meetings and briefings for Planning section.
- Coordinate and provide input to the preparation of the Incident Action Plan (IAP).
- Participate in Incident Command planning meetings and briefings.
- In a multi-jurisdictional response, ensure that all agencies are represented in the Planning Section.
- Coordinate future needs for the emergency response.
- Determine response personnel needs.
- Determine personnel needs and request personnel for Planning section.
- Assign technical specialists (archaeologists, historians, biologists, etc.) where needed.
- Collect and analyze information on the situation.
- Assemble information on alternative response and cleanup strategies.
- Ensure situation status unit has a current organization chart of the Incident Command Organization.
- Provide periodic spill movement/migration prediction.
- Participate in Post Incident Review

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# ENVIRONMENTAL GROUP LEADER

The Environmental Group Leader is responsible for ensuring that all areas impacted by the release are identified and cleaned up following company and regulatory standards. The Environmental Group Leader supports Planning and Operations to minimize and document the environmental impact of the release.

The Environmental Group Leader must plan for future site considerations such as long-term remediation and alternative response strategies in unusually sensitive areas. In a Unified Command Structure (UCS), representatives from the federal and state responding agencies will be included in this group.

**Responsibilities:**
- Maintain Activity Log.
- Obtain briefing from the Planning Section Chief.
- Participate in Planning section meetings and briefings.
- Participate in development of Planning's portion of Incident Action Plan (IAP).
- Coordinate environmental activities with responding regulatory agencies.
- Periodically advise the Planning Section Chief on status of group activities.
- Request additional personnel/specialists to support response effort.
- Determine environmental group resource needs.
- Identify and develop a prioritized list of natural, cultural, and economic (NCE) resources at risk.
- Initiate and coordinate Natural Resources Damage Assessment (NRDA) activities.
- Develop a management plan for recovered contaminated media and ensure coordination with Containment Group Leader.
- Ensure proper management of injured/oiled wildlife.
- Determine alternative cleanup strategies for response.
- Participate in Post Incident Review

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## SITUATION GROUP LEADER

The Situation Group Leader is responsible for the collection, evaluation, display, and dissemination of all information related to the emergency response effort. The Situation Group Leader must establish and maintain communications with all portions of the Incident Command and the response site in order to collect the information. The Situation Group Leader also attempts to predict spill movement/migration and identifies areas that may be impacted by the emergency.

**Responsibilities:**
- Maintain Activity Log.
- Obtain briefing from the Planning Section Chief.
- Participate in Planning section meetings and briefings.
- Participate in development of Planning's portion of Incident Action Plan (IAP).
- Maintain a master list of response resources ordered, in staging and in use.
- Collect and display current status of requested response resources.
- Collect and display current status of resources, current spill location, personnel, and weather.
- Analyze current information to determine spill trajectory and potential impacts.
- Disseminate information concerning the situation status upon request from the emergency responders.
- Provide photographic services and maps.
- Establish periodic reconnaissance of impacted area to support information needs.
- Collect information on the status of the implementation of Incident Action Plans. Display this information in the Incident Command Center.
- Participate in Post Incident Review

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# LOGISTICS SECTION CHIEF

The Logistics Section Chief is responsible for procuring facilities, services, and material in support of the emergency response effort.

**Responsibilities:**
- Maintain Activity Log.
- Obtain briefing from the Incident Commander (IC).
- Participate in Incident Command planning meetings and briefings.
- Conduct planning meetings and briefings for Logistics section.
- Participate in the preparation of the Incident Action Plan (IAP).
- Identify service and support requirements for planned operations.
- Identify sources of supply for identified and potential needs.
- Advise IC on current service and support requirements.
- Procure needed materials, equipment and services from sources by means consistent with the timing requirements of the IAP and Operations.
- Ensure all purchases are documented.
- Participate in Post Incident Review

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# COMMUNICATIONS GROUP LEADER

The Communications Group Leader is responsible for ensuring that the Incident Command and emergency responders have reliable and effective means of communication. This may involve activation of multiple types of communications equipment and coordination among multiple responding agencies and contractors.

**Responsibilities:**
- Maintain Activity Log.
- Obtain briefing from Logistics Section Chief.
- Periodically advise Logistics Section Chief on status of communications group.
- Participate in Logistics section planning meetings and briefings.
- Participate in development of Logistics' portion of Incident Action Plan (IAP).
- Establish an Incident Command communications center.
- Ensure Incident Commander (IC) has communications compatible with other response agencies.
- Identify all communications circuits/equipment used by emergency responders and keep a chart updated with this information.
- Determine the type and amount of communications required to support the response effort (computer, radio, telephone, fax, etc.).
- Ensure timely establishment of adequate communications equipment and systems.
- Advise Logistics Section Chief on communications capabilities/limitations.
- Establish an equipment inventory control system for communications gear.
- Ensure all equipment is tested and repaired.
- Participate in Post Incident Review

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# SECURITY/MEDICAL GROUP LEADER

The Security/Medical Group Leader is responsible for developing a plan to deal with medical emergencies, obtaining medical aid and transportation for emergency response personnel, and preparation of reports and records.

The Security/Medical Group Leader is responsible for providing safeguards needed to protect personnel and property from loss or damage. The Security/Medical Group Leader also controls access to the emergency site and Incident Command Center.

**Responsibilities:**
- Maintain Activity Log.
- Obtain briefing from Logistics Section Chief.
- Periodically advise Logistics Section Chief on the status of security and medical problems.
- Participate in Logistics meetings and briefings.
- Participate in development of Logistics' portion of Incident Action Plan (IAP).
- Determine and develop security/medical support plan needs.
- Request medical or security personnel, as needed.
- Work with Safety Officer to identify/coordinate local emergency medical services.
- Coordinate with Safety Officer and Operations Section Chief to establish the Site Safety Plan (SSP) with site boundaries, hazard zones, escape routes, staging areas, Command Center and Personal Protective Equipment (PPE) requirements.
- Coordinate/develop an identification system in order to control access to the incident site.
- Participate in Post Incident Review

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# SUPPLY/GROUND SUPPORT GROUP LEADER

The Supply/Ground Support Group Leader is responsible for procurement and the disposition of personnel, equipment, and supplies; receiving and storing all supplies for the incident; maintaining an inventory of supplies; and servicing non-expendable supplies and equipment. The Supply/Ground Support Group Leader supports the following: transportation of personnel; supplies, food, equipment; and fueling, service, maintenance and repair of vehicles and equipment.

**Responsibilities:**
- Maintain Activity Log.
- Obtain briefing from Logistics Section Chief.
- Periodically advise Logistics Section Chief on status of supply/ground support group.
- Participate in Logistics meetings and briefings.
- Participate in development of Logistics' portion of Incident Action Plan (IAP).
- Communicate with Staging Group Leader concerning material, equipment and personnel that are inbound and the approximate time of arrival.
- Coordinate with other Section Chiefs to ascertain the priority of needed materials, equipment and services.
- Coordinate with Finance Section Chief to establish accounts, purchase orders, AFEs and procedures as necessary.
- Establish an inventory control system for materials and equipment.
- Maintain roads, when necessary.
- Participate in Post Incident Review

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# FINANCE SECTION CHIEF

The Finance Section Chief is responsible for accounting, legal, right-of-way and risk management functions that support the emergency response effort. In this role, the primary responsibility is supporting the Command Staff and Logistics Section matters pertaining to expenses during and following the emergency response.

**Responsibilities:**
- Maintain Activity Log.
- Obtain briefing from Incident Commander (IC).
- Participate in Incident Command planning meetings and briefings.
- Conduct planning meetings and briefings for Finance section.
- Participate in preparation of the Incident Action Plan (IAP).
- Participate in planning meetings.
- Participate in Unified Command System (UCS) as incident warrants.
- Request assistance of corporate accounting, legal, right-of-way or risk management as needed.
- Assist with contracting administration.
- Participate in Post Incident Review

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# ACCOUNTING GROUP LEADER

The Accounting Group Leader is responsible for accumulating and dispensing funding during an emergency response. All charges directly attributed to the incident should be accounted for in the proper charge areas.

**Responsibilities:**

- Maintain Activity Log.
- Obtain briefing from Finance Section Chief.
- Periodically advise Finance Section Chief.
- Participate in Finance planning meetings and briefings.
- Participate in development of Finance's portion of Incident Action Plan (IAP).
- Make recommendations for cost savings to Finance and Logistics Section Chiefs.
- Establish accounts as necessary to support the Logistics section.
- Ensure all invoices are documented, verified, and paid accordingly.
- Involve corporate accounting group for assistance as necessary.
- Participate in Post Incident Review

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# <u>CLAIMS GROUP LEADER</u>

The Claims Group Leader is responsible for managing all risk management and right-of-way issues at, during, and following an emergency response. It is important that all claims are investigated and handled expediently.

**Responsibilities:**
- Maintain Activity Log.
- Obtain briefing from Finance Section Chief.
- Participate in Finance planning meetings and briefings.
- Participate in development of Finance's portion of Incident Action Plan (IAP).
- Periodically inform affected parties of status of emergency response.
- Review and authorize payment of all claims.
- Provide needs of evacuated persons or groups.
- Purchase or acquire property.
- Inform and update necessary insurance groups and underwriters.
- Involve corporate Risk Management or Land, Records, and Claims as needed.
- Participate in Post Incident Review

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# <u>LEGAL GROUP LEADER</u>

The Legal Group Leader is responsible for advising the Incident Command Staff and Section Chiefs on all matters that may involve legal issues.

**Responsibilities:**
- Maintain Activity Log.
- Obtain briefing from Finance Section Chief.
- Periodically advise Finance Section Chief of status.
- Participate in Finance planning meetings and briefings.
- Participate in development of Finance's portion of Incident Action Plan (IAP).
- Conduct investigations per Incident Commander's (IC) request.
- Provide skilled negotiators.
- Communicate to all affected emergency response personnel if work product is declared "Attorney-Client Privilege. "
- Participate in Post Incident Review

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## BUSINESS RESUMPTION SECTION CHIEF

The Business Resumption Section Chief is responsible for managing and directing activities of the repair crews and contractors.

**Responsibilities:**
- Establish and direct the repairs activities.
- Ensure that all work is done in a manner to ensure the safety of all employees and the public.
- Establish and direct any required staging activities.
- Participate in Post Incident Review

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# **REPAIR COORDINATOR**

The Repair Coordinator is responsible for the timely, efficient, and safe repair of the damaged pipeline segment so that loss of service will be as brief as possible without compromising safety or integrity of repair. Ensure that temporary and/or permanent repair of the affected asset is done in accordance with approved methods.

**Responsibilities:**
- Determine extent and cause of damage.
- Obtain necessary materials, personnel and equipment to repair damage.
- Plan and execute repairs.
- Verify that repairs are complete and sound using proven test methods (x-ray, hydrostatic test or other accepted methods) and in compliance with DOT requirements.
- Supervise completion of repair by the use of proper back-fill materials and techniques.
- Return the ROW to acceptable condition.
- Inform the Incident Commander when pipeline is ready for return to service.
- Coordinate activities with HES and DOT representatives.
- Participate in Post Incident Review

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## Appendix E- Response Zone Maps  (Redacted)

- Aberdeen
- Bismarck
- De Smet
- Eureka
- Gettysburg
- Glen Ullin
- Hazen
- Killdear
- Linton
- Mobridge
- Parshall
- Redfield
- Salem
- Sioux Falls
- Stanley
- Watertown
- Watford City
- Williston

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**Appendix F- Standard Incident Debriefing Form**

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# Drill/Exercise/Incident Response PREP Self-Assessment Form

| | |
|---|---|
| **Exercise/Drill Title:** | |
| **Location:** | |
| **Date of Exercise/Drill:** | |
| **Starting Time:** | **Ending Time:** |
| **Date Evaluation Completed:** | |
| **Evaluator Name:** | **Company:** |
| **Evaluator Name:** | **Company:** |
| **Evaluator Name:** | **Company:** |
| **Evaluator Name:** | **Company:** |

| **Type of Exercise/Drill:** |
|---|
| ☐ **Table Top Drill**  ☐ **Equipment Deployment**  ☐ **Emergency Procedures**<br><br>☐ **Actual Spill/Release**  ☐ **Qualified Individual**  ☐ **Emergency Telephone Number Verification**<br><br>**Exercise/Drill was:**  ☐ **Announced**  ☐ **Unannounced**<br><br>**Scenario:**  ☐ **Average Most Probable**  ☐ **Maximum Most Probable**  ☐ **Worst Case** |

| **Summary of Exercise/Incident:** |
|---|
| • <br> • |

Note: Lessons learned and/or corrective actions will be documented on an action item tracking report.
Revision Date: 01/02/14
This record when completed, contains confidential information that is controlled under the Corporate Disclosure Policy.
The completed record, must be protected from inadvertent disclosure to unauthorized persons and maintained under the proper document controls measures. Disclosure of the completed record without consent is prohibited.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## Drill/Exercise/Incident Response PREP Self-Assessment Form

**1. Notifications:** *Test the notifications procedures identified in the Area Contingency Plan (ACP) and the Facility Response Plan (FRP), where applicable.* **NRC Report # 1075053**

| | |
|---|---|
| Were the notification procedures identified in the FRP tested? | ☐ Yes ☐ No ☐ NA<br>☐ Not Tested ☐ Not Observed |
| Was the spill response organization, including Response Contractor notified in a timely manner, following plan procedures? | ☐ Yes ☐ No ☐ NA<br>☐ Not Tested ☐ Not Observed |
| Notifications to government agencies were made in a timely manner following plan procedures? | ☐ Yes ☐ No ☐ NA<br>☐ Not Tested ☐ Not Observed |

**Observations identified:**

---

**1. 1 Agencies Notified:  Identify all agencies that were notified:**

Federal: ☐ EPA ☐ USCG ☐ PHMSA ☐ OSHA ☐ Department of Homeland Security ☐ NRC **Report #:**
State:  ☐ MI- DEP ☐ ☐ State Police ☐ Other (Canadian Officials- please list)
Local:  ☐ LEPC ☐ Office of Emergency Management ☐ Fire Department ☐ Police Department
☐ Sherriff's Dept. ☐  Other:

**Observations identified:**

---

**2.  Staff Mobilization:** *Demonstrate the ability to assemble the spill response organization identified in the Facility Response Plan.*

| | |
|---|---|
| Was the Spill Management Team (SPMT) identified in the FRP? | ☐ Yes ☐ No ☐ NA |
| Was the SPMT mobilized for the incident or event? | ☐ Yes ☐ No ☐ NA |

**Observations identified:**

---

**3. Ability to Operate Within the Response Management System Described in the Plan:**

| | |
|---|---|
| **3.1  Unified Command:**  Demonstrate the ability to form or interface within a Unified Command. (Simulated interaction with Fire Chief, Police and responding local agencies) | ☐ Yes ☐ No ☐ NA<br>☐ Not Tested ☐ Not Observed |
| Demonstrate the ability to consolidate the concerns of the other members of the unified command into a unified strategic plan with tactical operations. | ☐ Yes ☐ No ☐ NA<br>☐ Not Tested ☐ Not Observed |
| **3.1.1 Federal Representation:** Was a Federal Representative involved in the drill/incident? | ☐ Yes ☐ No ☐ NA<br>☐ Not Tested |
| Demonstrate the ability to function within the Unified Command structure, and reflect federal concerns and goals. | ☐ Yes ☐ No ☐ NA<br>☐ Not Tested ☐ Not Observed |
| **3.1.2  State Representation:** Was a State Representative involved in the drill/incident. | ☐ Yes ☐ No ☐ NA<br>☐ Not Tested ☐ Not Observed |

Note: Lessons learned and/or corrective actions will be documented on an action item tracking report.
Revision Date: 01/02/14
This record when completed, contains confidential information that is controlled under the Corporate Disclosure Policy.
The completed record, must be protected from inadvertent disclosure to unauthorized persons and maintained under the proper document controls measures. Disclosure of the completed record without consent is prohibited.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# Drill/Exercise/Incident Response PREP Self-Assessment Form

| | |
|---|---|
| Demonstrate the ability to function within the Unified Command structure, and reflect state concerns and goals. (Simulated) | ☐ Yes  ☐ No  ☐ NA  ☐ Not Tested  ☐ Not Observed |
| **3.1.3 Local Government Representation:** Was a Local Representative involved in the drill/incident? | ☐ Yes  ☐ No  ☐ NA  ☐ Not Tested |
| Demonstrate the ability to function within the Unified Command structure and reflect local government concerns and goals. | ☐ Yes  ☐ No  ☐ NA  ☐ Not Tested  ☐ Not Observed |
| List the federal, state and local representatives involved: Local Government -. | |
| **Observations identified:** | |
| **3.1.4 Responsible Party Representative:** Was a Responsible Party Representative involved in the drill/incident? | ☐ Yes  ☐ No  ☐ NA  ☐ Not Tested |
| Demonstrate the ability to function within the Unified Command structure and reflect responsibility party concerns and goals. | ☐ Yes  ☐ No  ☐ NA  ☐ Not Tested  ☐ Not Observed |
| List the federal, state and local representatives involved: Responsible party representatives involved -. | |
| **Observations identified:** | |
| ***3.2 Response Management System:*** | ☐ Yes  ☐ No  ☐ NA  ☐ Not Tested  ☐ Not Observed |
| Did the SPMT operate within the framework of the response management system identified in their respective plans? | |
| **Observations identified:** | |
| ***3.2.1 Operation Section:*** | ☐ Yes  ☐ No  ☐ NA  ☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to coordinate or direct operations related to the implementation of the IAP? | |
| **Observations identified:** | |
| ***3.2.2. Planning Section:*** | ☐ Yes  ☐ No  ☐ NA  ☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to consolidate the various concerns of the members of the unified command into "joint" planning recommendations and specific long-range strategic plans? | ☐ Yes  ☐ No  ☐ NA  ☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to develop short-range tactical plans for the operations division. | |
| **Observations identified:** | |

Note: Lessons learned and/or corrective actions will be documented on an action item tracking report.
Revision Date: 01/02/14
This record when completed, contains confidential information that is controlled under the Corporate Disclosure Policy.
The completed record, must be protected from inadvertent disclosure to unauthorized persons and maintained under the proper document controls measures. Disclosure of the completed record without consent is prohibited.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# Drill/Exercise/Incident Response PREP Self-Assessment Form

| | |
|---|---|
| *Planning – Situation Unit* | ☐ Yes ☐ No ☐ NA ☐ Not Tested ☐ Not Observed |
| Demonstrate the ability to collect, compile, display and disseminate current response information including: the amount and type of product spilled/released, location, trajectory, natural resources impacted, locations of the spill response command post, staging and operational areas utilizing written forms, charts, tables and photographs in a location and scale that is sufficient for the needs of the response management team, including maintenance of the incident situation. display. | |
| **Observations identified:** **Note: Examine if having a Situational Unit Leader would benefit the process for future exercises.** | |
| *Planning – Resource Unit* | ☐ Yes ☐ No ☐ NA ☐ Not Tested ☐ Not Observed |
| Demonstrate the ability to maintain the status of all incident resources. | |
| **Observations identified:** | |
| *Planning – Environmental Unit* | ☐ Yes ☐ No ☐ NA ☐ Not Tested ☐ Not Observed |
| Demonstrate the ability to prepare environmental data including assessments, modeling, surveillance, resources at risk, and impacts on environmentally sensitive sites. | |
| **Observations identified:** | |
| *Planning – General Planning* | |
| **Observations identified:** | |
| *3.2.3 Logistics:* | ☐ Yes ☐ No ☐ NA ☐ Not Tested ☐ Not Observed |
| Demonstrate the ability to provide the necessary support of both the short-term and long-term action plans. | |
| **Observations identified:** | |
| *3.2.4 Finance:* | ☐ Yes ☐ No ☐ NA ☐ Not Tested ☐ Not Observed |
| Demonstrate the ability to document the daily expenditures of the organization, forecast and provide cost estimates for continuing operations. | |
| **Observations identified:** | |
| *3.2.5 Public Affairs:* | ☐ Yes ☐ No ☐ NA ☐ Not Tested ☐ Not Observed |
| Demonstrate the ability to form a joint information center and provide the necessary interface between the unified command and the media. | |

Note: Lessons learned and/or corrective actions will be documented on an action item tracking report.
Revision Date: 01/02/14
This record when completed, contains confidential information that is controlled under the Corporate Disclosure Policy.
The completed record, must be protected from inadvertent disclosure to unauthorized persons and maintained under the proper document controls measures. Disclosure of the completed record without consent is prohibited.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# Drill/Exercise/Incident Response PREP Self-Assessment Form

| | |
|---|---|
| **Observations identified:** | |
| ***3.2.6 Safety:*** | ☐ Yes  ☐ No  ☐ NA<br>☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to monitor, assess and/or anticipate hazardous and unsafe situations and ensure compliance with safety standards. | |
| **Observations identified:** | |
| ***3.2.7 Legal:*** | ☐ Yes  ☐ No  ☐ NA<br>☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to provide the unified command with suitable legal advice and assistance. | |
| **Observations identified:** | |
| ***3.2.8 Liaison Affairs:*** | ☐ Yes  ☐ No  ☐ NA<br>☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to integrate assisting and or cooperating agency Representatives into the organization. | |
| **Observations identified:** | |
| ***4. Discharge Control:*** | ☐ Yes  ☐ No  ☐ NA<br>☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability of the spill response organization to control and stop the discharge at the source. | |
| **Observations identified:** | |
| ***4.1 Emergency Services:*** | ☐ Yes  ☐ No  ☐ NA<br>☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to assemble and deploy emergency resources identified in the FRP. | |
| **Observations identified:** | |
| ***4.2 Firefighting:*** | ☐ Yes  ☐ No  ☐ NA<br>☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to assemble and deploy the firefighting resources identified in the response plan. | |
| **Observations identified:** | |
| ***4.3 Lightering:*** | ☐ Yes  ☐ No  ☐ NA<br>☐ Not Tested  ☐ Not Observed |
| Did the SPMT demonstrate the ability to assemble and deploy the lightering resources identified in the response plan. | |

Note: Lessons learned and/or corrective actions will be documented on an action item tracking report.
Revision Date: 01/02/14
This record when completed, contains confidential information that is controlled under the Corporate Disclosure Policy.
The completed record, must be protected from inadvertent disclosure to unauthorized persons and maintained under the proper document controls measures. Disclosure of the completed record without consent is prohibited.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# Drill/Exercise/Incident Response PREP Self-Assessment Form

| Observations identified: | |
|---|---|
| **5. Assessment:** | ☐ Yes ☐ No ☐ NA<br>☐ Not Tested ☐ Not Observed |
| Demonstrate the ability to provide an initial assessment of the discharge and provide continuing assessments of the effectiveness of the tactical operations. | |
| Observations identified: | |
| **6. Containment:** | ☐ Yes ☐ No ☐ NA<br>☐ Not Tested ☐ Not Observed |
| Demonstrate the ability to contain the discharge at the source or in various locations for recovery operations. | |
| Observations identified:<br> Lewis Environmental did a nice job planning out | |
| **7. Recovery:** | ☐ Yes ☐ No ☐ NA<br>☐ Not Tested ☐ Not Observed |
| Demonstrate the ability to recover, mitigate, and remove the discharged product? Includes  mitigation and removal activities, e.g. dispersant use, In-Situ Burn (ISB) or bioremediation use. | |
| Observations identified: | |
| **7.1 On-Water Recovery:** | ☐ Yes ☐ No ☐ NA<br>☐ Not Tested ☐ Not Observed |
| Demonstrate the ability to assemble, deploy and effectively operate the on-water response resources identified in the FRP. | |
| Observations identified: | |
| **7.2 Shore-Based Recovery:** | ☐ Yes ☐ No ☐ NA<br>☐ Not Tested ☐ Not Observed |
| Demonstrate the ability to assemble and deploy the shore side clean-up resources identified in the FRP? | |
| Observations identified: | |
| **8. Protection:** | ☐ Yes ☐ No ☐ NA<br>☐ Not Tested ☐ Not Observed |
| Demonstrate the ability to protect the environmentally and eco-sensitive areas identified in the ACP and the FRP. | |
| Observations identified:<br>. | |
| **8.1 Protective Booming:** | ☐ Yes ☐ No ☐ NA<br>☐ Not Tested ☐ Not Observed |
| Demonstrate the ability to implement the protection strategies contained in the ACP and the FRP. | |
| Observations identified: | |
| **8.2 Water Intake Protection:** | ☐ Yes ☐ No ☐ NA<br>☐ Not Tested ☐ Not Observed |

Note: Lessons learned and/or corrective actions will be documented on an action item tracking report.
Revision Date: 01/02/14
This record when completed, contains confidential information that is controlled under the Corporate Disclosure Policy.
The completed record, must be protected from inadvertent disclosure to unauthorized persons and maintained under the proper document controls measures. Disclosure of the completed record without consent is prohibited.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# Drill/Exercise/Incident Response PREP Self-Assessment Form

| | |
|---|---|
| Demonstrate the ability to quickly identify water intakes and implement the proper protection procedures from the ACP, FRP or develop a plan for use. | |
| **Observations identified: Note:** Team discussed reservoir dam protection. | |
| ***8.3 Wildlife Recovery and Rehabilitation:*** | ☐ Yes ☐ No ☐ NA<br>☐ Not Tested ☐ Not Observed |
| Did the spill response organization demonstrate the ability to quickly identify these resources at risk <u>and</u> implement the proper protection procedures from the ACP, FRP or develop a plan for use. | |
| **Observations identified:** | |
| ***8.4 Population Protection (Protect Public Health and Safety):*** | ☐ Yes ☐ No ☐ NA<br>☐ Not Tested ☐ Not Observed |
| Demonstrate the ability to quickly identify health hazards associated with the discharged product and the population at risk from these hazards, and to implement the proper protection procedures or develop a plan for use? | |
| **Observations identified:** | |
| ***9. Disposal:*** | ☐ Yes ☐ No ☐ NA<br>☐ Not Tested ☐ Not Observed |
| Demonstrate the ability of the spill response organization to dispose of the recovered material and contaminated debris?<br><br>Note: Discussed potential clean-up of any contaminated materials used during response. | |
| **Observations identified:** | |
| ***Disposal - Waste Management:*** | ☐ Yes ☐ No ☐ NA<br>☐ Not Tested ☐ Not Observed |
| Demonstrate the ability to properly manage the recovered material and contaminated debris, and to develop the waste management plan for approval by the Unified Command?  The plan will include appropriate procedures for obtaining permits and/or waivers, water characterization, waste minimization, volumetric determination, and overall waste management and final disposition, as appropriate. Note: Interface with the liaison officer to facilitate contacts with appropriate state and local agencies. | |
| **Observations identified:** | |
| **10. Communications:** | ☐ Yes ☐ No ☐ NA<br>☐ Not Tested ☐ Not Observed |
| Demonstrate the ability to establish an effective communications system for the spill response organization? | |
| **Observations identified:** | |
| **10.1 Internal Communications:** | ☐ Yes ☐ No ☐ NA<br>☐ Not Tested ☐ Not Observed |

Note: Lessons learned and/or corrective actions will be documented on an action item tracking report.
Revision Date: 01/02/14
This record when completed, contains confidential information that is controlled under the Corporate Disclosure Policy.
The completed record, must be protected from inadvertent disclosure to unauthorized persons and maintained under the proper document controls measures. Disclosure of the completed record without consent is prohibited.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# Drill/Exercise/Incident Response PREP Self-Assessment Form

| | |
|---|---|
| Demonstrate the ability to establish an intra-organization communications system. This encompasses communications at the command post and between the command post and deployed resources. | |
| **Observations identified:** | |
| **10.2 External Communications:** | ☐ Yes  ☐ No  ☐ NA  ☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to establish communications both within the response organization and other entities (e.g., RRT, claimants, media, regional or HQ agency offices, non-governmental organizations, etc.). | |
| **Observations identified:** | |
| **11. Transportation:** | ☐ Yes  ☐ No  ☐ NA  ☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to provide effective multi-mode transportation both for execution of the discharge and support functions. | |
| **Observations identified:** | |
| **11.1 Land Transportation:** | ☐ Yes  ☐ No  ☐ NA  ☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to provide effective land transportation for all elements of the response. | |
| **Observations identified:** | |
| **11.2 Waterborne Transportation:** | ☐ Yes  ☐ No  ☐ NA  ☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to provide effective waterborne transportation for all elements of the response. | |
| **Observations identified:** | |
| **11.3 Aviation Operations** | ☐ Yes  ☐ No  ☐ NA  ☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to provide effective airborne transportation and/or spill tracking for the response. | |
| **Observations identified:** | |
| **12. Personnel Support:** | ☐ Yes  ☐ No  ☐ NA  ☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to provide the necessary support of all personnel associated with the response. | |
| **Observations identified:** | |
| **12.1 Management:** | ☐ Yes  ☐ No  ☐ NA  ☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to provide administrative management of all personnel involved in the response. This requirement includes the ability to move personnel | |

Note: Lessons learned and/or corrective actions will be documented on an action item tracking report.
Revision Date: 01/02/14
This record when completed, contains confidential information that is controlled under the Corporate Disclosure Policy.
The completed record, must be protected from inadvertent disclosure to unauthorized persons and maintained under the proper document controls measures. Disclosure of the completed record without consent is prohibited.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# Drill/Exercise/Incident Response PREP Self-Assessment Form

| | |
|---|---|
| into or out of the response organization with established procedures. | |
| **Observations identified:** | |

| | |
|---|---|
| **12.2 Lodging (Berthing):** | ☐ Yes  ☐ No  ☐ NA<br>☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to provide overnight accommodations on a continuing basis for a sustained response. | |
| **Observations identified:** | |

| | |
|---|---|
| **12.3 Food (Messing)** | ☐ Yes  ☐ No  ☐ NA<br>☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to provide suitable feeding arrangements for personnel involved with the management of the response? | |
| **Observations identified:** | |

| | |
|---|---|
| **12.4 Operational and Administrative Spaces:** | ☐ Yes  ☐ No  ☐ NA<br>☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to provide suitable operational and administrative spaces for personnel involved with the management of the response. | |
| **Observations identified:** | |

| | |
|---|---|
| **12.5 Emergency Procedures:** | ☐ Yes  ☐ No  ☐ NA<br>☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to provide emergency services for personnel involved in the response. | |
| **Observations identified:**<br>Team discussed residential evacuations and sheltering in place plans. | |

| | |
|---|---|
| **13. Equipment Maintenance and Support:** | ☐ Yes  ☐ No  ☐ NA<br>☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to maintain and support all equipment associated with the response. | |
| **Observations identified:** | |

| | |
|---|---|
| **13.1 Response Equipment:** | ☐ Yes  ☐ No  ☐ NA<br>☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to provide effective maintenance and support for all response equipment. | |
| **Observations identified:** | |

| | |
|---|---|
| **13.2 Response Equipment:** | ☐ Yes  ☐ No  ☐ NA<br>☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to provide effective maintenance and support for all equipment that supports the response?  This requirement includes communications equipment, transportation equipment, administrative equipment, etc. | |
| **Observations identified:** | |

Note: Lessons learned and/or corrective actions will be documented on an action item tracking report.
Revision Date: 01/02/14
This record when completed, contains confidential information that is controlled under the Corporate Disclosure Policy.
The completed record, must be protected from inadvertent disclosure to unauthorized persons and maintained under the proper document controls measures. Disclosure of the completed record without consent is prohibited.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# Drill/Exercise/Incident Response PREP Self-Assessment Form

| **14. Procurement:** | ☐ Yes  ☐ No  ☐ NA<br>☐ Not Tested  ☐ Not Observed |
|---|---|
| Demonstrate the ability to establish an effective procurement system. | |
| **Observations identified:** | |
| **14.1 Personnel:** | ☐ Yes  ☐ No  ☐ NA<br>☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to procure sufficient personnel to mount and sustain an organized response? Includes insuring that all personnel have qualifications and training required for their position within the response organization. | |
| **Observations identified:** | |
| **14.2 Response Equipment:** | ☐ Yes  ☐ No  ☐ NA<br>☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to procure sufficient response equipment to mount and sustain an organized response. | |
| **Observations identified:** | |
| **14.3 Support Equipment:** | ☐ Yes  ☐ No  ☐ NA<br>☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to procure sufficient support equipment to support and sustain an organized response. | |
| **Observations identified:** | |
| **15. Documentation:** | ☐ Yes  ☐ No  ☐ NA<br>☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability of the spill response organization to document all operational and support aspects of the response. | ☐ Yes  ☐ No  ☐ NA<br>☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to provide detailed records of decisions and actions taken. | ☐ Yes  ☐ No  ☐ NA<br>☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to collect, compile and preserve all documents associated With the response? | |
| **Observations identified:** | |

Note: Lessons learned and/or corrective actions will be documented on an action item tracking report.
Revision Date: 01/02/14
This record when completed, contains confidential information that is controlled under the Corporate Disclosure Policy.
The completed record, must be protected from inadvertent disclosure to unauthorized persons and maintained under the proper document controls measures. Disclosure of the completed record without consent is prohibited.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**Appendix G- Incident Management Team (IMT)**

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

|  | TEAM A | TEAM B | TEAM C | TEAM D |
|---|---|---|---|---|
| IC |  |  |  |  |
| OSC |  |  |  |  |
| OSC-B/U |  |  |  |  |
| PSC |  |  |  |  |
| PSC-B/U |  |  |  |  |
| STUL |  |  |  |  |
| STUL-B/U |  |  |  |  |
| RSUL |  |  |  |  |
| RSUL-B/U |  |  |  |  |
| DCUL |  |  |  |  |
| DCUL-B/U |  |  |  |  |
| EUL |  |  |  |  |
| LSC |  |  |  |  |
| LSC- B/U |  |  |  |  |
| LNO |  |  |  |  |
| LNO-Staff |  |  |  |  |
| TechSpec |  |  |  |  |
| ROW |  |  |  |  |
| ROW |  |  |  |  |
| SFO |  |  |  |  |
| SFO - B/U |  |  |  |  |
| FSC |  |  |  |  |
| PIO |  |  |  |  |
| Situation- Staff |  |  |  |  |
| IT |  |  |  |  |
| Comms |  |  |  |  |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**Appendix H – EPP 101 – PREP Training and Record Guide**   (Redacted)

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE



U.S. Department
of Transportation
**Pipeline and Hazardous
Materials Safety Administration**

1200 New Jersey Avenue, S.E.
Washington, D.C.  20590

February 23, 2017

Russell G. Howerton
Emergency Response Coordinator
Sunoco Logistic L.P.
1820 US Hwy. 80
Longview, TX  75604

**RE:    LETTER OF APPROVAL:  Dakota Access Pipeline, Sequence Number:  3056, February 2017**

Dear Mr. Howerton:

The Pipeline and Hazardous Materials Safety Administration (PHMSA) has received and reviewed Sunoco Logistic L.P.'s oil spill response plan for the Dakota Access Pipeline (DAPL) North Response Zone dated February 2017.  We conclude that the Plan complies with PHMSA's regulations concerning onshore oil pipelines found at 49 Code of Federal Regulations (CFR) Part 194.  Your Response Plan is approved.

This approval is valid for five years from the date of this letter.  You must revise and resubmit a Response Plan for approval by February 23, 2022.  If discrepancies are found during PHMSA inspections, or if new or different operating conditions or information would substantially affect the implementation of this plan, you will be required to resubmit a revised plan.  See 49 CFR § 194.121(b).

Should you have any questions or concerns, please contact me at (202) 366-4595 or by email at PHMSA.OPA90@dot.gov.  Please include the sequence number and your PHMSA Operator Identification Number on any future correspondence.

Sincerely,

David K. Lehman, Director
Oil Spill Preparedness and Emergency Support Division
Office of Pipeline Safety

cc:    PHMSA Central Region

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE



**Emergency Response Action Plan (ERAP)**

**Dakota Access Pipeline <u>North Response Zone</u>**

**Sequence Number 3056**

**APRIL 2017**

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

<u>TABLE OF CONTENTS</u>

<u>Page</u>

**1.0    INFORMATION SUMMARY** ........................................................**1**
   1.1    PURPOSE OF PLAN ...........................................................1
   1.2    RESPONSE ZONE INFORMATION SUMMARY.................................1
          Table 1-1  Response Zone Information Summary............................2
          Table 1-2  Description of Line Segments/Stations...........................3
          Table 1-3  Storage Tank Data...................................................4

**2.0    NOTIFICATION PROCEDURES**......................................... **4**
   2.1    NOTIFICATION OVERVIEW................................................ 4
   2.2    INFORMATION REQUIRED FOR NOTIFICATION...........................5
          Table 2-1  Facility Response Team Contact Information....................6
          Table 2-2  Local Emergency Response Personnel Contact Info............7
          Figure 2-1 Notification Flowchart.............................................8
          Table 2-3  Regulatory Agency Contact Information......................... 9
          Table 2-4  Emergency Services Contact Information.......................13
          Table 2-5  Contractor Contact Information.................................. 15

**3.0    SPILL DETECTION AND ON-SCENE SPILL MITIGATION**
        **PROCEDURES**.............................................................**16**
          Table 3-1  Spill Mitigation Procedures.......................................16
   3.1    RESPONSE EQUIPMENT ...................................................19

**4.0    RESPONSE ACTIVITIES** ............................................**21**
   4.1    SPILL RESPONSE ACTION CHECKLIST ..................................21
          Table 4-1  Spill Response Action Checklist................................. 22
   4.2    SPILL TRACKING AND SURVEILLANCE.....................................24
          Table 4-2  Spill Tracking and Surveillance................................. 25
   4.3    ESTIMATING SPILL VOLUMES..............................................27
          Table 4-3  Oil Thickness Estimation Chart................................. 27

**5.0    CONTAINMENT AND RECOVERY METHODS** .........................**28**
   5.1    SPILL ON LAND (SOIL SURFACES)........................................28
   5.2    SPILL ON LAKE OR POND (CALM OR SLOW-MOVING
          WATER) ....................................................................29
   5.3    SPILL ON SMALL TO MEDIUM SIZE STREAMS (FAST FLOWING
          CREEKS) ..................................................................29
   5.4    SPILL ON LARGE STREAMS AND RIVERS...............................31
   5.5    SPILL ON STREAMS WHICH FLOW INTO A LAKE OR POND.....33
   5.6    SPILL IN URBAN AREAS....................................................33
   5.7    SPILL UNDER ICE...........................................................34
   5.8    SPILL ON ICE................................................................35
   5.9    SPILL IN WETLAND AREAS................................................ 35
   5.10   SPILL ON OR NEAR GROUNDWATER.................................. 36
**6.0    PRODUCT CHARACTERISTICS AND HAZARDS**..........................**37**

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

Table 6-1  Chemical and Physical Characteristics………………………...37

<u>APPENDICES</u>

**APPENDIX A     SAFETY DATA SHEET**
**APPENDIX B     ICS FORMS / INITIAL IAP**

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# 1.0 INFORMATION SUMMARY

## 1.1 Purpose of Plan

The purpose of this Facility Response Plan (FRP) is to provide guidelines to quickly, safely, and effectively respond to a spill from the Dakota Access Pipeline (DAPL) system. The pipeline is owned by Dakota Access, LLC. DAPL-ETCO Operations Management, LLC has been retained by Dakota Access, LLC as operator of the Dakota Access Pipeline.  Sunoco Pipeline L. P. has been appointed as operator of the Dakota Access Pipeline on behalf of DAPL-ETCO Operations Management, LLC.

This Plan is intended to satisfy the requirements of the Oil Pollution Act of 1990 (OPA 90), and has been prepared in accordance with the National Oil and Hazardous Substances Pollution Contingency Plan (NCP) and the Mid-Missouri River Sub-Area Contingency Plan (ACP). Specifically, this Plan is intended to satisfy:

- Pipeline and Hazardous Materials Safety Administration (PHMSA), U.S. Department of Transportation requirements for an OPA 90 plan (49 CFR Part 194)
- South Dakota Environmental Protection Oil Pipeline Plan Requirements (34A-18).
- North Dakota Administrative Code 69-09-03-02
- American Petroleum Industry (API) RP 1174 - Recommended Practice for Onshore Hazardous Liquid Pipeline Emergency Preparedness and Response.

Appendix B to 40 CFR 112 outlines the Memorandum of Understanding (MOU) among the Secretary of Interior, Secretary of Transportation, and the Administrator of the EPA.  The MOU delegates regulatory authority to the Secretary of Transportation (PHMSA) for interstate and intrastate onshore pipeline systems, including pumps and appurtenances related thereto, as well as in-line and breakout storage tanks.  As such, DAPL complies with 49 CFR Part 194 as promulgated by PHMSA.

A DOT/PHMSA Cross Reference Matrix is provided in **APPENDIX A** of the FRP.

This plan has been supplemented by, and should be used in conjunction with, the Mid-Missouri River Sub-Area Contingency Plan and the Region 8 Contingency Plan as appropriate.

All Company responders designated in this Plan must have 24 hours of initial spill response training in accordance with 29 CFR Part 1910, as indicated in Table 6-2 of the FRP.

## 1.2 Response Zone Information Summary

The information summary for the DAPL - North Response Zone is presented on the following pages:

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## TABLE 1-1 DAPL NORTH RESPONSE ZONE INFO. SUMMARY

| Owner: | Operator: |
|---|---|
| Dakota Access, LLC<br>1300 Main Street<br>Houston, Texas 77002<br>Phone: ███████ | Sunoco Pipeline L.P.<br>Western Area<br>One Fluor Daniel Drive<br>Sugar Land, Texas 77478 |

| | |
|---|---|
| **Product Transported:** | Crude Oil |
| **Qualified Individuals:** | Chad Arey - **PRIMARY**<br>Director – Pipeline Operations<br>███████ (Office)<br>███████ (Mobile) |
| | Frazier Lewis - **PRIMARY**<br>Manager - Pipeline Operations North Dakota<br>███████ (Mobile) |
| | Vernon Ryan - PRIMARY<br>Sr. Manager Pipeline Operations<br>███████ (Mobile) |
| | Timothy Taylor - **ALTERNATE**<br>Supervisor - Pipeline Operations North Dakota<br>███████ (Mobile) |
| | Butch Till - **PRIMARY**<br>Manager - Pipeline Operations South Dakota<br>███████ (Mobile) |
| | Sylis Kariah - **ALTERNATE**<br>Supervisor - Pipeline Operations South Dakota<br>███████ (Mobile) |
| **Pipeline Description:** | The DAPL pipeline system transports crude oil in North Dakota and South Dakota. |
| **Response Zone:** | The DAPL – North Response Zone includes pipelines and facilities in the following counties of North Dakota: Mountrail, Williams, McKenzie, Dunn, Mercer, Morton, and Emmons; and in South Dakota: Campbell, McPherson, Edmunds, Faulk, Spink, Beadle, Kingsbury, Miner, Lake, McCook, Minnehaha, Turner, and Lincoln. The Response Zone has the potential for "significant and substantial harm" and has the potential for a "worst case discharge" |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**TABLE 1-2 DESCRIPTION OF LINE SEGMENTS/STATIONS**

| Line Sections | Description | Counties/Parishes | Product |
|---|---|---|---|
| | Stanley to Ramberg 12" | Mountrail & Ramberg, ND | Crude Oil |
| | Ramberg to Epping 20" | Williams, ND | Crude Oil |
| | Epping to Trenton 20" | Williams (McKenzie Maybe), ND | Crude Oil |
| | Trenton to Watford City 24" | Williams & McKenzie, ND | Crude Oil |
| | Watford City to Johnsons Corner 30" | McKenzie, ND | Crude Oil |
| | Johnsons Corner to Redfield 30" | McKenzie, Dunn, Mercer, Morton & Emmons, ND/ Campbell, McPherson, Edmunds, Faulk, Spink, Beadle, Kingsbury, Miner, Lake, McCook, Minnehaha, Turner, Lincoln, SD | Crude Oil |
| **Stations** | Stanley | Mountrail, ND | Crude Oil |
| | Ramberg | Williams, ND | Crude Oil |
| | Epping | Williams, ND | Crude Oil |
| | Trenton | Williams, ND | Crude Oil |
| | Watford City | McKenzie, ND | Crude Oil |
| | Johnsons Corner | McKenzie, ND | Crude Oil |
| | Redfield | Spink, SD | Crude Oil |
| **Alignment Maps Location(s): (Piping, Plan Profiles)** | Maintained in the company's DSS mapping program | | |
| **Spill Detection and Mitigation Procedures:** | Refer to **SECTION 3** | | |
| **Worst Case Discharge:** | ███████████████████████ | | |
| **Statement of Significant and Substantial Harm:** | Basis for Operator's Determination of Significant and Substantial Harm<br><br>• The pipeline in the Response Zone is greater than 6 5/8 inches and longer than 10 miles | | |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

|  |  |
|---|---|
|  | • At least one section of pipeline crosses a river, meeting the requirement for location within one mile of an environmentally sensitive area<br>• Therefore, the potential to cause significant and substantial harm is present within the entire Response Zone |
| **Date Plan Prepared:** | October 28, 2016 |

## TABLE 1-3 STORAGE TANK DATA

| Station | Tank ID | Service | Working Capacity (barrels) | Tank Contents | Tank Construction | Tank Design | Year of Construction |
|---|---|---|---|---|---|---|---|
| Stanley | 7100 | In-Service | 120,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
|  | 7200 | In-Service | 120,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
| Ramberg | 7100 | In-Service | 100,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
|  | 7200 | In-Service | 150,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
|  | 7300 | In-Service | 200,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
| Epping | 7100 | In-Service | 100,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
|  | 7200 | In-Service | 150,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
| Trenton | 7100 | In-Service | 100,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
|  | 7200 | In-Service | 150,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
| Watford City | 7100 | In-Service | 100,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
|  | 7200 | In-Service | 100,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
|  | 7300 | In-Service | 150,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
| Johnsons Corner | 7100 | In-Service | 200,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
|  | 7200 | In-Service | 200,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |

The information contained in this Plan is intended to be used as guidelines for the spill responder.  Actual circumstances will vary and will dictate the procedures to be followed, some of which may not be included in this manual.

## 2.0 NOTIFICATION PROCEDURES

## 2.1 Notification Overview

The Qualified Individual is responsible for initiating and coordinating a response shall be responsible to ensure that all agency notifications are performed. Local government response agencies should be notified first followed by federal and state agencies. Depending on the specifics of the situation, there may be a requirement to perform agency notifications, internal notifications, drug and alcohol testing, Operator Qualification (OQ) suspension of task qualification and written follow-up.  In situations where the reporting requirements are not clear or delegation of duties is necessary, HES or DOT Compliance, for jurisdictional pipelines, should be consulted for guidance.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

In general, the notification sequence for a release is as follows:

- Station/Operations personnel will identify and control the source of the release (if safe to do so) and will notify the Qualified Individual and Operations Control Center.
- The Qualified Individual will assume the role of Incident Commander (Qualified Individual) and will conduct notifications in general accordance with federal requirements, the States of North Dakota and South Dakota Notification Guidelines.  These guidelines, along with additional notification forms/procedures are presented in **APPENDIX B** of the FRP.

## 2.2  Information Required for Notifications

The following information should be available and provided when making initial and follow-up notifications:

> **Name of pipeline:**
>
> **Time of discharge:**
>
> **Location of discharge:**
>
> **Name of oil involved:**
>
> **Reason for discharge (e.g., material failure, excavation damage, corrosion):**
>
> **Estimated volume of oil discharged:**
>
> **Weather conditions on scene:**
>
> **Actions taken or planned by persons on scene:**

The following tables contain contact information for the facility response team, emergency response personnel, regulatory agencies, and local service providers:

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**TABLE 2-1 FACILITY RESPONSE TEAM CONTACT INFORMATION**

| FACILITY RESPONSE TEAM | | |
|---|---|---|
| **Name/Title** | **Contact Information** | **Response Time** |
| Chad Arey<br>Director Pipeline Operations<br>**Qualified Individual** | (Office)<br>(Mobile) | Varies depending on location of release |
| Frazier Lewis<br>Manager Pipeline Operations<br>North Dakota<br>**Qualified Individual** | (Mobile) | Varies depending on location of release |
| Timothy Taylor<br>Supervisor Pipeline Operations<br>North Dakota<br>**Qualified Individual** | (Mobile) | Varies depending on location of release |
| Vernon Ryan<br>Sr. Manager Pipeline Operations<br>North Dakota<br>**Qualified Individual** | (Mobile) | Varies depending on location of release |
| Butch Till<br>Manager Pipeline Operations<br>South Dakota<br>**Qualified Individual** | (Mobile | Varies depending on location of release |
| Sylis Kariah<br>Supervisor Pipeline Operations<br>South Dakota<br>**Alternate Qualified Individual** | (Mobile) | Varies depending on location of release |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**TABLE 2-2 LOCAL ERP CONTACT INFORMATION**

| EMERGENCY RESPONSE PERSONNEL CONTACT INFORMATION | | | |
|---|---|---|---|
| **Name/Title** | **Contact Information** | **Response Time** | **Responsibilities During Response Action** |
| Chad Arey<br>Director Pipeline Operations<br>**Qualified Individual** | ▮▮▮ (Office)<br>(Mobile) | Varies | Incident Commander |
| Vernon Ryan<br>Sr. Manager Pipeline Operations<br>**Qualified Individual** | ▮▮▮ (Mobile) | Varies | Incident Commander |
| Frazier Lewis<br>Manager Pipeline Operations<br>**Qualified Individual** | ▮▮▮ (Mobile) | Varies | Operations |
| Butch Till<br>Manager Pipeline Operations<br>**Qualified Individual** | ▮▮▮ (Mobile) | Varies | Planning |
| Mitch Williams<br>District Engineer<br>**Alternate Qualified Individual** | ▮▮▮ (Mobile) | Varies | Logistics |
| Justin Minter<br>Senior Manager Emergency Response<br>**Alternate Qualified Individual** | ▮▮▮ (Office)<br>▮▮▮ (Mobile) | Varies | Agency Liaison |
| Brian Hudgins<br>Health & Safety Specialist | ▮▮▮ (Office)<br>(Mobile) | Varies | Safety |
| Todd Nardozzi<br>Senior Manager DOT Compliance | ▮▮▮ (Office)<br>(Mobile) | Varies | DOT Liaison |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## FIGURE 2-1 NOTIFICATION FLOWCHART

In the event the local Emergency Response Personnel require assistance in managing an incident, the District Manager will request the assistance of the company's Incident Management Team

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

(IMT). The IMT consists of nationwide company personnel capable of managing large scale incidents. The IMT members have received position-specific ICS training and drill on an annual basis. The IMT positions are listed in **APPENDIX G** of the FRP.

## TABLE 2-3 – REGULATORY AGENCY AND STAKEHOLDER CONTACT INFORMATION

| REGULATORY AGENCY CONTACT INFORMATION | | |
|---|---|---|
| **Agency** | **Phone Number** | **Reporting Requirements** |
| **Federal Agencies** | | |
| National Response Center (NRC)<br><br>*NRC will contact all other federal agencies including USDOT/PHMSA and EPA* | (800) 424-8802 or (202) 267-2675 | **Any spill on water**.<br><br>Telephonic notification is required within **1 hour** following the discovery of a release that resulted in any discharge to water |
| U.S. Department of Transportation/Pipeline Hazardous Materials Safety Administration (PHMSA) | (800)424-8802 or (202) 267-2675 | **Telephonic Notification**<br>At the earliest practicable moment following discovery of a release of the hazardous liquid resulting in an event described above, the operator shall give notice of any failure that:<br><br>• Caused a death or a personal injury requiring hospitalization<br>• Resulted in either a fire or explosion not intentionally set by the operator<br>• Caused estimated property damage, including cost of clean-up and recovery, value of lost product, and damage to the property of the operator or others, or both, exceeding $50,000<br>• Resulted in pollution of any stream, river, lake, reservoir, or other similar body of water that violated applicable water quality standards, caused a discoloration of the surface of the water or adjoining shoreline, or deposited a sludge or emulsion beneath the surface of the water or upon adjoining shorelines or<br>• In the judgment of the operator was significant even though it did not meet the criteria of any of the above.<br><br>**Written Reporting**<br>A 7000-1 report is required within 30 days after discovery of the accident |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| | | |
|---|---|---|
| U.S. Department of Transportation / Pipeline and Hazardous Materials Safety Administration (PHMSA) Continued…… | | for each failure in a pipeline system regulated by DOT 195 in which there is a release of the hazardous liquid transported resulting in any of the following:<br><br>• Explosion or fire not intentionally set by the operator<br>• Release of 5 gallons or more of hazardous liquid except that no report is required for a release of less than 5 barrels resulting from a pipeline maintenance activity if the release is:<br>  • Not otherwise reportable under this section<br>  • Not on water<br>  • Confined to company property or pipeline right-of-way and<br>  • Cleaned up promptly<br>• Death of any person<br>• Personal injury necessitating hospitalization<br>• Estimated property damage, including cost of clean-up and recovery, value of lost product, and damage to the property of the operator or others, or both, exceeding $50,000.<br>A supplemental report shall be filed within 30 days of receiving any changes in the information reported or additions to the original DOT 7000-1 report. |
| U.S. Fish and Wildlife Service – ND Fish and Wildlife Conservation Office | (701) 250-4419 | Any spill that results in impacts to Federally protected wildlife or migratory birds.  The owner or operator must notify the USFWS as soon as possible and provide all relevant information regarding the spill and impacts to wildlife or wildlife resources |
| U.S. Army Corps of Engineers – Garrison Project<br>Mr. Todd J. Lindquist, Operations Project Manager | Main Line<br>(701) 654-7702<br>24-hour Hotline<br>(402) 995-2448 | Any spill that enters or threatens to enter the Missouri River near Buford, ND and Lake Sakakawea.  The owner or operator must notify the Garrison Project as soon as possible and provide all relevant information regarding the spill. |
| U.S. Army Corps of Engineers – Lake Oahe Project<br>Mr. Eric D. Stasch | (605) 224-5862 | Any spill that enters or threatens to enter the Missouri River near Cannon |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

|  |  | Ball, ND and Lake Oahe.  The owner or operator must notify the Lake Oahe Project as soon as possible and provide all relevant information regarding the spill |
|---|---|---|
| **State Agencies** | | |
| **North Dakota** | | |
| North Dakota Department of Environment Health<br><br>State Emergency Response Committee<br><br>**Counties:** Mountrail, Williams, McKenzie, Dunn, Mercer, Morton, Emmons | Main Line (701) 328-5210 24-hour Hotline (800) 472-2121<br><br>(701) 328-8100 | Any spill or discharge of liquid or solid waste which may cause pollution of waters of the state must be reported immediately. The owner, operator, or person responsible for a spill or discharge must notify the department or the North Dakota hazardous materials emergency assistance and spill reporting number as soon as possible and provide all relevant information about the spill. |
| North Dakota Game and Fish Department<br><br>**Counties:** Mountrail, Williams, McKenzie, Dunn, Mercer, Morton, Emmons | Bismark Office (701) 328-6300 Riverdale Office (701) 654-7475 Williston Office (701) 774-4320 Dickinson Office (701) 227-7431 | Any spill that results in impacts to wildlife, wildlife resources, or aquatic life.  The owner or operator must notify the applicable ND Game and Fish Department as soon as possible and provide all relevant information regarding the spill. |
| North Dakota State Historic Preservation Office | Main Line (701) 328-2666 | Any spill that may potentially impact culturally, historically, or archaeologically sensitive areas.  The owner or operator must notify the applicable ND SHPO as soon as possible and provide all relevant information regarding the spill. |
| **South Dakota** | | |
| South Dakota Department of Environment and Natural Resources (DENR)<br><br>State Emergency Response Committee<br><br>**Counties:** Campbell, McPherson, Edmunds, Faulk, Spink, Beadle, Kingsbury, Miner, Lake, McCook, Minnehaha, Turner, Lincoln | Main Line (605) 773-3296 After Hours (605) 773-3231<br><br>Main Line (800) 433-2288 After Hours (605) 773-3231 | A release or spill of a regulated substance must be reported to the DENR immediately if the release or spill threatens the waters of the state, causes an immediate danger to human health or safety, exceeds **25 gallons**, causes a sheen on surface waters, contains any substance that exceeds the groundwater quality standards of ARSD Chapter 74:54:01, contains any substance that exceeds the surface water quality standards of ARSD Chapter 74:54:01, harms or threatens to harm wildlife or aquatic life, or contains crude oil in field activities under SDCL Chapter 45-9 is greater than **1 barrel.** |
| South Dakota Game, Fish and Parks | (605) 773-3718 | Any spill that results in impacts to |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| | | |
|---|---|---|
| | | wildlife, wildlife resources, or aquatic life.  The owner or operator must notify the SD Game, Fish, and Parks as soon as possible and provide all relevant information regarding the spill. |
| South Dakota State Historic Preservation Office | Main Line (605) 773-3458 | Any spill that may potentially impact culturally, historically, or archaeologically sensitive areas.  The owner or operator must notify the applicable SD SHPO as soon as possible and provide all relevant information regarding the spill. |
| **Sovereign Nations** | | |
| **Standing Rock Sioux Tribe** | | |
| Mr. Elliot Ward, SRST Emergency Services  Mr. Dave Archambault II, SRST Chairman  Mr. Jon Eagle, SRST THPO | (701) 854-8644  (701) 854-8500  (701) 854-8645 | Any spill in Sioux or Emmons Counties, North Dakota which enters, or threatens to enter, the Missouri River near Lake Oahe.  Any spill that poses an impact to the Standing Rock Sioux Reservation or poperties under the stewardship of the Standing Rock Sioux Tribe.  The owner or operator must notify the SRST upon discovery of a spill, as described above, and provide all relevant information regarding the spill |
| **Mandan, Hidatsa, and Arikara Nation (Three Affiliated Tribes)** | | |
| 24-Hour Emergency  Environmental   Emergency Management – Mr. Cliff Whitman, Sr. | (701) 627-3618  Main Line (701) 627-4569 24-hour Hotline (701) 421-6873   (701) 421-0398 | Any spill in Williams, McKenzie, Mountrail, Dunn, or Mercer Counties, North Dakota which enters, or threatens to enter, the Missouri or Little Missouri Rivers near Lake Sakakawea.  Any spill that poses an impact to the Fort Berthold Indian Reservation or properties under the stewardship of the Three Affiliated Tribes.  The owner or operator must notify the TAT upon discovery of a spill, as described above, and provide all relevant information regarding the spill. |

12

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## TABLE 2-4 EMERGENCY SERVICES CONTACT INFORMATION

| EMERGENCY SERVICES BY COUNTY/PARISH | |
|---|---|
| **Organization** | **Phone Number** |
| **North Dakota** | |
| Mountrail County, ND<br>    Sheriff<br>    Fire<br>    LEPC (Emergency Manager) | <br>(701) 628-2975<br>(701) 862-3151<br>(701) 628-2909 |
| Williams County, ND<br>    Sheriff<br>    Fire<br>    LEPC (Emergency Manager)<br>    County Dispatch | <br>(701) 577-7700<br>(701) 572-2196<br>(701) 570-6845<br>(701) 577-1212 |
| McKenzie County, ND<br>    Sheriff<br>    Fire<br>    LEPC (Emergency Manager)<br>    24-hour Dispatch | <br>(701) 444-3654<br>(701) 444-3516<br>(701) 580-6936<br>(800) 472-2121 |
| Dunn County, ND<br>    Sheriff<br>    Fire<br>    LEPC (Emergency Manager)<br>    24-hour Dispatch | <br>(701) 573-4449<br>(701) 764-5006<br>(701) 573-4343<br>(800) 472-2121 |
| Mercer County, ND<br>    Sheriff<br>    Fire<br>    LEPC (Emergency Manager) | <br>(701) 745-3333<br>(701) 447-2436<br>(701) 983-4408 |
| Morton County, ND<br>    Sheriff<br>    Fire<br>    LEPC (Emergency Manager) | <br>(701) 667-3330<br>(701) 667-3288<br>(701) 667-3307 |
| Emmons County, ND<br>    Sheriff<br>    Fire<br>    LEPC (Emergency Manager) | <br>(701) 254-4411<br>(701) 422-3377<br>(701) 254-4807 |
| **South Dakota** | |
| Campbell County, SD<br>    Sheriff<br>    Fire<br>    LEPC (Emergency Manager) | <br>(605) 955-3355<br>(605) 955-3598<br>(605) 955-3598 |
| McPherson County, SD<br>    Sheriff<br>    Fire<br>    LEPC (Emergency Manager) | <br>(605) 439-3400<br>(605) 439-3626<br>(605) 439-3667 |
| Edmunds County, SD<br>    Sheriff<br>    Fire<br>    LEPC (Emergency Manager) | <br>(605) 426-6002<br>(605) 283-2655<br>(605) 287-4394 |
| Faulk County, SD<br>    Sheriff<br>    Fire<br>    LEPC (Emergency Manager) | <br>(605) 598-6229<br>(605) 324-3475<br>(605)598-6229 |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| | |
|---|---|
| Spink County, SD | |
| Sheriff | (605) 472-4595 |
| Fire | (605) 472-1907 |
| LEPC (Emergency Manager) | (605) 472-4591 |
| Beadle County, SD | |
| Sheriff | (605) 353-8424 |
| Fire | (605) 353-8520 |
| LEPC (Emergency Manager) | (605) 353-8421 |
| Kingsbury County, SD | |
| Sheriff | (605) 854-3339 |
| Fire | (605) 690-9977 |
| LEPC (Emergency Manager) | (605) 854- 3711 |
| Miner County, SD | |
| Sheriff | (605) 772-4671 |
| Fire | (605) 772-5759 |
| LEPC (Emergency Manager) | (605)772-4533 |
| Lake County, SD | |
| Sheriff | (605) 256-7615 |
| Fire | (605) 256-7523 |
| LEPC (Emergency Manager) | (605)256-7611 |
| McCook County, SD | |
| Sheriff | (605) 425-2761 |
| Fire | (605) 363-3100 |
| LEPC (Emergency Manager) | (605) 421-1302 |
| Minnehaha County, SD | |
| Sheriff | (605) 367-4300 |
| Fire | (605) 367-8092 |
| LEPC (Emergency Manager) | (605) 367-4290 |
| Turner County, SD | |
| Sheriff | (605) 297-3225 |
| Fire | (605) 648-2937 |
| LEPC (Emergency Manager) | (605) 661-5900 |
| Lincoln County, SD | |
| Sheriff | (605) 764-5651 |
| Fire | (605) 764-5126 |
| LEPC (Emergency Manager) | (605) 321- 0220 |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## TABLE 2-5 CONTRACTOR CONTACT INFORMATION

| CONTRACTOR INFORMATION | |
|---|---|
| **Organization** | **Phone Number** |
| **USCG Classified OSRO's** | |
| National Response Corporation (Umbrella Network; Numerous contractors throughout the response area.)  3500 Sunrise Hwy, Suite 200, Bldg 200, Great River, NY 11739 | (800) 899-4672 |
| SWAT Consulting, Inc 12 Sunrise Estates Rd, Watford City, ND 58854 | (866) 610- 7928      24-hour Hotline |
| Garner Environmental 14047 County Ln, Williston, ND 58801 | (701) 577-1200 (855) 774-1200 |
| Clean Harbors 2541 132nd  C Ave NW, Arnegard, ND 58835 | (701) 586-3170 (800) OIL-TANK    24-hour Hotline |
| **Clean-Up Contractors** | |
| Safety-Kleen Bismarck, ND | (701) 222-8262 |
| Hydro-Klean Sioux Falls, SD | (605) 988-0500 |
| Seneca Companies South Sioux City, NE | (402) 494-7941 (800) 369-5500 |
| Tetra Tech Inc. (SD Certified Petroleum Release Remediator) Rapid City, SD | (605) 348-5850 |
| **Excavation Services** | |
| Jones Contractors, Inc. Epping, ND | (731) 989-0545 (731) 426-2764 |
| B&B Contactors Aberdeen, SD | (605) 725-1468 (605) 228-3200 |
| **Wildlife Rehabilitation** | |
| Wildlife Response Services Seabrook, TX Rhonda Murgatroyd | (713) 705-5897 (Mobile) (281) 266-0054 (Pager) |
| Wildlife Center of Texas Sharon Schmaltz | (713) 861-9453 (Office) (281) 731-8826 (Mobile) (713) 279-1417 (Pager) |
| Tri-State Bird Rescue Research Center, Newark, DE | (302) 737-7241 (800) 710-0695 |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## 3.0 SPILL MITIGATION PROCEDURES

Each spill mitigation situation is unique and must be treated according to the circumstance present. In every situation, however, **personnel safety must be assessed as the first priority**. The potential for ignition and/or toxic exposure must be promptly evaluated.

If the use of alternative response strategies such as in-situ burning or dispersants, as identified in the Mid-Missouri River Sub Area Contingency Plan or the Region 8 Regional Contingency Plan, Sunoco Pipeline will seek approval from the Regional Response Team as appropriate.   An example of spill mitigation procedures is presented below:

## TABLE 3-1 SPILL MITIGATION PROCEDURES

| TYPE | MITIGATION PROCEDURE |
|---|---|
| Failure of Transfer Equipment | 1. Personnel and public safety are the first priority. Evacuate nonessential personnel or personnel at high risk. <br> 2. Terminate transfer operations and close block valves. <br> 3. Drain product into containment areas if possible. <br> 4. Eliminate sources of vapor cloud ignition by shutting down all engines and motors. |
| Tank Overfill/Failure | 1. Personnel and public safety are the first priority. Evacuate nonessential personnel or personnel at high risk. <br> 2. Shut down or divert source of incoming flow to tank. <br> 3. Transfer fluid to another tank with adequate storage capacity (if possible). <br> 4. Shut down source of vapor cloud ignition by shutting down all engines and motors. <br> 5. Ensure that dike discharge valves are closed. <br> 6. Monitor diked containment area for leaks and potential capacity limitations. <br> 7. Begin transferring spilled product to another tank as soon as possible |
| Piping Rupture/Leak (under pressure and no pressure) | 1. Personnel and public safety are the first priority. Evacuate nonessential personnel or personnel at high risk. <br> 2. Shut down pumps. Close the closest block valves on each side of the rupture. <br> 3. Drain the line back into contained areas (if possible). Alert nearby personnel of potential safety hazards. <br> 4. Shut down source of vapor cloud ignition by shutting down all engines and motors. <br> 5. If piping is leaking and under pressure, then relieve pressure by draining into a containment area or back to a tank (if possible). Then repair line according to established procedures. |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| | |
|---|---|
| Fire/Explosion | 1. Personnel and public safety are the first priority Evacuate nonessential personnel or personnel at risk of injury.<br>2. Notify local fire and police departments.<br>3. Attempt to extinguish fire if it is in incipient (early) stage and **if it can be done safely**.<br>4. Shut down transfer or pumping operation. Attempt to divert or stop flow of product to the hazardous area (if it can be done safely).<br>5. Eliminate sources of vapor cloud ignition shutting down all engines and motors.<br>6. Control fire before taking steps to contain spill. |
| Manifold Failure | 1. Personnel and public safety are the first priority. Evacuate nonessential personnel or personnel at high risk.<br>2. Terminate transfer operations immediately.<br>3. Isolate the damaged area by closing block valves on both sides of the leak/rupture.<br>4. Shut down source of vapor cloud ignition by shutting down all engines and motors.<br>5. Drain fluids back into containment areas (if possible). |

It is important to note that the actions above are intended only as guidelines. The appropriate response to a particular incident may vary depending on the nature and severity of the incident and other factors that are not readily addressed.

After initial response has been taken to stop further spillage, and notifications have been made to the required agencies, Sunoco Pipeline will begin spill containment, recovery, and disposal operations. The Incident Commander will assess the size and hazards of the spill. The location of the spill and the predicted movement of the spill will be considered.

Based on this assessment, additional response personnel and equipment may be dispatched to the site and deployed to control and contain the spill. Boom may be deployed in waterways to contain the spill and to protect socio-economic, environmentally sensitive, and historical/archaeological areas. Booms may also be used in waterways to deflect, or guide the spill, to locations where it can more effectively be recovered using skimmers, vacuum trucks, or sorbent material. Cleanup equipment and material will be used in the manner most effective for rapid and complete recovery of spilled material.

When initiating response tactics and deploying response resources, consideration will be given to protect natural resources, environmentally sensitive areas, and historical/archaeological resources. Sunoco Pipeline will consult with, and cooperate with, Natural Resource Damage Assessment (NRDA) Trustees, as well as the appropriate state and tribal Historical Preservation Officers (HPO's) to identify and protect natural resources and historical/archaeological resources.

In limited circumstances, alternative response strategies such as in-situ burning, dispersants, and/or bioremediation may be most effective at protecting natural resources, environmentally sensitive areas, and/or historical/archaeological resources. These alternative response strategies

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

will be considered in consultation with NRDA Trustees and HPO's. Any plans to use alternative response strategies will be submitted to the Federal On-Scene Commander for Regional Response Team approval prior to implementation.

When considering the use of in-situ burning, the following considerations should be evaluated. In most cases, an agency application with further consideration will need to be completed before burning will be approved by the agency.

Size, Nature, and Product Spilled

- Flammability of the product (Will the product burn?)
- Location of the spill (Distance and direction to the nearest human use areas)
- Volume of the product released
- Estimate of the surface area covered by the spill
- How long has the oil been exposed to weathering?
- Will burning cause more hazards from by-products?

Weather and Forecast

- Current weather conditions
- Wind speed and direction
- 24-hour forecast
- 48-hour forecast

Evaluate the Response Operations

- Is there time enough to conduct burning?
- Is safety equipment available?
- Is adequate personnel available for monitoring/emergency response?
- Is mechanical recovery more intrusive than burning?

Habitats Impacted and Resources at Risk

- Have local agencies and officials been contacted, including:

  - Public Health
  - Land Owner/Manager
  - Local Fire Officials (Fire Marshal)
  - Historic Preservation Officer
  - State Resource Agency
  - Tribal Officials

- What is/will be the impact to surface water intakes and wells?
- Are endangered habitats/endangered species present?

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

- Is the area used by migratory animals?
- What wildlife is present?

<u>Burn Plan</u>

- How much of the oil is expected to burn?
- How long will it be expected to burn?
- How will the burn be ignited?
- How will the burn be extinguished?
- What are the monitoring protocols?

Dispersants are not commonly used on inland spills. Working closely with federal, state, and local agencies will be necessary for gaining approval to use dispersants. It is important to look at the total effect the oil will have on the environment when considering the use of dispersants.

## 3.1 Response Equipment

Emergency equipment is available to allow personnel to respond safely and quickly to emergency situations. Fire extinguishers are located throughout the facility and meet National Fire Prevention Association (NFPA) and OSHA standards. The majority of the response equipment will be supplied by the OSRO(s) listed in **TABLE 2-5**. This equipment is maintained regularly and inspected on a monthly basis. OSRO resources and response times are verified periodically.

Response equipment is mobilized and deployed by the Supervisor of Pipeline Operations, the Manager of Pipeline Operations, or their designee. The following is a description of company owned response equipment and the respective staging locations:

<u>Watford City Station</u> in North Dakota:

- 4 totes of firefighting foam
- 1 radio repeater and 12 radio's
- 1 response tent/command post
- 20 portable 4 gas monitors

<u>Redfield Pump Station</u> in South Dakota:

- 1,000 feet of 10" skirt containment boom
- 1,000 feet of 5" sorbent boom
- Enclosed 18' response trailer
- Boom accessories (rope, anchors & buoy's)
- 18' response boat with motor (slow water boom deployment)
- 1 radio repeater and 12 radio's

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

- 1 response tent/command post
- 14  portable 4 gas monitors

Sioux Falls Field Office in South Dakota:

- 1,000 feet of 10" skirt containment boom
- 1,000 feet of 5" sorbent boom
- Boom accessories (rope, anchors & buoy's)
- 18' response boat with motor (slow water boom deployment)
- 2  portable 4 gas monitors

In accordance with the US Army Corps of Engineers (USACE) easement conditions, the following response equipment has been staged for responding to the Missouri River crossings near Buford, ND and Cannon Ball, ND.

DAPL Trenton Terminal

14265 48th St. NW, Williston, ND 58801 (48.113299° / -103.767925°)

- 1,000 feet of 10" skirt containment boom
- 1,000 feet of 5" sorbent boom
- Boom accessories (rope, anchors & buoy's)
- Enclosed 18' response trailer
- 18' response boat with motor
- 2  portable 4 gas monitors

Cannon Ball Ranch

6654 HWY 1806 S., Mandan, ND 58554 (46.451667° / -100.630742°)

- 1,000 feet of 10" skirt containment boom
- 1,000 feet of 5" sorbent boom
- Boom accessories (rope, anchors & buoy's)
- Enclosed 18' response trailer
- 18' response boat with motor
- 2  portable 4 gas monitors

Sunoco Pipeline inspects and exercises company-owned equipment in accordance with the National Preparedness for Response Exercise Program (PREP) guidelines.  Sunoco Pipeline L.P. requires an annual certification from each OSRO to assure compliance with the National Preparedness for Response Exercise Program (PREP) guidelines.

Each listed OSRO has their own response equipment, a minimum of 1,000 feet of containment boom, absorbents, boats, and vacuum trucks. Lists of the OSRO's equipment resources may be

20

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

found in their services contract. OSRO response equipment is inspected and refurbished after each use. The primary OSRO's equipment is inspected, minimally, on a bi-monthly basis. Sunoco Pipeline has contractually secured personnel and equipment necessary to respond, to the maximum extent practicable, to a worst case discharge or a substantial threat of such discharge in this response zone.

An equipment list and list of trained personnel necessary to continue operation of the equipment and staff the oil spill removal organization for the first 7 days of a response for each of the OSRO contractors listed in **TABLE 2-5** is provided in **APPENDIX C**.

In addition to the company owned response equipment listed above, the following  response equipment has been donated to the Three Affiliated Tribes located at Buffalo Ranch North Dakota:

- 1,000 feet of 10" skirt containment boom
- 1,000 feet of 5" sorbent boom
- Enclosed 18' response trailer
- Boom accessories (rope, anchors & buoy's)
- 18' response boat with motor (slow water boom deployment)
- 1 radio repeater and 12 radio's
- 1 response tent/command post
- 14  portable 4 gas monitors

Sunoco Pipeline is not responsible for maintaining or inspecting the equipment donated to the Three Affiliated Tribes.

## 4.0 RESPONSE ACTIVITIES

### 4.1  Spill Response Actions

In the event of a spill, actions will be taken to protect personnel and public safety, as well as the environment.  The checklist provided below is an example of some of the activities conducted during a spill.  Table 4-1 is an example of a Spill Response Checklist.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**TABLE 4-1 SPILL RESPONSE ACTION CHECKLIST**

| RESPONSE ACTION | PERSONNEL TAKING ACTION | DATE/TIME ACTION TAKEN |
|---|---|---|
| **DOCUMENT ALL ACTIONS TAKEN** | | |
| **First Person to Discover Spill** | | |
| Immediately notify Qualified Individual and Operations Control Center or posted emergency contacts. Take appropriate action to protect life and ensure safety of personnel. | | |
| Immediately shut down terminal operations (if applicable). If applicable, remotely controlled motor operated valves will be closed by the Operations Center as soon as a leak is detected. It may not be best to immediately close valves due to line drain or line depressurization. | | |
| Secure the scene. Isolate the area and assure the safety of people and the environment. Keep people away from the scene and outside the safety perimeter. | | |
| Advise personnel in the area of any potential threat and/or initiate evacuation procedures. | | |
| **Qualified Individual** | | |
| Assume role of Incident Commander until relieved. | | |
| Conduct preliminary assessment of health and safety hazards. | | |
| Request medical assistance if an injury has occurred. | | |
| Evacuate nonessential personnel, notify emergency response agencies to provide security, and evacuate surrounding area (if necessary). | | |
| Make appropriate regulatory notifications. <br> • National Response Center <br> • Appropriate State Agency <br> (See List of Federal, State, & Local agencies along with notification procedures in **TABLES 2-3 and 2-4**) | | |
| Call out spill response contractors (See List in **TABLE 2-5**) | | |
| Atmospheric conditions in the release area should be monitored using a four gas meter – ensuring oxygen, H2S, carbon dioxide and lower explosive limit (LEL) are all at safe levels.  Atmospheric monitoring should continue throughout the response activities.  These activities should be consistent with Sunoco Pipeline L.P. Health & Safety policy. | | |
| If safe to do so, direct facility responders to shut down and control the source of the spill. Be aware of potential hazards associated with product and ensure that flammable vapor concentrations are within safe atmosphere before sending personnel into the spill area. | | |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| | | |
|---|---|---|
| If safe to do so, direct facility responders to shut down potential ignition sources in the vicinity of the spill, including motors, electrical pumps, electrical power, etc. Keep drivers away from truck rack if spill occurs there. | | |
| If safe to do so, direct facility responders to stabilize and contain the situation. This may include berming or deployment of containment and/or sorbent boom. | | |
| For low flash oil (<100ºF), consider applying foam over the oil, using water spray to reduce vapors, grounding all equipment handling the oil, and using non-sparking tools. | | |
| If there is a potential to impact shorelines, consider lining shoreline with sorbent or diversion boom to reduce impact. | | |
| Notify Local Emergency Responders. Obtain the information necessary to complete the Accident Report - Hazardous Liquid Pipeline Systems (**APPENDIX B**) and phone this information to the Emergency Response Manager. | | |
| **On-Scene Coordinator** | | |
| Activate all or a portion of local ERP (as necessary). Liaison Officer will maintain contact with notified regulatory agencies | | |
| Document all response actions taken, including notifications, agency/media meetings, equipment and personnel mobilization and deployment, and area impacted. | | |
| **Water Based Spills:**<br>Initiate spill tracking and surveillance operations utilizing information in **SECTION 4.2**.  Determine extent of pollution via surveillance aircraft or vehicle. Estimate volume of spill utilizing information in **SECTION 4.3**. Send photographer /videographer if safe. | | |
| **Land Based Spills:**<br>Initiate spill tracking and surveillance if applicable. | | |
| **SECONDARY RESPONSE ACTIONS**<br>(Refer to ICS job descriptions in **APPENDIX D**) | | |

DAPL North Emergency Response Action Plan

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**4.2 Spill Tracking and Surveillance**

The following guidelines should be utilized when tracking a spill and/or conducting spill surveillance:

- Surveillance of an oil spill should begin as soon as possible following discovery to enable response personnel to assess spill size, movement, and potential impact locations;
- Dispatch observers to crossings downstream or down gradient to determine the spill's maximum reach;
- Clouds, shadows, sediment, floating organic matter, submerged sand banks or wind-induced patterns on the water may resemble an oil slick if viewed from a distance;
- Sorbent pads may be used to detect oil or water;
- Use surface vessels to confirm the presence of any suspected oil slicks (if safe to do so); consider directing the vessels and photographing the vessels from the air, the latter to show their position and size relative to the slick;
- It is difficult to adequately observe oil on the water surface from a boat, dock, or shoreline;
- Spill surveillance is best accomplished through the use of helicopters or small planes; helicopters are preferred due to their superior visibility and maneuverability;
- If fixed-wing planes are to be used, high-wing types provide better visibility than low-wing types;
- All observations should be documented in writing and with photographs and/or videotapes;
- Describe the approximate dimensions of the oil slick based on available reference points (i.e. vessel, shoreline features, facilities); use the aircraft or vessel to traverse the length and width of the slick while timing each pass; calculate the approximate size and area of the slick by multiplying speed and time;
- Record aerial observations on detailed maps, such as topographic maps
- In the event of reduced visibility, such as dense fog or cloud cover, boats may have to be used to patrol the area and document the location and movements of the spill; however, this method may not be safe if the spill involves a highly flammable product;
- Surveillance is also required during spill response operations to gauge the effectiveness of response operations; to assist in locating skimmers; and to assess the spill's size, movement, and impact.

An example of a spill surveillance checklist is presented on **TABLE 4-2**.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**TABLE 4-2 SPILL SURVEILLANCE CHECKLIST**

| SPILL SURVEILLANCE CHECKLIST | |
|---|---|
| **General Information** | |
| Date: | Tidal or river stage (flood, ebb, slack, low water): |
| Time: | On-Scene Weather Conditions: |
| Incident Name: | Platform (helicopter, fixed-wing aircraft, boat, shore): |
| Observers Name: | Flight path/trackline: |
| Observers' Affiliation: | Altitude where observation taken: |
| Location of Source: | Areas not observed (i.e. foggy locations, restricted air spaces, shallow water areas): |
| **Oil Observations** | |
| Slick location(s): | Color and appearance (i.e. rainbow, dull or silver sheen, black or brown in color or mousse): |
| Slick dimensions: | Percent coverage: |
| Orientation of slick(s): | Is oil recoverable (Y/N)?: |
| Distribution of oil (i.e. windrows, streamers, pancakes or patches): | |
| **Considerations** | |
| • During surveillance, go beyond known impacted areas to check for additional oil spill sites<br>• Include the name and phone number of the person making the observations<br>• Clearly describe the locations where oil is observed and the areas where no oil has been seen | |
| **Other Observations** | |
| | |
| | |
| | |
| | |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| SPILL SURVEILLANCE CHECKLIST |
|---|
| **Response Operations** |
| Equipment deployment locations: |
| Boom deployment locations: |
| **Environmental Operations** |
| Locations of convergence lines, terrain, and sediment plumes: |
| Locations of debris and other features that could be mistaken for oil: |
| Wildlife present in area (locations and approximate numbers): |
| **Spill Sketch (Use Additional Pages if Needed)** |
|  |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**4.3 Estimating Spill Volumes**

Early in a spill response, estimation of spill volume is required in order to:

- Report to agencies
- Determine liquid recovery requirements
- Determine personnel and equipment requirements
- Estimate disposal and interim storage requirements

Some rapid methods to estimate spill size are:

- Transfer operations: Multiply the pumping rate by the elapsed time that the leak was in progress, plus the drainage volume of the line between the two closest valves or isolation points (volume loss = pump rate [bbls/min] x elapsed time [min] + line contents [bbl])
- Tank overfills: Elapsed time multiplied by the pumping rate
- Visual assessment of the surface area and thickness (**TABLE 4-3**); **this method may yield unreliable results because:**

  - Interpretation of sheen color varies with different observers
  - Appearance of a slick varies depending upon amount of available sunlight, sea-state, and viewing angle
  - Different products may behave differently, depending upon their properties

**TABLE 4-3 OIL THICKNESS ESTIMATION CHART**

| OIL THICKNESS ESTIMATIONS | | | | |
|---|---|---|---|---|
| **STANDARD FORM** | **Approx. Film Thickness** | | **Approx. Quantity of Oil in Film** | |
| | **Inches** | **Millimeters** | **gallons/mile$^2$** | **liters/km$^2$** |
| Barely Visible | 0.0000015 | 0.00004 | 25 | 44 |
| Silvery | 0.000003 | 0.00008 | 50 | 88 |
| Slightly Colored | 0.000006 | 0.00015 | 100 | 179 |
| Brightly Colored | 0.000012 | 0.0003 | 200 | 351 |
| Dull | 0.00004 | 0.001 | 666 | 1,167 |
| Dark | 0.00008 | 0.002 | 1,332 | 2,237 |
| Thickness of light oils:  0.0010 inches to 0.00010 inches | | | | |
| Thickness of heavy oils: 0.10 inches to 0.010 inches | | | | |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## 5.0 CONTAINMENT AND RECOVERY METHODS

A general description of various response techniques that may be utilized during a response are discussed below.  Sunoco Pipeline and its response contractors are free to use all or any combination of these methods as specific incident conditions dictate, provided they meet the appropriate safety standards and other requirements relative to the incident.  The most effective cleanup will result from an integrated combination of cleanup methods.  Each operation should complement and assist related operations.

### 5.1 Spill on Land (Soil Surfaces)

Containment Methods

Product can be contained in ditches and gullies by earthen berm structures (EBS).  Where excavating machinery is available, EBS can be used to prevent the spread of oil.  EBS, small and large, should be effectively utilized to protect priority areas such as inlets to drains, sewers, ducts, and watercourses.  These can be constructed of earth, sandbags, absorbents, planks, or any other effective material.  If time does not permit construction of a large EBS, a series of small EBS can be used, each one holding a portion of the oil as it advances.  The terrain will ultimately dictate the placement of EBS.  If the spill is minor, natural berms or earth absorption will usually stop the oil before it advances a significant distance.

In situations where vapors from a spill present a clear and present danger to property or life, spraying the surface of the spill with an appropriate vapor suppressor will greatly reduce the release of additional vapors.

Recovery Methods

The recovery and removal of free oil from soil surfaces is a difficult job. Some effective approaches seem to be:

- Removal with suction equipment to tank truck, if concentrated in volumes large enough to be picked up.  Channels can be formed to drain pools of product into storage pits and facilitate the use of suction equipment.
- Small pockets may have to be recovered with sorbent material
- Once free oil has been recovered to the extent practical, mechanical removal of impacted soils can commence until impacts have been adequately removed.  Contaminated soils should be handled in accordance with all federal and state requirements.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## 5.2 Spill on Lake or Pond (Calm or Slow-Moving Water)

<u>Containment Methods</u>

A lake or pond offers the best conditions for removal of product from water. Although the removal is no easy task, the lake or pond presents the favorable conditions of low or no current and low or no waves.

The movement of product on a lake or pond is influenced mainly by wind. The product will tend to concentrate on one shore, bank or inlet. Booms should be set up immediately to hold the product in the confined area in the event of a change in wind direction.

If the spill does not concentrate itself on or near a shore (no wind effect), then a sweeping action using boats and floating booms may be necessary. The essential requirement for this operation is that it be done very slowly. The booms should be moved at not more than 40 feet per minute. Once the slick is moved to a more convenient location (near shore), the normal operations of removal should begin.

If the slick is small and thin (rainbow effect) and not near the shoreline, an absorbent boom instead of a regular boom should be used to sweep the area very slowly and absorb the slick. The product may not have to be moved to the shoreline.

<u>Recovery Methods</u>

If the containment slick is thick enough, regular suction equipment may be used first; however, in most instances, a floating skimmer should be used.

If the floating skimmer starts picking up excess water (slick becomes thin), drawing the boom closer to the bank as product is removed will also keep film of product thicker. However, when the slick becomes too thin, the skimmer should be stopped and an absorbent applied (with a boat if necessary) to remove the final amounts.

Product-soaked absorbent can be drawn in as close to the shore as possible with the booms used to confine the product initially. The absorbent can then be hand skimmed from the water surface and placed in drums, on plastic sheets or in lined roll-off boxes. It should then be disposed of in accordance with federal and state requirements. The final think slick (rainbow) on the surface can be removed with additional absorbent.

## 5.3 Spill on Small to Medium Size Streams (Fast-Flowing Creeks)

<u>Containment Methods</u>

The techniques used for product containment on fast-flowing shallow streams are quite different from the ones used on lakes, ponds, or other still bodies of water. The containment and removal processes require a calm stretch of water to allow the product to separate onto the surface of the

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

water. If a calm stretch of water does not exist naturally, a deep slow-moving area should be created by berming. The berm can be constructed by using sandbags, planks or earth. If an earthen berm structure (EBS) is required, it should be situated at an accessible point where the stream has high enough banks. The EBS should be constructed soundly and reinforced to support the product and water pressure.

- Underflow structure – An underflow structure, typically earthen berm is one method that can be used, especially on small creeks. The water is released at the bottom of the EBS using a pipe, or multiple pipes, which are installed during construction of the EBS. The flow rate through the pipe(s) must be sufficient to keep the EBS from overflowing. The pipe(s) should be installed at an angle through the EBS (during construction) so that the height of the discharge end of the pipe(s) will determine the height of the water on the upstream side of the EBS.

- Overflow structure – Another method of containment is an overflow structure, typically earthen berm. An overflow EBS is constructed so that water flows over the EBS, but a deep pool is created which reduces the surface velocity of the water, thereby creating a calm stretch of water to facilitate containment and recovery efforts. The overflow EBS may be used where large flow rates, such as medium sized creeks, are involved.

    With this type of EBS, a separate barrier, such as a floating or stationary boom, must be placed across the pool created by the EBS to contain the oil. This boom should be placed at an angle of 45 degrees across the pool to decrease the effective water velocity beneath it. Also, this angle helps to concentrate the oil at the bank and not along the boom. A second boom should be placed approximately 10 to 15 feet downstream of the first on as a secondary backup.

    A stationary boom type barrier can be made of wood planks or other suitable material. The stationary boom should be securely constructed and sealed against the bank. The ends of the planks can be buried in the banks of the stream and timber stakes driven into the stream bed for support as needed. The necessary length of boom will be approximately 1-1/2 times the width of the waterway. A stationary boom should extend six to eight inches deep into the water and about two inches or higher above the water level. If the increase in velocity under the stationary boom is causing the release of trapped oil, it should be moved upward slightly. At no time should the stationary boom be immersed more than 20% of the depth of the pool created by the overflow structure typical EBS. That is, if the pool is three feet deep, do not exceed an immersion depth of seven inches with the stationary boom.

    A floating boom can be used in place of a stationary boom if the created pool's size (bank to bank) and depth will permit. The advantages of using floating boom are the speed of deployment and the fact that there is no need for additional support as with stationary boom.

- Multiple Impoundments – Since emergency built structures - EBS (either underflow or overflow) are seldom perfect, a series of EBS may be required. The first one, or two, will contain the bulk of the oil and the ones downstream will contain the last traces of oil.

Precautions should be taken to ensure that the foundations of emergency structures - EBS are not washed away by the released water.  If earth is used to construct an overflow structure, a layer of earth-filled bags (or other suitable material) should be placed on top of the structure to reduce erosion.

Recovery Methods

Once the containment structures are constructed, recovery of the oil from the water surface should be the primary consideration.  The recovery must be continuous or else build-up of product behind the structures or booms might lead to product escaping.

The type of recovery used depends largely on the amount of oil being contained in a given span of time, if the amount of oil moving down the stream is of sufficient quantity, the first structure - EBS or fixed boom should contain enough oil for the floating skimmer to work efficiently.  The skimmer will pump the product and possibly some water to a tank truck or other holding tank. Separated water may be released from the bottom of the tank truck if it becomes necessary. Absorbents may be used at downstream structures - EBS or booms.  It is inadvisable to place an absorbent in the stream prior to or at the first structure - EBS in anticipation of the arriving product.  Let the product accumulate at the first structure - EBS and use the floating skimmer to recover the product.

The containment and removal of oil on small to medium fast-flowing streams might require a combination of underflow or overflow structures, fixed booms, floating booms, skimmers, and absorbents to ensure an effective cleanup.

## 5.4 Spill on Large Streams and Rivers

Containment Methods

The containment techniques differ considerably on large streams and rivers.  First, the smooth calm area of water necessary for oil-water separation must be found along the stream or river rather than creating one, as with small streams.  Floating booms (rather than fixed booms or EBS) must be used to contain the oil.

Local conditions of current and wind must be considered when selecting the site for the deployment of boom.  A point with a low water velocity near the bank, sufficient depth to operate the oil recovery equipment, and good access is required.  The fact that wind may tend to concentrate the oil against one bank must be considered.  A smooth, undisturbed area of water is required immediately upstream of the boom to ensure that the oil has opportunity to separate out onto the surface.  The boom should be positioned where the current is at a minimum.  It is more effective to boom at a wide, slow position than on a narrow, fast stretch of water.

If the booms are positioned straight across a river or stream, or at right angles to the flow, surface water tends to drive oil beneath the boom when current velocities exceed about ½ knot (0.8 ft/sec.).  However, if the current of the entire river is ½ knot or less, then a boom can be

31

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

positioned straight across the river or large stream, but angled slightly in relation to the banks. By placing the boom at an angle to the banks, oil on the surface is diverted along the boom to the side of the river.

The current velocity is usually much slower near the river bank than in the center and the oil will move along the boom toward the bank for removal. A water-tight seal between the bank and the boom is essential. A secondary boom should be setup immediately downstream of the first one to capture any oil that escapes the upstream boom. A boom can be deployed parallel to the river flow at the bank to form the seal with the booms used to trap the product.

Where the current velocity of the chosen site exceeds ½ knot, the boom may be positioned in two smooth curves from the point of maximum velocity (usually the center of the river) to both banks. However, this double-boom requires oil to be recovered from both sides of the river. To determine the appropriate angle of boom placement and support (mooring) needed to hold the booms in position, the current velocity should be measured by timing a floating object which is 80% submerged over a distance of 100 feet. A time of 60 seconds over this distance indicates a water current of approximately 1 knot.

For currents from 1 to 2.5 knots (1.7 to 4.2 ft/sec.), the more the boom will have to be angled acute to the bank. The length of the boom will have to be such to reach the center of the river. For currents between ½ and 1 knot (0.8 and 1.7 ft./sec.), the angle of deployment can be enlarged.

The major load on the boom is taken by the terminal moorings, particularly the one in the center of the river. However, intermediate moorings are also required both to maintain the smooth curve of the boom to prevent breaking of the boom and to assist with preventing skirt deflection. The intermediate moorings are preferably positioned every 25 feet and must be adjusted to avoid the formation of indentations in the boom profile. These trap oil in pockets, prevent its deflection to the bank, and also encourage diving currents.

In certain situations, it might be advantageous to position booms to deflect the approaching oil to a slower moving area. Naturally, additional booms would have to be positioned around this slower moving area prior to deflecting the product to the area. This approach may be used along rivers which have lagoons, etc., with a very low current action. The recovery would take place in the lagoons and not along the river bank.

Recovery Methods

Any oil contained upstream of the floating booms in a large stream or river should be removed from the water surface as it accumulates. Regular suction equipment, a floating skimmer, and/or absorbents (including absorbent booms) should be used to remove the oil as appropriate. If the amount of oil moving downstream is of sufficient quantity, the primary floating boom will likely contain enough oil for the floating skimmer to work efficiently. The skimmer will pump the product and some water to a tank truck or other holding tank.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

The absorbents would then be used upstream of the secondary boom to absorb any potential underflow from the primary boom. An absorbent boom can also be placed between the primary and secondary booms to help the other absorbents control any underflow from the primary boom. It is best to hand skim the saturated absorbents and place them in plastic bags for disposal.

## 5.5 Spill on a Stream Which Flows into a Lake or Pond

In certain locations where streams flow into lakes or ponds at relatively short distances, it is conceivable that a spill may reach the lake before containment and recovery operations are set up. If time permits containment operations to be set up on the stream in question, containment and recovery methods can be utilized as described above. However, if oil in the stream is near the lake or if oil is flowing into the lake with a significant amount yet to arrive, different containment methods may be required.

Containment Methods

Oil on a stream flowing into a lake should be boomed as close to the entrance as possible. The boom should be positioned on the lake at an angle to the residential stream current so as to direct the surface water to a slower moving area. The area where the product is being deflected should be enclosed by booms to contain the oil. An additional boom for sweeping the product to the bank may be required. This area of containment should not have a current velocity of more than 1/2 knot (0.8 ft./sec.), preferably less.

Removal Methods

The recovery of oil from the lake or pond's surface should be handled as described above. For sizable releases, collected oil will usually be pumped into tank trucks and transported to a storage facility.

## 5.6 Spill in Urban Areas

Oil spills in urban areas can greatly impact recreational use, human health, wildlife habitat(s), and potential result in beach or park closures. Manmade structures along waterways require unique protection strategies. Manmade structures could include vertical shore protection structures such as seawalls, piers, and bulkheads, as well as riprap revetments and groins, breakwaters, and jetties. Vertical structures can be constructed of concrete, wood, and corrugated metal. They usually extend below the water surface, although seawalls can have beaches or riprap in front of them. These structures are very common along developed shores, particularly in harbors, marinas, and residential areas. Maintaining shipping or other kinds of vessel traffic through navigation channels or waterways during a spill response is a difficult consideration because there is usually economic and political pressure to re-establish normal operations as soon as possible. This consideration extends to vehicular traffic through urban areas. Deploying booms and skimmers or constructing recovery sites can conflict with such traffic for several days. Also, passage of deep-draft vessels through the waterway can suddenly change water level and flow or create wakes, causing booms to fail. For these reasons, recovery

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

efforts must be coordinated through the Unified Command to ensure the cooperation of all parties involved.

<u>Containment Methods</u>

Containment techniques in an urban area depend greatly on the ability to deploy equipment due to obstacles presented by the urban area. Most booming and containment techniques will work with slight modifications such as direct anchoring instead of the use of booming buoys.

<u>Recovery Methods</u>

Normal recovery techniques work when recovering oil in an urban area. However, recovery can be hampered by several situations. Floating debris clogging skimming equipment is the main cause for low recovery rates. Another problem for recovery in an urban area is lack of storage space. Often traffic problems or lack of access prevent storage equipment such as frac tanks and vacuum trucks from approaching the recovery zone. Consideration should be given to these situations and appropriate measures taken.

## 5.7 Spill Under Ice

<u>Containment Methods</u>

The traditional strategy for dealing with oil under the ice in a river or lake is to cut a slot to facilitate oil recovery. Ice slots can be cut using chain saws, handsaws, ice augers or some form of trencher. Another effective variation of this technique is the diversionary plywood barrier method which is also discussed below.

<u>Recovery Methods</u>

Ice slotting is a very basic technique used to gain access to oil trapped beneath the ice. In ice slotting, a J shaped outline is sketched into the ice at a 30 degree angle to the current. The slight J hook or curve is necessary at the upstream side to provide flow towards the recovery area. In general, the slot width should be 1.5 times the thickness of the ice. Remember, a block of ice is heavy and the width of the slot must be taken into consideration so it can be safely removed or pushed under if the water beneath the ice is sufficiently deep. The length of the slot will be determined by the width of the river and strategy.

Ice slotting is a successful strategy to implement. However, there are a few pit falls to be aware off. First, responders may experience fatigue rapidly if required to cut the slot(s) by hand using a chain saw or hand held saw. Secondly, when cutting with chain saws, large volumes of water are kicked up, by the moving chain, onto the responder. This is a safety problem when the responders get wet in extreme cold weather conditions. However, wearing rain gear will provide some protection and can greatly reduce this problem.

A second technique is to slot the ice and use plywood to help divert oil beneath the ice to a recovery area. This technique is referred to as the diversionary plywood barrier method. In this

technique, a narrow slot is made through the ice and 4' x 8' sheets of plywood, or equivalent material, are dropped into the slot to create a barrier and force the oil to follow the barrier to the collection area.  This is the same principal employed when using floating boom.

The slot can be cut or drilled depending on the equipment available at the time of the response. If drilling is required, a gas powered ice auger can be used.  In this scenario a series of 8" or 10" holes are drilled next to each other in the J pattern.  A chain saw can be used to connect the holes if an ice bridge exists between two auger holes.  After the ice auguring is complete, plywood can be dropped into the augured slot.

River ice is dirty and chipper blades on the augers may only last long enough to complete a single auger hole.  This technique requires a large inventory of chipper blades.  Extra auger flights can be used, which reduces down time to change blades. A real plus to slotting the ice with an ice auger is the limited exposure of responders to water.  The water is generally restricted to the area around the responder's feet.

## 5.8 Spill on Ice

When managing an oil spill on ice special consideration must be given to several safety factors. Thickness of the ice and general accessibility of equipment must be considered when planning for on-ice recovery.  Ice that is too thin to safely traverse or broken ice may prevent active recovery.

Containment Methods

For ice-covered on-land or on-water spills, snow or earthen berms may be constructed to contain oil around the leak, if terrain permits.  Dikes filled with sorbent materials may be used on spills in smaller streams to create a containment structure to prevent further migration of the oil.

Recovery Methods

Generally, on-ice recovery consists of the manual recovery of the oil from the spill site.  If conditions permit, vacuum trucks or suction pumps may be used to recover pools of oil that may have collected.  Often, oil recovery will be completed by hand using brooms, shovels and rakes. Manually moving the oil/snow mixture into piles for collection, where it is either vacuum or manually collected into storage containers, may expedite the recovery process.

## 5.9 Spill in Wetland Areas

Wetlands, which may include upland and inland marshes, swamps and bogs, are highly sensitive to spills because they collect run-off from surrounding environments, and because they are home to many commercially and ecologically important species.  Wetlands are very susceptible to damage and are a high priority to protect.  Precautions should be taken so that the recovery effort does not cause more damage than that cause by the spill.

Containment Methods

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

Containment booms can be strategically deployed to contain or divert the oil into collection areas where skimmers and vacuums can be used to recover the oil. Berms can also be constructed to contain or divert the oil. Consideration must be given to the damage that can be caused by containing and recovering the oil in the wetland areas. Often, allowing the product to flow to natural collection areas and possibly assisting the flow by the use of high volume low pressure water pumps may be the best course of action.

<u>Recovery Methods</u>

Skimmers and vacuums can be deployed to recover contained oil. Other acceptable response techniques might include bioremediation, sorbents and in-situ burning. The use of heavy equipment is often not practical because of the damage it can cause to plant and animal life. During recovery, specially designed flat bottom shallow draft vessels and the use of plywood or boards may be used to reduce the damage caused by recovery personnel. If the water table is high and the oil will not permeate the soil, shallow trenches may be dug to collect oil for removal. The Unified Command must balance the need to recover the product with the damage caused by active recovery. Considerations should be given for long term, passive recovery techniques.

## 5.10    Spill On or Near Groundwater

<u>Containment Methods</u>

Product can be contained on, or near, the surface using the containment and recovery methods stated above. Where excavating machinery is available, trenches can be used to prevent the migration of oil under the surface to nearby groundwater bearing units. Pathways to groundwater such as buried utilities, water wells and monitoring wells in the spill path should be a priority and addressed immediately to prevent potential infiltration.

<u>Recovery Methods</u>

The recovery and removal will vary depending on site conditions and hydrogeological characteristics. Recovery methods may require guidance and approval from applicable state agency(s). The following should be considered:

- Passive recovery – Passive recovery can be an effective technique whereby released product is recovered by hand bailing, passive skimming operations, and/or the insertion of absorbent socks in the recovery well(s).

- Active recovery – Active recovery may include the installation of groundwater pump and treat systems, recovery trenches, vacuum enhanced groundwater recovery, soil vapor extraction, and low-temperature thermal desorption.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## 6.0 PRODUCT CHARACTERISTICS AND HAZARDS

Pipeline systems described in this plan may transport various types of commodities including but not limited to:

- Crude Oil

The key chemical and physical characteristics of each of these oils and/or other small quantity products/chemicals are identified in **TABLE 6-1**, below.

### TABLE 6-1 CHEMICAL AND PHYSICAL CHARACTERISTICS

| COMMON NAME | SDS NAME | HEALTH HAZARD | FLASH POINT | SPECIAL HAZARD | REACTIVITY | HEALTH HAZARD WARNING STATEMENT |
|---|---|---|---|---|---|---|
| Crude Oil | Appropriate Product Name | 1 | 3 | C, H2S | 0 | May Contain benzene, a carcinogen, or hydrogen sulfide, which is harmful if inhaled; flashpoint varies widely. |

| Health Hazard | 4 = Extremely Hazardous<br>3 = Hazardous<br>2 = Warning<br>1 = Slightly Hazardous<br>0 = No Unusual Hazard | Fire Hazard (Flash Point) | 4 = Below 73° F, 22° C<br>3 = Below 100° F, 37° C<br>2 = Below 200° F, 93° C<br>1 = Above 200° F, 93° C<br>0 = Will not burn |
|---|---|---|---|
| Special Hazard<br><br><br><br><br><br>Pressure | A = Asphyxiant<br>C = Contains Carcinogen<br>W = Reacts with Water<br>Y = Radiation Hazard<br>COR = Corrosive<br>OX = Oxidizer<br>H2S = Hydrogen Sulfide<br>P = Contents under<br><br>T = Hot Material | Reactivity Hazard | 4 = May Detonate at Room Temperature<br>3 = May Detonate with Heat or Shock<br>2 = Violent Chemical Change with High<br>    Temperature and Pressure<br>1 = Not Stable if Heated<br>0 = Stable |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# APPENDIX A
# SAFETY DATA SHEET

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# APPENDIX B
# ICS FORMS / INITIAL IAP

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**APPENDIX A**
**SAFETY DATA SHEET**

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE



# SAFETY DATA SHEET

## SECTION 1 : IDENTIFICATION

| | |
|---|---|
| Product Name: | **Bakken Crude Oil, Sweet** |
| SDS Manufacturer Number: | 825378 |
| Synonyms: | Crude Oils, Desalted, Sweet, Field Crude, Petroleum Crude, Petroleum Oil, Rock Oil, Separator Crude, Sweet Crude, Crude Oils |
| Product Use/Restriction: | Refinery Feed |
| Manufacturer Name: | ConocoPhillips |
| Address: | 600 N. Dairy Ashford |
| | Houston, Texas 77079-1175 |
| General Phone Number: | 855-244-0762 |
| Health Issues Information: | SDS@conocophillips.com |
| Emergency Phone Number: | Chemtrec: 800-424-9300 (24 Hours) |
| Website: | www.conocophillips.com |
| SDS Creation Date: | May 19, 2014 |
| SDS Revision Date: | May 19, 2014 |





**HMIS**

| | |
|---|---|
| Health Hazard | 2* |
| Fire Hazard | 3 |
| Reactivity | 1 |
| Personal Protection | x |

ÂÂChronic Health Effects

## SECTION 2 : HAZARD(S) IDENTIFICATION

| | |
|---|---|
| GHS Pictograms: |  |
| Signal Word: | Danger. |
| GHS Class: | Extremely flammable liquid and vapor Category 1.<br>Aspiration Hazard, Category 1.<br>Eye Irritant, Category 2.<br>Specific Target Organ Toxicity, Single Exposure, Category 3.<br>Specific Target Organ Toxicity, Repeated Exposure, Category 2.<br>Carcinogen, Category 1B.<br>Hazardous to the aquatic environment, long-term, chronic, Category 2. |
| Hazard Statements: | H224 - Extremely flammable liquid and vapor<br>H304 - May be fatal if swallowed and enters airways.<br>H319 - Causes serious eye irritation.<br>H336 - May cause drowsiness or dizziness.<br>cH373 - May cause damage to organs through prolonged or repeated exposure.<br>H351 - Suspected of causing cancer.<br>H411 - Toxic to aquatic life with long lasting effects.<br><br><u>Hazards not Otherwise Classified</u><br>May contain or release poisonous hydrogen sulfide gas |
| Precautionary Statements: | Keep away from heat/sparks/open flames/hotsurfaces. — No smoking.<br>Ground/Bond container and receiving equipment.<br>Use explosion-proof electrical/ventilating/lighting equipment.<br>Use only non-sparking tools.<br>Take precautionary measures against static discharge.<br>In case of fire: Use dry chemical, carbon dioxide to extinguish small fires. Use water for large fires.<br>Do not breathe dust/fume/gas/mist/vapours/spray.<br>Wash hands thoroughly after handling.<br>Wear protective gloves/protective clothing/eye protection/face protection.<br>Obtain special instructions before use.<br>Do not handle until all safety precautions have been read and understood.<br>Keep container tightly closed. Store in a well-ventilated place. Keep cool.<br>IF IN EYES: Rinse cautiously with water for several minutes. Remove contact lenses, if present and easy to do. Continue rinsing. If eye irritation persists: Get medical advice/attention.<br>IF ON SKIN (or hair): Remove/Take off immediately all contaminated clothing. Rinse skin with water/shower.<br>Contaminated work clothing should not be allowed out of the workplace.<br>IF SWALLOWED: Immediately call a POISON CENTER/doctor/... Do not induce vomiting.<br>Get medical advice/attention if you feel unwell.<br>IF INHALED: Remove victim to fresh air and keep at rest in a position comfortable for breathing.<br>Call a POISON CENTER or doctor/physician if you feel unwell.<br>Collect spillage.<br>Avoid release to the environment.<br>Dispose of contents/container in accordance with Local, State, Federal and Provincial regulations. |
| Emergency Overview: | DANGER! Extremely Flammable. Pulmonary aspiration hazard if swallowed.<br>Eye and Skin irritant |
| Route of Exposure: | Eyes. Skin. Inhalation. Ingestion. |
| Potential Health Effects: | |
| Eye: | Causes serious eye irritation |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| | |
|---|---|
| Skin: | Causes mild skin irritation. Repeated exposure may cause skin dryness or cracking |
| Inhalation: | May cause drowsiness and dizziness. |
| Ingestion: | May be fatal if swallowed and enters airways. |
| Physical Health Hazard: | This material may contain varying concentrations of polycyclic aromatic hydrocarbons (PAHs) which have been known to produce a phototoxic reaction when contaminated skin is exposed to sunlight. The effect is similar in appearance to an exaggerated sunburn, and is temporary in duration if exposure is discontinued. Continued exposure to sunlight can result in more serious skin problems including pigmentation (discoloration), skin eruptions (pimples), and possible skin cancers. This material may contain or liberate hydrogen sulfide, a poisonous gas with the smell of rotten eggs. The smell disappears rapidly because of olfactory fatigue so odor may not be a reliable indicator of exposure. Effects of overexposure include irritation of the eyes, nose, throat and respiratory tract, blurred vision, photophobia (sensitivity to light), and pulmonary edema (fluid accumulation in the lungs). Severe exposures can result in nausea, vomiting, muscle weakness or cramps, headache, disorientation and other signs of nervous system depression, irregular heartbeats, convulsions, respiratory failure, and death. |
| Signs/Symptoms: | Effects of overexposure may include irritation of the digestive tract, irritation of the respiratory tract, nausea, vomiting, diarrhea and signs of nervous system depression (e.g., headache, drowsiness, dizziness, loss of coordination, disorientation and fatigue). |
| Target Organs: | May cause damage to organs through prolonged or repeated exposure. Laboratory animal studies of crude oil by the dermal and inhalation exposure routes have demonstrated toxicity to the liver, blood, spleen and thymus |
| Aggravation of Pre-Existing Conditions: | Not expected to be a sensitizer |

## SECTION 3 : COMPOSITION/INFORMATION ON INGREDIENTS

| Chemical Name | CAS# | Ingredient Percent | AC Num. |
|---|---|---|---|
| Crude Oil (Petroleum) | 8002-05-9 | 100 by weight | |
| N-Hexane | 110-54-3 | <5 by Volume | |
| Ethyl Benzene | 100-41-4 | <3 by weight | |
| Xylenes | 1330-20-7 | <1 by weight | |
| Benzene | 71-43-2 | <1 by weight | |
| Hydrogen Sulfide | 7783-06-4 | <0.2 by Volume | |
| Naphthalene | 91-20-3 | 0 - 0.9 by weight | |
| Total Sulfur: | < 0.5 wt% | | |

Crude oil, natural gas and natural gas condensate can contain minor amounts of sulfur, nitrogen and oxygen containing organic compounds as well as trace amounts of heavy metals like mercury, arsenic, nickel, and vanadium. Composition can vary depending on the source of crude.

## SECTION 4 : FIRST AID MEASURES

| | |
|---|---|
| Eye Contact: | Immediately flush eyes with plenty of water for at least 15 to 20 minutes. Ensure adequate flushing of the eyes by separating the eyelids with fingers. Get immediate medical attention. Remove contacts if present and easy to do. |
| Skin Contact: | Immediately wash skin with plenty of soap and water for 15 to 20 minutes, while removing contaminated clothing and shoes. Get medical attention if irritation develops or persists. |
| Inhalation: | If inhaled, remove to fresh air. If not breathing, give artificial respiration or give oxygen by trained personnel. Seek immediate medical attention. If victim is not breathing, clear airway and immediately begin artificial respiration. If breathing difficulties develop, oxygen should be administered by qualified personnel. Seek immediate medical attention. |
| Ingestion: | Aspiration hazard. Do not induce vomiting or give anything by mouth because this material can enter the lungs and cause severe lung damage. If victim is drowsy or unconscious and vomiting, place on the left side with the head down. If possible, do not leave victim unattended and observe closely for adequacy of breathing. Seek medical attention. |
| Note to Physicians: | At high concentrations hydrogen sulfide may produce pulmonary edema, respiratory depression, and/or respiratory paralysis. The first priority in treatment should be the establishment of adequate ventilation and the administration of 100% oxygen. Animal studies suggest that nitrites are a useful antidote, however, documentation of the efficacy of nitrites in humans is lacking. If the diagnosis of hydrogen sulfide poisoning is confirmed and if the patient does not respond rapidly to supportive care, the use of nitrites may be an effective antidote if delivered within the first few minutes of exposure. For adults the dose is 10 mL of a 3% NaNO2 solution (0.5 gm NaNO2 in 15 mL water) I.V. over 2-4 minutes. The dosage should be adjusted in children or in the presence of anemia, and methemoglobin levels, arterial blood gases, and electrolytes should be monitored closely. Epinephrine and other sympathomimetic drugs may initiate cardiac arrhythmias in persons exposed to high concentrations of hydrocarbon solvents (e.g., in enclosed spaces or with deliberate abuse). The use of other drugs with less arrhythmogenic potential should be considered. If sympathomimetic drugs are administered, observe for the development of cardiac arrhythmias. Federal regulations (29 CFR 1910.1028) specify medical surveillance programs for certain exposures to benzene above the action level or PEL (specified in Section (i)(1)(i) of the Standard). In addition, employees exposed in an emergency situation shall, as described in Section (i)(4)(i), provide a urine sample at the end of the shift for measurement of urine phenol. |
| Other First Aid: | Before attempting rescue, first responders should be alert to the possible presence of hydrogen sulfide, a poisonous gas with the smell of rotten eggs, and should consider the need for respiratory protection (see Section 8). Remove casualty to fresh air as quickly as possible. Immediately begin artificial respiration if breathing has ceased. Consider whether oxygen administration is needed. Obtain medical advice for further treatment |
| Most important symptoms and effects | **Acute:** Headache, drowsiness, dizziness, loss of coordination, disorientation and fatigue **Delayed:** Dry skin and possible irritation with repeated or prolonged exposure. |

## SECTION 5 : FIRE FIGHTING MEASURES

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| | |
|---|---|
| Flammable Properties: | Extremely flammable. |
| Flash Point: | <-20°F (<-29°C) |
| Flash Point Method: | Manual ASTM D53 |
| Auto Ignition Temperature: | Not determined. |
| Lower Flammable/Explosive Limit: | Not determined. |
| Upper Flammable/Explosive Limit: | Not determined. |
| Fire Fighting Instructions: | Long-duration fires involving crude or residual fuel oil stored in tanks may result in a boilover. The contents of the tank may be expelled beyond the containment dikes or ditches. All personnel should be kept back a safe distance when a boilover is anticipated (reference NFPA 11 or API 2021). For fires beyond the initial stage, emergency responders in the immediate hazard area should wear protective clothing. When the potential chemical hazard is unknown, in enclosed or confined spaces, a self contained breathing apparatus should be worn. In addition, wear other appropriate protective equipment as conditions warrant (see Section 8). Isolate immediate hazard area and keep unauthorized personnel out. Stop spill/release if it can be done safely. Move undamaged containers from immediate hazard area if it can be done safely. Water spray may be useful in minimizing or dispersing vapors and to protect personnel. Cool equipment exposed to fire with water, if it can be done safely. Avoid spreading burning liquid with water used for cooling purposes. |
| Extinguishing Media: | Dry chemical, carbon dioxide, or foam is recommended. Water spray is recommended to cool or protect exposed materials or structures. Carbon dioxide can displace oxygen. Use caution when applying carbon dioxide in confined spaces. Simultaneous use of foam and water on the same surface is to be avoided as water destroys the foam. Water may be ineffective for extinguishment, unless used under favorable conditions by experienced fire fighters. |
| Protective Equipment: | As in any fire, wear Self-Contained Breathing Apparatus (SCBA), MSHA/NIOSH (approved or equivalent) and full protective gear. |
| Unusual Fire Hazards: | This material can be ignited by heat, sparks, flames, or other sources of ignition (e.g., static electricity, pilot lights, mechanical/electrical equipment, and electronic devices such as cell phones, computers, calculators, and pagers which have not been certified as intrinsically safe). Vapors may travel considerable distances to a source of ignition where they can ignite, flash back, or explode. May create vapor/air explosion hazard indoors, in confined spaces, outdoors, or in sewers. This product will float and can be reignited on surface water. Vapors are heavier than air and can accumulate in low areas. If container is not properly cooled, it can rupture in the event of a fire. |
| Hazardous Combustion Byproducts: | Combustion may yield smoke, carbon monoxide, and other products of incomplete combustion. Hydrogen sulfide and oxides of nitrogen and sulfur may also be formed. Hazardous combustion/decomposition products, including hydrogen sulfide, may be released by this material when exposed to heat or fire. Use caution and wear protective clothing, including respiratory protection. |

Ā

**NFPA Ratings:**

| | |
|---|---|
| NFPA Health: | 2 |
| NFPA Flammability: | 3 |
| NFPA Reactivity: | 0 |

## SECTION 6 : ACCIDENTAL RELEASE MEASURES

| | |
|---|---|
| Personnel Precautions: | Extremely flammable. Spillages of liquid product will create a fire hazard and may form an explosive atmosphere. Keep all sources of ignition and hot metal surfaces away from spill/release if safe to do so. The use of explosion-proof electrical equipment is recommended. May contain or release poisonous hydrogen sulfide gas. If the presence of dangerous amounts of H2S around the spilled product is suspected, additional or special actions may be warranted, including access restrictions and use of protective equipment. Stay upwind and away from spill/release. Avoid direct contact with material. For large spillages, notify persons down wind of the spill/release, isolate immediate hazard area and keep unauthorized personnel out. Wear appropriate protective equipment, including respiratory protection, as conditions warrant (see Section 8). See Sections 2 and 7 for additional information on hazards and precautionary measures. |
| Environmental Precautions: | Stop spill/release if it can be done safely. Prevent spilled material from entering sewers, storm drains, other unauthorized drainage systems, and natural waterways. Use foam on spills to minimize vapors. Use water sparingly to minimize environmental contamination and reduce disposal requirements. If spill occurs on water notify appropriate authorities and advise shipping of any hazard. Spills into or upon navigable waters, the contiguous zone, or adjoining shorelines that cause a sheen or discoloration on the surface of the water, may require notification of the National Response Center (phone number 800-424-8802). |
| Methods for containment: | Dike far ahead of spill for later recovery or disposal. Absorb spill with inert material such as sand or vermiculite, and place in suitable container for disposal. Recommended measures are based on the most likely spillage scenarios for this material; however local conditions and regulations may influence or limit the choice of appropriate actions to be taken. Notify relevant authorities in accordance with all applicable regulations. |
| Methods for cleanup: | Immediate cleanup of any spill is recommended. If spilled on water remove with appropriate methods (e.g. skimming, booms or absorbents). In case of soil contamination, remove contaminated soil for remediation or disposal, in accordance with local regulations. |

## SECTION 7 : HANDLING and STORAGE

| | |
|---|---|
| Handling: | Extremely Flammable. May vaporize easily at ambient temperatures. Keep away from ignition sources such as heat/sparks/open flame – No smoking. Take precautionary measures against static discharge. Nonsparking tools should be used. The vapor is heavier than air and may create an explosive mixture of vapor and air. Beware of accumulation in confined spaces and low lying areas. Open container slowly to relieve any pressure. Obtain special instructions before use. Do not handle until all safety precautions have been read and understood. May contain or release dangerous levels of hydrogen sulfide. Do not breathe vapors or mists. Wear protective gloves/clothing and eye/face protection. Wash thoroughly after handling. Use |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

good personal hygiene practices and wear appropriate personal protective equipment (see section 8). Electrostatic charge may accumulate and create a hazardous condition when handling or processing this material. To avoid fire or explosion, dissipate static electricity during transfer by grounding and bonding containers and equipment before transferring material. The use of explosion-proof electrical equipment is recommended and may be required (see appropriate fire codes). Refer to NFPA-70 and/or API RP 2003 for specific bonding/grounding requirements. Do not enter confined spaces such as tanks or pits without following proper entry procedures such as ASTM D-4276 and 29CFR 1910.146. Do not wear contaminated clothing or shoes. Keep contaminated clothing away from sources of ignition such as sparks or open flames.

| | |
|---|---|
| Storage: | This material may contain or release poisonous hydrogen sulfide gas. In a tank, barge, or other closed container, the vapor space above this material may accumulate hazardous concentrations of hydrogen sulfide. Check atmosphere for oxygen content, H2S, and flammability prior to entry. Keep container(s) tightly closed and properly labeled. Use and store this material in cool, dry, well-ventilated areas away from heat, direct sunlight, hot metal surfaces, and all sources of ignition. Store only in approved containers. Post area "No Smoking or Open Flame." Keep away from any incompatible material (see Section 10). Protect container(s) against physical damage. Outdoor or detached storage is preferred. Indoor storage should meet OSHA standards and appropriate fire codes.<br>"Empty" containers retain residue and may be dangerous. Do not pressurize, cut, weld, braze, solder, drill, grind, or expose such containers to heat, flame, sparks, or other sources of ignition. They may explode and cause injury or death. "Empty" drums should be completely drained, properly bunged, and promptly shipped to the supplier or a drum reconditioner. All containers should be disposed of in an environmentally safe manner and in accordance with governmental regulations. Before working on or in tanks which contain or have contained this material, refer to OSHA regulations, ANSI Z49.1, and other references pertaining to cleaning, repairing, welding, or other contemplated operations |
| Special Handling Procedures: | Mercury and other heavy metals may be present in trace quantities in crude oil, raw natural gas, and condensates. Production and processing of these materials can lead to "drop-out" of elemental mercury in enclosed vessels and pipe work, typically at the low point of any process equipment because of its density. Mercury may also occur in other process system deposits such as sludges, sands, scales, waxes, and filter media. Personnel engaged in work with equipment where mercury deposits might occur (confined space entry, sampling, opening drain valves, draining process lines, etc), may be exposed to a mercury hazard (see sections 3 and 4). |
| Hygiene Practices: | Wash thoroughly after handling. Do not eat, drink or smoke when using this product. Contaminated work clothing should not be allowed out of the workplace. |

## SECTION 8 : EXPOSURE CONTROLS, PERSONAL PROTECTION - EXPOSURE GUIDELINES

| | |
|---|---|
| Engineering Controls: | Use appropriate engineering control such as process enclosures, local exhaust ventilation, or other engineering controls to control airborne levels below recommended exposure limits. Good general ventilation should be sufficient to control airborne levels. Where such systems are not effective wear suitable personal protective equipment, which performs satisfactorily and meets OSHA or other recognized standards. Consult with local procedures for selection, training, inspection and maintenance of the personal protective equipment. |
| Eye/Face Protection: | Wear appropriate protective glasses or splash goggles as described by 29 CFR 1910.133, OSHA eye and face protection regulation, or the European standard EN 166. |
| Skin Protection Description: | Wear appropriate protective gloves and other protective apparel to prevent skin contact. Consult manufacturer's data for permeability data. |
| Hand Protection Description: | Suggested protective materials: Nitrile |
| Respiratory Protection: | Where there is potential for airborne exposure to hydrogen sulfide (H2S) above exposure limits, a NIOSH approved, self-contained breathing apparatus (SCBA) or equivalent operated in a pressure demand or other positive pressure mode should be used. Under conditions where hydrogen sulfide (H2S) is NOT detected, a NIOSH certified air purifying respirator equipped with organic vapor cartridges/canisters may be used.<br>A respiratory protection program that meets or is equivalent to OSHA 29 CFR 1910.134 and ANSI Z88.2 should be followed whenever workplace conditions warrant a respirator's use. Air purifying respirators provide limited protection and cannot be used in atmospheres that exceed the maximum use concentration (as directed by regulation or the manufacturer's instructions), in oxygen deficient (less than 19.5 percent oxygen) situations, or under conditions that are immediately dangerous to life and health (IDLH).<br>If benzene concentrations equal or exceed applicable exposure limits, OSHA requirements for personal protective equipment, exposure monitoring, and training may apply (29CFR1910.1028 - Benzene). Workplace monitoring plans should consider the possibility that heavy metals such as mercury may concentrate in processing vessels and equipment presenting the possibility of exposure during various sampling and maintenance operations. Implement appropriate respiratory protection and the use of other protective equipment as dictated by monitoring results (See Sections 2 and 7). |
| Other Protective: | Facilities storing or utilizing this material should be equipped with an eyewash and a deluge shower safety station. |
| PPE Pictograms: |  |

Ã

EXPOSURE GUIDELINES   Ã

**Crude Oil (Petroleum) :**

| | |
|---|---|
| Guideline User Defined: | ConocoPhillips Guidelines<br>TWA:100 mg/m3 - 8 hr |

**N-Hexane :**

| | |
|---|---|
| Guideline ACGIH: | Skin: Yes.<br>TLV-TWA: 50 ppm |
| Guideline OSHA: | PEL-TWA: 500 ppm |

**Ethyl Benzene :**

| | |
|---|---|
| Guideline ACGIH: | TLV-TWA: 20 ppm |
| Guideline OSHA: | PEL-TWA: 100 ppm |

**Xylenes :**

| | |
|---|---|
| Guideline ACGIH: | TLV-STEL: 150 ppm<br>TLV-TWA: 100 ppm |

**Benzene :**

| | |
|---|---|
| Guideline ACGIH: | Skin: Yes.<br>TLV-STEL: 2.5 ppm<br>TLV-TWA: 0.5 ppm |
| Guideline OSHA: | PEL-TWA: 1 ppm<br>PEL-STEL: 5 ppm |
| Guideline User Defined: | ConocoPhillips Guidelines |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

TWA: 0.2 mg/m3 (as total of 17 PNA's measured by NIOSH Method 5506)

**Hydrogen Sulfide :**

| | |
|---|---|
| Guideline ACGIH: | TLV-STEL: 5 ppm |
| | TLV-TWA: 1 ppm |
| | TLV-TWA: 1 ppm |
| | TLV-STEL: 5 ppm |
| Guideline OSHA: | PEL-Ceiling/Peak: 20 ppm |
| | PEL-Ceiling/Peak: 50 ppm Peak |
| Guideline User Defined: | ConocoPhillips Guidelines |
| | TWA: 5 ppm 8hr |
| | TWA: 2.5 ppm 12hr |
| | STEL: 15 ppm |

**Naphthalene :**

| | |
|---|---|
| Guideline ACGIH: | Skin: Yes. |
| | TLV-STEL: 15 ppm |
| | TLV-TWA: 10 ppm |
| Guideline OSHA: | PEL-TWA: 10 ppm |
| Note: | Suggestions provided in this section for exposure control and specific types of protective equipment are based on readily available information. Users should consult with the specific manufacturer to confirm the performance of their protective equipment. Specific situations may require consultation with industrial hygiene, safety, or engineering professionals. |
| | State, local or other agencies or advisory groups may have established more stringent limits. Consult an industrial hygienist or similar professional, or your local agencies, for further information. |

## SECTION 9 : PHYSICAL and CHEMICAL PROPERTIES

| | |
|---|---|
| Physical State: | Liquid. |
| Color: | Amber to Black |
| Odor: | Petroleum. Rotten egg / sulfurous |
| Odor Threshold: | Not determined. |
| Boiling Point: | 70 to 110 °F ( 21 to 43 °C) |
| Melting Point: | Not determined. |
| Density: | 5.83-8.58 lbs/gal Bulk |
| Specific Gravity: | 0.7-1.03 @ 60°F (15.6°C) Reference water = 1 |
| Solubility: | Negligible solubility in water. |
| Vapor Density: | >1 (air = 1) |
| Vapor Pressure: | 8.5-15 psia (Reid VP) @ 100°F (37.8°C) |
| Percent Volatile: | Not determined. |
| Evaporation Rate: | Not determined. |
| pH: | Not applicable. |
| Viscosity: | Not determined. |
| Coefficient of Water/Oil Distribution: | Not determined. |
| Flash Point: | <-20°F (<-29°C) |
| Flash Point Method: | Manual ASTM D53 |
| Auto Ignition Temperature: | Not determined. |
| Note: | Unless otherwise stated, values are determined at 20°C (68°F) and 760 mm Hg (1 atm). Data represent typical values and are not intended to be specifications. |

## SECTION 10 : STABILITY and REACTIVITY

| | |
|---|---|
| Chemical Stability: | Stable under normal ambient and anticipated conditions of use. |
| Hazardous Polymerization: | Hazardous Polymerization does not occur. |
| Conditions to Avoid: | Avoid high temperatures and all sources of ignition. Prevent vapor accumulation. |
| Incompatible Materials: | Avoid contact with strong oxidizing agents and strong reducing agents. |
| Special Decomposition Products: | Thermal decomposition or combustion may liberate carbon oxides, aldehydes, and other toxic gases or vapors |

## SECTION 11 : TOXICOLOGICAL INFORMATION

**Crude Oil (Petroleum) :**

| | |
|---|---|
| Eye : | Administration into the eye - Rabbit Standard Draize test : 100 mg [ Mild ] (RTECS) |
| Skin: | Administration onto the skin - Rabbit LD50 - Lethal dose, 50 percent kill : >2000 mg/kg [ Details of toxic effects not reported other than lethal dose value ] (RTECS) |
| Ingestion: | Oral - Rat LD50 - Lethal dose, 50 percent kill : >4300 mg/kg [ Details of toxic effects not reported other than lethal dose value ] |
| | Oral - Rat LD50 - Lethal dose, 50 percent kill : >5000 mg/kg [ Gastrointestinal - Hypermotility, diarrhea ] (RTECS) |
| Carcinogenicity: | May cause cancer Chronic application of crude oil to mouse skin resulted in an increased incidence of skin tumors. IARC concluded in its Crude Oil Monograph that there is limited evidence of |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

carcinogenicity in animals, and that crude oil is not classifiable as to its carcinogenicity in humans (Group 3). It has not been listed as a carcinogen by NTP or OSHA.

| | |
|---|---|
| Mutagenicity: | Inadequate information available. |
| Reproductive Toxicity: | Inadequate information available. Dermal exposure to crude oil during pregnancy resulted in limited evidence of developmental toxicity in laboratory animals. Decreased fetal weight and increased resorptions were noted at maternally toxic doses. No significant effects on pup growth or other developmental landmarks were observed postnatally. |

**Other Toxicological Information:**

**N-Hexane :**

| | |
|---|---|
| Eye: | Administration into the eye - Rabbit Standard Draize test : 10 mg [ Mild ] (RTECS) |
| Inhalation: | Inhalation - Rat LC50 - Lethal concentration, 50 percent kill : 48000 ppm/4H [ Details of toxic effects not reported other than lethal dose value ]<br>Inhalation - Rat LC50 - Lethal concentration, 50 percent kill : 627000 mg/m3/3M [ Details of toxic effects not reported other than lethal dose value ] (RTECS) |
| Ingestion: | Oral - Rat LD50 - Lethal dose, 50 percent kill : 15840 mg/kg [ Details of toxic effects not reported other than lethal dose value ]<br>Oral - Rat LD50 - Lethal dose, 50 percent kill : 29700 mg/kg [ Behavioral - Somnolence (general depressed activity) Gastrointestinal - Changes in structure or function of salivary glands Gastrointestinal - Hypermotility, diarrhea ] (RTECS) |
| Reproductive Toxicity: | Prolonged exposure to high concentrations of n-hexane (>1,000 ppm) resulted in decreased sperm count and degenerative changes in the testes of rats but not those of mice. |
| Neurological Effects: | Excessive exposure to n-hexane can result in peripheral neuropathies. The initial symptoms are symmetrical sensory numbness and paresthesias of distal portions of the extremities. Motor weakness is typically observed in muscles of the toes and fingers but may also involve muscles of the arms, thighs and forearms. The onset of these symptoms may be delayed for several months to a year after the beginning of exposure. The neurotoxic properties of n-hexane are potentiated by exposure to methyl ethyl ketone and methyl isobutyl ketone. |

**Ethyl Benzene :**

| | |
|---|---|
| Eye: | Administration into the eye - Rabbit Standard Draize test : 500 mg [ Severe ] (RTECS) |
| Skin: | Administration onto the skin - Rabbit LD50 - Lethal dose, 50 percent kill : 17800 uL/kg [ Details of toxic effects not reported other than lethal dose value ]<br>Administration onto the skin - Rabbit LD50 - Lethal dose, 50 percent kill : >5000 mg/kg [ Details of toxic effects not reported other than lethal dose value ] (RTECS) |
| Inhalation: | Inhalation - Rat LC50 - Lethal concentration, 50 percent kill : 55000 mg/m3/2H [ Details of toxic effects not reported other than lethal dose value ] (RTECS)<br>In rats and mice exposed to 0, 75, 250, or 750 ppm ethyl benzene in a two year inhalation study there was mild damage to the kidney (tubular hyperplasia), liver (eosinophilio foci, hypertrophy, necrosis), lung (alveolar epithelium metaplasia), thyroid (hyperplasia), thyroid (hyperplasia) and pituitary (hyperplasia). In animal models (particularly rats), ethyl benzene affects the auditory function mainly in the cochlear mid-frequency range and ototoxicity was observed after combined exposure to noise and ethyl benzene. There is no evidence of either ethyl benzene-induced hearing losses or ototoxicity with combined exposure to ethyl benzene and noise in workers. |
| Ingestion: | Oral - Rat LD50 - Lethal dose, 50 percent kill : 3500 mg/kg [ Liver - Other changes Kidney/Ureter/Bladder - Other changes ]<br>Oral - Rat LD50 - Lethal dose, 50 percent kill : 3500 mg/kg [ Details of toxic effects not reported other than lethal dose value ] (RTECS) |
| Carcinogenicity: | Rats and mice exposed to 0, 75, 250, or 750 ppm ethyl benzene in a two year inhalation study demonstrated limited evidence of kidney, liver, and lung cancer. Ethyl benzene has been listed as a possible human carcinogen by IARC. |

**Xylenes :**

| | |
|---|---|
| Eye: | Administration into the eye - Rabbit Standard Draize test : 87 mg [ Mild ]<br>Administration into the eye - Rabbit Standard Draize test : 5 mg/24H [ Severe ] (RTECS) |
| Skin: | Administration onto the skin - Rabbit LD50 - Lethal dose, 50 percent kill : >1700 mg/kg [ Details of toxic effects not reported other than lethal dose value ] (RTECS) |
| Inhalation: | Inhalation - Rat LC50 - Lethal concentration, 50 percent kill : 5000 ppm/4H [ Details of toxic effects not reported other than lethal dose value ] (RTECS) |
| Ingestion: | Oral - Rat LD50 - Lethal dose, 50 percent kill : 4300 mg/kg [ Liver - Other changes Kidney/Ureter/Bladder - Other changes ] (RTECS) |
| Reproductive Toxicity: | Both mixed xylenes and the individual isomers produced limited evidence of developmental toxicity in laboratory animals. Inhalation and oral administration of xylene resulted in decreased fetal weight, increased incidences of delayed ossification, skeletal variations and resorptions, but no evidence of teratogenicity. |
| Other Toxicological Information: | Rats exposed to xylenes at 800, 1000 or 1200 ppm 14 hours daily for 6 weeks demonstrated high frequency hearing loss. Another study in rats exposed to 1800 ppm 8 hours daily for 5 days demonstrated middle frequency hearing loss. |

**Benzene :**

| | |
|---|---|
| Eye: | Administration into the eye - Rabbit Standard Draize test : 88 mg [ Moderate ]<br>Administration into the eye - Rabbit Standard Draize test : 2 mg/24H [ Severe ] (RTECS) |
| Skin: | Administration onto the skin - Rabbit LD50 - Lethal dose, 50 percent kill : >9400 uL/kg [ Details of toxic effects not reported other than lethal dose value ] (RTECS) |
| Inhalation: | Inhalation - Rat LC50 - Lethal concentration, 50 percent kill : 10000 ppm/7H [ Details of toxic effects not reported other than lethal dose value ] (RTECS) |
| Ingestion: | Oral - Rat LD50 - Lethal dose, 50 percent kill : 930 mg/kg [ Behavioral - Tremor Behavioral - Convulsions or effect on seizure threshold ]<br>Oral - Rat LD50 - Lethal dose, 50 percent kill : 1 mL/kg [ Details of toxic effects not reported other than lethal dose value ]<br>Oral - Rat LD50 - Lethal dose, 50 percent kill : 1800 mg/kg [ Details of toxic effects not reported other than lethal dose value ]<br>Oral - Rat LD50 - Lethal dose, 50 percent kill : 6400 mg/kg [ Peripheral Nerve and Sensation - Recording from peripheral motor nerve Blood - Changes in other cell count (unspecified) Blood - Changes in leukocyte (WBC) count ] (RTECS) |
| Carcinogenicity: | Benzene is an animal carcinogen and is known to produce acute myelogenous leukemia (a form of cancer) in humans. Benzene has been identified as a human carcinogen by IARC, the US National Toxicology Program and the US-Occupational Safety and Health Administration. |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| | |
|---|---|
| Mutagenicity: | Benzene exposure has resulted in chromosomal aberrations in human lymphocytes and animal bone marrow cells. Exposure has also been associated with chromosomal aberrations in sperm cells in human and animal studies. |
| Reproductive Toxicity: | Some studies in occupationally exposed women have suggested benzene exposure increased risk of miscarriage and stillbirth and decreased birth weight and gestational age. The size of the effects detected in these studies was small, and ascertainment of exposure and outcome in some cases relied on self-reports, which may limit the reliability of these results. |
| Other Toxicological Information: | Prolonged or repeated exposures to benzene vapors can cause damage to the blood and blood forming organs, including disorders like leukopenia, thrombocytopenia, and aplastic anemia. |

**Hydrogen Sulfide :**

| | |
|---|---|
| Inhalation: | Inhalation - Rat LC50 - Lethal concentration, 50 percent kill : 444 ppm [ Lungs, Thorax, or Respiration - Other changes Gastrointestinal - Hypermotility, diarrhea Kidney/Ureter/Bladder - Urine volume increased ]<br>Inhalation - Rat LC50 - Lethal concentration, 50 percent kill : 820 mg/m3/3H [ Details of toxic effects not reported other than lethal dose value ]<br>Inhalation - Rat LC50 - Lethal concentration, 50 percent kill : 700 mg/m3/4H [ Details of toxic effects not reported other than lethal dose value ]<br>Inhalation - Rat LC50 - Lethal concentration, 50 percent kill : 470 mg/m3/6H [ Details of toxic effects not reported other than lethal dose value ]<br>Inhalation - Rat LC50 - Lethal concentration, 50 percent kill : 444 ppm/4H [ Details of toxic effects not reported other than lethal dose value ] (RTECS) |

**Naphthalene :**

| | |
|---|---|
| Skin: | Administration onto the skin - Rat LD50 - Lethal dose, 50 percent kill : >2500 mg/kg [ Details of toxic effects not reported other than lethal dose value ]<br>Administration onto the skin - Rabbit LD50 - Lethal dose, 50 percent kill : >20 gm/kg [ Details of toxic effects not reported other than lethal dose value ] (RTECS) |
| Ingestion: | Oral - Rat LD50 - Lethal dose, 50 percent kill : 490 mg/kg [ Details of toxic effects not reported other than lethal dose value ] (RTECS) |
| Carcinogenicity: | Naphthalene has been evaluated in two year inhalation studies in both rats and mice. The US National Toxicology Program (NTP) concluded that there is clear evidence of carcinogenicity in male and female rats based on increased incidences of respiratory epithelial adenomas and olfactory epithelial neuroblastomas of the nose. NTP found some evidence of carcinogenicity in female mice (alveolar adenomas) and no evidence of carcinogenicity in male mice. Naphthalene has been identified as a carcinogen by IARC and NTP. |

## SECTION 12 : ECOLOGICAL INFORMATION

| | |
|---|---|
| Ecotoxicity: | Experimental studies of acute aquatic toxicity show values for crude oil in the range of 2 to over 100 mg/L. These values are consistent with these predicted aquatic toxicity of these substances based on their hydrocarbon compositions. Crude oil should be regarded as harmful to aquatic organisms, with the potential to cause long term adverse effects in the aquatic environment. Classification: H411; Chronic Cat 2. |
| Environmental Fate: | Persistence per IOPC Fund definition: Persistent |
| Bioaccumulation: | Log Kow values measured for the hydrocarbon components of this material range from less than 2 to greater than 6, and therefore would be regarded as having the potential to bioaccumulate. |
| Biodegradation: | Most crude oils are not regarded as readily biodegradable. Most of the non-volatile constituents are inherently biodegradable; some of the highest molecular weight components are persistent in water. |
| Mobility In Environmental Media: | Crude oil spreads as a film on the surface of water, facilitating loss of its lighter components by volatilization. In air, the volatile hydrocarbons undergo photodegradation by reaction with hydroxyl radicals with half-lives varying from 0.5 days for n-dodecane to 6.5 days for benzene. The lower molecular weight aromatic hydrocarbons and some polar compounds have low but significant water solubility. Some higher molecular weight compounds are removed by emulsification and these also slowly biodegrade; others adsorb to sediment and sink. A further removal process from water involving the heavier fraction is agglomeration to form tars, some of which sink. |

## SECTION 13 : DISPOSAL CONSIDERATIONS

| | |
|---|---|
| Waste Disposal: | Consult with the US EPA Guidelines listed in 40 CFR Part 261.3 for the classifications of hazardous waste prior to disposal. Furthermore, consult with your state and local waste requirements or guidelines, if applicable, to ensure compliance. Arrange disposal in accordance to the EPA and/or state and local guidelines.<br>The generator of a waste is always responsible for making proper hazardous waste determinations and needs to consider state and local requirements in addition to federal regulations.<br>This material, if discarded as produced, would not be a federally regulated RCRA "listed" hazardous waste. However, it would likely be identified as a federally regulated RCRA hazardous waste for the following characteristic(s) shown below. See Sections 7 and 8 for information on handling, storage and personal protection and Section 9 for physical/chemical properties. It is possible that the material as produced contains constituents which are not required to be listed in the MSDS but could affect the hazardous waste determination. Additionally, use which results in chemical or physical change of this material could subject it to regulation as a hazardous waste.<br>Container contents should be completely used and containers should be emptied prior to discard. Container residues and rinseates could be considered to be hazardous wastes. |
| RCRA Number: | EPA Waste Number(s) • D001 - Ignitability characteristic • D018 - Toxicity characteristic (Benzene) |

## SECTION 14 : TRANSPORT INFORMATION

| | |
|---|---|
| DOT Shipping Name: | Petroleum crude oil |
| DOT UN Number: | UN1267 |
| DOT Hazard Class: | 3 |
| DOT Packing Group: | I |
| IATA Shipping Name: | Petroleum crude oil |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| | |
|---|---|
| IATA UN Number: | UN1267 |
| IATA Hazard Class: | 3 |
| IATA Packing Group: | I |
| | |
| IMDG UN NUmber : | UN1267 |
| IMDG Shipping Name : | Petroleum crude oil |
| IMDG Hazard Class : | 3 |
| IMDG Packing Group : | I |
| Notes : | U.S. DOT compliance requirements may apply. See 49 CFR 171.22, 23 & 25.<br>If transported in bulk by marine vessel in international waters, product is being carried under the scope of MARPOL Annex I. |

## SECTION 15 : REGULATORY INFORMATION

| | |
|---|---|
| Section 311/312 Hazard Categories: | Acute Health: Yes<br>Chronic Health: Yes<br>Fire Hazard: Yes<br>Pressure Hazard: No<br>Reactive Hazard: No |
| California PROP 65: | This material may contain detectable quantities of the following chemicals, known to the State of California to cause cancer, birth defects or other reproductive harm, and which may be subject to the warning requirements of California Proposition 65 (CA Health & Safety Code Section 25249.5):<br>Various Polycyclic Aromatic Hydrocarbons: Skin Cancer<br>Toluene: Developmental Toxicant, Female Reproductive Toxicant |
| Canada WHMIS: | WHMIS Hazard Class:<br>B2 - Flammable Liquids<br>D2A, D2B |

**Crude Oil (Petroleum) :**

| | |
|---|---|
| TSCA Inventory Status: | Listed |
| Canada DSL: | Listed |

**N-Hexane :**

| | |
|---|---|
| TSCA Inventory Status: | Listed |
| Section 313: | EPCRA - 40 CFR Part 372 - (SARA Title III) Section 313 Listed Chemical.: 1.0% de minimis |
| Canada DSL: | Listed |

**Ethyl Benzene :**

| | |
|---|---|
| TSCA Inventory Status: | Listed |
| Section 313: | EPCRA - 40 CFR Part 372 - (SARA Title III) Section 313 Listed Chemical.: 0.1% de minimis |
| California PROP 65: | Listed: cancer. |
| Canada DSL: | Listed |

**Xylenes :**

| | |
|---|---|
| TSCA Inventory Status: | Listed |
| Section 313: | EPCRA - 40 CFR Part 372 - (SARA Title III) Section 313 Listed Chemical.: 1.0% de minimis |
| Canada DSL: | Listed |

**Benzene :**

| | |
|---|---|
| TSCA Inventory Status: | Listed |
| Section 313: | EPCRA - 40 CFR Part 372 - (SARA Title III) Section 313 Listed Chemical.: 0.1% de minimis |
| California PROP 65: | Listed: developmental. |
| Canada DSL: | Listed |

**Hydrogen Sulfide :**

| | |
|---|---|
| TSCA Inventory Status: | Listed |
| Section 302 EHS: | TPQ 500 lb |
| Section 304 RQ: | 100 lb |
| Canada DSL: | Listed |

**Naphthalene :**

| | |
|---|---|
| TSCA Inventory Status: | Listed |
| Section 313: | EPCRA - 40 CFR Part 372 - (SARA Title III) Section 313 Listed Chemical.: 0.1% de minimis |
| California PROP 65: | Listed: cancer. |
| Canada DSL: | Listed |

## SECTION 16 : ADDITIONAL INFORMATION

| | |
|---|---|
| HMIS Health Hazard: | 2* |
| HMIS Fire Hazard: | 3 |
| HMIS Reactivity: | 1 |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| | |
|---|---|
| HMIS Personal Protection: | X |
| SDS Creation Date: | May 19, 2014 |
| SDS Revision Date: | May 19, 2014 |
| MSDS Author: | Actio Corporation |
| Guide to Abbreviations: | ACGIH = American Conference of Governmental Industrial Hygienists; |
| | CASRN = Chemical Abstracts Service Registry Number; |
| | CEILING = Ceiling Limit (15 minutes); |
| | CERCLA = The Comprehensive Environmental Response, Compensation, and Liability Act; |
| | EPA = Environmental Protection Agency; |
| | GHS = Globally Harmonized System; |
| | IARC = International Agency for Research on Cancer; |
| | INSHT = National Institute for Health and Safety at Work; |
| | IOPC = International Oil Pollution Compensation; |
| | LEL = Lower Explosive Limit; |
| | NE = Not Established; |
| | NFPA = National Fire Protection Association; |
| | NTP = National Toxicology Program; |
| | OSHA = Occupational Safety and Health Administration; |
| | PEL = Permissible Exposure Limit (OSHA); |
| | SARA = Superfund Amendments and Reauthorization Act; |
| | STEL = Short Term Exposure Limit (15 minutes); |
| | TLV = Threshold Limit Value (ACGIH); |
| | TWA = Time Weighted Average (8 hours); |
| | UEL = Upper Explosive Limit; |
| | WHMIS = Worker Hazardous Materials Information System (Canada) |
| Disclaimer: | The information presented in this Safety Data Sheet is based on data believed to be accurate as of the date this Safety Data Sheet was prepared. HOWEVER, NO WARRANTY OF MERCHANTABILITY, FITNESS FOR ANY PARTICULAR PURPOSE, OR ANY OTHER WARRANTY IS EXPRESSED OR IS TO BE IMPLIED REGARDING THE ACCURACY OR COMPLETENESS OF THE INFORMATION PROVIDED ABOVE, THE RESULTS TO BE OBTAINED FROM THE USE OF THIS INFORMATION OR THE PRODUCT, THE SAFETY OF THIS PRODUCT, OR THE HAZARDS RELATED TO ITS USE. No responsibility is assumed for any damage or injury resulting from abnormal use or from any failure to adhere to recommended practices. The information provided above, and the product, are furnished on the condition that the person receiving them shall make their own determination as to the suitability of the product for their particular purpose and on the condition that they assume the risk of their use. In addition, no authorization is given nor implied to practice any patented invention without a license. |

Copyright© 1996-2013 Actio Corporation. All Rights Reserved.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**APPENDIX B**
**ICS FORMS / INITIAL IAP**

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE



# Sunoco Logistics

# Initial Response Plan

Incident Name:_____

Prepared by:_____

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE



CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# INCIDENT BRIEFING (ICS 201)

| 1. Incident Name: | 2. Incident Number: | 3. Date/Time Initiated:<br>Date:        Time: |
|---|---|---|

**4. Map/Sketch** (include sketch, showing the total area of operations, the incident site/area, impacted and threatened areas, overflight results, trajectories, impacted shorelines, or other graphics depicting situational status and resource assignment)**:**

**5. Situation Summary and Health and Safety Briefing** (for briefings or transfer of command)**:** Recognize potential incident Health and Safety Hazards and develop necessary measures (remove hazard, provide personal protective equipment, warn people of the hazard) to protect responders from those hazards.

| 6. Prepared by:  Name: _____  Position/Title: _____Signature: _____ |
|---|
| **ICS 201, Page 1**                     Date/Time: _____ |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# INCIDENT BRIEFING (ICS 201)

| 1. Incident Name: | 2. Incident Number: | 3. Date/Time Initiated:<br>Date:          Time: |
|---|---|---|

**7. Current and Planned Objectives:**

**8. Current and Planned Actions, Strategies, and Tactics:**

| Time: | Actions: |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**6. Prepared by:** Name: _____ Position/Title: _____ Signature: _____

**ICS 201, Page 2** | Date/Time: _____

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# INCIDENT BRIEFING (ICS 201)

| 1. Incident Name: | 2. Incident Number: | 3. Date/Time Initiated:<br>Date:          Time: |
|---|---|---|

**9. Current Organization** (fill in additional organization as appropriate)**:**

```
                          ┌─────────────────────┐      ┌─────────────────────────┐
                          │                     │──────│    Liaison Officer      │
                          │ Incident Commander(s)│     └─────────────────────────┘
                          │                     │      ┌─────────────────────────┐
                          │                     │──────│     Safety Officer      │
                          │                     │      └─────────────────────────┘
                          │                     │      ┌─────────────────────────┐
                          │                     │──────│ Public Information Officer│
                          └──────────┬──────────┘      └─────────────────────────┘
        ┌──────────────────┬─────────┴──────┬──────────────────┐
┌───────────────┐ ┌───────────────┐ ┌───────────────────┐ ┌───────────────┐
│Planning Section│ │Operations      │ │Finance/Administration│ │Logistics Section│
│Chief          │ │Section Chief   │ │Section Chief       │ │Chief          │
└───────────────┘ └───────────────┘ └───────────────────┘ └───────────────┘
```

| 6. Prepared by:  Name: _____ Position/Title: _____ Signature: _____ |
|---|
| **ICS 201, Page 3**                    Date/Time: _____ |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# INCIDENT BRIEFING (ICS 201)

| 1. Incident Name: | 2. Incident Number: | 3. Date/Time Initiated:<br>Date:            Time: |
|---|---|---|

**10. Resource Summary:**

| Resource | Resource Identifier | Date/Time Ordered | ETA | Arrived | Notes (location/assignment/status) |
|---|---|---|---|---|---|
| | | | | ☐ | |
| | | | | ☐ | |
| | | | | ☐ | |
| | | | | ☐ | |
| | | | | ☐ | |
| | | | | ☐ | |
| | | | | ☐ | |
| | | | | ☐ | |
| | | | | ☐ | |
| | | | | ☐ | |
| | | | | ☐ | |
| | | | | ☐ | |
| | | | | ☐ | |
| | | | | ☐ | |
| | | | | ☐ | |
| | | | | ☐ | |
| | | | | ☐ | |

**6. Prepared by:**  Name: _____  Position/Title: _____  Signature: _____

**ICS 201, Page 4**            Date/Time: _____

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| 1. Incident Name | 2. Operational Period (Date / Time)<br><br>From:                    To: | **DAILY MEETING SCHEDULE**<br>**ICS 230-OS** |
|---|---|---|

**3. Meeting Schedule (Commonly-held meetings are included)**

| Date / Time | Meeting Name | Purpose | Attendees | Location |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**4. Prepared by:**                                          Date / Time

| DAILY MEETING SCHEDULE | ICS 230-OS |
|---|---|

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| 1. Incident Name | 2. Operational Period (Date / Time)<br><br>From:          To: | 3. Check-in Location<br>☐ Command Post    ☐ Other ____<br>☐ Staging Area ____ | CHECK-IN LIST (Personnel)<br>ICS 211p-OS |
|---|---|---|---|

**Personnel Check-in Information**

8. Initial Incident Check-In?          9. Time

| 4. Name | 5. Company / Agency | 6. ICS Section / Assignment / Quals. | 7. Contact Information | (X) | In | Out |
|---|---|---|---|---|---|---|
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |
| | | | | ☐ | | |

| 10. Prepared by:          Date / Time | 11. Date / Time Sent to Resources Unit |
|---|---|

| CHECK-IN LIST (Personnel) | June 2000 | ICS 211p-OS |
|---|---|---|

Electronic version: NOAA 1.0 June 1, 2000

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# SAFETY MESSAGE/PLAN (ICS 208)

| 1. Incident Name: | 2. Operational Period: Date From:          Date To: |
|---|---|
| | Time From:          Time To: |

**3. Safety Message/Expanded Safety Message, Safety Plan, Site Safety Plan:**

**4. Site Safety Plan Required?** Yes ☐ No ☐

  **Approved Site Safety Plan(s) Located At:**

**5. Prepared by:** Name: _____ Position/Title: _____ Signature: _____

| **ICS 208** | **IAP Page** _____ | Date/Time: _____ |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# ICS 201 GUIDANCE

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# ICS 201
# Incident Briefing

**Purpose.** The Incident Briefing (ICS 201) provides the Incident Commander (and the Command and General Staffs) with basic information regarding the incident situation and the resources allocated to the incident. In addition to a briefing document, the ICS 201 also serves as an initial action worksheet. It serves as a permanent record of the initial response to the incident.

**Preparation.** The briefing form is prepared by the Incident Commander for presentation to the incoming Incident Commander along with a more detailed oral briefing.

**Distribution.** Ideally, the ICS 201 is duplicated and distributed before the initial briefing of the Command and General Staffs or other responders as appropriate. The "Map/Sketch" and "Current and Planned Actions, Strategies, and Tactics" sections (pages 1–2) of the briefing form are given to the Situation Unit, while the "Current Organization" and "Resource Summary" sections (pages 3–4) are given to the Resources Unit.

**Notes:**
• The ICS 201 can serve as part of the initial Incident Action Plan (IAP).
• If additional pages are needed for any form page, use a blank ICS 201 and repaginate as needed.

| Block Number | Block Title | Instructions |
|---|---|---|
| 1 | **Incident Name** | Enter the name assigned to the incident. |
| 2 | **Incident Number** | Enter the number assigned to the incident. |
| 3 | **Date/Time Initiated**<br>• Date, Time | Enter date initiated (month/day/year) and time initiated (using the 24-hour clock). |
| 4 | **Map/Sketch** (include sketch, showing the total area of operations, the incident site/area, impacted and threatened areas, overflight results, trajectories, impacted shorelines, or other graphics depicting situational status and resource assignment) | Show perimeter and other graphics depicting situational status, resource assignments, incident facilities, and other special information on a map/sketch or with attached maps. Utilize commonly accepted ICS map symbology.<br><br>If specific geospatial reference points are needed about the incident's location or area outside the ICS organization at the incident, that information should be submitted on the Incident Status Summary (ICS 209).<br><br>North should be at the top of page unless noted otherwise. |
| 5 | **Situation Summary and Health and Safety Briefing (**for briefings or transfer of command): Recognize potential incident Health and Safety Hazards and develop necessary measures (remove hazard, provide personal protective equipment, warn people of the hazard) to protect responders from those hazards. | Self-explanatory. |
| 6 | **Prepared by**<br>• Name<br>• Position/Title<br>• Signature<br>• Date/Time | Enter the name, ICS position/title, and signature of the person preparing the form. Enter date (month/day/year) and time prepared (24-hour clock). |
| 7 | **Current and Planned Objectives** | Enter the objectives used on the incident and note any specific problem areas. |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| Block Number | Block Title | Instructions |
|---|---|---|
| 8 | **Current and Planned Actions, Strategies, and Tactics**<br>• Time<br>• Actions | Enter the current and planned actions, strategies, and tactics and time they may or did occur to attain the objectives.  If additional pages are needed, use a blank sheet or another ICS 201 (Page 2), and adjust page numbers accordingly. |
| 9 | **Current Organization** (fill in additional organization as appropriate)<br>• Incident Commander(s)<br>• Liaison Officer<br>• Safety Officer<br>• Public Information Officer<br>• Planning Section Chief<br>• Operations Section Chief<br>• Finance/Administration Section Chief<br>• Logistics Section Chief | • Enter on the organization chart the names of the individuals assigned to each position.<br>• Modify the chart as necessary, and add any lines/spaces needed for Command Staff Assistants, Agency Representatives, and the organization of each of the General Staff Sections.<br>• If Unified Command is being used, split the Incident Commander box.<br>• Indicate agency for each of the Incident Commanders listed if Unified Command is being used. |
| 10 | **Resource Summary** | Enter the following information about the resources allocated to the incident.  If additional pages are needed, use a blank sheet or another ICS 201 (Page 4), and adjust page numbers accordingly. |
|  | • Resource | Enter the number and appropriate category, kind, or type of resource ordered. |
|  | • Resource Identifier | Enter the relevant agency designator and/or resource designator (if any). |
|  | • Date/Time Ordered | Enter the date (month/day/year) and time (24-hour clock) the resource was ordered. |
|  | • ETA | Enter the estimated time of arrival (ETA) to the incident (use 24-hour clock). |
|  | • Arrived | Enter an "X" or a checkmark upon arrival to the incident. |
|  | • Notes (location/ assignment/status) | Enter notes such as the assigned location of the resource and/or the actual assignment and status. |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# ICS 230 GUIDANCE

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE
**DAILY MEETING SCHEDULE (ICS FORM 230-OS)**

**Purpose**.  The Daily Meeting Schedule records information about the daily scheduled meeting activities.

**Preparation**.  This form is prepared by the Situation Unit Leader and coordinated through the Unified Command for each operational period or as needed. Commonly-held meetings are already included in the form.  Additional meetings, as needed, can be entered onto the form in the spaces provided.  Time and location for each meeting must be entered. If any of these standard meetings are not scheduled, they should be crossed out on the form.

**Distribution**.  After coordination with the Unified Command, the Situation Unit Leader will duplicate the schedule and post a copy at the Situation Status Board and distribute to the Command Staff, Section Chiefs, and appropriate Unit Leaders.  All completed original forms MUST be given to the Documentation Unit.

| Item # | Item Title | Instructions |
|---|---|---|
| 1. | Incident Name | Enter the name assigned to the incident. |
| 2. | Operational Period | Enter the time interval for which the form applies.  Record the start and end date and time. |
| 3. | Meeting Schedule | For each scheduled meeting, enter the date/time, meeting name, purpose, attendees, and location.  Note: Commonly-held meetings are included in the form. Additional meetings, as needed, can be entered onto the form in the spaces provided.  Time and location for each meeting must be entered.  If any of the standard meetings are not scheduled, they should be deleted from the form (normally the Situation Unit Leader). |
| 4. | Prepared By | Enter name and title of the person preparing the form, normally the Situation Unit Leader. |
|  | Date/Time | Enter date (month, day, year) and time prepared (24-hour clock). |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# ICS 211 GUIDANCE

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**CHECK-IN LIST Personnel (ICS FORM 211p-OS)**

**Special Note.**  This form is used for personnel check-in only.

**Purpose**.  Personnel arriving at the incident can be checked in at various incident locations.  Check-in consists of reporting specific information that is recorded on the form.

**Preparation**.  The Check-In List is initiated at a number of incident locations including staging areas, base, camps, helibases, and ICP.  Managers at these locations record the information and give it to the Resources Unit as soon as possible.

**Distribution**.  Check-In Lists are provided to both the Resources Unit and the Finance/Administration Section.  The Resources Unit maintains a master list of all equipment and personnel that have reported to the incident.  All completed original forms MUST be given to the Documentation Unit.

| Item # | Item Title | Instructions |
|---|---|---|
| 1. | Incident Name | Enter the name assigned to the incident. |
| 2. | Operational Period | Enter the time interval for which the form applies.  Record the start and end date and time. |
| 3. | Check-in Location | Check the box for the check-in location. |
| 4. | Name | Enter the name of the person. |
| 5. | Company/Agency | Enter the company or agency with which the individual is associated. |
| 6. | ICS Section / Assignment / Quals. | Enter ICS Section and assignment, if known, and note any other ICS qualifications, if needed. |
| 7. | Contact Information | Enter the contact information for the person. |
| 8. | Initial Incident Check-in? | Check if this is the first time a person has checked in for this incident. |
| 9. | Time In/Out | Enter the time the person checks in and/or out (24-hour clock). |
| 10. | Prepared By Date/Time Prepared | Enter name and title of the person preparing the form. Enter date (month, day, year) and time prepared (24-hour clock). |
| 11. | Date/Time Sent to Resources Unit | Enter date (month, day, year) and time (24-hour clock) the form is sent to the Resources Unit. |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# ICS 208 GUIDANCE

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## ICS 208
## Safety Message/Plan

**Purpose.**  The Safety Message/Plan (ICS 208) expands on the Safety Message and Site Safety Plan.

**Preparation.**  The ICS 208 is an optional form that may be included and completed by the Safety Officer for the Incident Action Plan (IAP).

**Distribution.**  The ICS 208, if developed, will be reproduced with the IAP and given to all recipients as part of the IAP.  All completed original forms must be given to the Documentation Unit.

**Notes:**
• The ICS 208 may serve (optionally) as part of the IAP.
• Use additional copies for continuation sheets as needed, and indicate pagination as used.

| Block Number | Block Title | Instructions |
|---|---|---|
| 1 | **Incident Name** | Enter the name assigned to the incident. |
| 2 | **Operational Period**<br>• Date and Time From<br>• Date and Time To | Enter the start date (month/day/year) and time (using the 24-hour clock) and end date and time for the operational period to which the form applies. |
| 3 | **Safety Message/Expanded Safety Message, Safety Plan, Site Safety Plan** | Enter clear, concise statements for safety message(s), priorities, and key command emphasis/decisions/directions.  Enter information such as known safety hazards and specific precautions to be observed during this operational period.  If needed, additional safety message(s) should be referenced and attached. |
| 4 | **Site Safety Plan Required?**<br>Yes ☐  No ☐ | Check whether or not a site safety plan is required for this incident. |
|  | **Approved Site Safety Plan(s) Located At** | Enter where the approved Site Safety Plan(s) is located. |
| 5 | **Prepared by**<br>• Name<br>• Position/Title<br>• Signature<br>• Date/Time | Enter the name, ICS position, and signature of the person preparing the form.  Enter date (month/day/year) and time prepared (24-hour clock). |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# Site Safety Plan

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

████████████████████

## SITE SAFETY & HEALTH PLAN

*Introduction*

This Generic Health and Safety Plan is meant to provide an overview of site safety practices and procedures that will be implemented at chemical release/spill sites. Specific site conditions may result in the development of specific site safety plans to inform and protect site personnel, the public, and the environment. In any case, prior to commencing response activities involving hazardous materials or hazardous conditions, an informational meeting is held to review with response personnel the site conditions, hazards, hazard assessment methods, hazard reduction procedures, decontamination procedures, and emergency contingency plans relative to the site.

The initial response team may decide to utilize the ICS 201-5 located in the Training and Exercise section of this plan to assist with Preliminary Site Safety decision making.

Once the Preliminary Company Site Safety and Health Plan is completed, the IC and/or Safety Officer may decide to complete the full Site Safety Plan template located in this appendix as necessary.

*Responsible Personnel*

Industrial Hygienist/Safety Officer
Responsibilities include overall site safety, coordination with local authorities related to protection of the public and the environment, establishing site-specific written health and safety information.

Site/Field Supervisor/Incident Commander
Responsibilities include command and supervision of site response activities and, in the absence of industrial hygienist or safety officer, assumes those responsibilities as well.

Technical Staff
*Name appropriate Facility personnel*

Remedial Action Staff/Oil Spill Response Team
Composed of employees trained and certified by the facility as competent to conduct work activities per 29 CFR 1910.120.

It is the responsibility of all personnel to comply with the established site safety procedures, to inform the Incident Commander of any unperceived hazards that may arise, and to report any injury immediately to the Incident Commander.

## Hazard Assessment/Hazard Recognition

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

Hazard assessment/recognition includes evaluation of information that is available about the hazardous materials, site conditions, and potential receptors (human, animal, environmental) at the site; specific response actions that are contemplated; observations by response personnel; and indications provided by direct-reading instruments used on the site. Hazard assessment is both an initial activity to be performed prior to initiating site response activities and a continuous process involving all of the above steps.

The health and safety officer and/or the Incident Commander will perform initial hazard assessment/recognition. The initial assessment may involve entry into the hazardous area where readings from direct-reading instruments and other observations will be noted.

The types of hazards that can be expected include:

1. Flammable, explosive, or ignitable chemicals.

2. Toxic chemical exposure.

3. Oxygen deficiency.

4. Chemical incompatibility.

5. Safety hazards associated with slips, falls, compressed gases and hoses, lack of lighting, structural instability of buildings that have partially burned, working near or on water, working around or on heavy equipment, working near automobile or railroad traffic, etc.

6. Extreme environmental conditions (hot, cold, rain, wind chill, wind, lightning, snow, nighttime, wild and domestic animals).

Relevant information that will be sought for evaluation of site safety includes:

1. Identity and form of hazardous substance(s) or generic hazard class of hazardous substance(s).

2. The amount and concentrations of the hazardous substances.

3. Type of containerization of the substances.

4. Potential involvement of a confined space entry situation.

5. Extent of environmental contamination (if any).

6. Proximity of site to roadways, public buildings, private homes, and general public access.

7. Occurrence of combustion.

8. Geographical location of the site.

9.  Location of nearest source of emergency medical assistance.

10. Weather conditions at site and weather forecast (wind direction and velocity, temperatures, precipitation, storms).

Sources of relevant information include persons familiar with the hazardous substance, container labels (specific or hazard type), container types, odors, appearance, solubility, pH, density, color, shipping papers, manifests, and indications from direct-reading instruments. It is recognized that certain sources of information (mainly persons and old container labeling) may not be totally reliable, and appropriate caution must be taken when interpreting information from these sources.

Types and capabilities of direct-reading instruments are provided below:

1.  Combustible gas meter/explosimeter to measure levels of combustible gases and vapors.

2.  Oxygen deficiency meters capable of reading oxygen concentrations from 0-25%.

3.  Organic vapor analyzer *(total hydrocarbon meter--OVM and HNU photoionization detectors, Bacharach TLV Sniffers and Foxboro OVA-128)* used to measure lower concentrations *(0-10, 0-100, 0-1,000, and 0-10,000 parts per million)* of vapors and gases.

4.  Colorimetric indicator tubes (Drager) capable of measuring concentrations of a wide variety of gases and vapors, but particularly used to measure toxic gases not readily measured by the above instrumentation (such as carbon monoxide, ammonia, hydrogen cyanide, hydrogen chloride, hydrogen sulfide, oxides of nitrogen, sulfur dioxide, phosgene, phosphine, methyl bromide, etc.).

5.  pH paper to determine pH of a liquid.

6.  Human olfactory sense of some use in detecting substances with very low odor thresholds or which are present at low concentrations in "safe" areas, but also important in detecting respirator breakthrough.

The frequency of monitoring depends on the situation of the site and the hazardous substances involved. Readings will be taken to provide a representative indication of conditions in relevant areas of the site and in confined spaces that require hazard characterization. Where it is indicated, meter readings will be taken to assess the potential for off-site impact.

The results of the hazard assessment shall be communicated to personnel either verbally or as part of the health and safety plan, and include the following types of information:

1.  Identity, form, quantity or concentration of chemicals on site.

2.  Specific locations of hazardous materials on the site.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

3. Chemical/physical properties of the identified chemicals (appearance, color, odor, melting point, vapor pressure, water solubility, density, vapor density, flammability [flashpoint, LEL, UEL, fire fighting media], hazardous decomposition products, stability, and incompatibility potential).

4. Toxicological properties of the identified chemicals (primary routes of exposure; local, systemic, acute, and chronic health effects; overexposure signs and symptoms, safe exposure concentration [PEL and TLV-TWA, -STEL, -C, and NIOSH IDLH] emergency first aid procedures.

5. Appropriate instrumentation or other means of detecting the substance in the work area.

6. Locations of confined spaces.

7. Areas where oxygen deficiency has been detected.

8. Specific safety hazards types and locations.

9. Environmental conditions on the site.

10. Site map.

HAZARD REDUCTION

Based on the above information, standard hazard reduction and operating procedures will be employed and, as necessary, specific hazard reduction measures will be formulated. Personal protective equipment (PPE) and special work practices are the primary methods of reducing the potential for realization of site hazards. PPE is utilized to prevent and minimize exposure to hazardous substances, and also to minimize mechanical injury to the head, toes, face, and eyes. PPE ensembles are indicated below:

*Level D PPE* consists of steel-toed work boots/shoes, hardhat with face shield or safety glasses, work gloves (may use chemical-resistant type), coveralls (or street clothing or chemical protective coveralls), and other clothing as needed to protect against weather extremes.

*Level C PPE* consists of either half-mask or full-face air-purifying respirators with cartridges appropriate for the exposure, chemical splash goggles, or hardhat and face shield with half-mask respirator, chemical-resistant gloves (nitrile or other suitable material outers and latex inners), chemical-resistant boots with steel toes or chemical-resistant boot covers over steel-toed boots. Body protection includes hooded chemical protective coveralls constructed of tyvek, polyethylene-coated tyvek, saranex-coated tyvek, barricade, breathable tyvek, or PVC.

*Level B PPE* consists of full-face, pressure-demand type, atmosphere-supplying respiratory protection (SCBA, airline, and airline with five-minute escape SCBA). The remainder of the Level B ensemble is similar to that for Level C except that non-airtight fully encapsulated suits (Barricade and NSR-Saranex) may also be worn over SCBAs or SA/SCBAs.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

*Level A PPE* consists of respiratory protection similar to that for Level B, and dermal protection in the form of fully encapsulated, airtight suits (Responder and Chemrel Max).

Dermal protection of the body (head, arms, legs, and trunk) will be provided by chemical-resistant coveralls. Types of disposable or reusable coveralls shall be prescribed according to the evaluated hazard (chemical or chemical class, form and concentration, and specific work circumstances). Coverall hoods are worn up and securely arrayed around the respirator face piece. Gloves will be worn outside the coverall suit sleeve and be duct-taped to the suit to prevent exposure between the glove and suit. Suit legs will be worn outside of boots and will be duct-taped to the suit (as necessary) to prevent exposure between the boot and suit.

Selection and use of chemical protective clothing will be according to the criteria and procedures set forth in the Facility's Chemical Protective Clothing Program.

Selection and use of respiratory protection will be according to criteria and procedures set forth in the Facility's Respiratory Protection Program.

## WORK PRACTICES

### Incident Command System

Facility personnel will either organize themselves into an incident command structure consisting of Incident Commander, safety, communications, entry teams manager, entry teams, support teams manager, medical standby, decontamination, and supplies/equipment or become a part of an existing site incident command structure by establishing the chain of command and the Facility's specific role therein.

### Flammable/Explosive Conditions

1. No one shall enter confined spaces containing free product (flammable liquid) unless the free product is inert or less than 10% of the LEL.

2. Purging of confined spaces will be accomplished using explosion-proof ventilation equipment.

3. The work area will be periodically monitored for presence of flammable vapors.

4. All sources of ignition shall be extinguished, and signs posted to warn of the flammability hazard.

5. To the extent possible, non-sparking tools shall be utilized.

6. Inerting of tanks shall be accomplished using either dry ice or nitrogen, and be monitored continuously with an oxygen indicator. At oxygen concentrations of 7% or less, the tank shall be considered to be inert in terms of flammability.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

7. Grounding and bonding of containers and/or hoses shall be performed when circumstances of flammable liquid transfer occur.

## Safety

1. Establish a safe working environment by eliminating slipping hazards and providing adequate lighting (portable or fixed).

2. Secure all compressed gas cylinders to prevent them from falling and place cylinders in a location that minimizes the potential for damage by vehicles or other equipment.

3. Burned, damaged buildings shall not be entered until assessed by a qualified engineer.

4. All personnel engaged in activities on or near water where there is a potential for accidental immersion will wear life preservers.

5. Personnel shall never work alone when there is a potential for chemical exposure or safety problem; work shall be done in pairs, maintaining visual contact, at a minimum. Personnel working around heavy equipment (trucks, booms, loaders, backhoes) shall attempt to remain outside the maximum reach of the equipment and within view of the operator. Personnel shall ride only on seats provided.

6. Underground and overhead utilities (water, gas, telephone, electric, sewer, pipeline) shall be located and avoided. At least 10 feet of distance must be maintained between overhead electrical lines and the maximum reach of the equipment. Where this is not possible, the electrical utility shall be contacted and requested to cover the lines with appropriate insulating material.

7. Where work is required near vehicular traffic, personnel shall wear orange traffic vests; if necessary, traffic control by the appropriate authorities will be requested to minimize the hazard to personnel.

8. The IC or delegate shall designate work schedules for all responders.

9. In situations where falls of greater than 10 feet may occur, fall protection must be established for site personnel.

10. Electrical equipment must be used in conjunction with ground fault circuit interrupters.

## Work Rules

1. No smoking on response sites. Persons who desire to smoke must do so outside the delineated hazardous area.

2. No eating within the hazardous area.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

3. Personnel who are ill or impaired shall report their condition to the Incident Commander and expect to be excused from work.

4. Seat belts are to be worn in all vehicles when in operation.

### Confined-Space Entry Situations

1. All work shall conform to the Company's Confined-Space Entry Standard Operating Procedures.

2. Confined-space entry situations will be identified (prior to response or during response activities) and evaluated by appropriate Safety personnel. A confined-space entry permit shall be completed for the work and all personnel involved in the entry shall be informed of the permit requirements in a meeting, per the Confined-Space Entry Standard Operating Procedures.

3. Confined-Space Entry Emergency Procedures shall be followed.

### Environmental Conditions

1. Personnel will be provided PPE to protect them from environmental extremes involving cold weather, rain and wind chill.

2. Warm beverage and warming areas will be provided when feasible for crews working in cold, rain and wind chill conditions.

3. During hot weather when the potential for heat stress is high, measures will be taken to minimize heat stress: drinking water will be provided, shaded rest areas will be provided, heat stress monitoring (heart rate and heart rate recovery) will be provided where indicated, work schedules will be modified to increase resting times and frequency where indicated (by heat stress monitoring), and work times shall be modified where feasible to enable work to be done during cooler parts of the day.

4. No work shall be performed outside during periods of lightning activity.

5. Nighttime work shall be performed only when there is adequate lighting to provide a safe working environment.

6. Where a hazard from wild or domestic animals is encountered, animal control authorities may be consulted to reduce the hazard.

## SITE CONTROL

### Objectives of Site Control

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

1. Site access shall be limited to trained, informed personnel to minimize accidental injury to the general public.

2. The site shall be organized to facilitate site response activities that minimize site health and safety hazards to personnel, and prevent enhancement of environmental problems.

3. The quality control of the work being done on site shall be maintained.

4. Loss or damage to equipment shall be minimized.

***Implementation of Site Control***

1. Responsibility for site control will be established among the response personnel.

2. Relative to the hazard conditions, a safe perimeter will be established. If necessary, the perimeter will be fenced or barricaded, and posted with signs to prevent access.

3. Access points into the hazardous area will be established and posted with signs (if necessary).

4. Where necessary, security personnel will guard the site and/or control access.

5. Within the hazardous area, a contaminated zone, a decontaminated zone, and a clean zone shall be delineated to minimize the spread of contamination to clean areas.

## PERSONAL HYGIENE

Facilities for hand and face washing will be provided for site personnel. Personnel shall wash their hands and face prior to leaving the site, eating, or using the toilet. At sites where attendance may exceed one or two days, portable toilet facilities will be provided for personnel.

## DECONTAMINATION

The objective of decontamination is to remove contaminants from PPE, skin, tools, equipment, and vehicles so as to prevent the spread of contamination from dirty to clean areas. The following are procedures for implementing decontamination:

1. Establish site control including delineation of contaminated, decontaminated, and clean zones within the hazardous area.

2. Determine, based on the chemical hazards involved, site conditions, and the work to be done, appropriate decontamination procedures (solutions, rinses, application of decontamination solutions and rinses, assessment of effectiveness, containment of decontamination solutions for subsequent evaluation, containment for disposables).

3. Designate personnel responsible for facilitating decontamination of personnel, equipment, tools, PPE, and vehicles.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

4.  Establish equipment and materials (solutions) for emergency decontamination.

## EMERGENCY PROCEDURES

A site-specific contingency plan as part of a site safety plan is usually developed to address health and safety emergency situations. A general outline of a contingency plan follows.

### *Chemical Exposure*

- **Skin.**...PROMPTLY wipe off material from skin, remove any and all affected clothing and flush skin with copious amounts of water.
- **Eye**...IMMEDIATELY flush eyes with water to remove contaminant, continue flushing for 15 minutes.
- **Inhalation**...Remove victim to fresh air, summon emergency medical services; provide first aid as necessary.

Consult a physician, as necessary, for further treatment or evaluation.

**NOTE**:    Report any injuries or unusual health problems to the site supervisor immediately. For example: skin or eye irritation, headache, dizziness, or nausea.

### *Fire*

In the event of a fire, alert all personnel; contact fire department; attempt to extinguish the fire only if you can do so safely. All other personnel evacuate the site.

### *Personnel Injury*

The immediate supervisor will evaluate and initiate first aid as necessary. Decontaminate (if necessary) to the extent possible. Contact emergency medical services (911 or other number). No work shall be continued until the cause of the injury has been evaluated and, if necessary, rectified.

### *Site Security*

An emergency situation may require additional site control/security provisions to accommodate changes in site hazards.

## COMMUNICATIONS (154.1030 (b) 5 iv)

Access to a telephone or radio that can be used in case of emergency to summon emergency assistance should be secured or located prior to initiation of site activities. An emergency alarm (air horn) shall be used to alert site personnel to emergency situations. A code will be established for specific situations.

### *Emergency Telephone Contacts*

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

The telephone numbers of the following emergency contacts shall be determined and posted in a conspicuous location for reference in emergency situations.

- General emergency number (e.g. 911)
- Police department
- Ambulance
- Poison control center
- Industrial hygiene/health and safety department
- Coast Guard/National Response Center
- Local environmental health department
- Fire department
- County sheriff
- Emergency hospital
- State agency emergency contact
- Explosives consultant
- Client

*Notification*

If the site emergency has the potential for off-site impact, the appropriate authorities (police, fire department, state environmental agency, DNR, environmental health department) will be notified as soon as possible.

*Emergency Equipment*

The location of deployment on the site is largely determined by the site conditions, however, the equipment will be situated in such a manner as to be readily accessible in case of need. Emergency equipment may include:

- Fire extinguishers
- First aid kit
- Emergency eyewash
- Water for emergency decontamination
- Acid/base neutralizers
- Spill cleanup equipment:
  — Wet/dry vacuum HEPA-filtered vacuum, liquid sorbent pads (pillows and boom), containment boom, vacuum truck, drums (polyethylene, steel), shovels, squeegees, brooms, pumps, plastic sheeting, and plastic bags

*Route to Hospital*

The route to the nearest hospital or other medical facility equipped to provide emergency care shall be sketched and/or described and posted in a conspicuous location for reference in case of emergency.

*Chemical Release or Spill*

In the event of a leak or spill, the Field Supervisor shall identify the substance(s) released and, using PPE appropriate for the situation, attempt to stop the source of the leak or spill, if an initial assessment of the spill hazard indicates that the hazard reduction measures are adequate.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

The Incident Commander shall assess the hazard to personnel, persons in the immediate area, building occupants, and the environment. Notification will be made to appropriate emergency agencies.

To the extent necessary, the spill area will be isolated to minimize access.

The Incident Commander will direct the stabilization/cleanup/recovery efforts with the objective of preventing escape of the spilled material and removal of the spilled material from the environment into appropriate packaging.

The Incident Commander shall ensure that the containerized material is labeled in accordance with state and federal regulations.

The Incident Commander shall notify the project manager of the spill situation as soon as possible.

## INSTRUCTIONS

The main portion of this site safety plan (Sections A-L) contains elements that should be evaluated and completed for all emergencies. A table of contents is provided on the following page, which identifies each of these sections and corresponding page numbers.

In addition, there are modules, which are designed to be attached to the Site Safety Plan, in the event they are needed. These modules address:

- Material Safety Data Sheets
- Heat Stress
- Cold Stress
- Confined Space Entry
- First Aid for Bites, Stings, and Poisonous Plant Contact
- Safe Work Practices for Boats
- Site Hazards

There is a list of these attachments following the table of contents. In the event that any of these modules are utilized, the appropriate modules can be checked on this page and attached to the site safety plan.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE



# Emergency Response Action Plan (ERAP)
# And
# Facility Response Plan (FRP)

# Dakota Access Pipeline <u>North Response Zone</u>

# Sequence Number 3056

# APRIL 2017

Developed Under the Guidelines:

- Oil Pollution Act of 1990 (OPA 90)
- 49 CFR Part 194 Subpart B Oil Spill Response Manual Appendix A
- 49 CFR Part 195 402 (e)
- South Dakota Environmental Protection Oil Pipeline Plan Requirements (34A-18).
- North Dakota Administrative Code 69-09-03-02
- American Petroleum Industry (API) RP 1174 - Recommended Practice for Onshore Hazardous Liquid Pipeline Emergency Preparedness and Response

Other Guidelines Considered:

- National Oil and Hazardous Substances Pollution Contingency Plan (NCP) and the Mid-Missouri River Sub-Area Contingency Plan (ACP)
- 40 CFR Part 112
- 29 CFR Part 1910

*DAPL-ETCO Operations Management, LLC has been retained by Dakota Access, LLC as operator of the Dakota Access Pipeline. Sunoco Pipeline L. P. has been appointed as operator of the Dakota Access Pipeline on behalf of DAPL-ETCO Operations Management, LLC.*

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE



**Facility Response Plan (FRP)**

**Dakota Access Pipeline <u>North Response Zone</u>**

**APRIL 2017**

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

<u>TABLE OF CONTENTS</u>

<u>Page</u>

**1.0    INFORMATION SUMMARY** ...................................................**1**
    1.1    PURPOSE OF PLAN ......................................................1
    1.2    RESPONSE ZONE INFORMATION SUMMARY................................1
        Table 1-1  Response Zone Information Summary………………………2
        Table 1-2  Description of Line Segments/Stations………………… 3
        Table 1-3  Storage Tank Data………………………………………… 4
    1.3    OPERATOR CERTIFICATION…………………………………………5

**2.0    NOTIFICATION PROCEDURES**…………………………………………**6**
    2.1    NOTIFICATION OVERVIEW…………………………………………… 6
    2.2    INFORMATION REQUIRED FOR NOTIFICATION.............................6
        Table 2-1  Facility Response Team Contact Information………………7
        Table 2-2  Local Emergency Response Personnel Contact Info…………8
        Table 2-3  Regulatory Agency Contact Information…………………… 9
        Table 2-4  Emergency Services Contact Information…………………13
        Table 2-5  Contractor Contact Information……………………………15

**3.0    SPILL DETECTION AND ON-SCENE SPILL MITIGATION**
    **PROCEDURES**…………………………………………………………**16**
    3.1    SPILL DETECTION .....................................................16
    3.2    SPILL MITIGATION PROCEDURES .................................18
        Table 3-1  Spill Mitigation Procedures…………………………… 19
    3.3    RESPONSE EQUIPMENT ..............................................22

**4.0    RESPONSE ACTIVITIES** ...............................................**24**
    4.1    SPILL RESPONSE ACTION CHECKLIST ............................25
        Table 4-1  Spill Response Action Checklist…………………………… 26
    4.2    SPILL TRACKING AND SURVEILLANCE ..........................28
        Table 4-2  Spill Tracking and Surveillance…………………………… 29
    4.3    ESTIMATING SPILL VOLUMES ....................................31
        Table 4-3  Oil Thickness Estimation Chart…………………………… 31
    4.4    EMERGENCY RESPONSE PERSONNEL…………………………32
    4.5    INCIDENT COMMAND SYSTEM/UNIFIED COMMAND................32

**5.0    CONTAINMENT AND RECOVERY METHODS** .......................**32**
    5.1    SPILL ON LAND (SOIL SURFACES).................................33
    5.2    SPILL ON LAKE OR POND (CALM OR SLOW-MOVING
        WATER) ...............................................................33
    5.3    SPILL ON SMALL TO MEDIUM SIZE STREAMS (FAST FLOWING
        CREEKS) .............................................................34
    5.4    SPILL ON LARGE STREAMS AND RIVERS………………………36
    5.5    SPILL ON STREAMS WHICH FLOW INTO A LAKE OR POND…..37
    5.6    SPILL IN URBAN AREAS……………………………………………38

    5.7    SPILL UNDER ICE…………………………………………………38
    5.8    SPILL ON ICE………………………………………………………39
    5.9    SPILL IN WETLAND AREAS………………………………………40
    5.10   SPILL ON OR NEAR GROUNDWATER……………………………40

**6.0    TRAINING PROCEDURES** ........................................................**41**
    6.1    EXERCISE REQUIREMENTS AND SCHEDULES ...........................41
    6.2    POST INCIDENT REVIEW ...............................................................41
          Table 6-1  Standard Incident Debriefing Form…………………………42
    6.3    TRAINING PROGRAM ......................................................................43
          Table 6-2  Training Requirements………………………………………43

**7.0    WORST CASE DISCHARGE SUMMARY………………………………47**
    7.1    WORST CASE DISCHARGE SCENARIO .........................................47
    7.2    PLANNING VOLUME CALCULATIONS ........................................48
          Table 7-1  PHMSA Percent Reduction Allowed…………………………49
    7.3    WORST CASE DISCHARGE VOLUME CALCULATIONS ..............50
    7.4    PRODUCT CHARACTERISTICS AND HAZARDS ..........................51
          Table 7-2  Chemical and Physical Characteristics……………………...51

**8.0    RESPONSE ZONE MAPS AND ASSOCIATED REFERENCE**
    **MATERIAL** ........................................................................................**52**
    8.1    MAP OVERVIEW……………………………………………………...52

**9.0    RESPONSE PLAN REVIEW AND UPDATE PROCEDURES……………53**
    9.1    FACILITY RESPONSE PLAN REVIEW GUIDELINES…………….53
          Table 9-1 Certification of Annual Review………………………………54

<u>APPENDICES</u>

**APPENDIX A**      **PHMSA / SD DENR CROSS REFERNCE**
**APPENDIX B**      **NOTIFICATION FORMS AND GUIDELINES**
                        -PHMSA Hazardous Liquids Accident Form
                        -State of North Dakota General Reporting Guidelines
                        -State of South Dakota General Reporting Guidelines
**APPENDIX C**      **OIL SPILL RESPONSE ORGANIZATION**
                        **CONTRACTOR INFORMATION**
**APPENDIX D**      **INCIDENT COMMAND SYSTEM POSITIONS**
**APPENDIX E**      **RESPONSE ZONE MAPS**
**APPENDIX F**      **STANDARD INCIDENT DEBRIEFING FORM**
**APPENDIX G**      **INCIDENT MANAGEMENT TEAM**
**APPENDIX H**      **EPP 101 – PREP TRAINING AND RECORD GUID**E
**APPENDIX I**       **LIST OF ACRONYMS**

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## RECORD OF PLAN CHANGES

Changes to this Plan will be documented on this page.  Plan review and modifications will be initiated and coordinated by the Environmental, Health, Safety, and Security Department (EHS&S) in conjunction with the Area Supervisor/Manager of Operations.

| CHANGE NUMBER | DATE OF CHANGE | DESCRIPTION OF CHANGE | PAGE NUMBER |
|---|---|---|---|
| 1 | October 2016 | Initial Draft | Entire Plan |
| 2 | February 2017 | Plan updated based on comments from PHMSA & SD DENR | - |
| 3 | April 2017 | Section 3.3 updated to include response equipment in accordance with USACE easement conditions | 22-23 |
| 4 | April 2017 | Section 7.3 updated to include alternative WCD volumes at the Missouri River crossing near Buford, ND and Cannon Ball, ND per USACE comments | 50-51 |
| 5 | June 2017 | Updated Table of Contents for consistency | - |
| 6 | June 2017 | Added Vernon Ryan. Removed Brad Moore and Francisco Gonzales. | 2,7 & 8 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## 1.0 INFORMATION SUMMARY

### 1.1 Purpose of Plan

The purpose of this Facility Response Plan (FRP) is to provide guidelines to quickly, safely, and effectively respond to a spill from the Dakota Access Pipeline (DAPL) system. The pipeline is owned by Dakota Access, LLC. DAPL-ETCO Operations Management, LLC has been retained by Dakota Access, LLC as operator of the Dakota Access Pipeline.  Sunoco Pipeline L. P. has been appointed as operator of the Dakota Access Pipeline on behalf of DAPL-ETCO Operations Management, LLC.

This Plan is intended to satisfy the requirements of the Oil Pollution Act of 1990 (OPA 90), and has been prepared in accordance with the National Oil and Hazardous Substances Pollution Contingency Plan (NCP) and the Mid-Missouri River Sub-Area Contingency Plan (ACP). Specifically, this Plan is intended to satisfy:

- Pipeline and Hazardous Materials Safety Administration (PHMSA), U.S. Department of Transportation requirements for an OPA 90 plan (49 CFR Part 194)
- South Dakota Environmental Protection Oil Pipeline Plan Requirements (34A-18).
- North Dakota Administrative Code 69-09-03-02
- American Petroleum Industry (API) RP 1174 - Recommended Practice for Onshore Hazardous Liquid Pipeline Emergency Preparedness and Response.

Appendix B to 40 CFR 112 outlines the Memorandum of Understanding (MOU) among the Secretary of Interior, Secretary of Transportation, and the Administrator of the EPA.  The MOU delegates regulatory authority to the Secretary of Transportation (PHMSA) for interstate and intrastate onshore pipeline systems, including pumps and appurtenances related thereto, as well as in-line and breakout storage tanks.  As such, DAPL complies with 49 CFR Part 194 as promulgated by PHMSA.

A DOT/PHMSA Cross Reference Matrix is provided in **APPENDIX A**.

This plan has been supplemented by, and should be used in conjunction with, the Mid-Missouri River Sub-Area Contingency Plan and the Region 8 Contingency Plan as appropriate.

All Company responders designated in this Plan must have 24 hours of initial spill response training in accordance with 29 CFR Part 1910, as indicated in Table 6-2.

### 1.2 Response Zone Information Summary

The information summary for the DAPL - North Response Zone is presented on the following pages:

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## TABLE 1-1 DAPL NORTH RESPONSE ZONE INFO. SUMMARY

| **Owner:**<br>Dakota Access, LLC<br>1300 Main Street<br>Houston, Texas 77002<br>Phone: ███████ | **Operator:**<br>Sunoco Pipeline L.P.<br>Western Area<br>One Fluor Daniel Drive<br>Sugar Land, Texas 77478 |
|---|---|

| **Product Transported:** | Crude Oil |
|---|---|
| **Qualified Individuals:** | Chad Arey - **PRIMARY**<br>Director – Pipeline Operations<br>███████ (Office)<br>(Mobile) |
| | Frazier Lewis - **PRIMARY**<br>Manager - Pipeline Operations North Dakota<br>███████ (Mobile) |
| | Vernon Ryan - **PRIMARY**<br>Sr. Manager Pipeline Operations<br>███████ (Mobile) |
| | Timothy Taylor - **ALTERNATE**<br>Supervisor - Pipeline Operations North Dakota<br>███████ (Mobile) |
| | Butch Till - **PRIMARY**<br>Manager - Pipeline Operations South Dakota<br>███████ (Mobile) |
| | Sylis Kariah - **ALTERNATE**<br>Supervisor - Pipeline Operations South Dakota<br>███████ (Mobile) |
| **Pipeline Description:** | The DAPL pipeline system transports crude oil in North Dakota and South Dakota. |
| **Response Zone:** | The DAPL – North Response Zone includes pipelines and facilities in the following counties of North Dakota: Mountrail, Williams, McKenzie, Dunn, Mercer, Morton, and Emmons; and in South Dakota: Campbell, McPherson, Edmunds, Faulk, Spink, Beadle, Kingsbury, Miner, Lake, McCook, Minnehaha, Turner, and Lincoln.  The Response Zone has the potential for "significant and substantial harm" and has the potential for a "worst case discharge" |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**TABLE 1-2 DESCRIPTION OF LINE SEGMENTS/STATIONS**

| Line Sections | Description | Counties/Parishes | Product |
|---|---|---|---|
| | Stanley to Ramberg 12" | Mountrail & Ramberg, ND | Crude Oil |
| | Ramberg to Epping 20" | Williams, ND | Crude Oil |
| | Epping to Trenton 20" | Williams (McKenzie Maybe), ND | Crude Oil |
| | Trenton to Watford City 24" | Williams & McKenzie, ND | Crude Oil |
| | Watford City to Johnsons Corner 30" | McKenzie, ND | Crude Oil |
| | Johnsons Corner to Redfield 30" | McKenzie, Dunn, Mercer, Morton & Emmons, ND/ Campbell, McPherson, Edmunds, Faulk, Spink, Beadle, Kingsbury, Miner, Lake, McCook, Minnehaha, Turner, Lincoln, SD | Crude Oil |
| Stations | Stanley | Mountrail, ND | Crude Oil |
| | Ramberg | Williams, ND | Crude Oil |
| | Epping | Williams, ND | Crude Oil |
| | Trenton | Williams, ND | Crude Oil |
| | Watford City | McKenzie, ND | Crude Oil |
| | Johnsons Corner | McKenzie, ND | Crude Oil |
| | Redfield | Spink, SD | Crude Oil |
| Alignment Maps Location(s): (Piping, Plan Profiles) | Maintained in the company's DSS mapping program | | |
| Spill Detection and Mitigation Procedures: | Refer to **SECTION 3** | | |
| Worst Case Discharge: | ██████████████████ | | |
| Statement of Significant and Substantial Harm: | Basis for Operator's Determination of Significant and Substantial Harm<br><br>• The pipeline in the Response Zone is greater than 6 5/8 inches and longer than 10 miles | | |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| | |
|---|---|
| | • At least one section of pipeline crosses a river, meeting the requirement for location within one mile of an environmentally sensitive area<br>• Therefore, the potential to cause significant and substantial harm is present within the entire Response Zone |
| **Date Plan Prepared:** | October 28, 2016 |

**TABLE 1-3 STORAGE TANK DATA**

| Station | Tank ID | Service | Working Capacity (barrels) | Tank Contents | Tank Construction | Tank Design | Year of Construction |
|---|---|---|---|---|---|---|---|
| Stanley | 7100 | In-Service | 120,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
| | 7200 | In-Service | 120,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
| Ramberg | 7100 | In-Service | 100,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
| | 7200 | In-Service | 150,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
| | 7300 | In-Service | 200,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
| Epping | 7100 | In-Service | 100,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
| | 7200 | In-Service | 150,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
| Trenton | 7100 | In-Service | 100,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
| | 7200 | In-Service | 150,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
| Watford City | 7100 | In-Service | 100,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
| | 7200 | In-Service | 100,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
| | 7300 | In-Service | 150,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
| Johnsons Corner | 7100 | In-Service | 200,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |
| | 7200 | In-Service | 200,000 | Crude Oil | Steel, Welded | V,IFR | 2016 |

The information contained in this Plan is intended to be used as guidelines for the spill responder.  Actual circumstances will vary and will dictate the procedures to be followed, some of which may not be included in this manual.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## 1.3 Operator Certification

In accordance with section 311 (j) (5) (F) of the Federal Water Pollution Control Act, as amended by Section 4202 of the Oil Pollution Act of 1990, I do hereby certify to the Pipeline and Hazardous Materials Safety Administration of the Department of Transportation that Sunoco Pipeline, L.P. has obtained, through contract or other approved means, the necessary private personnel and equipment to respond, to the maximum extent practicable, to a worst case discharge or a substantial threat of such a discharge.

Furthermore, Sunoco Pipeline, L.P. has reviewed the National Contingency Plan (NCP) and the Canada-United States Joint Inland Pollution Contingency Plans. This response plan is consistent with the NCP and the above mentioned Contingency Plans.

_____

CHAD AREY
DIRECTOR - OPERATIONS
SUNOCO PIPELINE L.P.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## 2.0 NOTIFICATION PROCEDURES

### 2.1 Notification Overview

The Qualified Individual is responsible for initiating and coordinating a response shall be responsible to ensure that all agency notifications are performed. Local government response agencies should be notified first followed by federal and state agencies. Depending on the specifics of the situation, there may be a requirement to perform agency notifications, internal notifications, drug and alcohol testing, Operator Qualification (OQ) suspension of task qualification and written follow-up.  In situations where the reporting requirements are not clear or delegation of duties is necessary, HES or DOT Compliance, for jurisdictional pipelines, should be consulted for guidance.

In general, the notification sequence for a release is as follows:

- Station/Operations personnel will identify and control the source of the release (if safe to do so) and will notify the Qualified Individual and Operations Control Center.
- The Qualified Individual will assume the role of Incident Commander (Qualified Individual) and will conduct notifications in general accordance with federal requirements, the States of North Dakota and South Dakota Notification Guidelines.  These guidelines, along with additional notification forms/procedures are presented in **APPENDIX B** of this plan.

### 2.2  Information Required for Notifications

The following information should be available and provided when making initial and follow-up notifications:

**Name of pipeline:**

**Time of discharge:**

**Location of discharge:**

**Name of oil involved:**

**Reason for discharge (e.g., material failure, excavation damage, corrosion):**

**Estimated volume of oil discharged:**

**Weather conditions on scene:**

**Actions taken or planned by persons on scene:**

The following tables contain contact information for the facility response team, emergency response personnel, regulatory agencies, and local service providers:

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**TABLE 2-1 FACILITY RESPONSE TEAM CONTACT INFORMATION**

| FACILITY RESPONSE TEAM | | |
|---|---|---|
| **Name/Title** | **Contact Information** | **Response Time** |
| Chad Arey<br>Director<br>**Qualified Individual** | ████████ (Office)<br>████████ (Mobile) | Varies depending on location of release |
| Frazier Lewis<br>Manager Pipeline Operations<br>North Dakota<br>**Qualified Individual** | ████████ (Mobile) | Varies depending on location of release |
| Timothy Taylor<br>Supervisor Pipeline Operations<br>North Dakota<br>**Alternate Qualified Individual** | ████████ (Mobile) | Varies depending on location of release |
| Vernon Ryan<br>Sr. Manager Pipeline Operation<br>North Dakota<br>**Qualified Individual** | ████████ (Mobile) | Varies depending on location of release |
| Butch Till<br>Manager Pipeline Operations<br>South Dakota<br>**Qualified Individual** | ████████ (Mobile) | Varies depending on location of release |
| Sylis Kariah<br>Supervisor Pipeline Operations<br>South Dakota<br>**Alternate Qualified Individual** | ████████ (Mobile) | Varies depending on location of release |

DAPL North Facility Response Plan

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**TABLE 2-2 LOCAL ERP CONTACT INFORMATION**

| EMERGENCY RESPONSE PERSONNEL CONTACT INFORMATION | | | |
|---|---|---|---|
| **Name/Title** | **Contact Information** | **Response Time** | **Responsibilities During Response Action** |
| Chad Arey<br>Director Pipeline Operations<br>**Qualified Individual** | (Office)<br>(Mobile) | Varies | Incident Commander |
| Vernon Ryan<br>Sr. Manager Pipeline Operations<br>**Qualified Individual** | (Mobile) | Varies | Incident Commander |
| Frazier Lewis<br>Manager Pipeline Operations<br>**Qualified Individual** | (Mobile) | Varies | Operations |
| Butch Till<br>Manager Pipeline Operations<br>**Qualified Individual** | (Mobile) | Varies | Planning |
| Mitch Williams<br>District Engineer<br>**Alternate Qualified Individual** | (Mobile) | Varies | Logistics |
| Justin Minter<br>Senior Manager Emergency Response<br>**Alternate Qualified Individual** | (Office)<br>(Mobile) | Varies | Agency Liaison |
| Stephanie Huntington<br>Health & Safety Specialist | (Mobile) | Varies | Safety |
| Todd Nardozzi<br>Senior Manager DOT Compliance | (Office)<br>(Mobile) | Varies | DOT Liaison |

In the event the local Emergency Response Personnel require assistance in managing an incident, the District Manager will request the assistance of the company's Incident Management Team (IMT). The IMT consists of nationwide company personnel capable of managing large scale incidents. The IMT members have received position-specific ICS training and drill on an annual basis. The IMT positions are listed in **APPENDIX G.**

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## TABLE 2-3 – REGULATORY AGENCY AND STAKEHOLDER CONTACT INFORMATION

| REGULATORY AGENCY CONTACT INFORMATION | | |
|---|---|---|
| **Agency** | **Phone Number** | **Reporting Requirements** |
| **Federal Agencies** | | |
| National Response Center (NRC)<br><br>*NRC will contact all other federal agencies including USDOT/PHMSA and EPA* | (800) 424-8802 or (202) 267-2675 | **Any spill on water**.<br><br>Telephonic notification is required within **1 hour** following the discovery of a release that resulted in any discharge to water |
| U.S. Department of Transportation/Pipeline Hazardous Materials Safety Administration (PHMSA) | (800)424-8802 or (202) 267-2675 | **Telephonic Notification**<br>At the earliest practicable moment following discovery of a release of the hazardous liquid resulting in an event described above, the operator shall give notice of any failure that:<br><br>• Caused a death or a personal injury requiring hospitalization<br>• Resulted in either a fire or explosion not intentionally set by the operator<br>• Caused estimated property damage, including cost of clean-up and recovery, value of lost product, and damage to the property of the operator or others, or both, exceeding $50,000<br>• Resulted in pollution of any stream, river, lake, reservoir, or other similar body of water that violated applicable water quality standards, caused a discoloration of the surface of the water or adjoining shoreline, or deposited a sludge or emulsion beneath the surface of the water or upon adjoining shorelines or<br>• In the judgment of the operator was significant even though it did not meet the criteria of any of the above.<br><br>**Written Reporting**<br>A 7000-1 report is required within 30 days after discovery of the accident for each failure in a pipeline system regulated by DOT 195 in which there is a release of the hazardous liquid transported resulting in any of the following: |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| | | |
|---|---|---|
| U.S. Department of Transportation / Pipeline and Hazardous Materials Safety Administration (PHMSA) Continued…… | | • Explosion or fire not intentionally set by the operator<br>• Release of 5 gallons or more of hazardous liquid except that no report is required for a release of less than 5 barrels resulting from a pipeline maintenance activity if the release is:<br>  • Not otherwise reportable under this section<br>  • Not on water<br>  • Confined to company property or pipeline right-of-way and<br>  • Cleaned up promptly<br>• Death of any person<br>• Personal injury necessitating hospitalization<br>• Estimated property damage, including cost of clean-up and recovery, value of lost product, and damage to the property of the operator or others, or both, exceeding $50,000.<br>A supplemental report shall be filed within 30 days of receiving any changes in the information reported or additions to the original DOT 7000-1 report. |
| U.S. Fish and Wildlife Service – ND Fish and Wildlife Conservation Office | (701) 250-4419 | Any spill that results in impacts to Federally protected wildlife or migratory birds. The owner or operator must notify the USFWS as soon as possible and provide all relevant information regarding the spill and impacts to wildlife or wildlife resources |
| U.S. Army Corps of Engineers – Garrison Project Mr. Todd J. Lindquist, Operations Project Manager | Main Line (701) 654-7702 24-hour Hotline (402) 995-2448 | Any spill that enters or threatens to enter the Missouri River near Buford, ND and Lake Sakakawea. The owner or operator must notify the Garrison Project as soon as possible and provide all relevant information regarding the spill. |
| U.S. Army Corps of Engineers – Lake Oahe Project Mr. Eric D. Stasch | (605) 224-5862 | Any spill that enters or threatens to enter the Missouri River near Cannon Ball, ND and Lake Oahe. The owner or operator must notify the Lake Oahe Project as soon as possible and provide all relevant information regarding the spill |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| State Agencies | | |
|---|---|---|
| **North Dakota** | | |
| North Dakota Department of Environment Health<br><br><br>State Emergency Response Committee<br><br>**Counties:** Mountrail, Williams, McKenzie, Dunn, Mercer, Morton, Emmons | Main Line<br>(701) 328-5210<br>24-hour Hotline<br>(800) 472-2121<br><br>(701) 328-8100 | Any spill or discharge of liquid or solid waste which may cause pollution of waters of the state must be reported immediately. The owner, operator, or person responsible for a spill or discharge must notify the department or the North Dakota hazardous materials emergency assistance and spill reporting number as soon as possible and provide all relevant information about the spill. |
| North Dakota Game and Fish Department<br><br>**Counties:** Mountrail, Williams, McKenzie, Dunn, Mercer, Morton, Emmons | Bismark Office<br>(701) 328-6300<br>Riverdale Office<br>(701) 654-7475<br>Williston Office<br>(701) 774-4320<br>Dickinson Office<br>(701) 227-7431 | Any spill that results in impacts to wildlife, wildlife resources, or aquatic life.  The owner or operator must notify the applicable ND Game and Fish Department as soon as possible and provide all relevant information regarding the spill. |
| North Dakota State Historic Preservation Office | Main Line<br>(701) 328-2666 | Any spill that may potentially impact culturally, historically, or archaeologically sensitive areas.  The owner or operator must notify the applicable ND SHPO as soon as possible and provide all relevant information regarding the spill. |
| **South Dakota** | | |
| South Dakota Department of Environment and Natural Resources (DENR)<br><br><br>State Emergency Response Committee<br><br><br>**Counties:** Campbell, McPherson, Edmunds, Faulk, Spink, Beadle, Kingsbury, Miner, Lake, McCook, Minnehaha, Turner, Lincoln | Main Line<br>(605) 773-3296<br>After Hours<br>(605) 773-3231<br><br>Main Line<br>(800) 433-2288<br>After Hours<br>(605) 773-3231 | A release or spill of a regulated substance must be reported to the DENR immediately if the release or spill threatens the waters of the state, causes an immediate danger to human health or safety, exceeds **25 gallons**, causes a sheen on surface waters, contains any substance that exceeds the groundwater quality standards of ARSD Chapter 74:54:01, contains any substance that exceeds the surface water quality standards of ARSD Chapter 74:54:01, harms or threatens to harm wildlife or aquatic life, or contains crude oil in field activities under SDCL Chapter 45-9 is greater than **1 barrel.** |
| South Dakota Game, Fish and Parks | (605) 773-3718 | Any spill that results in impacts to wildlife, wildlife resources, or aquatic life.  The owner or operator must notify the SD Game, Fish, and Parks as soon as possible and provide all relevant information regarding the |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

|  |  | spill. |
|---|---|---|
| South Dakota State Historic Preservation Office | Main Line (605) 773-3458 | Any spill that may potentially impact culturally, historically, or archaeologically sensitive areas. The owner or operator must notify the applicable SD SHPO as soon as possible and provide all relevant information regarding the spill. |
| **Sovereign Nations** | | |
| **Standing Rock Sioux Tribe** | | |
| Mr. Elliot Ward, SRST Emergency Services  Mr. Dave Archambault II, SRST Chairman  Mr. Jon Eagle, SRST THPO | (701) 854-8644   (701) 854-8500  (701) 854-8645 | Any spill in Sioux or Emmons Counties, North Dakota which enters, or threatens to enter, the Missouri River near Lake Oahe. Any spill that poses an impact to the Standing Rock Sioux Reservation or properties under the stewardship of the Standing Rock Sioux Tribe. The owner or operator must notify the SRST upon discovery of a spill, as described above, and provide all relevant information regarding the spill |
| **Mandan, Hidatsa, and Arikara Nation (Three Affiliated Tribes)** | | |
| 24-Hour Emergency  Environmental     Emergency Management – Mr. Cliff Whitman, Sr. | (701) 627-3618  Main Line (701) 627-4569 24-hour Hotline (701) 421-6873   (701) 421-0398 | Any spill in Williams, McKenzie, Mountrail, Dunn, or Mercer Counties, North Dakota which enters, or threatens to enter, the Missouri or Little Missouri Rivers near Lake Sakakawea. Any spill that poses an impact to the Fort Berthold Indian Reservation or properties under the stewardship of the Three Affiliated Tribes. The owner or operator must notify the TAT upon discovery of a spill, as described above, and provide all relevant information regarding the spill. |

12

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## TABLE 2-4 EMERGENCY SERVICES CONTACT INFORMATION

| EMERGENCY SERVICES BY COUNTY/PARISH ||
|---|---|
| **Organization** | **Phone Number** |
| **North Dakota** | |
| Mountrail County, ND<br>    Sheriff<br>    Fire<br>    LEPC (Emergency Manager) | <br>(701) 628-2975<br>(701) 862-3151<br>(701) 628-2909 |
| Williams County, ND<br>    Sheriff<br>    Fire<br>    LEPC (Emergency Manager)<br>    County Dispatch | <br>(701) 577-7700<br>(701) 572-2196<br>(701) 570-6845<br>(701) 577-1212 |
| McKenzie County, ND<br>    Sheriff<br>    Fire<br>    LEPC (Emergency Manager)<br>    24-hour Dispatch | <br>(701) 444-3654<br>(701) 444-3516<br>(701) 580-6936<br>(800) 472-2121 |
| Dunn County, ND<br>    Sheriff<br>    Fire<br>    LEPC (Emergency Manager)<br>    24-hour Dispatch | <br>(701) 573-4449<br>(701) 764-5006<br>(701) 573-4343<br>(800) 472-2121 |
| Mercer County, ND<br>    Sheriff<br>    Fire<br>    LEPC (Emergency Manager) | <br>(701) 745-3333<br>(701) 447-2436<br>(701) 983-4408 |
| Morton County, ND<br>    Sheriff<br>    Fire<br>    LEPC (Emergency Manager) | <br>(701) 667-3330<br>(701) 667-3288<br>(701) 667-3307 |
| Emmons County, ND<br>    Sheriff<br>    Fire<br>    LEPC (Emergency Manager) | <br>(701) 254-4411<br>(701) 422-3377<br>(701) 254-4807 |
| **South Dakota** | |
| Campbell County, SD<br>    Sheriff<br>    Fire<br>    LEPC (Emergency Manager) | <br>(605) 955-3355<br>(605) 955-3598<br>(605) 955-3598 |
| McPherson County, SD<br>    Sheriff<br>    Fire<br>    LEPC (Emergency Manager) | <br>(605) 439-3400<br>(605) 439-3626<br>(605) 439-3667 |
| Edmunds County, SD<br>    Sheriff<br>    Fire<br>    LEPC (Emergency Manager) | <br>(605) 426-6002<br>(605) 283-2655<br>(605) 287-4394 |
| Faulk County, SD<br>    Sheriff<br>    Fire<br>    LEPC (Emergency Manager) | <br>(605) 598-6229<br>(605) 324-3475<br>(605)598-6229 |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| | |
|---|---|
| Spink County, SD | |
|     Sheriff | (605) 472-4595 |
|     Fire | (605) 472-1907 |
|     LEPC (Emergency Manager) | (605) 472-4591 |
| Beadle County, SD | |
|     Sheriff | (605) 353-8424 |
|     Fire | (605) 353-8520 |
|     LEPC (Emergency Manager) | (605) 353-8421 |
| Kingsbury County, SD | |
|     Sheriff | (605) 854-3339 |
|     Fire | (605) 690-9977 |
|     LEPC (Emergency Manager) | (605) 854- 3711 |
| Miner County, SD | |
|     Sheriff | (605) 772-4671 |
|     Fire | (605) 772-5759 |
|     LEPC (Emergency Manager) | (605)772-4533 |
| Lake County, SD | |
|     Sheriff | (605) 256-7615 |
|     Fire | (605) 256-7523 |
|     LEPC (Emergency Manager) | (605)256-7611 |
| McCook County, SD | |
|     Sheriff | (605) 425-2761 |
|     Fire | (605) 363-3100 |
|     LEPC (Emergency Manager) | (605) 421-1302 |
| Minnehaha County, SD | |
|     Sheriff | (605) 367-4300 |
|     Fire | (605) 367-8092 |
|     LEPC (Emergency Manager) | (605) 367-4290 |
| Turner County, SD | |
|     Sheriff | (605) 297-3225 |
|     Fire | (605) 648-2937 |
|     LEPC (Emergency Manager) | (605) 661-5900 |
| Lincoln County, SD | |
|     Sheriff | (605) 764-5651 |
|     Fire | (605) 764-5126 |
|     LEPC (Emergency Manager) | (605) 321- 0220 |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**TABLE 2-5 CONTRACTOR CONTACT INFORMATION**

| CONTRACTOR INFORMATION | |
|---|---|
| **Organization** | **Phone Number** |
| **USCG Classified OSRO's** | |
| National Response Corporation (Umbrella Network; Numerous contractors throughout the response area.)  3500 Sunrise Hwy, Suite 200, Bldg 200, Great River, NY 11739 | (800) 899-4672 |
| SWAT Consulting, Inc 12 Sunrise Estates Rd, Watford City, ND 58854 | (866) 610- 7928      24-hour Hotline |
| Garner Environmental 14047 County Ln, Williston, ND 58801 | (701) 577-1200 (855) 774-1200 |
| Clean Harbors 2541 132nd  C Ave NW, Arnegard, ND 58835 | (701) 586-3170 (800) OIL-TANK    24-hour Hotline |
| **Clean-Up Contractors** | |
| Safety-Kleen Bismarck, ND | (701) 222-8262 |
| Hydro-Klean Sioux Falls, SD | (605) 988-0500 |
| Seneca Companies South Sioux City, NE | (402) 494-7941 (800) 369-5500 |
| Tetra Tech Inc. (SD Certified Petroleum Release Remediator) Rapid City, SD | (605) 348-5850 |
| **Excavation Services** | |
| Jones Contractors, Inc. Epping, ND | (731) 989-0545 (731) 426-2764 |
| B&B Contactors Aberdeen, SD | (605) 725-1468 (605) 228-3200 |
| **Wildlife Rehabilitation** | |
| Wildlife Response Services Seabrook, TX Rhonda Murgatroyd | (713) 705-5897 (Mobile) (281) 266-0054 (Pager) |
| Wildlife Center of Texas Sharon Schmaltz | (713) 861-9453 (Office) (281) 731-8826 (Mobile) (713) 279-1417 (Pager) |
| Tri-State Bird Rescue Research Center, Newark, DE | (302) 737-7241 (800) 710-0695 |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## 3.0 SPILL DETECTION AND ON-SCENE SPILL MITIGATION PROCEDURES

### 3.1 Spill Detection

Detection of a discharge from a pipeline system may occur in a number of ways including:

- Detection by the pipeline controllers
- Visual detection by Company field personnel or pipeline patrols
- Visual detection by the public

The pipeline system is controlled and monitored continuously by a SCADA system located in Sugar Land, Texas. This system provides the pipeline controllers oversight through real-time access to pertinent information regarding oil movements, pressures, temperature and equipment status and control. The SCADA system allows for remote operation of key equipment including pump stations and isolation valves.

<u>Automated Detection</u>

The pipelines are equipped with pressure and flow monitors, which exercise local control and transmit data to the control center. These systems are set to alarm or shut down on preset deviations of pressure flow. In case of an alarm, control center personnel will take the appropriate actions in accordance with standard operating procedures. A summary of the operating procedures is provided below.

Trained personnel in the control center will monitor the SCADA system for the following parameters:

- Flow rates
- Pressure
- Valve positions

### AVAILABILITY - ALL LINES

<u>Operating Procedures for the Automated System</u>



### AVAILABILITY - ALL LINES

- **Communication Flexibility/Redundancy**

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## AVAILABILITY - ALL LINES

- **Parameter Alarms**



## AVAILABILITY - ALL LINES

- **Trending**



## AVAILABILITY - ALL LINES

- **Tank Gauging with Parameter Alarms**



## AVAILABILITY - ALL LINES

- **Training**
  All operators are compliant with DOT 195 Operator Qualification Requirements.

<u>Visual Detection by Company Personnel</u>

Aerial patrol flights will be made 26 times a year not to exceed 21 days apart. If unable to fly, area personnel will walk or drive the right-of-way. The intent of the patrol is to observe the area directly over the pipeline right-of-way for leaks, exposed pipes, washes, missing markers, and other unusual conditions. Construction on either side of the pipeline right-of-way is also monitored.  Discharges to the land or surface waters may also be detected by Company personnel during regular operations and inspections. Should a leak be detected, the appropriate actions are taken including but not limited to:

- Notifications as per **SECTION 2**
- A preliminary assessment of the incident area
- **If appropriate, initiate initial response actions per SECTIONS 4 and 5.  TABLE 4-1** provides a checklist for initial response actions.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

Visual Detection by the Public

Right-of-way marker signs are installed and maintained at road crossing and other noticeable points and provide an Operations Control 24-hour number for reporting emergency situations. The Company also participates in the "call before you dig" or "One Call" utility notification services which can be contacted to report a leak and determine the owner/operator of the pipeline. If the notification is made to a local office or pump station, the Company representative receiving the call will generally implement the following actions:

- Notify the Pipeline Control and region/designated office
- Dispatch Company field personnel to the site to confirm discharge and conduct preliminary assessment
- Notify their immediate area supervisor and provide assessment results
- Follow the Procedure for Investigating Incoming Call Reports of Potential Pipeline Releases

Pipeline Shutdown

If any of these situations are outside the expected values, abnormal conditions are considered to exist. If abnormal conditions exist, Pipeline Control will take the appropriate actions to ensure that a release does not occur. If a discharge has occurred, Pipeline Control will take actions to limit the magnitude. In either case, appropriate actions taken by Company personnel could include, but are not limited to:

- Shut down affected line segment if there is an indication of a leak
- Isolate line segment
- Depressurize line
- Start internal and external notifications
- Mobilize additional personnel as required

## 3.2  Spill Mitigation Procedures

Each spill mitigation situation is unique and must be treated according to the circumstance present. In every situation, however, **personnel safety must be assessed as the first priority**. The potential for ignition and/or toxic exposure must be promptly evaluated.

If the use of alternative response strategies such as in-situ burning or dispersants, as identified in the Mid-Missouri River Sub Area Contingency Plan or the Region 8 Regional Contingency Plan, Sunoco Pipeline will seek approval from the Regional Response Team as appropriate.  An example of spill mitigation procedures is presented below:

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## TABLE 3-1 SPILL MITIGATION PROCEDURES

| TYPE | MITIGATION PROCEDURE |
|------|----------------------|
| Failure of Transfer Equipment | 1. Personnel and public safety are the first priority. Evacuate nonessential personnel or personnel at high risk.<br>2. Terminate transfer operations and close block valves.<br>3. Drain product into containment areas if possible.<br>4. Eliminate sources of vapor cloud ignition by shutting down all engines and motors. |
| Tank Overfill/Failure | 1. Personnel and public safety are the first priority. Evacuate nonessential personnel or personnel at high risk.<br>2. Shut down or divert source of incoming flow to tank.<br>3. Transfer fluid to another tank with adequate storage capacity (if possible).<br>4. Shut down source of vapor cloud ignition by shutting down all engines and motors.<br>5. Ensure that dike discharge valves are closed.<br>6. Monitor diked containment area for leaks and potential capacity limitations.<br>7. Begin transferring spilled product to another tank as soon as possible |
| Piping Rupture/Leak (under pressure and no pressure) | 1. Personnel and public safety are the first priority. Evacuate nonessential personnel or personnel at high risk.<br>2. Shut down pumps. Close the closest block valves on each side of the rupture.<br>3. Drain the line back into contained areas (if possible). Alert nearby personnel of potential safety hazards.<br>4. Shut down source of vapor cloud ignition by shutting down all engines and motors.<br>5. If piping is leaking and under pressure, then relieve pressure by draining into a containment area or back to a tank (if possible). Then repair line according to established procedures. |
| Fire/Explosion | 1. Personnel and public safety are the first priority Evacuate nonessential personnel or personnel at risk of injury.<br>2. Notify local fire and police departments.<br>3. Attempt to extinguish fire if it is in incipient (early) stage and **if it can be done safely**.<br>4. Shut down transfer or pumping operation. Attempt to divert or stop flow of product to the hazardous area (if it can be done safely).<br>5. Eliminate sources of vapor cloud ignition shutting down all engines and motors.<br>6. Control fire before taking steps to contain spill. |
| Manifold Failure | 1. Personnel and public safety are the first priority. Evacuate nonessential personnel or personnel at high risk.<br>2. Terminate transfer operations immediately.<br>3. Isolate the damaged area by closing block valves on both sides of the leak/rupture. |

19

| | |
|---|---|
| | 4. Shut down source of vapor cloud ignition by shutting down all engines and motors. |
| | 5. Drain fluids back into containment areas (if possible). |

It is important to note that the actions above are intended only as guidelines.  The appropriate response to a particular incident may vary depending on the nature and severity of the incident and other factors that are not readily addressed.

After initial response has been taken to stop further spillage, and notifications have been made to the required agencies, Sunoco Pipeline will begin spill containment, recovery, and disposal operations.  The Incident Commander will assess the size and hazards of the spill.  The location of the spill and the predicted movement of the spill will be considered.

Based on this assessment, additional response personnel and equipment may be dispatched to the site and deployed to control and contain the spill.  Boom may be deployed in waterways to contain the spill and to protect socio-economic, environmentally sensitive, and historical/archaeological areas.  Booms may also be used in waterways to deflect, or guide the spill, to locations where it can more effectively be recovered using skimmers, vacuum trucks, or sorbent material.  Cleanup equipment and material will be used in the manner most effective for rapid and complete recovery of spilled material.

When initiating response tactics and deploying response resources, consideration will be given to protect natural resources, environmentally sensitive areas, and historical/archaeological resources.  Sunoco Pipeline will consult with, and cooperate with, Natural Resource Damage Assessment (NRDA) Trustees, as well as the appropriate state and tribal Historical Preservation Officers (HPO's) to identify and protect natural resources and historical/archaeological resources.

In limited circumstances, alternative response strategies such as in-situ burning, dispersants, and/or bioremediation may be most effective at protecting natural resources, environmentally sensitive areas, and/or historical/archaeological resources.  These alternative response strategies will be considered in consultation with NRDA Trustees and HPO's.  Any plans to use alternative response strategies will be submitted to the Federal On-Scene Commander for Regional Response Team approval prior to implementation.

When considering the use of in-situ burning, the following considerations should be evaluated. In most cases, an agency application with further consideration will need to be completed before burning will be approved by the agency.

<u>Size, Nature, and Product Spilled</u>

- Flammability of the product (Will the product burn?)
- Location of the spill (Distance and direction to the nearest human use areas)
- Volume of the product released
- Estimate of the surface area covered by the spill
- How long has the oil been exposed to weathering?
- Will burning cause more hazards from by-products?

20

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## Weather and Forecast

- Current weather conditions
- Wind speed and direction
- 24-hour forecast
- 48-hour forecast

## Evaluate the Response Operations

- Is there time enough to conduct burning?
- Is safety equipment available?
- Is adequate personnel available for monitoring/emergency response?
- Is mechanical recovery more intrusive than burning?

## Habitats Impacted and Resources at Risk

- Have local agencies and officials been contacted, including:

  - Public Health
  - Land Owner/Manager
  - Local Fire Officials (Fire Marshal)
  - Historic Preservation Officer
  - State Resource Agency
  - Tribal Officials

- What is/will be the impact to surface water intakes and wells?
- Are endangered habitats/endangered species present?
- Is the area used by migratory animals?
- What wildlife is present?

## Burn Plan

- How much of the oil is expected to burn?
- How long will it be expected to burn?
- How will the burn be ignited?
- How will the burn be extinguished?
- What are the monitoring protocols?

Dispersants are not commonly used on inland spills.  Working closely with federal, state, and local agencies will be necessary for gaining approval to use dispersants.  It is important to look at the total effect the oil will have on the environment when considering the use of dispersants.

21

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## 3.3 Response Equipment

Emergency equipment is available to allow personnel to respond safely and quickly to emergency situations. Fire extinguishers are located throughout the facility and meet National Fire Prevention Association (NFPA) and OSHA standards. The majority of the response equipment will be supplied by the OSRO(s) listed in **TABLE 2-5**. This equipment is maintained regularly and inspected on a monthly basis. OSRO resources and response times are verified periodically.

Response equipment is mobilized and deployed by the Supervisor of Pipeline Operations, the Manager of Pipeline Operations, or their designee. The following is a description of company owned response equipment and the respective staging locations:

 Watford City Station in North Dakota:

- 4 totes of firefighting foam
- 1 radio repeater and 12 radio's
- 1 response tent/command post
- 20 portable 4 gas monitors

Redfield Pump Station in South Dakota:

- 1,000 feet of 10" skirt containment boom
- 1,000 feet of 5" sorbent boom
- Enclosed 18' response trailer
- Boom accessories (rope, anchors & buoy's)
- 18' response boat with motor (slow water boom deployment)
- 1 radio repeater and 12 radio's
- 1 response tent/command post
- 14  portable 4 gas monitors

Sioux Falls Field Office in South Dakota:

- 1,000 feet of 10" skirt containment boom
- 1,000 feet of 5" sorbent boom
- Boom accessories (rope, anchors & buoy's)
- 18' response boat with motor (slow water boom deployment)
- 2  portable 4 gas monitors

In accordance with the US Army Corps of Engineers (USACE) easement conditions, the following response equipment has been staged for responding to the Missouri River crossings near Buford, ND and Cannon Ball, ND.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

<u>DAPL Trenton Terminal</u>

14265 48th St. NW, Williston, ND 58801 (48.113299° / -103.767925°)

- 1,000 feet of 10" skirt containment boom
- 1,000 feet of 5" sorbent boom
- Boom accessories (rope, anchors & buoy's)
- Enclosed 18' response trailer
- 18' response boat with motor
- 2  portable 4 gas monitors

<u>Cannon Ball Ranch</u>

6654 HWY 1806 S., Mandan, ND 58554 (46.451667° / -100.630742°)

- 1,000 feet of 10" skirt containment boom
- 1,000 feet of 5" sorbent boom
- Boom accessories (rope, anchors & buoy's)
- Enclosed 18' response trailer
- 18' response boat with motor
- 2  portable 4 gas monitors

Sunoco Pipeline inspects and exercises company-owned equipment in accordance with the National Preparedness for Response Exercise Program (PREP) guidelines.

Sunoco Pipeline L.P. requires an annual certification from each OSRO to assure compliance with the National Preparedness for Response Exercise Program (PREP) guidelines.

Each listed OSRO has their own response equipment, a minimum of 1,000 feet of containment boom, absorbents, boats, and vacuum trucks. Lists of the OSRO's equipment resources may be found in their services contract. OSRO response equipment is inspected and refurbished after each use. The primary OSRO's equipment is inspected, minimally, on a bi-monthly basis. Sunoco Pipeline has contractually secured personnel and equipment necessary to respond, to the maximum extent practicable, to a worst case discharge or a substantial threat of such discharge in this response zone.

An equipment list and list of trained personnel necessary to continue operation of the equipment and staff the oil spill removal organization for the first 7 days of a response for each of the OSRO contractors listed in **TABLE 2-5** is provided in **APPENDIX C**.

In addition to the company owned response equipment listed above, the following   response equipment has been donated to the Three Affiliated and is located on the Buffalo Ranch approximately 11 miles southwest of Mandaree, ND:

- 1,000 feet of 10" skirt containment boom

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

- 1,000 feet of 5" sorbent boom
- Enclosed 18' response trailer
- Boom accessories (rope, anchors & buoy's)
- 18' response boat with motor (slow water boom deployment)
- 1 radio repeater and 12 radio's
- 1 response tent/command post
- 14  portable 4 gas monitors

Sunoco Pipeline is not responsible for maintaining or inspecting the equipment        donated to the Three Affiliated Tribes.

## 4.0 RESPONSE ACTIVITIES

Sunoco Pipeline L.P. will take a 3-Tiered approach for responding to a pipeline failure.  The three tiers are described in more detail below and are based on incident complexity.

Tier 1:

- The incident can be handled with one or two single resources with minimal personnel
- Command and General Staff positions (other than the Incident Commander) are not activated
- No written IAP is required
- The incident is contained within the first operational period and often with an hour to a few hours after resources arrive on-scene
- Examples include: vehicle fire, flange leak, release into containment, etc.

Tier 2:

- When incident needs exceed capabilities, the appropriate ICS positions should be added to match the complexity of the incident
- Some or all of the Command and General Staff positions may be activated, as well as division/group supervisors and/or unit leader positions
- The incident may extend into multiple operational periods
- A written IAP may be required for each operational period
- Local response teams will be activated with support from regional resources as needed

Tier 3:

- This type of incident extends beyond the capabilities for local control and is expected to go into multiple operational periods.
- A Tier 3 incident requires response resources from outside of the area, including regional and/or national resources, to effectively manage the operation, command, and general staffing
- All of the Command and General Staff positions are filled
- A written IAP is required for each operational period
- Many of the functional units are needed and staffed

- Operations personnel often exceed 200 per operational period and total incident personnel may exceed 500
- Agency representatives may join the Unified Command based on incident complexity
- SXL's Incident Management Team (IMT) will be deployed and the corporate Crisis Management Team (CMT) may be activated

Sunoco Pipeline personnel will work in unison, following Incident Command protocols, to cooperate with, and assist, Fire, Police and other first responders with:

- Halting or redirecting traffic on roads and railroads in the affected area as appropriate.
- Assessing the extent and coverage of a potential vapor cloud, using the current DOT Emergency Response Guidebook to determine safe approach distances.
- Sunoco Pipeline, L.P. and Emergency Response Personnel will establish hot, warm and cold zones for emergency response operations following Incident Command protocols
- Gas meter equipment as specified below will be used to establish emergency responders' approach distances and hot / warm / cold zones.

In the event of a failure of a pipeline, Sunoco Pipeline, L.P. will employ instrumentation (appropriate for the product contained in the pipeline at the time of failure) to access and determine the extent and coverage of a potential vapor cloud, if present.

The instrumentation used in the determination will have the following capabilities:

**Petroleum Products**

- Combustible gas meter with 0-100% read out.  Alarm calibrated to sound at 10% of LEL.
- Ability to quantify the following gases: O2, H2S, LEL and CO
- Industrial Scientific MX6, MSA Altair 5X or equivalent gas meter

## 4.1  Spill Response Actions

In the event of a spill, actions will be taken to protect personnel and public safety, as well as the environment.  The checklist provided below is an example of some of the activities conducted during a spill.  Table 4-1 is an example of a Spill Response Checklist.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**TABLE 4-1 SPILL RESPONSE ACTION CHECKLIST**

| RESPONSE ACTION | PERSONNEL TAKING ACTION | DATE/TIME ACTION TAKEN |
|---|---|---|
| **DOCUMENT ALL ACTIONS TAKEN** | | |
| **First Person to Discover Spill** | | |
| Immediately notify Qualified Individual and Operations Control Center or posted emergency contacts. Take appropriate action to protect life and ensure safety of personnel. | | |
| Immediately shut down terminal operations (if applicable). If applicable, remotely controlled motor operated valves will be closed by the Operations Center as soon as a leak is detected. It may not be best to immediately close valves due to line drain or line depressurization. | | |
| Secure the scene. Isolate the area and assure the safety of people and the environment. Keep people away from the scene and outside the safety perimeter. | | |
| Advise personnel in the area of any potential threat and/or initiate evacuation procedures. | | |
| **Qualified Individual** | | |
| Assume role of Incident Commander until relieved. | | |
| Conduct preliminary assessment of health and safety hazards. | | |
| Request medical assistance if an injury has occurred. | | |
| Evacuate nonessential personnel, notify emergency response agencies to provide security, and evacuate surrounding area (if necessary). | | |
| Make appropriate regulatory notifications. <br> • National Response Center <br> • Appropriate State Agency <br> (See List of Federal, State,  & Local agencies along with notification procedures in **TABLES 2-3 and 2-4**) | | |
| Call out spill response contractors (See List in **TABLE 2-5**) | | |
| Atmospheric conditions in the release area should be monitored using a four gas meter – ensuring oxygen, H2S, carbon dioxide and lower explosive limit (LEL) are all at safe levels.  Atmospheric monitoring should continue throughout the response activities.  These activities should be consistent with Sunoco Pipeline L.P. Health & Safety policy. | | |
| If safe to do so, direct facility responders to shut down and control the source of the spill. Be aware of potential hazards associated with product and ensure that flammable vapor concentrations are within safe atmosphere before sending personnel into the spill area. | | |
| If safe to do so, direct facility responders to shut down | | |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| | | |
|---|---|---|
| potential ignition sources in the vicinity of the spill, including motors, electrical pumps, electrical power, etc. Keep drivers away from truck rack if spill occurs there. | | |
| If safe to do so, direct facility responders to stabilize and contain the situation. This may include berming or deployment of containment and/or sorbent boom. | | |
| For low flash oil (<100°F), consider applying foam over the oil, using water spray to reduce vapors, grounding all equipment handling the oil, and using non-sparking tools. | | |
| If there is a potential to impact shorelines, consider lining shoreline with sorbent or diversion boom to reduce impact. | | |
| Notify Local Emergency Responders. Obtain the information necessary to complete the Accident Report - Hazardous Liquid Pipeline Systems (**APPENDIX B**) and phone this information to the Emergency Response Manager. | | |
| **On-Scene Coordinator** | | |
| Activate all or a portion of local ERP (as necessary). Liaison Officer will maintain contact with notified regulatory agencies | | |
| Document all response actions taken, including notifications, agency/media meetings, equipment and personnel mobilization and deployment, and area impacted. | | |
| **Water Based Spills:**<br>Initiate spill tracking and surveillance operations utilizing information in **SECTION 4.2**. Determine extent of pollution via surveillance aircraft or vehicle. Estimate volume of spill utilizing information in **SECTION 4.3**. Send photographer /videographer if safe. | | |
| **Land Based Spills:**<br>Initiate spill tracking and surveillance if applicable. | | |
| **SECONDARY RESPONSE ACTIONS**<br>(Refer to ICS job descriptions in **APPENDIX D**) | | |

27

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## 4.2 Spill Tracking and Surveillance

The following guidelines should be utilized when tracking a spill and/or conducting spill surveillance:

- Surveillance of an oil spill should begin as soon as possible following discovery to enable response personnel to assess spill size, movement, and potential impact locations;
- Dispatch observers to crossings downstream or down gradient to determine the spill's maximum reach;
- Clouds, shadows, sediment, floating organic matter, submerged sand banks or wind-induced patterns on the water may resemble an oil slick if viewed from a distance;
- Sorbent pads may be used to detect oil or water;
- Use surface vessels to confirm the presence of any suspected oil slicks (if safe to do so); consider directing the vessels and photographing the vessels from the air, the latter to show their position and size relative to the slick;
- It is difficult to adequately observe oil on the water surface from a boat, dock, or shoreline;
- Spill surveillance is best accomplished through the use of helicopters or small planes; helicopters are preferred due to their superior visibility and maneuverability;
- If fixed-wing planes are to be used, high-wing types provide better visibility than low-wing types;
- All observations should be documented in writing and with photographs and/or videotapes;
- Describe the approximate dimensions of the oil slick based on available reference points (i.e. vessel, shoreline features, facilities); use the aircraft or vessel to traverse the length and width of the slick while timing each pass; calculate the approximate size and area of the slick by multiplying speed and time;
- Record aerial observations on detailed maps, such as topographic maps
- In the event of reduced visibility, such as dense fog or cloud cover, boats may have to be used to patrol the area and document the location and movements of the spill; however, this method may not be safe if the spill involves a highly flammable product;
- Surveillance is also required during spill response operations to gauge the effectiveness of response operations; to assist in locating skimmers; and to assess the spill's size, movement, and impact.

An example of a spill surveillance checklist is presented on **TABLE 4-2**.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**TABLE 4-2 SPILL SURVEILLANCE CHECKLIST**

| SPILL SURVEILLANCE CHECKLIST | |
|---|---|
| **General Information** | |
| Date: | Tidal or river stage (flood, ebb, slack, low water): |
| Time: | On-Scene Weather Conditions: |
| Incident Name: | Platform (helicopter, fixed-wing aircraft, boat, shore): |
| Observers Name: | Flight path/trackline: |
| Observers' Affiliation: | Altitude where observation taken: |
| Location of Source: | Areas not observed (i.e. foggy locations, restricted air spaces, shallow water areas): |
| **Oil Observations** | |
| Slick location(s): | Color and appearance (i.e. rainbow, dull or silver sheen, black or brown in color or mousse): |
| Slick dimensions: | Percent coverage: |
| Orientation of slick(s): | Is oil recoverable (Y/N)?: |
| Distribution of oil (i.e. windrows, streamers, pancakes or patches): | |
| **Considerations** | |
| • During surveillance, go beyond known impacted areas to check for additional oil spill sites<br>• Include the name and phone number of the person making the observations<br>• Clearly describe the locations where oil is observed and the areas where no oil has been seen | |
| **Other Observations** | |
| | |
| | |
| | |
| | |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| SPILL SURVEILLANCE CHECKLIST |
|---|
| **Response Operations** |
| Equipment deployment locations: |
| Boom deployment locations: |
| **Environmental Operations** |
| Locations of convergence lines, terrain, and sediment plumes: |
| Locations of debris and other features that could be mistaken for oil: |
| Wildlife present in area (locations and approximate numbers): |
| **Spill Sketch (Use Additional Pages if Needed)** |
| |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**4.3 Estimating Spill Volumes**

Early in a spill response, estimation of spill volume is required in order to:

- Report to agencies
- Determine liquid recovery requirements
- Determine personnel and equipment requirements
- Estimate disposal and interim storage requirements

Some rapid methods to estimate spill size are:

- Transfer operations: Multiply the pumping rate by the elapsed time that the leak was in progress, plus the drainage volume of the line between the two closest valves or isolation points (volume loss = pump rate [bbls/min] x elapsed time [min] + line contents [bbl])
- Tank overfills: Elapsed time multiplied by the pumping rate
- Visual assessment of the surface area and thickness (**TABLE 4-3**); **this method may yield unreliable results because:**

  - Interpretation of sheen color varies with different observers
  - Appearance of a slick varies depending upon amount of available sunlight, sea-state, and viewing angle
  - Different products may behave differently, depending upon their properties

**TABLE 4-3 OIL THICKNESS ESTIMATION CHART**

| OIL THICKNESS ESTIMATIONS | | | | |
|---|---|---|---|---|
| **STANDARD FORM** | **Approx. Film Thickness** | | **Approx. Quantity of Oil in Film** | |
| | **Inches** | **Millimeters** | **gallons/mile$^2$** | **liters/km$^2$** |
| Barely Visible | 0.0000015 | 0.00004 | 25 | 44 |
| Silvery | 0.000003 | 0.00008 | 50 | 88 |
| Slightly Colored | 0.000006 | 0.00015 | 100 | 179 |
| Brightly Colored | 0.000012 | 0.0003 | 200 | 351 |
| Dull | 0.00004 | 0.001 | 666 | 1,167 |
| Dark | 0.00008 | 0.002 | 1,332 | 2,237 |
| Thickness of light oils:  0.0010 inches to 0.00010 inches | | | | |
| Thickness of heavy oils: 0.10 inches to 0.010 inches | | | | |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## 4.4 Emergency Response Personnel

The local Emergency Response Personnel (ERP) has been created and organized to plan for and manage emergencies. The local ERP is composed of Company personnel from offices within the Area. Additional personnel from outlying offices may be used (if needed). The local ERP will develop strategies and priorities for a response, then will supervise contractors, handle safety and security matters, and will provide logistical support for contractor personnel. The local ERP will handle all communications with the media and the public. Job descriptions for each local ERP member are provided in **APPENDIX D**. The local ERP will train by participating in exercises as noted in **SECTION 6.**

Activation of the local ERP may be accomplished in stages. Initially, the First Responder assumes the role of Incident Commander (IC). During a spill incident, the initial IC may be able to respond without assistance from the local ERP. If the situation requires more resources, he may request additional personnel or management support from the local ERP. This request is made to the Qualified Individual (QI). Depending on the situation, the QI may then assume the role of Incident Commander. The QI would then call out the other local ERP members.

In the event the local Emergency Response Personnel require assistance in managing an incident, the District Manager will request the assistance of the company's Incident Management Team (IMT). The IMT consists of nationwide company personnel capable of managing large scale incidents. The IMT members have received position-specific ICS training and drill on an annual basis. The IMT positions are listed in **APPENDIX G.**

## 4.5 Incident Command System/Unified Command

The Incident Command System (ICS) will be used by the local ERP for spill response. The ICS position descriptions are defined in **APPENDIX D** and can be expanded or contracted as necessary.

The Unified Command System (UCS) is the accepted method of organizing key spill management entities within the Incident Command System. The primary entities include:

- Federal On-Scene Coordinator (FOSC)
- State On-Scene Coordinator (SOSC)
- Company Incident Commander

These three people share decision-making authority within the Incident Command System and are each responsible for coordinating other federal, state, and company personnel to form an effective integrated emergency management team. Refer to **APPENDIX D** for detailed description of the ICS roles and responsibilities as well as organizational interfaces with external parties.

## 5.0 <u>CONTAINMENT AND RECOVERY METHODS</u>

A general description of various response techniques that may be utilized during a response are discussed below. Sunoco Pipeline and its response contractors are free to use all or any combination of these methods as specific incident conditions dictate, provided they meet the

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

appropriate safety standards and other requirements relative to the incident. The most effective cleanup will result from an integrated combination of cleanup methods. Each operation should complement and assist related operations.

## 5.1 Spill on Land (Soil Surfaces)

<u>Containment Methods</u>

Product can be contained in ditches and gullies by earthen berm structures (EBS). Where excavating machinery is available, EBS can be used to prevent the spread of oil. EBS, small and large, should be effectively utilized to protect priority areas such as inlets to drains, sewers, ducts, and watercourses. These can be constructed of earth, sandbags, absorbents, planks, or any other effective material. If time does not permit construction of a large EBS, a series of small EBS can be used, each one holding a portion of the oil as it advances. The terrain will ultimately dictate the placement of EBS. If the spill is minor, natural berms or earth absorption will usually stop the oil before it advances a significant distance.

In situations where vapors from a spill present a clear and present danger to property or life, spraying the surface of the spill with an appropriate vapor suppressor will greatly reduce the release of additional vapors.

<u>Recovery Methods</u>

The recovery and removal of free oil from soil surfaces is a difficult job. Some effective approaches seem to be:

- Removal with suction equipment to tank truck, if concentrated in volumes large enough to be picked up. Channels can be formed to drain pools of product into storage pits and facilitate the use of suction equipment.
- Small pockets may have to be recovered with sorbent material
- Once free oil has been recovered to the extent practical, mechanical removal of impacted soils can commence until impacts have been adequately removed. Contaminated soils should be handled in accordance with all federal and state requirements.

## 5.2 Spill on Lake or Pond (Calm or Slow-Moving Water)

<u>Containment Methods</u>

A lake or pond offers the best conditions for removal of product from water. Although the removal is no easy task, the lake or pond presents the favorable conditions of low or no current and low or no waves.

The movement of product on a lake or pond is influenced mainly by wind. The product will tend to concentrate on one shore, bank or inlet. Booms should be set up immediately to hold the product in the confined area in the event of a change in wind direction.

If the spill does not concentrate itself on or near a shore (no wind effect), then a sweeping action using boats and floating booms may be necessary. The essential requirement for this operation is

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

that it be done very slowly. The booms should be moved at not more than 40 feet per minute. Once the slick is moved to a more convenient location (near shore), the normal operations of removal should begin.

If the slick is small and thin (rainbow effect) and not near the shoreline, an absorbent boom instead of a regular boom should be used to sweep the area very slowly and absorb the slick. The product may not have to be moved to the shoreline.

<u>Recovery Methods</u>

If the containment slick is thick enough, regular suction equipment may be used first; however, in most instances, a floating skimmer should be used.

If the floating skimmer starts picking up excess water (slick becomes thin), drawing the boom closer to the bank as product is removed will also keep film of product thicker. However, when the slick becomes too thin, the skimmer should be stopped and an absorbent applied (with a boat if necessary) to remove the final amounts.

Product-soaked absorbent can be drawn in as close to the shore as possible with the booms used to confine the product initially. The absorbent can then be hand skimmed from the water surface and placed in drums, on plastic sheets or in lined roll-off boxes. It should then be disposed of in accordance with federal and state requirements. The final think slick (rainbow) on the surface can be removed with additional absorbent.

## 5.3 Spill on Small to Medium Size Streams (Fast-Flowing Creeks)

<u>Containment Methods</u>

The techniques used for product containment on fast-flowing shallow streams are quite different from the ones used on lakes, ponds, or other still bodies of water. The containment and removal processes require a calm stretch of water to allow the product to separate onto the surface of the water. If a calm stretch of water does not exist naturally, a deep slow-moving area should be created by berming. The berm can be constructed by using sandbags, planks or earth. If an earthen berm structure (EBS) is required, it should be situated at an accessible point where the stream has high enough banks. The EBS should be constructed soundly and reinforced to support the product and water pressure.

- Underflow structure – An underflow structure, typically earthen berm is one method that can be used, especially on small creeks. The water is released at the bottom of the EBS using a pipe, or multiple pipes, which are installed during construction of the EBS. The flow rate through the pipe(s) must be sufficient to keep the EBS from overflowing. The pipe(s) should be installed at an angle through the EBS (during construction) so that the height of the discharge end of the pipe(s) will determine the height of the water on the upstream side of the EBS.

- Overflow structure – Another method of containment is an overflow structure, typically earthen berm. An overflow EBS is constructed so that water flows over the EBS, but a deep pool is created which reduces the surface velocity of the water, thereby creating a calm

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

stretch of water to facilitate containment and recovery efforts.  The overflow EBS may be used where large flow rates, such as medium sized creeks, are involved.

With this type of EBS, a separate barrier, such as a floating or stationary boom, must be placed across the pool created by the EBS to contain the oil.  This boom should be placed at an angle of 45 degrees across the pool to decrease the effective water velocity beneath it.  Also, this angle helps to concentrate the oil at the bank and not along the boom.  A second boom should be placed approximately 10 to 15 feet downstream of the first on as a secondary backup.

A stationary boom type barrier can be made of wood planks or other suitable material.  The stationary boom should be securely constructed and sealed against the bank.  The ends of the planks can be buried in the banks of the stream and timber stakes driven into the stream bed for support as needed.  The necessary length of boom will be approximately 1-1/2 times the width of the waterway.  A stationary boom should extend six to eight inches deep into the water and about two inches or higher above the water level.  If the increase in velocity under the stationary boom is causing the release of trapped oil, it should be moved upward slightly.  At no time should the stationary boom be immersed more than 20% of the depth of the pool created by the overflow structure typical EBS.  That is, if the pool is three feet deep, do not exceed an immersion depth of seven inches with the stationary boom.

A floating boom can be used in place of a stationary boom if the created pool's size (bank to bank) and depth will permit.  The advantages of using floating boom are the speed of deployment and the fact that there is no need for additional support as with stationary boom.

- Multiple Impoundments – Since emergency built structures - EBS (either underflow or overflow) are seldom perfect, a series of EBS may be required.  The first one, or two, will contain the bulk of the oil and the ones downstream will contain the last traces of oil.  Precautions should be taken to ensure that the foundations of emergency structures - EBS are not washed away by the released water.  If earth is used to construct an overflow structure, a layer of earth-filled bags (or other suitable material) should be placed on top of the structure to reduce erosion.

Recovery Methods

Once the containment structures are constructed, recovery of the oil from the water surface should be the primary consideration.  The recovery must be continuous or else build-up of product behind the structures or booms might lead to product escaping.

The type of recovery used depends largely on the amount of oil being contained in a given span of time, if the amount of oil moving down the stream is of sufficient quantity, the first structure - EBS or fixed boom should contain enough oil for the floating skimmer to work efficiently.  The skimmer will pump the product and possibly some water to a tank truck or other holding tank.  Separated water may be released from the bottom of the tank truck if it becomes necessary.  Absorbents may be used at downstream structures - EBS or booms.  It is inadvisable to place an absorbent in the stream prior to or at the first structure - EBS in anticipation of the arriving product.  Let the product accumulate at the first structure - EBS and use the floating skimmer to recover the product.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

The containment and removal of oil on small to medium fast-flowing streams might require a combination of underflow or overflow structures, fixed booms, floating booms, skimmers, and absorbents to ensure an effective cleanup.

## 5.4 Spill on Large Streams and Rivers

<u>Containment Methods</u>

The containment techniques differ considerably on large streams and rivers. First, the smooth calm area of water necessary for oil-water separation must be found along the stream or river rather than creating one, as with small streams. Floating booms (rather than fixed booms or EBS) must be used to contain the oil.

Local conditions of current and wind must be considered when selecting the site for the deployment of boom. A point with a low water velocity near the bank, sufficient depth to operate the oil recovery equipment, and good access is required. The fact that wind may tend to concentrate the oil against one bank must be considered. A smooth, undisturbed area of water is required immediately upstream of the boom to ensure that the oil has opportunity to separate out onto the surface. The boom should be positioned where the current is at a minimum. It is more effective to boom at a wide, slow position than on a narrow, fast stretch of water.

If the booms are positioned straight across a river or stream, or at right angles to the flow, surface water tends to drive oil beneath the boom when current velocities exceed about ½ knot (0.8 ft/sec.). However, if the current of the entire river is ½ knot or less, then a boom can be positioned straight across the river or large stream, but angled slightly in relation to the banks. By placing the boom at an angle to the banks, oil on the surface is diverted along the boom to the side of the river.

The current velocity is usually much slower near the river bank than in the center and the oil will move along the boom toward the bank for removal. A water-tight seal between the bank and the boom is essential. A secondary boom should be setup immediately downstream of the first one to capture any oil that escapes the upstream boom. A boom can be deployed parallel to the river flow at the bank to form the seal with the booms used to trap the product.

Where the current velocity of the chosen site exceeds ½ knot, the boom may be positioned in two smooth curves from the point of maximum velocity (usually the center of the river) to both banks. However, this double-boom requires oil to be recovered from both sides of the river. To determine the appropriate angle of boom placement and support (mooring) needed to hold the booms in position, the current velocity should be measured by timing a floating object which is 80% submerged over a distance of 100 feet. A time of 60 seconds over this distance indicates a water current of approximately 1 knot.

For currents from 1 to 2.5 knots (1.7 to 4.2 ft/sec.), the more the boom will have to be angled acute to the bank. The length of the boom will have to be such to reach the center of the river. For currents between ½ and 1 knot (0.8 and 1.7 ft./sec.), the angle of deployment can be enlarged.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

The major load on the boom is taken by the terminal moorings, particularly the one in the center of the river. However, intermediate moorings are also required both to maintain the smooth curve of the boom to prevent breaking of the boom and to assist with preventing skirt deflection. The intermediate moorings are preferably positioned every 25 feet and must be adjusted to avoid the formation of indentations in the boom profile. These trap oil in pockets, prevent its deflection to the bank, and also encourage diving currents.

In certain situations, it might be advantageous to position booms to deflect the approaching oil to a slower moving area. Naturally, additional booms would have to be positioned around this slower moving area prior to deflecting the product to the area. This approach may be used along rivers which have lagoons, etc., with a very low current action. The recovery would take place in the lagoons and not along the river bank.

<u>Recovery Methods</u>

Any oil contained upstream of the floating booms in a large stream or river should be removed from the water surface as it accumulates. Regular suction equipment, a floating skimmer, and/or absorbents (including absorbent booms) should be used to remove the oil as appropriate. If the amount of oil moving downstream is of sufficient quantity, the primary floating boom will likely contain enough oil for the floating skimmer to work efficiently. The skimmer will pump the product and some water to a tank truck or other holding tank.

The absorbents would then be used upstream of the secondary boom to absorb any potential underflow from the primary boom. An absorbent boom can also be placed between the primary and secondary booms to help the other absorbents control any underflow from the primary boom. It is best to hand skim the saturated absorbents and place them in plastic bags for disposal.

## 5.5 Spill on a Stream Which Flows into a Lake or Pond

In certain locations where streams flow into lakes or ponds at relatively short distances, it is conceivable that a spill may reach the lake before containment and recovery operations are set up. If time permits containment operations to be set up on the stream in question, containment and recovery methods can be utilized as described above. However, if oil in the stream is near the lake or if oil is flowing into the lake with a significant amount yet to arrive, different containment methods may be required.

<u>Containment Methods</u>

Oil on a stream flowing into a lake should be boomed as close to the entrance as possible. The boom should be positioned on the lake at an angle to the residential stream current so as to direct the surface water to a slower moving area. The area where the product is being deflected should be enclosed by booms to contain the oil. An additional boom for sweeping the product to the bank may be required. This area of containment should not have a current velocity of more than 1/2 knot (0.8 ft./sec.), preferably less.

<u>Removal Methods</u>

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

The recovery of oil from the lake or pond's surface should be handled as described above.  For sizable releases, collected oil will usually be pumped into tank trucks and transported to a storage facility.

## 5.6 Spill in Urban Areas

Oil spills in urban areas can greatly impact recreational use, human health, wildlife habitat(s), and potential result in beach or park closures.  Manmade structures along waterways require unique protection strategies.  Manmade structures could include vertical shore protection structures such as seawalls, piers, and bulkheads, as well as riprap revetments and groins, breakwaters, and jetties.  Vertical structures can be constructed of concrete, wood, and corrugated metal.  They usually extend below the water surface, although seawalls can have beaches or riprap in front of them.  These structures are very common along developed shores, particularly in harbors, marinas, and residential areas.  Maintaining shipping or other kinds of vessel traffic through navigation channels or waterways during a spill response is a difficult consideration because there is usually economic and political pressure to re-establish normal operations as soon as possible.  This consideration extends to vehicular traffic through urban areas.  Deploying booms and skimmers or constructing recovery sites can conflict with such traffic for several days.  Also, passage of deep-draft vessels through the waterway can suddenly change water level and flow or create wakes, causing booms to fail.  For these reasons, recovery efforts must be coordinated through the Unified Command to ensure the cooperation of all parties involved.

Containment Methods

Containment techniques in an urban area depend greatly on the ability to deploy equipment due to obstacles presented by the urban area.  Most booming and containment techniques will work with slight modifications such as direct anchoring instead of the use of booming buoys.

Recovery Methods

Normal recovery techniques work when recovering oil in an urban area.  However, recovery can be hampered by several situations.  Floating debris clogging skimming equipment is the main cause for low recovery rates.  Another problem for recovery in an urban area is lack of storage space.  Often traffic problems or lack of access prevent storage equipment such as frac tanks and vacuum trucks from approaching the recovery zone.  Consideration should be given to these situations and appropriate measures taken.

## 5.7 Spill Under Ice

Containment Methods

The traditional strategy for dealing with oil under the ice in a river or lake is to cut a slot to facilitate oil recovery.  Ice slots can be cut using chain saws, handsaws, ice augers or some form of trencher.  Another effective variation of this technique is the diversionary plywood barrier method which is also discussed below.

Recovery Methods

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

Ice slotting is a very basic technique used to gain access to oil trapped beneath the ice. In ice slotting, a J shaped outline is sketched into the ice at a 30 degree angle to the current. The slight J hook or curve is necessary at the upstream side to provide flow towards the recovery area. In general, the slot width should be 1.5 times the thickness of the ice. Remember, a block of ice is heavy and the width of the slot must be taken into consideration so it can be safely removed or pushed under if the water beneath the ice is sufficiently deep. The length of the slot will be determined by the width of the river and strategy.

Ice slotting is a successful strategy to implement. However, there are a few pit falls to be aware off. First, responders may experience fatigue rapidly if required to cut the slot(s) by hand using a chain saw or hand held saw. Secondly, when cutting with chain saws, large volumes of water are kicked up, by the moving chain, onto the responder. This is a safety problem when the responders get wet in extreme cold weather conditions. However, wearing rain gear will provide some protection and can greatly reduce this problem.

A second technique is to slot the ice and use plywood to help divert oil beneath the ice to a recovery area. This technique is referred to as the diversionary plywood barrier method. In this technique, a narrow slot is made through the ice and 4' x 8' sheets of plywood, or equivalent material, are dropped into the slot to create a barrier and force the oil to follow the barrier to the collection area. This is the same principal employed when using floating boom.
The slot can be cut or drilled depending on the equipment available at the time of the response. If drilling is required, a gas powered ice auger can be used. In this scenario a series of 8" or 10" holes are drilled next to each other in the J pattern. A chain saw can be used to connect the holes if an ice bridge exists between two auger holes. After the ice auguring is complete, plywood can be dropped into the augered slot.

River ice is dirty and chipper blades on the augers may only last long enough to complete a single auger hole. This technique requires a large inventory of chipper blades. Extra auger flights can be used, which reduces down time to change blades. A real plus to slotting the ice with an ice auger is the limited exposure of responders to water. The water is generally restricted to the area around the responder's feet.

## 5.8 Spill on Ice

When managing an oil spill on ice special consideration must be given to several safety factors. Thickness of the ice and general accessibility of equipment must be considered when planning for on-ice recovery. Ice that is too thin to safely traverse or broken ice may prevent active recovery.

### Containment Methods

For ice-covered on-land or on-water spills, snow or earthen berms may be constructed to contain oil around the leak, if terrain permits. Dikes filled with sorbent materials may be used on spills in smaller streams to create a containment structure to prevent further migration of the oil.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

Recovery Methods

Generally, on-ice recovery consists of the manual recovery of the oil from the spill site. If conditions permit, vacuum trucks or suction pumps may be used to recover pools of oil that may have collected. Often, oil recovery will be completed by hand using brooms, shovels and rakes. Manually moving the oil/snow mixture into piles for collection, where it is either vacuum or manually collected into storage containers, may expedite the recovery process.

## 5.9 Spill in Wetland Areas

Wetlands, which may include upland and inland marshes, swamps and bogs, are highly sensitive to spills because they collect run-off from surrounding environments, and because they are home to many commercially and ecologically important species. Wetlands are very susceptible to damage and are a high priority to protect. Precautions should be taken so that the recovery effort does not cause more damage than that cause by the spill.

Containment Methods

Containment booms can be strategically deployed to contain or divert the oil into collection areas where skimmers and vacuums can be used to recover the oil. Berms can also be constructed to contain or divert the oil. Consideration must be given to the damage that can be caused by containing and recovering the oil in the wetland areas. Often, allowing the product to flow to natural collection areas and possibly assisting the flow by the use of high volume low pressure water pumps may be the best course of action.

Recovery Methods

Skimmers and vacuums can be deployed to recover contained oil. Other acceptable response techniques might include bioremediation, sorbents and in-situ burning. The use of heavy equipment is often not practical because of the damage it can cause to plant and animal life. During recovery, specially designed flat bottom shallow draft vessels and the use of plywood or boards may be used to reduce the damage caused by recovery personnel. If the water table is high and the oil will not permeate the soil, shallow trenches may be dug to collect oil for removal. The Unified Command must balance the need to recover the product with the damage caused by active recovery. Considerations should be given for long term, passive recovery techniques.

## 5.10    Spill On or Near Groundwater

Containment Methods

Product can be contained on, or near, the surface using the containment and recovery methods stated above. Where excavating machinery is available, trenches can be used to prevent the migration of oil under the surface to nearby groundwater bearing units. Pathways to groundwater such as buried utilities, water wells and monitoring wells in the spill path should be a priority and addressed immediately to prevent potential infiltration.

40

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

Recovery Methods

The recovery and removal will vary depending on site conditions and hydrogeological characteristics. Recovery methods may require guidance and approval from applicable state agency(s). The following should be considered:

- Passive recovery – Passive recovery can be an effective technique whereby released product is recovered by hand bailing, passive skimming operations, and/or the insertion of absorbent socks in the recovery well(s).

- Active recovery – Active recovery may include the installation of groundwater pump and treat systems, recovery trenches, vacuum enhanced groundwater recovery, soil vapor extraction, and low-temperature thermal desorption.

## 6.0 TRAINING PROCEDURES

### 6.1 Exercise Requirements and Schedules

The Company participates in the National Preparedness for Response Exercise Program (PREP) in order to satisfy the exercise requirements of PHMSA and EPA. Emergency responders, regulatory agencies and other stake holders are routinely invited to observe or participate in table top and equipment deployment drills. A description of exercise requirements and documentation procedures is included in **APPENDIX H.**

The Manager – Pipeline Operations is responsible for the following aspects:

- Scheduling
- Maintaining records
- Implementing
- Evaluation of the Company's training and exercise program
- Post-drill evaluation improvements

### 6.2 Post Incident Review

In the case of the following spills from a 49 CFR Part 195 regulated pipeline, a Standard Incident Debriefing Form as noted in **TABLE 6-1** will be completed:

- Any spill resulting in an explosion or fire
- Any spill resulting in the death of any person
- Any spill resulting in an injury requiring inpatient hospitalization
- Any spill impacting a lake, reservoir, stream, river or similar body of water
- Any spill resulting in more than $50,000.00 in damage including the cost of damage to facilities, spill cleanup, emergency response, value of lost product and damage to property

41

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

In the case of spills from other facilities a Standard Incident Debriefing Form as noted in **TABLE 6-1** will be completed on an as determined basis which will be dictated by individual circumstances.

Pertinent facility personnel involved in the incident shall be debriefed (by the Company)   within the calendar quarter after termination of operations. A Standard Incident Debriefing Form is provided in **TABLE 6-1**. The primary purpose of the post-incident review is to identify actual or potential deficiencies in the Plan and determine the changes required to correct the efficiencies.

The post-incident review is also intended to identify which response procedures, equipment, and techniques were effective and which were not and the reason(s) why. This type of information is very helpful in the development of a functional Plan by eliminating or modifying those response procedures that are less effective and emphasizing those that are highly effective. This process should also be used for evaluating training drills or exercises. Key agency personnel that were involved in the response may be invited to attend the post-incident review. A copy of the Incident debriefing form may be sent to agency personnel who were invited to the drill, but were unable to attend.

**TABLE 6-1 STANDARD INCIDENT DEBRIEFING FORM**
**See Appendix F - Standard Incident Debriefing Form**

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## 6.3 Training Program

A Health, Environment and Safety Training Program has been developed to include a detailed discussion of training required for personnel, regulations covered by the training, frequency of the specific training, method of training (i.e. computer based, classroom, live training by demonstration, etc.) and training duration. Training requirements are presented in Table 6-2, below:

## TABLE 6-2 TRAINING REQUIREMENTS

| Training Type | Training Characteristics |
|---|---|
| Training in Use of Oil Spill Plan | • All field personnel will be trained to properly report/monitor spills<br>• Plan will be reviewed annually with all employees and contract personnel<br>• A record of Personnel Response Training will be maintained. |
| OSHA Training Requirements (HAZWOPER) | • All Company responders designated in Plan must have 24 hours of initial spill response training in accordance with 29 CFR 1910:<br>  • Laborers having potential for minimal exposure must have 24 hours of initial oil spill response instruction and 8 hours of actual field experience<br>  • Spill responders having potential exposure to hazardous substances at levels exceeding permissible exposure limits must have 40 hours of initial training offsite and 24 hours of actual field experience<br>  • On-site management/supervisors required to receive same training as equipment operators/general laborers plus 8 hours of specialized hazardous waste management training<br>  • Managers/employees require 8 hours of annual refresher training |
| Spill Management Team Personnel Training | • Will follow EPP 101 – PREP Training and Record Guide |
| Training for Casual Laborers or Volunteers | • Company will not use casual laborers/volunteers for operations requiring HAZWOPER training. |
| Hydrogen Sulfide ($H_2S$) Monitoring and Procedures | • Will follow company Health, Environment, and Safety Training Program and Respiratory Protection Program. |
| Wildlife | • Only trained personnel approved by USFWS and appropriate state agency will be used to treat oiled wildlife |

43

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| Training Type | Training Characteristics |
|---|---|
| Training Documentation and Record Maintenance | • Training activity records will be retained five years for all personnel following completion of training<br>• Company will retain training records indefinitely for individuals assigned specific duties in Plan<br>• Training records will be retained. |
| Emergency Response Training (HAZWOPER) | The Company has established and conducts a continuing training program to instruct emergency response personnel to:<br>• Carry out emergency procedures established under 195.402 that relate to their assignments;<br>• Know the characteristics and hazards of the hazardous liquids or carbon dioxide transported, including, in case of flammable HVL, flammability of mixtures with air, odorless vapors, and water reactions;<br>• Recognize conditions that are likely to cause emergencies, predict the consequences of facility malfunctions or failures and hazardous liquids or carbon dioxide spills, and take appropriate corrective action;<br>• Take steps necessary to control any accidental release of hazardous liquid or carbon dioxide and to minimize the potential for fire, explosion, toxicity, or environmental damage; and<br>• Learn the proper use of fire-fighting procedures and equipment, fire suits, and breathing apparatus by utilizing, where feasible, a simulated pipeline emergency condition.<br><br>At intervals not exceeding 15 months, but at least once each calendar year, the Company shall:<br>• Review with personnel their performance in meeting the objectives of the emergency response training program set forth in 195.403(a), and<br>• Make appropriate changes to the emergency response training program as necessary to ensure that it is effective.<br><br>The Company requires and verifies that its supervisors maintain a thorough knowledge of that portion of the emergency response procedures established under 195.402 for which they are responsible to ensure compliance. |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| Training Type | Training Characteristics |
|---|---|
| Minimum requirements for operator qualification of individuals performing covered tasks on a pipeline | The Company has a written qualification program that includes provisions to:<br>• Identify covered tasks;<br>• Ensure through evaluation that individuals performing covered tasks are qualified;<br>• Allow individuals that are not qualified pursuant to 49 CFR 195 Subpart G to perform a covered task if directed and observed by an individual that is qualified;<br>• Evaluate an individual if the operator has reason to believe that the individual's performance of a covered task contributed to an accident as defined in Part 195;<br>• Evaluate an individual if the operator has reason to believe that the individual is no longer qualified to perform a covered task;<br>• Communicate changes that affect covered tasks to individuals performing these covered tasks; and<br>• Identify those covered tasks and the intervals at which evaluation of the individual's qualifications is needed.<br><br>**RECORDS**<br>Each operator shall maintain records that demonstrate compliance with 49 CFR Part 195, Subpart G. Qualification records shall include:<br>• Identification of qualified individuals<br>• Identification of covered tasks the individual is qualified to perform<br>• Date(s) of current qualification<br>Records supporting an individual's current qualification shall be maintained while the individual is performing the covered task. Records of prior qualification and records of individuals no longer performing covered tasks shall be retained for a period of five years. |
| Breathing | • HES  Respiratory Protection Training |
| Exposure | Personal Protective Equipment<br>• HES  Personal Protective Equipment<br>• Emergency Response Guidebook: Purpose and Uses<br>• Hazard Communication - Generic ComplianceWire (CW) course<br>• HES  HAZCOM  (face -2-face) |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| Training Type | Training Characteristics |
|---|---|
| MX6  Instrument | <ul><li>HES  MX6 Gas Meter User Training</li><li>HES  Operation and Maintenance of Monitoring Equipment</li></ul> |
| Fit-Testing | <ul><li>HES  Respirator Fit-Testing</li></ul> |
| HES  Emergency Response Plan Review (FRC, State Plan)<br>This is face-2-face area specific training. | HAZWOPER Awareness  - Generic  CW course<ul><li>Emergency Response Guidebook: Purpose and Uses</li><li>Hazard Communication  - Generic  CW course</li><li>HES  HAZCOM  (face -2-face)</li><li>PREP  Emergency Response Plan Review</li></ul> |
| Incident Command System (ICS) National Incident Management System (NIMS) | Computer Based Training:<ul><li>ICS 100</li><li>ICS 200</li><li>ICS 700</li><li>ICS 800</li></ul> |

46

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## 7.0 WORST CASE DISCHARGE SUMMARY

### 7.1 Worst Case Discharge Scenario

The equipment and personnel to respond to a spill are available from several sources and are provided with the equipment and contractors in **TABLE 2-5**. The following sections are discussions of these scenarios.

Worst case discharge calculations are provided in **SECTION 7.3**.

Upon discovery of a spill, the following procedures would be followed:

1. The First Responder would notify the Manager of Pipeline Operations and the Operations Control Center.  Notifications would be initiated in accordance with **SECTION 2.0**. The First Responder would advise the Manager of Pipeline Operations with any concerns of public safety.

2. The Area Supervisor/Manager of Operations would assume the role of Incident Commander/Qualified Individual until relieved and would initiate response actions and notifications in accordance with **SECTION 2.0**. If this were a small spill, the local/company personnel may handle all aspects of the response. Among those actions would be to:

   ▪ Conduct safety assessment and evacuate personnel as needed in accordance with **SECTION 3.2**
   ▪ Direct facility responders to shut down ignition sources
   ▪ Direct facility personnel to position resources in accordance with **SECTION 4.0** and **SECTION 7.0**
   ▪ Complete spill report form provided in **APPENDIX B**
   ▪ Ensure regulatory agencies are notified

3. If this were a small or medium spill, the Qualified Individual/Incident Commander may elect for the First Responder to remain the Incident Commander or to activate selected portions of the Emergency Response Personnel. However, for a large spill, the Qualified Individual would assume the role of Incident Commander and would activate the entire Emergency Response Personnel in accordance with activation procedures described in **SECTION 4.4**.

4. The Incident Commander would then initiate spill assessment procedures including surveillance operations, trajectory calculations, and spill volume estimating in accordance with **SECTIONS 4.2 and 4.3.**

5. The Incident Commander would then utilize checklists in **SECTION 4.0** as a reminder of issues to address. The primary focus would be to establish incident priorities and objectives and to brief staff accordingly.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

6. The Emergency Response Personnel would develop the following plans, as appropriate (some of these plans may not be required during a small or medium spill):

- Site Safety and Health
- Site Security
- Incident Action
- Decontamination
- Disposal
- Demobilization

7. The response would continue until an appropriate level of cleanup is obtained.

## 7.2 Planning Volume Calculations

Once the worst case discharge volume has been calculated, response resources must be identified to meet the requirements of 49 CFR 194.105(b). Calculations to determine sufficient amount of response equipment necessary to respond to a worst case discharge are described below. A demonstration of the planning volume calculations is provided below.

## DOT/PHMSA Portion of Pipeline/Facilities

The worst case discharge (WCD) for the DOT portion of the pipeline and facilities, as defined in 49 CFR 194.105(b), as the largest volume of the following:

1. The pipeline's maximum shut-down response time in hours (based on historic discharge data or in the absence of such data, the operators best estimate), multiplied by the maximum flow rate expressed in barrels per hour (based on the maximum daily capacity of the pipeline), plus the largest drainage volume after shutdown of the line section(s) in the response zone expressed in barrels; or

2. The largest foreseeable discharge for the line section(s) within a response zone, expressed in barrels (cubic meters), based on the maximum historic discharge, if one exists, adjusted for any subsequent corrective or preventative action taken; or

3. If the response zone contains one or more breakout tanks, the capacity of the single largest tank or battery of tanks within a single secondary containment system, adjusted for the capacity or size of the secondary containment system, expressed in barrels.

Under PHMSA's current policy, operators are allowed to reduce the worst case discharge volume derived from 49 CFR 194.105(b)(3) by no more than 75% if an operator is taking certain spill prevention measures for their breakout tanks and presents supporting information in the

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

response plan. An operator can reduce the worst case discharge volume based on breakout tanks in the response zones as follows:

**TABLE 7-1 PHMSA PERCENT REDUCTION ALLOWED**

| SPILL PREVENTION MEASURES | PERCENT REDUCTION ALLOWED |
|---|---|
| Secondary containment capacity greater than 100% capacity of tank and designed according to NFPA 30 | 50% |
| Tank built, rebuilt, and repaired according to API Std 620/650/653 | 10% |
| Automatic high-level alarms/shutdowns designed according to NFPA/API RP 2350 | 5% |
| Testing/cathodic protection designed according to API Std 650/651/653 | 5% |
| Tertiary containment/drainage/treatment per NFPA 30 | 5%* |
| Maximum allowable credit or reduction | 75% |

**The worst case discharge is based on the largest volume of the three criteria given above.**

███████████████████████████████████████████████

All of the breakout tanks in the pipeline system are within adequate secondary containment, built according API Standard 650, have automatic high-level alarms/shutdowns designed according to NFPA/API RP 2350, testing/cathodic protection designed according to API Standard 650, therefore, the discharge volumes for the largest tank were determined by adjusting the total tank volume downward by 70% per the company guidelines.

The line sections with the highest throughput and largest drainage volume between block valves on pump stations were chosen to calculate the pipeline worst case discharge. Although the entire discharge volume of each line was used for the worst case discharge, in an actual spill event, it would take days to drain the line completely. The line would be sealed early in the response effort. Considering the volume of release from a line break compared to that of historic discharge in each zone and to the volumes released from a tank failure, ███████████████████████████████████████

The maximum historic discharge is not applicable for WCD covered by this plan. Given below are the tank and pipeline WCD calculations for this plan. The largest tank volume is as follows:

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| LOCATION | VOLUME (BBLS) |
|---|---|
| ███████ | █████ |
| ███████ | █████ |

## 7.3 Worst Case Discharge Volume Calculations

<u>Tanks</u>

The worst case tank volume is calculated as follows:

Largest Tank X Credit for Containment Tank Standards = Tank Standards Credit

The Company has implemented all of the spill prevention measures listed on the previous page, except tertiary containment. Therefore, the percent reduction allowed for credit equals 70% and the worst case discharge volume in tanks is 30% of the total volume of the largest tank.

███████████████████

<u>Pipelines</u>

The worst case discharge for the pipeline segment.

$$WCD = [(DT + ST) \times MF] + DD$$

████████████████████████████████
██████████████████

Where:
WCD = worst case discharge (bbl)
DT + ST = maximum detection time + maximum shut down time in adverse weather
MF = maximum flow rate (bph)
DD = drain down volume (bbl)

████████████████████████████████

As detailed above, the discharges for the pipeline are less than discharges from the tanks; therefore, the DOT/PHMSA WCD volume for this plan is: ██████████.

███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE



## 7.4 Product Characteristics and Hazards

Pipeline systems described in this plan may transport various types of commodities including but not limited to:

- Crude Oil

The key chemical and physical characteristics of each of these oils and/or other small quantity products/chemicals are identified in **TABLE 7-2**, below.

## TABLE 7-2 CHEMICAL AND PHYSICAL CHARACTERISTICS

| COMMON NAME | SDS NAME | HEALTH HAZARD | FLASH POINT | SPECIAL HAZARD | REACTIVITY | HEALTH HAZARD WARNING STATEMENT |
|---|---|---|---|---|---|---|
| Crude Oil | Appropriate Product Name | 1 | 3 | C, H2S | 0 | May Contain benzene, a carcinogen, or hydrogen sulfide, which is harmful if inhaled; flashpoint varies widely. |
| **Health Hazard** | **4 = Extremely Hazardous** <br> **3 = Hazardous** <br> **2 = Warning** <br> **1 = Slightly Hazardous** <br> **0 = No Unusual Hazard** | | | **Fire Hazard** <br> **(Flash Point)** | **4 = Below 73° F, 22° C** <br> **3 = Below 100° F, 37° C** <br> **2 = Below 200° F, 93° C** <br> **1 = Above 200° F, 93° C** <br> **0 = Will not burn** | |
| **Special Hazard** | **A = Asphyxiant** <br> **C = Contains Carcinogen** <br> **W = Reacts with Water** <br> **Y = Radiation Hazard** <br> **COR = Corrosive** <br> **OX = Oxidizer** <br> **H2S = Hydrogen Sulfide** <br> **P = Contents under Pressure** <br> **T = Hot Material** | | | **Reactivity Hazard** | **4 = May Detonate at Room Temperature** <br> **3 = May Detonate with Heat or Shock** <br> **2 = Violent Chemical Change with High Temperature and Pressure** <br> **1 = Not Stable if Heated** <br> **0 = Stable** | |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## 8.0 RESPONSE ZONE MAPS AND ASSOCIATED REFERENCE MATERIAL

### 8.1 Map Overview

Pipeline Sensitivity Maps are being developed to include in **APPENDIX E**.  The District Overview map includes the entire DAPL North Response Zone and illustrates the eighteen (18) Pipeline Sensitivity Map locations.

The pipeline sensitivity maps will indicate the locations of the worst case discharge, distance between each line section in the response zone, public drinking water intakes within 5 miles of any pipeline segment, and any potentially environmentally sensitive areas located within 1 mile of any pipeline segment.

The following maps are included in this section:

- North Response Zone Overview
- Aberdeen
- Bismarck
- De Smet
- Eureka
- Gettysburg
- Glen Ullin
- Hazen
- Killdear
- Linton
- Mobridge
- Parshall
- Redfield
- Salem
- Sioux Falls
- Stanley
- Watertown
- Watford City
- Williston

A Pipeline Map Feature Index Table, **TABLE E-1**, will be presented following the maps.  The Pipeline Map Feature Index Table will provide an explanation of potentially sensitive areas that are numerically coded on the Pipeline Sensitivity Maps.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## 9.0 RESPONSE PLAN REVIEW AND UPDATE PROCEDURES

### 9.1 Facility Response Plan Review Guidelines

In accordance with 49 CFR Part 194.121, this Plan will be reviewed annually and modified to address new or different operating conditions or information included in the Plan. Upon review of the response plan for each five-year period, revisions will be submitted to PHMSA provided the changes to the current plan are needed.  If revisions are not needed, a current plan will be submitted to PHMSA.

Company internal policy states that the Plan will be reviewed at least annually and modified as appropriate. Annual review of this Plan will be documented on the Certification of Annual Review.  In the event the Company experiences a Worst Case Discharge, the effectiveness of the plan will be evaluated and updated as necessary. If a new or different operating condition or information would substantially affect the implementation of the Plan, the Company will modify the Plan to address such a change and, within 30 days of making such a change, submit the change to PHMSA. Changes to this Plan will be documented on the Record of Plan Changes, located at the beginning of the Plan.  Examples of changes in operating conditions that would cause a significant change to the Plan include the following:

### CONDITIONS REQUIRING REVISIONS AND SUBMISSIONS

- Relocation or replacement of the transportation system in a way that substantially affects the information included in the Plan, such as a change to the Worst Case Discharge volume.
- A change in the type of oil handled, stored, or transferred that materially alters the required response resources.
- A change in key personnel (Qualified Individuals).
- A change in the name of the Oil Spill Removal Organization (OSRO).
- Any other changes that materially affect the implementation of the Plan.
- A change in the National Oil and Hazardous Substances Pollution Contingency Plan or Area Contingency Plan that has significant impact on the equipment appropriate for response activities.
- Any change or modification as identified in SDCL 34A-18-7

In accordance with South Dakota Legislative Codified Law 34A-18-7, this Plan will be reviewed in full every five years, from the date of last submission, and modified to address new or different operating conditions or information.  The Plan will be updated accordingly and submitted to the South Dakota DENR.

All requests for changes must be made through the Sr. Manager – Pipeline Operations and will be submitted to PHMSA and/or South Dakota DENR by the Emergency Planning and Response Group.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**TABLE 9-1 CERTIFICATION OF ANNUAL REVIEW**

| DATE PLAN REVIEWED | REVIEWER | TITLE |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**Appendix A – DOT/PHMSA Cross Reference**

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

Appendix A

**TABLE A - DOT/PHMSA/ SED DENR CROSS REFERENCE MATRIX**

| OPA 90 REQUIREMENTS (49 CFR 194) | LOCATION |
|---|---|
| **Information Summary** | |
| • For the core plan: | N/A |
| • Name and address of operator | TABLE 1-1 |
| • For each Response Zone which contains one or more line sections that meet the criteria for determining significant and substantial harm (§194.103), listing and description of Response Zones, including county(s) and state(s) | TABLE 1-1 |
| • For each Response Zone appendix: | N/A |
| • Information summary for core plan | SECTION 1.2 |
| • QI names and telephone numbers, available on 24-hr basis | TABLE 1-1 |
| • Description of Response Zone, including county(s) and state(s) in which a worst case discharge could cause substantial harm to the environment | TABLE 1-1, TABLE 1-2 |
| • List of line sections contained in Response Zone, identified by milepost or survey station or other operator designation | TABLE 1-2 |
| • Basis for operator's determination of significant and substantial harm | TABLE 1-2 |
| • The type of oil and volume of the worst case discharge | TABLE 1-2, SECTION 7-2 |
| • Certification that the operator has obtained, through contract or other approved means, the necessary private personnel and equipment to respond, to the maximum extent practicable, to a worst case discharge or threat of such discharge | SECTION 1.3 |
| **Notification Procedures** | |
| • Notification requirements that apply in each area of operation of pipelines covered by the plan, including applicable state or local requirements | SECTION 2 |
| • Checklist of notifications the operator or Qualified Individual is required to make under the response plan, listed in the order of priority | TABLE 2-2, TABLE 2-4 |
| • Name of persons (individuals or organizations) to be notified of discharge, indicating whether notification is to be performed by operating personnel or other personnel | SECTION 2.1, TABLE 2-3, TABLE 2-4 |
| • Procedures for notifying Qualified Individuals | SECTION 2.1, TABLE 2-1 |
| • Primary and secondary communication methods by which notifications can be made | TABLE 2-3 |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

Appendix A

| OPA 90 REQUIREMENTS (49 CFR 194) | LOCATION |
|---|---|
| • Information to be provided in the initial and each follow-up notification, including the following:<br>　• Name of pipeline<br>　• Time of discharge<br>　• Location of discharge<br>　• Name of oil recovered<br>　• Reason for discharge (e.g. material failure, excavation damage, corrosion)<br>　• Estimated volume of oil discharged<br>　• Weather conditions on scene<br>　• Actions taken or planned by persons on scene | SECTION 2.2 |
| **Spill Detection and On-Scene Spill Mitigation Procedures** | |
| • Methods of initial discharge detection | SECTION 3.1 |
| • Procedures, listed in order of priority, that personnel are required to follow in responding to a pipeline emergency to mitigate or prevent any discharge from the pipeline | SECTION 3.2, TABLE 3-1 |
| • List of equipment that may be needed in response activities based on land and navigable waters including:<br>　• Transfer hoses and pumps<br>　• Portable pumps and ancillary equipment<br>　• Facilities available to transport and receive oil from a leaking pipeline<br>　• Identification of the availability, location, and contact phone numbers to obtain equipment for response activities on a 24-hour basis<br>　• Identification of personnel and their location, telephone numbers, and responsibilities for use of equipment in response activities on a 24-hour basis | SECTION 3.3, APPENDIX C |
| **Response Activities** | |
| • Responsibilities of, and actions to be taken by, operating personnel to initiate and supervise response actions pending the arrival of the Qualified Individual or other response resources identified in the response plan | SECTION 4.1, TABLE 4-1 |
| • Qualified Individual's responsibilities and authority, including notification of the response resources identified in the response plan | SECTION 4.1, TABLE 4-1 |
| • Procedures for coordinating the actions of the operator or Qualified Individual with the action of the OSC responsible for monitoring or directing those actions | TABLE 4-1 |
| • Oil spill response organizations (OSRO) available through contract or other approved means, to respond to a worst case discharge to the maximum extent practicable | TABLE 2-5, APPENDIX C |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| OPA 90 REQUIREMENTS (49 CFR 194) | LOCATION |
|---|---|
| • For each organization identified under paragraph (d), a listing of:<br>  • Equipment and supplies available<br>  • Trained personnel necessary to continue operation of the equipment and staff the oil spill removal organization for the first seven days of the response | APPENDIX C |
| **List of Contacts** | |
| • List of persons the Plan requires the operator to contact | TABLE 1.1, TABLE 2-3 |
| • Qualified individuals for the operator areas of operation | TABLE 1-1 |
| • Applicable insurance representatives or surveyors for the operator's areas of operation | TABLE 1-1 |
| • Persons or organizations to notify for activation of response resources | TABLE 2-1, TABLE 2-2, TABLE 2-4, TABLE 2-5 |
| **Training Procedures** | |
| • Description of training procedures and programs of the operations | SECTION 6.0, TABLE 6-2 |
| **Drill Procedures** | |
| • Announced and unannounced drills | TABLE 6-2, APPENDIX H |
| • Types of drills and their frequencies; for example:<br>  • Manned pipeline emergency procedures and qualified individual notification drills conducted quarterly<br>  • Drills involving emergency actions by assigned operating or maintenance personnel and notification of qualified individual on pipeline facilities which are normally unmanned, conducted quarterly<br>  • Shore-based spill management team (SMT) tabletop drills conducted yearly<br>  • Oil spill removal organization field equipment deployment drills conducted yearly<br>  • A drill that exercises entire response plan for each Response Zone, would be conducted at least once every three years | TABLE 6-2, APPENDIX H |
| **Response Plan Review and Update Procedures** | |
| • Procedures to meet §194.121 | SECTION 9.1 |
| • Procedures to review plan after a worst case discharge and to evaluate and record the plan's effectiveness | SECTION 9.1 |
| **Response Zone Appendices** | |
| • Name and telephone number of the qualified individual | TABLE 1.1 |
| • Notification procedures | SECTION 2.0 |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| OPA 90 REQUIREMENTS (49 CFR 194) | LOCATION |
|---|---|
| • Spill detection and mitigation procedures | SECTION 3.0 |
| • Name, address, and telephone number of oil spill response organizations | TABLE 2-5 |
| • Response activities and response resources including—<br><br>• Equipment and supplies necessary to meet §194.115, and<br>• The trained personnel necessary to sustain operation of the equipment and to staff the oil spill removal organization and spill management team for the first 7 days of the response | TABLE 2-5, APPENDIX C |
| • Names and telephone numbers of Federal, state and local agencies which the operator expects to assume pollution response responsibilities | TABLE 2-3, TABLE 2-4 |
| • The worst case discharge volume | SECTION 7.0, TABLE 1-2 |
| • The method used to determine the worst case discharge volume, with calculations | SECTION 7.3 |
| • A map that clearly shows:<br>• Location of worst case discharge<br>• Distance between each line section in the Response Zone:<br>    • Each potentially affected public drinking water intake, lake, river, and stream within a radius of five miles of the line section<br>    • Each potentially affected environmentally sensitive area within a radius of one mile of the line section | APPENDIX E |
| • Piping diagram and plan-profile drawing of each line section; (may be kept separate from the response plan if the location is identified) | APPENDIX E |
| • For every oil transported by each pipeline in the response zone, emergency response data that:<br>• Include name, description, physical and chemical characteristics, health and safety hazards, and initial spill handling and firefighting methods<br>• Meet 29 CFR 1910.1200 or 49 CFR 172.602 | SECTION 7.4, TABLE 7-2 |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

| SD DENR REQUIREMENTS (34A-18-2) | LOCATION |
|---|---|
| **Information Summary (Section 1)** | |
| • For the core plan: | |
| • Immediate Response Notifications | TABLE 1-1, TABLE 2-2, TABLE 2-3, |
| • Spill Detection and Mitigation Procedures | SECTION 3.0 |
| • Name, Address, Phone Number of the Oil Spill Organization | TABLE 2-5 |
| • Response  Activities and Response Resources | SECTION 4.0, SECTION 3.3 |
| • Names and telephone numbers of federal, state, and local agencies which the operator expects to have pollution control responsibilities or support; | TABLE 2-3, TABLE 2-4 |
| • Training procedures | Section 6.0, TABLE 6-2 |
| • Equipment Testing | SECTION 3.0 |
| • Drill types, schedules, and procedures | TABLE 6-2, APPEENDIX H |
| • Plan review and update procedures | SECTION 9.1 |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**Appendix B- Notifications**

- DOT Reporting Form
- North Dakota Reporting Guidelines
- South Dakota Reporting Guidelines

CONFIDENTIAL, PROPRIETARY AND HIGHLY-SENSITIVE SECURITY INFORMATION – DO NOT DUPLICATE OR DISTRIBUTE

NONCOMPLIANCE MAY RESULT IN CIVIL PENALTY NOT TO EXCEED $100,000 for each violation for each day that such violation persists except that the maximum civil penalty shall not exceed $1,000,000 as provided in 49 USC 60122.

EXPIRATION DATE: 7/31/2015

**U.S. Department of Transportation**
Pipeline and Hazardous Materials
Safety Administration

## ACCIDENT REPORT – HAZARDOUS LIQUID PIPELINE SYSTEMS

Report Date _____

No. _____
(DOT Use Only)

A federal agency may not conduct or sponsor, and a person is not required to respond to, nor shall a person be subject to a penalty for failure to comply with a collection of information subject to the requirements of the Paperwork Reduction Act unless that collection of information displays a current valid OMB Control Number. The OMB Control Number for this information collection is 2137-0047. Public reporting for this collection of information is estimated to be approximately 10 hours per response, including the time for reviewing instructions, gathering the data needed, and completing and reviewing the collection of information. All responses to this collection of information are mandatory. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to: Information Collection Clearance Officer, PHMSA, Office of Pipeline Safety (PHP-30) 1200 New Jersey Avenue, SE, Washington, D.C. 20590.

**INSTRUCTIONS**

*Important:* Please read the separate instructions for completing this form before you begin. They clarify the information requested and provide specific examples. If you do not have a copy of the instructions, you can obtain one from the PHMSA Pipeline Safety Community Web Page at *http://www.phmsa.dot.gov/pipeline/library/forms*.

| PART A – KEY REPORT INFORMATION | Report Type: *(select all that apply)* ☐ Original  ☐ Supplemental  ☐ Final |
|---|---|

1. Operator's OPS-issued Operator Identification Number (OPID):  /   /   /   /   /   /

2. Name of Operator: _____

3. Address of Operator:

3.a _____
(Street Address)

3.b _____
(City)

3.c State:  /   /

3.d Zip Code:  /   /   /   /   /  -  /   /   /   /

4. Local time *(24-hr clock)* and date of the Accident:

/   /   /   /        /   /     /   /     /   /   /   /
Hour              Month    Day       Year

5. Location of Accident:
Latitude:  /   /   .  /   /   /   /   /
Longitude: -  /   /   /   .  /   /   /   /   /

6. National Response Center Report Number (if applicable):

/   /   /   /   /   /   /

7. Local time *(24-hr clock)* and date of initial telephonic report to the National Response Center (if applicable):

/   /   /   /        /   /   /     /   /   /     /   /   /
Hour              Month         Day           Year

8. Commodity released: *(select only one, based on predominant volume released)*

☐ Crude Oil

☐ Refined and/or Petroleum Product (non-HVL) which is a Liquid at Ambient Conditions
   ○ Gasoline (non-Ethanol)      ○ Diesel, Fuel Oil, Kerosene, Jet Fuel
   ○ Mixture of Refined Products (transmix or other mixture)
   ○ Other ⇨ Name: _____

☐ HVL or Other Flammable or Toxic Fluid which is a Gas at Ambient Conditions
   ○ Anhydrous Ammonia
   ○ LPG (Liquefied Petroleum Gas)  /  NGL (Natural Gas Liquid)
   ○ Other HVL ⇨ Name: _____

☐ $CO_2$ (Carbon Dioxide)

☐ Biofuel / Alternative Fuel (including ethanol blends)
   ○ Fuel Grade Ethanol                              ○ Ethanol Blend ⇨ % Ethanol: /   /   /
   ○ Biodiesel ⇨ Blend (e.g. B2, B20, B100): B/   /   /   /    ○ Other ⇨ Name: _____

9. Estimated volume of commodity released unintentionally:   /   /   /   /,/   /   /,/   /   / Barrels

10. Estimated volume of intentional and/or controlled release/blowdown:   /   /   /   /,/   /   /,/   /   / Barrels
    (only reported for HVL and $CO_2$ Commodities)

11. Estimated volume of commodity recovered:   /   /   /   /,/   /   /,/   /   / Barrels

*Reproduction of this form is permitted*

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

12. Were there fatalities? ⭘ Yes  ⭘ No

If Yes, specify the number in each category:

12.a Operator employees                    / / / / /

12.b Contractor employees
     working for the Operator              / / / / /

12.c Non-Operator
     emergency responders                  / / / / /

12.d Workers working on the
     right-of-way, but NOT
     associated with this Operator         / / / / /

12.e General public                        / / / / /

12.f Total fatalities (sum of above)       / / / / /

13. Were there injuries requiring inpatient hospitalization? ⭘ Yes  ⭘ No

If Yes, specify the number in each category:

13.a Operator employees                    / / / / /

13.b Contractor employees
     working for the Operator              / / / / /

13.c Non-Operator
     emergency responders                  / / / / /

13.d Workers working on the
     right-of-way, but NOT
     associated with this Operator         / / / / /

13.e General public                        / / / / /

13.f Total injuries (sum of above)         / / / / /

---

14. Was the pipeline/facility shut down due to the Accident?

⭘ Yes  ⭘ No ⟹ Explain: _____

If Yes, complete Questions 14.a and 14.b: *(use local time, 24-hr clock)*

14.a Local time and date of shutdown    / / / /   / / /   / / /   / / /
                                          Hour      Month   Day     Year

14.b Local time pipeline/facility restarted  / / / /   / / /   / / /   / / /      ⭘ Still shut down*
                                              Hour      Month   Day     Year      *(*Supplemental Report required)*

15. Did the commodity ignite?    ⭘ Yes  ⭘ No

16. Did the commodity explode?    ⭘ Yes  ⭘ No

17. Number of general public evacuated:  / / / /,/ / / /

18. Time sequence: *(use local time, 24-hour clock)*

18.a Local time Operator identified failure    / / / / /      / / /   / / /   / / /
                                                 Hour          Month   Day     Year

18.b Local time Operator resources arrived on site   / / / / /      / / /   / / /   / / /
                                                      Hour          Month   Day     Year

PART E – ADDITIONAL LOCATION INFORMATION SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

*1. Was the origin of the Accident onshore?
○ Yes  *(Complete Questions 2-12)*   ○ No  *(Complete Questions 13-15)*

**If Onshore:**

2.  State: /___/___/

3.  Zip Code: /___/___/___/___/___/ - /___/___/___/___/

4._____    5_____
     City                                County or Parish

6.  Operator-designated location:  *(select only one)*
    ☐ Milepost/Valve Station  *(specify in shaded area below)*
    ☐ Survey Station No.  *(specify in shaded area below)*

    /___/___/___/___/___/___/___/___/___/___/___/___/___/___/

7.  Pipeline/Facility name: _____

8.  Segment name/ID: _____

9.  Was Accident on Federal land, other than the Outer Continental Shelf (OCS)?   ○ Yes   ○ No

10. Location of Accident:  *(select only one)*
    ☐ Totally contained on Operator-controlled property
    ☐ Originated on Operator-controlled property, but then flowed or migrated off the property
    ☐ Pipeline right-of-way

11. Area of Accident (as found):  *(select only one)*
    ☐ Tank, including attached appurtenances
    ☐ Underground ⇨ Specify:   ○ Under soil
       ○ Under a building      ○ Under pavement
       ○ Exposed due to excavation
       ○ In underground enclosed space (e.g., vault)
       ○ Other _____

       Depth-of-Cover (in): /___/___/ /___/___/

    ☐ Aboveground ⇨ Specify:
       ○ Typical aboveground facility piping or appurtenance
       ○ Overhead crossing
       ○ In or spanning an open ditch
       ○ Inside a building     ○ Inside other enclosed space
       ○ Other _____

    ☐ Transition Area ⇨ Specify: ○ Soil/air interface ○ Wall sleeve  ○ Pipe support or other close contact area
       ○ Other _____

12. Did Accident occur in a crossing?:  ○ Yes   ○ No
    If Yes, specify type below:
    ☐ Bridge crossing ⇨  Specify: ○ Cased  ○ Uncased
    ☐ Railroad crossing ⇨  *(select all that apply)*
       ○ Cased   ○ Uncased   ○ Bored/drilled
    ☐ Road crossing ⇨  *(select all that apply)*
       ○ Cased   ○ Uncased   ○ Bored/drilled
    ☐ Water crossing
       ⇨ Specify: ○ Cased   ○ Uncased
       Name of body of water, if commonly known:
       _____

       Approx. water depth (ft) at the point of the Accident:

       /___/___/ /___/___/ /___/___/

       *(select only one of the following)*
       ○ Shoreline/Bank crossing
       ○ Below water, pipe in bored/drilled crossing
       ○ Below water, pipe buried below bottom (NOT in bored/drilled crossing)
       ○ Below water, pipe on or above bottom

**If Offshore:**

13. Approximate water depth (ft.) at the point of the Accident:

    /___/___/ /___/___/ /___/___/

14. Origin of Accident:
    ☐ In State waters
       ⇨ Specify:  State: /___/___/
          Area: _____
          Block/Tract #: /___/___/___/___/___/
          Nearest County/Parish: _____

    ☐ On the Outer Continental Shelf (OCS)

       ⇨ Specify:  Area: _____

          Block #: /___/___/___/___/___/

15. Area of Accident:  *(select only one)*
    ☐ Shoreline/Bank crossing or shore approach
    ☐ Below water, pipe buried or jetted below seabed
    ☐ Below water, pipe on or above seabed
    ☐ Splash Zone of riser
    ☐ Portion of riser outside of Splash Zone, including riser bend
    ☐ Platform

*Reproduction of this form is permitted*

SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**PART C - ADDITIONAL FACILITY INFORMATION**

1. Is the pipeline or facility:
   - ☐ Interstate
   - ☐ Intrastate

2. Part of system involved in Accident:  *(select only one)*
   - ☐ Onshore Breakout Tank or Storage Vessel, Including Attached Appurtenances ⇒ ○ Atmospheric or Low Pressure
   - ○ Pressurized
   - ☐ Onshore Terminal/Tank Farm Equipment and Piping
   - ☐ Onshore Equipment and Piping Associated with Belowground Storage
   - ☐ Onshore Pump/Meter Station Equipment and Piping
   - ☐ Onshore Pipeline, Including Valve Sites
   - ☐ Offshore Platform/Deepwater Port, Including Platform-mounted Equipment and Piping
   - ☐ Offshore Pipeline, Including Riser and Riser Bend

3. Item involved in Accident:  *(select only one)*
   - ☐ Pipe ⇒ Specify: ○ Pipe Body ○ Pipe Seam

     3.a  Nominal diameter of pipe (in):    /    /  ./    /    /

     3.b  Wall thickness (in):    /    /.|    /    /

     3.c  SMYS (Specified Minimum Yield Strength) of pipe (psi):    /    /    /    /,|    /    /    /

     3.d  Pipe specification: _____

     3.e  Pipe Seam ⇒ Specify: ○ Longitudinal ERW - High Frequency          ○ Single SAW          ○ Flash Welded
                                 ○ Longitudinal ERW - Low Frequency           ○ DSAW              ○ Continuous Welded
                                 ○ Longitudinal ERW – Unknown  Frequency                          ○ Furnace Butt Welded
                                 ○ Spiral Welded ERW   ○ Spiral Welded SAW   ○ Spiral Welded DSAW
                                 ○ Lap Welded          ○ Seamless            ○ Other _____

     3.f  Pipe manufacturer: _____

     3.g  Year of manufacture:    /    /    /    /

     3.h  Pipeline coating type at point of Accident
            ⇒ Specify:  ○ Fusion Bonded Epoxy   ○ Coal Tar          ○ Asphalt         ○ Polyolefin
                         ○ Extruded Polyethylene  ○ Field Applied Epoxy  ○ Cold Applied Tape  ○ Paint
                         ○ Composite            ○ None             ○ Other _____
   - ☐ Weld, including heat-affected zone ⇒ Specify: ○ Pipe Girth Weld  ○ Other Butt Weld  ○ Fillet Weld  ○ Other_____

     If Pipe Girth Weld is selected, complete items 3.a. through h. above.  If the values differ on either side of the girth weld, enter one value in 3.a. through h. and list the different value(s) in Part H - Narrative Description of the Accident.

   - ☐ Valve    ○ Mainline ⇒ Specify: ○ Butterfly ○ Check ○ Gate ○ Plug ○ Ball ○ Globe
                            ○ Other _____

                 3.i  Mainline valve manufacturer: _____

                 3.j  Year of manufacture:    /    /    /    /

            ○ Relief Valve
            ○ Auxiliary or Other Valve
   - ☐ Pump
   - ☐ Meter/Prover
   - ☐ Scraper/Pig Trap
   - ☐ Sump/Separator
   - ☐ Repair Sleeve or Clamp
   - ☐ Hot Tap Equipment
   - ☐ Stopple Fitting
   - ☐ Flange
   - ☐ Relief Line
   - ☐ Auxiliary Piping (e.g. drain lines)
   - ☐ Tubing
   - ☐ Instrumentation
   - ☐ Tank/Vessel ⇒ Specify: ○ Single Bottom System   ○ Double Bottom System   ○ Tank Shell   ○ Chime
                              ○ Roof/Roof Seal   ○ Roof Drain System   ○ Mixer   ○ Pressure Vessel Head or Wall
                              ○ Appurtenance    ○ Other _____
   - ☐ Other _____

4. Year item involved in Accident was installed:    /    /    /    /

*Reproduction of this form is permitted*

CONFIDENTIAL – PROPRIETARY AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

5. Material involved in Accident: *(select only one)*
- [ ] Carbon Steel
- [ ] Material other than Carbon Steel ⇨ Specify: _____

6. Type of Accident involved: *(select only one)*
- [ ] Mechanical Puncture ⇨ Approx. size: /__/__/__/__/./__/in. (axial) by /__/__/__/__/./__/in. (circumferential)
- [ ] Leak ⇨ Select Type: ○ Pinhole ○ Crack ○ Connection Failure ○ Seal or Packing ○ Other
- [ ] Rupture ⇨ Select Orientation: ○ Circumferential ○ Longitudinal ○ Other _____
     Approx. size: /__/__/__/__/./__/ in. (widest opening) by /__/__/__/__/./__/in. (length circumferentially or axially)
- [ ] Overfill or Overflow
- [ ] Other ⇨ Describe: _____

---

| **PART D – ADDITIONAL CONSEQUENCE INFORMATION** | |
|---|---|

1. Wildlife impact:      ○ Yes ○ No
   1.a If Yes, specify that apply:
   - [ ] Fish/aquatic
   - [ ] Birds
   - [ ] Terrestrial
2. Soil contamination:     ○ Yes ○ No
3. Long term impact assessment performed or planned:  ○ Yes ○ No
4. Anticipated remediation: ○ Yes ○ No (not needed)
   4.a If Yes, specify all that apply:
   - [ ] Surface water  [ ] Groundwater  [ ] Soil  [ ] Vegetation  [ ] Wildlife
5. Water contamination:  ○ Yes ⇨ *(Complete 5.a – 5.c below)*      ○ No
   5.a Specify all that apply:
   - [ ] Ocean/Seawater
   - [ ] Surface
   - [ ] Groundwater
   - [ ] Drinking water  ⇨ *(Select one or both)* ○ Private Well ○ Public Water Intake
   5.b Estimated amount released in or reaching water:   /__/__/__/__/,/__/__/__/__/,/__/__/__/ / Barrels
   5.c Name of body of water, if commonly known: _____

---

6. At the location of this Accident, had the pipeline segment or facility been identified as one that "could affect" a High Consequence Area (HCA) as determined in the Operator's Integrity Management Program?      ○ Yes ○ No

7. Did the released commodity reach or occur in one or more High Consequence Area (HCA)?      ○ Yes ○ No

   7.a If Yes, specify HCA type(s): *(select all that apply)*
   - [ ] Commercially Navigable Waterway
     Was this HCA identified in the "could affect" determination for this Accident site in the Operator's Integrity Management Program?
     ○ Yes ○ No

   - [ ] High Population Area
     Was this HCA identified in the "could affect" determination for this Accident site in the Operator's Integrity Management Program?
     ○ Yes ○ No

   - [ ] Other Populated Area
     Was this HCA identified in the "could affect" determination for this Accident site in the Operator's Integrity Management Program?
     ○ Yes ○ No

   - [ ] Unusually Sensitive Area (USA) – Drinking Water
     Was this HCA identified in the "could affect" determination for this Accident site in the Operator's Integrity Management Program?
     ○ Yes ○ No

   - [ ] Unusually Sensitive Area (USA) – Ecological
     Was this HCA identified in the "could affect" determination for this Accident site in the Operator's Integrity Management Program?
     ○ Yes ○ No

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

8.  Estimated Property Damage:

8.a  Estimated cost of public and non-Operator private property damage

$ / / / /,/ / / /,/ / / /

8.b  Estimated cost of commodity lost      $ / / / /,/ / / /,/ / / /

8.c  Estimated cost of Operator's property damage & repairs      $ / / / /,/ / / /,/ / / /

8.d  Estimated cost of Operator's emergency response      $ / / / /,/ / / /,/ / / /

8.e  Estimated cost of Operator's environmental remediation      $ / / / /,/ / / /,/ / / /

8.f  Estimated other costs      $ / / / /,/ / / /,/ / / /

Describe _____

8.g  Total estimated property damage  (sum of above)      $ / / / /,/ / / /,/ / / /

---

| **PART E – ADDITIONAL OPERATING INFORMATION** | |

1.  Estimated pressure at the point and time of the Accident  (psig):      / / / /,/ / / /

2.  Maximum Operating Pressure (MOP) at the point and time of the Accident  (psig) :      / / / /,/ / / /

3.  Describe the pressure on the system or facility relating to the Accident:  *(select only one)*
   ☐ Pressure did not exceed MOP
   ☐ Pressure exceeded MOP, but did not exceed 110% of MOP
   ☐ Pressure exceeded 110% of MOP

4.  Not including pressure reductions required by PHMSA regulations (such as for repairs and pipe movement), was the system or facility relating to the Accident operating under an established pressure restriction with pressure limits below those normally allowed by the MOP?
   ☐ No
   ☐ Yes ⇨ *(Complete 4.a and 4.b below)*

   4.a  Did the pressure exceed this established pressure restriction?      ○ Yes      ○ No

   4.b  Was this pressure restriction mandated by PHMSA or the State?      ○ PHMSA      ○ State      ○ Not mandated

5.  Was "Onshore Pipeline, Including Valve Sites" OR "Offshore Pipeline, Including Riser and Riser Bend" selected in PART C, Question 2?
   ☐ No
   ☐ Yes ⇨ *(Complete 5.a – 5.e below)*

   5.a  Type of upstream valve used to initially isolate release source:      ○ Manual      ○ Automatic      ○ Remotely Controlled

   5.b  Type of downstream valve used to initially isolate release source:      ○ Manual      ○ Automatic      ○ Remotely Controlled
        ○ Check Valve

   5.c  Length of segment initially isolated between valves (ft):      / / / /,/ / / /

   5.d  Is the pipeline configured to accommodate internal inspection tools?
        ☐ Yes
        ☐ No ⇨ Which physical features limit tool accommodation?  *(select all that apply)*
           ○ Changes in line pipe diameter
           ○ Presence of unsuitable mainline valves
           ○ Tight or mitered pipe bends
           ○ Other passage restrictions (i.e. unbarred tee's, projecting instrumentation, etc.)
           ○ Extra thick pipe wall (applicable only for magnetic flux leakage internal inspection tools)
           ○ Other ⇨ Describe:_____

   5.e  For this pipeline, are there operational factors which significantly complicate the execution of an internal inspection tool run?
        ☐ No
        ☐ Yes ⇨ Which operational factors complicate execution?  *(select all that apply)*
           ○ Excessive debris or scale, wax, or other wall build-up
           ○ Low operating pressure(s)
           ○ Low flow or absence of flow
           ○ Incompatible commodity
           ○ Other ⇨ Describe:_____

5.f  Function of pipeline system:  *(select only one)*
☐ > 20% SMYS Regulated Trunkline/Transmission      ☐ > 20% SMYS Regulated Gathering
☐ ≤ 20% SMYS Regulated Trunkline/Transmission      ☐ ≤ 20% SMYS Regulated Gathering

---

*Reproduction of this form is permitted*

CONFIDENTIAL – PROPRIETARY AND SENSITIVE SECURITY INFORMATION – DO NOT DISTRIBUTE

6.  Was a Supervisory Control and Data Acquisition (SCADA)-based system in place on the pipeline or facility involved in the Accident?

☐ No

☐ Yes ⇨    6.a  Was it operating at the time of the Accident?          ○ Yes     ○ No

6.b  Was it fully functional at the time of the Accident?          ○ Yes     ○ No

6.c  Did SCADA-based information (such as alarm(s), alert(s), event(s), and/or volume calculations) assist with the detection of the Accident?          ○ Yes     ○ No

6.d  Did SCADA-based information (such as alarm(s), alert(s), event(s), and/or volume calculations) assist with the confirmation of the Accident?          ○ Yes     ○ No

7.  Was a CPM leak detection system in place on the pipeline or facility involved in the Accident?

☐ No

☐ Yes ⇨    7.a  Was it operating at the time of the Accident?          ○ Yes     ○ No

7.b  Was it fully functional at the time of the Accident?          ○ Yes     ○ No

7.c  Did CPM leak detection system information (such as alarm(s), alert(s), event(s), and/or volume calculations) assist with the detection of the Accident?          ○ Yes     ○ No

7.d  Did CPM leak detection system information (such as alarm(s), alert(s), event(s), and/or volume calculations) assist with the confirmation of the Accident?          ○ Yes     ○ No

8.  How was the Accident initially identified for the Operator?  *(select only one)*

☐ CPM leak detection system or SCADA-based information (such as alarm(s), alert(s), event(s), and/or volume calculations)
☐ Static Shut-in Test or Other Pressure or Leak Test
☐ Controller                                    ☐ Local Operating Personnel, including contractors
☐ Air Patrol                                    ☐ Ground Patrol by Operator or its contractor
☐ Notification from Public                       ☐ Notification from Emergency Responder
☐ Notification from Third Party that caused the Accident          ☐ Other _____

8.a  If "Controller", "Local Operating Personnel, including contractors", "Air Patrol", or "Ground Patrol by Operator or its contractor" is selected in Question 8, specify the following:  *(select only one)*

○ Operator employee     ○ Contractor working for the Operator

9.  Was an investigation initiated into whether or not the controller(s) or control room issues were the cause of or a contributing factor to the Accident?  *(select only one)*

☐ Yes, but the investigation of the control room and/or controller actions has not yet been completed by the Operator  *(Supplemental Report required)*
☐ No, the facility was not monitored by a controller(s) at the time of the Accident
☐ No, the Operator did not find that an investigation of the controller(s) actions or control room issues was necessary due to: *(provide an explanation for why the Operator did not investigate)*

_____
_____
_____

☐ Yes, specify investigation result(s):  *(select all that apply)*

○ Investigation reviewed work schedule rotations, continuous hours of service (while working for the Operator) and other factors associated with fatigue
○ Investigation did NOT review work schedule rotations, continuous hours of service (while working for the Operator) and other factors associated with fatigue  *(provide an explanation for why not)*

_____
_____

○ Investigation identified no control room issues
○ Investigation identified no controller issues
○ Investigation identified incorrect controller action or controller error
○ Investigation identified that fatigue may have affected the controller(s) involved or impacted the involved controller(s) response
○ Investigation identified incorrect procedures
○ Investigation identified incorrect control room equipment operation
○ Investigation identified maintenance activities that affected control room operations, procedures, and/or controller response
○ Investigation identified areas other than those above ⇨ Describe: _____

_____
_____
_____

*Reproduction of this form is permitted*

CONFIDENTIAL & PROPRIETARY INFORMATION - SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

1. As a result of this Accident, were any Operator employees tested under the post-accident drug and alcohol testing requirements of DOT's Drug & Alcohol Testing regulations?

    ○ No

    ○ Yes  ⇨  *1.a Specify how many were tested:      /    /    /

          *1.b Specify how many failed:      /    /    /

2. As a result of this Accident, were any Operator contractor employees tested under the post-accident drug and alcohol testing requirements of DOT's Drug & Alcohol Testing regulations?

    ○ No

    ○ Yes  ⇨  *2.a Specify how many were tested:      /    /    /

          *2.b Specify how many failed:      /    /    /

---

| **PART G – APPARENT CAUSE** | *Select only one box from PART G in the shaded column on the left representing the APPARENT Cause of the Accident, and answer the questions on the right. Describe secondary, contributing, or root causes of the Accident in the narrative (PART H).* |
| --- | --- |

## G1 - Corrosion Failure – *only one **sub-cause** can be picked from shaded left-hand column

| ☐ **External Corrosion** | 1. Results of visual examination: <br> ○ Localized Pitting    ○ General Corrosion <br> ○ Other _____ <br><br> 2. Type of corrosion:  *(select all that apply)* <br> ○ Galvanic   ○ Atmospheric   ○ Stray Current   ○ Microbiological   ○ Selective Seam <br> ○ Other _____ <br><br> 3. The type(s) of corrosion selected in Question 2 is based on the following: *(select all that apply)* <br> ○ Field examination    ○ Determined by metallurgical analysis <br> ○ Other _____ <br><br> 4. Was the failed item buried under the ground? <br> ○ Yes  ⇨   4.a Was failed item considered to be under cathodic protection at the time of the Accident? <br> ○ Yes  ⇨ Year protection started:      /    /    /    / <br> ○ No <br><br> 4.b Was shielding, tenting, or disbonding of coating evident at the point of the Accident? <br> ○ Yes  ○ No <br><br> 4.c Has one or more Cathodic Protection Survey been conducted at the point of the Accident? <br> ○ Yes, CP Annual Survey ⇨ Most recent year conducted:      /    /    /    / <br> ○ Yes, Close Interval Survey ⇨ Most recent year conducted:      /    /    /    / <br> ○ Yes, Other CP Survey ⇨ Most recent year conducted:      /    /    /    / <br> ○ No <br><br> ○ No  ⇨  4.d Was the failed item externally coated or painted?   ○ Yes  ○ No <br><br> 5. Was there observable damage to the coating or paint in the vicinity of the corrosion? <br> ○ Yes  ○ No |

*Reproduction of this form is permitted*

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

☐ Internal Corrosion

Results of visual examination:

○ Localized Pitting   ○ General Corrosion   ○ Not cut open
○ Other _____

7. Cause of corrosion: *(select all that apply)*
   ○ Corrosive Commodity   ○ Water drop-out/Acid   ○ Microbiological   ○ Erosion
   ○ Other _____

8. The cause(s) of corrosion selected in Question 7 is based on the following: *(select all that apply)*
   ○ Field examination   ○ Determined by metallurgical analysis
   ○ Other _____

9. Location of corrosion: *(select all that apply)*
   ○ Low point in pipe   ○ Elbow   ○ Other_____

10. Was the commodity treated with corrosion inhibitors or biocides?   ○ Yes   ○ No

11. Was the interior coated or lined with protective coating?   ○ Yes   ○ No

12. Were cleaning/dewatering pigs (or other operations) routinely utilized?
    ○ Not applicable - Not mainline pipe   ○ Yes   ○ No

13. Were corrosion coupons routinely utilized?
    ○ Not applicable - Not mainline pipe   ○ Yes   ○ No

---

**Complete the following if any Corrosion Failure sub-cause is selected AND the "Item Involved in Accident" (from PART C, Question 3) is Tank/Vessel.**

14. List the year of the most recent inspections:
    14.a  API Std 653 Out-of-Service Inspection   / / / / /   ○ No Out-of-Service Inspection completed
    14.b  API Std 653 In-Service Inspection   / / / / /   ○ No In-Service Inspection completed

---

**Complete the following if any Corrosion Failure sub-cause is selected AND the "Item Involved in Accident" (from PART C, Question 3) is Pipe or Weld.**

15. Has one or more internal inspection tool collected data at the point of the Accident?
    ○ Yes   ○ No

    15.a.  If Yes, for each tool used, select type of internal inspection tool and indicate most recent year run:

    ○ Magnetic Flux Leakage Tool   / / / / /
    ○ Ultrasonic   / / / / /
    ○ Geometry   / / / / /
    ○ Caliper   / / / / /
    ○ Crack   / / / / /
    ○ Hard Spot   / / / / /
    ○ Combination Tool   / / / / /
    ○ Transverse Field/Triaxial   / / / / /
    ○ Other _____   / / / / /

16. Has one or more hydrotest or other pressure test been conducted since original construction at the point of the Accident?
    ○ Yes ⇨ Most recent year tested: / / / / /   Test pressure (psig): / / / / / /
    ○ No

17. Has one or more Direct Assessment been conducted on this segment?
    ○ Yes, and an investigative dig was conducted at the point of the Accident   ⇨  Most recent year conducted:   / / / / /
    ○ Yes, but the point of the Accident was not identified as a dig site   ⇨  Most recent year conducted:   / / / / /
    ○ No

18. Has one or more non-destructive examination been conducted at the point of the Accident since January 1, 2002?
    ○ Yes   ○ No

    18.a  If Yes, for each examination conducted since January 1, 2002, select type of non-destructive examination and indicate most recent year the examination was conducted:

    ○ Radiography   / / / / /
    ○ Guided Wave Ultrasonic   / / / / /
    ○ Handheld Ultrasonic Tool   / / / / /
    ○ Wet Magnetic Particle Test   / / / / /
    ○ Dry Magnetic Particle Test   / / / / /
    ○ Other _____   / / / / /

---

*Reproduction of this form is permitted*

CONFIDENTIAL AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## G2 – Natural Force Damage - *only one sub-cause can be picked from shaded left-hand column

| | |
|---|---|
| ☐ **Earth Movement, NOT due to Heavy Rains/Floods** | 1. Specify: ○ Earthquake  ○ Subsidence  ○ Landslide<br>○ Other _____ |
| ☐ **Heavy Rains/Floods** | 2. Specify: ○ Washout/Scouring  ○ Flotation  ○ Mudslide  ○ Other _____ |
| ☐ **Lightning** | 3. Specify: ○ Direct hit  ○ Secondary impact such as resulting nearby fires |
| ☐ **Temperature** | 4. Specify: ○ Thermal Stress  ○ Frost Heave<br>○ Frozen Components  ○ Other _____ |
| ☐ **High Winds** | |
| ☐ **Other Natural Force Damage** | 5. Describe: _____ |

**Complete the following if any Natural Force Damage sub-cause is selected.**

6. Were the natural forces causing the Accident generated in conjunction with an extreme weather event?  ○ Yes  ○ No

6.a If Yes, specify: (*select all that apply*)  ○ Hurricane  ○ Tropical Storm  ○ Tornado
○ Other _____

---

## G3 – Excavation Damage - *only one **sub-cause** can be picked from shaded left-hand column

| | |
|---|---|
| ☐ **Excavation Damage by Operator (First Party)** | |
| ☐ **Excavation Damage by Operator's Contractor (Second Party)** | |
| ☐ **Excavation Damage by Third Party** | |
| ☐ **Previous Damage due to Excavation Activity** | **Complete Questions 1-5 ONLY IF the "Item Involved in Accident" (from PART C, Question 3) is Pipe or Weld.**<br><br>1. Has one or more internal inspection tool collected data at the point of the Accident?<br>○ Yes  ○ No<br><br>    1.a If Yes, for each tool used, select type of internal inspection tool and indicate most recent year run:<br>       ○ Magnetic Flux Leakage    /  /  /  /<br>       ○ Ultrasonic    /  /  /  /<br>       ○ Geometry    /  /  /  /<br>       ○ Caliper    /  /  /  /<br>       ○ Crack    /  /  /  /<br>       ○ Hard Spot    /  /  /  /<br>       ○ Combination Tool    /  /  /  /<br>       ○ Transverse Field/Triaxial    /  /  /  /<br>       ○ Other _____    /  /  /  /<br><br>2. Do you have reason to believe that the internal inspection was completed BEFORE the damage was sustained?  ○ Yes  ○ No<br><br>3. Has one or more hydrotest or other pressure test been conducted since original construction at the point of the Accident?<br><br>    ○ Yes ⇨ Most recent year tested:   /  /  /  /<br>                 Test pressure (psig):   /  / ,/  /  /  /<br>    ○ No<br><br>4. Has one or more Direct Assessment been conducted on the pipeline segment?<br><br>    ○ Yes, and an investigative dig was conducted at the point of the Accident<br>      ⇨ Most recent year conducted:   /  /  /  /<br>    ○ Yes, but the point of the Accident was not identified as a dig site<br>      ⇨ Most recent year conducted:   /  /  /  /<br>    ○ No |

---

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

5. Has one or more non-destructive examination been conducted at the point of the Accident since January 1, 2002?

○ Yes   ○ No

5.a  If Yes, for each examination conducted since January 1, 2002, select type of non-destructive examination and indicate most recent year the examination was conducted:

○ Radiography                    /   /   /   /

○ Guided Wave Ultrasonic          /   /   /   /

○ Handheld Ultrasonic Tool        /   /   /   /

○ Wet Magnetic Particle Test      /   /   /   /

○ Dry Magnetic Particle Test      /   /   /   /

○ Other _____       /   /   /   /

---

**Complete the following if Excavation Damage by Third Party is selected as the sub-cause.**

6. Did the Operator get prior notification of the excavation activity?    ○ Yes   ○ No

6.a  If Yes, Notification received from: *(select all that apply)*   ○ One-Call System   ○ Excavator   ○ Contractor   ○ Landowner

---

**Complete the following mandatory CGA-DIRT Program questions if any Excavation Damage sub-cause is selected.**

7. Do you want PHMSA to upload the following information to CGA-DIRT (www.cga-dirt.com)?    ○ Yes   ○ No

8. Right-of-Way where event occurred: *(select all that apply)*

☐ Public   ⇒ Specify:   ○ City Street   ○ State Highway   ○ County Road   ○ Interstate Highway   ○ Other

☐ Private  ⇒ Specify:   ○ Private Landowner   ○ Private Business   ○ Private Easement

☐ Pipeline Property/Easement

☐ Power/Transmission Line

☐ Railroad

☐ Dedicated Public Utility Easement

☐ Federal Land

☐ Data not collected

☐ Unknown/Other

9. Type of excavator: *(select only one)*

○ Contractor   ○ County   ○ Developer   ○ Farmer   ○ Municipality   ○ Occupant
○ Railroad   ○ State   ○ Utility   ○ Data not collected   ○ Unknown/Other

10. Type of excavation equipment: *(select only one)*

○ Auger   ○ Backhoe/Trackhoe   ○ Boring   ○ Drilling   ○ Directional Drilling
○ Explosives   ○ Farm Equipment   ○ Grader/Scraper   ○ Hand Tools   ○ Milling Equipment
○ Probing Device   ○ Trencher   ○ Vacuum Equipment   ○ Data not collected   ○ Unknown/Other

11. Type of work performed: *(select only one)*

○ Agriculture   ○ Cable TV   ○ Curb/Sidewalk   ○ Building Construction   ○ Building Demolition
○ Drainage   ○ Driveway   ○ Electric   ○ Engineering/Surveying   ○ Fencing
○ Grading   ○ Irrigation   ○ Landscaping   ○ Liquid Pipeline   ○ Milling
○ Natural Gas   ○ Pole   ○ Public Transit Authority   ○ Railroad Maintenance   ○ Road Work
○ Sewer (Sanitary/Storm)   ○ Site Development   ○ Steam   ○ Storm Drain/Culvert   ○ Street Light
○ Telecommunications   ○ Traffic Signal   ○ Traffic Sign   ○ Water   ○ Waterway Improvement
○ Data not collected   ○ Unknown/Other

12. Was the One-Call Center notified?    ○ Yes   ○ No

*12.a  If Yes, specify ticket number:  /   /   /   /   /   /   /   /   /   /   /   /   /   /   /   /

*12.b  If this is a State where more than a single One-Call Center exists, list the name of the One-Call Center notified:

_____

13. Type of Locator:    ○ Utility Owner   ○ Contract Locator   ○ Data not collected   ○ Unknown/Other

14. Were facility locate marks visible in the area of excavation?   ○ No   ○ Yes   ○ Data not collected   ○ Unknown/Other

15. Were facilities marked correctly?    ○ No   ○ Yes   ○ Data not collected   ○ Unknown/Other

16. Did the damage cause an interruption in service?    ○ No   ○ Yes   ○ Data not collected   ○ Unknown/Other

16.a  If Yes, specify duration of the interruption:   /___/___/___/___/ hours

---

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

17. *Damage Information (continued): Please select the one predominant First level CGA-DIRT Root Cause (and where it is available as a choice, the one predominant second level CGA-DIRT Root Cause as well):*

☐ One-Call Notification Practices Not Sufficient:  *(select only one)*
    ○ No notification made to the One-Call Center
    ○ Notification to One-Call Center made, but not sufficient
    ○ Wrong information provided

☐ Locating Practices Not Sufficient:  *(select only one)*
    ○ Facility could not be found/located
    ○ Facility marking or location not sufficient
    ○ Facility was not located or marked
    ○ Incorrect facility records/maps

☐ Excavation Practices Not Sufficient:  *(select only one)*
    ○ Excavation practices not sufficient (other)
    ○ Failure to maintain clearance
    ○ Failure to maintain the marks
    ○ Failure to support exposed facilities
    ○ Failure to use hand tools where required
    ○ Failure to verify location by test-hole (pot-holing)
    ○ Improper backfilling

☐ One-Call Notification Center Error

☐ Abandoned Facility

☐ Deteriorated Facility

☐ Previous Damage

☐ Data Not Collected

☐ Other / None of the Above  *(explain)* _____
_____
_____
_____

*Reproduction of this form is permitted*

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## G4  - Other Outside Force Damage - *only one sub-cause can be picked from shaded left-hand column

| | |
|---|---|
| ☐ **Nearby Industrial, Man-made, or Other Fire/Explosion as Primary Cause of Accident** | |
| ☐ **Damage by Car, Truck, or Other Motorized Vehicle/Equipment NOT Engaged in Excavation** | 1. Vehicle/Equipment operated by: *(select only one)*<br>○ Operator      ○ Operator's Contractor      ○ Third Party |
| ☐ **Damage by Boats, Barges, Drilling Rigs, or Other Maritime Equipment or Vessels Set Adrift or Which Have Otherwise Lost Their Mooring** | 2. Select one or more of the following IF an extreme weather event was a factor:<br>○ Hurricane      ○ Tropical Storm      ○ Tornado<br>○ Heavy Rains/Flood      ○ Other _____ |
| ☐ **Routine or Normal Fishing or Other Maritime Activity NOT Engaged in Excavation** | |
| ☐ **Electrical Arcing from Other Equipment or Facility** | |
| ☐ **Previous Mechanical Damage NOT Related to Excavation** | **Complete Questions 3-7 ONLY IF the "Item Involved in Accident" (from PART C, Question 3) is Pipe or Weld.**<br><br>3. Has one or more internal inspection tool collected data at the point of the Accident?<br>　○ Yes  ○ No<br><br>　3.a  If Yes, for each tool used, select type of internal inspection tool and indicate most recent year run:<br><br>　○ Magnetic Flux Leakage　　　/　/　/　/　/<br>　○ Ultrasonic　　　　　　　　/　/　/　/　/<br>　○ Geometry　　　　　　　　/　/　/　/　/<br>　○ Caliper　　　　　　　　　/　/　/　/　/<br>　○ Crack　　　　　　　　　　/　/　/　/　/<br>　○ Hard Spot　　　　　　　　/　/　/　/　/<br>　○ Combination Tool　　　　　/　/　/　/　/<br>　○ Transverse Field/Triaxial　/　/　/　/　/<br>　○ Other _____　/　/　/　/　/<br><br>4. Do you have reason to believe that the internal inspection was completed BEFORE the damage was sustained?  ○ Yes  ○ No<br><br>5. Has one or more hydrotest or other pressure test been conducted since original construction at the point of the Accident?<br>　○ Yes ⇒　Most recent year tested:　　/　/　/　/　/<br>　　　　　　Test pressure (psig):　　/　/　/,/　/　/　/<br>　○ No<br><br>6. Has one or more Direct Assessment been conducted on the pipeline segment?<br>　○ Yes, and an investigative dig was conducted at the point of the Accident<br>　　⇒ Most recent year conducted:　/　/　/　/　/<br>　○ Yes, but the point of the Accident was not identified as a dig site<br>　　⇒ Most recent year conducted:　/　/　/　/　/<br>　○ No<br><br>*(This section continued on next page with Question 7.)*<br><br><br>7. Has one or more non-destructive examination been conducted at the point of the Accident |

*Reproduction of this form is permitted*

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

|  |  |
|---|---|
|  | ○ Yes   ○ No |
|  | 7.a  If Yes, for each examination conducted since January 1, 2002, select type of non-destructive examination and indicate most recent year the examination was conducted: <br> ○ Radiography _____ /___/___/___/ <br> ○ Guided Wave Ultrasonic _____ /___/___/___/ <br> ○ Handheld Ultrasonic Tool _____ /___/___/___/ <br> ○ Wet Magnetic Particle Test _____ /___/___/___/ <br> ○ Dry Magnetic Particle Test _____ /___/___/___/ <br> ○ Other _____ /___/___/___/ |
| ☐ **Intentional Damage** | 8.  Specify: <br> ○ Vandalism      ○ Terrorism <br> ○ Theft of transported commodity   ○ Theft of equipment <br> ○ Other _____ |
| ☐ **Other Outside Force Damage** | 9.  Describe: _____ |

---

## G5 - Material Failure of Pipe or Weld

**Use this section to report material failures ONLY IF the "Item Involved in Accident" (from PART C, Question 3) is "Pipe" or "Weld."**

*Only one **sub-cause** can be picked from shaded left-hand column*

1. The sub-cause selected below is based on the following:  *(select all that apply)*

   ☐ Field Examination   ☐ Determined by Metallurgical Analysis   ☐ Other Analysis_____

   ☐ Sub-cause is Tentative or Suspected; Still Under Investigation  *(Supplemental Report required)*

| | |
|---|---|
| ☐ **Construction-, Installation-, or Fabrication-related** | 2. List contributing factors:  *(select all that apply)* <br> ☐ Fatigue- or Vibration-related: <br>  ○ Mechanically-induced prior to installation (such as during transport of pipe) <br>  ○ Mechanical Vibration <br> ○ Pressure-related <br> ○ Thermal <br> ○ Other _____ |
| ☐ **Original Manufacturing-related (NOT girth weld or other welds formed in the field)** | ☐ Mechanical Stress <br> ☐ Other _____ |
| ☐ **Environmental Cracking-related** | 3. Specify:  ○ Stress Corrosion Cracking    ○ Sulfide Stress Cracking <br> ○ Hydrogen Stress Cracking    ○ Other _____ |

**Complete the following if any Material Failure of Pipe or Weld sub-cause is selected.**

4. Additional factors:  *(select all that apply)*  ○ Dent   ○ Gouge   ○ Pipe Bend   ○ Arc Burn   ○ Crack   ○ Lack of Fusion <br>   ○ Lamination   ○ Buckle   ○ Wrinkle   ○ Misalignment   ○ Burnt Steel <br>   ○ Other _____

5. Has one or more internal inspection tool collected data at the point of the Accident?   ○ Yes   ○ No

   5.a  If Yes, for each tool used, select type of internal inspection tool and indicate most recent year run: <br>   ○ Magnetic Flux Leakage Tool   /___/___/___/ <br>   ○ Ultrasonic   /___/___/___/ <br>   ○ Geometry   /___/___/___/ <br>   ○ Caliper   /___/___/___/ <br>   ○ Crack   /___/___/___/ <br>   ○ Hard Spot   /___/___/___/ <br>   ○ Combination Tool   /___/___/___/ <br>   ○ Transverse Field/Triaxial   /___/___/___/ <br>   ○ Other _____   /___/___/___/

6. Has one or more hydrotest or other pressure test been conducted since original construction at the point of the Accident? <br>   ○ Yes  ⇨ Most recent year tested:  /___/___/___/     Test pressure (psig):  /___/___,/___/___/ <br>   ○ No

7. Has one or more Direct Assessment been conducted on the pipeline segment? <br>   ○ Yes, and an investigative dig was conducted at the point of the Accident  ⇨ Most recent year conducted:  /___/___/___/ <br>   ○ Yes, but the point of the Accident was not identified as a dig site  ⇨ Most recent year conducted:  /___/___/___/ <br>   ○ No

8. Has one or more non-destructive examination(s) been conducted at the point of the Accident since January 1, 2002? <br>   ○ Yes   ○ No

   8.a  If Yes, for each examination conducted since January 1, 2002, select type of non-destructive examination and indicate most recent year the examination was conducted: <br>   ○ Radiography   /___/___/___/ <br>   ○ Guided Wave Ultrasonic   /___/___/___/ <br>   ○ Handheld Ultrasonic Tool   /___/___/___/ <br>   ○ Wet Magnetic Particle Test   /___/___/___/ <br>   ○ Dry Magnetic Particle Test   /___/___/___/ <br>   ○ Other _____   /___/___/___/

*Reproduction of this form is permitted*

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## G6 - Equipment Failure - *only one sub-cause can be picked from shaded left-hand column

| | |
|---|---|
| ☐ **Malfunction of Control/Relief Equipment** | 1. Specify: *(select all that apply)*<br>○ Control Valve  ○ Instrumentation  ○ SCADA<br>○ Communications  ○ Block Valve  ○ Check Valve<br>○ Relief Valve  ○ Power Failure  ○ Stopple/Control Fitting<br>○ ESD System Failure<br>○ Other _____ |
| ☐ **Pump or Pump-related Equipment** | 2. Specify: ○ Seal/Packing Failure  ○ Body Failure  ○ Crack in Body<br>○ Appurtenance Failure<br>○ Other _____ |
| ☐ **Threaded Connection/Coupling Failure** | 3. Specify: ○ Pipe Nipple  ○ Valve Threads  ○ Mechanical Coupling<br>○ Threaded Pipe Collar  ○ Threaded Fitting<br>○ Other _____ |
| ☐ **Non-threaded Connection Failure** | 4. Specify: ○ O-Ring  ○ Gasket  ○ Seal (NOT pump seal) or Packing<br>○ Other _____ |
| ☐ **Defective or Loose Tubing or Fitting** | |
| ☐ **Failure of Equipment Body (except Pump), Tank Plate, or other Material** | |
| ☐ **Other Equipment Failure** | 5. Describe: _____<br>_____ |

**Complete the following if any Equipment Failure sub-cause is selected.**

6. Additional factors that contributed to the equipment failure: *(select all that apply)*
   ○ Excessive vibration
   ○ Overpressurization
   ○ No support or loss of support
   ○ Manufacturing defect
   ○ Loss of electricity
   ○ Improper installation
   ○ Mismatched items (different manufacturer for tubing and tubing fittings)
   ○ Dissimilar metals
   ○ Breakdown of soft goods due to compatibility issues with transported commodity
   ○ Valve vault or valve can contributed to the release
   ○ Alarm/status failure
   ○ Misalignment
   ○ Thermal stress
   ○ Other _____

*Reproduction of this form is permitted*

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## G7 - Incorrect Operation - *only one **sub-cause** can be picked from shaded left-hand column

| | |
|---|---|
| ☐ **Damage by Operator or Operator's Contractor NOT Related to Excavation and NOT due to Motorized Vehicle/Equipment Damage** | |
| ☐ **Tank, Vessel, or Sump/Separator Allowed or Caused to Overfill or Overflow** | 1. Specify:  ○ Valve misalignment    ○ Incorrect reference data/calculation<br>○ Miscommunication    ○ Inadequate monitoring<br>○ Other _____ |
| ☐ **Valve Left or Placed in Wrong Position, but NOT Resulting in a Tank, Vessel, or Sump/Separator Overflow or Facility Overpressure** | |
| ☐ **Pipeline or Equipment Overpressured** | |
| ☐ **Equipment Not Installed Properly** | |
| ☐ **Wrong Equipment Specified or Installed** | |
| ☐ **Other Incorrect Operation** | 2. Describe: _____ |

**Complete the following if any Incorrect Operation sub-cause is selected.**

3. Was this Accident related to:  *(select all that apply)*
   - ○ Inadequate procedure
   - ○ No procedure established
   - ○ Failure to follow procedure
   - ○ Other: _____

4. What category type was the activity that caused the Accident:
   - ○ Construction
   - ○ Commissioning
   - ○ Decommissioning
   - ○ Right-of-Way activities
   - ○ Routine maintenance
   - ○ Other maintenance
   - ○ Normal operating conditions
   - ○ Non-routine operating conditions (abnormal operations or emergencies)

5. Was the task(s) that led to the Accident identified as a covered task in your Operator Qualification Program?  ○ Yes    ○ No
   - 5.a If Yes, were the individuals performing the task(s) qualified for the task(s)?
      - ○ Yes, they were qualified for the task(s)
      - ○ No, but they were performing the task(s) under the direction and observation of a qualified individual
      - ○ No, they were not qualified for the task(s) nor were they performing the task(s) under the direction and observation of a qualified individual

## G8 – Other Accident Cause - *only one **sub-cause** can be picked from shaded left-hand column

| | |
|---|---|
| ☐ **Miscellaneous** | 1. Describe: _____<br>_____<br>_____ |
| ☐ **Unknown** | 2. Specify:  ○ Investigation complete, cause of Accident unknown<br>○ Still under investigation, cause of Accident to be determined*<br>*(*Supplemental Report required)* |

*Reproduction of this form is permitted*

CONFIDENTIAL OR SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

PART H – NARRATIVE DESCRIPTION OF THE ACCIDENT (Continued from previous page)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**PART I – PREPARER AND AUTHORIZED SIGNATURE**

Preparer's Name  (type or print)                                    Preparer's Telephone Number

Preparer's Title  (type or print)

Preparer's E-mail Address                                            Preparer's Facsimile Number

Authorized Signer's Name                          Date            Authorized Signer Telephone Number

Authorized Signer's Title                                            Authorized Signer's E-mail Address

*Reproduction of this form is permitted*

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

North Dakota

| Hazardous Waste | | | | |
|---|---|---|---|---|
| **When to Report** | **Notification Numbers** | **What to Report** | **Written Follow-Up Reports** | **Citation** |
| Immediately - any spill or discharge of waste which may cause pollution of waters of the state<br><br>Within 24 hours (unless 1 pound or less and immediately contained & cleaned up) | National Response Center (800) 424-8802 if water is threatened or impacted<br><br>and<br><br>North Dakota Dept. of Health (701) 328-5210<br>or<br>ND Dept. of Emergency Services & Div. of State Radio (800) 472-2121 | See attached online reporting form (http://www.nd.gov/des/planning/haz-chem/report/) | Within thirty days of detection of a release to the environment, a report containing the following information must be submitted to the department (of health):<br>(1) Likely route of migration of the release;<br>(2) Characteristics of the surrounding soil (soil composition, geology, hydrogeology, climate);<br>(3) Results of any monitoring or sampling conducted in connection with the release (if available). If sampling or monitoring data relating to the release are not available within thirty days, these data must be submitted to the department as soon as they become available;<br>(4) Proximity to downgradient drinking water, surface water, and populated areas; and<br>(5) Description of response actions taken or planned. | NDAC 33-24-05-109. Response to leaks or spills and disposition of leaking or unfit-for-use tank systems. |

| RCRA Exempt Oil and Gas | | | | |
|---|---|---|---|---|
| **When to Report** | **Notification Numbers** | **What to Report** | **Written Follow-Up Reports** | **Citation** |
| Verbally report within 24 hours any release that:<br>1) is one barrel or greater, or<br>2) travels offsite<br><br>and<br><br>Within a reasonable time frame the operator must notify surface owners upon whose land the incident occurred or traveled | North Dakota Industrial Commission Oil and Gas Division (701) 328-8020<br><br>or<br><br>North Dakota Emergency Management 24-Hour Hotline (800)-472-2121<br><br>and National Response Center (800) 424-8802 if water is threatened or impacted | See attached RCRA Exempt Reporting Form for online reporting of RCRA exempt oil field releases ( crude oil, water, oil/water emulsion, drilling fluids / cuttings, well completion, treatment, and stimulation fluids,  tank bottoms from product and exempt waste containment, workover wastes, packing fluids, pipe scale and other solids, hydrocarbon-bearing soil, pigging wastes from gathering lines, and oil reclamation wastes):<br>https://www.dmr.nd.gov/oilgas/spills/eirform.asp | Written report within 10 days after cleanup including the following information: operator , description of the facility, legal description of the location, date of occurrence, date of cleanup, amount and type<br>of each fluid involved, amount of each fluid recovered, steps taken to remedy the situation, cause, and action taken to prevent reoccurrence | Chapter 38-08, Title 38 of North Dakota Century Code: 43-02-03-30 NOTIFICATION OF FIRES, LEAKS, SPILLS, OR BLOWOUTS |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**North Dakota**

| Non- Exempt Oil and Gas and General Environmental Release | | | | |
|---|---|---|---|---|
| **When to Report** | **Notification Numbers** | **What to Report** | **Written Follow-Up Reports** | **Citation** |
| Immediately report all incidents which may potentially impact human health or safety, waters of the state, either surface water or ground water, or other impacts to the environment, must be reported. | North Dakota Dept. of Health 1 (701) 328-5210

or

ND Dept. of Emergency Services & Div. of State Radio (800) 472-2121

and National Response Center (800) 424-8802 if water is threatened or impacted | See attached  Environmental Incident Report form for online reporting of environemntal releases at

https://www.dmr.nd.gov/oilgas/spills/eirform.asp | As directed by North Dakota Department of Health contact the NDDH to obtain information on what reporting will be required) | NDAC 33-16-02.1-11 paragraph 4, bottom of page 22 |

| Non- Exempt Oil and Gas and General Environmental Release | | | | |
|---|---|---|---|---|
| **When to Report** | **Notification Numbers** | **What to Report** | **Written Follow-Up Reports** | **Citation** |
| If a release is considered a potential danger to persons offsite | 911 & Local Emergency Planning Commission | Pertinent information for protection of public and emergency responders (material, hazards, wind direction, etc.) as required. | As requested | Dept. of Environmental and Natural Resources verbal instruction |

| Butane and Ethane | | | | |
|---|---|---|---|---|
| **When to Report** | **Notification Numbers** | **What to Report** | **Written Follow-Up Reports** | **Citation** |
| If a release is considered a potential danger to persons offsite | 911 & Local Emergency Planning Commission | Pertinent information for protection of public and emergency responders (material, hazards, wind direction, etc.) | As Requested | Dept. of Environmental health verbal instruction |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## South Dakota

| Hazardous Waste | | | | |
|---|---|---|---|---|
| **When to Report** | **Notification Numbers** | **What to Report** | **Written Follow-Up Reports** | **Citation** |
| For waste generators that generate between I00 kilograms and 1,000 kilograms of hazardous waste per month, if a release could threaten human health outside the fac ility or the generator knows the spill has reached surface water | National Response Center (800) 424-8802 South Dakota Department of Environment and Natural Resources (605) 773-3153 (Office hours) (605) 773-3296 (Office hours, Spill report) (605) 773-323 1 (24-hour) | The report, to be made immediately, shou ld indicate: I. The name, address, and EPA identification number of the generator. 2. The date, time, and type of incident. 3. The quantity and type of hazardous waste involved. 4. The extent of injuries, if any. 5. The estimated quantity and dispos ition of any recovered material | The report, to be made immediately, should indicate: I. Name and telephone number of the reporter. 2. Name and address of the facility. 3. Time and type of incident. 4. Name and quantity of materials involved. 5. The extent of injuries, if any. 6. Possible hazards to human health or the environment, outside the facility. Within 15 days after the incident, a written report must be submitted to the Department, providing the above information and describing the quantity and disposition of any material recovered from the incident. | South Dakota Administrative Rules, Title 74, Section 74:28:23:0 I, adopting by reference 40 CFR 262.34(d)    South Dakota Administrative Rules, Title 74, Section 74:28:23: 0 I, adopting by reference 40 CFR 262.34(a), referring to 40 CFR 265.56 |

| RCRA Exempt Oil and Gas | | | | |
|---|---|---|---|---|
| **When to Report** | **Notification Numbers** | **What to Report** | **Written Follow-Up Reports** | **Citation** |
| Fires, breaks, leaks, releases, and blowouts as soon as they are discovered.                 I. Threatens or is in a position to threaten an adjacent body of water,causes an immediate danger to human health or safety, or harms or threatens to harm wildlife or aquatic life. 2. Crude oil in field activities that exceeds the reportable quantity 1 barrel. 3. Petroleum or petroleum product that is greater than 25 gallons, causes a sheen on surface water, or exceeds any  water quality standards. 4. Gas that exceeds 1,000,000 cubic feet. If a gas loss of less than 1,000,000 cubic feet causes the evacuation of an area or threatens public health, it must be reported immediately. | South Dakota Dept. of Environment & Natural Resources (605) 773-3296 (605) 773-3231 (24 hr) and / or  National Response Center (800) 424-8802 if water is threatened or impacted | Provide the fo llowing information (DENR may also request further details): I. The specific location of the discharge. 2. The type and amount of regulated substance discharged. 3. The responsible person's name, address, and telephone number. 4. An explanation of any response action that was taken. 5. The list of agencies notified. 6. The suspected cause of the discharge. 7. The date and time of the discharge to the extent known. 8. The immediate known impacts of the discharge. | A written repott must be submitted within 30 days, inc luding in formation on: I. The location of the incident by quarter-quarter section, township, and range. 2. The date and time of the incident and the amount of oil or gas lost or destroyed. 3. The responsible person's or operator's name, address, and telephone number. 4. The surface owner's name, address, and telephone number. 5. The suspected cause of the incident and any steps or procedures used to remedy the situation, including plans for soil disposal and treatment and any additional assessment and remediation. | South Dakota Administrative   Rules, Title 74, Section 74: 12:04: I 0 |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## South Dakota

### Non- Exempt Oil and Gas and General Environmental Release

| When to Report | Notification Numbers | What to Report | Written Follow-Up Reports | Citation |
|---|---|---|---|---|
| Report releases immediately if any one of the following conditions is met:<br>I. The release threatens or is in a position to threaten surface waters or groundwaters of the state.<br>2. The release threatens or poses an immediate danger to human health or safety.<br>3. The discharge harms or threatens wildlife or aquatic life.<br>4. The release is greater than 25 gallons, or exceeds I barrel or 42 gallons if it is a release of crude oil related to field activities regulated under state oil and gas conservation laws.<br>5. The release causes a sheen on surface water, or exceeds any groundwater or surface water quality standard. | South Dakota Dept. of Environment & Natural Resources<br>(605) 773-3296<br>(605) 773-3231 (24 hr)<br>and / or<br>National Response Center<br>(800) 424-8802 if water is threatened or impacted | Provide the fo llowing information (DENR may also request further details):<br>I. The specific location of the discharge.<br>2. The type and amount of regulated substance discharged.<br>3. The responsible person's name, address, and telephone number.<br>4. An explanation of any response action that was taken.<br>5. The list of agencies notified.<br>6. The suspected cause of the discharge.<br>7. The date and time of the discharge to the extent known.<br>8. The immediate known impacts of the discharge. | DENR will send a follow-up report to the responsible party (see South Dakota Incident Form at page South Dakota - 7), which must be completed and submitted to the above address within 30 days. In addition,<br>the Department requires cleanup of spills and wi ll review the adequacy of cleanup activities. | South Dakota Legislative Code 74:34:01:04 |

### Non- Exempt Oil and Gas and General Environmental Release

| When to Report | Notification Numbers | What to Report | Written Follow-Up Reports | Citation |
|---|---|---|---|---|
| If a release is considered a potential danger to persons offsite | 911 & Local Emergency Planning Commission | Pertinent information for protection of public and emergency responders (material, hazards, wind direction, etc.) as required. | As requested | Dept. of Environmental and Natural Resources verbal instruction |

### Butane and Ethane

| When to Report | Notification Numbers | What to Report | Written Follow-Up Reports | Citation |
|---|---|---|---|---|
| If a release is considered a potential danger to persons offsite | 911 & Local Emergency Planning Commission | Pertinent information for protection of public and emergency responders (material, hazards, wind direction, etc.) as required. | As requested | Dept. of Environmental and Natural Resources verbal instruction |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## Appendix C- OSRO Contractor Information   (Redacted)

- National Response Corporation (NRC)

- SWAT Consulting

- Clean Harbors

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**Appendix D- Emergency Response Personnel Job Descriptions and Guidelines**

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# EMERGENCY RESPONSE PERSONNEL JOB DESCRIPTIONS AND GUIDELINES

The following job descriptions and guidelines are intended to be used as a tool to assist ERP members in their particular positions within the Incident Command System (ICS):

- Incident Commander
- Public Information Officer
- Liaison Officer
- Safety Officer
- Operations Section Chief
- Staging Group Leader
- Repair Group Leader
- Containment Group Leader
- Planning Section Chief
- Environmental Group Leader
- Situation Group Leader
- Logistics Section Chief
- Communications Group Leader
- Security/Medical Group Leader
- Supply/Ground Support Group Leader
- Finance Section Chief
- Accounting Group Leader
- Claims Group Leader
- Legal Group Leader
- Business Resumption Section Chief
- Repair Coordinator

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# INCIDENT COMMANDER

The Incident Commander (IC) manages all activities related to an emergency response and acts as Qualified Individual (QI). As such, the Incident Commander needs to be familiar with the contents of the Facility Response Plan (FRP), Oil Spill Response Plan (OSRP), Emergency Response Action Plan (ERAP), and the Spill Prevention Control and Countermeasure Plan (SPCC). The Incident Commander (IC) must also be familiar with the operation of the Incident Command System (ICS) and the Unified Command Structure (UCS).

The primary goal of this system is to establish and maintain control of the emergency response. If the emergency involves a multi-jurisdictional response (Federal and State), the Unified Command Structure (UCS) should be established. **Realize that the Federal On-Scene Coordinator (FOSC) does have the authority to override the Incident Commander and assume control of the response.** Every effort should be made to establish a collaborative relationship to manage the incident site with the appropriate responding agencies.

As soon as possible following an incident, a critique of the response shall be conducted and follow-up action items identified. Participants may include Operations Control personnel, Company supervisors, and employees and outside agencies involved in the response.

**Responsibilities:**
- Maintain Activity Log.
- Establish Incident Command/Unified Command Post.
- Activate necessary section(s) of the Incident Command System (ICS) to deal with the emergency. Fill out the appropriate section(s) of the Incident Command organization chart and post it at the Incident Command Center.
- Develop goals and objectives for response.
- Work with Safety Officer and Planning Section Chief to develop a Site Safety Plan (SSP).
- Approve, authorize, and distribute Incident Action Plan (IAP) and SSP.
- Conduct planning meetings and briefings with the section chiefs.
- As Qualified Individual coordinate actions with Federal On-Scene Coordinator (FOSC) and State On-Scene Coordinator (SOSC).
- In a multi-jurisdictional response, ensure all agencies are represented in the ICS.
- Coordinate /approve media information releases with the FOSC, SOSC, and Public Information Officer (PIO).
- Keep management informed of developments and progress.
- Authorize demobilization of resources as they are no longer needed.
- Complete Incident Debriefing Form

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# PUBLIC INFORMATION OFFICER

The Public Information Officer (PIO) provides critical contact between the media/public and the emergency responders. The PIO is responsible for developing and releasing information about the incident to the news media, incident personnel, appropriate agencies and public. When the response is multi-jurisdictional (involves the federal and state agencies), the PIO must coordinate gathering and releasing information with these agencies.

The PIO needs to communicate that the Company is conducting an effective response to the emergency. The PIO is responsible for communicating the needs and concerns of the public to the Incident Commander (IC).

**Responsibilities:**
- Maintain Activity Log.
- Obtain briefing from IC.
- Participate in all planning meetings and briefings.
- Obtain outside information that may be useful to incident planning.
- Develop goals and objectives regarding public information.
- Arrange for necessary workspace, materials, telephones and staffing for Public Information Center (PIC).
- Establish a PIC, ensuring all appropriate agencies participate.
- Provide a single point of media contact for the IC.
- Coordinate media access to the response site as approved by the IC.
- Obtain approval for release of information from the IC.
- Arrange for meetings between media and emergency responders.
- Maintain list of all media present.
- Participate in Post Incident Review.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# <u>LIAISON OFFICER</u>

If a Unified Command Structure is not established, a Liaison Officer is appointed as the point of contact for personnel assigned to the incident from assisting or cooperating agencies.

**Responsibilities:**

- Maintain Activity Log.
- Obtain briefing from Incident Commander (IC).
- Participate in planning meetings and briefings.
- Identify and maintain communications link with agency representatives, assisting, and coordinating agencies.
- Identify current or potential inter-organizational issues and advise IC as appropriate.
- Coordinate with Legal Group Leader and Public Information Officer (PIO) regarding information and documents released to government agencies.
- Participate in Post Incident Review

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## SAFETY OFFICER

The Safety Officer is responsible for assessing and monitoring hazardous and unsafe situations at the emergency response site(s). The Safety Officer must develop measures that assure the safety of the public and response personnel. This involves maintaining an awareness of active and developing situations, ensuring the preparation and implementation of the Site Safety Plan (SSP) and assessing safety issues related to the Incident Action Plans (IAP).

**Responsibilities:**

- Maintain Activity Log.
- Obtain briefing from Incident Commander (IC).
- Develop, implement, and disseminate SSP with IC and section chiefs.
- Participate in planning meetings and briefings.
- Establish safety staff if necessary.
- Identify emergency contact numbers. Fill out emergency contact chart and post in the Incident Command Center.
- Conduct safety briefings with all emergency responders.
- Investigate accidents that have occurred during emergency response.
- Ensure proper hazard zones are established.
- Ensure all emergency responders have appropriate level of training.
- Ensure proper Personal Protective Equipment (PPE) is available and used.
- Advise Security/Medical Group Leader concerning PPE requirements.
- Ensure emergency alarms/warning systems are in place as needed.
- Participate in Post Incident Review

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## OPERATIONS SECTION CHIEF

The Operations Section Chief is responsible for the management of all operations applicable to the field response and site restoration activities. Operations directs field activities based on the Incident Action Plan (IAP) and Site Safety Plan (SSP).

**Responsibilities:**
- Maintain Activity Log.
- Obtain briefing from Incident Commander (IC).
- Participate in Incident Command planning meetings and briefings.
- Conduct planning meetings and briefings for Operations Section.
- Develop operations portion of IAP.
- Supervise the implementation of the IAP.
- Make or approve expedient changes to the IAP.
- Request resources needed to implement IAP.
- Approve list of resources to be released.
- Ensure safe tactical operations.
- Establish a staging area for personnel and equipment.
- Confirm first responder actions.
- Confirm the completion of rescue/evacuation and administering of first aid.
- Confirm site perimeters have been established.
- Coordinate activities of public safety responders, contractors, and mutual assistance organizations.
- Participate in Post Incident Review

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## <u>STAGING GROUP LEADER</u>

The Staging Group Leader is responsible for managing all activities within the staging area(s). The Staging Group Leader will collect, organize, and allocate resources to the various response locations as directed by Operations Section Chief.

**Responsibilities:**
- Maintain Activity Log.
- Obtain briefing from Operations Section Chief.
- Participate in Operations' planning meetings and briefings.
- Advise Operations Section Chief of equipment location and operational status.
- Periodically advise Operations Section Chief on inventory status of consumable items (sorbent pads, sorbent boom, etc.).
- Coordinate with Logistics Section Chief regarding inbound equipment, personnel, and supplies.
- Participate in development of Operations' portion of Incident Action Plan (IAP).
- Establish check-in function and inventory control as appropriate.
- Allocate personnel/equipment to site(s) as requested.
- Establish and maintain boundaries of staging area(s).
- Demobilize/relocate staging area as needed.
- Post signs for identification and traffic control.
- Participate in Post Incident Review

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# REPAIR GROUP LEADER

The Repair Group Leader is responsible for supervising the repair and restoration of pipeline facilities.

**Responsibilities:**

- Maintain Activity Log.
- Obtain briefing from Operations Section Chief.
- Periodically advise Operations Section Chief on status of restoration activities.
- Conduct frequent hazard assessments and coordinate safety needs with Operations Section Chief and Safety Officer.
- Participate in Operations' planning meetings and briefings.
- Participate in development of Operations' portion of Incident Action Plan (IAP).
- Conduct facility restoration activities in accordance with Company procedures, Site Safety Plan (SSP) and IAP.
- Determine and request additional materials, equipment, and personnel as needed.
- Ensure all equipment is decontaminated prior to being released.
- Participate in Post Incident Review

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# CONTAINMENT GROUP LEADER

The Containment Group Leader is responsible for supervising the containment and recovery of spilled product and contaminated environmental media both on land and on water.

**Responsibilities:**

- Maintain Activity Log.
- Obtain briefing from Operations Section Chief.
- Participate in Operations' planning meetings and briefings.
- Participate in development of Operations' portion of Incident Action Plan (IAP).
- Conduct activities in accordance with the IAP.
- Assess overall situation for containment and recovery needs and supervise group activities.
- Periodically advise the Operations Section Chief on the status of containment and recovery actions.
- Ensure hazard zones are established and maintained.
- Ensure adequate communication equipment for the containment group response.
- Determine and request additional resources as needed.
- Participate in Post Incident Review

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## PLANNING SECTION CHIEF

The Planning Section Chief is responsible for collecting, evaluating, and disseminating information related to the current and future events of the response effort. The Planning Section Chief must understand the current situation; predict the future course of events; predict future needs; develop response and cleanup strategies; and review the incident once complete.

The Planning Section Chief must coordinate activities with the Incident Commander (IC) and other Section Chiefs to ensure that current and future needs are appropriately handled.

**Responsibilities:**
- Maintain Activity Log.
- Obtain briefing from the IC.
- Establish and maintain communication with IC and other Section Chiefs.
- Advise IC on any significant changes of incident status.
- Conduct planning meetings and briefings for Planning section.
- Coordinate and provide input to the preparation of the Incident Action Plan (IAP).
- Participate in Incident Command planning meetings and briefings.
- In a multi-jurisdictional response, ensure that all agencies are represented in the Planning Section.
- Coordinate future needs for the emergency response.
- Determine response personnel needs.
- Determine personnel needs and request personnel for Planning section.
- Assign technical specialists (archaeologists, historians, biologists, etc.) where needed.
- Collect and analyze information on the situation.
- Assemble information on alternative response and cleanup strategies.
- Ensure situation status unit has a current organization chart of the Incident Command Organization.
- Provide periodic spill movement/migration prediction.
- Participate in Post Incident Review

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## ENVIRONMENTAL GROUP LEADER

The Environmental Group Leader is responsible for ensuring that all areas impacted by the release are identified and cleaned up following company and regulatory standards. The Environmental Group Leader supports Planning and Operations to minimize and document the environmental impact of the release.

The Environmental Group Leader must plan for future site considerations such as long-term remediation and alternative response strategies in unusually sensitive areas. In a Unified Command Structure (UCS), representatives from the federal and state responding agencies will be included in this group.

**Responsibilities:**
- Maintain Activity Log.
- Obtain briefing from the Planning Section Chief.
- Participate in Planning section meetings and briefings.
- Participate in development of Planning's portion of Incident Action Plan (IAP).
- Coordinate environmental activities with responding regulatory agencies.
- Periodically advise the Planning Section Chief on status of group activities.
- Request additional personnel/specialists to support response effort.
- Determine environmental group resource needs.
- Identify and develop a prioritized list of natural, cultural, and economic (NCE) resources at risk.
- Initiate and coordinate Natural Resources Damage Assessment (NRDA) activities.
- Develop a management plan for recovered contaminated media and ensure coordination with Containment Group Leader.
- Ensure proper management of injured/oiled wildlife.
- Determine alternative cleanup strategies for response.
- Participate in Post Incident Review

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## SITUATION GROUP LEADER

The Situation Group Leader is responsible for the collection, evaluation, display, and dissemination of all information related to the emergency response effort. The Situation Group Leader must establish and maintain communications with all portions of the Incident Command and the response site in order to collect the information. The Situation Group Leader also attempts to predict spill movement/migration and identifies areas that may be impacted by the emergency.

**Responsibilities:**
- Maintain Activity Log.
- Obtain briefing from the Planning Section Chief.
- Participate in Planning section meetings and briefings.
- Participate in development of Planning's portion of Incident Action Plan (IAP).
- Maintain a master list of response resources ordered, in staging and in use.
- Collect and display current status of requested response resources.
- Collect and display current status of resources, current spill location, personnel, and weather.
- Analyze current information to determine spill trajectory and potential impacts.
- Disseminate information concerning the situation status upon request from the emergency responders.
- Provide photographic services and maps.
- Establish periodic reconnaissance of impacted area to support information needs.
- Collect information on the status of the implementation of Incident Action Plans. Display this information in the Incident Command Center.
- Participate in Post Incident Review

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# LOGISTICS SECTION CHIEF

The Logistics Section Chief is responsible for procuring facilities, services, and material in support of the emergency response effort.

**Responsibilities:**
- Maintain Activity Log.
- Obtain briefing from the Incident Commander (IC).
- Participate in Incident Command planning meetings and briefings.
- Conduct planning meetings and briefings for Logistics section.
- Participate in the preparation of the Incident Action Plan (IAP).
- Identify service and support requirements for planned operations.
- Identify sources of supply for identified and potential needs.
- Advise IC on current service and support requirements.
- Procure needed materials, equipment and services from sources by means consistent with the timing requirements of the IAP and Operations.
- Ensure all purchases are documented.
- Participate in Post Incident Review

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# COMMUNICATIONS GROUP LEADER

The Communications Group Leader is responsible for ensuring that the Incident Command and emergency responders have reliable and effective means of communication. This may involve activation of multiple types of communications equipment and coordination among multiple responding agencies and contractors.

**Responsibilities:**

- Maintain Activity Log.
- Obtain briefing from Logistics Section Chief.
- Periodically advise Logistics Section Chief on status of communications group.
- Participate in Logistics section planning meetings and briefings.
- Participate in development of Logistics' portion of Incident Action Plan (IAP).
- Establish an Incident Command communications center.
- Ensure Incident Commander (IC) has communications compatible with other response agencies.
- Identify all communications circuits/equipment used by emergency responders and keep a chart updated with this information.
- Determine the type and amount of communications required to support the response effort (computer, radio, telephone, fax, etc.).
- Ensure timely establishment of adequate communications equipment and systems.
- Advise Logistics Section Chief on communications capabilities/limitations.
- Establish an equipment inventory control system for communications gear.
- Ensure all equipment is tested and repaired.
- Participate in Post Incident Review

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## SECURITY/MEDICAL GROUP LEADER

The Security/Medical Group Leader is responsible for developing a plan to deal with medical emergencies, obtaining medical aid and transportation for emergency response personnel, and preparation of reports and records.

The Security/Medical Group Leader is responsible for providing safeguards needed to protect personnel and property from loss or damage. The Security/Medical Group Leader also controls access to the emergency site and Incident Command Center.

**Responsibilities:**
- Maintain Activity Log.
- Obtain briefing from Logistics Section Chief.
- Periodically advise Logistics Section Chief on the status of security and medical problems.
- Participate in Logistics meetings and briefings.
- Participate in development of Logistics' portion of Incident Action Plan (IAP).
- Determine and develop security/medical support plan needs.
- Request medical or security personnel, as needed.
- Work with Safety Officer to identify/coordinate local emergency medical services.
- Coordinate with Safety Officer and Operations Section Chief to establish the Site Safety Plan (SSP) with site boundaries, hazard zones, escape routes, staging areas, Command Center and Personal Protective Equipment (PPE) requirements.
- Coordinate/develop an identification system in order to control access to the incident site.
- Participate in Post Incident Review

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## SUPPLY/GROUND SUPPORT GROUP LEADER

The Supply/Ground Support Group Leader is responsible for procurement and the disposition of personnel, equipment, and supplies; receiving and storing all supplies for the incident; maintaining an inventory of supplies; and servicing non-expendable supplies and equipment. The Supply/Ground Support Group Leader supports the following: transportation of personnel; supplies, food, equipment; and fueling, service, maintenance and repair of vehicles and equipment.

**Responsibilities:**
- Maintain Activity Log.
- Obtain briefing from Logistics Section Chief.
- Periodically advise Logistics Section Chief on status of supply/ground support group.
- Participate in Logistics meetings and briefings.
- Participate in development of Logistics' portion of Incident Action Plan (IAP).
- Communicate with Staging Group Leader concerning material, equipment and personnel that are inbound and the approximate time of arrival.
- Coordinate with other Section Chiefs to ascertain the priority of needed materials, equipment and services.
- Coordinate with Finance Section Chief to establish accounts, purchase orders, AFEs and procedures as necessary.
- Establish an inventory control system for materials and equipment.
- Maintain roads, when necessary.
- Participate in Post Incident Review

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# <u>FINANCE SECTION CHIEF</u>

The Finance Section Chief is responsible for accounting, legal, right-of-way and risk management functions that support the emergency response effort. In this role, the primary responsibility is supporting the Command Staff and Logistics Section matters pertaining to expenses during and following the emergency response.

**Responsibilities:**

- Maintain Activity Log.
- Obtain briefing from Incident Commander (IC).
- Participate in Incident Command planning meetings and briefings.
- Conduct planning meetings and briefings for Finance section.
- Participate in preparation of the Incident Action Plan (IAP).
- Participate in planning meetings.
- Participate in Unified Command System (UCS) as incident warrants.
- Request assistance of corporate accounting, legal, right-of-way or risk management as needed.
- Assist with contracting administration.
- Participate in Post Incident Review

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## ACCOUNTING GROUP LEADER

The Accounting Group Leader is responsible for accumulating and dispensing funding during an emergency response. All charges directly attributed to the incident should be accounted for in the proper charge areas.

**Responsibilities:**

- Maintain Activity Log.
- Obtain briefing from Finance Section Chief.
- Periodically advise Finance Section Chief.
- Participate in Finance planning meetings and briefings.
- Participate in development of Finance's portion of Incident Action Plan (IAP).
- Make recommendations for cost savings to Finance and Logistics Section Chiefs.
- Establish accounts as necessary to support the Logistics section.
- Ensure all invoices are documented, verified, and paid accordingly.
- Involve corporate accounting group for assistance as necessary.
- Participate in Post Incident Review

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# CLAIMS GROUP LEADER

The Claims Group Leader is responsible for managing all risk management and right-of-way issues at, during, and following an emergency response. It is important that all claims are investigated and handled expediently.

**Responsibilities:**
- Maintain Activity Log.
- Obtain briefing from Finance Section Chief.
- Participate in Finance planning meetings and briefings.
- Participate in development of Finance's portion of Incident Action Plan (IAP).
- Periodically inform affected parties of status of emergency response.
- Review and authorize payment of all claims.
- Provide needs of evacuated persons or groups.
- Purchase or acquire property.
- Inform and update necessary insurance groups and underwriters.
- Involve corporate Risk Management or Land, Records, and Claims as needed.
- Participate in Post Incident Review

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# LEGAL GROUP LEADER

The Legal Group Leader is responsible for advising the Incident Command Staff and Section Chiefs on all matters that may involve legal issues.

**Responsibilities:**
- Maintain Activity Log.
- Obtain briefing from Finance Section Chief.
- Periodically advise Finance Section Chief of status.
- Participate in Finance planning meetings and briefings.
- Participate in development of Finance's portion of Incident Action Plan (IAP).
- Conduct investigations per Incident Commander's (IC) request.
- Provide skilled negotiators.
- Communicate to all affected emergency response personnel if work product is declared "Attorney-Client Privilege. "
- Participate in Post Incident Review

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## BUSINESS RESUMPTION SECTION CHIEF

The Business Resumption Section Chief is responsible for managing and directing activities of the repair crews and contractors.

**Responsibilities:**

- Establish and direct the repairs activities.
- Ensure that all work is done in a manner to ensure the safety of all employees and the public.
- Establish and direct any required staging activities.
- Participate in Post Incident Review

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## REPAIR COORDINATOR

The Repair Coordinator is responsible for the timely, efficient, and safe repair of the damaged pipeline segment so that loss of service will be as brief as possible without compromising safety or integrity of repair. Ensure that temporary and/or permanent repair of the affected asset is done in accordance with approved methods.

**Responsibilities:**
- Determine extent and cause of damage.
- Obtain necessary materials, personnel and equipment to repair damage.
- Plan and execute repairs.
- Verify that repairs are complete and sound using proven test methods (x-ray, hydrostatic test or other accepted methods) and in compliance with DOT requirements.
- Supervise completion of repair by the use of proper back-fill materials and techniques.
- Return the ROW to acceptable condition.
- Inform the Incident Commander when pipeline is ready for return to service.
- Coordinate activities with HES and DOT representatives.
- Participate in Post Incident Review

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## Appendix E- Response Zone Maps  (Redacted)

- Aberdeen
- Bismarck
- De Smet
- Eureka
- Gettysburg
- Glen Ullin
- Hazen
- Killdear
- Linton
- Mobridge
- Parshall
- Redfield
- Salem
- Sioux Falls
- Stanley
- Watertown
- Watford City
- Williston

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**Appendix F- Standard Incident Debriefing Form**

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# Drill/Exercise/Incident Response PREP Self-Assessment Form

| | |
|---|---|
| **Exercise/Drill Title:** | |
| **Location:** | |
| **Date of Exercise/Drill:** | |
| **Starting Time:** | **Ending Time:** |
| **Date Evaluation Completed:** | |
| **Evaluator Name:** | **Company:** |
| **Evaluator Name:** | **Company:** |
| **Evaluator Name:** | **Company:** |
| **Evaluator Name:** | **Company:** |

**Type of Exercise/Drill:**

☐ Table Top Drill  ☐ Equipment Deployment  ☐ Emergency Procedures

☐ Actual Spill/Release  ☐ Qualified Individual  ☐ Emergency Telephone Number Verification

Exercise/Drill was:  ☐ Announced    ☐ Unannounced

Scenario:  ☐ Average Most Probable  ☐ Maximum Most Probable  ☐ Worst Case

**Summary of Exercise/Incident:**

- 
- 

Note: Lessons learned and/or corrective actions will be documented on an action item tracking report.
Revision Date: 01/02/14
This record when completed, contains confidential information that is controlled under the Corporate Disclosure Policy.
The completed record, must be protected from inadvertent disclosure to unauthorized persons and maintained under the proper document controls measures. Disclosure of the completed record without consent is prohibited.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# Drill/Exercise/Incident Response PREP Self-Assessment Form

**1. Notifications:** *Test the notifications procedures identified in the Area Contingency Plan (ACP) and the Facility Response Plan (FRP), where applicable.* **NRC Report # 1075053**

| | |
|---|---|
| Were the notification procedures identified in the FRP tested? | ☐ Yes  ☐ No  ☐ NA  ☐ Not Tested  ☐ Not Observed |
| Was the spill response organization, including Response Contractor notified in a timely manner, following plan procedures? | ☐ Yes  ☐ No  ☐ NA  ☐ Not Tested  ☐ Not Observed |
| Notifications to government agencies were made in a timely manner following plan procedures? | ☐ Yes  ☐ No  ☐ NA  ☐ Not Tested  ☐ Not Observed |

**Observations identified:**

**1. 1 Agencies Notified:  Identify all agencies that were notified:**

Federal: ☐ EPA  ☐ USCG  ☐ PHMSA  ☐ OSHA  ☐ Department of Homeland Security  ☐ NRC **Report #:**
State:  ☐ MI- DEP  ☐ State Police  ☐ Other (Canadian Officials- please list)
Local:  ☐ LEPC  ☐ Office of Emergency Management  ☐ Fire Department  ☐ Police Department
☐ Sherriff's Dept.  ☐ Other:

**Observations identified:**

**2.  Staff Mobilization:** *Demonstrate the ability to assemble the spill response organization identified in the Facility Response Plan.*

| | |
|---|---|
| Was the Spill Management Team (SPMT) identified in the FRP? | ☐ Yes  ☐ No  ☐ NA |
| Was the SPMT mobilized for the incident or event? | ☐ Yes  ☐ No  ☐ NA |

**Observations identified:**

**3. Ability to Operate Within the Response Management System Described in the Plan:**

| | |
|---|---|
| **3.1  Unified Command:**  Demonstrate the ability to form or interface within a Unified Command. (Simulated interaction with Fire Chief, Police and responding local agencies) | ☐ Yes  ☐ No  ☐ NA  ☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to consolidate the concerns of the other members of the unified command into a unified strategic plan with tactical operations. | ☐ Yes  ☐ No  ☐ NA  ☐ Not Tested  ☐ Not Observed |
| **3.1.1 Federal Representation:** Was a Federal Representative involved in the drill/incident? | ☐ Yes  ☐ No  ☐ NA  ☐ Not Tested |
| Demonstrate the ability to function within the Unified Command structure, and reflect federal concerns and goals. | ☐ Yes  ☐ No  ☐ NA  ☐ Not Tested  ☐ Not Observed |
| **3.1.2  State Representation:** Was a State Representative involved in the drill/incident. | ☐ Yes  ☐ No  ☐ NA  ☐ Not Tested  ☐ Not Observed |

Note: Lessons learned and/or corrective actions will be documented on an action item tracking report.
Revision Date: 01/02/14
This record when completed, contains confidential information that is controlled under the Corporate Disclosure Policy.
The completed record, must be protected from inadvertent disclosure to unauthorized persons and maintained under the proper document controls measures. Disclosure of the completed record without consent is prohibited.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# Drill/Exercise/Incident Response PREP Self-Assessment Form

| | |
|---|---|
| Demonstrate the ability to function within the Unified Command structure, and reflect state concerns and goals. (Simulated) | ☐ Yes   ☐ No   ☐ NA<br>☐ Not Tested   ☐ Not Observed |
| **3.1.3 Local Government  Representation:** Was a Local Representative involved in the drill/incident? | ☐ Yes   ☐ No   ☐ NA<br>☐ Not Tested |
| Demonstrate the ability to function within the Unified Command structure and reflect local government concerns and goals. | ☐ Yes   ☐ No   ☐ NA<br>☐ Not Tested   ☐ Not Observed |
| List the federal, state and local representatives involved:<br>Local Government -. | |
| **Observations identified:** | |
| **3.1.4 Responsible Party Representative:** Was a Responsible Party Representative involved in the drill/incident? | ☐ Yes   ☐ No   ☐ NA<br>☐ Not Tested |
| Demonstrate the ability to function within the Unified Command structure and reflect responsibility party concerns and goals. | ☐ Yes   ☐ No   ☐ NA<br>☐ Not Tested   ☐ Not Observed |
| List the federal, state and local representatives involved:<br>Responsible party representatives involved -. | |
| **Observations identified:** | |
| ***3.2 Response Management System:*** | ☐ Yes   ☐ No   ☐ NA<br>☐ Not Tested   ☐ Not Observed |
| Did the SPMT operate within the framework of the response management system identified in their respective plans? | |
| **Observations identified:** | |
| ***3.2.1 Operation Section:*** | ☐ Yes   ☐ No   ☐ NA<br>☐ Not Tested   ☐ Not Observed |
| Demonstrate the ability to coordinate or direct operations related to the implementation of the IAP? | |
| **Observations identified:** | |
| ***3.2.2. Planning Section:*** | ☐ Yes   ☐ No   ☐ NA<br>☐ Not Tested   ☐ Not Observed |
| Demonstrate the ability to consolidate the various concerns of the members of the unified command into "joint" planning recommendations and specific long-range strategic plans? | ☐ Yes   ☐ No   ☐ NA<br>☐ Not Tested   ☐ Not Observed |
| Demonstrate the ability to develop short-range tactical plans for the operations division. | |
| **Observations identified:** | |

Note: Lessons learned and/or corrective actions will be documented on an action item tracking report.
Revision Date: 01/02/14
This record when completed, contains confidential information that is controlled under the Corporate Disclosure Policy.
The completed record, must be protected from inadvertent disclosure to unauthorized persons and maintained under the proper document controls measures. Disclosure of the completed record without consent is prohibited.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# Drill/Exercise/Incident Response PREP Self-Assessment Form

| | |
|---|---|
| ***Planning – Situation Unit*** | ☐ Yes ☐ No ☐ NA ☐ Not Tested ☐ Not Observed |
| Demonstrate the ability to collect, compile, display and disseminate current response information including: the amount and type of product spilled/released, location, trajectory, natural resources impacted, locations of the spill response command post, staging and operational areas utilizing written forms, charts, tables and photographs in a location and scale that is sufficient for the needs of the response management team, including maintenance of the incident situation. display. | |
| **Observations identified:**<br>**Note: Examine if having a Situational Unit Leader would benefit the process for future exercises.** | |
| ***Planning – Resource Unit*** | ☐ Yes ☐ No ☐ NA ☐ Not Tested ☐ Not Observed |
| Demonstrate the ability to maintain the status of all incident resources. | |
| **Observations identified:** | |
| ***Planning – Environmental Unit*** | ☐ Yes ☐ No ☐ NA ☐ Not Tested ☐ Not Observed |
| Demonstrate the ability to prepare environmental data including assessments, modeling, surveillance, resources at risk, and impacts on environmentally sensitive sites. | |
| **Observations identified:** | |
| ***Planning – General Planning*** | |
| **Observations identified:** | |
| ***3.2.3 Logistics:*** | ☐ Yes ☐ No ☐ NA ☐ Not Tested ☐ Not Observed |
| Demonstrate the ability to provide the necessary support of both the short-term and long-term action plans. | |
| **Observations identified:** | |
| ***3.2.4 Finance:*** | ☐ Yes ☐ No ☐ NA ☐ Not Tested ☐ Not Observed |
| Demonstrate the ability to document the daily expenditures of the organization, forecast and provide cost estimates for continuing operations. | |
| **Observations identified:** | |
| ***3.2.5 Public Affairs:*** | ☐ Yes ☐ No ☐ NA ☐ Not Tested ☐ Not Observed |
| Demonstrate the ability to form a joint information center and provide the necessary interface between the unified command and the media. | |

Note: Lessons learned and/or corrective actions will be documented on an action item tracking report.
Revision Date: 01/02/14
This record when completed, contains confidential information that is controlled under the Corporate Disclosure Policy.
The completed record, must be protected from inadvertent disclosure to unauthorized persons and maintained under the proper document controls measures. Disclosure of the completed record without consent is prohibited.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## Drill/Exercise/Incident Response PREP Self-Assessment Form

| | |
|---|---|
| **Observations identified:** | |
| ***3.2.6 Safety:*** | ☐ Yes  ☐ No  ☐ NA<br>☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to monitor, assess and/or anticipate hazardous and unsafe situations and ensure compliance with safety standards. | |
| **Observations identified:** | |
| ***3.2.7 Legal:*** | ☐ Yes  ☐ No  ☐ NA<br>☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to provide the unified command with suitable legal advice and assistance. | |
| **Observations identified:** | |
| ***3.2.8 <u>Liaison Affairs:</u>*** | ☐ Yes  ☐ No  ☐ NA<br>☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to integrate assisting and or cooperating agency Representatives into the organization. | |
| **Observations identified:** | |
| ***4. Discharge Control:*** | ☐ Yes  ☐ No  ☐ NA<br>☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability of the spill response organization to control and stop the discharge at the source. | |
| **Observations identified:** | |
| ***4.1 Emergency Services:*** | ☐ Yes  ☐ No  ☐ NA<br>☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to assemble and deploy emergency resources identified in the FRP. | |
| **Observations identified:** | |
| ***4.2 Firefighting:*** | ☐ Yes  ☐ No  ☐ NA<br>☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to assemble and deploy the firefighting resources identified in the response plan. | |
| **Observations identified:** | |
| ***4.3 Lightering:*** | ☐ Yes  ☐ No  ☐ NA<br>☐ Not Tested  ☐ Not Observed |
| Did the SPMT demonstrate the ability to assemble and deploy the lightering resources identified in the response plan. | |

Note: Lessons learned and/or corrective actions will be documented on an action item tracking report.
Revision Date: 01/02/14
This record when completed, contains confidential information that is controlled under the Corporate Disclosure Policy.
The completed record, must be protected from inadvertent disclosure to unauthorized persons and maintained under the proper document controls measures. Disclosure of the completed record without consent is prohibited.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

## Drill/Exercise/Incident Response PREP Self-Assessment Form

| | |
|---|---|
| **Observations identified:** | |
| *5. Assessment:* | ☐ Yes  ☐ No  ☐ NA  ☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to provide an initial assessment of the discharge and provide continuing assessments of the effectiveness of the tactical operations. | |
| **Observations identified:** | |
| *6. Containment:* | ☐ Yes  ☐ No  ☐ NA  ☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to contain the discharge at the source or in various locations for recovery operations. | |
| **Observations identified:**<br> Lewis Environmental did a nice job planning out | |
| *7. Recovery:* | ☐ Yes  ☐ No  ☐ NA  ☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to recover, mitigate, and remove the discharged product? Includes  mitigation and removal activities, e.g. dispersant use, In-Situ Burn (ISB) or bioremediation use. | |
| **Observations identified:** | |
| *7.1 On-Water Recovery:* | ☐ Yes  ☐ No  ☐ NA  ☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to assemble, deploy and effectively operate the on-water response resources identified in the FRP. | |
| **Observations identified:** | |
| *7.2 Shore-Based Recovery:* | ☐ Yes  ☐ No  ☐ NA  ☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to assemble and deploy the shore side clean-up resources identified in the FRP? | |
| **Observations identified:** | |
| *8. Protection:* | ☐ Yes  ☐ No  ☐ NA  ☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to protect the environmentally and eco-sensitive areas identified in the ACP and the FRP. | |
| **Observations identified:**<br>. | |
| *8.1 Protective Booming:* | ☐ Yes  ☐ No  ☐ NA  ☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to implement the protection strategies contained in the ACP and the FRP. | |
| **Observations identified:** | |
| *8.2 Water Intake Protection:* | ☐ Yes  ☐ No  ☐ NA  ☐ Not Tested  ☐ Not Observed |

Note: Lessons learned and/or corrective actions will be documented on an action item tracking report.
Revision Date: 01/02/14
This record when completed, contains confidential information that is controlled under the Corporate Disclosure Policy.
The completed record, must be protected from inadvertent disclosure to unauthorized persons and maintained under the proper document controls measures. Disclosure of the completed record without consent is prohibited.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# Drill/Exercise/Incident Response PREP Self-Assessment Form

| | |
|---|---|
| Demonstrate the ability to quickly identify water intakes and implement the proper protection procedures from the ACP, FRP or develop a plan for use. | |
| **Observations identified: Note:** Team discussed reservoir dam protection. | |
| ***8.3 Wildlife Recovery and Rehabilitation:*** | ☐ Yes  ☐ No  ☐ NA<br>☐ Not Tested  ☐ Not Observed |
| Did the spill response organization demonstrate the ability to quickly identify these resources at risk <u>and</u> implement the proper protection procedures from the ACP, FRP or develop a plan for use. | |
| **Observations identified:** | |
| ***8.4 Population Protection (Protect Public Health and Safety):*** | ☐ Yes  ☐ No  ☐ NA<br>☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to quickly identify health hazards associated with the discharged product and the population at risk from these hazards, and to implement the proper protection procedures or develop a plan for use? | |
| **Observations identified:** | |
| ***9. Disposal:*** | ☐ Yes  ☐ No  ☐ NA<br>☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability of the spill response organization to dispose of the recovered material and contaminated debris?<br><br>Note: Discussed potential clean-up of any contaminated materials used during response. | |
| **Observations identified:** | |
| ***Disposal - Waste Management:*** | ☐ Yes  ☐ No  ☐ NA<br>☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to properly manage the recovered material and contaminated debris, and to develop the waste management plan for approval by the Unified Command?  The plan will include appropriate procedures for obtaining permits and/or waivers, water characterization, waste minimization, volumetric determination, and overall waste management and final disposition, as appropriate. Note: Interface with the liaison officer to facilitate contacts with appropriate state and local agencies. | |
| **Observations identified:** | |
| **10. Communications:** | ☐ Yes  ☐ No  ☐ NA<br>☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to establish an effective communications system for the spill response organization? | |
| **Observations identified:** | |
| **10.1 Internal Communications:** | ☐ Yes  ☐ No  ☐ NA<br>☐ Not Tested  ☐ Not Observed |

Note: Lessons learned and/or corrective actions will be documented on an action item tracking report.
Revision Date: 01/02/14
This record when completed, contains confidential information that is controlled under the Corporate Disclosure Policy.
The completed record, must be protected from inadvertent disclosure to unauthorized persons and maintained under the proper document controls measures. Disclosure of the completed record without consent is prohibited.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# Drill/Exercise/Incident Response PREP Self-Assessment Form

| | |
|---|---|
| Demonstrate the ability to establish an intra-organization communications system. This encompasses communications at the command post and between the command post and deployed resources. | |
| **Observations identified:** | |
| **10.2 External Communications:** | ☐ Yes  ☐ No  ☐ NA<br>☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to establish communications both within the response organization and other entities (e.g., RRT, claimants, media, regional or HQ agency offices, non-governmental organizations, etc.). | |
| **Observations identified:** | |
| **11. Transportation:** | ☐ Yes  ☐ No  ☐ NA<br>☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to provide effective multi-mode transportation both for execution of the discharge and support functions. | |
| **Observations identified:** | |
| **11.1 Land Transportation:** | ☐ Yes  ☐ No  ☐ NA<br>☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to provide effective land transportation for all elements of the response. | |
| **Observations identified:** | |
| **11.2 Waterborne Transportation:** | ☐ Yes  ☐ No  ☐ NA<br>☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to provide effective waterborne transportation for all elements of the response. | |
| **Observations identified:** | |
| **11.3 Aviation Operations** | ☐ Yes  ☐ No  ☐ NA<br>☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to provide effective airborne transportation and/or spill tracking for the response. | |
| **Observations identified:** | |
| **12. Personnel Support:** | ☐ Yes  ☐ No  ☐ NA<br>☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to provide the necessary support of all personnel associated with the response. | |
| **Observations identified:** | |
| **12.1 Management:** | ☐ Yes  ☐ No  ☐ NA<br>☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to provide administrative management of all personnel involved in the response. This requirement includes the ability to move personnel | |

Note: Lessons learned and/or corrective actions will be documented on an action item tracking report.
Revision Date: 01/02/14
This record when completed, contains confidential information that is controlled under the Corporate Disclosure Policy.
The completed record, must be protected from inadvertent disclosure to unauthorized persons and maintained under the proper document controls measures. Disclosure of the completed record without consent is prohibited.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# Drill/Exercise/Incident Response PREP Self-Assessment Form

| | |
|---|---|
| into or out of the response organization with established procedures. | |
| **Observations identified:** | |
| **12.2 Lodging (Berthing):** | ☐ Yes  ☐ No  ☐ NA  ☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to provide overnight accommodations on a continuing basis for a sustained response. | |
| **Observations identified:** | |
| **12.3 Food (Messing)** | ☐ Yes  ☐ No  ☐ NA  ☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to provide suitable feeding arrangements for personnel involved with the management of the response? | |
| **Observations identified:** | |
| **12.4 Operational and Administrative Spaces:** | ☐ Yes  ☐ No  ☐ NA  ☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to provide suitable operational and administrative spaces for personnel involved with the management of the response. | |
| **Observations identified:** | |
| **12.5 Emergency Procedures:** | ☐ Yes  ☐ No  ☐ NA  ☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to provide emergency services for personnel involved in the response. | |
| **Observations identified:** Team discussed residential evacuations and sheltering in place plans. | |
| **13. Equipment Maintenance and Support:** | ☐ Yes  ☐ No  ☐ NA  ☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to maintain and support all equipment associated with the response. | |
| **Observations identified:** | |
| **13.1 Response Equipment:** | ☐ Yes  ☐ No  ☐ NA  ☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to provide effective maintenance and support for all response equipment. | |
| **Observations identified:** | |
| **13.2 Response Equipment:** | ☐ Yes  ☐ No  ☐ NA  ☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to provide effective maintenance and support for all equipment that supports the response?  This requirement includes communications equipment, transportation equipment, administrative equipment, etc. | |
| **Observations identified:** | |

Note: Lessons learned and/or corrective actions will be documented on an action item tracking report.
Revision Date: 01/02/14
This record when completed, contains confidential information that is controlled under the Corporate Disclosure Policy.
The completed record, must be protected from inadvertent disclosure to unauthorized persons and maintained under the proper document controls measures. Disclosure of the completed record without consent is prohibited.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

# Drill/Exercise/Incident Response PREP Self-Assessment Form

| | |
|---|---|
| **14. Procurement:** | ☐ Yes  ☐ No  ☐ NA  ☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to establish an effective procurement system. | |
| **Observations identified:** | |
| **14.1 Personnel:** | ☐ Yes  ☐ No  ☐ NA  ☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to procure sufficient personnel to mount and sustain an organized response? Includes insuring that all personnel have qualifications and training required for their position within the response organization. | |
| **Observations identified:** | |
| **14.2 Response Equipment:** | ☐ Yes  ☐ No  ☐ NA  ☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to procure sufficient response equipment to mount and sustain an organized response. | |
| **Observations identified:** | |
| **14.3 Support Equipment:** | ☐ Yes  ☐ No  ☐ NA  ☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to procure sufficient support equipment to support and sustain an organized response. | |
| **Observations identified:** | |
| **15. Documentation:** | ☐ Yes  ☐ No  ☐ NA  ☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability of the spill response organization to document all operational and support aspects of the response. | ☐ Yes  ☐ No  ☐ NA  ☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to provide detailed records of decisions and actions taken. | ☐ Yes  ☐ No  ☐ NA  ☐ Not Tested  ☐ Not Observed |
| Demonstrate the ability to collect, compile and preserve all documents associated With the response? | |
| **Observations identified:** | |

Note: Lessons learned and/or corrective actions will be documented on an action item tracking report.
Revision Date: 01/02/14
This record when completed, contains confidential information that is controlled under the Corporate Disclosure Policy.
The completed record, must be protected from inadvertent disclosure to unauthorized persons and maintained under the proper document controls measures. Disclosure of the completed record without consent is prohibited.

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**Appendix G- Incident Management Team (IMT)**

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

|                   | TEAM A | TEAM B | TEAM C | TEAM D |
|-------------------|--------|--------|--------|--------|
| IC                |        |        |        |        |
| OSC               |        |        |        |        |
| OSC-B/U           |        |        |        |        |
| PSC               |        |        |        |        |
| PSC-B/U           |        |        |        |        |
| STUL              |        |        |        |        |
| STUL-B/U          |        |        |        |        |
| RSUL              |        |        |        |        |
| RSUL-B/U          |        |        |        |        |
| DCUL              |        |        |        |        |
| DCUL-B/U          |        |        |        |        |
| EUL               |        |        |        |        |
| LSC               |        |        |        |        |
| LSC- B/U          |        |        |        |        |
| LNO               |        |        |        |        |
| LNO-Staff         |        |        |        |        |
| TechSpec          |        |        |        |        |
| ROW               |        |        |        |        |
| ROW               |        |        |        |        |
| SFO               |        |        |        |        |
| SFO - B/U         |        |        |        |        |
| FSC               |        |        |        |        |
| PIO               |        |        |        |        |
| Situation- Staff  |        |        |        |        |
| IT                |        |        |        |        |
| Comms             |        |        |        |        |

CONFIDENTIAL, PROPRIETARY, AND HIGHLY SENSITIVE SECURITY INFORMATION - DO NOT DUPLICATE OR DISTRIBUTE

**Appendix H – EPP 101 – PREP Training and Record Guide**    (Redacted)