Plaintiff's Complaint

Exhibit J    Satellite image, Oahe Reservoir at DAPL crossing, Oct. 9, 2024



**Exhibit J**