UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Standing Rock Sioux Tribe<br>1 Standing Rock Avenue<br>Fort Yates, North Dakota 58538,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. Army Corps Engineers<br>441 G Street<br>Washington D.C. 20314,<br><br>Michael Connor, in his capacity as<br>Assistant Secretary<br>108 Army Pentagon<br>Washington D.C. 20310,<br><br>Col. Robert J. Newbauer, in his capacity as<br>Omaha District Commander<br>1616 Capitol Avenue Suite 9000<br>Omaha Nebraska 68102, and<br><br>Brig. Gen. Geoff Van Epps, in his capacity as<br>Northwestern Division Commander<br>1201 NE Lloyd Boulevard<br>Portland, Oregon 97232-1257,<br><br>    Defendants. | Case No. 1:24-cv-02905 |

**NOTICE OF APPEARANCE**

To: The clerk of the court and all parties of record

  I am admitted or otherwise authorized to practice in this court and I appear in this case as counsel for plaintiff Standing Rock Sioux Tribe.

1

DATED this 30<u>th</u> day of October 2024

*Peter Capossela*

_____
Peter Capossela
Attorney at Law, PC
Post Office Box 10643
Eugene, Oregon 97440
(541) 505-4883
pcapossela@nu-world.com
*Admitted Pro hac vice*