UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Standing Rock Sioux Tribe<br>1 Standing Rock Avenue<br>Fort Yates, North Dakota 58538,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. Army Corps Engineers<br>441 G Street<br>Washington D.C. 20314,<br><br>Michael Connor, in his capacity as<br>Assistant Secretary<br>108 Army Pentagon<br>Washington D.C. 20310,<br><br>Col. Robert J. Newbauer, in his capacity as<br>Omaha District Commander<br>1616 Capitol Avenue Suite 9000<br>Omaha Nebraska 68102, and<br><br>Brig. Gen. Geoff Van Epps, in his capacity as<br>Northwestern Division Commander<br>1201 NE Lloyd Boulevard<br>Portland, Oregon 97232-1257,<br><br>    Defendants. | Case No. 1:24-cv-02905 |

**NOTICE OF APPEARANCE**

To: The clerk of the court and all parties of record

  I am admitted or otherwise authorized to practice in this court and I appear in this case as counsel for plaintiff Standing Rock Sioux Tribe.

1

DATED this 30th day of October 2024

                                                                                          _____
                                                                                          Jeffrey C. Parsons
Parsons Law Office, LLC
2055 W. 136th Avenue, Ste. 106-311
Broomfield, Colorado 80023
(720) 203-2871
jeff@parsonslawoffice.com
*Admitted Pro hac vice*