UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Standing Rock Sioux Tribe, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| U.S. Army Corps Engineers; Michael Connor, in his capacity as Assistant Secretary; Col. Robert J. Newbauer, in his capacity as Omaha District Commander; Brig. Gen. Geoff Van Epps, in his capacity as Northwestern Division Commander, | ) ) ) ) ) ) ) |
| | ) |
|    Defendants. | ) |

Case No. 1:24-cv-02905-JEB

## NOTICE OF APPEARANCE

Please enter the appearance of Peter Kryn Dykema as counsel for the Defendants.

Service of all papers by U.S. Mail should be addressed to:

>Peter Kryn Dykema
>US Department of Justice
>Environment & Natural Resources Division
>Natural Resources Section
>P.O. Box 7611
>Washington DC 20044-0663

Overnight and hand deliveries should be addressed to:

>Peter Kryn Dykema
>U.S. Department of Justice
>Environment and Natural Resources Division
>4 Constitution Square
>150 M Street, N.E., Suite 3.206
>Washington, D.C. 20002

Electronic service should be addressed to:

        peter.dykema@usdoj.gov AND
efile_nrs.enrd@usdoj.gov

Dated this 5th day of November, 2024.

Respectfully submitted,

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

*/s/Peter Kryn Dykema*
Peter Kryn Dykema
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C.   20044-0482
peter.dykema@usdoj.gov

Phone: (202) 305 0436
Fax: (202) 305 0274
Attorneys for Defendants

Electronically filed.