## UNITED STATES DISTRICT COURT
## DISTRICT OF WASHINGTON, D.C.

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>      Plaintiff,<br><br>v.<br><br>U.S. ARMY CORPS ENGINEERS;<br>MICHAEL CONNOR, in his capacity as Assistant Secretary[1];<br>COL. ROBERT J. NEWBAUER, in his Capacity as Omaha District Commander; and<br>BRIG. GEN. GEOFF VAN EPPS, in his capacity as Northwestern Division Commander,<br><br>      Defendants. | Case No. 1:24-cv-02905 |

### STATE OF NORTH DAKOTA'S MOTION TO INTERVENE AS A DEFENDANT-INTERVENOR

Pursuant to Federal Rule of Civil Procedure 24 and D.D.C. Local Rule 7(j), the State of North Dakota submits this Motion to Intervene as a Defendant-Intervenor. North Dakota respectfully requests that the Court grant its motion for leave to intervene as of right pursuant to Fed. R. Civ. P. 24(a)(2), or alternatively grant permissive intervention under Fed. R. Civ. P. 24(b)(1)(B).

In accordance with Local Rule 7(m), undersigned counsel has conferred with Counsel for Plaintiff and Counsel for Defendants. Plaintiff takes no position North Dakota's Motion until it can review the Motion, and will communicate its position to the Court in a timely filed Response. Defendants do not oppose North Dakota's request for permissive intervention.

---

[1] At the time of this filing Mr. Jaime A. Pinkham is the current acting Assistant Secretary.

1

As set forth in the attached Memorandum, North Dakota seeks to participate in this matter to protect significant sovereign, environmental, and economic interests that are threatened by Plaintiff's Complaint, which again seeks to shut down the Dakota Access Pipeline.

Date: November 7, 2024.

        DREW H. WRIGLEY
        ATTORNEY GENERAL

        /s/ *Paul M. Seby*
        Paul M. Seby
        Special Assistant Attorney General
        1144 15th St, Suite 3300
        Denver, CO 80202
        Phone: (303) 572-6584
        Email: sebyp@gtlaw.com

        PHILIP AXT
        Solicitor General
        MATTHEW SAGSVEEN
        Director of Natural Resources & Indian Affairs
        600 E. Boulevard Ave., Dept. 125
        Bismarck ND 58505
        Phone: (701) 328-2210
        Email: pjaxt@nd.gov
        Email: masagsve@nd.gov

        *Counsel for Proposed Defendant-Intervenor*
        *the State of North Dakota*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 7th day of November 2024, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

                              */s/ Paul Seby*