# UNITED STATES DISTRICT COURT
# DISTRICT OF WASHINGTON, D.C.

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br>Plaintiff,<br><br>v.<br><br>U.S. ARMY CORPS ENGINEERS;<br>MICHAEL CONNOR, in his capacity as Assistant Secretary;<br>COL. ROBERT J. NEWBAUER, in his Capacity as Omaha District Commander; and<br>BRIG. GEN. GEOFF VAN EPPS, in his capacity as Northwestern Division Commander,<br><br>Defendants. | Case No. 1:24-cv-02905 |

## DECLARATION OF DOUG GOEHRING
## NORTH DAKOTA AGRICULTURE COMMISSIONER

I, Doug Goehring, state and declare that:

1. I am over 21 years of age and am competent and duly authorized to make this Declaration and could testify to its content if called upon to do so. The statements contained in this Declaration are based on my personal and professional knowledge or information available to me in the performance of my official duties.

I.      **Introduction.**

2.      I have served as the North Dakota Agriculture Commissioner since 2009. As Agriculture Commissioner, I serve the people of North Dakota. I am the head of the North Dakota Department of Agriculture (Department). Beyond my responsibilities to North Dakota's agriculture industry, my public duties as Agriculture Commissioner include oil and gas, other State energy and mineral resources, electricity transmission, water, trade, business development, tax equalization, public infrastructure, and numerous other responsibilities.

3.      As Agriculture Commissioner, I am a statutorily appointed and a sitting member of the North Dakota Industrial Commission (NDIC).[1]

4.      As Agriculture Commissioner, I am also a statutorily appointed and a sitting member of the North Dakota Pipeline Authority (NDPA).[2]

---

[1] The Industrial Commission (NDIC) of North Dakota consists of the Governor, Attorney General, and Agriculture Commissioner. Each is an independent state-wide elected official. The NDIC has jurisdiction over oil and gas resources, the investigation and publication of geological information, and the regulation of coal exploration, geophysical exploration, geothermal energy, paleontology resources, subsurface minerals, geophysical exploration, underground storage and retrieval of nonhydrocarbons, high-level radioactive waste disposal, and carbon dioxide underground storage in North Dakota through the Department of Mineral Resources Geological Survey and Oil and Gas Division. The NDIC appoints the Director of the Department of Mineral Resources, who serves as Director of the Oil and Gas Division, the Assistant Director of the Oil and Gas Division, and the State Geologist.

[2] The North Dakota Pipeline Authority (NDPA) consists of the Governor, Attorney General, and Agriculture Commissioner. Each is an independent state-wide elected official. The NDPA is statutorily responsible for "diversifying and expanding the North Dakota economy by facilitating development of pipeline facilities to support

5. I am a third-generation farmer and operate a 2,800-acre, no-till farm with my son near Menoken in south central North Dakota, where we raise corn, soybeans, spring wheat, sunflowers, and barley. In the past, we have also produced winter wheat, durum, canola, mustard, millet, safflower, alfalfa, lentils, and field peas. We have also had a feeder cattle operation.

6. I am the past president of the National Association of State Departments of Agriculture (NASDA), a nonpartisan, nonprofit association that represents all the elected and appointed commissioners, secretaries, and directors of the departments of agriculture in all fifty states and four U.S. territories. I am also the current president (and previous president, during the 2012-2013 term) of the Midwestern Association of State Departments of Agriculture.[3]

## II. DAPL is safe and bolsters North Dakota's economy.

7. I am familiar with the Complaint in this matter, which seeks an immediate and permanent injunction against the continued operation of the Dakota Access Pipeline (DAPL) at the crossing of the Missouri River at Lake Oahe in North Dakota.

---

the production, transportation, and utilization of North Dakota energy-related commodities thereby increasing employment, stimulating economic activity, augmenting sources of tax revenue, fostering economic stability, and improving the state's economy".

[3] The Midwestern Association of State Departments of Agriculture (MASDA) is comprised of the Commissioners, Secretaries, and Directors of Agriculture from the midwestern states of Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Missouri, Nebraska, North Dakota, Ohio, Oklahoma, South Dakota, and Wisconsin.

8. North Dakota has an interest in this litigation. In my opinion, the most safe, efficient, reliable, ecologically friendly, and cost-effective means of transporting crude oil within and across North Dakota is through pipeline infrastructure.[4] DAPL safely and efficiently carries approximately 50% of North Dakota's crude oil

---

[4] *Accord.* According to the U.S. Department of Transportation, Pipeline and Hazardous Materials Safety Administration:

> The nation's pipelines are a transportation system. Pipelines enable the safe movement of extraordinary quantities of energy products to industry and consumers, literally fueling our economy and way of life. The arteries of the Nation's energy infrastructure, as well as one of the safest and least costly ways to transport energy products, our oil and gas pipelines provide the resources needed for national defense, heat and cool our homes, generate power for business and fuel an unparalleled transportation system.
>
> The nation's more than 2.6 million miles of pipelines safely deliver trillions of cubic feet of natural gas and hundreds of billions of ton/miles of liquid petroleum products each year. They are essential: the volumes of energy products they move are well beyond the capacity of other forms of transportation. It would take a constant line of tanker trucks, about 750 per day, loading up and moving out every two minutes, 24 hours a day, seven days a week, to move the volume of even a modest pipeline. The railroad-equivalent of this single pipeline would be a train of 225, 28,000-gallon tank cars.
>
> Pipeline systems are the safest means to move these products. The federal government rededicated itself to pipeline safety in 2006 when the PIPES Act was signed. It mandates new methods and makes commitments for new technologies to manage the integrity of the nation's pipelines and raise the bar on pipeline safety.

Available at https://www.phmsa.dot.gov/faqs/general-pipeline-faqs (last accessed Oct. 30, 2024).

4

production to markets outside of the State for further processing, and it possesses the potential capacity to safely transport a great deal more.

9. That crude oil transportation brings revenue not only to mineral-owning North Dakota citizens, but to the State as well – generating billions of dollars of revenues and other economic benefits annually for the State. Of additional note, DAPL also transports approximately 60% of all crude oil produced by the Mandan, Hidatsa and Arikara Nation (MHA), in central North Dakota, known as the Three Affiliated Tribes.

10. DAPL has been fully constructed, and has been in continuous operation, for the past seven-plus years without any significant incident. When running across North Dakota agricultural working lands, DAPL is safely buried at an average depth of 4 feet deep. It is located well under the soil-level of agricultural cultivation and is more than one and a half feet deeper than what is required by U.S. Department of Transportation regulation. *See* 49 CFR § 195.248.[5] Reclamation of affected lands along the pipeline corridor bas been successfully completed, and agricultural operations are being conducted on top of those reclaimed lands.

---

[5] Under 49 CFR § 195.248 – Cover Over Buried Pipeline – agricultural lands in North Dakota are categorized as "any other area." Accordingly, § 195.248 requires any pipeline laid under those agricultural lands to be buried at a minimum of 30 inches deep.

11.     If the operation of DAPL was shut down, it would immediately cause the State of North Dakota to lose significant income in the form of significantly decreased oil & gas taxes and decreased royalty revenues. But beyond the obvious impact to North Dakota's tax base and energy sector, a shutdown of DAPL would also significantly impact North Dakota's agricultural industry.

### III.    North Dakota's agriculture industry.

12.     As Agriculture Commissioner since 2009 and as a life-long agricultural producer, I am very familiar with the agricultural industry, that is quintessential North Dakota and has defined North Dakota since statehood in 1889. North Dakota is rich in agriculture, being home to nearly 40 million acres devoted to farming and ranching, comprising approximately 90 percent of the total land area in the State.

13.     North Dakota agriculture contributes approximately $40 billion in economic activity annually to the State. North Dakota has nearly 25,000 farms and ranches. Of North Dakota's approximately 780,000 residents, only about 2% are farmers and ranchers. Nonetheless, agriculture broadly supports nearly 25% of the State's workforce. Moreover, North Dakota's agricultural significance extends well beyond traditional crops and livestock. Agribusiness and food processing, agriculture equipment manufacturing and dealerships, innovative technology, local food and farmers markets, agritourism, and agricultural education all are part of the State's thriving and most predominant industry.

14. The Department's mission is to "[s]erve, advocate, protect and promote agriculture to benefit everyone." The Department furthers this mission by promoting agriculture, protecting the value and use of agricultural lands, protecting agricultural capacity and output, and promoting rural economic development and agricultural industries.[6]

15. In my opinion, a closure of DAPL would foreseeably, unnecessarily, and significantly harm North Dakota agriculture, and by extension, the State of North Dakota.

### IV. North Dakota's agriculture industry and its energy industry are tied together.

16. Agriculture and energy, North Dakota's two largest industries, are tied intrinsically together. In North Dakota, petroleum production in the Bakken

---

[6] The Department administers well over 100 separate active regulatory and other programs involving agriculture. Many of these programs are also related to energy production in the State, such as: (1) the Pipeline Restoration and Reclamation Oversight Program that connects landowners and tenants experiencing pipeline reclamation and restoration issues with an independent ombudsman pursuant to North Dakota Century Code section 4.1-01-17; (2) the Postproduction Royalty Oversight Program that connects royalty owners and well operators with an independent ombudsman to provide assistance with royalty payment issues pursuant to North Dakota Century Code section 4.1-01-26; (3) the North Dakota Mediation Service that may mediate disputes related to easements for oil and gas-related pipelines and associated facilities pursuant to North Dakota Century Code section 38-11.1-09.2; and (4) the North Dakota Working Lands Environmental Mitigation Program that creates, restores, or mitigates similar habitat affected by the construction or operation of an energy conversion or transmission facility pursuant to North Dakota Century Code section 4.1-01-21.1.

formation coexists well with agriculture. For example, it is very common for oil wells to share the same space where farming and ranching operations are conducted. The placement and operation of these oil rigs on working lands in North Dakota generally do not interfere with production agriculture. Further, North Dakota farmers and ranchers often receive lease or royalty payments associated with energy production on their lands that can be an important supplemental part of their farm or ranch-related income.

17. Moreover, North Dakota energy and agriculture are tied together in other ways. The availability and cost of energy directly impact the ability of farmers to produce food. Modern agriculture in North Dakota requires substantial energy inputs at all stages of agricultural production such as direct use of energy in farm machinery, water management, irrigation, cultivation, and harvesting. Post-harvest energy use in North Dakota likewise includes considerable energy inputs for food processing, storage, and transportation to waypoints and markets.

18. In addition, there are many indirect energy inputs used in agriculture in the form of mineral fertilizers and crop protection tools such as pesticides, fungicides, insecticides, and herbicides. To that point, in recent years, steadily rising energy prices subsequently have resulted in increased costs in the manufacture and application of farm inputs, such as fertilizer and pesticides, consequently affecting farmers' overhead costs of production.

8

19. Disruptions to transportation and availability of energy and energy-derived inputs, directly or indirectly associated with the temporary or permanent closing of DAPL, would further significantly diminish the ability of agricultural producers in North Dakota to produce commodities predictably and efficiently and, ultimately, diminish their ability to provide food for consumers, impacting our nation's food security.

> **V. A DAPL shutdown would result in more semi-trailer tanker truck and railcar transport, and would divert limited railcar transport from agriculture to crude oil.**

20. The importance of dependable and sufficient railcar capacity to North Dakota's agriculture industry cannot be overstated. North Dakota agriculture consistently relies on efficient and cost-effective railcar transportation. For example, many North Dakota grain elevators transport nearly all their commodity inventories by rail.

21. Each day, DAPL removes from North Dakota's railways the equivalent of over 815 railcars that would otherwise restrict capacity and velocity on the State's rail system (or the equivalent of over 3000 commercial semi-trailer tanker trucks). North Dakota has limited refining capacity and as a result most Bakken formation crude oil produced in the State must be shipped and exported out of the State to be refined. Consequently, if DAPL is closed down and no longer operating, North Dakota oil producers will then have an immediate critical need for a replacement

transportation method to export approximately 570,000 barrels of crude oil daily out of the State.

22. Without DAPL capacity, North Dakota produced crude oil must still be transported to market. Oil producers would face increased transportation costs or logistical challenges, making it less profitable to extract oil. This added overhead could slow production growth or lead to reduced output.

23. Oil producers would need to resort to more expensive alternatives to move oil, which would cut into profit margins and make North Dakota's oil less competitive compared to other regions. With very few available practical options, oil producers will be compelled to surge rail and tanker truck transport, which is slower, more costly, more energy intensive, less environmentally sensitive, and more prone to accidents.[7]

---

[7] Rail and truck transport of crude oil is statistically more dangerous than pipeline transport, leading to a higher risk of accidents, spills, and explosions. Shifting oil transportation to these methods could increase the likelihood of environmental hazards. *See e.g.,* Diana Furchtgott-Roth, *Pipelines are Safest for Transportation of Oil and Gas*, Manhattan Institute for Policy Research, Issue Brief No. 23, June 2013 ("safety and accident statistics provided by the U.S. Department of Transportation for the extensive network of existing U.S. pipelines—including many linked to Canada—clearly show that, in addition to enjoying a substantial cost advantage, pipelines result in fewer spillage incidents and personal injuries than road and rail."), available at https://manhattan.institute/article/pipelines-are-safest-for-transportation-of-oil-and-gas (last accessed Oct. 30, 2024); Kenneth P. Green & Taylor Jackson, Fraser Research Bulletin, *Safety in the Transportation of Oil and Gas: Pipelines or Rail?* (Aug, 2015), pg. 1 ("Specifically, rail is found to be over 4.5 times more likely to experience an occurrence when compared to pipelines."), available at https://www.fraserinstitute.org/sites/default/files/safety-in-the-

24. Once built, a continuous-flow crude oil pipeline like DAPL is a significantly less expensive option for moving oil than by railcar or tanker truck. Rail and trucking oil transportation systems, on a volume-distance basis (i.e., per barrel-mile), add more risk and create more expense.

25. Moreover, transporting oil by rail or truck generates higher carbon emissions compared to pipeline transport, which consequently would increase the state's overall greenhouse gas emissions. In addition, the thousands of additional railcars and tanker trucks carrying inflammable crude oil throughout the State would lead to additional railway and roadway congestion in North Dakota as they travel through cities, small rural communities, and rural areas.

26. If predominantly relying upon rail, because the typical rail tank car carries about 715 barrels, it would take an *additional* projected 800 rail tank cars every single day to transport <u>one way</u> the crude oil that otherwise would be conveyed by DAPL. Then, after these railcars reach their respective destinations and the oil is delivered and offloaded, all these railcars would have to be returned to North Dakota empty and be immediately readied for the next trip. Furthermore, it would take

---

transportation-of-oil-and-gas-pipelines-or-rail-rev2.pdf (last accessed Oct. 30, 2024); *Freight Quick Facts Report*, U.S. Dep't of Transp., Fed. High. Admin. (2016), at 32 (federal comparison of freight-related fatalities among various modes of transportation showed pipeline transportation to be far safer than any other feasible alternative on a per-billion ton-miles basis), available at https://ops.fhwa.dot.gov/publications/fhwahop16083/fhwahop16083.pdf (last accessed Oct. 30, 2024).

several months or more for railroads within the State to successfully ramp up rail crude oil shipping, and there is no guarantee existing railroads additionally could effectively accommodate DAPL's entire current operational capacity.

27. Most notably in relation to North Dakota agriculture, if DAPL is shut down, the oil industry – that already competes with the agriculture industry for existing limited rail capacity – would then become a much more formidable competitor within the available rail transport market. Railroads, through local railcar auctions, allocate scarce and limited rail capacity to the customers with the highest willingness to pay. Along these lines, oil producers would suddenly command a considerably greater share of local railcars and railways, inevitably displacing North Dakota agricultural commodities and goods.

28. Agriculture remains North Dakota's leading industry, and the State produces over 50 different commodities. The top agricultural commodities by cash receipts are soybeans, wheat, corn, cattle & calves, and canola. North Dakota leads the nation in the production of more than a dozen other commodities, including spring and durum wheat, rye, food grains, assorted beans, flaxseed, canola, oats, honey, and sunflowers. North Dakota is also a hotbed for emerging crops like industrial hemp, hops, fava beans, and carinata.

29. Railcars in North Dakota regularly transport spring wheat, durum, barley, corn, soybeans, animal feed, and fertilizer. Approximately eighty-three percent

(83%) of North Dakota total agricultural commodity production is shipped by rail including approximately ninety (90%) of North Dakota wheat, ninety (90%) of soybeans, and eighty (80%) of corn.

30. The extensive reallocation by North Dakota railways to haul much more North Dakota sweet crude oil would inevitably compromise and displace North Dakota agricultural commodities and food. This wholesale restructuring of existing limited North Dakota railcar capacity from agriculture commodities to crude oil would destabilize currently operating regional agricultural supply chains, stress short-term and long-term local agricultural storage capacity, and, in some cases, potentially strand North Dakota agricultural products. This would then adversely affect food processor and retailers and consequently limit to some degree North Dakota consumers' access to food.

31. Due to substantially increased rail transport demand, it would also significantly increase the costs North Dakota and regional farmers and ranchers must pay to haul commodities and livestock to market[8] – significantly affecting thin

---

[8] *See generally* Elaine Kub, CFA, Agricultural Economist, *Rail Traffic Congestion: Economic Losses to Agricultural Sectors if Oil Transported by the Dakota Access Pipeline Shifts to Rail*, July 2023, Executive Summary, pg 7:

> If flows on DAPL were to shift to the Midwest rail system, and freight congestion were to occur that was similar (or worse) than what occurred in 2013-2014, the agricultural industry [in the Midwest] should expect to lose over $3 billion per year. The economic losses would come from at least three sources:

agriculture production profit margins and market competitiveness. The unnecessary additional production expenses placed on North Dakota agricultural producers, processors, and retailers ultimately would be passed onto and paid by consumers.

## VI.   Conclusion.

32.   A DAPL shutdown would affect the food security of all who depend upon North Dakota agricultural producers, processors, and retailers to ship affordable food through rail transport. That said, every single American citizen also uses petroleum products daily in some capacity. The cost and price of energy is built into nearly everything Americans use and consume. To this point, safe and efficient oil pipelines like DAPL help keep energy prices low and reasonable.

---

1. Freight costs passed back to farmers in the form of weaker grain bids. May lead to $1.51 billion in annual losses.
2. Increased freight costs for processed ag commodities and a loss of 9% of annual ethanol production. May lead to $1.48 billion in annual losses to the ethanol industry.
3. Higher freight costs to ship ag inputs (e.g., fertilizer) by rail. May cost ag retailers and farmers $45 million more annually to receive necessary products.

Available at https://elainekub.com/freight-congestion/ (last accessed Oct. 30, 2024); *see generally also* Elaine Kub, CFA, Agricultural Economist, *Insufficient Freight, An Assessment of U.S. Transportation Infrastructure and Its Effects on the Grain Industry*, July 2015, pg. 7 ("The rail service challenges of 2014 may have cost the average North Dakota corn farmer more than $10,000 off his corn receipts alone, not including other agricultural products that were also affected by freight costs."). Available at https://www.ourenergypolicy.org/wp-content/uploads/2015/07/InsufficientFreight-WhitePaper-D7.pdf (last accessed Oct. 30, 2024).

33. In the end, if DAPL is shuttered, increases in fuel production costs for gasoline, diesel, and other petroleum products would be passed onto the American consumer and other end users who would pay more for food, heating, cooling, and transportation, with the most vulnerable and impoverished in our State and nation being hurt the worst – those in underserved communities, and the socially and economically disadvantaged.

34. DAPL and the product it carries help provide and boost economic growth for communities across North Dakota. It greatly supports North Dakota's predominant agriculture and energy economies, helps generate billions in State tax revenue used to fund public services like schools, infrastructure and healthcare, and substantially reduces truck and rail congestion on the State's roadways and railways. DAPL represents long-term infrastructure investment that could continue benefiting North Dakota for years to come through ongoing maintenance, operational jobs, and associated economic activity.

35. In my opinion, continued DAPL operations is both in the interest of North Dakota and in the interest of our nation.[9] A DAPL shutdown would foreseeably, unnecessarily, and significantly harm the State of North Dakota – specifically

---

[9] *C.f.*, Section 324(b) of the Fiscal Responsibility Act of 2023 ("CONGRESSIONAL FINDINGS AND DECLARATION.—The Congress hereby finds and declares that the timely completion of construction and operation of the Mountain Valley Pipeline is required in the national interest.").

through harming North Dakota agriculture, North Dakota energy, the North Dakota economy, the Department, and North Dakota residents including North Dakota farmers and ranchers. It would correspondingly negatively impact our nation's energy independence and security – subsequently impacting our national security.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Bismarck, North Dakota on November 1, 2024.

_____
Doug Goehring
Agriculture Commissioner
State of North Dakota