**UNITED STATES DISTRICT COURT**
**DISTRICT OF WASHINGTON, D.C.**

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>  Plaintiff,<br><br>v.<br><br>U.S. ARMY CORPS ENGINEERS;<br>MICHAEL CONNOR, in his capacity as Assistant Secretary;<br>COL. ROBERT J. NEWBAUER, in his Capacity as Omaha District Commander; and<br>BRIG. GEN. GEOFF VAN EPPS, in his capacity as Northwestern Division Commander,<br><br>  Defendants. | Case No. 1:24-cv-02905 |

**[PROPOSED] ORDER GRANTING THE STATE OF NORTH DAKOTA'S MOTION TO INTERVENE AS A DEFENDANT-INTERVENOR**

Having considered the State of North Dakota's Motion to Intervene as a Defendant-Intervenor in this action, and finding good cause for North Dakota's intervention as a matter of right pursuant to Fed. R. Civ. P. 24(a)(2):

The Court hereby GRANTS the motion and ORDERS that:

1.  North Dakota shall be admitted as a Defendant-Intervenor in this action as a matter of right pursuant to Fed. R. Civ. P. 24(a)(2).

IT IS SO ORDERED.

Dated this ___ day of _____ 2024.

 

                  _____
                   James E. Boasberg
                   U.S. District Court Chief Judge