# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STANDING ROCK SIOUX TRIBE**, § § *Plaintiff*, § § *v.* § § **U.S. ARMY CORPS OF ENGINEERS; MICHAEL L. CONNOR; ROBERT NEWBAUER; GEOFF VAN EPPS**, § § § § § § *Defendants*, § § **STATE OF NORTH DAKOTA**, et al., § § *Defendant-Intervenors*, § § **DAKOTA ACCESS, LLC,** § 8111 Westchester Drive, Suite 600, § Dallas, Texas 75225, § § *Proposed Defendant-Intervenor.* § | Case No. 1:24-cv-02905-JEB |

## [PROPOSED] ORDER GRANTING DAKOTA ACCESS, LLC'S UNOPPOSED MOTION TO INTERVENE IN SUPPORT OF DEFENDANTS

Upon consideration of Dakota Access, LLC's Unopposed Motion to Intervene in Support of Defendants, and supporting documents, and good cause appearing,

IT IS ORDERED that Dakota Access, LLC is granted leave to intervene in this action.

Dated: _____

_____
Hon. James E. Boasberg
Chief United States District Judge

## **ATTORNEYS TO BE NOTICED**

Jeffrey C. Parsons (*pro hac vice*)
PARSONS LAW OFFICE
2205 W. 136th Avenue Suite 106-311
Broomfield, CO 80023

Peter Capossela (*pro hac vice*)
P.O. Box 10643
Eugene, OR 97440

William Stewart Eubanks, II
EUBANKS & ASSOCS., PLLC
1629 K Street NW, Suite 300
Washington, DC 20006

*Attorneys for Plaintiff*

Peter Kryn Dykema
Cameron Hinojos
UNITED STATES DEPARTMENT OF JUSTICE
150 M Street, NE
Washington, DC 20002

Sarah Izfar
UNITED STATES DEPARTMENT OF JUSTICE
P.O. Box 7611
Washington, DC 20044

Jeremy S. Simon
UNITED STATES DEPARTMENT OF JUSTICE
Patrick Henry Building
601 D Street NW
Washington, DC 20530

*Attorneys for Defendants*

Paul Martin Seby
GREENBERG TRAURIG, LLP
1200 17th Street, Suite 2400
Denver, CO 80202

*(continued)*

Philip J. Axt
NORTH DAKOTA OFFICE OF THE ATTORNEY GENERAL
600 E. Boulevard Avenue, Dept. 125
Bismarck, ND 58505

*Attorneys for Defendant-Intervenor*
*the State of North Dakota*

Brenna Bird
Eric H. Wessan
Patrick C. Valencia
OFFICE OF THE ATTORNEY GENERAL OF IOWA
1305 East Walnut Street
Des Moines, IA 50319

*Attorneys for Defendant-Intervenor*
*the State of Iowa*

Christopher M. Carr
Stephen J. Petrany
OFFICE OF THE ATTORNEY GENERAL OF GEORGIA
40 Capitol Square, SW
Atlanta, GA 30334

*Attorneys for Defendant-Intervenor*
*the State of Georgia*

Theodore E. Rokita
James A. Barta
OFFICE OF THE INDIANA ATTORNEY GENERAL
302 West Washington Street
Indianapolis, IN 46204

*Attorneys for Defendant-Intervenor*
*the State of Indiana*

Russell Coleman
Victor V. Maddox
Jason P. Woodall
KENTUCKY OFFICE OF THE ATTORNEY GENERAL
700 Capitol Avenue, Suite 118
Frankfort, Kentucky 40601

*Attorneys for Defendant-Intervenor*
*the Commonwealth of Kentucky*

Liz Murill
J. Benjamin Aguiñaga
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, LA 70804

*Attorneys for Defendant-Intervenor
the State of Louisiana*

Andrew T. Bailey
Victoria S. Lowell
MISSOURI ATTORNEY GENERAL'S OFFICE
815 Olive Street, Suite 200
St. Louis, MO 63101

*Attorneys for Defendant-Intervenor
the State of Missouri*

Austin Knudsen
Christian B. Corrigan
Peter M. Torstensen, Jr.
MONTANA DEPARTMENT OF JUSTICE
215 N. Sanders Street
Helena, MT 59601

*Attorneys for Defendant-Intervenor
the State of Montana*

Grant S. Strobl
OFFICE OF THE NEBRASKA ATTORNEY GENERAL
2115 State Capitol
Lincoln, NE 68509

*Attorney for Defendant-Intervenor
the State of Nebraska*

Gentner Drummond
Garry M. Gaskins, II
OFFICE OF THE ATTORNEY GENERAL, STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105

*Attorneys for Defendant-Intervenor
the State of Oklahoma*

Alan Wilson
Thomas T. Hydrick
OFFICE OF THE ATTORNEY GENERAL OF SOUTH CAROLINA
P.O. Box 11549
Columbia, SC 29211

*Attorneys for Defendant-Intervenor
the State of South Carolina*

Marty J. Jackley
Jennifer L. Verleger
OFFICE OF THE ATTORNEY GENERAL
1302 East Highway 14, Suite 1
Pierre, South Dakota 57501

*Attorneys for Defendant-Intervenor
the State of South Dakota*

Ken Paxton
Brent Webster
Ralph Molina
Austin Kinghorn
Ryan D. Walters
Ryan G. Kercher
Zachary W. Berg
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Capitol Station
Austin, TX 78711

*Attorneys for Defendant-Intervenor
the State of Texas*

Patrick Morrisey
Michael R. Williams
OFFICE OF THE WEST VIRGINIA ATTORNEY GENERAL
State Capitol Complex
Building 1, Room E-26
Charleson, WV 25301

*Attorneys for Defendant-Intervenor
the State of West Virginia*