IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **STANDING ROCK SIOUX TRIBE**, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | |
| **U.S. ARMY CORPS OF ENGINEERS; MICHAEL L. CONNOR; ROBERT NEWBAUER; GEOFF VAN EPPS**, | § § § § § | |
| *Defendants*, | § § | Case No. 1:24-cv-02905-JEB |
| **STATE OF NORTH DAKOTA**, et al., | § § § | |
| *Defendant-Intervenors*, | § § | |
| **DAKOTA ACCESS, LLC,** 8111 Westchester Drive, Suite 600, Dallas, Texas 75225, | § § § § § | |
| *Proposed Defendant-Intervenor.* | § | |

## PROPOSED RESPONSIVE PLEADING OF DAKOTA ACCESS, LLC

Pursuant to Federal Rule of Civil Procedure 24(c) and Local Civil Rule 7(j), Proposed Intervenor Dakota Access, LLC hereby submits its pleading setting forth the claim or defense for which intervention is sought. Dakota Access is seeking intervention in order to oppose each and every request for relief in Plaintiff's Complaint, and to fully participate in this matter in defense of the federal Defendants' decisions regarding the various permits, authorizations, and verifications at issue in this case. More specifically, Dakota Access is seeking intervention to defend against Plaintiffs' five claims of relief, which allege violations of the Administrative Procedure Act, the Mineral Leasing Act, the Army Corps of Engineers' Regulations for

1

Administration of Department of Defense Real Estate, the Federal Acquisition and Streamlining Act of 1994, the Clean Water Act, and other associated regulations.

    If granted intervention, Dakota Access will file its answer or responsive pleading by the same deadlines as Defendants, consistent with the preferences this Court has expressed regarding intervenors' participation.

Dated:  December 18, 2024            Respectfully submitted,

*/s/ William S. Scherman*

William S. Scherman (D.C. Bar No. 384860)
Ronald J. Tenpas (D.C. Bar No. 981074)
Jason J. Fleischer (D.C. Bar No. 978810)
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, D.C. 20037
Telephone: (202) 639-6588
Facsimile: (202) 639-6604
Email: wscherman@velaw.com
Email: rtenpas@velaw.com
Email: jfleischer@velaw.com

*Counsel for Dakota Access, LLC*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on the 18th day of December 2024, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.


Dated:  December 18, 2024                 Respectfully submitted,

                                                */s/ William S. Scherman*
                                                William S. Scherman (D.C. Bar No. 384860)
                                                VINSON & ELKINS LLP
                                                2200 Pennsylvania Avenue NW
                                                Suite 500 West
                                                Washington, D.C. 20037
                                                Telephone: (202) 639-6588
                                                Facsimile: (202) 639-6604
                                                Email: wscherman@velaw.com

                                                *Counsel for Dakota Access, LLC*