IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STANDING ROCK SIOUX TRIBE**, | § |
| *Plaintiff*, | § |
| v. | § |
| **U.S. ARMY CORPS OF ENGINEERS; MICHAEL L. CONNOR; ROBERT NEWBAUER; GEOFF VAN EPPS**, | § |
| *Defendants*, | §    Case No. 1:24-cv-02905-JEB |
| **STATE OF NORTH DAKOTA**, et al., | § |
| *Defendant-Intervenors*, | § |
| **DAKOTA ACCESS, LLC,**<br>8111 Westchester Drive, Suite 600,<br>Dallas, Texas 75225, | § |
| *Proposed Defendant-Intervenor.* | § |

**CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE REQUIRED BY RULE 26.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Dakota Access, LLC is a nongovernmental entity. Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Dakota Access, LLC states that it is owned 75% by Dakota Access Holdings LLC and 25% by Phillips 66 DAPL Holdings LLC. These companies are in turn owned as follows:

1. Dakota Access Holdings, LLC is wholly owned by Bakken Pipeline Investment LLC, which is owned 51% by Bakken Holdings Company LLC, and 49% by MarEn Bakken Company LLC (a joint venture between MPLX LP and Enbridge Inc.).

2. Bakken Holdings Company LLC is owned 60% by ET CC Holdings LLC and 40% by Permian Express Partners LLC, which in turn is owned 87.7% by ET CC Holdings LLC and 12.3% by Mid-Point Pipeline LLC (an indirect subsidiary of Exxon Mobil Corporation).

3. ET CC Holdings LLC is a wholly owned subsidiary of Energy Transfer LP ("ET").

4. Phillips 66 DAPL Holdings LLC is an indirect, wholly owned subsidiary of Phillips 66 Company.

Certificate required by Rule 26.1 of the Local Civil Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Dakota Access, LLC, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates or companies which own at least 10% of the stock of Dakota Access, LLC which have any outstanding securities in the hands of the public:

1. Phillips 66 Company.  Phillips 66 Company holds an ownership interest in Dakota Access, LLC through several privately held subsidiaries.

2. Energy Transfer LP ("ET").  ET holds an ownership interest in Dakota Access, LLC through several privately held subsidiaries.  ET is a publicly traded partnership and is listed on the NYSE under the ticker symbol "ET."  ET also owns the general partner interest and certain limited partner interests in Sunoco LP (NYSE: SUN) and USA Compression Partners, LP (NYSE: USAC).

3. MPLX LP, Enbridge Inc., and Exxon Mobil Corporation.  Each of these entities hold an ownership interest in Dakota Access, LLC through several privately held subsidiaries.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: December 18, 2024                    Respectfully submitted,

*/s/ William S. Scherman*

William S. Scherman (D.C. Bar No. 384860)
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, D.C. 20037
Telephone: (202) 639-6588
Facsimile: (202) 639-6604
Email: wscherman@velaw.com

*Counsel for Dakota Access, LLC*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on the 18th day of December 2024, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

Dated:  December 18, 2024                Respectfully submitted,

                                                  */s/ William S. Scherman*
                                                  William S. Scherman (D.C. Bar No. 384860)
                                                  VINSON & ELKINS LLP
                                                  2200 Pennsylvania Avenue NW
                                                  Suite 500 West
                                                  Washington, D.C. 20037
                                                  Telephone: (202) 639-6588
                                                  Facsimile: (202) 639-6604
                                                  Email: wscherman@velaw.com

                                                  *Counsel for Dakota Access, LLC*