AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Standing Rock Sioux Tribe ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:24-cv-02905-JEB |
| U.S. Army Corps of Engineers, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Intervenor-Defendant State of Georgia.

Date: 12/19/2024

/s/ Stephen J. Petrany
*Attorney's signature*

Stephen J. Petrany, Georgia State Bar No. 718981
*Printed name and bar number*

Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, GA 30334
*Address*

spetrany@law.ga.gov
*E-mail address*

(404) 458-3408
*Telephone number*

(948) 200-4293
*FAX number*