**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| Standing Rock Sioux Tribe, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) Case No. 1:24-cv-02905-JEB <br> ) <br> U.S. Army Corps Engineers, et al., ) <br> ) <br> Defendants, ) <br> ) <br> State of North Dakota, et al., ) <br> ) <br> Defendant-Intervenors ) <br> _____) | |

**MOTION FOR PARTIAL SUMMARY JUDGMENT**

Comes Now Plaintiff, Standing Rock Sioux Tribe, by and through undersigned counsel, and respectfully moves for an Order granting partial summary judgment in Plaintiff's favor pursuant to Fed. R. Civ P. 56, a Declaratory Order finding Federal Defendants in violation of the Administrative Procedure Act, Mineral Leasing Act, Clean Water Act, and Federal Defendants' regulations, and, in accordance with APA § 706(1), an Order to "compel agency action unlawfully withheld." 5 U.S.C. § 706(1). Further, as it deems necessary, Plaintiff requests this Court order the parties to present argument and evidence on what other relief, including injunctive relief, is appropriate for these legal violations.

Plaintiff requests summary judgment on Counts I (violation of Mineral Leasing Act and Administrative Procedures Act), II (violation of defendants' regulation at 32 CFR §651.10(i) and the Administrative Procedures Act), and IV (violation of the Clean Water Act and Administrative Procedures Act).

1

As described in the accompanying Memorandum in Support of Motion for Partial Summary Judgment, supported by the declarations and exhibits attached thereto, as well as the accompanying Statement of Undisputed Facts, this motion is based upon Fed. R. Civ. P. 56; the Administrative Procedure Act, 5 U.S.C. § 706(1); the All Writs Act, 28 U.S.C. § 1651(a); the Declaratory Judgment Act, 28 U.S.C. § 2201(a); the Mineral Leasing Act, 30 U.S.C. § 185(a) & (h); Federal Defendants' regulations at 32 C.F.R. § 651.10(i) and 36 C.F.R. § 327.20; section 311 of the Clean Water Act, 33 U.S.C. § 1321(j)(5)(A)(1) and its implementing regulations at 49 C.F.R. Part 194 Subpart B. A proposed order is also attached.

DATED this 17th day of January 2025,

*Jeffrey C. Parsons*
Jeffrey C. Parsons, *Pro hac vice*
Parsons Law Office
2205 W. 136th Avenue, Suite 106-311
Broomfield, CO 80023
(720) 203-2871
jeff@parsonslawoffice.com
Pro hac vice

*Peter Capossela*
Peter Capossela, *Pro hac vice*
Attorney at Law, PC
Post Office Box 10643
Eugene, Oregon 97440
(541) 505-4883
pcapossela@nu-world.com

William S. Eubanks II
D.C. Bar No. 987036
Eubanks & Associates, PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
(970) 703-6060
bill@eubankslegal.com

*Counsel for Plaintiff*

## Certificate of Service

The undersigned hereby certifies that on the 17th day of January 2025, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

*Jeffrey C. Parsons*