UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Standing Rock Sioux Tribe,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. Army Corps Engineers,<br>Michael Connor, in his capacity as<br>Assistant Secretary, Col. Robert J. Newbauer,<br>his capacity as Omaha District Commander,<br>Brig. Gen. Geoff Van Epps, in his capacity as<br>Northwestern Division Commander,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:24-cv-02905-JEB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF STEPHEN YELLOW EARRINGS

I, Stephen Yellow Earrings, under penalty of perjury, hereby declare and affirm:

1. I serve as the Compliance Officer for the Standing Rock Sioux Tribe Department of Water Resources. As Compliance Officer, I conduct field investigations of water works and infrastructure (i.e. intakes, pumps, etc.) that affect the waters of the Standing Rock Reservation, as well as the condition of our water sources.

2. I was born and raised on the Standing Rock Reservation in the Rock Creek community. Rock Creek is a traditional community in the rural western part of our Reservation. I have lived on the Reservation for most of my life.

3. I have served in my position as Compliance Officer since February 2024. Previously, I served as Enforcement Officer in the Tribe's Department of Environment Regulation, and in the Security Department for the Tribe's Grand River Casino, as a Process Server for the Standing Rock Tribal Court, and as a Tribal Police Officer in the Community-Oriented Policing

1

Exhibit B
Case No. 24-cv-02905-JEB

(COPs) program. I had completed the North Dakota Police Academy Training and obtained my law enforcement certification in 1997.

4. As Compliance Officer, I strive to be the eyes and ears of the Department of Water Resources. In this capacity, on November 6, 2024, I took a photographic survey of the segment of the Oahe Reservoir immediately below the DAPL crossing and near Cannon Ball community, and the landscape at the mouth of the Cannon Ball River near control point 1 as identified in the Energy Transfer Partner Geographic Response Plan.

5. On November 6, 2024, according to the Corps of Engineers, the elevation of Oahe Reservoir (Missouri River) was 1597.55 msl. https://www.nwd-mr.usace.army.mil/rcc/programs/dataa/bull_old/pdfs?MRBWM_Reservoir_06112024.pdf.

6. For photos 1-6, I was standing on the bluff just north of Cannon Ball community, taking pictures in a northeasterly and easterly direction across the braided river that emerged from the declining levels of Lake Oahe.

7. For photos 7-9, I was standing on the bluff just north of Cannon Ball community, taking pictures in more of a northerly direction to the de-watered mouth of the Cannon Ball River, where control point 1 is located.

8. The attached photos are true copies of the photos I took on November 6, 2024.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 17th day of January 2025 at Fort Yates, North Dakota.

Stephen Yellow Earrings

2



PHOTO 1



PHOTO 2



PHOTO 3



PHOTO 4



PHOTO 5



PHOTO 6



PHOTO 7



PHOTO 8



PHOTO 9