

| TRIBAL COUNCIL (AT LARGE) | | |
|---|---|---|
| Nola Taken Alive | **Chairwoman** | John Pretty Bear — *Cannonball District* |
| Charles Walker | Frank Jamerso — *Vice Chairman* | Sid Bailey, Jr. — *Long Soldier District* |
| Avis Little Eagle | Susan Agard — *Secretary* | Jeff Cadotte, Sr. — *Wakpala District* |
| Kory McLaughlin | | Delray Demery — *Kenel District* |
| Warren Hawk | | Joe White Mountain Jr. — *Bear Soldier District* |
| Jesse McLaughlin | | Paul Archambault — *Rock Creek District* |
| | | Jessica R. Porras — *Running Antelope District* |
| | | Wilberta Red Tomahawk — *Porcupine District* |

**Truth ╬ Compassion**

**Remember Who We Are**

March 14, 2022

Honorable Michael Connor
Assistant Secretary of the Army (Civil Works)
108 Army Pentagon
Washington D.C. 20310-0108

RE:   Great Sioux Nation Meeting on March 2, 2022

Dear Assistant Secretary Connor:

I write to express my appreciation for your visit to Standing Rock and meeting with Tribal leaders of the Great Sioux Nation on March 2. As discussed, we are seeking a long-term dialogue on the environmental and public health risks of the Dakota Access Pipeline, and the overall adverse impacts of the Corps of Engineers' Missouri River operations.

Our main concern, expressed by Tribal leaders and community members, is the immediate pipeline safety risk posed by DAPL. The Corps should take a hard look at these risks in the court-ordered environmental impact statement for DAPL. As explained on March 2 by Tribal consultant Donald Holmstrom, the risks posed by DAPL relate to a lax corporate safety culture at Energy Transfer, secrecy and a failure to engage Tribal emergency managers, ineffective leak detection systems, failure to properly estimate and plan for a worst case discharge, and violations of American Petroleum Standards for integrity management, safety systems, and flood plain operations.

As discussed on March 2, the Corps of Engineers has refused to address these concerns in the NEPA process for DAPL. The Corps continues to rely on a check-the-box risk summary, minimizing the importance of real-world risk factors. These factors include design flaws for safety-critical systems, such as pressure surge relief, as well operational violations, per PHMSA's

**Exhibit E**
**Case No. 24-cv-02905-JEB**

July 22, 2021 *Notice of Probable Violation and Proposed Civil Penalty and Compliance Order* for DAPL.

Verification of DAPL's actual performance in safety critical functions by the Corps of Engineers is non-existent. Important documentation relied upon by the Corps, such as the DAPL spill model and Facility Response Plan, remain redacted, although the Department of Human Security has determined that they do not include security sensitive information. The secrecy imposed by the Corps in the NEPA process for DAPL violates principles of environmental justice as prescribed in the Council on Environmental Quality, *Environmental Justice: Guidance Under the National Environmental Policy Act* (1997) and President Biden's commitment to environmental justice as articulated in Executive Order 13985 on *Advancing Racial Equity and Support for Underserved Communities*.

DAPL is unsafe, operating illegally, and should be shut down. The Corps of Engineers should identify DAPL's risk factors in the draft EIS, and disclose the documentation relied upon in unredacted fashion. The current pause in the NEPA process should be extended indefinitely, to allow for proper Tribal consultations and environmental analysis.

There has been no meaningful effort by the Corps to evaluate the actual environmental and public health impacts of an oil spill from DAPL on our Tribal environmental justice communities. The Tribe's good faith effort to serve as a cooperating agency in the NEPA process in order to address these concerns proved to be a waste of time. The Corps' Omaha District met with the Tribes, but has continued to ignore our concerns.

As discussed on March 2, a major concern remains the Corps failure to maintain water elevations at Lake Oahe to enable emergency responders to access the reservoir in the event of an oil spill. As of March 14, 2022, the elevation of Lake Oahe was 1597 msl, approximately 10 feet below normal. At this elevation, the heavy equipment needed for containment of an oil spill may not be able to reach the reservoir or operate effectively due to low water.

Meanwhile, water supplies needed for Tribal uses, including drinking water and irrigation, are released for downstream navigation and water intakes. The Corps' Missouri River operations are inefficient, outdated, and adversely impact our Tribe. Our water resources are degraded by the mismanagement of water releases at the Missouri River main stem dams, and are jeopardized by an oil spill from DAPL. Accordingly, we are hoping to engage your office to ensure there is a proper review of DAPL's environmental impacts as ordered by Judge Boasberg, and reform in the mismanagement of Missouri River water flows, to protect our water over the long term.

The most vital question we have is not "if" the pipeline will break, it is "when" it will break? The history of Energy Transfer has taught us that a spill of the Dakota Access Pipeline is inevitable. The corrosive consistency of Bakken Crude Oil is much more damaging to pipelines than typical crude oil and when it breaks, how will the Corps of Engineers provide assistance to the people of Standing Rock? As they have state, "with bottled water and commodities"? We are preparing terms should the pipeline continue to operate, and expect those terms to be honored.

In closing, I reiterate my thanks for your visit to Standing Rock. Enclosed please find Mr. Holmstrom's presentation, as requested. I and my team will be in Washington D.C. the week of April 25, 2022 should you find time to meet with us. You may contact Rollie Wilson in

Washington DC who is scheduling our meetings, rwilson@nativelawgroup, to schedule a meeting. I look forward to speaking and meeting with you again during this time.

Sincerely,

*[signature: Janet Alkire]*

Janet Alkire, Chairperson
Standing Rock Sioux Tribe

Enclosure



Meeting with Army Corps of Engineers– March 2, 2022

# DAPL EIS – Risk of an Oil Spill and Emergency Response

Donald Holmstrom
SRST Technical Team
Donho2@comcast.net

# Major DAPL Spill Risk Issues

- Risk management approach
- <u>Worst Case Discharge</u>
- Hazards of Bakken Crude
- Spill Model
- <u>Operator spill and enforcement record</u>
- Landslide threat
- Pipeline Standards
- Environmental Oil Spill Impacts
- <u>Leak Detection</u>
- Contaminant Hydrogeology
- <u>Winter Weather</u>
- Emergency Response
- Safety Critical Elements (EFRDs, surge, etc.)

# The Army Corps' EIS DAPL Risk Approach

- **Lack of independence** - reliance on conflicted contractors and company submissions
- Modern pipeline safety system risk and integrity management **standards ignored**
- Risk analysis approach emphasizes incident frequency and **normalize spills**
- Focuses on generic risk citing stats from pipelines **not actual operator-specific risk**
- Real **consequences** of a spill are **grossly underestimated**

# Modern Pipeline Risk Approaches

- Major accidents are high consequence/ low frequency, focus is on prevention
- Risk reduction and continuous improvement are required
- Operator performance data and verification are essential to measure risk
- Top Management accountability for performance drives risk reduction and safety culture



**Plan-Do-Check-Act**
API RP 1173, Pipeline Safety Management Systems

# A Safety Record is Relevant to Risk of an Oil Spill

"In this case, the operator's history did not inspire confidence"

Judge Boasberg Opinion in the DAPL Litigation, *Standing Rock v. Army Corps*

In January, the Illinois Court of Appeals reversed a decision by state regulators to nearly double DAPL capacity - citing the need to fully review the company's safety record - including other Energy Transfer subsidiaries such as Sunoco.

# Energy Transfer Safety Record – the Real Risk of DAPL





A review of a safety record for risk assessment examines not just frequency of spills or enforcement actions but flawed systems, repeat events, widespread failures, actual or potential harm, and top management taking responsibility and corrective action

6

# SRST Reports have Detailed Energy Transfer's Poor Safety Record



Since 2012 PHMSA data shows over ET 9 subsidiaries:
- 15 DAPL spills and 7 citations
- The largest number of enforcement cases against them and most penalties collected
- 2.9 spills per month totaling over 2 million gallons
- 32% were significant
- $90 million in property damage
- 50 large spills in HCAs

# Energy Transfer is Subject to Multiple Criminal Charges

- In December, the Pennsylvania Attorney General announced 48 criminal charges against Energy Transfer's Sunoco Mariner East pipeline. "Forty-five of those charges are for illegally releasing industrial waste at 22 sites in 11 different counties across Pennsylvania."
- This month a Pennsylvania Grand Jury levied nine criminal charges related to an Energy Transfer explosion with the Revolution pipeline



# A flawed "corporate culture" and "obstructionist conduct."

- The Federal Energy Regulatory Commission (FERC) recently accused Energy Transfer with its Ohio Rover pipeline of intentionally putting toxic waste into its drilling mud.
- FERC stated, *contemporaneous evidence demonstrates that these violations were the product of a corporate culture—one that equally infected the executives…that favored speed and construction progress over regulatory compliance.*
- The executive named by FERC was the same Joey Mahmood that managed DAPL.
- **Were the same practices implemented with DAPL?**

9

# The Army Corps Ignores Energy Transfer's Safety Record

- The Corps has focused on DAPL's safety record and the "project area" rather ignoring the full picture of ET's corporate safety performance failures of its many subsidiaries including DAPL
- The November EIS draft acknowledges
  - ET's Sunoco, acquired in 2012, has "one of the worst pipeline spill records to date" but tries to excuse it incorrectly claiming the ET lacked control
  - DAPL's seven 2021 citations but ignores the implications stating ET response is outside the EIS scope



Emergency Response Ignored by the Corps

# SRST Criticisms of DAPL ER Plans

- ET leak detection response data and PHMSA studies show leak detection is unreliable; leak under the detection limit significant
- Emergency response planning relies on an accurate calculation of a worst case discharge (**WCD**) volume – the ET calculation has been consistently grossly underestimated
- ET's Spill Model contradicts their Geographic Response Plan (**GRP**) is focused on a spill that will remain on the surface while its own spill model predicts that after a few hours the crude oil will be entrained in the water column which is much more difficult to remediate

12

# SRST Criticisms of DAPL ER Plans

- The Corps has failed to address the role of the Tribe in ER:
- Entire response zone on SRST land yet Tribe's EPCRA authority, TERC, ERP, role in ICS not recognized
- Failure to plan for access approval or protection of sensitive SRST cultural and environmental receptors
- ET's FRP, GRP and Spill Model are highly redacted
- ET has failed to coordinate or communicate with SRST ER leadership; inadequate community notification plans
- Elevated hazards of Bakken crude (flammability, toxicity, etc.) are not identified in ET's ER plans leaving the Tribe, emergency responders and the waters of Lake Oahe at risk

# Where is the EIS Headed?

- **Lack of Transparency** – key documents are missing or highly redacted – making scientific analysis impossible
- **Nothing has changed** - in fact, each draft of the EIS has gotten worse; the Corps has taken SRST input and only to add counter arguments; the EIS reads like a legal brief not a scientific document
- Lack of genuine technical engagement in meetings
- The Corps' analysis of alternatives portrays shutting down DAPL as more harmful that doubling the flow
- The whole text reads as a brief for approving the easement and increasing the capacity to 1.1 million bpd

# Technical EIS Steps Forward

- Provide **missing** and **unredacted** technical documents such as the Spill Model Report, Facility Response Plan, Geographic Response Plan, Integrity Management Plan, Management of Change Report, Risk Analysis
- The EIS drafts are **not objective** and fail to address serious issues in the SRST Scoping Report. Remove the **conflicted** oil industry contractor and **redo the EIS**
- Recognize the SRST TERC's role in oil spill response and its Oil Spill Emergency Response Plan
- Raise the Lake Oahe water level, **low water threatens ER**