UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Standing Rock Sioux Tribe, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. 1:24-cv-02905-JEB |
| U.S. Army Corps Engineers, et al., | ) ) ) |
| Defendants, | ) ) ) |
| State of North Dakota, et al., | ) ) |
| Defendant-Intervenors | ) ) |

**STATEMENT OF UNDISPUTED MATERIAL FACTS**

Comes Now Plaintiff, Standing Rock Sioux Tribe, by and through undersigned counsel, and submits this Statement of Undisputed Material Facts in Support of Motion for Partial Summary Judgment pursuant to LCvR 7(h)(1).

1. In correspondence to the defendant Assistant Secretary dated March 14, 2022 and in several meetings with the Federal Defendants, plaintiff requested that Federal Defendants shut down the Dakota Access Pipeline ("DAPL"), at least during the preparation of the environmental impact statement and during the time period in which they are considering whether to grant an easement to intervenor-defendant Dakota Access, LLC/Energy Transfer LP ("Energy Transfer LP"). Federal Defendants did not agree to plaintiff's request. Letter of Janet Alkire, Chairwoman, Standing Rock Sioux Tribe, to Honorable Michael Connor, dated March 22, 2022, attached as Exhibit E to Memorandum in Support of Partial Summary Judgment.

1

Counts I and II – Mineral Leasing Act, DoD Regulations and Administrative Procedures Act

2. According to Federal Defendants, "[a]pproximately 1,103 feet (0.21 mile) of the pipeline in the Project Area passes beneath surfaces designated as USACE lands. These lands are real estate interests; specifically, the federal lands the USACE owns and manages." U.S. Army Corps of Engineers, *Dakota Access Pipeline Lake Oahe Crossing Project Draft Environmental Impact Statement* 1-8 (2023) *located at* https://cdxapps.epa.gov/cdx-enepa-II/public/action/eis/details?eisId=428178.

3. On February 8, 2017, Federal Defendants issued an easement to intervenor-defendant Energy Transfer LLC under the Mineral Leasing Act for the Lake Oahe crossing of the Dakota Access Pipeline. *Id.* at 1-1.

4. DAPL commenced operation on June 1, 2017. *Id.* at 1-6.

5. On July 26, 2020, this Court issued an order vacating the easement issued by Federal Defendants for the DAPL Lake Oahe crossing.

6. On January 26, 2021, the U.S. Court of Appeals for the D.C. Circuit issued a ruling affirming this Court's order vacating the easement for the DAPL Lake Oahe Crossing. *Standing Rock Sioux Tribe v. U.S. Army Corps of Engineers*, 985 F.3d 1032, 1054 (D.C. Cir. 2021).

7. On February 22, 2022, the U.S. Supreme Court issued an order denying a petition for a writ of certiorari to review the decision of the D.C. Circuit. *Dakota Access LLC v. Standing Rock Sioux Tribe*, No. 21-560 (Feb. 22, 2022).

8. Notwithstanding the facts that this Court vacated the easement on July 26, 2020, the Court of Appeals affirmed the vacatur on January 26, 2021 and the Supreme Court denied certiorari on February 22, 2022, Federal Defendants are allowing Energy Transfer LP and its related companies to operate DAPL on federally-managed land at Lake Oahe without the required

easement. *Standing Rock Sioux Tribe v. U.S. Army Corps of Engineers*, 1:16-cv-01534-JEB (ECF No. 601) (U.S. Army Corps of Engineers' Status Report).

9. On September 8, 2023, defendant Army Corps of Engineers released the *Dakota Access Pipeline Lake Oahe Crossing Project Draft Environmental Impact Statement* for public review and comment. Defendant Army Corps of Engineers wrote on page 1-7, "Whether Dakota Access should continue to operate the pipeline during preparation of this EIS is beyond the scope of this EIS." https://cdxapps.epa.gov/cdx-enepa-II/public/action/eis/details?eisId=428178.

10. Defendant Army Corps of Engineers explained, "This EIS focuses on whether a new easement can be issued under the MLA for the DAPL project to cross Corps-managed federal lands at Lake Oahe." *Id.*

Count III – Debarment Regulations and Administrative Procedures Act

11. On August 2, 2022, Energy Transfer LP pled no contest and was convicted of 23 criminal violations of the Pennsylvania Clean Streams Act. https://www.attorneygeneral.gov/wp-content/uploads/2022/08/2022-08-05-energy-transfer-fact-sheet.pdf

12. On October 28, 2022, the U.S. Environmental Protection Agency sent a Notice of Proposed Debarment to intervenor-defendant Energy Transfer LP and four of its related companies. This immediately debarred the owner and operator of DAPL from federal contracts or other assistance. ECF No. 1-11.

13. The debarment of intervenor-defendant Energy Transfer LP and its related companies is presently in effect. https://sam.gov/exclusions-new?pirKey=478731&pirValue=1667217418431194.

Count IV – Clean Water Act and Administrative Procedures Act

14. In the 2017 Facility Response Plan (FRP) for the DAPL Lake Oahe crossing, Energy Transfer LP estimated that shutdown decision-making would be immediate (zero minutes), that pump shutdown time would be nine (9) minutes and closure of the emergency flow restriction devices would occur immediately (zero minutes), for a total shutdown time after a leak of 9 minutes. ECF No. 1-6 at pp. 49-51.

15. In the 2023 Facility Response Plan (FRP) for the DAPL Lake Oahe crossing, intervenor-defendant Energy Transfer LP estimated that a leak would be detected in three minutes, that shutdown decision-making would be immediate (zero minutes), that pump shutdown time would be six (6) minutes and closure of the emergency flow restriction devices would occur in 3.9 minutes, for a total shutdown time of 12.9 minutes. U.S. Army Corps of Engineers, *Dakota Access Pipeline Lake Oahe Crossing Project Draft Environmental Impact Statement* at pp. 3-33 – 3-34 (2023) *located at* https://cdxapps.epa.gov/cdx-enepa-II/public/action/eis/details?eisId=428178.

16. In the 2023 Facility Response Plan for the DAPL Lake Oahe crossing, Energy Transfer LP contends it possesses the ability to "immediately shut down" the pipeline. ECF No. 1-7 at p. 26.

17. Intervenor-defendant Energy Transfer LP utilizes the Computational Pipeline Monitoring system (CPM) and Supervisory Control and Data Acquisition (SCADA) system to detect an inadvertent release of oil from DAPL. U.S. Army Corps of Engineers, *Draft EIS* at pp. 3-9, 3-33 – 3-34.

18. According to the U.S. Pipeline and Hazardous Material Safety Administration ("PHMSA")-commissioned Leak Detection Study, leak detection systems utilizing CPM have detected approximately 20 percent of inadvertent releases of oil from pipelines in the pipeline

rights-of-way. Pipeline and Hazardous Material Safety Administration (PHMSA), Final Report 12-173, Leak Detection Study at p. 2-11, ¶ 4.

https://www.phmsa.dot.gov/sites/phmsa.dot.gov/files/docs/technical-resources/pipeline/16691/leak-detection-study.pdf.

19. The capacity for DAPL approved by Federal Defendants in 2016-2017 was 574,000 barrels per day. U.S. Army Corps of Engineers, *Draft EIS* at pp. 1-9 – 1-10.

20. Defendant-intervenor Energy Transfer LP seeks approval from Federal Defendants to increase DAPL's capacity to 1.1 million barrels per day. *Id*.

21. Routine technologies for emergency flow restriction devices, such as a secondary power supply, and valve bypasses to enable flows to continue unimpeded during valve tests or spurious valve trips, were not installed by intervenor-defendant Energy Transfer LP or required for the Lake Oahe crossing by Federal Defendants. Declaration of Donald S. Holmstrom ("Holmstrom Decl."), attached as Exhibit D to Memorandum in Support of Partial Summary Judgment, at ¶¶ 12-13.

22. Federal Defendants operate the Oahe Dam and regulate the water level of Lake Oahe pursuant to the *Missouri River Mainstem Reservoir System Master Water Control Manual* (2018) located at -

https://www.nwd-mr.usace.army.mil/rcc/reports/mmanual/MissouriMainstemMasterManual2018text.pdf.

23. In the *Master Water Control Manual*, Federal Defendants describe the widely varying elevations of the cross section storage pools of Lake Oahe:

> The Permanent Pool Zone at Oahe extends from elevation 1415.0 feet to 1540.0 feet. The Carryover Multiple Use Zone spans elevation 1540.0 to 1607.5 feet. The Annual Flood Control and Multiple Use Zone is between elevation 1607.5 feet and

5

1617.0 feet.  The Exclusive Flood Control Zone extends from elevation 1617.0 to 1620.0 feet.

U.S. Army Corps of Engineers, *Missouri River Mainstem Reservoir System, Master Water Control Manual, Missouri River Basin* VII-8 (2018).

24. In 2021, spring run-off in the upper Missouri Basin was well below normal due to drought conditions. U.S. Army Corps of Engineers, *Missouri River Mainstem Reservoir System, Summary of Actual 2021 Regulation, Missouri River Basin* at 3-4 (2022). https://www.nwd-mr.usace.army.mil/rcc/reports/pdfs/Summary_Report_2021.pdf.

25. According to Federal Defendants, by December 1, 2021, the elevation of Lake Oahe had declined to 1596.47 msl, 11 feet below the top of the multi-purpose pool. U.S. Army Corps of Engineers, *Mainstem and Tributary Reservoir Bulletin*. 12-1-2021, ECF No. 1-4.

26. According to Federal Defendants, the annual minimum average daily elevation of Lake Oahe in 2021 was 1596.2 and the average annual daily elevation was 1602.4 msl. https://www.nwd-mr.usace.army.mil/rcc/projdata/OAHE_Statistics.pdf.

27. According to Federal Defendants, on December 1, 2022, the elevation of Lake Oahe had declined to 1589.11 msl, nearly 19 feet below the top of the multi-purpose pool. U.S. Army Corps of Engineers, *Mainstem and Tributary Reservoir Bulletin*. 12-1-2022, ECF No. 1-5.

28. According to Federal Defendants, the average minimum daily elevation of Lake Oahe in 2022 was 1588.9 msl and the average annual daily elevation was 1594.4 msl. https://www.nwd-mr.usace.army.mil/rcc/projdata/OAHE_Statistics.pdf.

29. According to Federal Defendants, on December 1, 2023, the elevation of Lake Oahe was 1598.24 msl, nearly 10 feet below the top of the carry-over multi-purpose pool. U.S. Army Corps of Engineers, *Mainstem and Tributary Reservoir Bulletin*. 12-1-2022, ECF No. 1-5.

30. According to Federal Defendants, the average minimum daily elevation of Lake Oahe in 2023 was 1589.8 msl and the average annual daily elevation was 1597.8 msl. https://www.nwd-mr.usace.army.mil/rcc/projdata/OAHE_Statistics.pdf.

31. The Geographic Response Plan prepared by intervenor-defendant Energy Transfer LP and approved by Federal Defendants describes the plan to clean-up oil at control point 1, the closest point to the pipeline where oil may be released from DAPL into the environment:

Distance from Ramp: 5.2 miles upstream from CP-1…

Water Depth: 7 to 24 feet…

Receptor Description: In typical conditions, Lake Oahe has a relatively low velocity. Due to proximity to the pipeline, this location will only be utilized if an incident originates from land and migrates to Lake Oahe… Containment boom should be configured to provide containment along the shoreline on the river right bank or within the incoming river/wetland at the confluence on the river left side of the river (sic) where skimming and recovery efforts would be concentrated. If the incident originates from the river right shore, approximately 800 feet of containment boom should be deployed and anchored at the confluence of Lake Oahe. If the incident originates from the river left shore, a series of two 600 feet containment booms with 100 feet of shore protection should be deployed at 45° angles east of the drainage outfall on the river right shore of the incoming river/wetland. Anchors should be either prepositioned anchors or screw anchors would be installed at the time of the event. Use additional containment booms for any additional fluids migrating from the collection point due to entrainment. Vacuum recovery/skimming can be conducted along either bank. Recovery would occur would occur within the collection area utilizing shallow water skimmer(s) with a 20-34 foot barrel storage and transferred to a vacuum or storage tank. Two sets of skimmers will be positioned with vessels and and (sic) approximately 1200 feet of containment boom in 600 foot sections for collection and recovery and repositioned as needed. If available, drum skimmer(s) with a portable pump and vacuum truck are preferred for removal.

ECF No. 1-7 App. A C-1 (page unnumbered).

32. According to Federal Defendants, on October 9, 2024, the elevation of Lake Oahe was 1600.48 msl.

https://www.nwd-mr.usace.army.mil/rcc/programs/data/bull_old/pdfs/MRBWM_Reservoir_09102024.pdf.

33. On October 9, 2024, the boat ramp at Fort Rice that is 5.2 miles upstream from control point 1 and is identified in intervenor-defendant's Geographic Response Plan as the access point for equipment to remediate an oil spill in Lake Oahe, was usable to access the estuary in which the ramp is located, but with the water at that elevation and sediment deposits in the channel, the main channel was not readily accessible by boat. The depth of the water in the boat dock area was approximately five feet. The segment of the Missouri River from Fort Rice to control point 1 was generally not navigable by boat, with sediment deposits obstructing the main channel, and reducing the depth of the reservoir to two feet in places. The declining reservoir area surrounding the DAPL river crossing has been transformed into interconnected puddles of water around the emerging sandy islands that have arisen from the bed of the reservoir. These conditions persist. Declaration of Erroll Doug Crow Ghost ("Crow Ghost Decl."), attached as Exhibit A to Memorandum in Support of Partial Summary Judgment, at ¶¶ 26-28.

34. On October 9, 2024, control point 1 was generally inaccessible by boat. The area where oil is planned to be collected on the surface of the water and vacuumed was a de-watered mud flat. These conditions persist. *Id.* at ¶ 27.

35. The Cannon Ball River's edge was generally inaccessible by land, because of extent of the mud flat and topography of the landscape. These conditions persist. *Id.*

36. The Geographic Response Plan prepared by intervenor-defendant Energy Transfer LP and approved by Federal Defendants describes the plan to clean-up oil at control point 2, the closest control point to be used for a subsurface release that rises into the Missouri River:

Distance from Ramp: Small vessel boat ramp located at this CP

> Water depth: 7 to 24 feet
>
> Response Tactic Implementation: In typical conditions, Lake Oahe has a relatively low velocity. If the release reaches Lake Oahe, an open deflection strategy to a containment and recovery point on the river shore should be deployed to allow for continued boat traffic on the river. Approximately 2,600 feet of containment boom should be deployed at three confluences of Lake Oahe on the river left shoreline. In addition, 1,800 feet of containment boom should be installed at two confluences of Lake Oahe on the river right shoreline. Be sure to have the proper boom angle with the boom descending from the upstream point of the release point to a collection point. Use additional containment boom for any additional fluids migrating from the collection point due to entrainment. Deflection angles should be determined and established based upon wind and water velocity influence. Vacuum recovery/ skimming can be conducted along either bank. Recovery would occur within the collection area utilizing shall water skimmer(s) with a 20-34 barrel storage and transferred to a vacuum truck or storage tank. Two sets of skimmers will be positioned with vessels and approximately 1,200 feet of containment boom in 600 foot sections for collection and recovery and repositioned as needed. If available, drum skimmer(s) with a portable pump and vacuum truck are preferred for removal.

ECF No. 1-7 App. A C-1 (page unnumbered).

37. Access to the water's edge at control point 2 is via a trail suitable for an off-road vehicle. Holmstrom Decl. Figure 6 at p. 39.

38. The access trail at control point 2 is not a "small vessel boat ramp." *Id.*

39. The intervenor-defendant Energy Transfer LP's 2023 FRP describes the plan to remediate an oil spill during low water:

> Improved boat ramps at Lake Oahe should be capable of allowing access even in conditions matching the lowest known water levels at Lake Oahe. In the event that water levels decrease to the point where improved boat ramps are inaccessible, the inaccessibility of the boat ramps will not inhibit the viability and timeliness of emergency response efforts. The OSROs identified in Appendix C maintain an inventory of such equipment capable of responding to an oil spill in low weather conditions. In the extremely unlikely event that an oil spill were to occur, simultaneously with a low-water level necessary for improved boat ramps, such a situation would be addressed by the deployment of air boats and mechanical launching of conventional fast response vessels that do not require the use of improved boat ramps. Such equipment would be launched from the identified low water access points due to the nature of the boat launch (sandy beach or other areas of similar nature that can be accessed).

ECF No. 1-7 at 33-34.

40. According to Federal Defendants, on January 8, 2025, the elevation of Lake Oahe was 1596.91 msl, almost four feet lower than on October 9, 2024, when control points one and two were inaccessible.

https://www.nwd-mr.usace.army.mil/rcc/reports/pdfs/MRBWM_Reservoir.pdf.

41. The intervenor-defendant Energy Transfer LP's 2023 FRP describes the plan to remediate an oil spill during ice cover:

> Ice slotting is a very basic technique used to gain access to oil trapped beneath the ice. In ice slotting, a J shaped outline is sketched into the ice at an angle to the current, as determined by the maximum current speed…
>
> A second technique is to slot the ice and use plywood to help divert oil beneath the surface to a recovery area.

ECF No. 1-7 at 38.

42. According to Federal Defendants, "Dry conditions continue to affect the upper Missouri Basin at the start of the 2025 calendar year, so the U.S. Army Corps of Engineers is forecasting below average runoff into the mainstem reservoir system. For 2025, runoff in the Missouri River basin above Sioux City, Iowa is forecast to be 20.2 MAF (million acre-feet), 79% of average. https://www.dvidshub.net/news/488832/below-average-runoff-and-reservoir-storage-expected-missouri-river-mainstem-system-2025.

DATED this 17th day of January 2025

*Jeffrey C. Parsons*
Jeffrey C. Parsons, *Pro hac vice*
Parsons Law Office
2205 W. 136th Avenue, Suite 106-311
Broomfield, CO 80023
720-203-2871

10

jeff@parsonslawoffice.com

*Peter Capossela*
Peter Capossela, *Pro hac vice*
Attorney at Law, PC
Post Office Box 10643
Eugene, Oregon 97440
(541) 505-4883
pcapossela@nu-world.com

William S. Eubanks II
D.C. Bar No. 987036
Eubanks & Associates, PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
(970) 703-6060
bill@eubankslegal.com

*Counsel for Plaintiff*

### Certificate of Service

The undersigned hereby certifies that on the 17th day of January 2025, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

*Jeffrey C. Parsons*