UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Standing Rock Sioux Tribe, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. Army Corps Engineers, et al., ) <br> ) <br> Defendants, ) <br> ) <br> State of North Dakota, et al., ) <br> ) <br> Defendant-Intervenors ) <br> _____) | Case No. 1:24-cv-02905-JEB |

**[PROPSED] ORDER GRANTING**
**MOTION FOR PARTIAL SUMMARY JUDGMENT**

Having considered Plaintiff Standing Rock Sioux Tribe's Motion for Partial Summary Judgment and accompanying Memorandum in Support of Motion for Partial Summary Judgment:

The Court hereby GRANTS the motion and ORDERS:

1. Federal Defendants are in violation of the Administrative Procedure Act, Mineral Leasing Act, Clean Water Act, and Federal Defendants' implementing regulations;

2. In accordance with APA § 706(1), Federal Defendants are hereby compelled to issue unlawfully withheld action actions in accordance with the requirements of the Mineral Leasing Act, Clean Water Act, and Federal Defendants' regulations;

3. The parties are to present argument and evidence on what other relief, including injunctive relief, is appropriate for the violations of the Administrative Procedure Act, Mineral Leasing Act, Clean Water Act, and Federal Defendants' regulations, and shall

1

2

confer and submit to this Court a proposal for a briefing schedule to accomplish the same.

IT IS SO ORDERED.

Dated this ___ day of _____ 2024.

                                                                                                                  _____
                                                                                                                    James E. Boasberg
                                                                                                                    U.S. District Court Chief Judge