UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STANDING ROCK SIOUX TRIBE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS, *et al.*,<br><br>Defendants,<br><br>STATES OF NORTH DAKOTA, *et al.*,<br><br>Defendant-Intervenors,<br><br>and<br><br>DAKOTA ACCESS, LLC,<br><br>Defendant-Intervenor. | Civil Action No. 24-2905 (JEB) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court ORDERS that:

1. The [31], [32], and [33] Motions to Dismiss are GRANTED; and

2. The case is DISMISSED WITHOUT PREJUDICE.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date: March 28, 2025

1