# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5198**                                      **September Term, 2025**

**1:24-cv-02905-JEB**

**Filed On: June 23, 2026**

Standing Rock Sioux Tribe,

      Appellant

    v.

United States Army Corps of Engineers, et
al.,

      Appellees

## O R D E R

Upon consideration of appellant's unopposed motion for voluntary dismissal, it is

**ORDERED** that the motion be granted and this case be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

                      **FOR THE COURT:**
                      Clifton B. Cislak, Clerk

          BY:    /s/
                    Francis A. Walter
                    Deputy Clerk